| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William N. Lobel, SBN 93202<br>Pachulski Stang Ziehl & Jones LLP<br>650 Town Center Drive, Suite 1500<br>Costa Mesa, CA  92626<br>Tel:  714-384-4740<br>Fax: 714-384-4741<br>wlobel@pszjalw.com | **FILED & ENTERED**<br><br>**SEP 05 2018**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY firman    DEPUTY CLERK |
| ☐ *Individual appearing without attorney*<br>☒ *[Proposed] Attorneys for debtors and debtors-in-possession* | **CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>RUBY'S DINER, INC. a California corporation,<br>Debtor(s)<br>--------------------------------------------------------------<br>In re:<br><br><br><br>Debtor(s)<br>_____<br><br>☐ Affects All Debtors<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors<br>Debtor(s) | LEAD CASE NO.: 8:18-bk-13311-CB<br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.:  18:8-BK-13197-CB<br>CASE NO.:  18:8-BK-13198-CB<br>CASE NO.:  18:8-BK-13199-CB<br>CASE NO.:  18:8-BK-13200-CB<br>CASE NO.:  18:8-BK-13201-CB<br>CASE NO.:  18:8-BK-13202-CB<br>☐ See attached for additional Case Numbers<br><br>**ORDER ☒ GRANTING ☐ DENYING MOTION TO APPROVE JOINT ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]**<br><br>[No Hearing Required] |

On (*date*) 9/5/2018, a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re Ruby's Diner, Inc., a California corporation case number 8:18-bk-13311-CB.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*　　　　　　　　　　　　　　　　　Page 1　　　　　　　　　F 1015-1.1.ORDER.JOINT.ADMINISTRATION

Having reviewed the motion, IT IS ORDERED:

1. The motion is: ☒ Granted   ☐ Denied

2. Promptly upon entry of an order granting a motion to approve joint administration:

    a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

    b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

    c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

    d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other: Attached as Exhibit A is a complete list of Jointly Administered cases and their corresponding case numbers.

###

Date: September 5, 2018

Erithe Smith
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*    Page 2    **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**

# EXHIBIT A

- In re Ruby's Diners, Inc., a California corporation (Case No. 8:18-bk-13311-CB)

- In re Ruby's SoCal Diners, LLC, a Delaware limited liability company (Case No. 8:18- bk-13197-CB)

- In re Ruby's Quality Diners, LLC, a Delaware limited liability company (Case No. 8:18- bk-13198-CB)

- In re Ruby's Huntington Beach, Ltd., a California limited partnership; (Case No. 8:18- bk-13199-CB)

- In re Ruby's Laguna Hills, Ltd., a California limited partnership (Case No. 8:18-bk-13200-CB)

- In re Ruby's Oceanside, Ltd., a California limited partnership (Case No. 8:18-bk-13201-CB)

- In Re Ruby's Palm Springs, Ltd., a California limited partnership (Case No. 8:18-bk-13202-CB)

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*     Page 3     **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**