William N. Lobel (CA Bar No. 93202)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail:    wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diner, Inc.,
a California corporation, *et al.*, Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*[1]<br><br>    Debtors and Debtors-in-Possession,<br><br>Affects:<br><br>☒  All Debtors<br><br>☐  RUBY'S DINER, INC., ONLY<br><br>☐  RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐  RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐  RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐  RUBY'S LAGUNA HILLS, LTD., ONLY<br><br>☐  RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐  RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br><br>**PROOF OF SERVICE**<br><br>(Relates to Docket Nos: 2, 7, 8, 9, 10, 11 and 12) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby's Palm Springs, Ltd. (9627).

I am employed at Donlin Recano & Company, Inc., in Brooklyn, New York. I am over the age of 18 and not a party to this action. My business address is 6201 15th Avenue, Brooklyn, NY 11219.  On September 5, 2018, I served the foregoing document(s), described as:

1.  **Ex parte application Notice of Ex Parte Motion and Ex Parte Motion for Joint Administration and Designation of Ruby's Diner, Inc. as Lead Debtor Pursuant to 11 U.S.C. Section 105(a), Federal Rule of Bankruptcy Procedure 1015, and Local Bankruptcy Rule 1015-1; Memorandum of Points and Authorities; and Declaration of William N. Lobel Attached hereto (Dkt. No. 2);**

2.  **Motion Regarding Chapter 11 First Day Motions Notice of Emergency Motion and Emergency Motion by Debtor for Order (A) Authorizing Interim Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief; Memorandum of Points and Authorities in Support (Dkt. No. 7);**

3.  **Motion Regarding Chapter 11 First Day Motions Notice of Emergency Motion and Emergency Motion for an Order Authorizing the Debtor to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Request; Memorandum of Point and Authorities in Support (Dkt. No. 8);**

4.  **Motion Regarding Chapter 11 First Day Motions Notice of Emergency Motion and Emergency Motion for an Order Authorizing the Debtor to Honor Certain Prepetition Gift Card Obligations to Customers and to Otherwise Continue Certain Gift Card Programs in the Ordinary Course of Business on a Postpetition Basis; and to Continue Honoring Quality Assurance Cards for a Limited Period; Memorandum of Points and Authorities in Support Thereof (Dkt. No. 9);**

5.  **Motion Regarding Chapter 11 First Day Motions Notice of Emergency Motion and Emergency Motion of Debtor's Motion for Order Approving Incentive Program for Certain Key Employees Pursuant to 11**

RDI-00004

U.S.C. Sections 105(A), 363 and 503(C); Memorandum of Points and Authorities in Support

Thereof (Dkt. No. 10);

6.    Motion Regarding Chapter 11 First Day Motions Notice of Emergency Motion and Emergency Motion of

Debtor for Order Limiting Scope of Notice; Memorandum of Points and Authorities in Support

Thereof (Dkt. No. 11); and

7.    Declaration of Douglas S. Cavanaugh in Support of Emergency First Day (Dkt. No. 12).

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to

controlling General Orders and LBR, the foregoing document(s) will be served by the court via NEF and hyperlink

to the document. On September __, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary

proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF

transmission at the email addresses stated below:

☐ Service information continued on attached page

2.    **TO BE SERVED VIA ELECTRONIC MAIL:** Pursuant to the controlling General Orders and LBR, on

September 5, 2018, I served the foregoing documents on the persons and/or entities at the last known email

addresses in the bankruptcy case or adversary proceeding to the email addresses attached on Exhibit 1.

☒ Service information continued on attached Exhibit 1

3.    **TO BE SERVED BY FEDERAL EXPRESS DELIVERY AND/OR USPS EXPRESS:** Pursuant to F.R.

Civ P. 5 and/or controlling LBR on September 5, 2018 I served the following persons/and or entities at the last

known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a

sealed envelope in the Federal Express and/or USPS Express Delivery Services, and addressed to the person/and or

entities as listed on Exhibit 2 attached hereto.  **Listing the judge here constitutes a declaration that mailing to the**

**judge will be completed no later than 24 hours after the document is filed.**

☒ Service information continued on attached Exhibit 2

1.      Motion Regarding Chapter 11 First Day Motions Notice of Emergency Motion and Emergency Motion for an Order Authorizing the Debtor to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Request; Memorandum of Point and Authorities in Support (Dkt. No. 8); and

2.      Declaration of Douglas S. Cavanaugh in Support of Emergency First Day (Dkt. No. 12).

1.      **TO BE SERVED BY FEDERAL EXPRESS DELIVERY DELIVERY:** Pursuant to F.R. Civ P. 5 and/or controlling LBR on September 5, 2018 I served the following persons/and or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the Federal Express Delivery Services, and addressed to the person/and or entities as listed on Exhibit 3. **Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.**

☒ Service information continued on attached Exhibit 3

1.      Motion Regarding Chapter 11 First Day Motions Notice of Emergency Motion and Emergency Motion for an Order Authorizing the Debtor to Honor Certain Prepetition Gift Card Obligations to Customers and to Otherwise Continue Certain Gift Card Programs in the Ordinary Course of Business on a Postpetition Basis; and to Continue Honoring Quality Assurance Cards for a Limited Period; Memorandum of Points and Authorities in Support Thereof (Dkt. No. 9); and

2.      Declaration of Douglas S. Cavanaugh in Support of Emergency First Day (Dkt. No. 12).

1.      **TO BE SERVED BY FEDERAL EXPRESS DELIVERY AND/OR USPS EXPRESS DELIVERY:** Pursuant to F.R. Civ P. 5 and/or controlling LBR on September 5, 2018 I served the following persons/and or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and

correct copy thereof in a sealed envelope in the Federal Express and/or USPS Express Delivery Services, and addressed to the person/and or entities as listed on Exhibit 4. **Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.**

☒ Service information continued on attached Exhibit 4

1. **Motion Regarding Chapter 11 First Day Motions Notice of Emergency Motion and Emergency Motion of Debtor's Motion for Order Approving Incentive Program for Certain Key Employees Pursuant to 11 U.S.C. Sections 105(A), 363 and 503(C); Memorandum of Points and Authorities in Support Thereof (Dkt. No. 10); and**

2. **Declaration of Douglas S. Cavanaugh in Support of Emergency First Day (Dkt. No. 12).**

1. **TO BE SERVED VIA ELECTRONIC MAIL:** Pursuant to the controlling General Orders and LBR, on September 5, 2018, I served the foregoing documents on the persons and/or entities at the last known email addresses in the bankruptcy case or adversary proceeding to the email addresses attached on Exhibit 5.

☒ Service information continued on attached Exhibit 5

2. **TO BE SERVED BY FEDERAL EXPRESS DELIVERY:** Pursuant to F.R. Civ P. 5 and/or controlling LBR on September 5, 2018 I served the following persons/and or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the Federal Express Delivery Services, and addressed to the person/and or entities as listed on Exhibit 6. **Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.**

☒ Service information continued on attached Exhibit 6

RDI-00004

1.    **Notice of Hearing Scheduled for September 6, 2018 at 2:00 p.m.   (Pacific Time).**

2.    <u>**TO BE SERVED VIA TELEPHONIC:**</u> Pursuant to the controlling General Orders and LBR, on September 5, 2018, I caused to be performed telephonic notice of the foregoing documents on the persons and/or entities at the last known telephone number listed on <u>Exhibit 7</u> attached hereto. The results of such telephonic notice varied on a person and/or entity basis from speaking with the person, to leaving a message, to no answer at the number provided, to being unable to reach the person/entity.

⊠ Service information continued on attached <u>Exhibit 7</u>

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 6, 2018, Brooklyn, New York.

Edward A. Calderon

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

RDI-00004

## **EXHIBIT 1**

Ruby's Diner, Inc., et al.,
Electronic Mail
Exhibit Pages

000020P001-1397S-004
BENCHMARK HOSPITALITY INC.
JOHN FISHER, PRESIDENT
31781 CAMINO CAPISTRANO
SAN JUAN CAPISTRANO CA 92675
JFISHER@RUBYS.COM

000021P001-1397S-004
CROUDACE & DIETRICH LLP
VIRGINIA P. CROUDACE
4750 VON KARMAN AVE.
NEWPORT BEACH CA 92660
VIRGINIA.CROUDACE@C2D2LAW.COM

000022P002-1397S-004
DIMITRI'S RESTAURANT INC.
JOHN GANTES AND GEORGE GANTES
30252 TOMAS
RANCHO SANTA MARGARITA CA 92688
JDGANTES@RUBYS.COM

000023P001-1397S-004
EAT AT JOES RESTAURANT INC.
JOE CAMPBELL, PRESIDENT
18 BLUE JAY
ALISO VIEJO CA 92656
JCAMPBELL@RUBYS.COM

000029P001-1397S-004
EMANUEL AND JEAN GLASS
36 CAMINO KATIA
SAN CLEMENTE CA 92672
MANIGLAS@COX.NET

000013P001-1397S-004
GLASSRATNER ADVISORY & CAPITAL GROUP
J. MICHAEL ISSA
19800 MACARTHUR BLVD.
STE 820
IRVINE CA 92621
MISSA@GLASSRATNER.COM

000019P002-1397S-004
JOHN F. & ELIZABETH KNIGHT, TRUSTEES
TRUSTEES OF THE JOHN F. &
ELIZABETH TRUST DATED 1/6/206
167 BAY SHORE AVENUE
LONG BEACH CA 90803
JOHNLIZKNIGHT@YAHOO.COM

000027P001-1397S-004
KOHUT & KOHUT LLP C/O JACKSON TIDUS
RONALD KOHUT
2030 MAIN STREET
12TH FLOOR
IRVINE CA 92614
RKOHUT@JACKSONTIDUS.LAW

004331P001-1397A-004
DONALD AND PENNY LAVOIE
20 J LYON
NEWPORT COAST CA 92657-1102
RENATARICCI1@AOL.COM

000030P002-1397S-004
MARY ELIN AND MARK ELLIS, TRUSTEES
TRUSTEES OF THE MARY ELIN &
MARK H. ELLIS SURVIVORS TRUST
34811 CALLE FORTUNA
CAPISTRANO BEACH CA 92624
MARKELLIS4@COX.NET

004333P001-1397A-004
DAVID AND MAUREEN MELVOLD
24 SONRISA
IRVINE CA 92620
MELVOLD@DSLEXTREME.COM

000026P001-1397S-004
MICHAEL AND KATHRYN MUNZ, TRUSTEES
TRUSTEES OF THE MUNZ FAMILY TRUST
520 AVOCADO AVENUE
CORONA DEL MAR CA 92625
MUNZ.FAMILY@VERIZON.NET

004334P001-1397A-004
MICHAEL AND KATHRYN MUNZ
520 AVOCADO AVE
CORONA DEL MAR CA 92625
MUNZERS@ROADRUNNER.COM

000002P002-1397S-004
OFFICE OF THE US TRUSTEE
FRANK CADIGAN, ASST. US TRUSTEE
411 WEST FOURTH STREET
SUITE 7160
SANTA ANA CA 92701
FRANK.CADIGAN@USDOJ.GOV

004328P002-1397A-004
PILLSBURY WINTHROP SHAW PITTMAN LLP
BARBARA L CROUTCH
725 SOUTH FIGUEROA ST
STE 2800
LOS ANGELES CA 90017-5406
BARBARA.CROUTCH@PILLSBURYLAW.COM

004327P002-1397A-004
PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTINE A SCHEUNEMAN
725 SOUTH FIGUEROA ST
STE 2800
LOS ANGELES CA 90017-5406
CHRISTINE.SCHEUNEMAN@PILLSBURYLAW.COM

004845P001-1397A-004
PILLSBURY WINTHROP SHAW PITTMAN LLP
MATTHEW WALKER
12255 EL CAMINO REAL
STE 300
SAN DIEGO CA 92130
MATTHEW.WALKER@PILLSBURYLAW.COM

004330P001-1397A-004
WILLIAM E POPE
80721 CHERRY HILLS DR
LA QUINTA CA 92253
F8PILOT1@VERIZON.NET

000014P001-1397S-004
RUBY'S DINER CITADEL, LLC/EUREKA FOODS, LLC
STEVEN L. CRAIG
4100 MACARTHUR BLVD.
STE 200
NEWPORT BEACH CA 92660
STEVE@CRAIGREALTYGROUP.COM

000011P001-1397S-004
SHULMAN HODGES BASTIAN LLP
ALAN J. FRIEDMAN
100 SPECTRUM CENTER DRIVE
STE 600
IRVINE CA 92618
AFRIEDMAN@SHBLLP.COM

004329P001-1397A-004
RICHARD SILVA
4012 FLOWERWOOD LN
FALLBROOK CA 92028
DSILVA@ROADRUNNER.COM

000025P001-1397S-004
SNELL & WILMER LLP
JIM SCHEINKMAN
600 ANTON BLVD.
STE 1400
COSTA MESA CA 92626
JSCHEINKMAN@SWLAW.COM

004332P001-1397A-004
JOHN P AND KATHLEEN H TEELE
1917 YACHT PURITAN
NEWPORT BEACH CA 92660
MRSLTCOLTEE@AOL.COM

000003P002-1397S-004
THEODORA ORINGHER PC
ERIC J. GROMME
535 ANTON BLVD
9TH FLOOR
COSTA MESA CA 92626-7109
EFROMME@TOCOUNSEL.COM

Ruby's Diner, Inc. et al
Electronic Mail
Exhibit Pages

09/05/2018 07:43:24 PM

| | | | |
|---|---|---|---|
| 000028P001-1397S-004 | 000024P001-1397S-004 | 000016P001-1397S-004 | 000036P001-1397S-004 |
| US FOODS - LA MIRADA | WARREN AND SHIELA NEWMAN, TRUSTEES | WEILAND GOLDEN GOODRICH LLP | WILLIAM C TAORMINA |
| ANNE VANDHAUTE | TRUSTEES OF THE NEWMAN FAMILY TRUST | MICHAEL  J. WEILAND | TRUSTEE OF THE TAORMINA REV. TRST. |
| 15155 NORTHAM STREET | 11911 LAWLER STREET | 650 TOWN CENTER DRIVE | 128 W SYCAMORE |
| LA MIRADA CA 90638 | LOS ANGELES CA 90066 | STE 600 | ANAHEIM CA 92805 |
| ANNE.VANDEHAUTE@USFOODS.COM | 4LIVEWIRE@GMAIL.COM | COSTA MESA CA 92626 | WILLIAMTAORMINA@GMAIL.COM |
| | | MWEILAND@LWGFLLP.COM | |

Records Printed :   28

# EXHIBIT 2

Ruby's Diner, Inc., et al.,
Federal Express
Exhibit Pages

09/05/2018 07:42:35 PM

| | | | |
|---|---|---|---|
| 000031P002-1397S-004<br>BARBARA PEBBLES<br>1105 N COUNTY ROAD 50 EAST<br>ATWOOD IL 61913 | 000020P001-1397S-004<br>BENCHMARK HOSPITALITY INC.<br>JOHN FISHER, PRESIDENT<br>31781 CAMINO CAPISTRANO<br>SAN JUAN CAPISTRANO CA 92675 | 000012P002-1397S-004<br>CALIFORNIA RESTAURANT MUTUAL BENEFIT CORPORATION<br>DAVID JOHNSON<br>430 N. VINEYARD AVE<br>STE 201<br>ONTARIO CA 91764 | 000037P001-1397S-004<br>CREDIT MANAGERS ASSOC.<br>MIKE JONCICH<br>40 EAST VERDUGO AVE<br>BURBANK CA 91502 |
| 000021P001-1397S-004<br>CROUDACE & DIETRICH LLP<br>VIRGINIA P. CROUDACE<br>4750 VON KARMAN AVE.<br>NEWPORT BEACH CA 92660 | 000022P002-1397S-004<br>DIMITRI'S RESTAURANT INC.<br>JOHN GANTES AND GEORGE GANTES<br>30252 TOMAS<br>STE 200<br>RANCHO SANTA MARGARITA CA 92688 | 000023P001-1397S-004<br>EAT AT JOES RESTAURANT INC.<br>JOE CAMPBELL, PRESIDENT<br>18 BLUE JAY<br>ALISO VIEJO CA 92656 | 000029P001-1397S-004<br>EMANUEL AND JEAN GLASS<br>36 CAMINO KATIA<br>SAN CLEMENTE CA 92672 |
| 000013P001-1397S-004<br>GLASSRATNER ADVISORY & CAPITAL GROUP<br>J. MICHAEL ISSA<br>19800 MACARTHUR BLVD.<br>STE 820<br>IRVINE CA 92621 | 004324P001-1397A-004<br>INTERNAL REVENUE SVC<br>INSOLVENCY STOP 5022<br>300 N LOS ANGELES ST<br>RM 406<br>LOS ANGELES CA 90012 | 004325P001-1397A-004<br>INTERNAL REVENUE SVC<br>OFFICE OF CHIEF COUNSEL<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | 004326P001-1397A-004<br>INTERNAL REVENUE SVC<br>AGENT<br>2970 MARKET ST<br>MAIL STOP 5-Q30133<br>PHILADELPHIA PA 19104-5016 |
| 000019P002-1397S-004<br>JOHN F. & ELIZABETH KNIGHT, TRUSTEES<br>TRUSTEES OF THE JOHN F. &<br>ELIZABETH TRUST DATED 1/6/206<br>167 BAY SHORE AVENUE<br>LONG BEACH CA 90803 | 000018P001-1397S-004<br>JOHN P. & KATHLEEN H. TEELE, TRUSTEES<br>TRUSTEES OF THE THE TEELE FAMILY TRUST<br>1917 YACHT PURITAN<br>NEWPORT BEACH CA 92660 | 000027P001-1397S-004<br>KOHUT & KOHUT LLP C/O JACKSON TIDUS<br>RONALD KOHUT<br>2030 MAIN STREET<br>12TH FLOOR<br>IRVINE CA 92614 | 004331P001-1397S-004<br>DONALD AND PENNY LAVOIE<br>20 LYON<br>NEWPORT COAST CA 92657-1102 |
| 000030P002-1397S-004<br>MARY ELIN AND MARK ELLIS, TRUSTEES<br>TRUSTEES OF THE MARY ELIN &<br>MARK H. ELLIS SURVIVORS TRUST<br>34811 CALLE FORTUNA<br>CAPISTRANO BEACH CA 92624 | 004333P001-1397A-004<br>DAVID AND MAUREEN MELVOLD<br>24 SONRISA<br>IRVINE CA 92620 | 000026P001-1397S-004<br>MICHAEL AND KATHRYN MUNZ, TRUSTEES<br>TRUSTEES OF THE MUNZ FAMILY TRUST<br>520 AVOCADO AVENUE<br>CORONA DEL MAR CA 92625 | 004334P001-1397A-004<br>MICHAEL AND KATHRYN MUNZ<br>520 AVOCADO AVE<br>CORONA DEL MAR CA 92625 |
| 000002P002-1397S-004<br>OFFICE OF THE US TRUSTEE<br>FRANK CADIGAN, ASST. US TRUSTEE<br>411 WEST FOURTH STREET<br>SUITE 7160<br>SANTA ANA CA 92701 | 004327P002-1397A-004<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CHRISTINE A SCHEUNEMAN<br>725 SOUTH FIGUEROA ST<br>STE 2800<br>LOS ANGELES CA 90017-5406 | 004328P002-1397A-004<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BARBARA L CROUTCH<br>725 SOUTH FIGUEROA ST<br>STE 2800<br>LOS ANGELES CA 90017-5406 | 004845P001-1397A-004<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>MATTHEW WALKER<br>12255 EL CAMINO REAL<br>STE 300<br>SAN DIEGO CA 92130 |
| 004330P001-1397A-004<br>WILLIAM E POPE<br>80721 CHERRY HILLS DR<br>LA QUINTA CA 92253 | 000014P001-1397S-004<br>RUBY'S DINER CITADEL, LLC/EUREKA FOODS, LLC<br>STEVEN L. CRAIG<br>4100 MACARTHUR BLVD.<br>STE 200<br>NEWPORT BEACH CA 92660 | 000017P002-1397S-004<br>RUBY'S DINER ORANGE DEPOT LLC<br>JOHN FISHER<br>85101 STAZZANI PLACE<br>INDO CA 92203 | 000011P001-1397S-004<br>SHULMAN HODGES BASTIAN LLP<br>ALAN J. FRIEDMAN<br>100 SPECTRUM CENTER DRIVE<br>STE 600<br>IRVINE CA 92618 |

**Ruby's Diner, Inc. et al.**
**Federal Express**
**Exhibit Pages**

Page # : 2 of 2                                                                    09/05/2018 07:42:35 PM

| | | | |
|---|---|---|---|
| 004329P001-1397A-004 | 000025P001-1397S-004 | 004332P001-1397A-004 | 000003P002-1397S-004 |
| RICHARD SILVA | SNELL & WILMER LLP | JOHN P AND KATHLEEN H TEELE | THEODORA ORINGHER PC |
| 4012 FLOWERWOOD LN | JIM SCHEINKMAN | 1917 YACHT PURITAN | ERIC J. GROMME |
| FALLBROOK CA 92028 | 600 ANTON BLVD. | NEWPORT BEACH CA 92660 | 535 ANTON BLVD |
| | STE 1400 | | 9TH FLOOR |
| | COSTA MESA CA 92626 | | COSTA MESA CA 92626-7109 |

| | | | |
|---|---|---|---|
| 000005P001-1397S-004 | 000028P001-1397S-004 | 000024P001-1397S-004 | 000016P001-1397S-004 |
| UNITED STATES ATTORNEY'S OFFICE | US FOODS - LA MIRADA | WARREN AND SHIELA NEWMAN, TRUSTEES | WEILAND GOLDEN GOODRICH LLP |
| 300 NORTH LOS ANGELES ST | ANNE VANDHAUTE | TRUSTEES OF THE NEWMAN FAMILY TRUST | MICHAEL  J. WEILAND |
| FEDERAL BUILDING, ROOM 7516 | 15155 NORTHAM STREET | 11911 LAWLER STREET | 650 TOWN CENTER DRIVE |
| LOS ANGELES CA 90012 | LA MIRADA CA 90638 | LOS ANGELES CA 90066 | STE 600 |
| | | | COSTA MESA CA 92626 |

000036P001-1397S-004
WILLIAM C TAORMINA
TRUSTEE OF THE TAROMINA REV. TRST.
128 W SYCAMORE
ANAHEIM CA 92805

Records Printed :  **37**

**Ruby's Diner, Inc. et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                    09/05/2018 07:43:11 PM

| | | | |
|---|---|---|---|
| 000007P001-1397S-004<br>EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92 E<br>PO BOX 826880<br>SACRAMENTO CA 94280 | 000009P001-1397S-004<br>FRANCHISE TAX BOARD BANKRUPTCY SECTION<br>MS: A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812 | 000008P001-1397S-004<br>FRANCHISE TAX BOARD CHIEF COUNSEL<br>C/O GENERAL COUNSEL SECTION<br>PO BOX 1720, MS: A-260<br>RANCHO CORDOVA CA 95741 | 000004P001-1397S-004<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101 |
| 004322P001-1397A-004<br>INTERNAL REVENUE SVC<br>GJ CARTER LOUIS OR OTHER AGENT<br>PO BOX 145595<br>STOP 8420G<br>CINCINNATI OH 45250 | 004323P001-1397A-004<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101 | 000006P002-1397S-004<br>UNITED STATES DEPT. OF JUSTICE<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON DC 20044- | |

Records Printed :  **7**

# EXHIBIT 3

**Ruby's Diner, Inc. et al.**
**Federal Express**
**Exhibit Page**

Page # : 1 of 1                                                                                      09/05/2018 08:16:41 PM

004337P001-1397A-004
CT CORP SYSTEM
AGT OF SERVICE OF PROCESS FOR JP MORGAN CHASE
111 EIGHTH AVE
13 FLOOR
NEW YORK NY 10011

004336P001-1397A-004
JP MORGAN CHASE BANK
OFFICER DIRECTOR MANAGER OR AGENT
1111 POLARIS PKWY
COLUMBUS OH 43240

004335P001-1397A-004
PAYCOM
OFFICER DIRECTOR MANAGER OR AGENT
2010 MAIN ST
STE 1150
IRVINE CA 92614

Records Printed : **3**

# EXHIBIT 4

**Ruby's Diner, Inc. et al.**
**Federal Express**
**Exhibit Page**

Page # : 1 of 1                                                                                    09/05/2018 08:27:47 PM

004341P001-1397A-004
COSTCO
OFFICER DIRECTOR MANAGER OR AGENT
999 LAKE DR
ISSAQUAH WA 98027

004340P001-1397A-004
PAYTRONIX
OFFICER DIRECTOR MANAGER OR AGENT
80 BRIDGE ST
NEWTON MA 02458

Records Printed :  **2**

**Ruby's Diner, Inc. et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                          09/05/2018 08:28:03 PM

004342P001-1397A-004
COSTCO MEMBERSHIP
OFFICER DIRECTOR MANAGER OR AGENT
PO BOX 34783
SEATTLE WA 98124

Records Printed :   **1**

# EXHIBIT 5

**Ruby's Diner, Inc. et al.**
**Electronic Mail**
**Exhibit Page**

09/05/2018 08:53:30 PM

| | | | |
|---|---|---|---|
| 003658P001-1397A-004 | 003677P001-1397A-004 | 003696P001-1397A-004 | 003830P001-1397A-004 |
| JOSHUA D ANDERSON | REBECCA AUSTGEN | TAD BELSHE | REBECCA FORD |
| 5234 BANBURY CIR | 24281 PUERTA DE LUZ | 25316 STAYSAIL DR | 13204 LONE STALLION LN |
| LA PALMA CA 90623 | MISSION VIEJO CA 92691 | DANA POINT CA 92629 | CORONA CA 92883 |
| JANDERSON@RUBYS.COM | RAUSTGEN@RUBYS.COM | TBELSHE@RUBYS.COM | RFORD@RUBYS.COM |
| | | | |
| 004344P001-1397A-004 | 004345P001-1397A-004 | 002000P001-1397A-004 | 004108P001-1397A-004 |
| KELLYN KAWAGUCHI | HEATHER LINN | DAPHNE MALINSKY | LINDA PEZZIN |
| 342 FLORAL VIEW | 6700 WARNER AVE # 11F | 2811 PORTOLA DR | 14 VISTA |
| IRVINE CA 92618 | HUNTINGTON BEACH CA 92647 | COSTA MESA CA 92626 | IRVINE CA 92612 |
| KKAWAGUCHI@RUBYS.COM | HMILLER@RUBYS.COM | DSURDYKA@RUBYS.COM | LPEZZIN@RUBYS.COM |
| | | | |
| 004343P001-1397A-004 | 004319P002-1397A-004 | | |
| RONALD SURAK | THOMAS ERNEST ZAMPAS | | |
| 24216 GRAYSTON DR | 2854 E SIERRA DR | | |
| LAKE FOREST CA 92630 | THOUSAND OAKS CA 91362 | | |
| RSURAK@RUBYS.COM | TZAMPAS@RUBYS.COM | | |

Records Printed : **10**

## **EXHIBIT 6**

**Ruby's Diner, Inc. et al.**
**Federal Express**
**Exhibit Page**

Page # : 1 of 1                                                                                    09/05/2018 08:53:14 PM

| | | | |
|---|---|---|---|
| 003658P001-1397A-004<br>JOSHUA D ANDERSON<br>5234 BANBURY CIR<br>LA PALMA CA 90623 | 003677P001-1397A-004<br>REBECCA AUSTGEN<br>24281 PUERTA DE LUZ<br>MISSION VIEJO CA 92691 | 003696P001-1397A-004<br>TAD BELSHE<br>25316 STAYSAIL  DR<br>DANA POINT CA 92629 | 003830P001-1397A-004<br>REBECCA FORD<br>13204 LONE STALLION LN<br>CORONA CA 92883 |
| 004344P001-1397A-004<br>KELLYN KAWAGUCHI<br>342 FLORAL VIEW<br>IRVINE CA 92618 | 004345P001-1397A-004<br>HEATHER LINN<br>6700 WARNER AVE # 11F<br>HUNTINGTON BEACH CA 92647 | 002000P001-1397A-004<br>DAPHNE MALINSKY<br>2811 PORTOLA DR<br>COSTA MESA CA 92626 | 004108P001-1397A-004<br>LINDA PEZZIN<br>14 VISTA<br>IRVINE CA 92612 |
| 004343P001-1397A-004<br>RONALD SURAK<br>24216 GRAYSTON DR<br>LAKE FOREST CA 92630 | 004319P002-1397A-004<br>THOMAS ERNEST ZAMPAS<br>2854 E SIERRA DR<br>THOUSAND OAKS CA 91362 | | |

Records Printed :  **10**

# **EXHIBIT 7**

| Name1 | Name2 | Name3 | Add1 | Add2 | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|---|
| ANDERSON*JOSHUA D | | | 5234 BANBURY CIR | | LA PALMA | CA | 90623 | 714-321-7868 |
| AUSTGEN*REBECCA | | | 24281 PUERTA DE LUZ | | MISSION VIEJO | CA | 92691 | 949-929-1601 |
| BARBARA PEBBLES | | | 1105 N COUNTY ROAD 50 EAST | | ATWOOD | IL | 61913 | 714-705-4604 |
| BELSHE*TAD | | | 25316 STAYSAIL  DR | | DANA POINT | CA | 92629 | 949-302-5288 |
| BENCHMARK HOSPITALITY INC. | | | 31781 CAMINO CAPISTRANO | | SAN JUAN CAPISTRANO | CA | 92675 | 805-390-6795 |
| CALIFORNIA RESTAURANT MUTUAL BENEFIT CORPORATION | JOHN FISHER, PRESIDENT | | 430 N. VINEYARD AVE | STE 201 | ONTARIO | CA | 91764 | 800-592-0048 |
| COSTCO | OFFICER DIRECTOR MANAGER OR AGENT | | 999 LAKE DR | | ISSAQUAH | WA | 98027 | 425-313-8100 |
| COSTCO MEMBERSHIP | OFFICER DIRECTOR MANAGER OR AGENT | | PO BOX 34331 | | SEATTLE | WA | 98124-1783 | 425-313-8100 |
| CREDIT MANAGERS ASSOC. | MIKE JONCICH | | 40 EAST VERDUGO AVE | | BURBANK | CA | 91502 | 818-972-5301 |
| CROUDACE & DIETRICH LLP | VIRGINIA P. CROUDACE | | 4750 VON KARMAN AVE. | | NEWPORT BEACH | CA | 92660 | 949- 794-9909 |
| CT CORP SYSTEM | AGT OF SERVICE OF PROCESS FOR JP MORGAN CHASE | | 111 EIGHTH AVE | 13 FLOOR | NEW YORK | NY | 10011 | 213-627-8252 |
| DIMITRI'S RESTAURANT INC. | JOHN GANTES AND GEORGE GANTES | | 30252 TOMAS | | RANCHO SANTA MARGARITA | CA | 92688 | 949-305-6300 EXT. 218 |
| EAT AT JOES RESTAURANT INC. | JOE CAMPBELL, PRESIDENT | | 18 BLUE JAY | | ALISO VIEJO | CA | 92656 | 949-689-7829 |
| EMANUEL AND JEAN GLASS | | | 36 CAMINO KATIA | | SAN CLEMENTE | CA | 92672 | 949-369-1463 |
| EMPLOYMENT DEVELOPMENT DEPT. | BANKRUPTCY GROUP MIC 92 E | | PO BOX 826880 | | SACRAMENTO | CA | 94280-0001 | 916-654-7799 |
| FORD*REBECCA | | | 13204 LONE STALLION LN | | CORONA | CA | 92883 | 951-522-4490 |
| FRANCHISE TAX BOARD BANKRUPTCY SECTION | | | MS: A-340 | PO BOX 2952 | SACRAMENTO | CA | 95812-2952 | 916-845-3626 |
| FRANCHISE TAX BOARD CHIEF COUNSEL | C/O GENERAL COUNSEL SECTION | | PO BOX 1720, MS: A-260 | | RANCHO CORDOVA | CA | 95741-1720 | 916-845-6041 |
| GLASSRATNER ADVISORY & CAPITAL GROUP | J. MICHAEL ISSA | | 19800 MACARTHUR BLVD. | STE 820 | IRVINE | CA | 92621 | 949-407-6620 |
| INTERNAL REVENUE SERVICE | | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | 800-829-1040 |
| INTERNAL REVENUE SVC | OFFICE OF CHIEF COUNSEL | | 10TH ST AND PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20530 | 202-622-5000 |
| INTERNAL REVENUE SVC | INSOLVENCY STOP 5022 | | 300 N LOS ANGELES ST | RM 406 | LOS ANGELES | CA | 90012 | 213-576-3009 |
| INTERNAL REVENUE SVC | GJ CARTER LOUIS OR OTHER AGENT | | PO BOX 145595 | STOP 8420G | CINCINNATI | OH | 45250-5585 | 513-263-3333 |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | 800-829-1040 |
| INTERNAL REVENUE SVC | AGENT | | 2970 MARKET ST | MAIL STOP 5-Q30133 | PHILADELPHIA | PA | 19104-5016 | 800-829-1040 |
| JOHN F. & ELIZABETH KNIGHT, TRUSTEES | TRUSTEES OF THE JOHN F. & | ELIZABETH TRUST DATED 1/6/206 | 167 BAY SHORE AVENUE | | LONG BEACH | CA | 90803 | 714-782-4004 |
| JOHN P. & KATHLEEN H. TEELE, TRUSTEES | TRUSTEES OF THE THE TEELE FAMILY TRUST | | 1917 YACHT PURITAN | | NEWPORT BEACH | CA | 92660 | 949-644-9955 |
| JP MORGAN CHASE BANK | OFFICER DIRECTOR MANAGER OR AGENT | | 1111 POLARIS PKWY | | COLUMBUS | OH | 43240 | |
| KAWAGUCHI*KELLYN | | | 342 FLORAL VIEW | | IRVINE | CA | 92618 | 949-355-5116 |
| KOHUT & KOHUT LLP C/O JACKSON TIDUS | RONALD KOHUT | | 2030 MAIN STREET | 12TH FLOOR | IRVINE | CA | 92614 | 949-752-8585 |
| LAVOIE*DONALD AND PENNY | | | 20 LYON | | NEWPORT COAST | CA | 92657-1102 | 949-729-1439 |
| LINN*HEATHER | | | 6700 WARNER AVE # 11F | | HUNTINGTON BEACH | CA | 92647 | 714-624-2488 |
| MALINSKY*DAPHNE | | | 2811 PORTOLA DR | | COSTA MESA | CA | 92626 | 714-504-5761 |
| MARY ELIN AND MARK ELLIS, TRUSTEES | TRUSTEES OF THE MARY ELIN & | MARK H. ELLIS SURVIVORS TRUST | 34811 CALLE FORTUNA | | CAPISTRANO BEACH | CA | 92624 | 949-230-2843 |
| MELVOLD*DAVID AND MAUREEN | | | 24 SONRISA | | IRVINE | CA | 92620 | 714-699-0664 |
| MICHAEL AND KATHRYN MUNZ, TRUSTEES | TRUSTEES OF THE MUNZ FAMILY TRUST | | 520 AVOCADO AVENUE | | CORONA DEL MAR | CA | 92625 | 949-723-4576 |
| MUNZ*MICHAEL AND KATHRYN | | | 520 AVOCADO AVE | | CORONA DEL MAR | CA | 92625 | 949-723-4576 |
| OFFICE OF THE US TRUSTEE | FRANK CADIGAN, ASST. US TRUSTEE | | 411 WEST FOURTH STREET | SUITE 7160 | SANTA ANA | CA | 92701 | 714-338-3405 |
| PAYCOM | OFFICER DIRECTOR MANAGER OR AGENT | | 2010 MAIN ST | STE 1150 | IRVINE | CA | 92614 | 877-273-8010 |
| PAYTRONIX | OFFICER DIRECTOR MANAGER OR AGENT | | 80 BRIDGE ST | | NEWTON | MA | 02458 | 617-649-3300 |
| PEZZIN*LINDA | | | 14 VISTA | | IRVINE | CA | 92612 | 949-285-9577 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | BARBARA L CROUTCH | | 725 SOUTH FIGUEROA ST | STE 2800 | LOS ANGELES | CA | 90017-5406 | 213-488-7159 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | CHRISTINE A SCHEUNEMAN | | 725 SOUTH FIGUEROA ST | STE 2800 | LOS ANGELES | CA | 90017-5406 | 213-488-7487 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | MATTHEW WALKER | | 12255 EL CAMINO REAL | STE 300 | SAN DIEGO | CA | 92130 | 858-847-4158 |
| POPE*WILLIAM E | | | 80721 CHERRY HILLS DR | | LA QUINTA | CA | 92253 | 949-235-3186 |
| RUBY'S DINER CITADEL, LLC/EUREKA FOODS, LLC | STEVEN L. CRAIG | | 4100 MACARTHUR BLVD. | STE 200 | NEWPORT BEACH | CA | 92660 | 949-224-4115 |
| RUBY'S DINER ORANGE DEPOT LLC | JOHN FISHER | | 85101 STAZZANI PLACE | | INDO | CA | 92203 | 805-390-6795 |
| SHULMAN HODGES BASTIAN LLP | ALAN J. FRIEDMAN | | 100 SPECTRUM CENTER DRIVE | STE 600 | IRVINE | CA | 92618 | 949-427-1654 |
| SILVA*RICHARD | | | 4012 FLOWERWOOD LN | | FALLBROOK | CA | 92028 | 949-574-8410 |
| SNELL & WILMER LLP | JIM SCHEINKMAN | | 600 ANTON BLVD. | STE 1400 | COSTA MESA | CA | 92626 | 714-427-7000 |
| SURAK*RONALD | | | 24216 GRAYSTON DR | | LAKE FOREST | CA | 92630 | 949-444-1825 |
| TEELE*JOHN P AND KATHLEEN H | | | 1917 YACHT PURITAN | | NEWPORT BEACH | CA | 92660 | 949-644-6955 |
| THEODORA ORINGHER PC | ERIC J. GROMME | | 535 ANTON BLVD | 9TH FLOOR | COSTA MESA | CA | 92626-7109 | 714-549-6136 |
| UNITED STATES ATTORNEY'S OFFICE | | | 300 NORTH LOS ANGELES ST | FEDERAL BUILDING, ROOM 7516 | LOS ANGELES | CA | 90012 | 213-894-3756 |
| UNITED STATES DEPT. OF JUSTICE | | | BEN FRANKLIN STATION | PO BOX 683 | WASHINGTON | DC | 20044 | 202-616-4140 |
| US FOODS - LA MIRADA | | | 15155 NORTHAM STREET | | LA MIRADA | CA | 90638 | 714-670-3680 |
| WARREN AND SHIELA NEWMAN, TRUSTEES | TRUSTEES OF THE NEWMAN FAMILY TRUST | | 11911 LAWLER STREET | | LOS ANGELES | CA | 90066 | 310-980-9648 |
| WEILAND GOLDEN GOODRICH LLP | MICHAEL  J. WEILAND | | 650 TOWN CENTER DRIVE | STE 600 | COSTA MESA | CA | 92626 | 714-966-1000 |
| WILLIAM C TAORMINA | TRUSTEE OF THE TAORMINA REV. TRST. | | 128 W SYCAMORE | | ANAHEIM | CA | 92805 | 714-765-0363 |
| ZAMPAS*THOMAS ERNEST | | | 2854 E SIERRA DR | | THOUSAND OAKS | CA | 91362 | 949-547-3618 |