William N. Lobel, SBN 93202
Pachulski Stang Ziehl & Jones LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Tel: 714-384-4740
Fax: 714-384-4741
wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diners, Inc., *et al.*
Debtors and Debtors-in-Possession

**FILED & ENTERED**

**SEP 10 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** firman    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINERS, INC., a California corporation, *et al.*,[1]<br><br>    Debtors and Debtors-in-Possession,<br><br>Affects:<br><br>☒  All Debtors<br><br>☐  RUBY'S DINERS, INC., ONLY<br><br>☐  RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐  RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐  RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐  RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐  RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐  RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**ORDER GRANTING DEBTOR 'S MOTION FOR ORDER (A) AUTHORIZING INTERIM USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL, AND (C) GRANTING RELATED RELIEF**<br><br>Date:         September 6, 2018<br>Time:        2:00 p.m.<br>Courtroom: 5A<br>Address:    411 West Fourth Street<br>                   Santa Ana, CA  92701 |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diners, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC 1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

1

A hearing was held on September 6, 2018, at 2:00 p.m. before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, in Courtroom 5A located at 411 West Fourth St., Santa Ana, CA, on Ruby's Diners, Inc.'s Motion for an Order (A) Authorizing Interim Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief filed September 5, 2018, as Docket #7 in Case No. 18-13311 ("Motion").[2]  Appearances were made as noted on the record.

The Court having read and considered the Motion, the related pleadings, heard the statements of counsel, and with good cause shown,

IT IS ORDERED:

1. The Motion is granted;

2. Each of the Secured Creditors, as defined in the Motion, is granted a postpetition replacement lien to the full value of its existing collateral and the proceeds thereof with the same extent, validity and priority as existed prepetition;

3. Each Secured Creditor's replacement lien shall encumber all assets acquired by Ruby's Diners, Inc. postpetition which would have been encumbered by the Secured Creditor's lien and security interest if Ruby's Diners, Inc. had not filed bankruptcy.

4. The Secured Creditors are granted a superpriority claim under section 507(b) of the Bankruptcy Code in the event of any diminution in such Secured Creditor's collateral.

5. This order does not and cannot modify, alter, amend, replace, or limit the rights of Opus Bank as set forth in the Interim Order (A) Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief entered in the Debtor's affiliate case, In re Ruby's SoCal Diners, LLC, a Delaware limited liability company, et al., case number:  8:18-bk-13197, Docket #34; and

// 

---

[2] Capitalized terms not otherwise defined have the same meaning ascribed to such terms in the Motion.

6. The final hearing on the Motion is scheduled for September 24, 2018 at 1:00 p.m.

###

Date: September 10, 2018

Erithe Smith
United States Bankruptcy Judge