William N. Lobel, SBN 93202
Pachulski Stang Ziehl & Jones LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Tel:  14-384-4740
Fax: 714-384-4741
wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diners, Inc., *et al.*
Debtors and Debtors-in-Possession

**FILED & ENTERED**

**SEP 10 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINERS, INC., a California corporation, *et al.*,[1]<br><br>    Debtors and Debtors-in-Possession,<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINERS, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING THE DEBTOR TO (I) PAY AND/OR HONOR PREPETITION WAGES, SALARIES, EMPLOYEE BENEFITS, AND OTHER COMPENSATION; (II) REMIT WITHOLDING OBLIGATIOS; (III) MAINTAIN EMPLOYEE COMPENSATION AND BENEFITS PROGRAMS AND PAY RELATED ADMINISTRATIVE OBLIGATIONS; AND (IV) HAVE APPLICABLE BANKS AND OTHER FINANCIAL INSTITUTIONS RECEIVE, PROCESS, HONOR AND PAY CERTAIN CHECKS PRESENTED FOR PAYMENT AND HONOR CERTAIN FND TRANSFER REQUESTS**<br><br>Date:        September 6, 2018<br>Time:       2:00 p.m.<br>Courtroom:  5A<br>Address:   411 W 4th St, Santa Ana, CA  92701 |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diners, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC 1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

1

DOCS_LA:316707.2 76135/001

1  A hearing was held on September 6, 2018, at 2:00 p.m. before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, in Courtroom 5A located at 411 West Fourth St., Santa Ana, CA, on Debtors for Motion for an Order Authorizing the Debtor to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee, Benefits, and Other Compensation; (II) Remit Withholding Obligations; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests filed September 5, 2018, as Docket #8 ("Motion").  Appearances were made as noted on the record.

The Court having read and considered the Motion, the related pleadings, and heard the statements of counsel, and with good cause shown,

IT IS ORDERED:

1. The Motion is granted in its entirety.

###

Date: September 10, 2018

Erithe Smith
United States Bankruptcy Judge