William N. Lobel (CA Bar No. 93202)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail: wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diner, Inc., *et al.*,
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,[1]<br><br>　　Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case Nos.: 8:18-bk-13311-CB<br><br>Chapter 11<br><br>**APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION OF DEBTORS FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND TO PROVIDE ADEQUATE PROTECTION; DECLARATION OF DOUGLAS S. CAVANAUGH IN SUPPORT**<br><br>[No Hearing Required]<br><br>[Local Rule 9075-1(b)] |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

DOCS_LA#316880.3 76135/001    1    APPLICATION FOR ORDER SHORTENING TIME

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS APPOINTED IN THE CASE OF RUBY'S DINER, INC., THE 20 LARGEST UNSECURED CREDITORS IN THE SOCAL DEBTORS' CASES, SECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

Ruby's Diner, Inc., a California corporation ("RDI"); Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, SoCal Diners, Quality, Ruby's Huntington Beach, Ruby's Laguna Hills, Ruby's Oceanside and Ruby's Palm Springs are referred to herein as the "SoCal Debtors" and, together with RDI, the "Debtors"), hereby apply to this Court under Local Bankruptcy Rule 9075-1(b) (the "Application to Shorten Time") for an order shortening the notice period for the hearing on the *Motion for Authority to Enter into Insurance Premium Finance Agreement and to Provide Adequate Protection* (the "Motion"), filed concurrently herewith.

By this Application to Shorten Time, the Debtors request that the Court set a hearing on the Motion as the same date and time as the hearings on the emergency motions filed by Ruby's Franchise Systems, Inc. ("RFS") scheduled for September 21, 2018 at 10:00 a.m. (Docket Nos. 25 and 26 in RFS case number 8:18-bk-13324)[2] (the "RFS Hearings"), as the principal of the Debtors will be in attendance at the RFS Hearings.

The Debtors submit that an expedited hearing on the Motion is necessary for the reasons stated herein. The Debtors have filed a Motion concurrently herewith seeking an order authorizing RDI, on behalf of the Debtors and non-debtor affiliates of the Company covered by the insurance policies (defined herein, collectively, as the "Covered Entities") to enter into an insurance premium financing agreement with FIRST Insurance Funding, a Division of Lake Forest Bank & Trust

---

[2] The Debtors and RFS are related cases by way common ownership.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

Company, N.A ("FIRST") to provide necessary insurance coverage for the Company (as defined herein), with the costs thereof to be allocated in accordance with pre-petition practices among the Covered Entities. As of the Petition Date, RDI had obtained and was in the process of finalizing insurance coverage necessary for the Company's operations. Such coverage is currently bound. A down-payment has been made by the Covered Entities, however, the additional amounts to put the policies in place still need to be paid to finalize the placement. The Debtors seek authority to allow RDI to enter into the financing agreement to allow the premiums to be paid as it is the only available option to pay for the necessary insurance and keep the policies in place. The Debtors can only operate and continue their necessary operations if the insurance remains in place and paid for.

The Debtors have been advised that all of the insurance bound will be cancelled for non-payment of premiums if the premiums are not paid in full by **September 24, 2018**. The Debtors will only have the ability to pay the premiums if the Motion is granted and the agreement with FIRST to fund the insurance premium is approved. As the process following approval will take a period of time, in order to meet the September 24th deadline, the Debtors seek the relief requested herein on an expedited basis.

For the reasons stated herein and in the Declaration of Douglas S. Cavanaugh filed in support of the Motion and this Application to Shorten Time, the Debtors submit that setting the hearing on the Motion on shortened time is in the best interests of the estates and should be granted by the Court.

In accordance with Local Rule 9075-1(b), this Application to Shorten Time, filed with a copy of the Motion, will be served contemporaneously, via facsimile, email, or overnight/Express Mail delivery on (1) the Office of the United States Trustee; (2) the Official Committee of Unsecured Creditors in the case of Ruby's Diner, Inc.; (3) the twenty (20) largest unsecured creditors in each of the SoCal Debtors' cases; (4) the parties that file with the Court and serve upon the Debtors request for notice of all matters in accordance with Bankruptcy Rule 2002(i) in the Debtors' cases; (5) the United States of America; (6) the State of California; (7) the Debtors' secured creditors, and counsel for the secured creditors, if any, in each of the Debtors' cases; (8) the Steering Committee on behalf of RDI's unsecured noteholders; (9) Credit Managers Association on behalf of RDI's secured

noteholders; and (10) FIRST.  The Debtors submit that such notice is sufficient under the circumstances.

As soon as the Court notifies the Debtors' counsel that the Application to Shorten Time has been granted, the Debtors will give notice thereof, by overnight mail, facsimile and/or email, to the parties referenced in the foregoing paragraph.

**WHEREFORE**, the Debtors respectfully request that the Court issue and enter the Order filed currently herewith granting the Application to Shorten Time setting the hearings on the same date and time as the RFS Hearings scheduled for September 21, 2018 at 10:00 a.m. to allow for sufficient time to put the financing and Policies in place prior to the September 24, 2018 deadline.

Dated: September 19, 2018

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ William N. Lobel
William N. Lobel
[Proposed] Attorneys for Ruby's Diner, Inc., *et al.,* Debtors and Debtors-in-Possession

# DECLARATION OF DOUGLAS S. CAVANAUGH

I, Douglas S. Cavanaugh, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am a founder and the Chief Executive Officer of Ruby's Diner, Inc., a California corporation, the above-captioned (lead) debtor and debtor-in possession ("RDI"). I am also the authorized signatory for Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, SoCal Diners, Quality, Ruby's Huntington Beach, Ruby's Laguna Hills, Ruby's Oceanside and Ruby's Palm Springs are referred to herein as the "SoCal Debtors" and, together with RDI, the "Debtors").

2. I submit this declaration in support of the Application for Order Shortening Time and the Debtors' concurrently filed *Motion for Order Authority to Enter Into Insurance Premium Finance Agreement and to Provide Adequate Protection* (the "Motion").[3] Except as otherwise indicated, all facts set forth in this Declaration are based on my personal knowledge, information supplied by employees under my supervision, or my opinion based on experience, knowledge, and information concerning the operations of the Debtor.

3. The Motion is seeking an order to allow RDI, on behalf of the Debtors and non-debtor affiliates of the Company covered by the insurance policies (defined herein, collectively, as the "Covered Entities") to enter into an insurance premium financing agreement with FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A ("FIRST") to provide necessary insurance coverage for the Company (as defined herein), with the costs thereof to be allocated in accordance with pre-petition practices among the Covered Entities. As of the Petition Date, RDI had obtained and was in the process of finalizing insurance coverage necessary for the Company's operations. Such coverage is currently bound. A down-payment has been made by the

---

[3] Capitalized terms not otherwise defined have the same meaning ascribed to such terms in the Motion.

Covered Entities, however, the additional amounts to put the policies in place still need to be paid to finalize the placement. The Debtors seek authority to allow RDI to enter into the financing agreement to allow the premiums to be paid as it is the only available option to pay for the necessary insurance and keep the policies in place. The Debtors can only operate and continue their necessary operations if the insurance remains in place and paid for.

4. The Debtors have been advised that all of the insurance bound will be cancelled for non-payment of premiums if the premiums are not paid in full by **_September 24, 2018_**. The Debtors will only have the ability to pay the premiums if this Motion is granted and the agreement with FIRST to fund the insurance premium is approved. As the process following approval will take a period of time, in order to meet the September 24th deadline, the Debtors seek the relief requested herein on an emergency basis.

5. Given that I will already be in attendance at the RFS Hearings scheduled for September 21, 2018 at 10:00 a.m., in the interests of judicial economy and efficiency, the Debtors request that the that the Court grant the Debtors' Application to Shorten Time and set the hearing on the Motion concurrently with the RFS Hearings.

6. For the reasons stated herein and in the Application to Shorten Time, I believe that shortening the time on the hearing on the Motion is in the best interests of the Debtors' estates and creditors, and other parties in interest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of September, 2018, at Newport Beach, California.

_____
Douglas S. Cavanaugh

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION OF DEBTORS FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND TO PROVIDE ADEQUATE PROTECTION; DECLARATION OF DOUGLAS S. CAVANAUGH IN SUPPORT** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **0/19/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **9/19/2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/19/2018 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - **George B Blackmar**    gblackmar@bpslaw.net
   - **Meghan Canty**    mcanty@tocounsel.com, lkwon@tocounsel.com;sschuster@tocounsel.com
   - **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
   - **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
   - **Michael J Hauser**    michael.hauser@usdoj.gov
   - **David S Kupetz**    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
   - **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
   - **Robert S Marticello**    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
   - **Jessica G McKinlay**    mckinlay.jessica@dorsey.com
   - **Malcolm D Minnick**    dminnick@pillsburylaw.com, m.minnick@comcast.net
   - **Valerie Smith**    claims@recoverycorp.com
   - **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
   - **Matthew S Walker**    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

2. **SERVED BY OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**

   Via Overnight Mail:
   The Honorable Erithe A. Smith, United States Bankruptcy Court,
   Central District of California, Ronald Reagan Federal Building and Courthouse
   411 West Fourth Street, Suite 5040 (courtesy bin)
   Santa Ana, CA 92701-4593

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001