William N. Lobel (CA Bar No. 93202)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail:    wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diner, Inc.,
a California corporation, *et al.*, Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:18-bk-13311-CB |
| RUBY'S DINER, INC., a California corporation, *et al.*[1] | Chapter 11 (Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB) |
|     Debtors and Debtors-in-Possession, | |
| Affects: | |
| ☒ All Debtors | |
| ☐ RUBY'S DINER, INC., ONLY | **PROOF OF SERVICE** |
| ☐ RUBY'S SOCAL DINERS, LLC, ONLY | (Relates to Docket Nos.: 70, 71, 72, and 74) |
| ☐ RUBY'S QUALITY DINERS, LLC, ONLY | |
| ☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY | |
| ☐ RUBY'S LAGUNA HILLS, LTD., ONLY | |
| ☐ RUBY'S OCEANSIDE, LTD., ONLY | |
| ☐ RUBY'S PALM SPRINGS, LTD., ONLY | |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby's Palm Springs, Ltd. (9627).

1    I am employed at Donlin Recano & Company, Inc., in Brooklyn, New York. I am over the age of 18 and

2    not a party to this action. My business address is 6201 15th Avenue, Brooklyn, NY 11219.  On September 20, 2018, I

3    served the foregoing document(s), described as:

4

5    1.  **Notice of Motion and Motion of Debtors for Authority to Enter Into Insurance Premium Finance**

     **Agreement and to Provide Adequate Protection; Declaration of Douglas S. Cavanaugh in Support**

6    **Thereof (Dkt No. 70);**

7

8    2.  **Application for Order Shortening Time for Hearing on Motion of Debtors for Authority to Enter into**

9    **Insurance Premium Finance Agreement and to Provide Adequate Protection; Declaration of Douglas S.**

10   **Cavanaugh in Support (Dkt No. 71);**

11

12   3.  **Granting Application and Setting Hearing on Shortened Notice Denying Application for Order Setting**

     **Hearing on Shortened Notice (Dkt No. 72); and**

13

14   4.  **Notice of Hearing on Shortened Time on Motion of Debtors for Authority to Enter Into Insurance**

15   **Premium Finance Agreement and to Provide Adequate Protection (Dkt No. 74).**

16

17   **1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

18   **(NEF):** Pursuant to controlling General Orders and LBR, the foregoing document(s) will be

19   served by the court via NEF and hyperlink to the document. On September __, 2018 I checked

20   the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the

21   following persons are on the Electronic Mail Notice List to receive NEF transmission at the email

22   addresses stated below:

23           ☐ Service information continued on attached page

24

25

26   **2.    TO BE SERVED VIA TELEPHONIC:** Pursuant to the controlling General Orders and

27   LBR, on September 20, 2018, I caused to be performed telephonic notice of the foregoing

28

RDI-00010

1  documents on the persons and/or entities at the last known telephone number listed on <u>Exhibit 1</u>

2  attached hereto. The results of such telephonic notice varied on a person and/or entity basis from

3  speaking with the person, to leaving a message, to no answer at the number provided, to being

4  unable to reach the person/entity.

5

6  ☒ Service information continued on attached <u>Exhibit 1</u>

7

8  **3.    TO BE SERVED VIA ELECTRONIC MAIL:** Pursuant to the controlling General

9  Orders and LBR, on September 20, 2018, I served the foregoing documents on the persons and/or

10  entities at the last known email addresses in the bankruptcy case or adversary proceeding to the

11  email addresses attached on <u>Exhibit 2</u>.

12

13  ☒ Service information continued on attached <u>Exhibit 2</u>

14

15  **4.    TO BE SERVED VIA FAX:** Pursuant to the controlling General Orders and LBR, on

16  September 20, 2018, I served the foregoing documents on the persons and/or entities at the last

17  known fax numbers in the bankruptcy case or adversary proceeding to the fax numbers attached

18  on <u>Exhibit 3</u>.

19  ☒ Service information continued on attached <u>Exhibit 3</u>

20  **5.    TO BE SERVED BY FEDERAL EXPRESS DELIVERY:** Pursuant to F.R. Civ P. 5

21  and/or controlling LBR on September 20, 2018 I served the following persons/and or entities at

22  the last known addresses in this bankruptcy case or adversary proceeding by placing a true and

23  correct copy thereof in a sealed envelope in the Federal Express Delivery Services, and addressed

24  to the person/and or entities as listed on <u>Exhibit 4</u>.  **Listing the judge here constitutes a**

25  **declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the**

26  **document is filed.**

27

28

RDI-00010

1    ☒ Service information continued on attached Exhibit 4

2

3    **6.     TO BE SERVED BY USPS EXPRESS DELIVERY:** Pursuant to F.R. Civ P. 5 and/or

4    controlling LBR on September 20, 2018 I served the following persons/and or entities at the last

5    known addresses in this bankruptcy case or adversary proceeding by placing a true and correct

6    copy thereof in a sealed envelope in the Federal Express and/or USPS Express Delivery Services,

7    and addressed to the person/and or entities as listed on Exhibit 5.  **Listing the judge here**

8    **constitutes a declaration that mailing to the judge will be completed no later than 24 hours**

9    **after the document is filed.**

10    ☒ Service information continued on attached Exhibit 5

11

12    I declare under penalty of perjury that the foregoing is true and correct.  Executed on

13    September 20, 2018, Brooklyn, New York.

14

15

16    _Sung Jae Kim_
        /Sung Kim

17

18    **Jungwoo Song**
        **Notary Public, State of New York**
19    **No. 02SO6231374 •**
        **Qualified in Kings County**
        **Commission Expires; Nov. 22, 2018**

19    Notary Public

20

21

22

23

24

25

26

27

28

RDI-00010

# EXHIBIT 1

| Name1 | Name2 | Name3 | Address 1 | Address 2 | City | State | Zip | Country | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 3 WIRE GROUP INC | OFFICER DIRECTOR MANAGER AGENT | | NW 7964 | PO BOX 1450 | MINNEAPOLIS | MN | 55485-7964 | | (800) 634-5005 |
| AIRE RITE AIR CONDITIONING | DAVE LANGSTON OFFICER DIR MGR AGENT | | 15122 BOLSA CHICA ST | | HUNTINGTON BCH. | CA | 92649 | | (714) 230-3930 |
| ASAP DRAIN GUYS AND PLUMBING | OFFICER DIRECTOR MEMBER AGENT | | 999 RANCHEROS DR | STE B | SAN MARCOS | CA | 92069 | | (760) 721-2904 |
| BERKELEY INSURANCE CO | OFFICER DIRECTOR MANAGER AGENT | | 475 STEAMBOAT RD | FL 1 | GREENWICH | CT | 06830 | | (203) 542-3800 |
| BLACKMAR PRINCIPE & SCHMELTER, APC | GEORGE B BLACKMAR, ESQ | | 600 B STREET STE 2250 | | SAN DIEGO | CA | 92101 | | 619-238-8900 |
| BRYAN CAVE LEIGHTON PAISNER LLP | AARON DAVIS | | 161 NORTH CLARK ST STE 4500 | | CHICAGO | IL | 60601 | | 312-602-5135 |
| CALIFORNIA NEWSPAPERS PARTNERSHP | ORANGE COUNTY REGISTER RIVERSIDE | OFFICER DIR MGR AGENT | 2190 S TOWNE CENTRE PL | | ANAHEIM | CA | 92806 | | (714) 796-7000 |
| CALIFORNIA RESTAURANT MUTUAL | DAVID JOHNSON/TRAVIS HARPER COO | | PO BOX 45783 | | SAN FRANCISCO | CA | 94145-0783 | | (800) 592-0047 |
| CINTAS CORP | OFFICER DIRECTOR MANAGER AGENT | | PO BOX 29059 | | PHOENIX | AZ | 85038-9059 | | (909) 390-4312 |
| COMPEAT INC | OFFICER DIRECTOR MANAGER AGENT | | 773 SAN MARIN DR | STE 2320 | NOVATO | CA | 94945 | | (415) 884-4888 |
| COOLAIRTEK AIR CONDITIONING AND REFRI | OFFICER DIRECTOR MANAGER AGENT | | 1540 LELAND ST | | BEAUMONT | CA | 92223 | | (951) 250-0763 |
| CREDIT MANAGERS ASSOC. | MIKE JONCICH | | 40 EAST VERDUGO AVE | | BURBANK | CA | 91502 | | 818-972-5301 |
| CROUDACE AND DIETRICH LLP | VIRGINIA CROUDACE OFFICER DIR MGR AGENT | | 4750 VON KARMAN AVE | | NEWPORT BEACH | CA | 92660 | | (949) 794-9900 |
| CUSTOM BUSINESS SOLUTIONS INC | OFFICER DIRECTOR MEMBER AGENT | | 12 MORGAN | | IRVINE | CA | 92618 | | (800) 551-7674 |
| CUSTOM BUSINESS SOLUTIONS INC | ANTHONY GARTUNG OFFICER DIR MGR AGENT | | 12 MORGAN | | IRVINE | CA | 92618 | | (949) 380-7674 |
| DAVID AND MAUREEN MELVOLD | | | 24 SONRISA | | IRVINE | CA | 92620 | | 714-699-0664 |
| DM DOBKIN INC DBA MR ROOTER PLUMBER | OFFICER DIRECTOR MANAGER AGENT | | PO BOX 338 | | PALM DESERT | CA | 92261 | | (760) 779-0190 |
| DONALD AND PENNY LAVOIE | | | 20 LYON | | NEWPORT COAST | CA | 92657-1102 | | 949-230-4320 |
| DORSEY & WHITNEY LLP | JOHN S BAKER;JESSICA G MCKINLAY | | 600 ANTON BLVD STE 2000 | | COSTA MESA | CA | 92626 | | 714-800-1400 |
| DORSEY & WHITNEY LLP | JESSICA G. MCKINLAY | | 305  LYTTON AVENUE | | PALO ALTO | CA | 94301 | | (650) 843-2708 |
| ECOTECH REFRIGERATION AND HVAC INC | OFFICER DIRECTOR MANAGER AGENT | | 1630 SUNKIST ST | STE R | ANAHEIM | CA | 92806 | | (714) 768-7693 |
| EDISON FIRE PROTECTION | OFFICER DIRECTOR MANAGER AGENT | | 3621 EAGLE ROCK BLVD | | LOS ANGELES | CA | 90065 | | (800) 222-9338 |
| EMPLOYMENT DEVELOPMENT DEPT. | BANKRUPTCY GROUP MIC 92 E | | PO BOX 826880 | | SACRAMENTO | CA | 94280-0001 | | 916-654-7799 |
| FACILITEC WEST | MARIAN BECHTOL OFFICER DIR MGR AGENT | | PO BOX 6008 | | SAN PEDRO | CA | 90734 | | (310) 521-6380 |
| FAMILY TREE PRODUCE | FIDEL GUZMAN OFFICER DIR MGR AGENT | | 5510 E LA PALMA AVE | | ANAHEIM | CA | 92807 | | (714) 515-5668 |
| FIRST INSURANCE FUNDING CORP | ERIC B STEINFELD | | 450 SKOKIE BOULEVARD SUITE 1000 | | NORTHBROOK | IL | 60062 | | 800-837-2511 |
| FRANCHISE TAX BOARD BANKRUPTCY SECTION | | | MS: A-340 | PO BOX 2952 | SACRAMENTO | CA | 95812-2952 | | 916-845-3626 |
| FRANCHISE TAX BOARD CHIEF COUNSEL | C/O GENERAL COUNSEL SECTION | | PO BOX 1720, MS: A-260 | | RANCHO CORDOVA | CA | 95741-1720 | | 916-845-6041 |
| G AND G BOOKKEEPING INC | GLYNIS RAMIREZ OFFICER DIR MGR AGENT | | 19602 COUNTRY LAKE DR | | MAGNOLIA | TX | 77355 | | (832) 521-5897 |
| GARDA CL WEST INC | SUSAN LOETELLOFFICER DIR MGR AGENT | | LOCKBOX 233209 | 3209 MOMENTUM PL | CHICAGO | IL | 60689 | | (972) 538-8116 |
| GASKETS USA LLC | OFFICER DIRECTOR MANAGER AGENT | | 10741 SHERMAN WAY | #3 | SUN VALLEY | CA | 91352 | | (818) 764-2337 |
| GENE PHELPS DBA US AIR CONDITIONING | OFFICER DIRECTOR MANAGER AGENT | | 4517 BIRCHWOOD AVE | | SEAL BEACH | CA | 90740 | | (714) 670-2716 |
| GRIT DEVELEOPMENT LLC | MICHAEL BRAUN | | 201 N PALM CANYON | STE 2100 | PALM SPRINGS | CA | 92262 | | (760) 641-4046 |
| HARBOR DISTRIBUTING LLC | DBA GATE CITY BEVERAGE DISTRIBUTION | | PO BOX 842685 | | LOS ANGELES | CA | 90084 | | (714) 933-2400 |
| INDUSTRIAL ELECTRIC SEVICE INC | OFFICER DIRECTOR MANAGER AGENT | | 5662 ENGINEER DR | | HUNTINGTON BCH. | CA | 92649 | | (800) 457-3783 |
| INTERIOR RESOURCES INC | OFFICER DIRECTOR MANAGER AGENT | | 489-20 JOHNSON AVENUE | | BOHEMIA | NY | 11716 | | (631) 256-6577 |
| INTERNAL REVENUE SERVICE | | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-829-1040 |
| INTERNAL REVENUE SVC | OFFICE OF CHIEF COUNSEL | | 10TH ST AND PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20530 | | 202-622-5000 |
| INTERNAL REVENUE SVC | INSOLVENCY STOP 5022 | | 300 N LOS ANGELES ST | RM 406 | LOS ANGELES | CA | 90012 | | 213-576-3009 |
| INTERNAL REVENUE SVC | GJ CARTER LOUIS OR OTHER AGENT | | PO BOX 145595 | STOP 8420G | CINCINNATI | OH | 45250-5585 | | 513-263-3333 |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-829-1040 |
| INTERNAL REVENUE SVC | AGENT | | 2970 MARKET ST | MAIL STOP 5-Q30133 | PHILADELPHIA | PA | 19104-5016 | | 800-829-1040 |
| JANI-KING OF CALIFORNIA INC | OFFICER DIRECTOR MANAGER AGENT | | FILE 749318 | | LOS ANGELES | CA | 90074-9318 | | (619) 682-3400 |
| JOHN P AND KATHLEEN H TEELE | | | 1917 YACHT PURITAN | | NEWPORT BEACH | CA | 92660 | | 949-644-6955 |
| KLM MANAGEMENT CO | DBA AMCOM FOOD SVC | | 14120 E VLY BLVD | | LA PUENTE | CA | 91746 | | (626) 330-3479 |
| LAKE AIR | OFFICER DIRECTOR MANAGER AGENT | | 583 OLEANDER RD | | PALM SPRINGS | CA | 92264 | | (760) 251-6610 |
| MAINTENANCE BUILDING SVC | VICTOR SANTANAOFFICER DIR MGR AGENT | | 1665 E 4TH ST | STE 104B | SANTA ANA | CA | 92701 | | (949) 350-5779 |
| MGP FUND X LAGUNA HILLS LLC | MANAGER MEMBER AGT STUART CRANDELL | | 425 CALIFORNIA ST | 10TH FL | SAN FRANCISCO | CA | 94104 | | (949) 586-8283 |
| MICHAEL AND KATHRYN MUNZ | | | 520 AVOCADO AVE | | CORONA DEL MAR | CA | 92625 | | 949-723-4576 |
| MICHAEL ROBERT WILSON | DBA WILSON CONSTRUCTION | | 14302 YORBA ST | | TUSTIN | CA | 92780 | | (714) 856-8551 |
| MICROCOOL INC | OFFICER DIRECTOR MANAGER AGENT | | 72216 NORTHSORE ST | #103-104 | THOUSAND PALMS | CA | 92276 | | (760) 322-1111 |
| MINUTEMAN INDUSTRIES INC | LINDY OFFICER DIR MGR AGENT | | PO BOX 4983 | | GARDEN GROVE | CA | 92842 | | 714-590-3800 |
| MISSION VALLEY SHOPPINGTOWN LLC | GEORGE B BLACKMAR | | 2049 CENTURY PK EAST | 41ST FL | LOS ANGELES | CA | 90067 | | (616) 238-8900 |
| NATIONAL PLASTIC CO INC | BRYAN CARR  OFFICER DIR MGR AGENT | | 15505 CORNET AVE | | SANTA FE SPRINGS | CA | 90670 | | (562) 348-4742 |
| NUCO2 LLC | OFFICER DIRECTOR MANAGER AGENT | | PO BOX 417902 | | BOSTON | MA | 02241-7902 | | (800) 472-2855 |
| OAK GROVE PTA | OAK GROVE ELEMENTARY PTA PRESIDENT | | 22705 SANBORN | | ALISO VIEJO | CA | 92656 | | (949) 360-9001 |
| OFFICE OF THE US TRUSTEE | M. SORENSEN & M. HAUSER | | 411 WEST FOURTH STREET | SUITE 7160 | SANTA ANA | CA | 92701 | | (714) 338-3405 |
| OPTIMAL BIOFUELS INC | DONOVAN SAFAEL OFFICER DIR MGR AGENT | | PO BOX 10986 | | NEWPORT BCH. | CA | 92658 | | (877) 702-3835 |
| OPUS BANK A CALIF CCMMERCIAL BANK | DORSEY AND WHITNEY LLP | JOHN S BAKER | 600 ANTON | STE 200 | COSTA MESA | CA | 92626-7655 | | 714-800-1403 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | BARBARA L CROUTCH | | 725 SOUTH FIGUEROA ST | STE 2800 | LOS ANGELES | CA | 90017-5406 | | 213-488-7159 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | CHRISTINE A SCHEUNEMAN | | 725 SOUTH FIGUEROA ST | STE 2800 | LOS ANGELES | CA | 90017-5406 | | 213-488-7487 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | M DAVID MINNICK, ESQ | | FOUR EMBARCADERO CENTER, 22ND FLOOR | | SAN FRANCISCO | CA | 94111 | | 415-983-1000 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | MATTHEW S WALKER, ESQ | | 12255 EL CAMINO REAL STE 300 | | SAN DIEGO | CA | 92130-4088 | | 858-847-4158 |
| PRECISION AIR COOLING AND HEATING SVC LLC | SCOTT DEN HARTOG | | 247 PLUMBERS RD | | COLUMBIA | SC | 29203 | | (888) 833-1313 |
| PRUDENTIAL OVERALL SUPPLY INC | OFFICER DIRECTOR MANAGER AGENT | | PO BOX 11210 | | SANTA ANA | CA | 92711-1210 | | (949) 250-4855 |
| PRUDENTIAL OVERALL SUPPLY INC | OFFICER DIRECTOR MANAGER AGENT | | 1661 ALTON PKWY | | IRVINE | CA | 92606 | | (949) 250-4855 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PURITAN BAKERY | JIM STONE OFFICER DIR MGR AGENT | | 1624 E CARSON ST | | CARSON | CA | 90745 | (310) 940-0407 |
| REEF SYSTEMS INC | OFFICER DIRECTOR MANAGER AGENT | | 2931 GRACE LN | UNIT G | COSTA MESA | CA | 92626 | (714) 751-3474 |
| RESCUE ROOTER | T NELSON OFFICER DIR MGR AGENT | | 9895 OLSON DR | STE A | SAN DIEGO | CA | 92121 | (866) 803-0879 |
| RICHARD SILVA | | | 4012 FLOWERWOOD LN | | FALLBROOK | CA | 92028 | 949-574-8410 |
| SAN DIEGO COUNTY | TREASURER TAX COLLECTOR | | 1600 PACIFIC COAST HIGHWAY | RM 162 | SAN DIEGO | CA | 92101 | (619) 236-2424 |
| SHOES FOR CREWS LLC | OFFICER DIRECTOR MANAGER AGENT | | PO BOX 504634 | | SAINT LOUIS | MO | 63150 | (800) 523-4448 |
| SHULMAN HODGES BASTIAN LLP | ALAN J. FRIEDMAN | | 100 SPECTRUM CENTER DRIVE | STE 600 | IRVINE | CA | 92618 | 949-427-1654 |
| SMILEY WANG-EKVALL LLP | ROBERT S MARTICELLO | | 3200 PARK CENTER DRIVE STE 250 | | COSTA MESA | CA | 92626 | 714-445-1000 |
| SOUTH CITY MECHANICAL INC | OFFICER DIRECTOR MANAGER AGENT | | 8822 TROY ST | | SPRING VALLEY | CA | 91977 | (619) 342-6445 |
| SOUTHERN CALIFORNIA EDISON | OFFICER MANAGER DIRECTOR AGENT | | PO BOX 300 | | ROSEMEAD | CA | 91771 | (800) 655-4555 |
| SOUTHWEST PLUMBING | OFFICER DIRECTOR MANAGER AGENT | | 31410 RESERVE DR | | THOUSAND PALMS | CA | 92276 | (760) 343-2345 |
| SPECIALTY COOLING INC | OFFICER DIRECTOR MANAGER AGENT | | 1661 MARTENS RIVER CIR | UNIT M | FOUNTAIN VALLEY | CA | 92708 | (877) 543-5544 |
| STACEY'S REFRIGERATION AND AIR CONDITIONING | OFFICER DIRECTOR MANAGER AGENT | | PO BOX 232 | | DESERT HOT SPRINGS | CA | 92240 | (760) 251-6610 |
| STARWEST PARKWAY MALL LP | DANIAL TOSCANO ESQ | | PO BOX 844767 | | LOS ANGELES | CA | 90084-4767 | (310) 556-1801 |
| STEVEN L CRAIG | | | 4100 MACARTHUR BLVD | STE 200 | NEWPORT BEACH | CA | 92660 | 949-224-4115 |
| SULMEYERKUPETZ, A PROFESSIONAL CORP | DAVID S KUPETZ | | 333 SOUTH HOPE ST, THIRTY FIFTH FLOOR | | LOS ANGELES | CA | 90071-1406 | 213-626-2311 |
| THE PAPER CO | OFFICER DIRECTOR MANAGER AGENT | | PO BOX 17807 | ` | IRVINE | CA | 92623 | (800) 834-6248 |
| THEODORA ORINGHER PC | MEGHAN CANTY | | 535 ANTON BLVD, NINTH FLOOR | | COSTA MESA | CA | 92626-7109 | 714.549.6200 |
| THEODORA ORINGHER PC | ERIC J. GROMME | | 535 ANTON BLVD | 9TH FLOOR | COSTA MESA | CA | 92626-7109 | 714-549-6136 |
| UNION BANK N | OFFICER DIRECTOR MANAGER AGENT | | PO BOX 650349 | | DALLAS | TX | 75265 | (949) 553-2522 |
| UNITED STATES ATTORNEY'S OFFICE | | | 300 NORTH LOS ANGELES ST | FEDERAL BUILDING, ROOM 7516 | LOS ANGELES | CA | 90012 | 213-894-3756 |
| UNITED STATES DEPT. OF JUSTICE | | | BEN FRANKLIN STATION | PO BOX 683 | WASHINGTON | DC | 20044 | 202-616-4140 |
| US FOODS - LA MIRADA | BRIAN SONDHEIM OFFICER DIR MGR AGENT | | 540 NORTHEAST LANDON RD | | BELFAIR | WA | 98528 | (360) 552-2430 |
| WASSERTROM CO INC | OFFICER DIRECTOR MANAGER AGENT | | 477 S FRONT ST | | COLUMBUS | OH | 43215 | (866) 815-7945 |
| WILLIAM E POPE | | | 80721 CHERRY HILLS DR | | LA QUINTA | CA | 92253 | 949-235-3186 |

**EXHIBIT 2**

Ruby's Diner, Inc., et al.
Electronic Mail
Exhibit Pages

---

000083P001-1397S-010
AIRE RITE AIR CONDITIONING
DAVE LANGSTON OFFICER DIR MGR AGENT
15122 BOLSA CHICA ST
HUNTINGTON BCH. CA 92649
DAVE.LANGSTON@AIRERITE.COM

000082P001-1397S-010
ASAP DRAIN GUYS AND PLUMBING
OFFICER DIRECTOR MEMBER AGENT
999 RANCHEROS DR
STE B
SAN MARCOS CA 92069
INFO@ASAPGUYS.COM

000044P001-1397S-010
BRYAN CAVE LEIGHTON PAISNER LLP
AARON DAVIS
161 NORTH CLARK ST STE 4500
CHICAGO IL 60601
AARON.DAVIS@BCLPLAW.COM

000068P001-1397S-010
CALIFORNIA NEWSPAPERS PARTNERSHP
ORANGE COUNTY REGISTER RIVERSIDE
OFFICER DIR MGR AGENT
2190 S TOWNE CENTRE PL
ANAHEIM CA 92806
SERVICE@SCNG.COM

000046P001-1397S-010
CITY OF HUNTINGTON BEACH
KELLEE FRITZAL DEPUTY DIR OFFICE OF BUS DEV
PO BOX 190
HUNTINGTON BEACH CA 92648
KFRITZAL@SURFCITY-HB.ORG

000101P001-1397S-010
COOLAIRTEK AIR CONDITIONING AND REFRI
OFFICER DIRECTOR MANAGER AGENT
1540 LELAND ST
BEAUMONT CA 92223
COOLAIRTEKHVAC@GMAIL.COM

004338P001-1397A-010
STEVEN L CRAIG
4100 MACARTHUR BLVD
STE 200
NEWPORT BEACH CA 92660
STEVE@CRAIGREALTYGROUP.COM

000048P001-1397S-010
CROUDACE AND DIETRICH LLP
VIRGINIA CROUDACE OFFICER DIR MGR AGENT
4750 VON KARMAN AVE
NEWPORT BEACH CA 92660
VIRGINIA.CROUDACE@C2D2LAW.COM

000096P001-1397S-010
CUSTOM BUSINESS SOLUTIONS INC
ANTHONY GARTUNG OFFICER DIR MGR AGENT
12 MORGAN
IRVINE CA 92618
ANTHONY.GARTUNG@CBSNORTHSTAR.COM

000097P001-1397S-010
DM DOBKIN INC DBA MR ROOTER PLUMBER
OFFICER DIRECTOR MANAGER AGENT
PO BOX 338
PALM DESERT CA 92261
MRROOTERPD@GMAIL.COM

000034P001-1397S-010
DORSEY & WHITNEY LLP
JOHN S BAKER;JESSICA G MCKINLAY
600 ANTON BLVD STE 2000
COSTA MESA CA 92626
BAKER.JOHN@DORSEY.COM

000034P001-1397S-010
DORSEY & WHITNEY LLP
JOHN S BAKER;JESSICA G MCKINLAY
600 ANTON BLVD STE 2000
COSTA MESA CA 92626
WIEST.JOHN@DORSEY.COM

000054P001-1397S-010
ECOTECH REFRIGERATION AND HVAC INC
OFFICER DIRECTOR MANAGER AGENT
1630 SUNKIST ST
STE R
ANAHEIM CA 92806
INFO@ECOTECH-HVACR.COM

000086P001-1397S-010
EDISON FIRE PROTECTION
OFFICER DIRECTOR MANAGER AGENT
3621 EAGLE ROCK BLVD
LOS ANGELES CA 90065
INFO@EDISON-FIRE.COM

000070P001-1397S-010
FACILITEC WEST
MARIAN BECHTOL OFFICER DIR MGR AGENT
PO BOX 6008
SAN PEDRO CA 90734
MARIANBECHTOL@FACILITECWEST.COM

005429P001-1397A-010
FIRST INSURANCE FUNDING CORP
ERIC B STEINFELD
450 SKOKIE BOULEVARD SUITE 1000
NORTHBROOK IL 60062
ERIC.STEINFELD@FIRSTINSURANCEFUNDING.COM

000058P001-1397S-010
G AND G BOOKKEEPING INC
GLYNIS RAMIREZ OFFICER DIR MGR AGENT
19602 COUNTRY LAKE DR
MAGNOLIA TX 77355
GGBOOKKEEPING@AOL.COM

000061P001-1397S-010
GARDA CL WEST INC
SUSAN LOETELLOFFICER DIR MGR AGENT
LOCKBOX 233209
3209 MOMENTUM PL
CHICAGO IL 60689
SUSANLOETELL@GARDA.COM

000091P001-1397S-010
GRIT DEVELEOPMENT LLC
MICHAEL BRAUN
201 N PALM CANYON
STE 2100
PALM SPRINGS CA 92262
MICHAEL@GRITPS.COM

000059P001-1397S-010
HARBOR DISTRIBUTING LLC
DBA GATE CITY BEVERAGE DISTRIBUTION
LOS ANGELES CA 90084
BEERLINE@REYESHOLDINGS.COM

000092P001-1397S-010
LAKE AIR
OFFICER DIRECTOR MANAGER AGENT
583 OLEANDER RD
PALM SPRINGS CA 92264
INFO@LAKEAC.COM

004331P001-1397A-010
DONALD AND PENNY LAVOIE
20 LYON
NEWPORT COAST CA 92657-1102
RENATARICCI1@AOL.COM

004333P001-1397A-010
DAVID AND MAUREEN MELVOLD
24 SONRISA
IRVINE CA 92620
MELVOLD@DSLEXTREME.COM

000050P001-1397S-010
MICHAEL ROBERT WILSON
DBA WILSON CONSTRUCTION
14302 YORBA ST
TUSTIN CA 92780
MIKE@WILSONCONSTRUCTS.COM

Ruby's Diner, Inc. et al
Electronic Mail
Exhibit Pages

000100P001-1397S-010
MICROCOOL INC
OFFICER DIRECTOR MANAGER AGENT
72216 NORTHSORE ST
#103-104
THOUSAND PALMS CA 92276
INFO@MICROCOOL.COM

000057P001-1397S-010
MINUTEMAN INDUSTRIES INC
LINDY OFFICER DIR MGR AGENT
PO BOX 4983
GARDEN GROVE CA 92842
LINDY@MINUTEMANPLUMBING.NET

000104P001-1397S-010
MISSION VALLEY SHOPPINGTOWN LLC
GEORGE B BLACKMAR
2049 CENTURY PK EAST
41ST FL
LOS ANGELES CA 90067
GBLACKMAR@BPSLAW.NET

004334P001-1397A-010
MICHAEL AND KATHRYN MUNZ
520 AVOCADO AVE
CORONA DEL MAR CA 92625
MUNZERS@ROADRUNNER.COM

000075P001-1397S-010
NATIONAL PLASTIC CO INC
BRYAN CARR  OFFICER DIR MGR AGENT
15505 CORNET AVE
SANTA FE SPRINGS CA 90670
BRYANC@MENUCOVERS.COM

000002P003-1397S-010
OFFICE OF THE US TRUSTEE
M. SORENSEN & M. HAUSER
411 WEST FOURTH STREET
SUITE 7160
SANTA ANA CA 92701
MARILYN.SORENSEN@USDOJ.GOV

000002P003-1397S-010
OFFICE OF THE US TRUSTEE
M. SORENSEN & M. HAUSER
411 WEST FOURTH STREET
SUITE 7160
SANTA ANA CA 92701
MICHAEL.HAUSER@USDOJ.GOV

000085P001-1397S-010
OPTIMAL BIOFUELS INC
DONOVAN SAFAEL OFFICER DIR MGR AGENT
PO BOX 10986
NEWPORT BCH. CA 92658
DON@OPTIMALBIOFUELS.COM

004602S001-1397A-010
OPUS BANK A CALIF CCMMERCIAL BANK
DORSEY AND WHITNEY LLP
JOHN S BAKER
600 ANTON
STE 200
COSTA MESA CA 92626-7655
BAKER.JOHN@DORSEY.COM

004328P002-1397A-010
PILLSBURY WINTHROP SHAW PITTMAN LLP
BARBARA L CROUTCH
725 SOUTH FIGUEROA ST
STE 2800
LOS ANGELES CA 90017-5406
BARBARA.CROUTCH@PILLSBURYLAW.COM

004327P001-1397A-010
PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTINE A SCHEUNEMAN
725 SOUTH FIGUEROA ST
STE 2800
LOS ANGELES CA 90017-5406
CHRISTINE.SCHEUNEMAN@PILLSBURYLAW.COM

000039P001-1397S-010
PILLSBURY WINTHROP SHAW PITTMAN LLP
M DAVID MINNICK, ESQ
FOUR EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO CA 94111
DMINNICK@PILLSBURYLAW.COM

004845P001-1397A-010
PILLSBURY WINTHROP SHAW PITTMAN LLP
MATTHEW WALKER
12255 EL CAMINO REAL
STE 300
SAN DIEGO CA 92130
MATTHEW.WALKER@PILLSBURYLAW.COM

004330P001-1397A-010
WILLIAM E POPE
80721 CHERRY HILLS DR
LA QUINTA CA 92253
F8PILOT1@VERIZON.NET

000067P001-1397S-010
PRECISION AIR COOLING AND HEATING SVC LLC
SCOTT DEN HARTOG
247 PLUMBERS RD
COLUMBIA SC 29203
SDENHARTOG@PACAM1.COM

000084P001-1397S-010
PRUDENTIAL OVERALL SUPPLY INC
OFFICER DIRECTOR MANAGER AGENT
1661 ALTON PKWY
IRVINE CA 92606
DAVIDC@POS-CLEAN.COM

000052P001-1397S-010
PURITAN BAKERY
JIM STONE OFFICER DIR MGR AGENT
1624 E CARSON ST
CARSON CA 90745
JSTONE@PURITANBAKERY.COM

000081P001-1397S-010
RESCUE ROOTER
T NELSON  OFFICER DIR MGR AGENT
9895 OLSON DR
STE A
SAN DIEGO CA 92121
TNELSON@ARS.COM

000011P001-1397S-010
SHULMAN HODGES BASTIAN LLP
ALAN J. FRIEDMAN
100 SPECTRUM CENTER DRIVE
STE 600
IRVINE CA 92618
AFRIEDMAN@SHBLLP.COM

004329P001-1397A-010
RICHARD SILVA
4012 FLOWERWOOD LN
FALLBROOK CA 92028
DSILVA@ROADRUNNER.COM

000042P001-1397S-010
SMILEY WANG-EKVALL LLP
ROBERT S MARTICELLO
3200 PARK CENTER DRIVE STE 250
COSTA MESA CA 92626
MARTICELLO@SWELAWFIRM.COM

000098P001-1397S-010
SOUTHWEST PLUMBING
OFFICER DIRECTOR MANAGER AGENT
31410 RESERVE DR
THOUSAND PALMS CA 92276
INFO@SOUTHWESTPLUMBINGINC.COM

000103P001-1397S-010
SPECIALTY COOLING INC
OFFICER DIRECTOR MANAGER AGENT
1661 MARTENS RIVER CIR
UNIT M
FOUNTAIN VALLEY CA 92708
INFO@SPECIALTYCOOLING.COM

000094P001-1397S-010
STACEY'S REFRIGERATION AND AIR CONDITIONING
OFFICER DIRECTOR MANAGER AGENT
PO BOX 232
DESERT HOT SPRINGS CA 92240
STACEYAIR@AOL.COM

**Ruby's Diner, Inc. et al.**
**Electronic Mail**
**Exhibit Pages**

09/20/2018 03:59:59 PM

000106P001-1397S-010
STARWEST PARKWAY MALL LP
DANIAL TOSCANO ESQ
PO BOX 844767
LOS ANGELES CA 90084-4767
DTOSCANO@POLSINELLI.COM

004332P001-1397A-010
JOHN P AND KATHLEEN H TEELE
1917 YACHT PURITAN
NEWPORT BEACH CA 92660
MRSLTCOLTEE@AOL.COM

000076P001-1397S-010
THE PAPER CO
OFFICER DIRECTOR MANAGER AGENT
PO BOX 17807
IRVINE CA 92623
JOLIE@THEPAPERCOMPANY.COM

000003P002-1397S-010
THEODORA ORINGHER PC
ERIC J. GROMME
535 ANTON BLVD
9TH FLOOR
COSTA MESA CA 92626-7109
EFROMME@TOCOUNSEL.COM

000063P001-1397S-010
UNION BANK N
OFFICER DIRECTOR MANAGER AGENT
PO BOX 650349
DALLAS TX 75265
TALA.MISA@UNIONBANK.COM

000047P001-1397S-010
US FOODS - LA MIRADA
BRIAN SONDHEIM OFFICER DIR MGR AGENT
540 NORTHEAST LANDON RD
BELFAIR WA 98528
BRIAN.SONDHEIM@USFOODS.COM

00034P001-1397S-010
DORSEY & WHITNEY LLP
JOHN S BAKER; JESSICA G MCKINLAY 600 ANTON
BLVD STE 2000
COSTA MESA CA 92626
MCKINLAY.JESSICA@DORSEY.COM

Records Printed :  **54**

# EXHIBIT 3

**Ruby's Diner, Inc. et al.**
**Facsimile**
**Exhibit Page**

000041P001-1397S-010
SULMEYERKUPETZ, A PROFESSIONAL CORP
DAVID S KUPETZ
333 SOUTH HOPE ST, THIRTY FIFTH FLOOR
LOS ANGELES CA 90071-1406
Fax#:  213-629-4520

000006P002-1397S-010
UNITED STATES DEPT. OF JUSTICE
BEN FRANKLIN STATION
PO BOX 683
WASHINGTON DC 20044
Fax#:  202-616-4314

Records Printed :    **2**

# EXHIBIT 4

Ruby's Diner, Inc. et al.
Federal Express
Exhibit Pages

09/20/2018 05:40:40 PM

| | | | |
|---|---|---|---|
| 000099P001-1397S-010<br>BERKELEY INSURANCE CO<br>OFFICER DIRECTOR MANAGER AGENT<br>475 STEAMBOAT RD<br>FL 1<br>GREENWICH CT 06830 | 000105P001-1397S-010<br>BLACKMAR PRINCIPE AND SCHMELTER APC<br>(RE MISSION VALLEY SHOPPINGTOWN)<br>GEORGE B BLACKMAR<br>600 B ST<br>STE 2250<br>SAN DIEGO CA 92101 | 004599P004-1397A-010<br>BLACKMAR PRINCIPE AND SCHMELTER APC<br>(RE PLAZA BONITA LLC) GEORGE B BLACKMAR<br>600 B ST<br>STE 2250<br>SAN DIEGO CA 92101 | 004600P001-1397A-010<br>C AND C PARTNERSHIP<br>RONALD CLEAR<br>56 TESLA<br>IRVINE CA 92618 |
| 000073P001-1397S-010<br>COMPEAT INC<br>OFFICER DIRECTOR MANAGER AGENT<br>773 SAN MARIN DR<br>STE 2320<br>NOVATO CA 94945 | 000037P001-1397S-010<br>CREDIT MANAGERS ASSOC.<br>MIKE JONCICH<br>40 EAST VERDUGO AVE<br>BURBANK CA 91502 | 000089P001-1397S-010<br>CUSTOM BUSINESS SOLUTIONS INC<br>OFFICER DIRECTOR MEMBER AGENT<br>12 MORGAN<br>IRVINE CA 92618 | 000032P001-1397S-010<br>DELAWARE DIVISION OF CORPORATIONS<br>401 FEDERAL STREET # 4<br>DOVER DE 19901 |
| 000049P001-1397S-010<br>FAMILY TREE PRODUCE<br>FIDEL GUZMAN OFFICER DIR MGR AGENT<br>5510 E.LA PALMA AVE<br>ANAHEIM CA 92807 | 000072P001-1397S-010<br>GASKETS USA LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>10741 SHERMAN WAY<br>#3<br>SUN VALLEY CA 91352 | 000095P001-1397S-010<br>GENE PHELPS DBA US AIR CONDITIONING<br>OFFICER DIRECTOR MANAGER AGENT<br>4517 BIRCHWOOD AVE<br>SEAL BEACH CA 90740 | 000069P001-1397S-010<br>INDUSTRIAL ELECTRIC SEVICE INC<br>OFFICER DIRECTOR MANAGER AGENT<br>5662 ENGINEER DR<br>HUNTINGTON BCH. CA 92649 |
| 000051P001-1397S-010<br>INTERIOR RESOURCES INC<br>OFFICER DIRECTOR MANAGER AGENT<br>489-20 JOHNSON AVENUE<br>BOHEMIA NY 11716 | 004324P001-1397A-010<br>INTERNAL REVENUE SVC<br>INSOLVENCY STOP 5022<br>300 N LOS ANGELES ST<br>RM 406<br>LOS ANGELES CA 90012 | 004325P001-1397A-010<br>INTERNAL REVENUE SVC<br>OFFICE OF CHIEF COUNSEL<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | 004326P001-1397A-010<br>INTERNAL REVENUE SVC<br>AGENT<br>2970 MARKET ST<br>MAIL STOP 5-Q30133<br>PHILADELPHIA PA 19104-5016 |
| 000087P001-1397S-010<br>JANI-KING OF CALIFORNIA INC<br>OFFICER DIRECTOR MANAGER AGENT<br>FILE 749318<br>LOS ANGELES CA 90074-9318 | 000108P003-1397S-010<br>JOHN P. TEELE<br>1917 YACHT PURITAN<br>NEWPORT BEACH CA 92660 | 000064P001-1397S-010<br>KLM MANAGEMENT CO<br>DBA AMCOM FOOD SVC<br>14120 E VLY BLVD<br>LA PUENTE CA 91746 | 000060P001-1397S-010<br>MAINTENANCE BUILDING SVC<br>VICTOR SANTANAOFFICER DIR MGR AGENT<br>1665 E 4TH ST<br>STE 104B<br>SANTA ANA CA 92701 |
| 000066P001-1397S-010<br>MGP FUND X LAGUNA HILLS LLC<br>MANAGER MEMBER AGT STUART CRANDELL<br>425 CALIFORNIA ST<br>10TH FL<br>SAN FRANCISCO CA 94104 | 000088P001-1397S-010<br>MIGUEL CANTU SOLANO<br>DBA MCPAINTING HANDYMAN<br>2356 CATALINA AVE<br>VISTA CA 92084 | 000077P001-1397S-010<br>OAK GROVE PTA<br>OAK GROVE ELEMENTARY PTA PRESIDENT<br>22705 SANBORN<br>ALISO VIEJO CA 92656 | 004601P001-1397A-010<br>OPUS BANK A CALIF CCMMERCIAL BANK<br>OFFICER DIRECTOR MANAGER AGENT<br>19900 MACARTHUR BLVD<br>12TH FLOOR<br>IRVINE CA 92612 |
| 004601S002-1397A-010<br>OPUS BANK A CALIF CCMMERCIAL BANK<br>DORSEY AND WHITNEY LLP<br>ROBERT A SCHULTZ<br>600 ANTON<br>STE 200<br>COSTA MESA CA 92626-7655 | 004601S003-1397A-010<br>OPUS BANK A CALIF CCMMERCIAL BANK<br>BRYAN CAVE LLP<br>REN R HAYHURST ESQ<br>3161 MICHELSON DR<br>STE 1500<br>IRVINE CA 92612 | 004602P001-1397A-010<br>OPUS BANK A CALIF CCMMERCIAL BANK<br>OFFICER DIRECTOR MANAGER AGENT<br>131 W COMMONWEALTH AVE<br>FULLERTON CA 92832 | 000065P001-1397S-010<br>REEF SYSTEMS INC<br>OFFICER DIRECTOR MANAGER AGENT<br>2931 GRACE LN<br>UNIT G<br>COSTA MESA CA 92626 |

**Ruby's Diner, Inc. et al.**
**Federal Express**
**Exhibit Pages**

000107P002-1397S-010
RICHARD SILVA
4012 FLOWERWOOD LN
FALLBROOK CA 92028

000079P001-1397S-010
SAN DIEGO COUNTY
TREASUER TAX COLLECTOR
1600 PACIFIC COAST HIGHWAY
RM 162
SAN DIEGO CA 92101

000042P001-1397S-010
SMILEY WANG-EKVALL LLP
ROBERT S MARTICELLO
3200 PARK CENTER DRIVE STE 250
COSTA MESA CA 92626

000080P001-1397S-010
SOUTH CITY MECHANICAL INC
OFFICER DIRECTOR MANAGER AGENT
8822 TROY ST
SPRING VALLEY CA 91977

000045P001-1397S-010
THEODORA ORINGHER PC
MEGHAN CANTY
535 ANTON BLVD, NINTH FLOOR
COSTA MESA CA 92626-7109

000005P001-1397S-010
UNITED STATES ATTORNEY'S OFFICE
300 NORTH LOS ANGELES ST
FEDERAL BUILDING, ROOM 7516
LOS ANGELES CA 90012

000071P001-1397S-010
WASSERTROM CO INC
OFFICER DIRECTOR MANAGER AGENT
477 S FRONT ST
COLUMBUS OH 43215

000109P001-1397S-010
WILLIAM E. POPE
80721 CHERRY HILLS DR
LA QUINTA CA 92253

Records Printed :  **36**

**EXHIBIT 5**

**Ruby's Diner, Inc. et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                                          09/20/2018 05:41:54 PM

| | | | |
|---|---|---|---|
| 000062P001-1397S-010<br>3 WIRE GROUP INC<br>OFFICER DIRECTOR MANAGER AGENT<br>NW 7964<br>PO BOX 1450<br>MINNEAPOLIS MN 55485 | 000055P001-1397S-010<br>CALIFORNIA RESTAURANT MUTUAL<br>DAVID JOHNSON/TRAVIS HARPER  COO<br>PO BOX 45783<br>SAN FRANCISCO CA 94145 | 000102P001-1397S-010<br>CINTAS CORP<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 29059<br>PHOENIX AZ 85038 | 000033P001-1397S-010<br>DELAWARE SECRETARY OF STATE<br>DELAWARE DIVISION OF CORPORATIONS<br>PO BOX 5509<br>BINGHAMTON NY 13902- |
| 000007P001-1397S-010<br>EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92 E<br>PO BOX 826880<br>SACRAMENTO CA 94280 | 000070P001-1397S-010<br>FACILITEC WEST<br>MARIAN BECHTOL OFFICER DIR MGR AGENT<br>PO BOX 6008<br>SAN PEDRO CA 90734- | 000056P001-1397S-010<br>FIRST INSURANCE FUNDING CORP<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 7000<br>CAROL STREAM IL 60197 | 000009P001-1397S-010<br>FRANCHISE TAX BOARD BANKRUPTCY SECTION<br>MS: A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812 |
| 000008P001-1397S-010<br>FRANCHISE TAX BOARD CHIEF COUNSEL<br>C/O GENERAL COUNSEL SECTION<br>PO BOX 1720, MS: A-260<br>RANCHO CORDOVA CA 95741 | 000004P001-1397S-010<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101 | 004322P001-1397A-010<br>INTERNAL REVENUE SVC<br>GJ CARTER LOUIS OR OTHER AGENT<br>PO BOX 145595<br>STOP 8420G<br>CINCINNATI OH 45250 | 004323P001-1397A-010<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101 |
| 000057P001-1397S-010<br>MINUTEMAN INDUSTRIES INC<br>LINDY OFFICER DIR MGR AGENT<br>PO BOX 4983<br>GARDEN GROVE CA 92842- | 000090P001-1397S-010<br>NUC02 LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 417902<br>BOSTON MA 02241 | 000078P001-1397S-010<br>SHOES FOR CREWS LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 504634<br>SAINT LOUIS MO 63150- | 000053P001-1397S-010<br>SOUTHERN CALIFORNIA EDISON<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 300<br>ROSEMEAD CA 91771- |
| 000093P001-1397S-010<br>SOUTHERN CALIFORNIA EDISON<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 300<br>ROSEMEAD CA 91771- | 000094P001-1397S-010<br>STACEY'S REFRIGERATION AND AIR CONDITIONING<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 232<br>DESERT HOT SPRINGS CA 92240- | 000035P001-1397S-010<br>SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41021<br>NORFOLK VA 23541- | |

Records Printed :  **19**