Peter C. Anderson
United States Trustee
Frank Cadigan, SBN 095666
Assistant U.S. Trustee
Office of the U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel:  714-338-3400
Fax: 714-338-3421
Frank.Cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.,*<br><br>    Debtors and Debtors-in-Possession,<br><br>Affects:<br><br>☐  All Debtors<br><br>☒  RUBY'S DINER, INC., ONLY<br><br>☐  RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐  RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐  RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐  RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐  RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐  RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**AMENDED**<br>APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN THE CASE OF **RUBY'S DINER, INC. ONLY** |

1

**TO THE CATHERINE E. BAUER, DEBTORS, DEBTORS' ATTORNEY AND OTHER PARTIES IN INTEREST:**

The Committee of Creditors Holding Unsecured Claims is hereby **amended** to remove the following: *John P. Teele* and to **add** the following: *Michael Munz*

The amended Committee of Creditors Holding Unsecured Claims now consists of three (3) members **in the case of RUBY'S DINER, INC., ONLY.**

**SEE EXHIBIT "A" ATTACHED**

DATED:  September 21, 2018                PETER C. ANDERSON
                                          UNITED STATES TRUSTEE

                                          /s/ Frank Cadigan
                                          By: Frank Cadigan
                                              Assistant U.S. Trustee

1. *Ruby's Diner Inc.*
2. *8: 18-bk-13311-CB*
3.
4. **Richard Silva**
5. **4012 Flowerwood Lane**
6. **Fallbrook, CA 92028**
7. **(949) 874-8410**
8.
9. **Michael Munz**
10. **520 Avocado Avenue**
11. **Corona Del Mar, CA 92625**
12. **(949) 723-4576**
13.
14. **William E. Pope**
15. **80721 Cherry Hills Drive**
16. **La Quinta, CA 92253**
17. **(949) 235-3186**
18.
19.
20.
21.
22.
23. **EXHIBIT "A"**
24.
25.
26.
27.
28.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 3801 University Ave.,#720, Riverside, CA  92501

A true and correct copy of the foregoing document entitled **AMENDED** APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN THE CASE OF **RUBY'S DINER, INC. ONLY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 21, 2018,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- George B Blackmar     gblackmar@bpslaw.net
- Meghan Canty     mcanty@tocounsel.com, lkwon@tocounsel.com;sschuster@tocounsel.com
- Aaron Davis     aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Alan J Friedman     afriedman@shbllp.com, lgauthier@shbllp.com
- Michael J Hauser     michael.hauser@usdoj.gov
- David S Kupetz     dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- William N Lobel     wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- Robert S Marticello     Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Jessica G McKinlay     mckinlay.jessica@dorsey.com
- Malcolm D Minnick     dminnick@pillsburylaw.com, m.minnick@comcast.net
- Valerie Smith     claims@recoverycorp.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Matthew S Walker     matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

**2.  SERVED BY UNITED STATES MAIL**:  On **September 21, 2018,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**RUBY'S DINER, INC., ONLY**
**Attention:  Douglas Cavanaugh**
**4100 MacArthur Blvd., Suite 310**
**Newport Beach, CA 92660**

**John P. Teele**
**1917 Yacht Puritan**
**Newport Beach, CA 92660**

**SEE ATTACHED "EXHIBIT "A"**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 21, 2018,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS OVERNIGHT MAIL**:

Honorable Catherine E. Bauer—U.S. Bankruptcy Court, 411 W. 4th St., 5th fl., Santa Ana, CA  92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/21/18 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**