ORIGINAL

FOR COURT USE ONLY

FILED
SEP 21 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:         Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

Name of Debtor(s) listed on the bankruptcy case:

Ruby's Diner, Inc, a california corporation

CASE NO.: 8:18-bk-13311-CB
CHAPTER: 11 Bankruptcy case

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by: ☐ Debtor  ☐ Joint-Debtor  ☑ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Kate Napoli
   Mailing Address: 226 11th St
   City, State, Zip Code: Huntington Beach, CA 92648

3. **New Address:**
   Mailing Address: Kate Napoli
   City, State, Zip Code: 19512 Pompano Lane #108, Huntington Beach, CA 92648

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 9/17/18

Kate Napoli
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                           F 1002-1.3.CHANGE.ADDRESS