William N. Lobel (CA Bar No. 93202)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail: wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diner, Inc., *et al.*,
Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:

RUBY'S DINER, INC., a California corporation, *et al.*,[1]

Debtors and Debtors-in-Possession.

Affects:

☒ All Debtors

☐ RUBY'S DINER, INC., ONLY

☐ RUBY'S SOCAL DINERS, LLC, ONLY

☐ RUBY'S QUALITY DINERS, LLC, ONLY

☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY

☐ RUBY'S LAGUNA HILLS, LTD. ONLY

☐ RUBY'S OCEANSIDE, LTD., ONLY

☐ RUBY'S PALM SPRINGS, LTD., ONLY

Case Nos.: 8:18-bk-13311-CB

Chapter 11

**AMENDED NOTICE OF MOTION AND MOTION OF DEBTORS FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND TO PROVIDE ADEQUATE PROTECTION; DECLARATION OF DOUGLAS A. CAVANAUGH IN SUPPORT THEREOF**

DATE: September 21, 2018
TIME: 4:00 p.m.
CTRM: 5D
Address: 411 West Fourth Street
Santa Ana, CA 92701

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).



PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE CASE OF RUBY'S DINER, INC., THE 20 LARGEST UNSECURED CREDITORS IN THE SOCAL DEBTORS' CASES, SECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

By this Motion, Ruby's Diner, Inc., a California corporation ("RDI" ); Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, SoCal Diners, Quality, Ruby's Huntington Beach, Ruby's Laguna Hills, Ruby's Oceanside and Ruby's Palm Springs are referred to herein as the "SoCal Debtors" and, together with RDI, the "Debtors"), move the Court for an order approving this *Motion for Authority to Enter into Insurance Premium Finance Agreement and to Provide Adequate Protection* (the "Motion") to provide the relief set forth below.

**A. Overview of the Relief Requested**

The Debtors move this Court for an Order approving the Motion to allow RDI, on behalf of the Debtors and non-debtor affiliates of the Company covered by the insurance policies (defined herein, collectively, as the "Covered Entities") to enter into an insurance premium financing agreement with FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A ("FIRST"), as described herein, to provide necessary insurance coverage for the Company (as defined herein), with the costs thereof to be allocated in accordance with pre-petition practices among the Covered Entities as set forth in the schedule attached hereto as Exhibit "C." As of the Petition Date, RDI had obtained and was in the process of finalizing insurance coverage necessary for the Company's operations. Such coverage is currently bound. A down-payment has been made by the Covered Entities prior to the commencement of the cases, however, the additional amounts to put the policies in place still need to be paid to finalize the placement. The Debtors seek authority to

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

allow RDI to enter into the financing agreement to allow the premiums to be paid as it is the only available option to pay for the necessary insurance and keep the policies in place. The Debtors can only operate and continue their necessary operations if the insurance remains in place and paid for.

B. **The Need for Expedited Relief**

The Debtors have been advised that all of the insurance bound will be cancelled for non-payment of premiums if the premiums are not paid in full by ***September 24, 2018***. The Debtors will only have the ability to pay the premiums if this Motion is granted and the agreement with FIRST to fund the insurance premium is approved. As the process following approval will take a period of time, in order to meet the September 24th deadline, the Debtors seek the relief requested herein on an expedited basis.

## FACTUAL BACKGROUND

The Debtors hereby bring this *Motion for Authority to Enter into Insurance Premium Finance Agreement and to Provide Adequate Protection* (the "Motion"). In support of the Motion, the Debtors respectfully represent as follows:

1. On August 29, 2018, the SoCal Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On September 5, 2018, RDI filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3. On September 5, 2018, the Court entered an order jointly administering the Debtors' cases (the "Cases"), with RDI designated as the "Lead Case." [Docket No. 6].

4. The Debtors continue to operate their businesses and manage their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 19, 2018, the Office of the United States Trustee appointed the Committee of Creditors Holding Unsecured Claims in case of Ruby's Diner, Inc., only (the "Committee"). No party has requested the appointment of a trustee or examiner.

5. The Debtors and their affiliates (the "Company") owns, operates and manages restaurants under the trade names "Ruby's®," "Ruby's® Diner," "The Ruby Restaurant Group," "Ruby's® Dinette" and "Ruby's® Shake Shop." The Company has operated Ruby's® Diner

restaurants since its incorporation in 1985 and is known as a purveyor of very popular burgers, fries and shakes.

6. RDI is the 100% owner and sole and managing member of SoCal Diners. SoCal Diners is the 100% owner and sole and managing member of Quality. SoCal Diners is the general partner and 50% owner, and Quality is the limited partner and 50% owner, of the following California limited partnerships: (1) Ruby's Huntington Beach, Ltd., which owns and operates a Ruby's® restaurant on the pier in Huntington Beach, California; (2) Ruby's Oceanside, Ltd., which owns and operates a Ruby's® restaurant in Oceanside, California; (3) Ruby's Palm Springs, Ltd., which owns and operates a Ruby's® restaurant in Palm Springs, California; (4) Ruby's Mission Valley, Ltd., which until a few months prior to the Petition Date, owned and operated a Ruby's® restaurant in the Westfield Mission Valley Mall in San Diego, California;[2] and (5) Ruby's Laguna Hills, Ltd., which owns and operates a Ruby's® restaurant in the Laguna Hill Mall in Laguna Hills, California[3] (collectively, the "SoCal Entities" and the restaurants owned by the SoCal Entities, the "SoCal Restaurants").

7. In addition, RDI holds ownership interests in, and management roles in connection with, the following joint venture entities: (1) RDI is the managing member and 70% owner of Ruby's Beach Ventures LLC, which owns and operates a Ruby's® restaurant in Long Beach, California; (2) RDI is the general partner and 50% owner of Ruby's Diner South Coast Plaza LP, which owns and operates a Ruby's® restaurant at South Coast Plaza Mall in Costa Mesa, California; (3) RDI is the managing member and sole owner of Ruby's Woodbridge LLC, which owns and operates a Ruby's® restaurant in Woodbridge in Irvine, California; and (4) RDI is the managing member and 50% owner of Ruby's Spectrum LLC, which until a few months prior to the Petition Date, owned and operated a Ruby's® restaurant at the Irvine Spectrum in Irvine, California (collectively, the "RDI Entities" and the restaurants owned by the RDI Entities, the "RDI

[2] The Mission Valley restaurant was closed prior to the Petition Date, in April 2018.

[3] The Debtors anticipate that, due to significant, continuing construction projects underway at the Laguna Hills Mall, the Laguna Hills restaurant will close following the Petition Date.

Restaurants"). The RDI Restaurants, together with the SoCal Restaurants, are referred to as the "Company Restaurants").

8. RDI is the employer of the Company's approximately 800 employees who work at the corporate office and the Company Restaurants.

9. A detailed description of the Debtors' background, structure, operations and recent financial history is detailed in the Declaration of Douglas S. Cavanaugh in Support of First Day Motions [Docket No. 12].

10. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent it is later determined that the Court, absent consent of the parties, cannot enter final order or judgments consistent with Article III of the United States Constitution. Venue of these Cases and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

11. The Debtors are required to and do maintain various kinds of insurance coverage in the normal course of the Company's business (collectively, the "Insurance"). The Insurance covers the Debtors, the RDI Entities, the Company Restaurants, Ruby's Franchise Systems, Inc. ("RFS"), Ruby's Management, LLC, Ruby's Yorba Linda, Ltd., as well as the directors and officers of the Company, RFS and certain other non-debtor entities under common ownership, Beachcomber Management Crystal Cove LLC and Crystal Cove Transportation, Inc. (collectively, the "Covered Entities"). The Insurance is in accordance with the Company's pre-petition practices and the rates and coverage are based on the Insurance being placed as a "package," meaning that the policies are linked and that a default under one policy constitutes a default under another. The Covered Entities (including the non-debtor entities) pay RDI, in advance, for their share of the premiums due in connection with these policies (i.e., prior to payment being made by RDI thereon) in accordance with the allocations set forth in Exhibit "C" hereto.[4]

12. RDI, on behalf of the Covered Entities, is prepared to execute three Commercial Premium Finance Agreements (the "Premium Finance Agreements") with FIRST Insurance

[4] The Debtors seek approval herein to continue such practice in the ordinary course.

Funding, a Division of Lake Forest Bank & Trust Company, N.A ("FIRST") for the financing of the Company's Commercial General Liability, Liquor Liability, Commercial Automobile (Non-Owned & Hired Auto Liability), Commercial Property, Employment Practices Liability, Directors & Officers Liability, Crime, Kidnap & Ransom and Excess Liability insurance policies (collectively, the "Policies") upon approval by the Court. True and correct copies of the Premium Finance Agreements are attached as Exhibit "A" to the accompanying Declaration of Douglas Cavanaugh (the "Cavanaugh Declaration").

13. Pursuant to the Premium Finance Agreements, FIRST will provide financing to the Covered Entities for the purchase of the Policies which are essential for the operation of the Company's business. True and correct copies of the Certificates of Insurance for the Policies (for the period September 1, 2018 through September 1, 2019) are attached as Exhibit "B" to the Cavanaugh Declaration. Under the combined Premium Finance Agreements, the total premium amount is $519,767.22 and the total amount to be financed is $378,817.68. Such amounts are allocated and paid by the Covered Entities on the basis of their respective coverage in accordance with Exhibit "C" to the Cavanaugh Declaration. Under the Premium Finance Agreements, the Covered Entities will become obligated to pay FIRST the sum of $389,841.90 in addition to a down payment that has already been paid by the Covered Entities in the amount of $140,949.54 and the balance in ten (10) monthly installments of $38,984.19 each, which amounts will be paid by the Covered Entities in the ordinary course in accordance with their respective coverage amounts. The installment payments are due on the 1st day of each month commencing on October 1, 2018. As collateral to secure the repayment of the total of payments, any late charges, attorney's fees and costs (Indebtedness) under the Premium Finance Agreements, the Covered Entities are granting FIRST a security interest in, among other things, the unearned premiums of the Policies. The Premium Finance Agreement provides that the law of California governs the transaction.

14. To the extent that the beneficiaries of the Policies are entities other than RDI, those entities pay RDI their allocable share of the insurance premiums on a monthly basis in accordance with the schedule attached as Exhibit "C" to the Cavanaugh Declaration.

15. Pursuant to the terms of the Premium Finance Agreements, the Covered Entities are

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

appointing FIRST as their attorney-in-fact with the irrevocable power to cancel the Policies and collect the unearned premium in the event of default by any of the Covered Entities under any of the Premium Finance Agreements. A default under one Premium Finance Agreement will constitute a default under all Premium Finance Agreements.

16. RDI and FIRST have reached an agreement that the adequate protection appropriate for this situation would be as follows:

a) RDI be authorized and directed to timely make all payments due under the Premium Finance Agreements and FIRST be authorized to receive and apply such payments to Indebtedness owed by the Covered Entities to FIRST as provided in the Premium Finance Agreements.

b) If any of the Covered Entities does not make any of the payments due under the Premium Finance Agreements as they become due, the automatic stay shall automatically lift to enable FIRST and/or third parties, including insurance companies providing the coverage under the Policies, to take all steps necessary and appropriate to cancel the Policies, collect the collateral and apply such collateral to Indebtedness owed to FIRST under the Premium Finance Agreements. In exercising such rights, FIRST and/or third parties shall comply with the notice and other relevant provisions of the Premium Finance Agreements.

17. The Covered Entities will continue to provide the funding of their respective premium amounts so that RDI can make the requisite payments to FIRST called for under the Premium Finance Agreement.

18. The Debtors believe that the terms of the Premium Finance Agreements are commercially fair and reasonable including the granting of a lien on the Policies to FIRST. The Debtors are required to maintain adequate insurance coverage and, without it, the Company would be forced to cease operations. The insurance policies being renewed are substantially similar in their terms and scope as the policies issued in prior years. As set forth in the Cavanaugh Declaration attached hereto, the Debtors have been unable to obtain unsecured credit to fund the Policies.

19. The relief requested by this Motion is warranted and appropriate under the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

circumstances. The Debtors submit that authorization of the Premium Finance Agreements will ensure that the Company can continue necessary operations, and will not prejudice the legitimate interests of creditors and other parties in interest, including the Debtor's secured creditors.

**WHEREFORE**, the Debtors respectfully request that this Court enter an Order granting this Amended Motion as follows:

1. RDI, on behalf of the Covered Entities (as defined in the Motion), is authorized to:

a) enter into the premium finance agreements attached to the Cavanaugh Declaration as Exhibit "A" (the "Premium Finance Agreements");

b) grant FIRST or its successor or assigns a first priority lien on and security interest in unearned premiums as described in the Premium Finance Agreements; and

c) timely make all payments due under the Premium Finance Agreements. FIRST is authorized to receive and apply such payments to the Indebtedness owed to FIRST as provided in the Premium Finance Agreements.

2. Without limitation, the liens, security interests and rights in unearned premiums granted under the Premium Finance Agreements are senior to the lien of any DIP Lender in these Cases and are senior to any claims under 11 U.S.C. §§ 503, 506(c) or 507(b).

3. If additional premiums become due to insurance companies under the Policies financed under the Premium Finance Agreements, RDI and FIRST or its successor or assigns are authorized to modify the Premium Finance Agreements as necessary to pay the additional premiums without the necessity of further hearing or order of this Court.

4. The Covered Entities will continue to provide the funding of their respective premium amounts as set forth in the allocation schedule attached as Exhibit "C" to the Cavanaugh Declaration so that RDI can make the requisite payments to FIRST called for under the Premium Finance Agreements.

5. In the event any of the Covered Entities does not make any of the payments under any of the Premium Finance Agreements as they become due, the automatic stay shall automatically lift to enable FIRST and or/third parties, including insurance companies providing the protection under the Policies, to take all steps necessary and appropriate to

cancel the Policies, collect the collateral and apply such collateral to the Indebtedness owed to FIRST under the Premium Finance Agreements.

6. FIRST, or any third party, including insurance companies providing the coverage under the Policies, exercising such rights shall comply with the notice provisions and other provisions of the Premium Finance Agreement.

7. The Premium Finance Agreements and the liens and security interests in the unearned premiums granted pursuant hereto shall continue in full force and effect and Indebtedness due under the Premium Finance Agreements shall remain due and owing notwithstanding: (i) the dismissal or closure of these Cases, (ii) the discharge of Debtors, or (iii) the confirmation of a plan of reorganization.

And that the Debtors and FIRST be authorized to take all actions necessary or appropriate to affect said agreement and for such other further relief as is just and proper.

Dated: September 21, 2018

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ William N. Lobel

William N. Lobel
[Proposed] Attorneys for Ruby's Diner, Inc., *et al.*, Debtors and Debtors-in-Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

**DECLARATION OF DOUGLAS S. CAVANAUGH**

I, Douglas S. Cavanaugh, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am a founder and the Chief Executive Officer of Ruby's Diner, Inc., a California corporation, the above-captioned (lead) debtor and debtor-in possession ("RDI"). I am also the authorized signatory for Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, SoCal Diners, Quality, Ruby's Huntington Beach, Ruby's Laguna Hills, Ruby's Oceanside and Ruby's Palm Springs are referred to herein as the "SoCal Debtors" and, together with RDI, the "Debtors").

2. I submit this declaration in support of the Debtors' *Notice of Motion and Motion for Order Authority to Enter Into Insurance Premium Finance Agreement and to Provide Adequate Protection* (the "Motion").[5]

3. On August 29, 2018, the SoCal Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. On September 5, 2018, RDI filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code.

5. On September 5, 2018, the Court entered an order jointly administering the Debtors' cases (the "Cases"), with RDI designated as the "Lead Case." [Docket No. 6].

6. The Debtors continue to operate their businesses and manage their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No party has requested the appointment of a trustee or examiner. On September 19, 2018, the Office of the United States Trustee appointed the Committee of Creditors Holding Unsecured Claims in case of Ruby's Diner, Inc., only (the "Committee").

[5] Capitalized terms not otherwise defined have the same meaning ascribed to such terms in the Motion.

7. The Debtors and their affiliates (the "Company") owns, operates and manages restaurants under the trade names "Ruby's®," "Ruby's® Diner," "The Ruby Restaurant Group," "Ruby's® Dinette" and "Ruby's® Shake Shop." The Company has operated Ruby's® Diner restaurants since its incorporation in 1985 and is known as a purveyor of very popular burgers, fries and shakes.

8. RDI is the 100% owner and sole and managing member of SoCal Diners. SoCal Diners is the 100% owner and sole and managing member of Quality. SoCal Diners is the general partner and 50% owner, and Quality is the limited partner and 50% owner, of the following California limited partnerships: (1) Ruby's Huntington Beach, Ltd., which owns and operates a Ruby's® restaurant on the pier in Huntington Beach, California; (2) Ruby's Oceanside, Ltd., which owns and operates a Ruby's® restaurant in Oceanside, California; (3) Ruby's Palm Springs, Ltd., which owns and operates a Ruby's® restaurant in Palm Springs, California; (4) Ruby's Mission Valley, Ltd., which until a few months prior to the Petition Date, owned and operated a Ruby's® restaurant in the Westfield Mission Valley Mall in San Diego, California;[6] and (5) Ruby's Laguna Hills, Ltd., which owns and operates a Ruby's® restaurant in the Laguna Hill Mall in Laguna Hills, California[7] (collectively, the "SoCal Entities" and the restaurants owned by the SoCal Entities, the "SoCal Restaurants").

9. In addition, RDI holds ownership interests in, and management roles in connection with, the following joint venture entities: (1) RDI is the managing member and 70% owner of Ruby's Beach Ventures LLC, which owns and operates a Ruby's® restaurant in Long Beach, California; (2) RDI is the general partner and 50% owner of Ruby's Diner South Coast Plaza LP, which owns and operates a Ruby's® restaurant at South Coast Plaza Mall in Costa Mesa, California; (3) RDI is the managing member and sole owner of Ruby's Woodbridge LLC, which owns and operates a Ruby's® restaurant in Woodbridge in Irvine, California; and (4) RDI is the managing member and 50% owner of Ruby's Spectrum LLC, which until a few months prior to the Petition

[6] The Mission Valley restaurant was closed prior to the Petition Date, in April 2018.

[7] The Debtors anticipate that, due to significant, continuing construction projects underway at the Laguna Hills Mall, the Laguna Hills restaurant will close following the Petition Date.

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Costa Mesa, California

Date, owned and operated a Ruby's® restaurant at the Irvine Spectrum in Irvine, California (collectively, the "RDI Entities" and the restaurants owned by the RDI Entities, the "RDI Restaurants"). The RDI Restaurants, together with the SoCal Restaurants, are referred to as the "Company Restaurants").

10. RDI is the employer of the Company's approximately 800 employees who work at the corporate office and the Company Restaurants.

11. The Debtors are required to and do maintain various kinds of insurance coverage in the normal course of the Company's business (collectively, the "Insurance"). The Insurance covers the Debtors, the RDI Entities, the Company Restaurants, Ruby's Franchise Systems, Inc. ("RFS"), Ruby's Management, LLC, Ruby's Yorba Linda, Ltd., as well as the directors and officers of the Company, RFS and certain other non-debtor entities under common ownership, Beachcomber Management Crystal Cove LLC and Crystal Cove Transportation, Inc. (collectively, the "Covered Entities"). The Insurance is in accordance with the Company's pre-petition practices and the rates and coverage are based on the Insurance being placed as a "package," meaning that the policies are linked and that a default under one policy constitutes a default under another. The Covered Entities (including the non-debtor entities) pay RDI, in advance, for their share of the premiums due in connection with these policies (i.e., prior to payment being made by RDI thereon) in accordance with the allocations set forth in Exhibit "C" hereto.[8.]

12. RDI, on behalf of the Covered Entities, is prepared to execute Commercial Premium Finance Agreements (the "Premium Finance Agreement") with FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A ("FIRST") for the financing of the Company's Commercial General Liability, Liquor Liability, Commercial Automobile (Non-Owned & Hired Auto Liability), Commercial Property, Employment Practices Liability, Directors & Officers Liability, Crime, Kidnap & Ransom and Excess Liability insurance policies (collectively, the "Policies") upon approval by the Court. True and correct copies of the Premium Finance Agreements are attached hereto as Exhibit "A."

[8] The Debtors seek approval herein to continue such practice in the ordinary course.



PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

13. Pursuant to the Premium Finance Agreements, FIRST will provide financing to RDI for the purchase of the Policies which are essential for the operation of the Company's business. True and correct copies of the Certificates of Insurance for the Policies (for the period September 1, 2018 through September 1, 2019) are attached hereto as Exhibit "B."

14. I believe that the terms of the Premium Finance Agreements are commercially fair and reasonable including the granting of a lien on the Policies to FIRST. The Debtors are required to maintain adequate insurance coverage and, without it, the Company would be forced to cease operations. The insurance policies being renewed are substantially similar in their terms and scope as the policies issued in prior years. The Debtors have been unable to obtain unsecured credit to fund the Policies.

15. To the extent that the beneficiaries of the Policies are entities other than RDI, those entities pay RDI their allocable share of the insurance premiums on a monthly basis in accordance with the schedule attached hereto as Exhibit "C."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of September 2018, at Newport Beach, California.

Holographic Signature to Follow

Douglas S. Cavanaugh

EXHIBIT “A”

LENDER:

# COMMERCIAL PREMIUM FINANCE AGREEMENT

FIRST INSURANCE FUNDING
A WINTRUST COMPANY

450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917
P:(800) 837-2511 F:(800) 837-3709
www.firstinsurancefunding.com

**Quote #: 15103641**

| INSURED/BORROWER Customer ID: N/A | AGENT or BROKER |
|---|---|
| (Name and Address as shown on Policy)<br>Beachcomber Management Crystal<br>Cove LLC<br>4100 MacArthur Blvd Ste 310<br>c/o Ruby's Diner<br>Newport Beach, CA 92660 | (Name and Business Address)<br>Robert E. Harris Insurance Agency, Inc.<br>3150 Bristol Street<br>Suite 200<br>Costa Mesa, CA 92626 |

## LOAN DISCLOSURE

| Total Premiums, Taxes and Fees | Cash Down Payment | Unpaid Premium Balance | Documentary Stamp Tax (only applicable in Florida) | Amount Financed (amount of credit provided on your behalf) | FINANCE CHARGE (dollar amount the credit will cost you) | Total of Payments (amount paid after making all scheduled payments) | ANNUAL PERCENTAGE RATE (cost of credit as a yearly rate) |
|---|---|---|---|---|---|---|---|
| 102,517.67 | 23,503.23 | 79,014.44 | 0.00 | 79,014.44 | 2,299.46 | 81,313.90 | 6.300 % |

***YOUR PAYMENT SCHEDULE WILL BE:*** *Mail Payments to: FIRST Insurance Funding, PO Box 7000, Carol Stream, IL 60197-7000*

| Number of Payments | Amount of Each Payment | First Installment Due | 10/01/2018 |
|---|---|---|---|
| 10 | 8,131.39 | **Installment Due Dates** | 1st (Monthly) |

**SECURITY INTEREST.** INSURED/BORROWER ("Insured") grants and assigns FIRST Insurance Funding, A Division of Lake Forest Bank & Trust Company, N.A. ("LENDER") a security interest in the financed policies and any additional premiums required under the financed policies, including (but only to the extent permitted by applicable law) all return premiums, dividend payments, and loss payments which reduce unearned premium, subject to any mortgagee or loss payee interest. If any circumstances exist in which premiums related to any financed policy could become fully earned in the event of loss, LENDER shall be named a loss-payee with respect to such policy.
**FINANCE CHARGE.** The finance charge begins accruing on the earliest effective date of the policies listed in the Schedule of Policies. The finance charge may include a nonrefundable service charge equal to the maximum amount permitted by law. The finance charge is computed using a 365-day calendar year.
**LATE PAYMENT.** A late charge will be assessed on any installment at least 5 days in default (7 days in VA; 10 days in MA & TX; or later date as required by law.). This late charge will equal 5% of the delinquent installment or the maximum late charge permitted by law, whichever is less (greater of $10 or 5% in FL; greater of $25 or 1.5% in NJ; $5 maximum in DE, MT and ND; $100 maximum in MD; 5% in VA).
**PREPAYMENT.** Insured is entitled to a refund of the unearned finance charge if the loan is prepaid in full. The refund shall be computed according to applicable law.

**SCHEDULE OF POLICIES**

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| TB2Z91467841028 | C00317-LIBERTY MUTUAL FIRE INS CO<br>[ME:25.000 %, CX:0] [PR] A/F [26,433.70] | GL | 12 | 09/01/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 33,042.00<br>0.00<br>0.00 |
| TOCZ91467841038 | C00321-EMPLOYERS INS CO OF WAUSAU<br>G00552-LIBERTY MUTUAL UNDERWRITERS<br>[ME:25.000 %, CX:0] [PR] A/F [2,973.61] | CGLIQ | 12 | 09/01/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 3,717.00<br>0.00<br>0.00 |
| **(Policies continued on next page.)** | | | | TOTAL | 102,517.67 |

Q# 15103641, PRN: 090618, CFG: 25/9-15/10-10-15D, RT: 0Internal - Base, DD: 15, BM: Invoice, Qtd For: A05731 Original, Memo 2

**INSURED'S AGREEMENT:**

1. In consideration of the premium payment by LENDER to the insurance companies listed in the Schedule of Policies, their representative or the Agent or Broker listed above, Insured promises to pay, to the order of LENDER, the Total of Payments subject to all of the provisions of this Agreement.
2. **POWER OF ATTORNEY.** INSURED IRREVOCABLY APPOINTS LENDER AS ITS "ATTORNEY-IN-FACT" with full power of substitution and full authority, in the event of default under this Agreement, to (i) cancel the financed policies in accordance with the provisions contained herein, (ii) receive all sums assigned to LENDER, and (iii) execute and deliver on behalf of Insured all documents relating to the insurance policies listed on the Schedule of Policies ("Financed Policies") in furtherance of this Agreement (clauses (ii) and (iii) are not applicable in Florida). This right to cancel will terminate only after Insured's indebtedness under this Agreement is paid in full.
3. **SIGNATURE & ACKNOWLEDGEMENT.** Insured has signed and received a copy of this Agreement. If Insured is not an individual, the undersigned is authorized to sign this Agreement on behalf of Insured. All named Insured(s), jointly and severally if more than one, agree to all provisions set forth in this Agreement. **Insured acknowledges and understands that entry into this financing arrangement is not required as a condition for obtaining insurance coverage.**

**NOTICE TO INSURED: (1) Do not sign this Agreement before you read both pages of it, or if it contains any blank space. (2) You are entitled to a completely filled-in copy of this Agreement. (3) Under the law, you have the right to pay off in advance the full amount due and under certain conditions to receive a partial refund of the finance charge. (4) Keep a copy of this Agreement to protect your legal rights. (5) See last page of Agreement for your consent to electronic statement and notice delivery.**

4. **EFFECTIVE DATE.** This Agreement will not become effective until it is accepted in writing by LENDER.

[signature] 9-13-18 [signature] 9/10/18

Signature of Insured or Authorized Agent — Date — Signature of Agent — Date

FEIN or SSN XX-XXX6273

**The undersigned hereby warrants and agrees to the Agent or Broker Representations and Warranties set forth herein.**

LENDER:

# COMMERCIAL PREMIUM FINANCE AGREEMENT

450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917
P:(800) 837-2511 F:(800) 837-3709
www.firstinsurancefunding.com

FIRST INSURANCE FUNDING
A WINTRUST COMPANY

**Quote #: 15193139**

| **INSURED/BORROWER** Customer ID: N/A | **AGENT or BROKER** |
|---|---|
| (Name and Address as shown on Policy)<br>Crystal Cove Transportation, Inc.<br>4100 MacArthur Blvd Ste 310<br>c/o Ruby's Diner<br>Newport Beach, CA 92660 | (Name and Business Address)<br>Robert E. Harris Insurance Agency, Inc.<br>3150 Bristol Street<br>Suite 200<br>Costa Mesa, CA 92626 |

## LOAN DISCLOSURE

| Total Premiums, Taxes and Fees | Cash Down Payment | Unpaid Premium Balance | Documentary Stamp Tax (only applicable in Florida) | Amount Financed (amount of credit provided on your behalf) | FINANCE CHARGE (dollar amount the credit will cost you) | Total of Payments (amount paid after making all scheduled payments) | ANNUAL PERCENTAGE RATE (cost of credit as a yearly rate) |
|---|---|---|---|---|---|---|---|
| 27,490.39 | 5,675.02 | 21,815.37 | 0.00 | 21,815.37 | 634.83 | 22,450.20 | 6.300 % |

***YOUR PAYMENT SCHEDULE WILL BE:*** ***Mail Payments to: FIRST Insurance Funding, PO Box 7000, Carol Stream, IL 60197-7000***

| Number of Payments | Amount of Each Payment | **First Installment Due** | 10/01/2018 |
|---|---|---|---|
| 10 | 2,245.02 | **Installment Due Dates** | 1st (Monthly) |

**SECURITY INTEREST.** INSURED/BORROWER ("Insured") grants and assigns FIRST Insurance Funding, A Division of Lake Forest Bank & Trust Company, N.A. ("LENDER") a security interest in the financed policies and any additional premiums required under the financed policies, including (but only to the extent permitted by applicable law) all return premiums, dividend payments, and loss payments which reduce unearned premium, subject to any mortgagee or loss payee interest. If any circumstances exist in which premiums related to any financed policy could become fully earned in the event of loss, LENDER shall be named a loss-payee with respect to such policy.

**FINANCE CHARGE.** The finance charge begins accruing on the earliest effective date of the policies listed in the Schedule of Policies. The finance charge may include a nonrefundable service charge equal to the maximum amount permitted by law. The finance charge is computed using a 365-day calendar year.

**LATE PAYMENT.** A late charge will be assessed on any installment at least 5 days in default (7 days in VA; 10 days in MA & TX; or later date as required by law.). This late charge will equal 5% of the delinquent installment or the maximum late charge permitted by law, whichever is less (greater of $10 or 5% in FL; greater of $25 or 1.5% in NJ; $5 maximum in DE, MT and ND; $100 maximum in MD; 5% in VA).

**PREPAYMENT.** Insured is entitled to a refund of the unearned finance charge if the loan is prepaid in full. The refund shall be computed according to applicable law.

### SCHEDULE OF POLICIES

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| 73APS082158 | C00146-NATIONAL LIAB & FIRE INS CO<br>G00911-PACIFIC GATEWAY INSURANCE AGENCY<br>[CX:0] [PR] A/F [15,927.50] | AUTO | 12 | 09/01/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 19,899.00<br>0.00<br>0.00 |
| 72XAS004751 | C00252-NATIONAL FIRE & MARINE INS CO<br>G00911-PACIFIC GATEWAY INSURANCE AGENCY<br>[CX:0] [PR] A/F [5,887.87] | CAX | 12 | 09/01/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 7,356.00<br>235.39<br>0.00 |
| | | | | TOTAL | 27,490.39 |

Q# 15193139, PRN: 091118, CFG: 25/9-15/10-10-15D, RT: A05731-15D, DD: 15, BM: Invoice, Qtd For: A05731 Original, Memo 0

**INSURED'S AGREEMENT:**

**1.** In consideration of the premium payment by LENDER to the insurance companies listed in the Schedule of Policies, their representative or the Agent or Broker listed above, Insured promises to pay, to the order of LENDER, the Total of Payments subject to all of the provisions of this Agreement.

**2. POWER OF ATTORNEY.** INSURED IRREVOCABLY APPOINTS LENDER AS ITS "ATTORNEY-IN-FACT" with full power of substitution and full authority, in the event of default under this Agreement, to (i) cancel the financed policies in accordance with the provisions contained herein, (ii) receive all sums assigned to LENDER, and (iii) execute and deliver on behalf of Insured all documents relating to the insurance policies listed on the Schedule of Policies ("Financed Policies") in furtherance of this Agreement (clauses (ii) and (iii) are not applicable in Florida). This right to cancel will terminate only after Insured's indebtedness under this Agreement is paid in full.

**3. SIGNATURE & ACKNOWLEDGEMENT.** Insured has signed and received a copy of this Agreement. If Insured is not an individual, the undersigned is authorized to sign this Agreement on behalf of Insured. All named Insured(s), jointly and severally if more than one, agree to all provisions set forth in this Agreement. **Insured acknowledges and understands that entry into this financing arrangement is not required as a condition for obtaining insurance coverage.**

**NOTICE TO INSURED: (1) Do not sign this Agreement before you read both pages of it, or if it contains any blank space. (2) You are entitled to a completely filled-in copy of this Agreement. (3) Under the law, you have the right to pay off in advance the full amount due and under certain conditions to receive a partial refund of the finance charge. (4) Keep a copy of this Agreement to protect your legal rights. (5) See last page of Agreement for your consent to electronic statement and notice delivery.**

**4. EFFECTIVE DATE.** This Agreement will not become effective until it is accepted in writing by LENDER.

[signature] 9-13-18 [signature] 9/10/18.

Signature of Insured or Authorized Agent | Date | Signature of Agent | Date

FEIN or SSN XX-XXX6273

**The undersigned hereby warrants and agrees to the Agent or Broker Representations and Warranties set forth herein.**

**LENDER:**

# COMMERCIAL PREMIUM FINANCE AGREEMENT

FIRST INSURANCE FUNDING
A WINTRUST COMPANY

450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917
P:(800) 837-2511 F:(800) 837-3709
www.firstinsurancefunding.com

**Quote #: 15100464**

| **INSURED/BORROWER** Customer ID: N/A | **AGENT or BROKER** |
|---|---|
| (Name and Address as shown on Policy)<br>Ruby's Diner, Inc. etal<br>4100 MacArthur Blvd/ Ste 310<br>Newport Beach, CA 92660 | (Name and Business Address)<br>Robert E. Harris Insurance Agency, Inc.<br>3150 Bristol Street<br>Suite 200<br>Costa Mesa, CA 92626 |

## LOAN DISCLOSURE

| Total Premiums, Taxes and Fees | Cash Down Payment | Unpaid Premium Balance | Documentary Stamp Tax (only applicable in Florida) | Amount Financed (amount of credit provided on your behalf) | FINANCE CHARGE (dollar amount the credit will cost you) | Total of Payments (amount paid after making all scheduled payments) | ANNUAL PERCENTAGE RATE (cost of credit as a yearly rate) |
|---|---|---|---|---|---|---|---|
| 389,759.16 | 111,771.29 | 277,987.87 | 0.00 | 277,987.87 | 8,089.93 | 286,077.80 | 6.300 % |

***YOUR PAYMENT SCHEDULE WILL BE:*** ***Mail Payments to: FIRST Insurance Funding, PO Box 7000, Carol Stream, IL 60197-7000***

| Number of Payments | Amount of Each Payment | **First Installment Due** | 10/01/2018 |
|---|---|---|---|
| 10 | 28,607.78 | **Installment Due Dates** | 1st (Monthly) |

**SECURITY INTEREST.** INSURED/BORROWER ("Insured") grants and assigns FIRST Insurance Funding, A Division of Lake Forest Bank & Trust Company, N.A. ("LENDER") a security interest in the financed policies and any additional premiums required under the financed policies, including (but only to the extent permitted by applicable law) all return premiums, dividend payments, and loss payments which reduce unearned premium, subject to any mortgagee or loss payee interest. If any circumstances exist in which premiums related to any financed policy could become fully earned in the event of loss, LENDER shall be named a loss-payee with respect to such policy.
**FINANCE CHARGE.** The finance charge begins accruing on the earliest effective date of the policies listed in the Schedule of Policies. The finance charge may include a nonrefundable service charge equal to the maximum amount permitted by law. The finance charge is computed using a 365-day calendar year.
**LATE PAYMENT.** A late charge will be assessed on any installment at least 5 days in default (7 days in VA; 10 days in MA & TX; or later date as required by law.). This late charge will equal 5% of the delinquent installment or the maximum late charge permitted by law, whichever is less (greater of $10 or 5% in FL; greater of $25 or 1.5% in NJ; $5 maximum in DE, MT and ND; $100 maximum in MD; 5% in VA).
**PREPAYMENT.** Insured is entitled to a refund of the unearned finance charge if the loan is prepaid in full. The refund shall be computed according to applicable law.

**SCHEDULE OF POLICIES**

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| TB6Z91467842028 | C00317-LIBERTY MUTUAL FIRE INS CO<br>[ME:25.000 %, CX:0] [PR] A/F [73,180.68] | GL | 12 | 09/01/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 98,182.00<br>0.00<br>0.00 |
| TCZ91467842038 | C00317-LIBERTY MUTUAL FIRE INS CO<br>[ME:25.000 %, CX:0] [PR] A/F [665.60] | CGLIQ | 12 | 09/01/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 893.00<br>0.00<br>0.00 |
| **(Policies continued on next page.)** | | | | TOTAL | 389,759.16 |

Q# 15100464, PRN: 090718, CFG: 25/9-15/10-10-15D, RT: A05731-15D, DD: 15, BM: Invoice, Qtd For: A05731 Original, Memo 2

**INSURED'S AGREEMENT:**

1. In consideration of the premium payment by LENDER to the insurance companies listed in the Schedule of Policies, their representative or the Agent or Broker listed above, Insured promises to pay, to the order of LENDER, the Total of Payments subject to all of the provisions of this Agreement.
2. **POWER OF ATTORNEY.** INSURED IRREVOCABLY APPOINTS LENDER AS ITS "ATTORNEY-IN-FACT" with full power of substitution and full authority, in the event of default under this Agreement, to (i) cancel the financed policies in accordance with the provisions contained herein, (ii) receive all sums assigned to LENDER, and (iii) execute and deliver on behalf of Insured all documents relating to the insurance policies listed on the Schedule of Policies ("Financed Policies") in furtherance of this Agreement (clauses (ii) and (iii) are not applicable in Florida). This right to cancel will terminate only after Insured's indebtedness under this Agreement is paid in full.
3. **SIGNATURE & ACKNOWLEDGEMENT.** Insured has signed and received a copy of this Agreement. If Insured is not an individual, the undersigned is authorized to sign this Agreement on behalf of Insured. All named Insured(s), jointly and severally if more than one, agree to all provisions set forth in this Agreement. **Insured acknowledges and understands that entry into this financing arrangement is not required as a condition for obtaining insurance coverage.**

**NOTICE TO INSURED: (1) Do not sign this Agreement before you read both pages of it, or if it contains any blank space. (2) You are entitled to a completely filled-in copy of this Agreement. (3) Under the law, you have the right to pay off in advance the full amount due and under certain conditions to receive a partial refund of the finance charge. (4) Keep a copy of this Agreement to protect your legal rights. (5) See last page of Agreement for your consent to electronic statement and notice delivery.**

4. **EFFECTIVE DATE.** This Agreement will not become effective until it is accepted in writing by LENDER.

[signature] 9-13-18 [signature] 9/10/18

Signature of Insured or Authorized Agent | Date | Signature of Agent | Date

FEIN or SSN XX-XXX6273

**The undersigned hereby warrants and agrees to the Agent or Broker Representations and Warranties set forth herein.**

EXHIBIT “B”

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 09/19/2018

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | | |
|---|---|---|
| Robert Harris Insurance Agency, Inc.<br>Lic. #0216736<br>3150 Bristol St., Suite 200<br>Costa Mesa CA 92626 | CONTACT NAME: Pam Linares<br>PHONE (A/C, No, Ext): (714) 619-4480 FAX (A/C, No): (714) 619-4481<br>E-MAIL ADDRESS: pam@reharris.com | |
| | **INSURER(S) AFFORDING COVERAGE** | **NAIC #** |
| | INSURER A: Liberty Mutual Fire Ins. Co. | |
| **INSURED**<br>Beachcomber Management Crystal Cove, LLC<br>4100 MacArthur Blvd., Ste. #310<br>Newport Beach CA 92660 | INSURER B: Liberty Mutual Insurance Company | 23043 |
| | INSURER C: Liberty International Underwriters | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

**COVERAGES** **CERTIFICATE NUMBER:** CL189714344 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR<br>[X] Deductible: $25,000<br>[ ] Per Occurrence<br>GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC<br>OTHER: | | | TB2Z91467841028 | 09/01/2018 | 09/01/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ Excluded |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | Employee Benefits | $ 1,000,000 |
| A | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS<br>[X] HIRED AUTOS ONLY [X] NON-OWNED AUTOS ONLY | | | AS6Z91467841018 | 09/01/2018 | 09/01/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | [X] UMBRELLA LIAB [X] OCCUR<br>[ ] EXCESS LIAB [ ] CLAIMS-MADE<br>[ ] DED [X] RETENTION $ 10,000 | | | 10000616190910 | 09/01/2018 | 09/01/2019 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | | AGGREGATE | $ 25,000,000 |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) [ ]<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | LIQUOR LIABILITY | | | TOCZ91467841038 | 09/01/2018 | 09/01/2019 | Each Occurrence | $1,000,000 |
| | | | | | | | Aggregate | $2,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

EMPLOYMENT PRACTICES LIABILITY:
INSURANCE CARRIER: Lloyds of London
POLICY #AUGA00834A
EFFECTIVE DATE: 9/1/18 - 9/1/19
LIMITS OF LIABILITY: $2,000,000 Each Claim / $2,000,000 Aggregate
RETENTION: $50,000 Each Claim

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>[signature] |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)

The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/07/2018

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

| PRODUCER | |
|---|---|
| Robert Harris Insurance Agency, Inc.<br>Lic. #0216736<br>3150 Bristol St., Suite 200<br>Costa Mesa CA 92626 | CONTACT NAME: Pam Linares<br>PHONE (A/C, No, Ext): (714) 619-4480 FAX (A/C, No): (714) 619-4481<br>E-MAIL ADDRESS: pam@reharris.com<br>PRODUCER CUSTOMER ID: 00005676 |

| INSURED | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| Beachcomber Management Crystal Cove, LLC<br>4100 MacArthur Blvd., Ste. 310<br>Newport Beach CA 92660 | INSURER A: Arch Specialty Ins. Co. | 21199 |
| | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

**COVERAGES** **CERTIFICATE NUMBER:** 18-19 Master Property **REVISION NUMBER:**

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|
| A | X PROPERTY | | ESP730403301 | 09/01/2018 | 09/01/2019 | X BUILDING | $ 5,307,000 |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | X PERSONAL PROPERTY | $ Included |
| | BASIC | BUILDING | | | | X BUSINESS INCOME | $ Included |
| | BROAD | CONTENTS | | | | X EXTRA EXPENSE | $ Included |
| | X SPECIAL | | | | | X RENTAL VALUE | $ Included |
| | X EARTHQUAKE | | | | | BLANKET BUILDING | $ |
| | WIND | | | | | BLANKET PERS PROP | $ |
| | FLOOD | | | | | BLANKET BLDG & PP | $ |
| | | | | | | X Demolition | $ 1,000,000 |
| | | | | | | X Utility Service | $ 500,000 |
| | INLAND MARINE | | TYPE OF POLICY | | | | $ |
| | CAUSES OF LOSS | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | $ |
| | | | | | | | $ |
| | CRIME | | | | | | $ |
| | TYPE OF POLICY | | | | | | $ |
| | | | | | | | $ |
| | BOILER & MACHINERY / EQUIPMENT BREAKDOWN | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Deductibles: $10,000 Per Occurrence except: 5% Earthquake (incl. EQ Sprinkler Leakage) - Minimum $100,000

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>Vince Armstrong |

© 1995-2015 ACORD CORPORATION. All rights reserved.



The ACORD name and logo are registered marks of ACORD

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 09/04/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
ROBERT E. HARRIS INSURANCE AGENCY, INC.
3150 BRISTOL ST STE 200
COSTA MESA, CA 92626

CONTACT NAME: Pacific Gateway Insurance Agency
PHONE (A/C, No, Ext): 6612575977 FAC (A/C, No):
E-MAIL ADDRESS:

INSURED
CRYSTAL COVE TRANSPORTATION, INC. DBA: BEACHCOMBER AT CRYSTAL COVE, LLC
4100 MACARTHUR BLVD STE 310
NEWPORT BEACH, CA 92660

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: NATIONAL LIABILITY & FIRE INSURANCE COMPANY | 20052 |
| INSURER B: | |
| INSURER C: NATIONAL FIRE & MARINE INSURANCE COMPANY | 20079 |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

COVERAGES CERTIFICATE NUMBER: 323,686 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS – COMP/OP AGG | $ |
| | | | | | | | | $ |
| A | AUTOMOBILE AUTHORITY<br>ANY AUTO<br>ALL OWNED AUTOS<br>X SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | | | 73APS082158 | 09/01/2018 | 09/01/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per Person) | $ N/A |
| | | | | | | | BODILY INJURY (Per accident) | $ N/A |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ N/A |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E. L. EACH ACCIDENT | $ |
| | | | | | | | E. L. DISEASE – EA EMPLOYEE | $ |
| | | | | | | | E. L. DISEASE – POLICY LIMIT | $ |
| C | EXCESS AUTO LIABILITY | | | 72XAS004751 | 09/01/2018 12:01AM | 09/01/2019 12:01AM | LIMIT OF LIABILITY | $ 4,000,000 |
| | | | | | | | | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| Year, Make, Model, VIN | Collision | Comp or Spec. Caus. | Stated Amount | Phys. Dam. Deductible | In-Tow Limit | Cargo Limit |
|---|---|---|---|---|---|---|
| 2016 FORD STARCRAFT 1FDGF5GY3GEA75144 | Covered | C | 99,925 | 1000/1000 | N/A | N/A |
| 2017 FORD TRANSIT CONNECT 1FBVU4XG3HKA23314 | Covered | Sp | 60,321 | 1000/1000 | N/A | N/A |

CERTIFICATE HOLDER

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE Tom [signature]

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

M-5652 (11/2011)

09/04/2018 17:34 ED251F9B-AAF8-4328-A4AA-E47EBA3E91C8

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/04/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Robert Harris Insurance Agency, Inc.
Lic. #0216736
3150 Bristol St., Suite 200
Costa Mesa CA 92626

CONTACT NAME: Pam Linares
PHONE (A/C, No, Ext): (714) 619-4480 FAX (A/C, No): (714) 619-4481
E-MAIL ADDRESS: pam@reharris.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Liberty Mutual Fire Ins. Co. | |
| INSURER B : Liberty Insurance Underwriters | 19917 |
| INSURER C : Allegiance Underwriting Group | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
Ruby's Diner, Inc. etal
Ruby's Palm Springs, Ltd.
4100 MacArthur Blvd., Ste. 300
Newport Beach CA 92660

**COVERAGES** **CERTIFICATE NUMBER:** CL189414268 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY; [ ] CLAIMS-MADE [X] OCCUR; [X] Deductible $25,000; [ ] Per Occurrence; GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC; OTHER: | | | TB2Z91467842028 | 09/01/2018 | 09/01/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | Employee Benefits | $ |
| A | AUTOMOBILE LIABILITY; [ ] ANY AUTO; [ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS; [X] HIRED AUTOS ONLY [X] NON-OWNED AUTOS ONLY | | | AS6Z91467842018 | 09/01/2018 | 09/01/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | [ ] UMBRELLA LIAB [X] OCCUR; [X] EXCESS LIAB [ ] CLAIMS-MADE; [ ] DED [X] RETENTION $ 10,000 | | | 1000061619-10 | 09/01/2018 | 09/01/2019 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | | AGGREGATE | $ 25,000,000 |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N; ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ] (Mandatory in NH); If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| C | DIRECTORS & OFFICERS LIABILITY | | | AUGBC001861 | 09/01/2018 | 09/01/2019 | $15,000 Retention | $2,000,000 Per Claim |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

PLEASE REFER TO PAGE 2 FOR THE FOLLOWING COVERAGES:
Liquor Liability / Employment Practices Liability / Commercial Property Program / Crime / Kidnap & Ransom

LOCATION ADDRESS: 155 S. Palm Canyon Dr., A6, Palm Springs, CA 92262.

CERTIFICATE HOLDER IS INCLUDED AS ADDITIONAL INTEREST

**CERTIFICATE HOLDER**

Office of The United States Trustee
411 West Fourth Street,
Suite 7160
Santa Ana CA 92701

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
Diane Armstrong

© 1988-2015 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

## COMMENTS/REMARKS

LIQUOR LIABILITY:
Insurance Carrier: Liberty Mutual Ins. Co.
POLICY #TOCZ91467842038
Effective Date: 9/1/18 - 9/1/19
Limit of Liability: $1,000,000 Each Common Cause / $1,000,000 Policy Aggregate
Deductible: $25,000 Per Occurrence

EMPLOYMENT PRACTICES LIABILITY:
Insurance Carrier: Beazley Syndicate 2623/623 at Lloyds
Policy #AUGA00797B
Effective Date: 9/1/18 - 9/1/19
Limit of Liability:
$2,000,000 Maximum Limit of Liab for each Claim
$2,000,000 Third-Party Discrimination Limit of Liability
$2,000,000 Punitive, exemplary, and multiple damages Limit of Liability
$1,000,000 Maximum Aggregate Limit of Liability for all Claims of Wrongful Employment Practices and Third-Party Discrimination
$150,000 Defense Cost only Wage & Hour Claims Coverage
$250,000 Defense Cost only Immigration Practices Enhancement
$10,000 Employment Event Endorsement
SELF-INSURED RETENTION:
$50,000 Each & Every Claim for Wrongful Employment Practices or Third Party Discrimination
$50,000 Each & Every Wage & Hour Claim

COMMERCIAL PROPERTY PROGRAM:
Insurance Carrier: ARCH Specialty Insurance Company
Policy #ESP7304682-00
Effective Date: 9/1/18 - 9/1/19
Policy Limit of Liability: $5,000,000 Per Occurrence Including:
Buildings, Business Personal Property, Newly Acquired Property, Fine Arts, EDP Equipment & Media, Business Income, Extra Expense incl. Loss of Rents, 180 Days Extended Period of Indemnity, Contingent Business Income, Ordinance or Law, Increased Period of Restoration, Utility Services - Direct Damage & Time Element, Ingress & Egress - 30 days, Accounts Receivables, Valuable Papers and Equipment Breakdown.

DEDUCTIBLES: $10,000 Per Occurrence Except: 5% Earthquake - min. $100,000 (Incl. EQ sprinkler leakage; Flood - 5% per Unit of Insurance subject to $250,000 min. per occurrence as respects Covered Property situated in Special Hazard Flood Zones designated by prefixes beginning with the letters A or V as determined by FEMA.
$25,000 Per Occurrence as respects All Other Flood.
24 Hour Waiting Period for Utility Services - Time Element
Equipment Breakdown: $25,000 Direct Damage (Incl. Business Income & Extra Expense, Perishable Goods)

VALUATION: Replacement Cost as respects Real & Personal Property / Actual Loss Sustained as respects Business Income (Including Extra Expense)

CRIME / KIDNAP & RANSOM COVERAGE:
Insurance Carrier: Hiscox Ins. Co.
Policy #UC22339874
Effective Dates: 9/1/18 - 9/1/19
Coverage / Limit of Insurance / Deductible:
Fidelity /Employee Theft: $1,000,000 Limit / $25,000 Ded.
Forgery or Alteration: $1,000,000 / $25,000 Ded.
Inside & Outside the Premises: $50,000 / $25,000 Ded.
Computer Funds & Transfer Fraud: $1,000,000 / $25,000 Ded.
Money Orders & Counterfeit Money: $1,000,000 / $25,000 Ded.
Identity Fraud Expense: $25,000 / $1,0000 Ded
KIDNAP & RANSOM:
Insured Persons: All Directors, Officers and Employees
Coverage Extensions: Threat Response, Disappearance Investigation and Expense, Express Kidnap, Alternate Loss of Earnings, TRIA Risk
Ransom - $1,000,000 Per Insured Event
Transit - $1,000,000 Per Insured Event


**COPYRIGHT 2000, AMS SERVICES INC.**

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/04/2018

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | |
|---|---|
| Robert Harris Insurance Agency, Inc.<br>Lic. #0216736<br>3150 Bristol St., Suite 200<br>Costa Mesa CA 92626 | CONTACT NAME: Pam Linares<br>PHONE (A/C, No, Ext): (714) 619-4480 FAX (A/C, No): (714) 619-4481<br>E-MAIL ADDRESS: pam@reharris.com |

| INSURED | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| Ruby's Diner, Inc. etal | INSURER A : Liberty Mutual Fire Ins. Co. | |
| Ruby's Oceanside, Ltd. | INSURER B : Liberty Insurance Underwriters | 19917 |
| 4100 MacArthur Blvd., Ste. 300 | INSURER C : Allegiance Underwriting Group | |
| Newport Beach CA 92660 | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

**COVERAGES** **CERTIFICATE NUMBER:** CL189414268 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR<br>[X] Deductible $25,000<br>[ ] Per Occurrence<br>GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC<br>OTHER: | | | TB2Z91467842028 | 09/01/2018 | 09/01/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | Employee Benefits | $ |
| A | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS<br>[X] HIRED AUTOS ONLY [X] NON-OWNED AUTOS ONLY | | | AS6Z91467842018 | 09/01/2018 | 09/01/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | [ ] UMBRELLA LIAB [X] OCCUR<br>[X] EXCESS LIAB [ ] CLAIMS-MADE<br>DED [X] RETENTION $ 10,000 | | | 1000061619-10 | 09/01/2018 | 09/01/2019 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | | AGGREGATE | $ 25,000,000 |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ]<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| C | DIRECTORS & OFFICERS LIABILITY | | | AUGBC001861 | 09/01/2018 | 09/01/2019 | $15,000 Retention | $2,000,000 Per Claim |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

PLEASE REFER TO PAGE 2 FOR THE FOLLOWING COVERAGES:
Liquor Liability / Employment Practices Liability / Commercial Property Program / Crime / Kidnap & Ransom

LOCATION ADDRESS: 1 Oceanside Pier, Oceanside, CA 92054.

CERTIFICATE HOLDER IS INCLUDED AS ADDITIONAL INTEREST

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of The United States Trustee<br>411 West Fourth Street,<br>Suite 7160<br>Santa Ana CA 92701 | **SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**<br>AUTHORIZED REPRESENTATIVE<br>Diane Armstrong |

© 1988-2015 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

## COMMENTS/REMARKS

LIQUOR LIABILITY:
Insurance Carrier: Liberty Mutual Ins. Co.
POLICY #TOCZ91467842038
Effective Date: 9/1/18 - 9/1/19
Limit of Liability: $1,000,000 Each Common Cause / $1,000,000 Policy Aggregate
Deductible: $25,000 Per Occurrence

EMPLOYMENT PRACTICES LIABILITY:
Insurance Carrier: Beazley Syndicate 2623/623 at Lloyds
Policy #AUGA00797B
Effective Date: 9/1/18 - 9/1/19
Limit of Liability:
$2,000,000 Maximum Limit of Liab for each Claim
$2,000,000 Third-Party Discrimination Limit of Liability
$2,000,000 Punitive, exemplary, and multiple damages Limit of Liability
$1,000,000 Maximum Aggregate Limit of Liability for all Claims of Wrongful Employment Practices and Third-Party Discrimination
$150,000 Defense Cost only Wage & Hour Claims Coverage
$250,000 Defense Cost only Immigration Practices Enhancement
$10,000 Employment Event Endorsement
SELF-INSURED RETENTION:
$50,000 Each & Every Claim for Wrongful Employment Practices or Third Party Discrimination
$50,000 Each & Every Wage & Hour Claim

COMMERCIAL PROPERTY PROGRAM:
Insurance Carrier: ARCH Specialty Insurance Company
Policy #ESP7304682-00
Effective Date: 9/1/18 - 9/1/19
Policy Limit of Liability: $5,000,000 Per Occurrence Including:
Buildings, Business Personal Property, Newly Acquired Property, Fine Arts, EDP Equipment & Media, Business Income, Extra Expense incl. Loss of Rents, 180 Days Extended Period of Indemnity, Contingent Business Income, Ordinance or Law, Increased Period of Restoration, Utility Services - Direct Damage & Time Element, Ingress & Egress - 30 days, Accounts Receivables, Valuable Papers and Equipment Breakdown.

DEDUCTIBLES: $10,000 Per Occurrence Except: 5% Earthquake - min. $100,000 (Incl. EQ sprinkler leakage; Flood - 5% per Unit of Insurance subject to $250,000 min. per occurrence as respects Covered Property situated in Special Hazard Flood Zones designated by prefixes beginning with the letters A or V as determined by FEMA.
$25,000 Per Occurrence as respects All Other Flood.
24 Hour Waiting Period for Utility Services - Time Element
Equipment Breakdown: $25,000 Direct Damage (Incl. Business Income & Extra Expense, Perishable Goods)

VALUATION: Replacement Cost as respects Real & Personal Property / Actual Loss Sustained as respects Business Income (Including Extra Expense)

CRIME / KIDNAP & RANSOM COVERAGE:
Insurance Carrier: Hiscox Ins. Co.
Policy #UC22339874
Effective Dates: 9/1/18 - 9/1/19
Coverage / Limit of Insurance / Deductible:
Fidelity /Employee Theft: $1,000,000 Limit / $25,000 Ded.
Forgery or Alteration: $1,000,000 / $25,000 Ded.
Inside & Outside the Premises: $50,000 / $25,000 Ded.
Computer Funds & Transfer Fraud: $1,000,000 / $25,000 Ded.
Money Orders & Counterfeit Money: $1,000,000 / $25,000 Ded.
Identity Fraud Expense: $25,000 / $1,0000 Ded
KIDNAP & RANSOM:
Insured Persons: All Directors, Officers and Employees
Coverage Extensions: Threat Response, Disappearance Investigation and Expense, Express Kidnap, Alternate Loss of Earnings, TRIA Risk
Ransom - $1,000,000 Per Insured Event
Transit - $1,000,000 Per Insured Event

 COPYRIGHT 2000, AMS SERVICES INC.

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/04/2018

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | |
|---|---|
| Robert Harris Insurance Agency, Inc.<br>Lic. #0216736<br>3150 Bristol St., Suite 200<br>Costa Mesa CA 92626 | CONTACT NAME: Pam Linares<br>PHONE (A/C, No, Ext): (714) 619-4480 FAX (A/C, No): (714) 619-4481<br>E-MAIL ADDRESS: pam@reharris.com |

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Liberty Mutual Fire Ins. Co. | |
| INSURER B : Liberty Insurance Underwriters | 19917 |
| INSURER C : Allegiance Underwriting Group | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**

Ruby's Diner, Inc. etal
Ruby's Laguna Hills, Ltd.
4100 MacArthur Blvd., Ste. 300
Newport Beach CA 92660

**COVERAGES** **CERTIFICATE NUMBER:** CL189414268 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR<br>[X] Deductible $25,000<br>[ ] Per Occurrence<br>GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC<br>OTHER: | | | TB2Z91467842028 | 09/01/2018 | 09/01/2019 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG<br>Employee Benefits | $ 1,000,000<br>$ 100,000<br>$<br>$ 1,000,000<br>$ 2,000,000<br>$ 1,000,000<br>$ |
| A | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS<br>[X] HIRED AUTOS ONLY [X] NON-OWNED AUTOS ONLY | | | AS6Z91467842018 | 09/01/2018 | 09/01/2019 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $ 1,000,000<br>$<br>$<br>$<br>$ |
| B | [ ] UMBRELLA LIAB [X] OCCUR<br>[X] EXCESS LIAB [ ] CLAIMS-MADE<br>[ ] DED [X] RETENTION $ 10,000 | | | 1000061619-10 | 09/01/2018 | 09/01/2019 | EACH OCCURRENCE<br>AGGREGATE | $ 25,000,000<br>$ 25,000,000<br>$ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ]<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | [ ] PER STATUTE [ ] OTH-ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | <br>$<br>$<br>$ |
| C | DIRECTORS & OFFICERS LIABILITY | | | AUGBC001861 | 09/01/2018 | 09/01/2019 | $15,000 Retention | $2,000,000 Per Claim |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

PLEASE REFER TO PAGE 2 FOR THE FOLLOWING COVERAGES:
Liquor Liability / Employment Practices Liability / Commercial Property Program / Crime / Kidnap & Ransom

LOCATION ADDRESS: 24155 Laguna Hills Mall, #1840-A, Laguna Hills, CA 92653.

CERTIFICATE HOLDER IS INCLUDED AS ADDITIONAL INTEREST

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of The United States Trustee<br>411 West Fourth Street,<br>Suite 7160<br>Santa Ana CA 92701 | **SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**<br>AUTHORIZED REPRESENTATIVE<br>Diane Armstrong |

© 1988-2015 ACORD CORPORATION. All rights reserved.



The ACORD name and logo are registered marks of ACORD

## COMMENTS/REMARKS

LIQUOR LIABILITY:
Insurance Carrier: Liberty Mutual Ins. Co.
POLICY #TOCZ91467842038
Effective Date: 9/1/18 - 9/1/19
Limit of Liability: $1,000,000 Each Common Cause / $1,000,000 Policy Aggregate
Deductible: $25,000 Per Occurrence

EMPLOYMENT PRACTICES LIABILITY:
Insurance Carrier: Beazley Syndicate 2623/623 at Lloyds
Policy #AUGA00797B
Effective Date: 9/1/18 - 9/1/19
Limit of Liability:
$2,000,000 Maximum Limit of Liab for each Claim
$2,000,000 Third-Party Discrimination Limit of Liability
$2,000,000 Punitive, exemplary, and multiple damages Limit of Liability
$1,000,000 Maximum Aggregate Limit of Liability for all Claims of Wrongful Employment Practices and Third-Party Discrimination
$150,000 Defense Cost only Wage & Hour Claims Coverage
$250,000 Defense Cost only Immigration Practices Enhancement
$10,000 Employment Event Endorsement
SELF-INSURED RETENTION:
$50,000 Each & Every Claim for Wrongful Employment Practices or Third Party Discrimination
$50,000 Each & Every Wage & Hour Claim

COMMERCIAL PROPERTY PROGRAM:
Insurance Carrier: ARCH Specialty Insurance Company
Policy #ESP7304682-00
Effective Date: 9/1/18 - 9/1/19
Policy Limit of Liability: $5,000,000 Per Occurrence Including:
Buildings, Business Personal Property, Newly Acquired Property, Fine Arts, EDP Equipment & Media, Business Income, Extra Expense incl. Loss of Rents, 180 Days Extended Period of Indemnity, Contingent Business Income, Ordinance or Law, Increased Period of Restoration, Utility Services - Direct Damage & Time Element, Ingress & Egress - 30 days, Accounts Receivables, Valuable Papers and Equipment Breakdown.

DEDUCTIBLES: $10,000 Per Occurrence Except: 5% Earthquake - min. $100,000 (Incl. EQ sprinkler leakage; Flood - 5% per Unit of Insurance subject to $250,000 min. per occurrence as respects Covered Property situated in Special Hazard Flood Zones designated by prefixes beginning with the letters A or V as determined by FEMA.
$25,000 Per Occurrence as respects All Other Flood.
24 Hour Waiting Period for Utility Services - Time Element
Equipment Breakdown: $25,000 Direct Damage (Incl. Business Income & Extra Expense, Perishable Goods)

VALUATION: Replacement Cost as respects Real & Personal Property / Actual Loss Sustained as respects Business Income (Including Extra Expense)

CRIME / KIDNAP & RANSOM COVERAGE:
Insurance Carrier: Hiscox Ins. Co.
Policy #UC22339874
Effective Dates: 9/1/18 - 9/1/19
Coverage / Limit of Insurance / Deductible:
Fidelity /Employee Theft: $1,000,000 Limit / $25,000 Ded.
Forgery or Alteration: $1,000,000 / $25,000 Ded.
Inside & Outside the Premises: $50,000 / $25,000 Ded.
Computer Funds & Transfer Fraud: $1,000,000 / $25,000 Ded.
Money Orders & Counterfeit Money: $1,000,000 / $25,000 Ded.
Identity Fraud Expense: $25,000 / $1,0000 Ded
KIDNAP & RANSOM:
Insured Persons: All Directors, Officers and Employees
Coverage Extensions: Threat Response, Disappearance Investigation and Expense, Express Kidnap, Alternate Loss of Earnings, TRIA Risk
Ransom - $1,000,000 Per Insured Event
Transit - $1,000,000 Per Insured Event

OFREMARK

**COPYRIGHT 2000, AMS SERVICES INC.**

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 09/04/2018

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | | |
|---|---|---|
| Robert Harris Insurance Agency, Inc.<br>Lic. #0216736<br>3150 Bristol St., Suite 200<br>Costa Mesa CA 92626 | CONTACT NAME: Pam Linares<br>PHONE (A/C, No, Ext): (714) 619-4480 FAX (A/C, No): (714) 619-4481<br>E-MAIL ADDRESS: pam@reharris.com | |

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Liberty Mutual Fire Ins. Co. | |
| INSURER B : Liberty Insurance Underwriters | 19917 |
| INSURER C : Allegiance Underwriting Group | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**

Ruby's Diner, Inc. etal
Ruby's Huntington Beach, Ltd.
4100 MacArthur Blvd., Ste. 300
Newport Beach CA 92660

**COVERAGES** **CERTIFICATE NUMBER:** CL189414268 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR<br>[X] Deductible $25,000<br>[ ] Per Occurrence<br>GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC<br>OTHER: | | | TB2Z91467842028 | 09/01/2018 | 09/01/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | Employee Benefits | $ |
| A | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS<br>[X] HIRED AUTOS ONLY [X] NON-OWNED AUTOS ONLY | | | AS6Z91467842018 | 09/01/2018 | 09/01/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | [ ] UMBRELLA LIAB [X] OCCUR<br>[X] EXCESS LIAB [ ] CLAIMS-MADE<br>DED [X] RETENTION $ 10,000 | | | 1000061619-10 | 09/01/2018 | 09/01/2019 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | | AGGREGATE | $ 25,000,000 |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ]<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| C | DIRECTORS & OFFICERS LIABILITY | | | AUGBC001861 | 09/01/2018 | 09/01/2019 | $15,000 Retention | $2,000,000 Per Claim |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

PLEASE REFER TO PAGE 2 FOR THE FOLLOWING COVERAGES:
Liquor Liability / Employment Practices Liability / Commercial Property Program /
Crime / Kidnap & Ransom

LOCATION ADDRESS: 1 MAIN STREET, HUNTINGTON BEACH, CA 92648

CERTIFICATE HOLDER IS INCLUDED AS ADDITIONAL INTEREST

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of The United States Trustee<br>411 West Fourth Street,<br>Suite 7160<br>Santa Ana CA 92701 | **SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**<br>AUTHORIZED REPRESENTATIVE<br>[signature] |

**© 1988-2015 ACORD CORPORATION. All rights reserved.**

 **The ACORD name and logo are registered marks of ACORD**

## COMMENTS/REMARKS

LIQUOR LIABILITY:
Insurance Carrier: Liberty Mutual Ins. Co.
POLICY #TOCZ91467842038
Effective Date: 9/1/18 - 9/1/19
Limit of Liability: $1,000,000 Each Common Cause / $1,000,000 Policy Aggregate
Deductible: $25,000 Per Occurrence

EMPLOYMENT PRACTICES LIABILITY:
Insurance Carrier: Beazley Syndicate 2623/623 at Lloyds
Policy #AUGA00797B
Effective Date: 9/1/18 - 9/1/19
Limit of Liability:
$2,000,000 Maximum Limit of Liab for each Claim
$2,000,000 Third-Party Discrimination Limit of Liability
$2,000,000 Punitive, exemplary, and multiple damages Limit of Liability
$1,000,000 Maximum Aggregate Limit of Liability for all Claims of Wrongful Employment Practices and Third-Party Discrimination
$150,000 Defense Cost only Wage & Hour Claims Coverage
$250,000 Defense Cost only Immigration Practices Enhancement
$10,000 Employment Event Endorsement
SELF-INSURED RETENTION:
$50,000 Each & Every Claim for Wrongful Employment Practices or Third Party Discrimination
$50,000 Each & Every Wage & Hour Claim

COMMERCIAL PROPERTY PROGRAM:
Insurance Carrier: ARCH Specialty Insurance Company
Policy #ESP7304682-00
Effective Date: 9/1/18 - 9/1/19
Policy Limit of Liability: $5,000,000 Per Occurrence Including:
Buildings, Business Personal Property, Newly Acquired Property, Fine Arts, EDP Equipment & Media, Business Income, Extra Expense incl. Loss of Rents, 180 Days Extended Period of Indemnity, Contingent Business Income, Ordinance or Law, Increased Period of Restoration, Utility Services - Direct Damage & Time Element, Ingress & Egress - 30 days, Accounts Receivables, Valuable Papers and Equipment Breakdown.

DEDUCTIBLES: $10,000 Per Occurrence Except: 5% Earthquake - min. $100,000 (Incl. EQ sprinkler leakage; Flood - 5% per Unit of Insurance subject to $250,000 min. per occurrence as respects Covered Property situated in Special Hazard Flood Zones designated by prefixes beginning with the letters A or V as determined by FEMA.
$25,000 Per Occurrence as respects All Other Flood.
24 Hour Waiting Period for Utility Services - Time Element
Equipment Breakdown: $25,000 Direct Damage (Incl. Business Income & Extra Expense, Perishable Goods)

VALUATION: Replacement Cost as respects Real & Personal Property / Actual Loss Sustained as respects Business Income (Including Extra Expense)

CRIME / KIDNAP & RANSOM COVERAGE:
Insurance Carrier: Hiscox Ins. Co.
Policy #UC22339874
Effective Dates: 9/1/18 - 9/1/19
Coverage / Limit of Insurance / Deductible:
Fidelity /Employee Theft: $1,000,000 Limit / $25,000 Ded.
Forgery or Alteration: $1,000,000 / $25,000 Ded.
Inside & Outside the Premises: $50,000 / $25,000 Ded.
Computer Funds & Transfer Fraud: $1,000,000 / $25,000 Ded.
Money Orders & Counterfeit Money: $1,000,000 / $25,000 Ded.
Identity Fraud Expense: $25,000 / $1,0000 Ded
KIDNAP & RANSOM:
Insured Persons: All Directors, Officers and Employees
Coverage Extensions: Threat Response, Disappearance Investigation and Expense, Express Kidnap, Alternate Loss of Earnings, TRIA Risk
Ransom - $1,000,000 Per Insured Event
Transit - $1,000,000 Per Insured Event


**COPYRIGHT 2000, AMS SERVICES INC.**

EXHIBIT “C”

**Ruby's Diner, Inc., et al., for General Liability, Property, D&O, Crime, Fiduciary & Excess Liability**

**2018 TOTAL SUMMARY- PREMIUM BY LOCATION**

| Down Payment | Amount Financed | 10 Monthly Payments | APR Finance APR | APR Finance Charge |
|---|---|---|---|---|
| $ 111,771.29 | $ 277,987.87 | $ 28,607.78 | 6.300% | $ 8,089.93 |

| | Locations | GENERAL LIABILITY | PROPERTY | EPLI | D&O Crime K&R (Includes Beachcomber) | EXCESS COMBINED Including Beachcomber | TOTAL PREMIUM PER LOCATION | Down Payment Per Location | TOTAL | Financed premium | Location Percentage of amount financed | 10 Monthly Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | South Coast Plaza, Ltd: 3333 Bear Street, #120 Costa Mesa, CA 92626 | $11,998.46 | $7,829.23 | $16,239.47 | $3,683.51 | $4,726.96 | **$44,477.62** | $12,754.85 | $36,067.16 | $31,722.77 | 11.412% | $ 3,264.60 |
| 3 | Ruby's Woodbridge, LLC: 4602 Barranca Parkway Irvine, CA 92714 | $6,662.70 | $5,580.10 | $10,758.66 | $2,440.32 | $2,624.86 | **$28,066.65** | $8,048.68 | $23,001.46 | $20,017.97 | 7.201% | $ 2,060.05 |
| 4 | Ruby's Yorba Linda Ltd: 21450 Yorba Linda Boulevard Yorba Linda, CA 92686 | $6,662.70 | $5,186.27 | $7,510.76 | $1,703.62 | $2,624.86 | **$23,688.22** | $6,793.07 | $19,359.73 | $16,895.14 | 6.078% | $ 1,738.68 |
| 5 | Ruby's Laguna Hills Mall, Ltd: 24155 Laguna Hills Mall #1840-A Laguna Hills, CA 92653 | $7,827.43 | $7,240.85 | $9,134.65 | $2,071.97 | $3,083.72 | **$29,358.63** | $8,419.18 | $24,202.94 | $20,939.45 | 7.533% | $ 2,154.88 |
| 6 | Ruby's Huntington Beach, Ltd: Huntington Beach Pier Huntington Beach, CA | $17,780.12 | $18,690.58 | $18,269.30 | $4,143.95 | $7,004.73 | **$65,888.68** | $18,894.91 | $54,740.00 | $46,993.77 | 16.905% | $ 4,836.14 |
| 7 | Ruby's Oceanside, Ltd: Oceanside Pier Oceanside, CA | $15,804.55 | $15,684.26 | $18,269.30 | $4,143.95 | $6,226.42 | **$60,128.49** | $17,243.05 | $49,758.12 | $42,885.43 | 15.427% | $ 4,413.35 |
| 8 | Ruby's Palm Springs, Ltd: 155 S. Palm Canyon Drive, Unit A6 Palm Springs, CA 92262 | $13,828.99 | $8,175.61 | $9,134.65 | $2,071.97 | $5,448.12 | **$38,659.34** | $11,086.34 | $31,139.25 | $27,573.00 | 9.919% | $ 2,837.54 |
| 9 | Ruby's Beach Ventures, LLC: 6405 E. Pacific Coast Highway Long Beach, CA 90803 | $9,856.33 | $12,484.06 | $10,149.63 | $2,302.19 | $3,883.04 | **$38,675.25** | $11,090.91 | $32,490.02 | $27,584.34 | 9.923% | $ 2,838.71 |
| 10 | Ruby's Morongo (Ruby's Management, LLC): 49000 Seminole Dr. Cabazon, CA 92230 | $10,586.73 | $7,316.77 | $10,149.63 | $2,302.19 | $4,170.79 | **$34,526.11** | $9,901.06 | $28,053.13 | $24,625.05 | 8.858% | $ 2,534.17 |
| 11 | Ruby's Diner Inc., & Ruby's Franchise Systems, Inc. 4100 MacArthur Blvd. #310, Newport Beach, CA 92660 | $0.00 | $2,372.49 | $2,029.95 | $460.44 | $0.00 | **$4,862.88** | $1,394.53 | $4,402.44 | $3,468.35 | 1.248% | $ 356.93 |
| 12 | Beachcomber at Crystal Cove, LLC / Beachcomber Management, LLC, Crystal Cove Shake Shack, LLC, Crystal Cove Transportation, Inc.: Beachcomber 15 Crystal Cove Newport Coast, CA 92657 | $0.00 | $0.00 | $0 | $5,801.52 | $15,206.48 | **$21,008.01** | $6,024.47 | $0.00 | $14,983.54 | 5.390% | $ 1,541.96 |

**Note:** ***Highlighted entities are non-debtor entities***

**Ruby's Diner Inc., & Ruby's Franchise Systems Inc. each pay 50% of total associated with allocation at 4100 MacArthur Blvd (line 11)**

| TOTAL ANNUAL PREMIUM: | $389,759.16 |
|---|---|

EXHIBIT "C"
Page 29

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled **AMENDED NOTICE OF MOTION AND MOTION OF DEBTORS FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND TO PROVIDE ADEQUATE PROTECTION; DECLARATION OF DOUGLAS A. CAVANAUGH IN SUPPORT THEREOF** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/21/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ___________ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **9/21/2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/21/2018 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar** gblackmar@bpslaw.net
- **Meghan Canty** mcanty@tocounsel.com, lkwon@tocounsel.com;sschuster@tocounsel.com
- **Aaron Davis** aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman** afriedman@shbllp.com, lgauthier@shbllp.com
- **Michael J Hauser** michael.hauser@usdoj.gov
- **David S Kupetz** dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- **William N Lobel** wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello** Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay** mckinlay.jessica@dorsey.com
- **Malcolm D Minnick** dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Valerie Smith** claims@recoverycorp.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker** matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

2. **SERVED BY OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**

Via Personal Service:
The Honorable Catherine E. Bauer, United States Bankruptcy Court,
Central District of California, Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 (courtesy bin)
Santa Ana, CA 92701-4593

Via Email

Michael J. Hauser - michael.hauser@usdoj.gov
Jessica J. McKinlay - mckinlay.jessica@dorsey.com