William N. Lobel (CA Bar No. 93202)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Telephone:  (714) 384-4740
Facsimile:   (714) 384-4741
E-mail:       wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diner, Inc., *et al.*,
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,[1]<br><br>Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case Nos.: 8:18-bk-13311-CB<br><br>Chapter 11<br><br>**HOLOGRAPHIC SIGNATURE OF DOUGLAS CAVANAUGH IN SUPPORT OF AMENDED NOTICE OF MOTION AND MOTION OF DEBTORS FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND TO PROVIDE ADEQUATE PROTECTION**<br><br>DATE:       September 21, 2018<br>TIME:        4:00 p.m.<br>CTRM:      5D<br>Address:    411 West Fourth Street<br>                   Santa Ana, CA 92701 |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

13. Pursuant to the Premium Finance Agreements, FIRST will provide financing to RDI for the purchase of the Policies which are essential for the operation of the Company's business. True and correct copies of the Certificates of Insurance for the Policies (for the period September 1, 2018 through September 1, 2019) are attached hereto as Exhibit "B."

14. I believe that the terms of the Premium Finance Agreements are commercially fair and reasonable including the granting of a lien on the Policies to FIRST. The Debtors are required to maintain adequate insurance coverage and, without it, the Company would be forced to cease operations. The insurance policies being renewed are substantially similar in their terms and scope as the policies issued in prior years. The Debtors have been unable to obtain unsecured credit to fund the Policies.

15. To the extent that the beneficiaries of the Policies are entities other than RDI, those entities pay RDI their allocable share of the insurance premiums on a monthly basis in accordance with the schedule attached hereto as Exhibit "C."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of September 2018, at Newport Beach, California.

_____
Douglas S. Cavanaugh