1  William N. Lobel, SBN 93202
   Pachulski Stang Ziehl & Jones LLP
2  650 Town Center Drive, Suite 1500
   Costa Mesa, CA  92626
3  Tel: 714-384-4740
   Fax: 714-384-4741
4  wlobel@pszjlaw.com

5  [Proposed] Attorneys for
   Debtors and Debtors-in-Possession
6

**FILED & ENTERED**

**SEP 21 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY le         DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINERS, INC., a California corporation, *et al.*<br><br>            Debtors and Debtors-in-Possession,<br><br>Affects:<br><br>☒  All Debtors<br><br>☐  RUBY'S DINERS, INC., ONLY<br><br>☐  RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐  RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐  RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐  RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐  RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐  RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**ORDER GRANTING AMENDED MOTION FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND TO PROVIDE ADEQUATE PROTECTION**<br><br>Date:       September 21, 2018<br>Time:       4:00 p.m.<br>Courtroom: 5D<br>Address:    411 West Fourth Street<br>                 Santa Ana, CA  92701 |

1

A hearing was held on September 21, 2018, at 10:00 am and continued to 4:00 p.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D, located at 411 West Fourth St., Santa Ana, CA, on the Amended Motion for Order Authority to Enter Into Insurance Premium Finance Agreement and to Provide Adequate Protection filed on September 21, 2018, as Docket #80 (the "Amended Motion").[1] Appearances were made as noted on the record.

The Court having read and considered the Amended Motion, the related pleadings, and heard the statements of counsel, and with good cause shown,

IT IS ORDERED:

1. The Amended Motion is granted.

### 

Date: September 21, 2018

Catherine Bauer
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined have the same meaning ascribed to such terms in the Amended Motion.