**Fill in this information to identify your case:**

|   |   |
|---|---|
| RUBY'S DINER, INC., a California corporation, *et al.*,[1] <br> Debtors and Debtors-in-Possession, <br> Affects: <br> ☐ All Debtors <br> ☐ RUBY'S DINER, INC., ONLY <br> ☒ RUBY'S SOCAL DINERS, LLC, ONLY   (Case No. 8:18-bk-13197 CB) <br> ☐ RUBY'S QUALITY DINERS, LLC, ONLY <br> ☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY <br> ☐ RUBY'S LAGUNA HILLS, LTD. ONLY <br> ☐ RUBY'S OCEANSIDE, LTD., ONLY <br> ☐ RUBY'S PALM SPRINGS, LTD., ONLY | **Case No. 8:18-bk-13311 CB** |

Debtor

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

**8:18-bk-13311 CB**
(Jointly Administered With Case Nos.
8:18-bk-13197-CB; 8:18-bk-13198-CB;
8:18-bk-13199-CB; 8:18-bk-13200-CB;
8:18-bk-13201-CB; 8:18-bk-13202-CB)

Case number
(if known)

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of __8/12/2018__ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| **Ruby's Mission Valley** | 50% | 1 |
|  |  |  |
|  |  |  |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diners, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC 1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

Debtor Name: **Ruby's Diner, Inc.**                                        Case number: **8:18-bk-13311 CB**

**THIS PERIODIC REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.**

The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| | | |
|---|---|---|
| **For non-individual Debtors:** | X _[signature]_<br>Signature of Authorized Individual | |
| | **Douglas S. Cavanaugh, Authorized Signer**<br>Printed name of Authorized Individual | |
| | Date **9/26/2018**<br>MM/ DD / YYYY | |
| **For individual Debtors:** | X _____<br>Signature of Debtor 1 | X _____<br>Signature of Debtor 2 |
| | _____<br>Printed name of Debtor 1 | X _____<br>Printed name of Debtor 2 |
| | Date _____<br>MM/ DD / YYYY | Date _____<br>MM/ DD / YYYY |

B26 (Official Form 26) (12/08) – Cont. 3

# TAB 1

# Ruby's Mission Valley

B26 (Official Form 26) (12/08) – Cont.                                                                                                  4

# TAB 1
# Ruby's Mission Valley
# Exhibit A
# Valuation Estimate

The value of Debtor's interest in Ruby's Mission Valley is $0 for the following reasons:

1. The Restaurant was closed prior to the filing of the Debtor's bankruptcy.

# Exhibit B
# Financial Statements

# Exhibit B-1
# Balance Sheet
As of August 12, 2018

**RUBY'S MISSION VALLEY LTD**
Balance Sheet
August 12, 2018

ASSETS

| | |
|---|---:|
| Current Assets | |
| Opus Bank | ($ 2,526.10) |
| CASH IN REGISTER | 2,274.74 |
| ACCOUNTS RECEIVABLE | (1,719.08) |
| REIMB. FROM HUNTINGTON BEACH | (82,500.00) |
| REIMB. FROM LAGUNA HILLS | (8,754.40) |
| REIMB. FROM FRANCHISE | (418.47) |
| REIMB. FROM RUBY'S WOODLAND HI | 5,000.00 |
| REIMB. FROM SOCAL DINERS | (626,178.06) |
| REIMB. FROM OCEANSIDE | (184,958.76) |
| REIMB. FROM PALM SPRINGS | (105,000.00) |
| PREPAID PROPERTY TAX | (2,407.60) |
| INVENTORY | 1,282.71 |
| INVENTORY-RDI | 504.94 |
| LEASEHOLD IMPROVEMENTS | 1,977,696.42 |
| BASIS STEP UP-LEASEHOLD | 14,813.00 |
| TENANT IMPROVEMENT ALLOW | (145,637.10) |

B26 (Official Form 26) (12/08) – Cont. 5

| | | |
|---|---:|---:|
| ACC AMORT LEASEHOLD IMP | (1,545,645.53) | |
| ACC AMORT TENANT IMP ALLOW | 145,637.10 | |
| FURNITURE & FIXTURES | 208,027.38 | |
| BASIS STEP UP-FURNITURE & FIXT | 4,012.00 | |
| ARTWORK | 18,150.85 | |
| ACC DEPR FURNITURE & FIXTURES | (187,584.31) | |
| ACC DEPRECIATION ARTWORK | (18,150.85) | |
| TECHNICAL EQUIPMENT | 4,984.16 | |
| ACC DEPR TECHNICAL EQUIP | (4,984.16) | |
| EQUIPMENT | 225,381.11 | |
| CAPITAL LEASES | 40,860.57 | |
| BASIS STEP UP-EQUIPMENT | 8,681.00 | |
| ACC DEPRECIATION EQUIPMENT | (220,720.49) | |
| ACC AMORT CAPITAL LEASES | (40,860.57) | |
| DEFERRED INS-UMBRELLA, FIREARM | 12,774.67 | |
| PREPAID RENT | 50,270.08 | |
| PREPAID WORKMAN'S COMP | (5,050.95) | |
| GOODWILL | 288,679.00 | |
| | | |
| Total Current Assets | | (174,066.70) |
| | | |
| Property and Equipment | | |
| | | |
| Total Property and Equipment | | 0.00 |
| | | |
| Other Assets | | |
| | | |
| Total Other Assets | | 0.00 |
| | | |
| Total Assets | | ($ 174,066.70) |

LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| Current Liabilities | | |
| ACCOUNTS PAYABLE | $ 449,064.24 | |
| ACCRUED ADVERTISING-REGIONAL | 42,978.90 | |
| ACCRUED ADVERTISING-NATIONAL | 54,037.14 | |
| GIFT CARDS | (171,735.20) | |
| VACATION ACCRUED | 9,629.62 | |
| COMPANY FUTA TAX | 12,624.70 | |
| SALES TAX PAYABLE | 32,814.76 | |
| LEGAL/PROFESSIONAL FEES ACCR | 115.38 | |
| BONUS ACCRUAL | 295.76 | |

B26 (Official Form 26) (12/08) – Cont.                                                                                           6

|  |  |  |
|---|---:|---:|
| INTERCOMPANY P/R | 5,839,765.16 |  |
| REIMBURSEMENT OWED TO RDI | (5,074,765.30) |  |
| Total Current Liabilities |  | 1,194,825.16 |
| Long-Term Liabilities |  |  |
| Total Long-Term Liabilities |  | 0.00 |
| Total Liabilities |  | 1,194,825.16 |
| Capital |  |  |
| PAID IN CAPITAL-RDI | (470,781.39) |  |
| PAID IN CAPITAL-LP | 228,553.35 |  |
| CAPITAL DISBURSEMENTS-RDI | (144,821.48) |  |
| CAPITAL DISBURSEMENTS-LP | (144,821.48) |  |
| RETAINED EARNINGS | (441,725.91) |  |
| Net Income | (395,294.95) |  |
| Total Capital |  | (1,368,891.86) |
| Total Liabilities & Capital |  | ($   174,066.70) |

B26 (Official Form 26) (12/08) – Cont.                                                                                          7

## Exhibit B-2
## Statement of Income (Loss)
Period ending August 12, 2018

**RUBY'S MISSION VALLEY LTD**
**Income Statement**
**For the Eight Months Ending August 12, 2018**

|  |  |  | Current Period | Last Year Period | Year to Date | Last YTD |
|---|---|---|---:|---:|---:|---:|
| Revenues |  |  |  |  |  |  |
| 4110 | FOOD SALES | $ | 0.00 | $166,150.61 | $ 504,266.72 | $1,343,899.37 |
| 4115 | TAKE OUT SALES |  | 0.00 | 24,789.46 | 28,599.57 | 109,603.58 |
| 4120 | BEVERAGE SALES |  | 0.00 | 22,923.57 | 6,433.89 | 99,394.59 |
| 4130 | RETAIL SALES |  | 0.00 | 55.46 | 258.49 | 423.22 |
| 7240 | EMPLOYEE MEAL EXPENSE |  | 0.00 | (2,838.52) | (9,275.76) | (18,781.02) |
| 8511 | FOOD COMPS |  | 0.00 | (2,687.01) | (8,352.21) | (19,648.24) |
|  | Total Revenues |  | 0.00 | 208,393.57 | 521,930.70 | 1,514,891.50 |
| Cost of Sales |  |  |  |  |  |  |
| 6111 | FC-BACON |  | 0.00 | 2,466.07 | 6,404.57 | 18,036.12 |
| 6115 | FC-GROUND BEEF |  | 0.00 | 6,513.98 | 13,902.50 | 41,142.76 |
| 6116 | FC-SEAFOOD |  | 0.00 | 2,368.02 | 9,152.89 | 20,887.83 |
| 6117 | FC-BONELESS CHICKEN BREAST |  | 0.00 | 1,134.19 | 2,950.48 | 9,343.95 |
| 6119 | FC-OTHER MEAT |  | 0.00 | 5,438.70 | 12,966.87 | 36,040.90 |
| 6121 | FC-CHEESE |  | 0.00 | 2,839.89 | 7,483.60 | 21,588.49 |
| 6122 | FC-OTHER DAIRY |  | 0.00 | 1,324.15 | 4,327.95 | 9,493.06 |
| 6130 | FC-PRODUCE |  | 0.00 | 5,488.16 | 14,549.53 | 40,140.81 |
| 6140 | FC-BREAD |  | 0.00 | 3,153.26 | 8,287.03 | 21,751.21 |
| 6151 | FC-CONTROL GROCERY |  | 0.00 | 5,322.43 | 15,734.84 | 39,406.97 |
| 6152 | FC-SELF SERVE GROCERY |  | 0.00 | 0.00 | 0.00 | 17.50 |
| 6153 | FC-CONDIMENTS |  | 0.00 | 868.92 | 2,776.04 | 6,468.50 |
| 6161 | FC-FRENCH FRIES |  | 0.00 | 7,605.64 | 19,483.11 | 52,666.70 |
| 6162 | FC-SHORTENING |  | 0.00 | 773.73 | 1,891.62 | 4,881.47 |
| 6171 | FC-SOFT SERVE |  | 0.00 | 2,465.58 | 6,643.25 | 15,710.27 |
| 6172 | FC-FOUNTAIN |  | 0.00 | 3,111.73 | 7,806.61 | 19,744.81 |
| 6181 | FC-CONTROL BEVERAGE |  | 0.00 | 798.63 | 2,189.03 | 5,833.38 |
| 6182 | FC-NO LIMIT BEVERAGE |  | 0.00 | 2,447.36 | 6,321.99 | 16,897.89 |
| 6190 | FC-FOOD & BEVERAGE PAPER |  | 0.00 | 3,535.39 | 9,718.56 | 25,135.15 |
| 6191 | FC-PRIOR PERIOD |  | 0.00 | 0.00 | 0.00 | 239.40 |
| 6210 | FC-BEER |  | 0.00 | 641.82 | 3,029.23 | 6,488.42 |
| 6220 | FC-WINE |  | 0.00 | 173.86 | 1,946.36 | 530.06 |

B26 (Official Form 26) (12/08) – Cont.                                                                                        8

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| | Total Cost of Sales | | 0.00 | 58,471.51 | 157,566.06 | 412,445.65 |
| | Gross Profit | | 0.00 | 149,922.06 | 364,364.64 | 1,102,445.85 |

Labor
Controllable Labor
Front of House

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 7100 | BUSSER | | 0.00 | 7,933.20 | 24,355.72 | 55,202.82 |
| 7110 | SERVER | | 0.00 | 15,810.94 | 48,652.99 | 121,308.99 |
| 7120 | FOUNTAIN | | 0.00 | 2,887.80 | 2,070.97 | 21,981.22 |
| 7130 | CASHIER/HOST | | 0.00 | 3,580.25 | 6,120.05 | 19,736.09 |
| 7170 | EXPO | | 0.00 | 2,644.56 | 11,961.01 | 21,624.76 |
| | Total Front of House | | 0.00 | 32,856.75 | 93,160.74 | 239,853.88 |

Back of House

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 7140 | KITCHEN | | 0.00 | 16,191.91 | 50,416.58 | 122,657.34 |
| | Total Back of House | | 0.00 | 16,191.91 | 50,416.58 | 122,657.34 |

Training

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 7160 | TRAINING-FOH | | 0.00 | 1,001.70 | 2,455.64 | 6,611.34 |
| 7165 | TRAINING-BOH | | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Training | | 0.00 | 1,001.70 | 2,455.64 | 6,611.34 |
| | Total Controllable Labor | | 0.00 | 50,050.36 | 146,032.96 | 369,122.56 |

Labor Fixed

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 7030 | MANAGEMENT | | 0.00 | 10,388.89 | 35,996.74 | 77,537.38 |
| 7031 | PERSON IN CHARGE | | 0.00 | 2,505.53 | 6,915.40 | 31,932.29 |
| | Total Labor Fixed | | 0.00 | 12,894.42 | 42,912.14 | 109,469.67 |

Labor Employee Related

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 7210 | PAYROLL TAXES | | 1,154.41 | 7,349.22 | 34,940.21 | 67,084.86 |
| 7215 | VACATION EXPENSE | | 0.00 | 988.78 | 2,797.84 | 5,665.01 |
| 7220 | WORKERS COMP INSURANCE | | 3,233.25 | 3,233.25 | 27,423.14 | 25,866.00 |
| 7230 | GROUP INSURANCE | | 0.00 | 0.00 | 448.87 | 3,394.90 |
| | Total Labor Employee Related | | 4,387.66 | 11,571.25 | 65,610.06 | 102,010.77 |

B26 (Official Form 26) (12/08) – Cont.                                                                                                  9

|  |  |  |  |  |  |
|---|---|---:|---:|---:|---:|
|  | Total Labor | 4,387.66 | 74,516.03 | 254,555.16 | 580,603.00 |

**Supplies**

**Soft**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 7440 | SOFT SUPPLY | 0.00 | 292.35 | 148.60 | 1,380.07 |
| 7441 | POS SUPPLIES | 0.00 | 198.97 | 638.93 | 1,590.31 |
| 7442 | RESTROOM SUPPLIES | 0.00 | 236.82 | 746.07 | 2,961.72 |
| 7444 | BOH SUPPLIES | 0.00 | 1,691.17 | 3,906.72 | 9,166.17 |
| 7449 | MISCELLANEOUS SOFT SUPPLIES | 0.00 | 5.42 | 10.48 | 33.98 |
|  | Total Soft | 0.00 | 2,424.73 | 5,450.80 | 15,132.25 |

**Hard**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 7450 | HARD SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 7451 | SILVERWARE | 0.00 | 0.00 | 95.24 | 76.88 |
| 7452 | PANS | 0.00 | 0.00 | 31.45 | 0.00 |
| 7453 | DISHES/BOWLS | 0.00 | 18.72 | 105.30 | 194.35 |
| 7454 | GLASSES | 0.00 | 101.36 | 169.61 | 1,315.68 |
| 7455 | RAMEKINS | 0.00 | 0.00 | 205.46 | 167.29 |
| 7456 | SMALL KITCHEN APPLIANCES | 0.00 | 21.54 | 187.42 | 570.76 |
| 7459 | MISCELLANEOUS HARD SUPPLIES | (147.88) | 0.00 | 193.96 | 115.71 |
|  | Total Hard | (147.88) | 141.62 | 988.44 | 2,440.67 |

**Office & Training**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 7410 | OFFICE SUPPLY | 0.00 | 173.46 | 549.75 | 1,084.29 |
| 8140 | POSTAGE | 0.00 | 44.09 | 280.46 | 332.43 |
| 7671 | FREIGHT | 0.00 | 0.00 | 0.00 | 6.00 |
|  | Total Office & Training | 0.00 | 217.55 | 830.21 | 1,422.72 |

**Cleaning**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 7460 | CLEANING SUPPLIES | 0.00 | 1,257.72 | 4,951.82 | 9,450.97 |
|  | Total Cleaning | 0.00 | 1,257.72 | 4,951.82 | 9,450.97 |
|  | Total Supplies | (147.88) | 4,041.62 | 12,221.27 | 28,446.61 |

**Operating Expense**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 7400 | EMP INCENTIVE-CONTROLLABLE | 0.00 | 0.00 | 0.00 | 64.90 |
| 7430 | LINEN & DRY CLEANING | 0.00 | 255.12 | 1,038.63 | 2,603.43 |
| 7490 | CASH OVER OR SHORT | 0.00 | (6.14) | 165.14 | 499.36 |

B26 (Official Form 26) (12/08) – Cont.                                    10

| Code | Description | | | | |
|---|---|---:|---:|---:|---:|
| 7495 | TELEPHONE | 0.00 | 267.00 | 1,455.72 | 3,987.60 |
| 7610 | MENUS | 0.00 | 0.00 | 134.69 | 62.50 |
| 7620 | UNIFORMS | 0.00 | 0.00 | 670.66 | 1,726.98 |
| 7630 | CONTRACT MAINTENANCE | 0.00 | 2,879.26 | 7,115.55 | 18,248.39 |
| 7640 | FLOWERS & DECORATIONS | 0.00 | 0.00 | 0.00 | 189.75 |
| 7670 | RECRUITING EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 |
| Repairs and Replacements | | | | | |
| 8530 | REPAIRS & REPLACEMENTS | 0.00 | 36.16 | 361.29 | 1,465.67 |
| 8532 | R&M REFRIGERATION | 0.00 | 0.00 | 0.00 | 4,888.59 |
| 8534 | R&M PLUMBING | 0.00 | 225.00 | 1,227.53 | 17.66 |
| 8535 | R&M BOOTHWORK | 0.00 | 0.00 | 375.00 | 940.00 |
| 8537 | R&M BUILDING | 0.00 | 0.00 | 0.00 | 184.00 |
| LSM | | | | | |
| 9300 | LSM-LOCAL PRINT | 0.00 | 39.16 | 192.85 | 457.30 |
| 9310 | LSM-SIGNAGE | 0.00 | 0.00 | 0.00 | 109.36 |
| 9330 | LSM-PROGRAMS | 0.00 | 234.16 | 955.58 | 245.11 |
| 9350 | LSM-EVENTS | 0.00 | 0.00 | 102.44 | 11.94 |
| Other Expenses | | | | | |
| 8502 | GAS | 0.00 | 847.38 | 3,649.57 | 6,043.06 |
| 8504 | ELECTRIC | 0.00 | 0.00 | 17,554.17 | 33,126.75 |
| 8506 | WATER & SEWER | 1,145.00 | 1,177.00 | 9,160.00 | 10,248.92 |
| 8508 | TRASH | (600.00) | 1,803.61 | 6,373.87 | 14,192.03 |
| 8510 | PROMO & ADVERTISING | 0.00 | 0.00 | 1,461.83 | 3,269.90 |
| 8512 | KIDS MEALS | 0.00 | 679.90 | 1,706.56 | 4,076.94 |
| 9380 | FUNDRAISERS | 0.00 | 0.00 | 115.64 | 817.20 |
| | Total Operating Expense | 545.00 | 8,437.61 | 53,816.72 | 107,477.34 |
| | Restaurant Controllable Profit | (4,784.78) | 62,926.80 | 43,771.49 | 385,918.90 |
| Non Controllable Expense | | | | | |
| 7040 | MANAGEMENT BONUS | 0.00 | 0.00 | 500.00 | 0.00 |
| 7403 | 401K MATCHING | 0.00 | 0.00 | 0.00 | 0.00 |
| 7650 | EQUIPMENT LEASE | 0.00 | 484.94 | 1,528.26 | 3,744.96 |
| 7660 | CREDIT CARD CHARGES | 59.00 | 3,822.04 | 13,162.47 | 23,077.26 |
| 7790 | MISC OPERATING EXPENSE | 0.00 | 0.00 | 2,477.49 | (143.12) |
| Miscellaneous Income/Expense | | | | | |
| 4245 | REBATE INCOME | 0.00 | 0.00 | 0.00 | 0.00 |
| 4250 | MISCELLANEOUS INCOME | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Non Controllable Expense | | | | | |
| 8200 | OUTSIDE SERVICES | 0.00 | 0.00 | 0.00 | 908.72 |
| 8204 | AUDIT/TAX FEES | 0.00 | 0.00 | 450.00 | 0.00 |
| 8205 | ACCOUNTING | 200.00 | 1,200.00 | 5,600.00 | 7,315.38 |
| 8210 | LICENSE & PERMITS | 0.00 | 350.00 | 8,804.37 | 482.88 |

B26 (Official Form 26) (12/08) – Cont.                                                                 11

| | | | | | |
|---|---|---:|---:|---:|---:|
| 8220 | BANK CHARGES | 33.13 | 141.75 | 807.39 | 1,548.60 |
| 8250 | COSTCO GIFT CARD DISCOUNT | 0.00 | 286.23 | 858.49 | 2,545.92 |
| 8520 | INSURANCE GENERAL | 1,955.44 | 1,955.44 | 15,643.52 | 18,094.55 |
| 9400 | S C REGIONAL | 0.00 | 1,890.70 | 5,219.31 | 15,148.91 |
| 7510 | AUTO | 0.00 | 0.00 | 288.05 | 0.00 |
| 9500 | NATIONAL ADVERTISING | 0.00 | 1,890.70 | 5,219.31 | 13,574.32 |
| | Total Non Controllable Expense | 2,247.57 | 12,021.80 | 60,558.66 | 86,298.38 |
| | Unit Level EBITDAR | (7,032.35) | 50,905.00 | (16,787.17) | 299,620.52 |
| Occupancy | | | | | |
| 8410 | BASE RENT | 23,791.52 | 23,791.52 | 190,332.16 | 189,639.21 |
| 8440 | NNN CHARGES | 5,822.24 | 5,822.24 | 46,727.92 | 60,829.94 |
| 8450 | PROPERTY TAXES | 4,014.86 | 4,014.86 | 32,118.88 | 22,493.62 |
| | Total Occupancy | 33,628.62 | 33,628.62 | 269,178.96 | 272,962.77 |
| | Unit Level EBITDA (without allocations) | (40,660.97) | 17,276.38 | (285,966.13) | 26,657.75 |
| Corporate Overhead and Other | | | | | |
| 8206 | LEGAL | 8.00 | 32.00 | 412.00 | 2,234.75 |
| 8560 | CORPORATE MANAGEMENT FEES | 0.00 | 17,267.98 | 43,234.70 | 140,883.29 |
| | Total Corporate Overhead & Other | 8.00 | 17,299.98 | 43,646.70 | 143,118.04 |
| Extraordinary Inc/Exp | | | | | |
| | Total Extraordinary Inc/Exp | 0.00 | 0.00 | 0.00 | 0.00 |
| | Unit Level EBITDA (with allocations) | (40,668.97) | (23.60) | (329,612.83) | (116,460.29) |
| Corporate Revenue | | | | | |
| | Total Corporate Revenue | 0.00 | 0.00 | 0.00 | 0.00 |
| Corporate Expense | | | | | |
| | Total Corporate Expense | 0.00 | 0.00 | 0.00 | 0.00 |

B26 (Official Form 26) (12/08) – Cont.                                                                                                       12

| | Corporate Misc Income & Expense | | | | |
|---|---|---:|---:|---:|---:|
| | Total Corporate Misc Inc & Exp | 0.00 | 0.00 | 0.00 | 0.00 |
| Depreciation | | | | | |
| 9120 | AMORTIZATION LEASEHOLD IMP | 6,830.62 | 6,830.62 | 54,644.96 | 54,644.96 |
| 9130 | DEPR EXPENSE FURN & FIXTURES | 811.23 | 811.23 | 6,489.84 | 6,489.84 |
| 9150 | DEPRECIATION EXPENSE EQUIPMENT | 401.69 | 401.69 | 3,213.52 | 3,213.52 |
| | Total Depreciation | 8,043.54 | 8,043.54 | 64,348.32 | 64,348.32 |
| Interest Expense | | | | | |
| 8545 | PENALTIES | 0.00 | 0.00 | 0.00 | 780.48 |
| 8550 | INTEREST EXPENSE | 0.00 | 114.72 | 533.80 | 990.42 |
| | Total Interest Expense | 0.00 | 114.72 | 533.80 | 1,770.90 |
| Income Tax | | | | | |
| 9990 | INCOME TAX PROVISION | 0.00 | 0.00 | 800.00 | 800.00 |
| | Net Income | ($48,712.51) | ($8,181.86) | ($395,294.95) | ($183,379.51) |

B26 (Official Form 26) (12/08) – Cont.                                                                                              13

## Exhibit C
### Description of Operations

Ruby's Diner Inc. operated the Ruby's Diner located at 1640 Camino Del Rio N, #360P, San Diego, California 92108. Ruby's Quality Diners and Ruby's SoCal Diners each have a 50% interest in the entity. The restaurant closed in April 3 of 2018.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **PERIODIC REPORT REGARDNG VALUE, OPERATIONS, AND PROFITABILITY OF ENTITIES IN WHICH THE DEBTOR'S ESTATE HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/26/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **9/26/2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/26/2018 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**    gblackmar@bpslaw.net
- **Meghan Canty**    mcanty@tocounsel.com, lkwon@tocounsel.com;sschuster@tocounsel.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Richard H Golubow**    rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **David S Kupetz**    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**    mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**    dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

2. **SERVED BY OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:

Via Overnight Mail:
The Honorable Catherine E. Bauer, United States Bankruptcy Court,
Central District of California, Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 (courtesy bin)
Santa Ana, CA 92701-4593

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001