William N. Lobel, SBN 93202
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Tel:  714-384-4740
Fax:  714-384-4741
E-mail: wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diners, Inc., *et al.*
Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC.,<br>a California corporation, *et al.*,[1]<br><br>　　　Debtors and Debtors-in Possession,<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**NOTICE OF FILING OF APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF THE PETITION DATES**<br><br>[NO HEARING REQUIRED UNLESS REQUESTED PER L.B.R. 2014-1(B)] |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

DOCS_LA:317078.1 76135/003

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; THE TWENTY LARGEST UNSECURED CLAIMS, ANY PARTY WHO FILED AND SERVED A REQUEST FOR SPECIAL NOTICE, AND ALL OTHER PARTIES OF INTEREST:**

**PLEASE TAKE NOTICE** that on September 28, 2018, Ruby's Diner, Inc., a California corporation ("RDI" ); Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, SoCal Diners, Quality, Ruby's Huntington Beach, Ruby's Laguna Hills, Ruby's Oceanside and Ruby's Palm Springs are referred to herein as the "SoCal Debtors" and, together with RDI, the "Debtors"), filed with the Court and application (the "Application")[2] to employ Pachulski Stang Ziehl & Jones LLP (the "Firm"), whose business offices are located at 650 Town Center Drive, Suite 1500, Costa Mesa, California 92626, as the Debtors' general bankruptcy counsel, effective as of the Debtors' respective Petition Dates (as such terms are defined in the Application), to perform the following services in connection with the chapter 11 Cases (the "Cases").

1. Advise the Debtors regarding the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the requirements of the Office of the United States Trustee pertaining to the administration of these Estates and the use thereof;

2. Advise and represent the Debtors concerning their rights and remedies in regards to the assets of these Estates;

3. Prepare, among other things, motions, applications, answers, orders, memoranda, reports, and papers in connection with the administration of these Estates;

---

[2] Capitalized terms used in this Notice that are not otherwise defined, shall have the meanings ascribed to such terms in the Application

2

4. Protect and preserve these Estates by prosecuting and defending actions commenced by or against the Debtors;

5. Analyze, and prepare necessary objections to proofs of claim filed against these Estates;

6. Conduct examinations of witnesses, claimants, or other adverse or third parties;

7. Represent the Debtors in any proceeding or hearing in the Court;

8. Negotiate, formulate, and draft of any plan(s) of reorganization and disclosure statement(s);

9. Advise and represent the Debtors in connection with their investigation of potential causes of action against persons or entities, including, but not limited to, avoidance actions, and the litigation thereof, if warranted; and

10. Render such other advice and services as the Debtors may require in connection with these Cases.

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Application can be obtained by contacting Nancy Lockwood, Paralegal, Pachulski Stang Ziehl & Jones LLP, 650 Town Center Drive, Suite 1500, Costa Mesa, California 92626, telephone (714) 384-4740, Facsimile (714) 384-4741, Email: nlockwood@pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that Firm was retained by the Debtors to provide restructuring advice prior to the Petition Date. In the one year period prior to the filing of these Cases, the Firm received the sum of $479,914.96 from the Debtors, of which $479,914.96 was applied against prepetition fees and costs.[3] There are no arrangements between the Firm and any other entity for the sharing of compensation received or to be received in connection with these Cases, except insofar as such compensation may be shared among the partners, counsel, and associates of the Firm. The Firm reserves the right to seek compensation in accordance with applicable provisions of the Bankruptcy Code and Bankruptcy Rules.

---

[3] The Debtors' paid the Firm $479,914.96 through August 28, 2018 for fees and costs on behalf of the Debtors for the year prior to the SoCal Debtors Petition Date. On August 30, 2018, RDI intended to pay the Firm $26,215.37 for fees and costs behalf of RDI during the period from August, 29, through the RDI Petition Date, however, such payment was inadvertently drawn from an account of one of the SoCal Debtors. Since such payment post-dated the SoCal Debtors Petition Date, such funds have been (or will be) paid back by the Firm, and the Firm will write off the amount.

**PLEASE TAKE FURTHER NOTICE** that that it is contemplated that the Firm may seek interim compensation during the Case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in the Case is subject to the prior approval of the Court. No compensation will be paid except upon application to and approval by the Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, any interim compensation order and the Guide to Applications for Professional Compensation issued by the Office of the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that the Firm is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and the Firm does not hold any interest adverse to the Debtor.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b)(1), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served upon the Debtor, its proposed counsel, and the United States Trustee no later than fourteen (14) days from the date of service of this notice.

Dated:    September 28, 2018         PACHULSKI STANG ZIEHL & JONES LLP

By:    /s/ William N. Lobel
William N. Lobel
[Proposed] Attorneys for Ruby's Diner, Inc., *et al.*, Debtors and Debtors-in-Possession

4

DOCS_LA:317078.1 76135/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **NOTICE OF FILING OF APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANRUPTCY COUNSEL EFFECTIVE AS OF THE PETITIONS DATES** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/28/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/28/2018 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **George B Blackmar**   gblackmar@bpslaw.net
- **Meghan Canty**   mcanty@tocounsel.com, lkwon@tocounsel.com;sschuster@tocounsel.com
- **Aaron Davis**   aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**   afriedman@shbllp.com, lgauthier@shbllp.com
- **Richard H Golubow**   rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **David S Kupetz**   dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- **William N Lobel**   wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**   Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**   mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**   dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**   matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                         **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001