**Fill in this information to identify the case:**

Debtor name   **Ruby's Diner, Inc., a California corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:18-bk-13311 CB**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................... $   0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................. $   5,948,742.40

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................... $   5,948,742.40

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $   3,738,268.57

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................... $   0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$   12,509,922.08

4. **Total liabilities** ..............................................................
   Lines 2 + 3a + 3b          $   16,248,190.65

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Ruby's Diner, Inc., a California corporation**

United States Bankruptcy Court for the:    **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known)    **8:18-bk-13311 CB**

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JP Morgan Chase** | **Business Account** | **2095** | $0.00 |
| 3.2. | **JP Morgan Chase** | **Payroll Account** | **2103** | $49,659.00 |
| 3.3. | **JP Morgan Chase** | **AP Account** | **2111** | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

      **$49,659.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

**11.** **Accounts receivable**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11b. Over 90 days old: | 332,978.00 | - | 0.00 | =.... | | $332,978.00 |
| | face amount | | doubtful or uncollectible accounts | | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | $332,978.00 |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                              % of ownership

| | | | | | |
|---|---|---|---|---|---|
| | Ruby's SoCal Diners, LLC<br>Based on EBITDA (without general and administrative expense) with a multiple 3.5 x EBITDA. The multiple is based on several previous offers for the Huntington Beach, Oceanside and Palm Springs restaurants in the range of $4.5M. This does not include the following:  cash on hand, furnishings, fixtures and equipment, inventory or | | | | |
| 15.1. | intercompany receivables. | 100% | % | Comparable sale | $4,582,063.50 |

| | | | | | |
|---|---|---|---|---|---|
| | Ruby's Beach Ventures, LLC<br>Based on EBITDA (without general and administrative expense) with a multiple 3.5 x EBITDA. The multiple is based on several previous offers for the Huntington Beach, Oceanside and Palm Springs restaurants in the range of $4.5M. This does not include the following:  cash on hand, furnishings, fixtures and equipment, inventory or | | | | |
| 15.2. | intercompany receivables. | 70% | % | Comparable sale | $461,101.90 |

| Debtor | Ruby's Diner, Inc. | | Case number *(if known)* 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| | General description | | | |
|---|---|---|---|---|
| 15.3. | **Ruby's Diner South Coast Plaza, LP** **Based on EBITDA (without general and administrative expense) with a multiple 3.5 x EBITDA. The multiple is based on several previous offers for the Huntington Beach, Oceanside and Palm Springs restaurants in the range of $4.5M. This does not include the following:  cash on hand, furnishings, fixtures and equipment, inventory or intercompany receivables.** | 50%  % | Comparable sale | $517,940.00 |
| 15.4. | **Ruby's Spectrum, LLC (restaurant closed 4/2018)** | 50%  % | N/A | $0.00 |
| 15.5. | **Ruby's Woodbridge, LLC** **Based on EBITDA (without general and administrative expense) with a multiple 3.5 x EBITDA. The multiple is based on several previous offers for the Huntington Beach, Oceanside and Palm Springs restaurants in the range of $4.5M. This does not include the following:  cash on hand, furnishings, fixtures and equipment, inventory or intercompany receivables.** | 100%  % | Comparable sale | $0.00 |

16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

17.  Total of Part 4.

Add lines 14 through 16.  Copy the total to line 83.

| | |
|---|---|
| | $5,561,105.40 |

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **General office furnirture, fixtures and equipment** | Unknown | Liquidation | $5,000.00 |

| Debtor | **Ruby's Diner, Inc.** | Case number *(if known)* **8:18-bk-13311 CB** |
|---|---|---|
| | Name | |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                    **$5,000.00**
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Ruby's diner Trademarks:** **Ruby's Diner Trademarks 87536338, 73413491, 1315104, 73810095, 1590271, 73809850, 1591014, 73782178, 1611327, 73710510, 1631936, 74390435, 1850104, 73782179, 2380158, 74728874, 2380171, 75615854, 2387100, 76134439, 2580113, 75919947, 2583186, 76049515, 2621959, 76135027, 2675483m 76391722, 2739832, 75919925, 2858231, 78230704, 3394780, 78981429, 3875086, 85904803, 4573346, 85904812, 4573347, 85340487, 4703996, 86075328, 4721006, 86523327, 4817382, 86523363, 4817383, 86524521, 4817402** | Unknown | N/A | Unknown |

61.     **Internet domain names and websites**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | | Case number *(If known)* | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

| Internet domain name/website:<br>www.rubys.com | | $Unknown | N/A | Unknown |
|---|---|---|---|---|

| 62. | Licenses, franchises, and royalties | | | | |
|---|---|---|---|---|---|
| 63. | Customer lists, mailing lists, or other compilations | | | | |
| | Customer lists | | Unknown | N/A | Unknown |

| 64. | Other intangibles, or intellectual property |
|---|---|
| 65. | Goodwill |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Ruby's Diner, Inc.** | | Case number *(If known)* **8:18-bk-13311 CB** |
|---|---|---|---|
| | Name | | |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $49,659.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $332,978.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $5,561,105.40 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,948,742.40 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,948,742.40 |

Fill in this information to identify the case:

Debtor name __Ruby's Diner, Inc.__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __8:18-bk-13311 CB__

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Alexander B and Irene M McDonald**<br>Creditor's Name<br><br>**McDonald LivingTrust**<br>**24076 Gourami Bay**<br>**Dana Point, CA 92629**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2/2012**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Assets of the Debtor**<br><br><br>Describe the lien<br>**Security Agreement and UCC Filing**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $40,887.33 | Unknown |
| | Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **Alice C Coury and Thomas Pike**<br>Creditor's Name<br><br>**22682 Ledana**<br>**Mission Viejo, CA 92691**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2/2012**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Assets of the Debtor**<br><br><br>Describe the lien<br>**Security Agreement and UCC Filing**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $123,179.61 | Unknown |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | | Case number (if know) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

☑ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Allan and Shirley Richardson** | Describe debtor's property that is subject to a lien | $41,045.22 | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Assets of the Debtor**

**23815 Villena**
**Mission Viejo, CA 92692**

Creditor's mailing address

Describe the lien
<u>Security Agreement and UCC Filing</u>
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Anne K Relph** | Describe debtor's property that is subject to a lien | $20,591.56 | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Assets of the Debtor**

**The Relph Living Trust**
**PO Box 9018**
**Laguna Beach, CA 92652**

Creditor's mailing address

Describe the lien
<u>Security Agreement and UCC Filing</u>
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2016**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Anne L Clark** | Describe debtor's property that is subject to a lien | $20,443.67 | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Assets of the Debtor**

**2330 Via Mariposa West**
**Apt Q**
**Laguna Woods, CA 92637**

Creditor's mailing address

Describe the lien
<u>Security Agreement and UCC Filing</u>
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**

---

Official Form 206D            Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.6  Anne L Farber**
Creditor's Name

**The Farber Family Trust**
**16311 Fantasia Lane**
**Huntington Beach, CA**
**92649**
Creditor's mailing address

Describe debtor's property that is subject to a lien     $20,369.72     Unknown
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.7  Arthur R and Beth Young**
Creditor's Name

**4051 Shorebreak Drive**
**Huntington Beach, CA**
**92649**
Creditor's mailing address

Describe debtor's property that is subject to a lien     $20,591.56     Unknown
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.8  Bette McKinney**
Creditor's Name

**3719 E Fifth Street**
**Long Beach, CA 90814**
Creditor's mailing address

Describe debtor's property that is subject to a lien     $41,035.22     Unknown
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No

---

Official Form 206D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 3 of 43

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Cathy C Campbell** | | $10,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**180 Franklin Corner Rd**
**#K15**
**Lawrence Township, NJ**
**08648**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Assets of the Debtor**

**Describe the lien**
**Security Agreement and UCC Filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Cheryl J Thoreen** | | $20,591.56 | Unknown |
|---|---|---|---|---|

Creditor's Name

**19 Shade Tree**
**Irvine, CA 92603**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Assets of the Debtor**

**Describe the lien**
**Security Agreement and UCC Filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **Christa G Dyer** | | $61,626.78 | Unknown |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

---

**Creditor's Name**

**The Dyer Family Trust**
**24292 Toponas Court**
**Laguna Niguel, CA 92677**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Assets of the Debtor**

**Describe the lien**
**Security Agreement and UCC Filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Clifford E and Karen J Stember** | **Describe debtor's property that is subject to a lien** | **$41,035.22** | **Unknown** |
|---|---|---|---|---|

**Creditor's Name**

**906 Carson Street**
**Upland, CA 91784**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Assets of the Debtor**

**Describe the lien**
**Security Agreement and UCC Filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Credit Management Association, Agent[1]** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

**Creditor's Name**

**Attn:  Mike Joncich**
**40 Eash Verdugo Ave.**
**Burbank, CA 91502**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**All assets of the Debtor**

**Describe the lien**
**Security Agreement and UCC Filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

[1]**Credit Management Association as Collateral Agent for the Secured Note Holders**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
(1) Credit Management Association as Collateral Agent for the Secured Note Holders
(2) Internal Revenue Service
(3) Pillsbury Winthrop Shaw Pittman

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 4**

**Darlene H MacDonald**

Creditor's Name

**James W MacDonald Family Trust**
**835 W South Links Drive**
**Washington, UT 84780**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,591.56                Unknown

---

**2.1 5**

**David and Arlene Belt**

Creditor's Name

**3455 Royal Road**
**Vista, CA 92084**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,369.72                Unknown

---

**2.1 6**

**David and Gretchen**

Creditor's Name

**1900 Vine Street #302**
**Los Angeles, CA 90068**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**

$10,000.00                Unknown

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 7**

**David and Lois Goren**
Creditor's Name

**24 Jupiter Hills Drive**
**Newport Beach, CA 92660**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Assets of the Debtor**

**Describe the lien**
**Security Agreement and UCC Filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,591.56          Unknown

---

**2.1 8**

**David and Maureen Melvold**
Creditor's Name

**1991 Melvold Family Trust**
**24 Sonrisa**
**Irvine, CA 92620**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Assets of the Debtor**

**Describe the lien**
**Security Agreement and UCC Filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,443.67          Unknown

---

**2.1 9**

**David Pearson Wells**

**Describe debtor's property that is subject to a lien**

$20,591.56          Unknown

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**Assets of the Debtor**

**5704 Granite Bend Ct**
**Granite Bay, CA 95746**
Creditor's mailing address

**Describe the lien**

**Security Agreement and UCC Filing**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.20** **Diana Rainforth**
Creditor's Name

**Describe debtor's property that is subject to a lien**

**Assets of the Debtor**

$102,366.22    Unknown

**33651 Flying Jib Drive**
**Dana Point, CA 92629**
Creditor's mailing address

**Describe the lien**

**Security Agreement and UCC Filing**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.21** **Donald and Ann Delaney**
Creditor's Name

**Describe debtor's property that is subject to a lien**

**Assets of the Debtor**

$40,961.28    Unknown

**Donald and Ann Delaney**
**Revocable**
**Trust**
**3721 Daffodil Avenue**
**Corona Del Mar, CA 92625**
Creditor's mailing address

**Describe the lien**

**Security Agreement and UCC Filing**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 8 of 43

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.2 2** **Dorothy Brideweser**
Creditor's Name

24326 Parkplace Drive
Laguna Niguel, CA 92677
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
2/2012
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
- [✓] No
- [ ] Yes
Is anyone else liable on this claim?
- [✓] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$20,443.67    Unknown

---

**2.2 3** **Frances Cooper**
Creditor's Name

Cooper Declaration Trust
28399 Borgona
Mission Viejo, CA 92692
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
2/2012
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
- [✓] No
- [ ] Yes
Is anyone else liable on this claim?
- [✓] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$10,443.67    Unknown

---

**2.2 4** **Gary and Janet Green**
Creditor's Name

The Green Family Trust
925 Flagstone Drive
Santa Maria, CA
93455-4181
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
- [✓] No
- [ ] Yes

$61,774.67    Unknown

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 9 of 43

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | Gerald and Phyllis Waters | Describe debtor's property that is subject to a lien | $20,443.67 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Gerald I and Phyllis E Waters Family Trust**
**19232 Beckonridge Lane**
**Huntington Beach, CA 92648**
Creditor's mailing address

**Assets of the Debtor**

**Describe the lien**
**Security Agreement and UCC Filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | Hal and Hannah Meany | Describe debtor's property that is subject to a lien | $20,591.56 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Meany Family Trust**
**601 Carnation Avenue**
**Corona Del Mar, CA 92625**
Creditor's mailing address

**Assets of the Debtor**

**Describe the lien**
**Security Agreement and UCC Filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | Harvey and Joyce Jensen | Describe debtor's property that is subject to a lien | $20,442.67 | Unknown |
|---|---|---|---|---|

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**

**Jensen Family Trust
33102 Big Sur Street
Dana Point, CA 92629**

Creditor's mailing address

**Assets of the Debtor**

**Describe the lien**

**Security Agreement and UCC Filing**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred
2/2012**

Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 8**

**Hope Luedeke**

Creditor's Name

**3 Pursuit #312
Aliso Viejo, CA 92656**

Creditor's mailing address

**Describe debtor's property that is subject to a lien
Assets of the Debtor**

$10,591.56    Unknown

**Describe the lien**

**Security Agreement and UCC Filing**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred
2/2012**

Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 9**

**Howard and Carol Jensen**

Creditor's Name

**The Jensen Family Trust
10651 Overman Avenue
Chatsworth, CA 91311**

Creditor's mailing address

**Describe debtor's property that is subject to a lien
Assets of the Debtor**

$20,369.72    Unknown

**Describe the lien**

**Security Agreement and UCC Filing**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred
2/2012**

Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ruby's Diner, Inc.**
_____
       Name                                             Case number _(if know)_    **8:18-bk-13311 CB**

☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | **$175,789.06** | **Unknown** |

Creditor's Name

**PO Box 145595
Stop 8420G
Cincinnati, OH 45250-5585**
Creditor's mailing address

**Assets of the Debtor**

_____

_____

Creditor's email address, if known

Describe the lien
**Federal Tax Lien**
_____
Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**
**10/16/2017**
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Do multiple creditors have an
interest in the same property?
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
(1) Credit Management Association
as Collateral Agent for the Secured
Note Holders
(2) Internal Revenue Service
(3) Pillsbury Winthrop Shaw Pittman

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Jack and Marsha Clark** | Describe debtor's property that is subject to a lien | **$20,591.56** | **Unknown** |

Creditor's Name

**Jack M. Clark and Marsha
H. Clark
Revocable Trust
256 Mayflower Drive
Newport Beach, CA 92660**
Creditor's mailing address

**Assets of the Debtor**

_____

_____

Creditor's email address, if known

Describe the lien
**Security Agreement and UCC Filing**
_____
Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Do multiple creditors have an
interest in the same property?
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **James and Janet Shields** | Describe debtor's property that is subject to a lien | **$41,183.11** | **Unknown** |

Creditor's Name

**22921 Palencia Lane
Laguna Niguel, CA 92677**
Creditor's mailing address

**Assets of the Debtor**

_____

Describe the lien

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 12 of 43

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

| Creditor's email address, if known | Is anyone else liable on this claim? |
|---|---|

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 3 | James and Mary Lou Lester | Describe debtor's property that is subject to a lien | $20,591.56 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Assets of the Debtor** | | |

**The Lester Family Trust**
**28 Drakes Bay Drive**
**Corona Del Mar, CA 92625**
Creditor's mailing address

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

| Creditor's email address, if known | Is anyone else liable on this claim? |
|---|---|

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 4 | James L and Celeste Gray | Describe debtor's property that is subject to a lien | $10,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Assets of the Debtor** | | |

**24901 Buttercup Drive**
**Laguna Niguel, CA 92677**
Creditor's mailing address

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

| Creditor's email address, if known | Is anyone else liable on this claim? |
|---|---|

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

| 2.3 5 | **Jerome J Pearl** | Describe debtor's property that is subject to a lien | $71,626.78 | Unknown |
|---|---|---|---|---|

Creditor's Name

**33441 Cockleshell Drive
Dana Point, CA 92629**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Joel B Rothman** | Describe debtor's property that is subject to a lien | $20,443.67 | Unknown |
|---|---|---|---|---|

Creditor's Name

**27 Carmel Bay Drive
Corona Del Mar, CA 92625**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **John and Mary Jane Malmquist** | Describe debtor's property that is subject to a lien | $41,035.22 | Unknown |
|---|---|---|---|---|

Creditor's Name

**371 Esther Street
Costa Mesa, CA 92627**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 8** **John and Rita Holliday**
Creditor's Name

**12 Pinewood**
**Irvine, CA 92604**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$41,035.22    Unknown

---

**2.3 9** **John J and Mary L Blaha**
Creditor's Name

**Blaha Family Trust**
**3410 Downing Avenue**
**Glendale, CA 91208**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,591.56    Unknown

---

**2.4 0** **John P and Kathleen H Teele**
Creditor's Name

**The Teele Family Trust**
**1917 Yacht Puritan**
**Newport Beach, CA 92660**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?

$40,887.33    Unknown

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ruby's Diner, Inc.**
    Name

Case number (if known)    **8:18-bk-13311 CB**

---

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **John R and Jeanne C Hannah** | | | | |
|---|---|---|---|---|---|

    Creditor's Name

**The Hannah Living Trust**
**5314 Calle de Ricardo**
**Torrance, CA 90505**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Assets of the Debtor**

**Describe the lien**
**Security Agreement and UCC Filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$102,957.78**    **Unknown**

---

| 2.4 2 | **John R Wilson Jr** | | | | |
|---|---|---|---|---|---|

    Creditor's Name

**2077 Sea Village Circle**
**Cardiff by the Sea, CA**
**92007**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Assets of the Debtor**

**Describe the lien**
**Security Agreement and UCC Filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20,591.56**    **Unknown**

---

| 2.4 3 | **Julia Ann Davidson** | | | | |
|---|---|---|---|---|---|

    Creditor's Name

**The Davidson Living Trust**
**340 Electric**
**Seal Beach, CA 90740**

**Describe debtor's property that is subject to a lien**
**Assets of the Debtor**

**$20,480.64**    **Unknown**

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 16 of 43

| Debtor | Ruby's Diner, Inc. | | Case number (if know) | 8:18-bk-13311 CB |
|--------|--------------------|--|------------------------|-------------------|
| | Name | | | |

Creditor's mailing address

**Describe the lien**

<u>Security Agreement and UCC Filing</u>

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4<br>4 | **Keith and Janet Westerfield** | Describe debtor's property that is subject to a lien | $20,591.56 | Unknown |
|----------|----------------------------------|------------------------------------------------------|------------|---------|
| | Creditor's Name | **Assets of the Debtor** | | |

**26 Sagitta Way**
**Trabuco Canyon, CA 92679**
Creditor's mailing address

**Describe the lien**

<u>Security Agreement and UCC Filing</u>

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4<br>5 | **Kelly Michelle Mercer** | Describe debtor's property that is subject to a lien | $20,591.56 | Unknown |
|----------|----------------------------|------------------------------------------------------|------------|---------|
| | Creditor's Name | **Assets of the Debtor** | | |

**3259 Frances Avenue**
**La Crescenta, CA 91214**
Creditor's mailing address

**Describe the lien**

<u>Security Agreement and UCC Filing</u>

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**2.4 6**

**Kenneth Mailman**
Creditor's Name

**Kenneth Charles Mailman and**
**Annie S. Mailman 1996 Trust**
**6912 Vista Del Sol Drive**
**Huntington Beach, CA 92647**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? |
|---|
| ☐ No |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. |

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

$41,035.22          Unknown

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 7**

**Kerwin S and Carolyn S Secrist**
Creditor's Name

**Secrist Living Trust**
**872 North Kintyre Drive**
**Orange, CA 92869**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? |
|---|
| ☐ No |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. |

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

$20,591.56          Unknown

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 8**

**Kevin B Thomas**
Creditor's Name

**PO Box 8263**
**Laguna Hills, CA 92653**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

$20,591.56          Unknown

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Debtor    **Ruby's Diner, Inc.**
_____    Case number (if know)    **8:18-bk-13311 CB**
Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.4 9** | | | |
|---|---|---|---|
| **Launa Nuttman and** | Describe debtor's property that is subject to a lien | **$71,331.00** | **Unknown** |
| Creditor's Name | **Assets of the Debtor** | | |
| **Phillip Griffith** | | | |
| **5310 Calle de Recardo** | | | |
| **Torrance, CA 90505** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Security Agreement and UCC Filing** | | |
| | Is the creditor an insider or related party? | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No | | |
| **2/2012** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.5 0** | | | |
|---|---|---|---|
| **Mark and Kathleen Chiu** | Describe debtor's property that is subject to a lien | **$61,552.83** | **Unknown** |
| Creditor's Name | **Assets of the Debtor** | | |
| **6632 Marilyn Drive** | | | |
| **Huntington Beach, CA** | | | |
| **92647** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Security Agreement and UCC Filing** | | |
| | Is the creditor an insider or related party? | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No | | |
| **2/2012** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.5 1** | | | |
|---|---|---|---|
| **Mary Elin and Mark H Ellis** | Describe debtor's property that is subject to a lien | **$40,887.33** | **Unknown** |
| Creditor's Name | **Assets of the Debtor** | | |
| **Ellis Survivors Trust** | | | |
| **34811 Calle Fortuna** | | | |
| **Capistrano Beach, CA** | | | |
| **92624** | | | |
| Creditor's mailing address | Describe the lien | | |

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 19 of 43

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|--------|--------------------|-----------------------|------------------|
| | Name | | |

**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 2 | **Maureen Debeer** | Describe debtor's property that is subject to a lien | $20,443.67 | Unknown |
|-------|--------------------|--------------------------------------------------|-----------|---------|
| | Creditor's Name | **Assets of the Debtor** | | |

**21261 Manzanillo
Mission Viejo, CA 92692**
Creditor's mailing address

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 3 | **Merrill and Carol Clisby** | Describe debtor's property that is subject to a lien | $20,591.56 | Unknown |
|-------|------------------------------|--------------------------------------------------|-----------|---------|
| | Creditor's Name | **Assets of the Debtor** | | |

**The Clisby Family Trust
29 Villamoura
Laguna Niguel, CA 92677**
Creditor's mailing address

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | | Case number (if know) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

| 2.5 4 | **Michael & Candace O'Brien** | Describe debtor's property that is subject to a lien | $41,035.22 | Unknown |
|---|---|---|---|---|

Creditor's Name

**The O'Brien Trust**
**13600 Marina Pointe Drive**
**#1702**
**Marina Del Rey, CA 90292**

Creditor's mailing address

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 5 | **Michael and Janice Dingillo** | Describe debtor's property that is subject to a lien | $10,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Amended and Restated of**
**M & J**
**Dingillo Trust**
**2019 Via Aguila**
**San Clemente, CA 92673**

Creditor's mailing address

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 6 | **Milton and Cora Blevens** | Describe debtor's property that is subject to a lien | $10,591.56 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1009 Locklayer Street**
**San Dimas, CA 91773**

Creditor's mailing address

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

---

Official Form 206D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 21 of 43

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.57**

**Myra L O'Connell**
Creditor's Name

Robert W Hilker
29822 Running Deer Lane
Laguna Niguel, CA 92677
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
2/2012
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Assets of the Debtor

**Describe the lien**
Security Agreement and UCC Filing
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,443.67    Unknown

---

**2.58**

**Norman and Margaret Petrucci**
Creditor's Name

23500 Bending Oak Court
Murrieta, CA 92562
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
2/2012
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Assets of the Debtor

**Describe the lien**
Security Agreement and UCC Filing
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$41,183.11    Unknown

---

**2.59**

**O A Simmon**
Creditor's Name

The Simmon Trust
11847 Gorham Avenue
#302
Los Angeles, CA 90049
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Assets of th Debtor

**Describe the lien**
Security Agreement and UCC Filing

$41,035.23    Unknown

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 22 of 43

| Debtor | Ruby's Diner, Inc. | | Case number (if know) | **8:18-bk-13311 CB** |
| --- | --- | --- | --- | --- |
| | Name | | | |

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.60 | Pamela J Monger | Describe debtor's property that is subject to a lien | $20,443.67 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

**304 W. Lake Sammamish Pky NE**
**Bellevue, WA 98008**
Creditor's mailing address

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.61 | Pamela L Farber | Describe debtor's property that is subject to a lien | $20,591.56 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

**1830 Stoner Avenue #3**
**Los Angeles, CA 90025**
Creditor's mailing address

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.62 | Phillip Griffith | Describe debtor's property that is subject to a lien | $102,366.22 | Unknown |
| --- | --- | --- | --- | --- |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**

5310 Calle de Ricardo
Torrance, CA 90505

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

2/2012

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Assets of the Debtor**

**Describe the lien**

**Security Agreement and UCC Filing**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 3 | **Pillsbury Winthrop Shaw Pittman LLP** | **Describe debtor's property that is subject to a lien** | $617,453.74 | Unknown |
|---|---|---|---|---|

Creditor's Name

Christine A Scheunman
725 South Figueroa Street
Suite 2800
Los Angeles, CA
90017-5406

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
(1) Credit Management Association as Collateral Agent for the Secured Note Holders
(2) Internal Revenue Service
(3) Pillsbury Winthrop Shaw Pittman

**Legal Services**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 4 | **Ralph and Celia Dudley** | **Describe debtor's property that is subject to a lien** | $21,035.22 | Unknown |
|---|---|---|---|---|

Creditor's Name

4905 Alicante Way
Oceanside, CA 92056

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

2/2012

Last 4 digits of account number

**Assets of the Debtor**

**Describe the lien**

**Security Agreement and UCC Filing**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Official Form 206D | Additional Page of Schedule D: Creditors Who Have Claims Secured by Property | page 24 of 43 |
|---|---|---|

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6 5 | Raymond and Gayle Haskell**
Creditor's Name

Raymond E. Haskell & Gayle K. Haskell Revocable Trust
2036 Commodore Road
Newport Beach, CA 92660
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Assets of the Debtor

$20,369.72          Unknown

Creditor's email address, if known

**Describe the lien**
Security Agreement and UCC Filing
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred
2/2012
Last 4 digits of account number

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6 6 | Raymond L. and Maureen Harris**
Creditor's Name

3840 Lakeshore Blvd.
Lakeport, CA 95453
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Assets of the Debtor

$20,591.56          Unknown

Creditor's email address, if known

**Describe the lien**
Security Agreement and UCC Filing
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred
2/2012
Last 4 digits of account number

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6 7 | Richard and Susan Hanson**
Creditor's Name

15 Chelsea Pointe
Dana Point, CA 92629-2750
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Assets of the Debtor

$20,591.56          Unknown

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|--------|--------------------|--|------------------------|-------------------|
| | Name | | | |

**Security Agreement and UCC Filing**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
2/2012
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 8 | Richard John Silva | Describe debtor's property that is subject to a lien | $10,000.00 | Unknown |
|-------|--------------------|-----------------------------------------------------|------------|---------|

Creditor's Name

**Silva Family Trust**
**4012 Flowerwood Lane**
**Fallbrook, CA 92028**
Creditor's mailing address

Assets of the Debtor

Describe the lien
**Security Agreement and UCC Filing**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
2/2012
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 9 | Robert and Jayne Hess | Describe debtor's property that is subject to a lien | $20,443.67 | Unknown |
|-------|-----------------------|-----------------------------------------------------|------------|---------|

Creditor's Name

**Robert Allen and Jayne R.**
**Hess Trust**
**79447 S. Sunrise Ridge**
**Drive**
**La Quinta, CA 92253**
Creditor's mailing address

Assets of the Debtor

Describe the lien
**Security Agreement and UCC Filing**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
2/2012
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 26 of 43

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**2.70** Robert G Stebe
Creditor's Name

208 NE 32nd Avenue
Hillsboro, OR 97124
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,443.67      Unknown

---

**2.71** Robert P and Elaine A Converse
Creditor's Name

33701 Marlinspike Drive
Dana Point, CA 92629
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$102,218.33      Unknown

---

**2.72** Robert Wayne
Creditor's Name

755 Esplanade
Lakeport, CA 95453
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$10,591.56      Unknown

---

Official Form 206D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 27 of 43

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 3 | **Roger and Marilyn Riley** | | $20,591.56 | **Unknown** |

Creditor's Name

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

**200 Via Barcelona
Newport Beach, CA 92663**

Creditor's mailing address

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 4 | **Ronald and Linda Kirkpatrick** | | $40,961.28 | **Unknown** |

Creditor's Name

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

**Ronald and Linda L
Kirpatrick Living Trust
3301 Ruth Elaine Drive
Los Alamitos, CA 90720**

Creditor's mailing address

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 5 | **Ronald R and Patty J Panico** | | $20,591.56 | **Unknown** |

Creditor's Name

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

**513 Garcia Drive
Hemet, CA 92545**

Creditor's mailing address

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

---

| Official Form 206D | Additional Page of Schedule D: Creditors Who Have Claims Secured by Property | page 28 of 43 |

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.76 | **Rudy and Eileen Amaya** | Describe debtor's property that is subject to a lien | $31,404.95 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Raymundo R Amaya**
**Amaya Family Trust**
**23842 Wardlow Circle**
**Laguna Niguel, CA 92677**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.77 | **Ryan and Sharyl Griffith** | Describe debtor's property that is subject to a lien | $20,591.56 | Unknown |
|---|---|---|---|---|

Creditor's Name

**3119 Marwick Avenue**
**Long Beach, CA 90808**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2012**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.78 | **Susan F White** | Describe debtor's property that is subject to a lien | $20,443.67 | Unknown |
|---|---|---|---|---|

---

Debtor    **Ruby's Diner, Inc.**
_____    Case number (if know)    **8:18-bk-13311 CB**
           Name

| Creditor's Name | Assets of the Debtor |
|---|---|

**64 Emerald Bay**
**Laguna Beach, CA 92651**
Creditor's mailing address

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**2/2012**
Last 4 digits of account number

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 9 | **Terence Lee and Rosann** **McLaughlin** | Describe debtor's property that is subject to a lien | $20,369.72 | Unknown |
|---|---|---|---|---|

Creditor's Name
**McLaughlin Revocable**
**Trust of 2012**
**33871 Manta Court**
**Dana Point, CA 92629**
Creditor's mailing address

Assets of the Debtor

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**2/2012**
Last 4 digits of account number

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 0 | **Thomas and Arlene Jones** | Describe debtor's property that is subject to a lien | $20,591.56 | Unknown |
|---|---|---|---|---|

Creditor's Name
**2995 Ceylon Drive**
**Costa Mesa, CA 92626**
Creditor's mailing address

Assets of the Debtor

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**2/2012**
Last 4 digits of account number

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 30 of 43

| Debtor | Ruby's Diner, Inc. | Case number (if know) | **8:18-bk-13311 CB** |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8 1**

**Thomas and Judith Brady**
Creditor's Name

**The Brady Family Trust
33101 Big Sur Street
Dana Point, CA 92629**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2/2012**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$41,183.11     Unknown

---

**2.8 2**

**Thomas and Sherre May**
Creditor's Name

**1420 Bay Oaks Drive
Los Osos, CA 93402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2/2012**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,443.67     Unknown

---

**2.8 3**

**Vernon Lee Johnson**
Creditor's Name

**Vernon lee Johnson Trust
870 W. Jane Ct.
Upland, CA 91786**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?

$41,035.22     Unknown

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | **8:18-bk-13311 CB** |
|---|---|---|---|
| | Name | | |

Date debt was incurred
**2/2012**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.8 4 | **Walter and Norma Schulte** | Describe debtor's property that is subject to a lien | $20,369.72      Unknown |

Creditor's Name

**Walter Schulte & Norma Schulte**
**Liv Trust dtd 9/19/90; Amd 10/2/14**
**13872 University St.**
**Westminster, CA 92683**
Creditor's mailing address

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.8 5 | **Warren and Sheila Newman** | Describe debtor's property that is subject to a lien | $10,369.72      Unknown |

Creditor's Name

**Newman Family Trust**
**11911 Lawler Street**
**Los Angeles, CA 90066**
Creditor's mailing address

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.8 6 | **Wayne and Joanne Asinall** | Describe debtor's property that is subject to a lien | $40,961.28      Unknown |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Ruby's Diner, Inc.
_____
Name

Case number (if know)    **8:18-bk-13311 CB**

---

Creditor's Name
**The Wayne and Joanne
Aspinall Trust
21534 Canaria
Mission Viejo, CA 92692**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 7 | **Wesley and Marcy Kim** | Describe debtor's property that is subject to a lien | $40,887.33 | Unknown |

Creditor's Name
**The 2002 Kim Family Trust
PO Box 97
Corona Del Mar, CA 92625**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 8 | **Willard and Bettina Loomis** | Describe debtor's property that is subject to a lien | $20,517.61 | Unknown |

Creditor's Name
**Loomis Family Trust
5642 Kingsford Terrace
Irvine, CA 92603-8019**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.89** **William and Susanne Hardy**

Creditor's Name

William T Hardy Jr and Sussanne
Ohlund Hardy Revocable Trust
635 W Fern Avenue
Redlands, CA 92373

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
2/2012
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

$41,183.11    Unknown

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
- [✓] No
- [ ] Yes
Is anyone else liable on this claim?
- [✓] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.90** **William E Pope**

Creditor's Name

William E Pope and Anne Pierce
Pope Revocable Trust dtd 4/14/2016
80721 Cherry Hills Drive
La Quinta, CA 92253

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
2/2012
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

$90,000.00    Unknown

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
- [✓] No
- [ ] Yes
Is anyone else liable on this claim?
- [✓] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.91** **William E Pope**

Describe debtor's property that is subject to a lien

$95,324.00    Unknown

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Ruby's Diner, Inc.
_____
Name

Case number (if known)    **8:18-bk-13311 CB**

---

Creditor's Name

**Pope Family By-Pass Trust dtd 4/13/2009**
**80721 Cherry Hills Drive**
**La Quinta, CA 92253**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
- [✓] No
- [ ] Yes
Is anyone else liable on this claim?
- [✓] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.9 2 | **William S and Myrna A Wright** | | $20,591.56 | Unknown |

Creditor's Name

**3900 Topside Lane**
**Corona Del Mar, CA 92625**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor**

Describe the lien
**Security Agreement and UCC Filing**
Is the creditor an insider or related party?
- [✓] No
- [ ] Yes
Is anyone else liable on this claim?
- [✓] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$3,738,268.57**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Anne K. Relph**<br>**The Relph Living Trust**<br>**PO Box 790**<br>**Westcliffe, CO 81252** | Line   2.4 | |

---

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|--------|-------------------|----------------------|------------------|
|        | Name |  |  |

| | |
|---|---|
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line  2.76 |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line  2.86 |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line  2.15 |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line  2.39 |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line  2.56 |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line  2.81 |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line  2.22 |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line  2.9 |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line  2.50 |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line  2.5 |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line  2.31 |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line  2.53 |

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 36 of 43

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line _2.71_ |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line _2.23_ |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line _2.2_ |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line _2.43_ |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line _2.52_ |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line _2.21_ |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line _2.55_ |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line _2.64_ |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line _2.11_ |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line _2.51_ |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line _2.72_ |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line _2.6_ |

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 37 of 43

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|--------|--------------------|-----------------------|-------------------|
|        | Name               |                       |                   |

| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.61** |
|---|---|
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.17** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.34** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.24** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.62** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.77** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.41** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.67** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.89** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.66** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.65** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.69** |

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|--------|--------------------|-----------------------|------------------|
|        | Name               |                       |                  |

Credit Management Association
Attn: Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line _2.57_

Credit Management Association
Attn: Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line _2.38_

Credit Management Association
Attn: Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line _2.27_

Credit Management Association
Attn: Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line _2.29_

Credit Management Association
Attn: Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line _2.83_

Credit Management Association
Attn: Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line _2.80_

Credit Management Association
Attn: Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line _2.87_

Credit Management Association
Attn: Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line _2.74_

Credit Management Association
Attn: Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line _2.16_

Credit Management Association
Attn: Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line _2.33_

Credit Management Association
Attn: Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line _2.88_

Credit Management Association
Attn: Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line _2.28_

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.14** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.46** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.37** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.82** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.1** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.8** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.79** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.26** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.18** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.45** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.60** |
| Credit Management Association<br>Attn: Mike Joncich<br>40 East Verdugo Avenue<br>Burbank, CA 91502 | Line **2.85** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

Credit Management Association
Attn:  Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line  2.49

Credit Management Association
Attn:  Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line  2.54

Credit Management Association
Attn:  Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line  2.75

Credit Management Association
Attn:  Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line  2.35

Credit Management Association
Attn:  Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line  2.58

Credit Management Association
Attn:  Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line  2.90

Credit Management Association
Attn:  Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line  2.91

Credit Management Association
Attn:  Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line  2.20

Credit Management Association
Attn:  Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line  2.4

Credit Management Association
Attn:  Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line  2.3

Credit Management Association
Attn:  Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line  2.73

Credit Management Association
Attn:  Mike Joncich
40 East Verdugo Avenue
Burbank, CA 91502

Line  2.36

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | Case number (if know) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Credit Management Association**<br>**Attn:  Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line __2.84__ |
| **Credit Management Association**<br>**Attn:  Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line __2.47__ |
| **Credit Management Association**<br>**Attn:  Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line __2.32__ |
| **Credit Management Association**<br>**Attn:  Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line __2.68__ |
| **Credit Management Association**<br>**Attn:  Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line __2.59__ |
| **Credit Management Association**<br>**Attn:  Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line __2.70__ |
| **Credit Management Association**<br>**Attn:  Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line __2.12__ |
| **Credit Management Association**<br>**Attn:  Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line __2.40__ |
| **Credit Management Association**<br>**Attn:  Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line __2.48__ |
| **Credit Management Association**<br>**Attn:  Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line __2.10__ |
| **Credit Management Association**<br>**Attn:  Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line __2.25__ |
| **Credit Management Association**<br>**Attn:  Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line __2.19__ |

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 42 of 43

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|--------|--------------------|------------------------|------------------|
| | Name | | |

| | |
|---|---|
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line _2.44_ |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line _2.78_ |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line _2.42_ |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line _2.92_ |
| **Credit Management Association**<br>**Attn: Mike Joncich**<br>**40 East Verdugo Avenue**<br>**Burbank, CA 91502** | Line _2.7_ |
| **Pillsbury Winthrop Shaw Pittman LLP**<br>**John M. Grenfell**<br>**Four Embarcadero Center**<br>**22nd Floor**<br>**San Francisco, CA 94111-5998** | Line _2.63_ |
| **Pillsbury Winthrop Shaw Pittman LLP**<br>**Managing Partner**<br>**PO Box 742262**<br>**Los Angeles, CA 90074-2262** | Line _2.63_ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Ruby's Diner, Inc., a California corporation__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   __8:18-bk-13311 CB__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**3 Wire Group Inc**<br>**Officer Director Manager or Agent**<br>**NW 7964**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-7964**<br><br>Date(s) debt was incurred __2018__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**A Price Macnair**<br>**c/o Alfred P Macnair Trust**<br>**1551 E Chevy Chase Drive**<br>**Suite 213**<br>**Glendale, CA 91206**<br><br>Date(s) debt was incurred __7/2012__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Unsecured Promissory Note__<br>Is the claim subject to offset? ☑ No ☐ Yes | **$10,480.64** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**A Richard and Eleanor Kichline**<br>**The Kichline 1992 Family Trust**<br>**33721 Crosstack Drive**<br>**Dana Point, CA 92629**<br><br>Date(s) debt was incurred __7/2012__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Unsecured Promissory Note__<br>Is the claim subject to offset? ☑ No ☐ Yes | **$10,591.56** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Accountemps**<br>**Officer Director Manager or Agent**<br>**PO Box 743295**<br>**Los Angeles, CA 90074-3295**<br><br>Date(s) debt was incurred __2018__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Acosta Subsidiary Holdings Inc<br>dba ADW Acosta LLC<br>Officer Director Manager or Agent<br>PO Box 281996<br>Atlanta, GA 30384-1996 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2018__ | Basis for the claim: __Trade Debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Advanced Restaurant Supply<br>Officer Director Manager or Agent<br>337 W Grove Avenue<br>Orange, CA 92865 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2018__ | Basis for the claim: __Trade Debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Aetna<br>Officer Director Manager or Agent<br>PO Box 31001-1408<br>Pasadena, CA 91110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2018__ | Basis for the claim: __Trade Debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,152.75 |
|---|---|---|
| AFP Saddington LLP<br>Attn Hugh Saddington<br>18201 Von Karman Avenue<br>Suite 450<br>Irvine, CA 92612-1014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2017-2018__ | Basis for the claim: __Accounting Services__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,480.64 |
|---|---|---|
| Alexis Westerfield<br>Troy Westerfield - Guardian<br>3 Via Huesca<br>San Clemente, CA 92673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __7/2012__ | Basis for the claim: __Unsecured Promissory Note__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| All In One Electric<br>RU Grounded Inc<br>Officer Director Manager or Agent<br>6216 E Pacific Coast Hwy  #320<br>Long Beach, CA 90803 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2018__ | Basis for the claim: __Trade Debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|
| Allan and Shirley Richardson<br>23815 Villena<br>Mission Viejo, CA 92692 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __7/2012__ | Basis for the claim: __Unsecured Promissory Note__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

**3.12** Nonpriority creditor's name and mailing address
**Anchor Printing**
Officer Director Manager or Agent
649 South B Street
Tustin, CA 92780

Date(s) debt was incurred __2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__
Is the claim subject to offset? ☑ No ☐ Yes

$0.00

**3.13** Nonpriority creditor's name and mailing address
**Andy's Maintenance**
Officer Director Manager or Agent
4624 West 14th Street
Lawndale, CA 90260-2002

Date(s) debt was incurred __2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__
Is the claim subject to offset? ☑ No ☐ Yes

$0.00

**3.14** Nonpriority creditor's name and mailing address
**Anne L Clark**
2330 Via Mariposa West
Apt. Q
Laguna Woods, CA 92637

Date(s) debt was incurred __7/2012__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__
Is the claim subject to offset? ☑ No ☐ Yes

$42,292.28

**3.15** Nonpriority creditor's name and mailing address
**Anthony A and Jill A Alvarez Jr**
1618 Via Sage
San Clemente, CA 92673

Date(s) debt was incurred __7/2012__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__
Is the claim subject to offset? ☑ No ☐ Yes

$10,591.56

**3.16** Nonpriority creditor's name and mailing address
**Arlen Robert an Vivien Burt Diamond**
Arlen Diamond and Vivien Burt
Diamond Family Trust
3935 Hollyline Avenue
Sherman Oaks, CA 91423

Date(s) debt was incurred __7/2012__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__
Is the claim subject to offset? ☑ No ☐ Yes

$31,774.67

**3.17** Nonpriority creditor's name and mailing address
**Arthur R and Beth Young**
4051 Shorebreak Drive
Huntington Beach, CA 92649

Date(s) debt was incurred __7/2012__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__
Is the claim subject to offset? ☑ No ☐ Yes

$21,183.11

**3.18** Nonpriority creditor's name and mailing address
**Arthur R Young**
4051 Shorebreak Drive
Huntington Beach, CA 92649

Date(s) debt was incurred __2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__
Is the claim subject to offset? ☑ No ☐ Yes

$0.00

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.19** Nonpriority creditor's name and mailing address
AT&T UT
Officer Director Manager or Agent
PO Box 105068
Atlanta, GA 30348

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.20** Nonpriority creditor's name and mailing address
Baker Commodities Inc dba
The Grease Company
Officer Director Manager or Agent
4020 Bandini Blvd.
Los Angeles, CA 90058

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.21** Nonpriority creditor's name and mailing address
Bank of Hawaii
Officer Director Manager or Agent
PO Box 2900
Central Point, OR 97502

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.22** Nonpriority creditor's name and mailing address
Barbara L Wood
4525 Tioga Way
Central Point, OR 97502

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

$10,591.56

---

**3.23** Nonpriority creditor's name and mailing address
Barbara Lyons
Lyons Family Trust
70269 Colorado Avenue
Danbury, NE 69026

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

$20,813.39

---

**3.24** Nonpriority creditor's name and mailing address
Barbara Quick
Quick Family Trust dtd 4/23/15
1208 E Del Mar Avenue
Orange, CA 92865

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

$52,809.89

---

**3.25** Nonpriority creditor's name and mailing address
Beachcomber
Officer Director Manager or Agent
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660

Date(s) debt was incurred __2011-2015__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$10,588.02

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

**3.26**

Nonpriority creditor's name and mailing address
Beachcomber Mgmt Crystal Cove LLC
Officer Director Manager or Agent
15 Crystal Cove
Newport Coast, CA 92657

Date(s) debt was incurred __Varies__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$7,642.71**

---

**3.27**

Nonpriority creditor's name and mailing address
Benchmark Hospitality Inc.
John Fisher
31781 Camino Capistrano
San Juan Capistrano, CA 92675

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Costco Reimbursement for 31781 Camino Capistrano, #301, San Juan Capistrano, CA 92675 (Franchisee)__

Is the claim subject to offset? ☑ No ☐ Yes

**$109,849.50**

---

**3.28**

Nonpriority creditor's name and mailing address
Better Beverages Inc
Officer Director Manager or Agent
10624 Midway Avenue
Cerritos, CA 90703

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.29**

Nonpriority creditor's name and mailing address
Betty J Gefell
The Betty J Gefell 1990 Trust
31991 Via La Plata
San Juan Capistrano, CA 92675

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

**$52,809.89**

---

**3.30**

Nonpriority creditor's name and mailing address
BLR
Officer Director Manager or Agent
PO Box 41503
Nashville, TN 37204

Date(s) debt was incurred __2011__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$895.00**

---

**3.31**

Nonpriority creditor's name and mailing address
Bonnie C Wylie
2203 N. Broadway
Santa Ana, CA 92706

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

**$10,591.56**

---

**3.32**

Nonpriority creditor's name and mailing address
Box Inc
Officer Director Manager or Agent
Dept 34666
PO Box 3900
San Francisco, CA 94139

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.33**

Nonpriority creditor's name and mailing address
**Brian E McLaughlin**
**Law Offices of Brian E McLaughlin**
**1871 Atlas Peak Road**
**Napa, CA 94558**

Date(s) debt was incurred **2009**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$13,297.00**

---

**3.34**

Nonpriority creditor's name and mailing address
**Bryan Cave LLP**
**Officer Director Manager or Agent**
**3161 Michelson Drive**
**Suite 1500**
**Irvine, CA 92612-4414**

Date(s) debt was incurred **2009**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$26,031.50**

---

**3.35**

Nonpriority creditor's name and mailing address
**Buck Shepard Associates Inc**
**Officer Director Manager or Agent**
**23041 Alcalde Drive**
**Laguna Hills, CA 92653**

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.36**

Nonpriority creditor's name and mailing address
**California Restaurant Mutual**
**Benefit Corporation**
**David Johnson Agent**
**430 N Vineyard Ave Suite 102**
**Ontario, CA 91764**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Worker's Compensation, Special Assessment**

Is the claim subject to offset? ☑ No ☐ Yes

**$695,799.00**

---

**3.37**

Nonpriority creditor's name and mailing address
**California Restaurant Mutual**
**Benefit Corporation**
**David Johnson Agent**
**430 N Vineyard Ave Suite 102**
**Ontario, CA 91764**

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$661.30**

---

**3.38**

Nonpriority creditor's name and mailing address
**Campbell Pension Services**
**Officer Director Manager or Agent**
**20750 Venura Blvd**
**Suite 200**
**Woodland Hills, CA 91364**

Date(s) debt was incurred **2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pension Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,750.00**

---

**3.39**

Nonpriority creditor's name and mailing address
**Careerselite Inc**
**Officer Director Manager or Agent**
**PO Box 10712**
**Newport Beach, CA 92658**

Date(s) debt was incurred **2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$750.00**

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,922.56 |
|---|---|---|
| Carol P Gruber<br>Gruber Family Trust<br>3204 Canyon View Drive<br>Oceanside, CA 92058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **7/2012** | Basis for the claim: **Unsecured Promissory Note** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,850.00 |
|---|---|---|
| Carrie Reynolds<br>Reynolds Design Group<br>223 Fairview Street<br>Laguna Beach, CA 92651 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2010** | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,183.11 |
|---|---|---|
| Catherine C Mealer Trustee<br>Catherine C. Mealer Survivors Trust<br>10805 Hat Creek Place<br>Colorado Springs, CO 80908 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **7/2012** | Basis for the claim: **Unsecured Promissory Note** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,366.22 |
|---|---|---|
| Cedric C and Elizabeth Fields<br>The Fields Living Trust<br>709 Orchid Avenue<br>Corona Del Mar, CA 92625 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **7/2012** | Basis for the claim: **Unsecured Promissory Note** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,549.33 |
|---|---|---|
| Charles and Gloria Johnson<br>Johnson Family Trust dtd 3/6/1989<br>7704 Armour Drive<br>Hemet, CA 92545 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **7/2012** | Basis for the claim: **Unsecured Promissory Note** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,591.56 |
|---|---|---|
| Chihiro Fujikawa<br>1319 Corte Alemano<br>Costa Mesa, CA 92626 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **7/2012** | Basis for the claim: **Unsecured Promissory Note** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Childrens Hospital Los Angeles<br>PO Box 12021<br>Belfast, ME 04915-4011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2018** | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,846.86 |

Christa G Dyer
The Dyer Family Trust
24292 Toponas Court
Laguna Niguel, CA 92677

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

City of Irvine
Attn. Business License
PO Box 19575
Irvine, CA 92623-9545

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

City of Newport Beach
Revenue Division
PO Box 1935
CA 93658

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

City of Oceanside
Financial Services Dept
300 North Coast Highway
Oceanside, CA 92054

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential liability as partner of Ruby's Oceanside, Ltd., lessee of non-residential real property lease with Ruby's Oceanside, Ltd.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Civicom Inc
Officer Director Manager or Agent
PO Box 4689
Greenwich, CT 06831

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Cleveland Heartlab Inc
Officer Director Manager or Agent
Dept CH19545
Palatine, IL 60055-9545

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,531.58 |

Clyde & Co LLP
Officer Director Manager or Agent
PO Box 7001
Dubai, United Arab Emerites

Date(s) debt was incurred __2016-2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Compeat Inc** | | |
| | **Officer Director Manager or Agent** | ☐ Contingent | |
| | **773 San Marin Drive** | ☐ Unliquidated | |
| | **Suite 2320** | ☐ Disputed | |
| | **Novato, CA 94945** | | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,003.15 |
|---|---|---|---|
| | **Complete Office of California Inc** | | |
| | **Officer Director Manager or Agent** | ☐ Contingent | |
| | **PO Box 4318** | ☐ Unliquidated | |
| | **Cerritos, CA 90703** | ☐ Disputed | |
| | Date(s) debt was incurred __2017-2018__ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Compumark** | | |
| | **Officer Director Manager or Agent** | ☐ Contingent | |
| | **PO Box 71892** | ☐ Unliquidated | |
| | **Chicago, IL 60694-1892** | ☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,626.78 |
|---|---|---|---|
| | **Connie R O'Brien** | | |
| | **O'Brien Family Trust** | ☐ Contingent | |
| | **39993 Corte Lorca** | ☐ Unliquidated | |
| | **Murrieta, CA 92562** | ☐ Disputed | |
| | Date(s) debt was incurred __7/2012__ | Basis for the claim: __Unsecured Promissory Note__ | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,320.78 |
|---|---|---|---|
| | **Corfield Feld LLP** | | |
| | **Officer Director Manager or Agent** | ☐ Contingent | |
| | **30270 Rancho Viejo Road** | ☐ Unliquidated | |
| | **San Juan Capistrano, CA 92675** | ☐ Disputed | |
| | Date(s) debt was incurred __2015-2017__ | Basis for the claim: __Legal Services__ | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.80 |
|---|---|---|---|
| | **Corodata Records Management Inc** | | |
| | **Robert J Schmitz Agent** | ☐ Contingent | |
| | **PO Box 842638** | ☐ Unliquidated | |
| | **Los Angeles, CA 90084-2638** | ☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.87 |
|---|---|---|---|
| | **Corodata Shredding Inc** | | |
| | **Officer Director Manager or Agent** | ☐ Contingent | |
| | **PO Box 846137** | ☐ Unliquidated | |
| | **Los Angeles, CA 90084-6137** | ☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

---

**3.61** | Nonpriority creditor's name and mailing address
Cory Helms
11160-C1 South Lakes Drive
#278
Reston, VA 20191

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

$31,774.67

---

**3.62** | Nonpriority creditor's name and mailing address
Costco
Officer Director Manager or Agent
999 Lake Drive
Issaquah, WA 98027

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.63** | Nonpriority creditor's name and mailing address
Costco Membership
Officer Director Manager or Agent
PO Box 34783
Seattle, WA 98124-1783

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.64** | Nonpriority creditor's name and mailing address
Cox Business
Department 102280
PO Box 1259
Oaks, PA 19456

Date(s) debt was incurred __7/2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities - Cable__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.65** | Nonpriority creditor's name and mailing address
Cox Communications
Officer Director Manager or Agent
PO Box 34783
Phoenix, AZ 85072

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.66** | Nonpriority creditor's name and mailing address
Croudace & Dietrich LLP
Officer Director Manager or Agent
4750 Von Karman Ave
Newport Beach, CA 92660

Date(s) debt was incurred __2008-2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal Services__

Is the claim subject to offset? ☑ No ☐ Yes

$107,647.57

---

**3.67** | Nonpriority creditor's name and mailing address
CTUIT Inc
Officer Director Manager or Agent
773 San Marin Drive
Suite 2320
Novato, CA 94945

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Custom Business Solutions Inc**
**Officer Director Manager or Agent**
**12 Morgan**
**Irvine, CA 92618**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**Daniel J and Dawn Craig**
**23871 Willows Drive**
**Apt. 390**
**Laguna Hills, CA 92653**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
|---|---|---|---|

**Daphne Malinsky**
**c/o Ruby's Diner Inc**
**4100 MacArthur Blvd**
**Suite 310**
**Newport Beach, CA 92660**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,183.11 |
|---|---|---|---|

**Darlene H MacDonald**
**James W MacDonald Family Trust**
**835 W South Links Drive**
**Washington, UT 84780**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**David and Arlene Belt**
**3455 Royal Road**
**Vista, CA 92084**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,183.11 |
|---|---|---|---|

**David and Claire Hecht**
**Hecht Family Trust**
**13281 Del Monte Drive #34A**
**Seal Beach, CA 90740**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,626.78 |
|---|---|---|---|

**David and Lois Goren**
**24 Jupiter Hills Drive**
**Newport Beach, CA 92660**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

David and Maureen Melvold
1991 Melvold Family Trust
24 Sonrisa
Irvine, CA 92620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2012

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

De Novo Legal PC
Officer Director Manager or Agent
1926 Kellogg Avenue
Suite 101
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,183.11**

Deborah Simmons
The Simmons Trust
11847 Gorham Avenue #302
Los Angeles, CA 90049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2012

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Decenent's Trust of the O'Toole Fam
10141 Overhill Drive
Santa Ana, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

Dennis C Chatton
The Dennis C.Chatton Living Trust
2756 Goldcreek Street
Henderson, NV 89052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2012

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,369.72**

Dennis H Miller
725 Terra Avenue  #32A
Ashland, OR 97520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2012

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,774.67**

Devin Pourian
418 E Oceanfront #A
Newport Beach, CA 92661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2012

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.82** Nonpriority creditor's name and mailing address

Diamond Sharp Cutlery Inc
Officer Director Manager or Agent
513 Mercury Lane
Brea, CA 92821

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.83** Nonpriority creditor's name and mailing address

Dianne Connor
Mary Gustafson and Jean Ann
Gustafson
27331 Hidden Trail Road
Laguna Hills, CA 92653

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

$10,591.56

---

**3.84** Nonpriority creditor's name and mailing address

Dimitri's Restaurant Inc
John Gantes and George Gantes
30252 Tomas
Suite 200
Rancho Santa Margarita, CA 92688

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Costco Reimbursement for 13102 Newport Avenue, Tustin, CA  92680__

Is the claim subject to offset? ☑ No ☐ Yes

$101,367.17

---

**3.85** Nonpriority creditor's name and mailing address

Discount Movers Inc
Officer Director Manager or Agent
2941 N Hesperian Street #8
Santa Ana, CA 92706

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.86** Nonpriority creditor's name and mailing address

DJR Ventures Inc
James Schaeffer and Richard Powell
1008 Upper Gulph Road
Suite 201
Wayne, PA 19087

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Costco Reimbursement for 919 Baltimore Pike, Glen Mills, PA  19342__

Is the claim subject to offset? ☑ No ☐ Yes

$5,093.25

---

**3.87** Nonpriority creditor's name and mailing address

DJR Ventures Inc
Richard Neumann
1024 E Lancaster Avenue
Rosemont, PA 19019

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Costco Reimbursement for Space 1-100, Suburban Square, Ardmore, PA__

Is the claim subject to offset? ☑ No ☐ Yes

$279.13

---

**3.88** Nonpriority creditor's name and mailing address

Donald and Ann Delaney
Donald and Ann Delaney Revocable
Trust
3721 Daffodil Avenue
Corona Del Mar, CA 92625

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

$52,809.89

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,183.11 |
|---|---|---|---|

**Donald and Mildred Beaver**
**Beaver Family Trust**
24121 Windward Drive
Dana Point, CA 92629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,591.56 |
|---|---|---|---|

**Donald E Lavoie**
20 Lyon
Newport Coast, CA 92657-1102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Donald E Lavoie**
**c/o Lovoie Family Trust**
20 Lyon
Newport Coast, CA 92657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,591.56 |
|---|---|---|---|

**Donato M and Nancy G Dingillo**
**Dingillo Family 1994 Family Trust**
29191 Ridgeview Drive
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,366.22 |
|---|---|---|---|

**Donna D Andrews**
**Mort and Patty Memorial Fund**
7156 Verbena Way
Englewood, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,183.11 |
|---|---|---|---|

**Dorothy Brideweser**
24326 Parkplace Drive
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,436.67 |
|---|---|---|---|

**Douglas S Cavanaugh**
**4100 MacArthur Blvd**
**Suite 310**
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,747.00**

Douglas S Cavanaugh
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2013-2018__

Basis for the claim: _

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$833.70**

Drew and Napier LLC
Officer Director Manager or Agent
10 Collyer Quay
10th Floor Ocean Financial Centre
Singapore 049315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Legal Services__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

Dynamic Concepts Inc
Officer Director Manager or Agent
16501 Scientific Way
Irvine, CA 92618-4356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,316.12**

Eat at Joes Restaurant Inc.
Joe Campbell
18 Blue Jay
Aliso Viejo, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Costco Reimbursement for 5620 Paseo Del Norte, Carlsbad, CA 92008__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

EcoLab Inc
Officer Director Manager or Agent
PO Box 100512
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Edison Fire Extinguisher Co Inc
Officer Director Manager or Agent
3621 Eagle Rock Blvd
Los Angeles, CA 90065-3622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

Edward and Joyce Horowitz
3408 Sparkler Drive
Huntington Beach, CA 92649

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.103** | Nonpriority creditor's name and mailing address | | $20,887.33

**Edythe B Pearce**
**Pearce Family Trust**
**3400 Wagner Heights Road Apt 257**
**Stockton, CA 95209**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | | $10,591.56

**Eileen Baumel**
**Eileen R Baumel Family Trust**
**5287 Pina**
**Laguna Woods, CA 92637**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | | $31,774.67

**Elaine Proko**
**222 W Bluebell Avenue**
**Anaheim, CA 92802**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | | $73,993.00

**Emanuel and Jean Glass**
**36 Camino Katia**
**San Clemente, CA 92672**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | | $63,105.67

**Emmy Quinn**
**27111-A Capote de Paseo**
**San Juan Capistrano, CA 92675**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | | $52,809.89

**Evangeline V Provost**
**Provost Family Trust**
**4490 Mesa Drive Apt #315 West**
**Oceanside, CA 92056**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | | $5,507.61

**F&M Food Service Inc.**
**John Fisher**
**550 Deep Valley Drive**
**Suite 120**
**Palos Verdes Peninsula, CA 90274**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Costco Reimbursement for 550 Deep Valley Drive,**
**Suite 120, Rolling Hills Estates, CA  90274**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Facilitec West**
Officer Director Manager or Agent
PO Box 6008
San Pedro, CA 90734

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Family Tree Produce**
Officer Director Manager or Agent
5510 E. La Palma Avenue
Anaheim, CA 92807

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.76 |
|---|---|---|---|

**Federal Express UT**
Officer Director Manager or Agent
PO Box 7221
Pasadena, CA 91109-7321

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.00 |
|---|---|---|---|

**Fingal Fahrney & Clark LLP**
Officer Director Manager or Agent
5120 Campus Drive
Suite 200
Newport Beach, CA 92660

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2013__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,797.40 |
|---|---|---|---|

**First Insurance Funding Corp**
Officer Director Manager or Agent
PO Box 7000
Carol Stream, IL 60197-7000

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fishbowl Inc**
Officer Director Manager or Agent
Dept AT 952733
Atlanta, GA 31192

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,183.11 |
|---|---|---|---|

**Florane Dunning**
The Ronald A Dunnand and Floranne
F Dunning Family Trust
2731 Peeble Drive
Corona Del Mar, CA 92625

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2/2017__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**Frances Cooper**
**Cooper Declaration Trust**
**28399 Borgona**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/2012_

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _ _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,183.11 |
|---|---|---|---|

**Frances Lambert**
**Jackie Riegel (POA)**
**1427 Regatta Road**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/2012_

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _ _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,366.22 |
|---|---|---|---|

**Francis And Jean Rita O'Toole**
**Decedent's Trust of the O'Toole**
**Family Trust dtd 5/26/1989**
**10141 Overhill Drive**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/2012_

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _ _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,183.11 |
|---|---|---|---|

**Frank and Rene M Piazza**
**Piazza Trust dtd July 2 1997**
**Trust A**
**23842 Linnet Circle**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/2012_

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _ _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,183.11 |
|---|---|---|---|

**Frank and Shirley Feller**
**Feller Family Trust**
**1712 Paloma Drive**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/2012_

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _ _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Franklin Machine Products**
**Officer Director Manager or Agent**
**PO Box 8500**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2018_

Basis for the claim: **Trade Debt**

Last 4 digits of account number _ _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,774.67 |
|---|---|---|---|

**Gary and Janet Green**
**The Green Family Trust**
**925 Flagstone Drive**
**Santa Maria, CA 93455-4181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/2012_

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _ _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | **8:18-bk-13311 CB** |
|---|---|---|---|---|
| | Name | | | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,443.67 |
|---|---|---|---|

**Gary and Judith Cox**
**8141 Redford Lane**
**La Palma, CA 90623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,070.44 |
|---|---|---|---|

**Gary Lee and Shirley Allen**
**The Allen Revocable Trust**
**20962 Barclay Lane**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gene Phelps dba US Air Conditioning**
**Officer Director Manager or Agent**
**4517 Birchwood Avenue**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,070.44 |
|---|---|---|---|

**Geoffrey and Kimberly Maloney**
**713 Jasmine Avenue**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,183.11 |
|---|---|---|---|

**George and Lauretta M Pearce**
**GLP Family Trust Dated 12/18/90**
**13410 St Andrews Dr #70F**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,183.11 |
|---|---|---|---|

**Georgia Borland**
**The Georgia Bently Trust**
**33601 Brigantine Drive**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,774.67 |
|---|---|---|---|

**Gerald and Phyllis Waters**
**Gerald I and Phyllis E Waters**
**Family Trust**
**19232 Beckonridge Lane**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.131** Nonpriority creditor's name and mailing address

Gerald L and Diane Lenning
Gerald L and Diane A Lenning
Revocable Trust
13924 Seal Beach Blvd "C"
Seal Beach, CA 90740

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$20,961.28**

---

**3.132** Nonpriority creditor's name and mailing address

Gerald T Gostanian MD Inc
Officer Director Manager or Agent
400 Newport Center Drive
Suite 202A
Newport Beach, CA 92660

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.133** Nonpriority creditor's name and mailing address

Gilbert and Maureen McCutchan
McCutchan Family Trust
Regents Point
19191 Harvard Avenue #335
Irvine, CA 92612

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$41,626.78**

---

**3.134** Nonpriority creditor's name and mailing address

GlassRatner Advisory & Capital Grp
Officer Director Manager or Agent
19800 MacArthur Blvd
Suite 820
Irvine, CA 92612

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Financial Advisory and Consulting**

Is the claim subject to offset? ☑ No ☐ Yes

**$266,087.37**

---

**3.135** Nonpriority creditor's name and mailing address

Greenburg Traurig LLP
Officer Director Manager or Agent
3161 Michelson Dr
Suite 1000
Irvine, CA 92612

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$14,651.25**

---

**3.136** Nonpriority creditor's name and mailing address

Gregory Carl Pmmerenk
c/o Lynne Weiss
1978 Cedar Avenue
Long Beach, CA 90806

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,591.56**

---

| Debtor | **Ruby's Diner, Inc.** | Case number (if known) | **8:18-bk-13311 CB** |
|---|---|---|---|
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Grit Development LLC**
**Jeanette Lewis Manager**
**201 N Palm Canyon**
**Suite 200**
**Palm Springs, CA 92262**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Potential liability as guarantor of non-residential real property lease with Ruby's Palm Springs, Ltd.**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Guardian Insuance and Annuity**
**Officer Director Manager or Agent**
**7 Hanover Square**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

**Hal and Hannah Meany**
**Meany Family Trust**
**601 Carnation Avenue**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,552.83**

**Hal Meade**
**Catherine Meade Welt (POA)**
**975 Flagstone Drive**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Harbor Distributing LLC**
**dba Gate City Beverage Distribution**
**Officer Director Manager or Agent**
**PO Box 842685**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,183.11**

**Harris R Henningsen**
**Dec of Trust of Harris Henningsen &**
**Lorraine Viola Henningsen**
**23851 Linnet Circle**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,183.11**

**Harvey and Joyce Jensen**
**Jensen Family Trust**
**33102 Big Sur Street**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,027.01 |
|---|---|---|---|

**Healthnet**
Officer Director Manager or Agent
File 52617
Los Angeles, CA 90074-6127

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,109.17 |
|---|---|---|---|

**Henry and Elaine Stemke**
Stemke Family Trust
3 Pursuit
Apt 217
Aliso Viejo, CA 92656

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **7/2012**

**Basis for the claim:**  **Unsecured Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,759.02 |
|---|---|---|---|

**Heritage Restaurant Management Inc**
Joe Campbell and/or John Fisher
1640 Ord Way
Oceanside, CA 92056

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Costco Reimbursement for 1 Balboa Pier, Newport Beach, CA  92661**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,075.54 |
|---|---|---|---|

**HMWC CPA's & Business Adv Inc**
Officer Director Manager or Agent
17501 E 17th Street
Suite 100
Tustin, CA 92780

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2015-2016**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hoag Memorial Hospital**
Officer Director Manager or Agent
Mailstop 16182231
PO Bx 660249
Dallas, TX 75266-8472

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Host International Inc**
Senior Counsel/Brands
Seventh Floor Mall Stop 7-1
6905 Rockledge Drive
Bethesda, MD 20817

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **18601 Airport Way, Santa Ana, CA 92707**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hot Schedules Inc.**
Officer Director Manager or Agent
PO Box 848472
Dallas, TX 75284-8472

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,366.22**

Howard and Carol Jensen
The Jensen Family Trust
10651 Overman Avenue
Chatsworth, CA 91311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Hugo Salgado
dba Salgado Custom Upholstery
2602 W Hood Ave
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,124.73**

Image Distribution Services Inc
dba Fontis Solutions
Officer Director Manager or Agent
60 Bunsen
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Imperial Building Maintenance
Officer Director Manager or Agent
PO Box 3526
Tustin, CA 92781

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

International A&R Inc
Officer Director Manager or Agent
16221 Construction Circle West
Irvine, CA 92606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$425.63**

Irma L De Flores dba
96 Flowers and 13 Stems
6062 Lake Murray Blvd
Suite 100
La Mesa, CA 91942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Irvine 2/11 Marine Adoption Committ
Officer Director Manager or Agent
17595 Harvard Avenue
Suite C-2270
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Irvine Drug Prevention Coalition**
**Officer Director Manager or Agent**
**19 Mariposa**
**Irvine, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.20 |
|---|---|---|---|

**Irvine Ranch Water District**
**15600 San Canyon Avenue**
**Irvine, CA 92618-3102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/018**

Basis for the claim: **Utilities - Water**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Irvine Swim League**
**Officer Director Manager or Agent**
**South Irvine Dolphins**
**5319 University Drive #302**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.50 |
|---|---|---|---|

**Itedium Inc**
**Officer Director Manager or Agent**
**PO Box 504265**
**Saint Louis, MO 63150-4265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**Jacquelyn Riegel**
**The Jacquelyn GFS Riegel Living**
**Trust**
**1427 Regatta Road**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**James and Mary Lou Lester**
**The Lester Family Trust**
**28 Drakes Bay Drive**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,626.78 |
|---|---|---|---|

**James and Stephanie Johnson**
**34092 Bedford Lane**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.165** | Nonpriority creditor's name and mailing address

James S. Elliott
12 Birchwood
Irvine, CA 92618

Date(s) debt was incurred __2018__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$850.00**

---

**3.166** | Nonpriority creditor's name and mailing address

James W And Jann Lea Reinke
Reinke Family Trust
6671 Forest Street
Cypress, CA 90630

Date(s) debt was incurred __7/2012__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

**$10,591.56**

---

**3.167** | Nonpriority creditor's name and mailing address

Janet Morgan Wylie
2976 Jacaranda Avenue
Costa Mesa, CA 92626

Date(s) debt was incurred __7/2012__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

**$21,035.22**

---

**3.168** | Nonpriority creditor's name and mailing address

Jeanne Cannine-Cox
The Jeanne Cannine-Cox Separate
Property Trust
2157 Via Mariposa Unit D
Laguna Woods, CA 92637

Date(s) debt was incurred __7/2012__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

**$21,183.11**

---

**3.169** | Nonpriority creditor's name and mailing address

Jeff and Joan Tyner
6472 Braddock Circle
Huntington Beach, CA 92648

Date(s) debt was incurred __7/2012__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

**$63,401.44**

---

**3.170** | Nonpriority creditor's name and mailing address

Jeffer Mangels Butler Mitchell LLP
Partner, Manager, Agent of Service
3 Park Plaza
Suite 1100
Irvine, CA 92614

Date(s) debt was incurred __2010__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal Services__

Is the claim subject to offset? ☑ No ☐ Yes

**$20,578.01**

---

**3.171** | Nonpriority creditor's name and mailing address

Jeffrey M. Erle
10 Iris, Suite 100
Irvine, CA 92620

Date(s) debt was incurred __2013-2014__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$2,325.00**

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,441.92**

Joan A Finn-Hanson
Joan Adrian Finn-Hanson Trust
PO Box 31
Dana Point, CA 92629

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number  **__**

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

Joel Gruber
27235 Via Capri
San Juan Capistrano, CA 92675

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number  **__**

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,183.11**

John and Rita Holliday
12 Pinewood
Irvine, CA 92604

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number  **__**

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,369.72**

John Chiu
John Chiu Revocable Inter
Vivos Trust
37 Saint Tropez
Newport Beach, CA 92660

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number  **__**

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

John E and Mary E Fritz
556 Circulo Lazo
Anaheim, CA 92807

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number  **__**

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126,876.83**

John F and Elizabeth Knight
John and Elizageth Knight Trust
dtd 01/06/2016
167 Bay Shore Avenue
Long Beach, CA 90803

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number  **__**

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,369.72**

John N and Betty J Doerr Trustee
The John Nelson Doerr & Betty Jean
Doerr 1998 Revocable Trust
224 Springview
Irvine, CA 92620

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number  **__**

Is the claim subject to offset? [✓] No  [ ] Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.179** | Nonpriority creditor's name and mailing address

John Overdevest
2731 Pebble Drive
Corona Del Mar, CA 92625

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,369.72**

---

**3.180** | Nonpriority creditor's name and mailing address

John P and Kathleen H Teele
The Teele Family Trust
1917 Yacht Puritan
Newport Beach, CA 92660

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$148,143.89**

---

**3.181** | Nonpriority creditor's name and mailing address

John R Concar
c/o John R & Judith L. Concar Trust
dated 8/13/1999
24242 Porto Bello
Dana Point, CA 92629

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$31,515.86**

---

**3.182** | Nonpriority creditor's name and mailing address

Joseph & Cohen Professional Corp
Officer Director Manager or Agent
1855 Market Steet
San Francisco, CA 94103

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.183** | Nonpriority creditor's name and mailing address

Joseph and Christina Deaton
Deaton Family Revocable Trust
204 Garnet Avenue
Newport Beach, CA 92662

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,591.56**

---

**3.184** | Nonpriority creditor's name and mailing address

Joseph Scott Crosby
c/o Bill Crosby
13522 Newport Ave South
Tustin, CA 92780

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$21,183.11**

---

**3.185** | Nonpriority creditor's name and mailing address

Judy Bonilla
Judy Bonilla Living Trust
3204 Canyon View Drive
Oceanside, CA 92058

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$42,366.22**

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,588.06 |
|---|---|---|---|

**Julia Ann Davidson**
**The Davidson Living Trust**
**340 Electric**
**Seal Beach, CA 90740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**Karen E Marbach**
**898 Lark Road #1975**
**Wrightwood, CA 92397**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,369.72 |
|---|---|---|---|

**Katharine E Winebrenner**
**1062 Aspen Street**
**Medford, OR 97501**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**Kathleen and Robert Burnham**
**1211 Starlit Drive**
**Laguna Beach, CA 92651**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**Kathy Kikkert**
**Kikkert Design**
**2207 Stanley Hills Drive**
**Los Angeles, CA 90046**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2014__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,319.00 |
|---|---|---|---|

**Keith Anderson**
**dba Visual Marketing Resource**
**1639 S. Campus Ave., Bldg A**
**Ontario, CA 91761**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2013__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**Kelli Stember**
**1655 Greenfield Avenue**
**#14**
**Los Angeles, CA 90025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Ruby's Diner, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | 8:18-bk-13311 CB |

---

**3.193** | Nonpriority creditor's name and mailing address
Kenneth B Roath
Roath Family Trust
1 Harbor Island
Newport Beach, CA 92660

Date(s) debt was incurred 7/2012
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**
Is the claim subject to offset? ☑ No ☐ Yes

**$21,183.11**

---

**3.194** | Nonpriority creditor's name and mailing address
Kenneth Mailman
Kenneth Charles Mailman and
Annie S. Mailman 1996 Trust
6912 Vista Del Sol Drive
Huntington Beach, CA 92647

Date(s) debt was incurred 7/2012
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**
Is the claim subject to offset? ☑ No ☐ Yes

**$31,774.67**

---

**3.195** | Nonpriority creditor's name and mailing address
Kenneth Scott and Deborah John
Morgan Trustees of the Kenneth S
& Deborah Morgan Family Trust 2002
17544 Waterton Street
Fountain Valley, CA 92708-4840

Date(s) debt was incurred 7/2012
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**
Is the claim subject to offset? ☑ No ☐ Yes

**$31,626.78**

---

**3.196** | Nonpriority creditor's name and mailing address
Kevin B Thomas
PO Box 8263
Laguna Hills, CA 92653

Date(s) debt was incurred 7/2012
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**
Is the claim subject to offset? ☑ No ☐ Yes

**$10,591.56**

---

**3.197** | Nonpriority creditor's name and mailing address
Kohut & Kohut LLP c/o Jackson Tidus
Ronald Kohut Partner
2030 Main Street
12th Floor
Irvine, CA 92614

Date(s) debt was incurred 2013-2017
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**
Is the claim subject to offset? ☑ No ☐ Yes

**$80,719.00**

---

**3.198** | Nonpriority creditor's name and mailing address
KRG Investments LLC
Abraham Kobi and Fariba Kobi
4414 Park Mallorc
Calabasas, CA 91302

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Costco Reimbursement for 8860 Apollo Way, Suite 320, Downey, CA 90242**
Is the claim subject to offset? ☑ No ☐ Yes

**$4,342.65**

---

**3.199** | Nonpriority creditor's name and mailing address
Laboratory Corporation of America
Holdings
Officer Director Manager or Agent
PO Box 2240
Burlington, NC 27216

Date(s) debt was incurred 2018
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,183.11 |
|---|---|---|---|
| | Larry and Theresa Hambleton<br>5273 Appian Way<br>Long Beach, CA 90803 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/2012 | Basis for the claim:  Unsecured Promissory Note | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,961.28 |
|---|---|---|---|
| | Larry Martin Munz<br>1125 West Olive Avenue<br>Redlands, CA 92373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/2012 | Basis for the claim:  Unsecured Promissory Note | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,231.48 |
|---|---|---|---|
| | Lathop & Gage LLP<br>Partner, Manager, Agent of Service<br>1888 Century Park East<br>Suite 1000<br>Los Angeles, CA 90067-1623 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2015-2017 | Basis for the claim:  Legal Services | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,957.78 |
|---|---|---|---|
| | Launa Nuttman and<br>Phillip Griffith<br>5310 Calle de Recardo<br>Torrance, CA 90505 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/2012 | Basis for the claim:  Unsecured Promissory Note | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|
| | Laura Lynn Rosales<br>3320 Billie Court<br>Simi Valley, CA 93063 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/2012 | Basis for the claim:  Unsecured Promissory Note | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,297.00 |
|---|---|---|---|
| | Law Offices of Brian E McLaughlin<br>Brian E McLaughlin<br>1871 Peak Road<br>Napa, CA 94558 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  Legal Services | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,626.78 |
|---|---|---|---|
| | Leon and Nancy Nadolski<br>The Leon R & Nancy A. Nadolski<br>Revocable Trust<br>6562 Sabbias Circle<br>Huntington Beach, CA 92647 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/2012 | Basis for the claim:  Unsecured Promissory Note | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Ruby's Diner, Inc. | Case number (if known) | **8:18-bk-13311 CB** |
|---|---|---|---|
| | Name | | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Liberty Mutual**
**Officer Director Manager or Agent**
**PO Box 85307**
**San Diego, CA 92186-5307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$287.83** |
|---|---|---|---|

**Life Storage Inc**
**Officer Director Manager or Agent**
**10025 Muirlands Blvd**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,366.24** |
|---|---|---|---|

**Linda Marie Morgan**
**Linda Marie Morgan Separate Propert**
**Trust Established 4/28/2000**
**4913 Keos Way**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,626.78** |
|---|---|---|---|

**Lloyd McDaniel**
**The Lloyd D McDaniel Living Trust**
**3374 Wisteria Circle**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,161.58** |
|---|---|---|---|

**Loeb & Loeb LLP**
**Partner, Manager, Agent**
**10100 Santa Monica Blvd.**
**Suite 2200**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2008-2010**

Basis for the claim: **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56** |
|---|---|---|---|

**Lon Roy Kavanaugh III**
**9101 Bay Club Court**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Long Beach Marketplace LLC**
**Manager, Member, Agent**
**11812 San Vicente Blvd.**
**Suite 201**
**Los Angeles, CA 90049**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential liabiliaty as guarantor of non-residential real property lease with Ruby's Beach Ventures, LLC.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.214** Nonpriority creditor's name and mailing address

**Lopez Cleaning Windows**
**Officer Director Manager or Agent**
**1313 S Magnolia Ave**
**Santa Ana, CA 92707**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.215** Nonpriority creditor's name and mailing address

**Los Altos Trophy Co Inc**
**Officer Director Manager or Agent**
**10731 A Walker Street**
**Cypress, CA 90630**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.216** Nonpriority creditor's name and mailing address

**Louise Powell Wilson**
**24962 Calle Aragon Apt B423**
**Laguna Woods, CA 92637**

Date(s) debt was incurred **7/2012**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                    **$31,626.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.217** Nonpriority creditor's name and mailing address

**Lyn B Maloney**
**520 East Glendora Avenue**
**Orange, CA 92865**

Date(s) debt was incurred **7/2012**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                    **$52,070.44**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.218** Nonpriority creditor's name and mailing address

**Lynn A Friedman**
**8480 Bergen Cove**
**Cordova, TN 38018**

Date(s) debt was incurred **7/2012**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                    **$10,591.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.219** Nonpriority creditor's name and mailing address

**Lynne Weiss**
**3621 Cazador Lane**
**Fallbrook, CA 92028**

Date(s) debt was incurred **7/2012**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                    **$10,591.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.220** Nonpriority creditor's name and mailing address

**M Hugh Bailey MD FACS PC Inc**
**Officer Director Manager or Agent**
**351 Hospital Road**
**Suite 671**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

**3.221** Nonpriority creditor's name and mailing address
**Magnum Music Group**
Officer Director Manager or Agent
17402 Cohasset Street
Van Nuys, CA 91406

Date(s) debt was incurred **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

**3.222** Nonpriority creditor's name and mailing address
**Maintenance Building Services**
Officer Director Manager or Agent
1665 E 4th Street
Suite 104B
Santa Ana, CA 92701

Date(s) debt was incurred **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

**3.223** Nonpriority creditor's name and mailing address
**Malcolm and Julie Read**
The Read Family Trust
16 W. Encanto Blvd, #508
Phoenix, AZ 85003

Date(s) debt was incurred **7/2012**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Unsecured Promissory Note**
Is the claim subject to offset? ☑ No ☐ Yes

**$21,109.17**

**3.224** Nonpriority creditor's name and mailing address
**Marc S Rogers**
The Rogers Trust dtd 12/8/08
1450 Oak Hill Court
Lakeport, CA 95453

Date(s) debt was incurred **7/2012**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Unsecured Promissory Note**
Is the claim subject to offset? ☑ No ☐ Yes

**$21,183.11**

**3.225** Nonpriority creditor's name and mailing address
**Maria Qing Feng**
12 Twilight Bluff
Newport Coast, CA 92657

Date(s) debt was incurred **7/2012**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Unsecured Promissory Note**
Is the claim subject to offset? ☑ No ☐ Yes

**$10,443.67**

**3.226** Nonpriority creditor's name and mailing address
**Maris Suzette L Moates**
The Moates Trust
318 17th Street
Seal Beach, CA 90740

Date(s) debt was incurred **7/2012**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Unsecured Promissory Note**
Is the claim subject to offset? ☑ No ☐ Yes

**$42,218.33**

**3.227** Nonpriority creditor's name and mailing address
**Marjorie Reed Meyer**
7544 La Jolla Blvd T-106
La Jolla, CA 92037

Date(s) debt was incurred **7/2012**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Unsecured Promissory Note**
Is the claim subject to offset? ☑ No ☐ Yes

**$20,961.28**

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,876.77 |
|---|---|---|---|

**Marvi Land Inc**
**Officer Director Manager or Agent**
**10109 Whittwood Drive**
**Whittier, CA 90603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Costco Reimbursement for Whittwood Town Center,**
**10109 Whittwood Drive, Whittier, CA  90603**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,552.83 |
|---|---|---|---|

**Mary and James McKennon**
**303 Esplanade**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,961.28 |
|---|---|---|---|

**Mary Ann Shields**
**Shields Family Trust**
**6446 Forester Drive**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2017**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**Mary B Garver**
**Mary B. Garver Survivor's Trust**
**created under the Garver Liv Trust**
**6076 Eaglecrest Drive**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,993.00 |
|---|---|---|---|

**Mary Elin and Mark H Ellis**
**Ellis Survivors Trust**
**34811 Calle Fortuna**
**Capistrano Beach, CA 92624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,700.72 |
|---|---|---|---|

**Mary Glenane**
**Peter J. & Mary Glenane Family**
**Trust**
**2310 B Via Puerta**
**Laguna Woods, CA 92637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**Mason Donahoe**
**c/o Traci Donahoe**
**3 Via Marin**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,401.44**

Maureen J Debeer
21261 Manzanillo
Mission Viejo, CA 92692

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Mayo Clinic
Officer Director Manager or Agent
4500 San Pablo Road
Jacksonville, FL 32224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,265.00**

McConnell Dunning & Barwick LLP
Officer Director Manager or Agent
9960 Research Dr
Suite 100
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,183.11**

Melvin and Jean Keleman
Keleman Faminly Trust
5500 Paseo Del Lago West 3E
Laguna Woods, CA 92637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

Merideth Wiberg
The Wiberg Family Trust
5959 E Naples Plaza Unit 307
Long Beach, CA 90803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

Merrill and Carol Clisby
The Clisby Family Trust
29 Villamoura
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,034.60**

MetLife Group Benefits
Officer Director Manager or Agent
PO Box 804466
Kansas City, MO 64180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**3.242** Nonpriority creditor's name and mailing address

MGP Fund X Laguna Hills LLC
Manager, Member, Agent
425 California Street
10th Floor
San Francisco, CA 94104

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential liability as guarantor of non-residential real property lease located at 24155 Laguna Hills Mall, Suite 184A, Laguna Hills, CA  92653**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.243** Nonpriority creditor's name and mailing address

Michael and Janice Dingillo
Amended and Restated of M & J
Dingillo Trust
2019 Via Aguila
San Clemente, CA 92673

Date(s) debt was incurred  **7/2012**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$63,253.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.244** Nonpriority creditor's name and mailing address

Michael and Jenell McKinzie
1340 Reynolds Avenue
Suite 116-285
Irvine, CA 92614

Date(s) debt was incurred  **7/2012**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$10,591.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.245** Nonpriority creditor's name and mailing address

Michael and Kathryn Munz
Munz Family Trust
520 Avocado Avenue
Corona Del Mar, CA 92625

Date(s) debt was incurred  **72012**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$84,066.94**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.246** Nonpriority creditor's name and mailing address

Michael Robert Wilson
dba Wilson Construction
14302 Yorba Street
Tustin, CA 92780

Date(s) debt was incurred  **2017**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$5,595.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.247** Nonpriority creditor's name and mailing address

Mike and Ina Petokas
1800 Port Seabourne
Newport Beach, CA 92660

Date(s) debt was incurred  **7/2012**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$21,035.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.248** Nonpriority creditor's name and mailing address

Mildred Kosmides
33296 Ocean Ridge
Dana Point, CA 92629

Date(s) debt was incurred  **7/2012**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$10,591.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Milton & Cora Blevins**
**1009 Locklayer Street**
**San Dimas, CA 91773**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Minuteman Industries Inc**
**Officer Director Manager or Agent**
**PO Box 4983**
**Garden Grove, CA 92842**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,071.79 |
|---|---|---|---|

**Mohrs International, Inc.**
**Officer, Director, Manager, Agent**
**4802 Little John Street**
**Baldwin Park, CA 91706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2010**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,183.11 |
|---|---|---|---|

**Moira O'Toole**
**Moira G. O'Toole Trust**
**9736 Willow Glenn Circle**
**Santa Ana, CA 92705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,672.00 |
|---|---|---|---|

**Morongo Band of Mission Indians**
**Attn. Counsel**
**49500 Seminole Dr**
**Cabazon, CA 92230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Costco Reimbursement for 49000 Seminole Dr, Cabazon, CA 92230**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,183.11 |
|---|---|---|---|

**Murray Glass**
**13502 Erwin Street**
**Van Nuys, CA 91401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,183.11 |
|---|---|---|---|

**Myra L O'Connell**
**Robert W Hilker**
**29822 Running Deer Lane**
**Laguna Niguel, CA 92677**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

Nan Wilson and/or Simona J Wilson
116 So. Guadalupe Avenue Unit C
Redondo Beach, CA 90277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

National Pizza Restaurants, Inc.
Christopher Pappas, Harris Pappas
13939 Northwest Frwy.
Houston, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **3470 N. Terminal Road, Space 44, Terminal E, Houston, TX 77032**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,183.11**

Neva Morrill and Willita Hussey
c/o Willita Hussey
684 Barberry Way
Nipomo, CA 93444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

New Carbon Company LLC
Officer Director Manager or Agent
PO Box 129
Concordville, PA 19331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Newport Beach Medical
Officer Director Manager or Agent
PO Box 3579
Newport Beach, CA 92659-8579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Newport Pediatric Dentistry
Officer Director Manager or Agent
2131 Westcliff Drive
Suite 210
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.30**

Nextiva Inc
Officer Director Manager or Agent
880 E Chaparral Road
Suite 300
Scottsdale, AZ 85250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2018**

Basis for the claim: **Utilities - Telephone**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known)  **8:18-bk-13311 CB** |
|---|---|---|
| | Name | |

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,591.56**

Norma Strother
Strother Family Trust
301 North 1st Street
Coeur D Alene, ID 83814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,760.00**

Oneil LLP
Partner, Manager, Agent
19900 MacArthur Blvd
Suite 1000
Los Angeles, CA 90067-1623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim:  **Legal Services**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Orange County Fire Authority
Accounts Receivable
PO Box 51985
Irvine, CA 92619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Orange County Healthcare
Officer Director Manager or Agent
1241 E Dyer Road
Suite 120
Santa Ana, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,443.67**

Pamela Ann O'Shea
Pamela A O'Shea 1998 Living Trust
16642 W Windsor Avenue
Goodyear, AZ 85395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,218.33**

Pamela J Monger
304 W Lake Sammamish Pky NE
Bellevue, WA 98008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,591.56**

Pat Feller
3807 Weeburn Drive
Dallas, TX 75229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.270** Nonpriority creditor's name and mailing address

Pat M  and Eileen Murphy
Murphy Family Trust
319 Encino Lane
San Clemente, CA 92672

Date(s) debt was incurred  7/2012

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$52,735.94**

---

**3.271** Nonpriority creditor's name and mailing address

Patricia A Stanley
699 Lake Meade Drive
Suffolk, VA 23434

Date(s) debt was incurred  7/2012

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,591.56**

---

**3.272** Nonpriority creditor's name and mailing address

Patricia Wilhite
4728 Sunfield Avenue
Long Beach, CA 90808

Date(s) debt was incurred  7/2012

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,591.56**

---

**3.273** Nonpriority creditor's name and mailing address

Paul and Barbara J Pebbles
11862 John Ave
Garden Grove, CA 92840

Date(s) debt was incurred  7/2012

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$73,845.11**

---

**3.274** Nonpriority creditor's name and mailing address

Paul Brian McDonald
1815 Tradewinds Lane
Newport Beach, CA 92660

Date(s) debt was incurred  7/2012

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,665.50**

---

**3.275** Nonpriority creditor's name and mailing address

Paycom
Officer Director Manager or Agent
2010 Main Street
Suite 1150
Irvine, CA 92614

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.276** Nonpriority creditor's name and mailing address

Paytronix
Officer Director Manager or Agent
80 Bridge Street
Newton, MA 02458

Date(s) debt was incurred  2018

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Pennine Plumbing Inc
Officer Director Manager or Agent
1130 S Placentia Avenue
Fullerton, CA 92831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,105.67**

Penny Lavoie
20 Lyon
Newport Coast, CA 92657-1102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2012__
Last 4 digits of account number __

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,183.11**

Phillip E Griffith
5310 Calle de Ricardo
Torrance, CA 90505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2012__
Last 4 digits of account number __

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33.84**

Pitney Bowes Global Financial Svcs
Officer Director Manager or Agent
PO Box 371887
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,950.00**

Plaza Bonita LLC
Officer Director Manager or Agent
PO Box 55879
09007-4000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,863.49**

Premier Access Insurance Company
Officer Director Manager or Agent
Dept 34114
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

Preston Donahoe
c/o Traci Donahoe
3 Via Marin
San Clemente, CA 92673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2012__
Last 4 digits of account number __

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.284** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**Primex Clinical Laboratory**
Officer Director Manager or Agent
16742 Stagg Street #120
Van Nuys, CA 91406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.285** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**Prudential Overall Supply Inc**
Officer Director Manager or Agent
PO Box 11210
Santa Ana, CA 92711-1210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.286** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**Pure Health Solutions Inc**
Officer Director Manager or Agent
PO Box 742647
Cincinnati, OH 45274-2647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.287** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**Puritan Bakery**
Officer Director Manager or Agent
1624 E Carson Street
Carson, CA 90705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.288** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**PV Hospitality Inc**
Officer Director Manager or Agent
25930 Rolling Hills Road
Suite 317
Torrance, CA 90505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.289** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**Quest Diagnostics**
Officer Director Manager or Agent
PO Box 740084
Cincinnati, OH 45274-0084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.290** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**Rackspace Hosting Inc**
Officer Director Manager or Agent
Mailtrust Lockbox
PO Box 731214
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | **8:18-bk-13311 CB** |
|---|---|---|---|
| | Name | | |

---

**3.291** Nonpriority creditor's name and mailing address

Rad Camp
**Officer Director Manager or Agent**
**18025 Sky Park Circle**
**Suite B**
**Irvine, CA 92614**

Date(s) debt was incurred  **2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.292** Nonpriority creditor's name and mailing address

**Ralph Kosmides**
**30141 Hillside Terrace**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **Varies**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No ☐ Yes

**$118,604.00**

---

**3.293** Nonpriority creditor's name and mailing address

**Ralph Kosmides**
**30141 Hillside Terrace**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **7/2012**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$52,957.78**

---

**3.294** Nonpriority creditor's name and mailing address

**Randall Kroha**
**365 Ledroit Street**
**Laguna Beach, CA 92651**

Date(s) debt was incurred  **7/2012**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$21,183.11**

---

**3.295** Nonpriority creditor's name and mailing address

**Randy Higbee Gallery Inc.**
**Officer Director Manager or Agent**
**102 Kalmus Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$250.00**

---

**3.296** Nonpriority creditor's name and mailing address

**Raymond and Gayle Haskell**
**Raymond E Haskell & Gayle K**
**Haskell Revocable Trust**
**2036 Commodore Road**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **7/2012**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,591.56**

---

**3.297** Nonpriority creditor's name and mailing address

**Raymond L and Maureen Harris**
**3840 Lakeshore Blvd.**
**Lakeport, CA 95453**

Date(s) debt was incurred  **7/2012**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$21,183.11**

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | **8:18-bk-13311 CB** |
|---|---|---|---|
| | Name | | |

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Rayne Water Systems In
Officer Director Manager or Agent
17835 Sky Park Circle
Suite M
Irvine, CA 92614

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Redmond Trading Co LLC
Officer Director Manager or Agent
PO Box 1550
 CA 94003

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Regal Wine Company Inc
Officer Director Manager or Agent
PO Box 2160
Windsor, CA 95492

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

Richard and Donna Bashor
23071 Fairfield
Mission Viejo, CA 92692

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

Richard and Patricia Freeman
Richard and Patricia Freeman
Revocable Living Trust
5111 Berkeley Way
Vancouver, WA 98661

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,183.11**

Richard Durette
Durrett Family Trust
Carol A Raftery POA
1447 Oakcreek Lane
Vista, CA 92081

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

Richard George McClellan Jr
470 Joost Avenue
San Francisco, CA 94127

Date(s) debt was incurred __7/2012__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.305** Nonpriority creditor's name and mailing address
**Richard O Tanny**
**Tanny Revocable Inter Vivos Trust**
**416 W San Ysidro Blvd**
**#L**
**San Ysidro, CA 92173-2450**

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$41,959.53**

---

**3.306** Nonpriority creditor's name and mailing address
**Richard Silva**
**Richard Silva Profit Sharing Plan**
**4012 Flowerwood Lane**
**CA 92928**

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$137,024.72**

---

**3.307** Nonpriority creditor's name and mailing address
**Robert and Jayne Hess**
**Robert Allen and Jayne R**
**Hess Trust**
**79447 S Sunrise Ridge Drive**
**La Quinta, CA 92253**

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$41,996.50**

---

**3.308** Nonpriority creditor's name and mailing address
**Robert and Patricia Holler**
**Holler Family Trust**
**21112 Northstar**
**Lake Forest, CA 92630**

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$21,035.22**

---

**3.309** Nonpriority creditor's name and mailing address
**Robert Borland**
**the Borland Exemption Trust of the**
**Borland Trust**
**33601 Brigantine Drive**
**Dana Point, CA 92629**

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$21,183.11**

---

**3.310** Nonpriority creditor's name and mailing address
**Robert G Stebe**
**208 NE 32nd Avenue**
**Hillsboro, OR 97124**

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$42,366.22**

---

**3.311** Nonpriority creditor's name and mailing address
**Robert J Galle**
**19411 Foxdale Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$18,726.56**

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,662.00**

**Robert P and Elaine A Converse**
33701 Marlinspike Drive
Dana Point, CA 92629

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,369.72**

**Rocco and Deborah Dingillo**
26516 Mikanos Drive
Mission Viejo, CA 92692

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,183.11**

**Roland L and Deanna J Shorter**
8701 NE 88th Street
Vancouver, WA 98662

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

**Ron Suneri**
1031 H Street
Big Bear City, CA 92314

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,035.22**

**Ronald and Bobbie Olsen**
**Olsen Family Trust**
1520  Northwood Road #244E
Seal Beach, CA 90740

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,183.11**

**Ronald and Sandra Lamperts**
7039 Island Village Drive
Long Beach, CA 90803

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

**Ronald R and Patty J Panico**
513 Garcia Drive
Hemet, CA 92545

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,060.00**

**Ronald Surak**
24216 Grayston Drive
Lake Forest, CA 92630

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**Rose M Hartman or Eugene Hartman**
PO Box 634
Dana Point, CA 92629

Date(s) debt was incurred  7/2012

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rough Draft Ardmore PA LLC**
dba Ruby's diner Inc
**Officer Director Manager or Agent**
**9305 Robnel Place**
**Vienna, VA 22182**

Date(s) debt was incurred  2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rough Draft Restaurant Group PA LLC**
dba Ruby's Diner Inc
**Officer Director Manager or Agent**
**9305 Robnel Place**
**Vienna, VA 22182**

Date(s) debt was incurred  2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,478.89 |
|---|---|---|---|

**Roy and Jane Dohner**
**Dohner Trust**
33711 Brigantine Drive
Dana Point, CA 92629

Date(s) debt was incurred  7/2012

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RPM Socal Partnership**
**Officer Director Manager or Agent**
**19031 Trand Avenue**
**Lake Elsinore, CA 92530**

Date(s) debt was incurred  2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,144.39 |
|---|---|---|---|

**Ruben Roberto Gomez and**
**Lynne Alana Delaney**
6217 W  83rd Place
Los Angeles, CA 90045

Date(s) debt was incurred  7/2012

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,542.55 |
|---|---|---|---|

**Ruby's Beach Ventures LLC**
**Officer Director Manager or Agent**
**4100 MacArthur Blvd.**
**Suite 310**
**Newport Beach, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Costco Reimbursement for 6405 East Pacific Coast Hwy., Long Beach, CA  90803**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.327** | Nonpriority creditor's name and mailing address

Ruby's Diner Citadel LLC/
Eureka Foods LLC
Steven L Craig
4100 MacArthur Blvd. Suite 200
Newport Beach, CA 92660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$264,965.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Costco Reimbursement for 30622 Coast Highway, Laguna Beach, CA  92651; 2305 E. Coast Hwy, Corona Del Mar, CA 92625; and 100 Citadel Dr, Los Angeles, CA 90040

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.328** | Nonpriority creditor's name and mailing address

Ruby's Diner Orange Depot LLC
John A Fisher and Fabio Russo and
Joe Campbell
1640 Ord Way
Oceanside, CA 92056

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$161,425.73

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Costco Reimbursement for #186 Atchison St., Orange, CA  92866

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address

Ruby's Huntington Beach Ltd
General Partner/Limited Partner
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$673,414.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Costco Reimbursement  for 1 Main Street, Huntington Beach, CA  92648

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address

Ruby's Huntington Beach, Ltd.
Douglas S. Cavanaugh
4100 MacArthur Blvd.
Suite 310
Newport Beach, CA 92660

Date(s) debt was incurred  Varies

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$1,286,760.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Intercompany Loan

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address

Ruby's Laguna Hills Ltd
General Partner/Limited Partner
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$433,397.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Costco Reimbursement for 24155 Laguna Hills Mall, Laguna Hills, CA  92653

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address

Ruby's Management LLC
Douglas S Cavanaugh
4100 MacArthur Blvd.
Suite 310
Newport Beach, CA 92660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$38,271.46

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Costco Reimbursement for 49000 Seminole Dr, Cabazon, CA 92230

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known)  8:18-bk-13311 CB |
|---|---|---|
| | Name | |

---

**3.333** | Nonpriority creditor's name and mailing address | **$178,947.06**

Ruby's Mission Valley Ltd
General Partner/Limited Partner
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Costco Reimbursement for 1640 Camino Del Rio South, N. San Diego, CA  92108

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address | **$6,921.60**

Ruby's MV Inc
George Alexander and J Brady Greco
19312 Sant Jude Drive
Santa Ana, CA 92705

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Costco Reimbursement for 258 The Shops at Mission Viejo, Mission Viejo, CA  92691

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address | **$301,922.14**

Ruby's Oceanside Ltd
General Partner/Limited Partner
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Costco Reimbursement for 1 Oceanside Pier, Oceanside, CA  92054

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | **$179,406.50**

Ruby's Palm Springs Ltd
General Partner/Limited Partner
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Costco Reimbursement for 155 S. Palm Canyon Drive, Palm Springs, CA  92262

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address | **Unknown**

Ruby's Rose City Associates Ltd
Officer Director Manager or Agent
400 Emerald Bay
Suite 100
Laguna Beach, CA 92651

Date(s) debt was incurred  2017

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | **$463,558.94**

Ruby's Yorba Linda Ltd
Douglas S Cavanaugh/Ralph Kosmides
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Costco Reimbursement for 21450 Yorba Linda Blvd., Yorba Linda, CA  92887

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,731.50**

**Rutan & Tucker LLP**
**Officer Director Manager or Agent**
**611 Anton Blv Suite 1400**
**PO Box 1950**
**Costa Mesa, CA 92626**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2008__

Basis for the claim: __Legal Services__

Last 4 digits of account number __

Is the claim subject to offset? [✓] No [ ] Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Saca Technologies Inc**
**Officer Director Manager or Agent**
**5101 E La Palma Avenue**
**Suite 2**
**Anaheim, CA 92807**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? [✓] No [ ] Yes

---

**3.341** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

**Samantha Westerfield**
**Troy Westerfield - Guardian**
**3 Via Huesca**
**San Clemente, CA 92673**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? [✓] No [ ] Yes

---

**3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**San Dieguito Anes Med**
**Officer Director Manager or Agent**
**PO Box 25033**
**Santa Ana, CA 92799-5033**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? [✓] No [ ] Yes

---

**3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

**Scott & Katie O'shea**
**Michael O'Shea & Katie A O'Shea**
**Trust**
**574 Braemar Avenue**
**Naperville, IL 60563**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? [✓] No [ ] Yes

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56**

**Scott F Kavanaugh**
**9 Old Ranch Road**
**Laguna Niguel, CA 92677**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? [✓] No [ ] Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Scott Harrison MD Inc**
**Officer Director Manager or Agent**
**801 N Tustin Ave**
**#205**
**Santa Ana, CA 92705**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? [✓] No [ ] Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shared Insight**
Officer Director Manager or Agent
1501 N Speulveda Blvd
Suite E & F
Manhattan Beach, CA 90266

Date(s) debt was incurred __2018__

Last 4 digits of account number ___

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? [✓] No [ ] Yes

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,774.67 |
|---|---|---|---|

**Sharon M Kouma**
Kouma Family Trust
1192 Arden Drive
Encinitas, CA 92024

Date(s) debt was incurred __7/2012__

Last 4 digits of account number ___

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? [✓] No [ ] Yes

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,183.11 |
|---|---|---|---|

**Shirley E Jacobs and/or Carol J**
Dalton and/or Robert M. Donahue Jr
22876 Tamora Drive
Laguna Niguel, CA 92677

Date(s) debt was incurred __7/2012__

Last 4 digits of account number ___

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? [✓] No [ ] Yes

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,718.47 |
|---|---|---|---|

**Silver & Freedman Inc.**
John M Webster, Agent
1925 Century Park East
Suite 200
Los Angeles, CA 90067

Date(s) debt was incurred __2009-2012__

Last 4 digits of account number ___

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Legal Services__

Is the claim subject to offset? [✓] No [ ] Yes

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86,613.40 |
|---|---|---|---|

**Snell & Wilmer LLP**
Officer Director Manager or Agent
600 Anton Blvd
Suite 1400
Costa Mesa, CA 92626

Date(s) debt was incurred __2016-2017__

Last 4 digits of account number ___

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Legal Services__

Is the claim subject to offset? [✓] No [ ] Yes

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $443.37 |
|---|---|---|---|

**SoCal Gas**
PO Box C
Monterey Park, CA 91756-5111

Date(s) debt was incurred __7/2018__

Last 4 digits of account number ___

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Utilities - Gas__

Is the claim subject to offset? [✓] No [ ] Yes

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SoCal Office Tech Inc**
dba MWB Business Services
Officer Director Manager or Agent
MBS Copy Prod File 50897
Los Angeles, CA 90074-6002

Date(s) debt was incurred __2018__

Last 4 digits of account number ___

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? [✓] No [ ] Yes

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

---

**3.353** | Nonpriority creditor's name and mailing address

Soerensen Garcia Advogados Assoc
Officer Director Manager or Agent
Rua Da Quitanda
187/8 Andar - Centro
Rio De Janeiro RJ 20091-005

Date(s) debt was incurred **2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*          **$112.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address

South Coast Plaza LP
Partner, Manager, Agent
3315 Fairview Road
Costa Mesa, CA 92626

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*          **$174,133.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Costco Reimbursement for 3333 Bear Street, Suite 120, Costa Mesa, CA 92604**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address

South Coast Plaza LP
Officer Director Manager or Agent
3315 Fairview Road
Costa Mesa, CA 92626

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential liabiliaty as partner of Ruby's Diner South Coast Plaza, LP, lessee of non-residential real property lease with Ruby's Diner South Coast Plaza, LP.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.356** | Nonpriority creditor's name and mailing address

Southern California Edison
PO Box 6400
Rancho Cucamonga, CA 91729-6400

Date(s) debt was incurred **7/2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*          **$2,261.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities - Electric**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address

Southern Glazers Wine & Spirits LLC
Officer Director Manager or Agent
File 56002
Los Angeles, CA 90074-6002

Date(s) debt was incurred **2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address

Spectrum Enterprise
Officer Director Manager or Agent
2551 Bulles View Drive
Herndon, VA 20171

Date(s) debt was incurred **2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address

Spellbound Development Group, Inc.
Officer, Director, Manager, Agent
PO Box 1639
Newport Beach, CA 92659

Date(s) debt was incurred **2014**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*          **$403.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

---

**3.360** Nonpriority creditor's name and mailing address
Spendifference LLC
Officer Director Manager or Agent
2000 Clay Street
Suite 300
Denver, CO 80211

Date(s) debt was incurred __2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.361** Nonpriority creditor's name and mailing address
Stacy L Teagno
32448 Enriqueta Circle
Temecula, CA 92592

Date(s) debt was incurred __7/2012__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

$10,591.56

---

**3.362** Nonpriority creditor's name and mailing address
Star-West Parkway Mall LP
Officer Director Manager or Agent
PO Box 844767
Los Angeles, CA 90084-4767

Date(s) debt was incurred __2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$32,407.41

---

**3.363** Nonpriority creditor's name and mailing address
Stephan H Johnson MD Inc
Officer Director Manager or Agent
1441 Avocado Avenue
Suite 206
Newport Beach, CA 92660

Date(s) debt was incurred __2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.364** Nonpriority creditor's name and mailing address
Stephen John Misch
c/o Chihiro Fujikawa
1319 Corte Alemano
Costa Mesa, CA 92626

Date(s) debt was incurred __7/2012__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

$21,183.11

---

**3.365** Nonpriority creditor's name and mailing address
Steven and Sandra Sultanoff
Steven M Sultanoff Trust
9 Galena
Irvine, CA 92602

Date(s) debt was incurred __7/2012__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Unsecured Promissory Note__

Is the claim subject to offset? ☑ No ☐ Yes

$42,144.39

---

**3.366** Nonpriority creditor's name and mailing address
Steven C Kiser
366 San Miguel Drive
Suite 312
Newport Beach, CA 92660

Date(s) debt was incurred __2017__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$4,704.00

---

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|
| | Name | | | |

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Straub Distributing Company
Officer Director Manager or Agent
4633 E La Palma Avenue
Anaheim, CA 92807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Superior Press
Officer Director Manager or Agent
9440 Norwalk Blvd
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,183.11**

Susan P Demille
20202 SW Cypress
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,310.50**

T Randolph Howatt
27 Indian Rock Road
San Anselmo, CA 94960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Costco Reimbursement for 245 N Harbor Dr, Redondo Beach, CA 90277**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$227.00**

TAI International Patent & Law Off.
Partner, Officer, Director, Agent
9th Fl., No. 112, Sec. 2,
Chang-An E. Rd.
Taipei 104, Taiwan, R.O.C.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Legal Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Taormina Family Venture Fund, LLC
Manager, Member, Agent
128 W. Sycamore
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **1128 W. Lincoln Avenue, Anaheim, CA 92805**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,626.78**

Terence Lee and Rosann McLaughlin
McLaughlin Revocable Trust of 2012
33871 Manta Ct.
Dana Point, CA 92629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.374** Nonpriority creditor's name and mailing address

Terminex Processing Center
Officer Director Manager or Agent
PO Box 742592
Cincinnati, OH 45272-2592

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.375** Nonpriority creditor's name and mailing address

Terry Gruber
25812 Sycamore Lane
Laguna Hills, CA 92653

Date(s) debt was incurred  7/2012

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Promissory Note

Is the claim subject to offset? ☑ No ☐ Yes

$10,443.67

---

**3.376** Nonpriority creditor's name and mailing address

Thaddeus W Smith & Associates
Insurance Services
Officer Director Manager or Agent
3151 Airway Ave A2
Costa Mesa, CA 92626

Date(s) debt was incurred  2018

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.377** Nonpriority creditor's name and mailing address

The Brethren Inc
dba Fire Saftey First
Officer Director Manager or Agent
1170 E Fruit Street
Santa Ana, CA 92701

Date(s) debt was incurred  2018

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.378** Nonpriority creditor's name and mailing address

The Dot Printer Inc
Officer Director Manager or Agent
2424 McGaw Avenue
Irvine, CA 92614

Date(s) debt was incurred  2015

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$741.02

---

**3.379** Nonpriority creditor's name and mailing address

The Irvine Company LLC
Officer Director Manager or Agent
550 Newport Center Drive
Newport Beach, CA 92660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential liability as guarantor of non-residential real property lease with Ruby's Spectrum, LLC

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.380** Nonpriority creditor's name and mailing address

The Irvine Company LLC
Officer Director Manager or Agent
100 Innovation Drive
Irvine, CA 92617

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential liability as guarantor of non-residential real property lease with Ruby's Woodbridge, LLC.

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The National Companies**
**Officer Director Manager or Agent**
**15505 Cornet Avenue**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**Thomas and Colleen Paddock**
**2815 Maple Cove Drive**
**Bountiful, UT 84010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**Thomas and Kristen Hylton**
**9 Candlebush**
**Irvine, CA 92603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,591.56 |
|---|---|---|---|

**Thomas and Sherre May**
**1420 Bay Oaks Drive**
**Los Osos, CA 93402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,369.72 |
|---|---|---|---|

**Thomas Ferguson**
**4221 Devon Circle**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2012**

Basis for the claim: **Unsecured Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas G Black Jr**
**dba TLC Communications**
**Officer Director Manager or Agent**
**5532 Sugar Maple Way**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,520.00 |
|---|---|---|---|

**Thomson & Thomson Inc**
**dba Thomson Compumark**
**Officer Director Manager or Agent**
**PO Box 71892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | **8:18-bk-13311 CB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$584.00**

Tierney Publishing Inc
**Officer Director Manager or Agent**
1100 N Tustin Avenue
Suite 101
Anaheim, CA 92807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2011__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$336.16**

Tiger Natural Gas Inc
**Officer Director Manager or Agent**
1422 E 71 St Suite J
Tulsa, OK 74136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2018__

Basis for the claim: __Utilities - Gas__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Time Warner Cable
**Officer Director Manager or Agent**
PO Box 223085
Pittsburgh, PA 15251-2085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.391** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,035.22**

Timothy J and/or Brook D Butler
Timothy and Brook Butler Trust
511 Gardendale Road
Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168.39**

TPX Communications
**Officer Director Manager or Agent**
PO Box 50913
San Diego, CA 92150-9013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2018__

Basis for the claim: __Utilities - Communications__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.393** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

UL LLC
**Officer Director Manager or Agent**
32097 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2014-2015__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.71**

UPS Inc
**Officer Director Manager or Agent**
PO Box 894820
Los Angeles, CA 90189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | | Case number *(if known)* | **8:18-bk-13311 CB** |
|---|---|---|---|---|
| | Name | | | |

---

| **3.395** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **US Air Conditioning**<br>**Officer Director Manager or Agent**<br>**4517 Birchwood Avenue**<br>**Seal Beach, CA 90740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| **3.396** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,115.70** |
|---|---|---|---|
| | **US Foods - La Mirada**<br>**Attn Evalyn Frazier Elston**<br>**15155 Northam Street**<br>**La Mirada, CA 90638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| **3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.72** |
|---|---|---|---|
| | **VAR Resources Inc**<br>**Officer Director Manager or Agent**<br>**2330 Interstate 30**<br>**Seagoville, TX 75159** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2014** | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| **3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Verizon Communications**<br>**Officer Director Manager or Agent**<br>**PO Box 660108**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| **3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Verizon Wireless**<br>**Officer Director Manager or Agent**<br>**PO Box 660108**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| **3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,183.11** |
|---|---|---|---|
| | **Vernon Lee Johnson**<br>**Vernon lee Johnson Trust**<br>**870 W. Jane Ct.**<br>**Upland, CA 91786** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/2012** | Basis for the claim:  **Unsecured Promissory Note** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| **3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.56** |
|---|---|---|---|
| | **Vincent S and Marion L  Pallotta**<br>**72 Grove Avenue**<br>**Leominster, MA 01453** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/2012** | Basis for the claim:  **Unsecured Promissory Note** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.402** Nonpriority creditor's name and mailing address
Virginia L Franks
Virginia L Franks Trust
c/o The Covington
3244 San Amadeo Unit C
Laguna Woods, CA 92637-3076

Date(s) debt was incurred **7/2012**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$31,626.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.403** Nonpriority creditor's name and mailing address
Virginia M Gordon
The Gordon Trust
606 18th Street
Huntington Beach, CA 92648

Date(s) debt was incurred **7/2012**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$10,591.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.404** Nonpriority creditor's name and mailing address
Vivien K Burt and
Madeleine S Kleinman
3935 Hollyline Avenue
Sherman Oaks, CA 91423

Date(s) debt was incurred **7/2012**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$10,591.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.405** Nonpriority creditor's name and mailing address
Walter and Norma Schulte
Walter Schulte & Norma Schulte
Liv Trust dtd 9/19/90 Amd 10/2/14
13872 University St.
Westminster, CA 92683

Date(s) debt was incurred **7/2012**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$10,591.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.406** Nonpriority creditor's name and mailing address
Warren and Sheila Newman
Newman Family Trust
11911 Lawler Street
Los Angeles, CA 90066

Date(s) debt was incurred **7/2012**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$94,510.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.407** Nonpriority creditor's name and mailing address
Wassertrom Company Inc
Officer Director Manager or Agent
477 S Front Street
Columbus, OH 43215

Date(s) debt was incurred **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.408** Nonpriority creditor's name and mailing address
Water Heater Man Inc
Officer Director Manager or Agent
570 W Freedom Avenue
Orange, CA 92865

Date(s) debt was incurred **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

---

**3.409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$177,318.54**

Weiland Golden Goodrich LLP
f/k/a Lobel Weiland Golden Friedman
Michael Weiland, Partner
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016-2018__

Basis for the claim: __Legal Services__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,183.11**

Wesley and Marcy Kim
The 2002 Kim Family Trust
PO Box 97
Corona Del Mar, CA 92625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,109.17**

Willard and Bettina Loomis
Loomis Family Trust
5642 Kingsford Terrace
Irvine, CA 92603-8019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.412** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,626.78**

William and Jeannette M Simek
The William J and Jeannette M
Simek Trust
17342 La Mesa Lane
Huntington Beach, CA 92647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$177,972.21**

William C Taormina Trustee of the
Taormina Rev Trust dtd 7/26/1983
128 W Sycamore
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Costco Reimbursement for 505 Spectrum Center
Drive, Irvine, CA  92618__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.414** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$116,507.11**

William E Pope
Pope Family By-Pass Trust dtd
4/13/2009
80721 Cherry Hills Drive
La Quinta, CA 92253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,626.78**

William F & Rita A Harnacker
Harnacker Revocable Trust
1171 Via Argentina
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2012__

Basis for the claim: __Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

**3.416** Nonpriority creditor's name and mailing address

William G Freitag
William G Freitag Revocable Trust
114 Cleburne Pass
Georgetown, TX 78633

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$52,588.06**

---

**3.417** Nonpriority creditor's name and mailing address

William L and Judy Kelly
30 Joya Drive
Palm Desert, CA 92260

Date(s) debt was incurred **7/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,369.72**

---

**3.418** Nonpriority creditor's name and mailing address

William M Crosby
Law Office of William M Crosby
13522 Newport Avenue
Suite 201
Tustin, CA 92780

Date(s) debt was incurred **7/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$21,183.11**

---

**3.419** Nonpriority creditor's name and mailing address

William Zurbuchen
dba Mitch's A/C Refrigeration
1254 N. Christine Street
CA 92669

Date(s) debt was incurred **2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$123.75**

---

**3.420** Nonpriority creditor's name and mailing address

WSK Construction Inc
dba Wagner Sure Kleen
Officer Director Manager or Agent
1842 Moorpark Drive
Brea, CA 92821

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.421** Nonpriority creditor's name and mailing address

Young Electric Sign Company
Yesco LLC dba Yesco Signs LLC
Officer Director Manager or Agent
PO Box 11676
Tacoma, WA 98411-6676

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.422** Nonpriority creditor's name and mailing address

YPO Gold Southern California Chapte
Officer Director Manager or Agent
PO Box 373
Huntington Beach, CA 92648

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|
| | Name | | |

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Zojirushi America Corporation
Officer Director Manager or Agent
19310 Pacific Gateway Drive
Suite 101
Torrance, CA 90502-1031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Bryan Cave LLP<br>Managing Partner<br>PO Box 503089<br>Saint Louis, MO 63150-3089 | Line **3.34**<br>☐ Not listed. Explain __ | __ |
| 4.2 | California Restaurant Mutual<br>Officer Director Manager or Agent<br>PO Box 45783<br>San Francisco, CA 94145-0783 | Line **3.36**<br>☐ Not listed. Explain __ | __ |
| 4.3 | Corodata Records Management Inc<br>Robert J Schmitz CEO<br>12375 Kerran Street<br>Poway, CA 92064 | Line **3.59**<br>☐ Not listed. Explain __ | __ |
| 4.4 | Corporate Creations California Inc.<br>Agent for Services of Process<br>11380 Prosperity Farms Road<br>Suite 221E<br>Palm Beach Gardens, FL 33410 | Line **3.134**<br>☐ Not listed. Explain __ | __ |
| 4.5 | CSC Lawyers Incorporating Service<br>Agent of Service of Process for<br>The Irvine Company LLC<br>2710 Gateway Oaks Drive Suite 150N<br>Sacramento, CA 95833 | Line **3.380**<br>☐ Not listed. Explain __ | __ |
| 4.6 | Dimitri's Restaurant Inc.<br>Ruby's Diner Tustin<br>Officer Director Manager or Agent<br>PO Box 52230<br>Irvine, CA 92619 | Line **3.84**<br>☐ Not listed. Explain __ | __ |
| 4.7 | Gilbert and Maureen McCutchan<br>400 Newport Center Drrive<br>Suite 202A<br>Newport Beach, CA 92660 | Line **3.133**<br>☐ Not listed. Explain __ | __ |
| 4.8 | Gilbert and Maureen McCutchan<br>459 Vista Roma<br>Newport Beach, CA 92660 | Line **3.133**<br>☐ Not listed. Explain __ | __ |

---

| Debtor | Ruby's Diner, Inc. | Case number (if known) | **8:18-bk-13311 CB** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.9** GlassRatner Advisory & Capital Grp<br>Officer, Director, Manager, Agent<br>3445 Peachtree Road<br>Suite 1225<br>Atlanta, GA 30328 | Line **3.134**<br><br>☐ Not listed. Explain ____ | — |
| **4.10** Irvine Company Retail Properties<br>Attn. General Counsel<br>100 Inovation Drive<br>Irvine, CA 92617 | Line **3.379**<br><br>☐ Not listed. Explain ____ | — |
| **4.11** Kohut & Kohut LLP<br>Officer Director Manager or Agent<br>3200 Park Center Drive<br>Suite 550<br>Costa Mesa, CA 92626 | Line **3.197**<br><br>☐ Not listed. Explain ____ | — |
| **4.12** Kohut & Kohut LLP<br>Officer Director Manager or Agent<br>3554 Round Barn Blvd<br>Santa Rosa, CA 95403 | Line **3.197**<br><br>☐ Not listed. Explain ____ | — |
| **4.13** KRG Investments LLC<br>Manager, Member, Officer, Agent<br>8860 Apollo Way<br>Suite 320<br>Downey, CA 90242 | Line **3.198**<br><br>☐ Not listed. Explain ____ | — |
| **4.14** Long Beach Marketplace LLC<br>Scott Dew, Agent of Service<br>10351 Santa Monica Blvd<br>Suite 410<br>Los Angeles, CA 90025 | Line **3.213**<br><br>☐ Not listed. Explain ____ | — |
| **4.15** Lynne Weiss<br>PO Box 1587<br>Hanalei, HI 96714 | Line **3.219**<br><br>☐ Not listed. Explain ____ | — |
| **4.16** Malcom and Julie Read NT<br>3720 5th Avenue<br>Costa Mesa, CA 92626 | Line **3.223**<br><br>☐ Not listed. Explain ____ | — |
| **4.17** Maria Qing Feng<br>80 Riverside Blvd. #20D<br>New York, NY 10069 | Line **3.225**<br><br>☐ Not listed. Explain ____ | — |
| **4.18** Moongo Band of Mission Indians<br>Officer, Director, Manager, Member<br>12700 Pummarra Road<br>Banning, CA 92220 | Line **3.253**<br><br>☐ Not listed. Explain ____ | — |
| **4.19** National Pizza Restaurants, Inc.<br>Christopher Pappas, Harris Pappas<br>645 Heights<br>Houston, TX 77007 | Line **3.257**<br><br>☐ Not listed. Explain ____ | — |
| **4.20** Neva Morrill and Willita Hussey<br>c/o Neva Morrill<br>684 Barberry Way<br>Nipomo, CA 93444 | Line **3.258**<br><br>☐ Not listed. Explain ____ | — |

| Debtor | Ruby's Diner, Inc. | Case number (if known) | 8:18-bk-13311 CB |
|--------|--------------------|------------------------|------------------|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|---------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 4.21 | Paracorp Incorporated<br>Agent of Service for Long Beach<br>Marketplace LLC<br>2141 S. Dupont Hwy.<br>Camden Wyoming, DE 19934 | Line **3.213**<br>☐ Not listed. Explain _____ | — |
| 4.22 | Rose M. Hartman<br>24201 Vista D'Oro<br>Dana Point, CA 92629 | Line **3.320**<br>☐ Not listed. Explain _____ | — |
| 4.23 | Ruby's Diner Orange Depot, LLC<br>Officer, Director, Manager, Agent<br>186 N. Atchison<br>Yorba Linda, CA 92886 | Line **3.328**<br>☐ Not listed. Explain _____ | — |
| 4.24 | Ruby's Huntington Beach, Ltd.<br>Officer, Director, Manager, Agent<br>1 Main Street<br>Huntington Beach, CA 92648 | Line **3.329**<br>☐ Not listed. Explain _____ | — |
| 4.25 | Silver & Freedman Inc.<br>Officer, Director, Manager, Agent<br>2029 Century Park East<br>19th Floor<br>Los Angeles, CA 90067 | Line **3.349**<br>☐ Not listed. Explain _____ | — |
| 4.26 | Snell & Wilmer LLP<br>Managing Partner<br>One Arizona Center<br>Phoenix, AZ 85004-2202 | Line **3.350**<br>☐ Not listed. Explain _____ | — |
| 4.27 | SoCal Gas<br>Centralized Correspondence<br>PO Box 3150<br>Monterey Park, CA 91756 | Line **3.351**<br>☐ Not listed. Explain _____ | — |
| 4.28 | South Coast Plaza LP<br>Managing Partner<br>PO Box 54876<br>Los Angeles, CA 90074 | Line **3.354**<br>☐ Not listed. Explain _____ | — |
| 4.29 | South Coast Plaza, LP<br>Partner, Member, Agent<br>PO Box 54876<br>Los Angeles, CA 90074 | Line **3.355**<br>☐ Not listed. Explain _____ | — |
| 4.30 | Southern California Edison<br>PO Box 300<br>Rosemead, CA 91771 | Line **3.356**<br>☐ Not listed. Explain _____ | — |
| 4.31 | Spinello Property Management, Inc.<br>Agent of Service, Gregory R. Oleson<br>74-830 Hwy 111<br>Suite 200<br>Indian Wells, CA 92210 | Line **3.137**<br>☐ Not listed. Explain _____ | — |
| 4.32 | Spinello Property Management, Inc.<br>Officer, Director, Agent<br>68931 Adelina Road<br>Cathedral City, CA 92234 | Line **3.137**<br>☐ Not listed. Explain _____ | — |

| Debtor | Ruby's Diner, Inc. | Case number (if known) | **8:18-bk-13311 CB** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.33** Stephen C. Duringer
Edward L. Laird
Duringer Law Group, Inc.
181 S. Old Springs Rd., 2nd Floor
Anaheim, CA 92808

Line **3.242**

☐ Not listed. Explain ____

—

**4.34** Taormina Controls, LLC
William C. Taormina, Manager
128 W. Sycamore
Anaheim, CA 92805

Line **3.372**

☐ Not listed. Explain ____

—

**4.35** Taormina Management, LLC
William C. Taormina, Manager
128 W. Sycamore
Anaheim, CA 92805

Line **3.372**

☐ Not listed. Explain ____

—

**4.36** The Irvine Company LLC
Officer, Director, Manager, Agent
PO Box 840380
Los Angeles, CA 90084-0380

Line **3.379**

☐ Not listed. Explain ____

—

**4.37** The Irvine Company LLC
Officer Director Manager or Agent
PO Box 840380
Los Angeles, CA 90084-0380

Line **3.380**

☐ Not listed. Explain ____

—

**4.38** The Irvine Company LLC
Officer, Director, Manager, Agent
PO Box 840380
Los Angeles, CA 90084-0380

Line **3.413**

☐ Not listed. Explain ____

—

**4.39** The Irvine Company Retail Prop.
Attn. General Counsel
100 Inovation Drive
Irvine, CA 92617

Line **3.413**

☐ Not listed. Explain ____

—

**4.40** Thomas Borchard
Borchard & Callahan, APC
25909 Pala, Suite 300
Mission Viejo, CA 92691

Line **3.372**

☐ Not listed. Explain ____

—

**4.41** Thomas Borchard
Borchard & Callahan, APC
25909 Pala
Suite 300
Mission Viejo, CA 92691

Line **3.413**

☐ Not listed. Explain ____

—

**4.42** US Foods Inc
Registered Agent
Secretary of State Townsend Bldg.
Suite 4
Dover, DE 19901-1234

Line **3.396**

☐ Not listed. Explain ____

—

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 12,509,922.08 |

Debtor   **Ruby's Diner, Inc.**
Name

Case number (if known)   **8:18-bk-13311 CB**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $   **12,509,922.08**

**Fill in this information to identify the case:**

Debtor name   **Ruby's Diner, Inc., a California corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:18-bk-13311 CB**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**See Attached Rider**

## RIDER TO

## SCHEDULE G:  EXECUTORY CONTACTS AND UNEXPIRED LEASES

RIDER TO
SCHEDULE G: EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Debtor | Name | Address 1 | City | State | Zip Code | State what the contract or leas is for and the nature of the debtor's interest | Expires |
|---|---|---|---|---|---|---|---|
| **Non-Residential Real Property Lease** | | | | | | | |
| Ruby's Diner, Inc. | City of Huntington Beach | PO Box 190 | Huntington Beach | CA | 92648 | Non-residential real property lease for restaurant located at 1 Main Street, Huntington Beach, CA  92648 | 5/31/2032 |
| Ruby's Diner, Inc. | MGP Fund X Laguna Hills LLC | 435 California Street, 10th Floor | San Francisco | CA | 94104 | Non-residential real property lease for restaurant located at 24155 Laguna Hills Mall, Suite 1840A, Laguna Hills, CA | 6/30/2013 |
| Ruby's SoCal Diners, LLC | Same as above | 435 California Street, 10th Floor | San Francisco | CA | 94104 | Same as Above | Same as above |
| Ruby's Diner, Inc. | City of Oceanside | 300 N. Coast Highway | Oceanside | CA | 92054 | Non-residential real property lease for restaurant located at #1 Pier, Oceanside, CA 92054 | 10/24/2019 |
| Ruby's Diner, Inc. | Grit Development LLC | 201 N. Palm Canyon, Suite 200 | Palm Springs | CA | 92262 | Non-residential real property lease for restaurant located at 155 S. Palm Canyon Drive, Palm Springs, CA  92262 | 4/15/2020 |
| Ruby's Diner, Inc. | The Irvine Company | 101 Inovation Drive | Irvine | CA | 92617 | Non-residential real property lease for restaurant located at 4520 Barranca Parkway, Irvine, CA  92604 | |
| **Licensing Agreements** | | | | | | | |
| Ruby's Diner, Ltd. | Ruby's Huntington Beach, Ltd. | | | | | Intellectual Property License Agreement | |
| Ruby's Diner, Ltd. | Ruby's Laguna Hills, Ltd. | | | | | Intellectual Property License Agreement | |
| Ruby's Diner, Ltd. | Ruby's Oceanside, Ltd. | | | | | Intellectual Property License Agreement | |
| Ruby's Diner, Ltd. | Ruby's Palm Springs, Ltd. | | | | | Intellectual Property License Agreement | |
| Ruby's Diner, Inc. | Ruby's Franchise Systems, Inc. | | | | | Amended and Restated Trademark and Intellectual Property License Agreement | |
| **Miscellaneous** | | | | | | | |
| Ruby's Diner, Inc. | Woldpay US, Inc. | 600 Morgan Falls Road | Atlanta | GA | 30350 | Point of Service Agreement | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ruby's Diner, Inc., a California corporation** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **8:18-bk-13311 CB** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

    *Column 1: Codebtor*                                                        *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Dirk McNamee | 309 Marigold Avenue<br>Corona Del Mar, CA 92625<br>Membership interest in Ruby's Beach Ventures, LLC | Ruby's Beach Ventures LLC | ☐ D _____<br>☑ E/F ___3.326___<br>☐ G _____ |
| 2.2 | DLS Living Trust | 17042 Gillette Avenue<br>Irvine, CA 92614<br>Membership interest in Ruby's Beach Ventures, LLC | Ruby's Beach Ventures LLC | ☐ D _____<br>☑ E/F ___3.326___<br>☐ G _____ |
| 2.3 | Eureka Food Enterprises, LLC | Steven L. Craig<br>4100 MacArthur Blvd.<br>Suite 200<br>Newport Beach, CA 92660 | Ruby's Diner Citadel LLC/ | ☐ D _____<br>☑ E/F ___3.327___<br>☐ G _____ |
| 2.4 | Gary L. Allen | 20960 Barclay Lane<br>Lake Forest, CA 92630<br>Membership interest in Ruby's Beach Ventures, LLC | Ruby's Beach Ventures LLC | ☐ D _____<br>☑ E/F ___3.326___<br>☐ G _____ |

| Debtor | Ruby's Diner, Inc. | | Case number *(if known)* | 8:18-bk-13311 CB |
|---|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|

| 2.5 | Gary Waldon | 23 Corporate Plaza Drive #200 Newport Beach, CA 92660 Membership interest in Ruby's Beach Ventures, LLC | Ruby's Beach Ventures LLC | ☐ D _____ ☑ E/F __3.326__ ☐ G _____ |
| 2.6 | Kathleen Teele | 1917 Yacht Puritan Newport Beach, CA 92660 Membership interest in Ruby's Beach Ventures, LLC | Ruby's Beach Ventures LLC | ☐ D _____ ☑ E/F __3.326__ ☐ G _____ |
| 2.7 | Pat and Eileen Murphy | 319 Encino Lane San Clemente, CA 92672 Membership interest in Ruby's Beach Ventures, LLC | Ruby's Beach Ventures LLC | ☐ D _____ ☑ E/F __3.326__ ☐ G _____ |
| 2.8 | Patricia Stanley | 12845 Potomac Overlook Lane Leesburg, VA 20176 Membership interest in Ruby's Beach Ventures, LLC | Ruby's Beach Ventures LLC | ☐ D _____ ☑ E/F __3.326__ ☐ G _____ |
| 2.9 | Philip DeCarion | 543 Emerald Bay Laguna Beach, CA 92651 Membership interest in Ruby's Beach Ventures, LLC | Ruby's Beach Ventures LLC | ☐ D _____ ☑ E/F __3.326__ ☐ G _____ |
| 2.10 | Ruby's Diner Laguna Beach | 30622 S. Coast Highway Laguna Beach, CA 92651 | Pillsbury Winthrop Shaw Pittman LLP | ☑ D __2.63__ ☐ E/F _____ ☐ G _____ |
| 2.11 | Ruby's Diner South Coast Plaza, LP | Partner 4100 MacArthur Blvd. Suite 310 Newport Beach, CA 92660 | South Coast Plaza LP | ☐ D _____ ☑ E/F __3.354__ ☐ G _____ |

---

| Debtor | Ruby's Diner, Inc. | | Case number *(if known)* | **8:18-bk-13311 CB** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                    Column 2: Creditor

| 2.12 | Ruby's Huntington Beach Ltd. | 4100 MacArthur Blvd. Suite 310 Newport Beach, CA 92660 | Pillsbury Winthrop Shaw Pittman LLP | ☑ D __2.63__ ☐ E/F _____ ☐ G _____ |
|---|---|---|---|---|
| 2.13 | Ruby's Laguna Hills, Ltd. | 4100 MacArthur Blvd. Suite 310 Newport Beach, CA 92660 | MGP Fund X Laguna Hills LLC | ☐ D _____ ☑ E/F __3.242__ ☐ G _____ |
| 2.14 | Ruby's Oceanside, Ltd., LP | 4100 MacArthur Blvd. Suite 310 Newport Beach, CA 92660 | Pillsbury Winthrop Shaw Pittman LLP | ☑ D __2.63__ ☐ E/F _____ ☐ G _____ |
| 2.15 | Ruby's Palm Springs Associates, Ltd | 4100 MacArthur Blvd. Suite 310 Newport Beach, CA 92660 | Pillsbury Winthrop Shaw Pittman LLP | ☑ D __2.63__ ☐ E/F _____ ☐ G _____ |
| 2.16 | Ruby's SoCal Diners LLC | 4100 MacArthur Blvd. Suite 310 Newport Beach, CA 92660 | Pillsbury Winthrop Shaw Pittman LLP | ☑ D __2.63__ ☐ E/F _____ ☐ G _____ |
| 2.17 | Ruby's SoCal Diners, LLC | 4100 MacArthur Blvd. Suite 310 Newport Beach, CA 92660 | MGP Fund X Laguna Hills LLC | ☐ D _____ ☑ E/F __3.242__ ☐ G _____ |
| 2.18 | Ruby's Spectrum, LLC | Managing Member 4100 MacArthur Blvd. Suite 310 Newport Beach, CA 92660 | William C Taormina Trustee of the | ☐ D _____ ☑ E/F __3.413__ ☐ G _____ |

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.19 | Taormina Family Venture Fund, LLC | Officer, Director, Manager, Agent<br>128 W. Sycamore<br>Anaheim, CA 92805 | William C Taormina Trustee of the | ☐ D _____<br>☑ E/F ___3.413___<br>☐ G _____ |
| 2.20 | The Ruby Restaurant Group | 4100 MacArthur Blvd.<br>Suite 310<br>Newport Beach, CA 92660 | Pillsbury Winthrop Shaw Pittman LLP | ☑ D ___2.63___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Theodore Broedlow | 238 Point Loma Drive<br>Aliso Viejo, CA 92656<br>Membership interest in Ruby's Beach Ventures, LLC | Ruby's Beach Ventures LLC | ☐ D _____<br>☑ E/F ___3.326___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Ruby's Diner, Inc., a California corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:18-bk-13311 CB**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

**1.   Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  1/01/2018 to **Filing Date** | ☑ Operating a business ☐ Other _____ | **$2,565,458.00** |
| **For prior year:** From  1/01/2017 to **12/31/2017** | ☑ Operating a business ☐ Other _____ | **$4,106,045.00** |
| **For year before that:** From  1/01/2016 to **12/31/2016** | ☑ Operating a business ☐ Other _____ | **$5,463,672.00** |

**2.   Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3.   Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

| Debtor | Ruby's Diner, Inc. | | | Case number (if known) | 8:18-bk-13311 CB |
|--------|--------------------|--|--|-------------------------|--------------------|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer <br> *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached Rider** | | $0.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**  **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title <br> Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **See Attached Rider** | | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

---

| Debtor | Ruby's Diner, Inc. | | Case number *(if known)* | **8:18-bk-13311 CB** |

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

---

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **See Attached Rider** | | | **$500,111.12** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

---

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    Ruby's Diner, Inc.                                    Case number (if known)    8:18-bk-13311 CB

---

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **557 Wald** <br> **Irvine, CA 92618** | **6/20/2009 to 6/20/2016** |
| 14.2. | **201 Shipyard** <br> **Suite E** <br> **Newport Beach, CA 92663** | **6/20/2016 to 12/31/2017** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Debtor    Ruby's Diner, Inc.                                                Case number (if known)    8:18-bk-13311 CB

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Life Storage<br>10025 Muirlands Blvd.<br>Irvine, CA 92618 | Douglas Cavanaugh<br>Tad Belshe | Miscellaneous used office furniture (nominal value) | Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor    **Ruby's Diner, Inc.**                          Case number (if known)    **8:18-bk-13311 CB**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **Ruby's Beach Ventures, LLC**<br>4100 MacArrthur Blvd<br>Suite 310<br>Newport Beach, CA 92660 | **Operation of restaurant.** | EIN:    20-0446654<br><br>From-To    1/16/2003 to Present |
| 25.2. **Ruby's Diner South Coast Plaza**<br>4100 MacArthur Blvd<br>Suite 310<br>Newport Beach, CA 92660 | **Operation of restaurant.** | EIN:    33-0236273<br><br>From-To    4/24/1987 to Present |
| 25.3. **Ruby's Metrocenter, LP**<br>4100 MacArthur Blvd<br>Suite 310<br>Newport Beach, CA 92660 | **Non-operating partnership.**<br>**Restaurant associated with this partnership closed.** | EIN:    33-0340846<br><br>From-To    4/5/1989 to Present |
| 25.4. **Ruby's Pasadena, Ltd.**<br>4100 MacArthur Blvd<br>Suite 310<br>Newport Beach, CA 92660 | **Non-operating partnership.**<br>**Restaurant associated with this was closed.** | EIN:    33-0919627<br><br>From-To    4/5/1989 to Present |
| 25.5. **Ruby's Spectrum, LLC**<br>4100 MacArthur Blvd<br>Suite 310<br>Newport Beach, CA 92660 | **Non operating LLC.  Restaurant associated with the LLC closed 4/2018.** | EIN:    26-1488795<br><br>From-To    6/28/2007 to Present |
| 25.6. **Ruby's SoCal Diners, LLC**<br>4100 MacArthur Blvd<br>Suite 310<br>Newport Beach, CA 92660 | **Management** | EIN:    46-3319782<br><br>From-To    7/11/2013 to Present |
| 25.7. **Ruby's Woodbridge, LLC**<br>4100 MacArthur Blvd<br>Suite 310<br>Newport Beach, CA 92660 | **Operation of restaurant.** | EIN:    33-0098143<br><br>From-To    8/13/2017 to present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **AFP Saddington LLP**<br>18201 Von Karman Ave.<br>Suite 450<br>Irvine, CA 92612-1014 | **2 years prior** |
| 26a.2. **G&G Bookkeeping Inc**<br>19602 Country Lake Drive<br>Magnolia, TX 77355 | **2013 to 3/2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor  **Ruby's Diner, Inc.**  Case number (if known) **8:18-bk-13311 CB**

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **AFP Saddington LLP**<br>**18201 Von Karman Ave.**<br>**Suite 450**<br>**Irvine, CA 92612-1014** | |
| 26c.2. | **Debtor's Possession**<br>**4100 MacArthur Blvd**<br>**Suite 450**<br>**Newport Beach, CA 92660** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Opus Bank**
**19900 MacArthur Blvd., 12th Flr.**
**Irvine, CA 92612**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Douglas S. Cavanaugh** | **4100 MacArthur Blvd.**<br>**Suite 310**<br>**Newport Beach, CA 92660** | **Chief Executive Officer, Director, Shareholder** | **60%** |
| **Ralph Kosmides** | **30141 Hillside Terrace**<br>**San Juan Capistrano, CA 92675** | **Shareholder** | **40%** |
| **Tad Belshe** | **25316 Staysail Dr.**<br>**Dana Point, CA 92629** | **Secretary, Director** | |
| **William E Pope** | **80721 Cherry Hills Drive**<br>**La Quinta, CA 92253** | **Director** | |

| Debtor | Ruby's Diner, Inc. | | Case number (if known) | 8:18-bk-13311 CB |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Silva | 4012 Flowerwood Lane CA 92928 | Director | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Robert J Galle | 19411 Foxdale Circle Huntington Beach, CA 92648 | Director | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Douglas Cavanaugh 4100 MacArthur Blvd, Suite 310 Newport Beach, CA 92660 | $125,000 (annual salary) $7,187 (annual car allowance) $41,672.28 (annual medical insurance) $11,763.08 (annual life insurance) $1,737.36 (annual dental) $4,000 (cell-hone annual) Medical Reimbursements up to $30,000 annually | 2017/2018 | Compensation |
| | Relationship to debtor CEO, Director, Shareholder | | | |
| 30.2 | Ralph Kosmides 30141 Hillside Terrace San Juan Capistrano, CA 92675 | $75,000 (annual salary) $2,400 (annual car allowance) $39,127.44 (annual medical insurance) $6,460.92 (annual life insurance) $1,737.36 (annual dental) $2,398.68 (cell-phone annual) | 2017/2018 | Compensation |
| | Relationship to debtor Shareholder | | | |
| 30.3 | Tad Belshe 25316 Staysail Dr. Dana Point, CA 92629 | $96,250 ($192,500 annually paid through RDI, of which $96,250 is reimbursed to RDI by company with common ownership) $2,580 (annual life insurance) $1,737.36 (annual dental) $1,632.02 (cell-phone annual) Bonus up to $7,000 annually | 2017/2018 | Compensation |
| | Relationship to debtor Secretary, Director | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    Ruby's Diner, Inc.                                                                    Case number (if known)    8:18-bk-13311 CB

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                                          **Employer Identification number of the parent corporation**

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9/28/2018___

_____          **Douglas S. Cavanaugh**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Authorized Signer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## RIDER TO NO. 3

## STATEMENT OF FINANICAL AFFAIRS

PAYMENTS TO CREDITORS WITHIN 90 DAYS BEFORE FILING

| Date | Amount | Creditor | |
|------|--------|----------|---|
| 6/6/2018 | $ 2,880.00 | ACCOUNTEMPS | |
| 6/13/2018 | $ 2,304.00 | ACCOUNTEMPS | |
| 6/20/2018 | $ 3,096.00 | ACCOUNTEMPS | |
| 6/27/2018 | $ 2,880.00 | ACCOUNTEMPS | |
| 7/3/2018 | $ 2,880.00 | ACCOUNTEMPS | |
| 7/11/2018 | $ 2,880.00 | ACCOUNTEMPS | |
| 7/18/2018 | $ 2,304.00 | ACCOUNTEMPS | |
| 7/25/2018 | $ 2,880.00 | ACCOUNTEMPS | |
| 8/1/2018 | $ 2,880.00 | ACCOUNTEMPS | |
| 8/8/2018 | $ 2,880.00 | ACCOUNTEMPS | |
| 8/8/2018 | $ 2,880.00 | ACCOUNTEMPS | |
| 8/22/2018 | $ 2,880.00 | ACCOUNTEMPS | |
| 8/29/2018 | $ 2,880.00 | ACCOUNTEMPS | |
| | $ 36,504.00 | | |
| | | | |
| 6/6/2018 | $ 6,878.15 | CALIFORNIA RESTAURANT MUTUAL | |
| 6/20/2018 | $ 2,984.39 | CALIFORNIA RESTAURANT MUTUAL | |
| 7/11/2018 | $ 6,878.15 | CALIFORNIA RESTAURANT MUTUAL | |
| 7/25/2018 | $ 3,760.17 | CALIFORNIA RESTAURANT MUTUAL | |
| 8/1/2018 | $ 6,878.15 | CALIFORNIA RESTAURANT MUTUAL | |
| 8/22/2018 | $ 3,820.73 | CALIFORNIA RESTAURANT MUTUAL | |
| | $ 31,199.74 | | |
| | | | |
| 6/6/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| 6/13/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| 6/20/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| 6/27/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| 7/3/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| 7/11/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| 7/18/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| 7/25/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| 8/1/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| 8/8/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| 8/16/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| 8/22/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| 8/29/2018 | $ 1,080.00 | DAPHNE MALINSKY | |
| | $ 14,040.00 | | |
| | | | |
| 6/19/2018 | $ 5,000.00 | DONLIN, RECANO & COMPANY, INC | |
| 6/28/2018 | $ 5,000.00 | DONLIN, RECANO & COMPANY, INC | |
| 8/28/2018 | $ 5,928.68 | DONLIN, RECANO & COMPANY, INC | |
| 8/29/2018 | $ 8,973.50 | DONLIN, RECANO & COMPANY, INC | |
| | $ 24,902.18 | | |
| | | | |
| 6/6/2018 | $ 1,107.97 | FAMILY TREE PRODUCE INC | |
| 6/13/2018 | $ 1,036.22 | FAMILY TREE PRODUCE INC | |
| 6/20/2018 | $ 910.44 | FAMILY TREE PRODUCE INC | |
| 6/27/2018 | $ 1,036.31 | FAMILY TREE PRODUCE INC | |
| 7/3/2018 | $ 864.24 | FAMILY TREE PRODUCE INC | |
| 7/11/2018 | $ 939.31 | FAMILY TREE PRODUCE INC | |
| 7/18/2018 | $ 1,174.49 | FAMILY TREE PRODUCE INC | |
| 8/1/2018 | $ 1,258.73 | FAMILY TREE PRODUCE INC | |
| 8/8/2018 | $ 1,611.84 | FAMILY TREE PRODUCE INC | |

| | | | |
|---|---|---|---|
| 8/16/2018 | $ | 1,388.06 | FAMILY TREE PRODUCE INC |
| 8/22/2018 | $ | 1,439.63 | FAMILY TREE PRODUCE INC |
| | $ | 12,767.24 | |
| | | | |
| 6/6/2018 | $ | 3,797.40 | FIRST INSURANCE FUNDING CORP |
| 7/11/2018 | $ | 6,437.35 | FIRST INSURANCE FUNDING CORP |
| 7/25/2018 | $ | 6,437.35 | FIRST INSURANCE FUNDING CORP |
| | $ | 16,672.10 | |
| | | | |
| 6/20/2018 | $ | 600.00 | G & G BOOKKEEPING INC. |
| 7/25/2018 | $ | 1,178.06 | G & G BOOKKEEPING INC. |
| 6/6/2018 | $ | 600.00 | G & G BOOKKEEPING, INC. |
| 7/3/2018 | $ | 2,160.86 | G & G BOOKKEEPING, INC. |
| 7/18/2018 | $ | 600.00 | G & G BOOKKEEPING, INC. |
| 8/1/2018 | $ | 600.00 | G & G BOOKKEEPING, INC. |
| 8/8/2018 | $ | 600.00 | G & G BOOKKEEPING, INC. |
| 8/8/2018 | $ | 600.00 | G & G BOOKKEEPING, INC. |
| 8/22/2018 | $ | 1,079.95 | G & G BOOKKEEPING, INC. |
| | $ | 8,018.87 | |
| | | | |
| 6/20/2018 | $ | 23,481.89 | HEALTH NET |
| 7/18/2018 | $ | 21,489.89 | HEALTH NET |
| 8/8/2018 | $ | 19,573.29 | HEALTH NET |
| | $ | 64,545.07 | |
| | | | |
| 7/18/2018 | $ | 8,404.00 | HMWC CPAS & BUSINESS ADV INC |
| 8/16/2018 | $ | 71.00 | HMWC CPAS & BUSINESS ADV INC |
| | $ | 8,475.00 | |
| | | | |
| 6/13/2018 | $ | 1,600.00 | JAMES S ELLIOTT |
| 6/20/2018 | $ | 900.00 | JAMES S ELLIOTT |
| 6/27/2018 | $ | 900.00 | JAMES S ELLIOTT |
| 7/3/2018 | $ | 950.00 | JAMES S ELLIOTT |
| 7/11/2018 | $ | 600.00 | JAMES S ELLIOTT |
| 7/18/2018 | $ | 900.00 | JAMES S ELLIOTT |
| 7/25/2018 | $ | 800.00 | JAMES S ELLIOTT |
| 8/1/2018 | $ | 900.00 | JAMES S ELLIOTT |
| 8/8/2018 | $ | 850.00 | JAMES S ELLIOTT |
| 8/16/2018 | $ | 800.00 | JAMES S ELLIOTT |
| 8/22/2018 | $ | 650.00 | JAMES S ELLIOTT |
| 8/29/2018 | $ | 800.00 | JAMES S ELLIOTT |
| | $ | 10,650.00 | |
| | | | |
| 8/3/2018 | $ | 10,000.00 | MARVI LAND, INC DBA RUBY'S DINER |
| 8/3/2018 | $ | 10,000.00 | MARVI LAND, INC DBA RUBY'S DINER |
| | $ | 20,000.00 | |
| | | | |
| 6/20/2018 | $ | 3,178.59 | PREMIER ACCESS INSURANCE CO |
| 7/18/2018 | $ | 3,026.13 | PREMIER ACCESS INSURANCE CO |
| 8/8/2018 | $ | 2,863.49 | PREMIER ACCESS INSURANCE CO |
| | $ | 9,068.21 | |
| | | | |
| 6/6/2018 | $ | 417.13 | PURITAN BAKERY |
| 6/13/2018 | $ | 501.56 | PURITAN BAKERY |
| 6/20/2018 | $ | 389.36 | PURITAN BAKERY |

| | | | |
|---|---|---|---|
| 6/27/2018 | $ | 520.83 | PURITAN BAKERY |
| 7/3/2018 | $ | 392.22 | PURITAN BAKERY |
| 7/11/2018 | $ | 492.32 | PURITAN BAKERY |
| 7/18/2018 | $ | 531.42 | PURITAN BAKERY |
| 7/25/2018 | $ | 2,650.71 | PURITAN BAKERY |
| 8/16/2018 | $ | 20.34 | PURITAN BAKERY |
| 8/22/2018 | $ | 412.23 | PURITAN BAKERY |
| 8/31/2018 | $ | 4,200.00 | PURITAN BAKERY |
| | $ | 10,528.12 | |
| | | | |
| 8/29/2018 | $ | 9,616.64 | ROBERT E HARRIS INS. AGENCY, INC. |
| | $ | 9,616.64 | |
| | | | |
| 6/6/2018 | $ | 2,430.00 | RONALD SURAK |
| 6/13/2018 | $ | 3,150.00 | RONALD SURAK |
| 6/20/2018 | $ | 3,060.00 | RONALD SURAK |
| 6/27/2018 | $ | 3,150.00 | RONALD SURAK |
| 7/3/2018 | $ | 2,970.00 | RONALD SURAK |
| 7/11/2018 | $ | 2,340.00 | RONALD SURAK |
| 7/18/2018 | $ | 2,790.00 | RONALD SURAK |
| 7/25/2018 | $ | 3,060.00 | RONALD SURAK |
| 8/1/2018 | $ | 3,150.00 | RONALD SURAK |
| 8/8/2018 | $ | 3,060.00 | RONALD SURAK |
| 8/16/2018 | $ | 3,150.00 | RONALD SURAK |
| 8/22/2018 | $ | 2,970.00 | RONALD SURAK |
| 8/29/2018 | $ | 3,060.00 | RONALD SURAK |
| | $ | 38,340.00 | |
| | | | |
| 7/25/2018 | $ | 10,049.37 | RUBY'S MV INC. |
| 6/27/2018 | $ | 8,970.40 | RUBY'S MV, INC. |
| | $ | 19,019.77 | |
| | | | |
| 6/13/2018 | $ | 3,010.06 | THE IRVINE CO LLC DBA  TIC RET_RP |
| 7/18/2018 | $ | 3,417.27 | THE IRVINE CO LLC DBA  TIC RET_RP |
| 8/8/2018 | $ | 3,522.57 | THE IRVINE CO LLC DBA  TIC RET_RP |
| | $ | 9,949.90 | |
| | | | |
| 6/6/2018 | $ | 12,050.00 | UNITED STATES TREASURY |
| 7/3/2018 | $ | 12,050.00 | UNITED STATES TREASURY |
| 8/13/2018 | $ | 12,050.00 | UNITED STATES TREASURY |
| | $ | 36,150.00 | |
| | | | |
| 6/7/2018 | $ | 10,121.49 | US FOODS |
| 6/14/2018 | $ | 8,080.57 | US FOODS |
| 6/21/2018 | $ | 8,601.82 | US FOODS |
| 6/28/2018 | $ | 7,148.62 | US FOODS |
| 7/5/2018 | $ | 7,778.15 | US FOODS |
| 7/12/2018 | $ | 8,200.96 | US FOODS |
| 7/19/2018 | $ | 8,786.22 | US FOODS |
| 7/26/2018 | $ | 8,733.85 | US FOODS |
| 8/2/2018 | $ | 9,193.22 | US FOODS |
| 8/9/2018 | $ | 8,173.26 | US FOODS |
| 8/16/2018 | $ | 10,537.92 | US FOODS |
| 8/23/2018 | $ | 9,898.81 | US FOODS |
| 8/30/2018 | $ | 9,554.19 | US FOODS |

RUBY'S DINER, INC.

| | | | | |
|---|---|---|---|---|
| | $ | 114,809.08 | | |
| | | | | |
| 6/12/2018 | $ | 6,000.00 | GC PREPAY TO ANAHEIM | |
| 8/15/2018 | $ | 5,000.00 | GC PREPAY TO ANAHEIM | |
| | $ | 11,000.00 | | |

## RIDER TO NO. 7

## STATEMENT OF FINANICAL AFFAIRS

LEGAL ACTIONS OR ASSIGNMENTS

| Entity | Plaintiff | Plaintiff's Counsel | Defendant | Nature of Case | Court | Case # | Status of Case |
|--------|-----------|---------------------|-----------|----------------|-------|--------|----------------|
| Ruby's Huntington Beach, Ltd. | Opus Bank | John S. Baker; Jessica McKinlay, Dorsey & Whitney, LLP, 600 Anton Blvd., Suite 200, Costa Mesa, CA 92626 | Ruby's Huntington Beach, Ltd. | Breach of Contract/Warranty | Orange County Superior Court, Central Justice Center | 30-2018-009983314-CU-BC-CJC | Pending |
| Ruby's SoCal Diners, LLC | Opus Bank | Same as above | Ruby's SoCal Diners, LLC | Breach of Contract/Warranty | Orange County Superior Court, Central Justice Center | 30-2018-009983314-CU-BC-CJC | Pending |
| Ruby's Quality Diners, LLC | Opus Bank | Same as above | Ruby's Quality Diners, LLC | Breach of Contract/Warranty | Orange County Superior Court, Central Justice Center | 30-2018-009983314-CU-BC-CJC | Pending |
| Ruby's Oceanside, Ltd. | Opus Bank | Same as above | Ruby's Oceanside, Ltd. | Breach of Contract/Warranty | Orange County Superior Court, Central Justice Center | 30-2018-009983314-CU-BC-CJC | Pending |
| Ruby's Palm Springs, Ltd. | Opus Bank | Same as above | Ruby's Palm Springs, Ltd. | Breach of Contract/Warranty | Orange County Superior Court, Central Justice Center | 30-2018-009983314-CU-BC-CJC | Pending |
| Ruby's Laguna Hills, Ltd. | Opus Bank | Same as above | Ruby's Laguna Hills, Ltd. | Breach of Contract/Warranty | Orange County Superior Court, Central Justice Center | 30-2018-009983314-CU-BC-CJC | Pending |
| Ruby's Diner, Inc. | Pillsbury Winthrop Shaw Pittman LLP | Barbara L. Croutch, Matthew Walters, Pillsbury Winthrop Shaw Pittman LLP | Ruby's Diner, Inc. | Enforcement | Orange County Superior Court, Central Justice Center | 30-2018-00986898-CU-EN CJC | Judgment |
| Ruby's SoCal Diners, LLC | Pillsbury Winthrop Shaw Pittman LLP | Same as above | Ruby's SoCal Diners, LLC | Enforcement | Orange County Superior Court, Central Justice Center | 30-2018-00986898-CU-EN CJC | Judgment |
| Ruby's Palm Springs, Ltd. | Pillsbury Winthrop Shaw Pittman LLP | Same as above | Ruby's Palm Springs, Ltd. | Enforcement | Orange County Superior Court, Central Justice Center | 30-2018-00986898-CU-EN CJC | Judgment |
| Ruby's Oceanside, Ltd. | Pillsbury Winthrop Shaw Pittman LLP | Same as above | Ruby's Oceanside, Ltd. | Enforcement | Orange County Superior Court, Central Justice Center | 30-2018-00986898-CU-EN CJC | Judgment |
| Ruby's Huntington Beach, Ltd. | Pillsbury Winthrop Shaw Pittman LLP | Same as above | Ruby's Huntington Beach, Ltd. | Enforcement | Orange County Superior Court, Central Justice Center | 30-2018-00986898-CU-EN CJC | Judgment |
| Ruby's Diner, Inc. | Darryl Bentley | Vincent W. Davis, Odeha Warren, Law Offices of Vincent W. Davis and Associates, 150 North Santa Anita Avenue, Suite 200, Arcadia, CA 91006 | Ruby's Diner, Inc. | Personal Injury | Orange County Superior Court, Central Justice Center | 30-2018-01013352 | Pending |
| Ruby's Diner, Inc. | MGP Fund X Laguna Hills, LLC | Stephen C. Duringer, Duringer Law Offices | Ruby's Diner, Inc. | Unlawful Detainer | Orange County Superior Court, Central Justice Center | 30-2018-00982994-CU-UD-CJC | Judgment |
| Ruby's SoCal Diners, LLC | MGP Fund X Laguna Hills, LLC | Same as aboe | Ruby's SoCal Diners, LLC | Unlawful Detainer | Orange County Superior Court, Central Justice Center | 30-2018-00982994-CU-UD-CJC | Judgment |
| Ruby's Laguna Hills, Ltd. | MGP Fund X Laguna Hills, LLC | Same as above | Ruby's Laguna Hills, Ltd. | Unlawful Detainer | Orange County Superior Court, Central Justice Center | 30-2018-00982994-CU-UD-CJC | Judgment |

| Entity | Plaintiff | Plaintiff's Counsel | Defendant | Nature of Case | Court | Case # | Status of Case |
|---|---|---|---|---|---|---|---|
| Ruby's Huntington Beach, Ltd. | Opus Bank | John S. Baker; Jessica McKinlay, Dorsey & Whitney, LLP, 600 Anton Blvd., Suite 200, Costa Mesa, CA 92626 | Ruby's Huntington Beach, Ltd. | Breach of Contract/Warranty | Orange County Superior Court, Central Justice Center | 30-2018-009983314-CU-BC-CJC | Pending |
| Ruby's SoCal Diners, LLC | Opus Bank | Same as above | Ruby's SoCal Diners, LLC | Breach of Contract/Warranty | Orange County Superior Court, Central Justice Center | 30-2018-009983314-CU-BC-CJC | Pending |
| Ruby's Quality Diners, LLC | Opus Bank | Same as above | Ruby's Quality Diners, LLC | Breach of Contract/Warranty | Orange County Superior Court, Central Justice Center | 30-2018-009983314-CU-BC-CJC | Pending |
| Ruby's Oceanside, Ltd. | Opus Bank | Same as above | Ruby's Oceanside, Ltd. | Breach of Contract/Warranty | Orange County Superior Court, Central Justice Center | 30-2018-009983314-CU-BC-CJC | Pending |
| Ruby's Palm Springs, Ltd. | Opus Bank | Same as above | Ruby's Palm Springs, Ltd. | Breach of Contract/Warranty | Orange County Superior Court, Central Justice Center | 30-2018-009983314-CU-BC-CJC | Pending |
| Ruby's Laguna Hills, Ltd. | Opus Bank | Same as above | Ruby's Laguna Hills, Ltd. | Breach of Contract/Warranty | Orange County Superior Court, Central Justice Center | 30-2018-009983314-CU-BC-CJC | Pending |
| Ruby's Diner, Inc. | Pillsbury Winthrop Shaw Pittman LLP | Barbara L. Croutch, Matthew Walters, Pillsbury Winthrop Shaw Pittman LLP | Ruby's Diner, Inc. | Enforcement | Orange County Superior Court, Central Justice Center | 30-2018-00986898-CU-EN CJC | Judgment |
| Ruby's SoCal Diners, LLC | Pillsbury Winthrop Shaw Pittman LLP | Same as above | Ruby's SoCal Diners, LLC | Enforcement | Orange County Superior Court, Central Justice Center | 30-2018-00986898-CU-EN CJC | Judgment |
| Ruby's Palm Springs, Ltd. | Pillsbury Winthrop Shaw Pittman LLP | Same as above | Ruby's Palm Springs, Ltd. | Enforcement | Orange County Superior Court, Central Justice Center | 30-2018-00986898-CU-EN CJC | Judgment |
| Ruby's Oceanside, Ltd. | Pillsbury Winthrop Shaw Pittman LLP | Same as above | Ruby's Oceanside, Ltd. | Enforcement | Orange County Superior Court, Central Justice Center | 30-2018-00986898-CU-EN CJC | Judgment |
| Ruby's Huntington Beach, Ltd. | Pillsbury Winthrop Shaw Pittman LLP | Same as above | Ruby's Huntington Beach, Ltd. | Enforcement | Orange County Superior Court, Central Justice Center | 30-2018-00986898-CU-EN CJC | Judgment |
| Ruby's Diner, Inc. | Darryl Bentley | Vincent W. Davis, Odeha Warren, Law Offices of Vincent W. Davis and Associates, 150 North Santa Anita Avenue, Suite 200, Arcadia, CA 91006 | Ruby's Diner, Inc. | Personal Injury | Orange County Superior Court, Central Justice Center | 30-2018-01013352 | Pending |
| Ruby's Diner, Inc. | MGP Fund X Laguna Hills, LLC | Stephen C. Duringer, Duringer Law Offices | Ruby's Diner, Inc. | Unlawful Detainer | Orange County Superior Court, Central Justice Center | 30-2018-00982994-CU-UD-CJC | Judgment |
| Ruby's SoCal Diners, LLC | MGP Fund X Laguna Hills, LLC | Same as aboe | Ruby's SoCal Diners, LLC | Unlawful Detainer | Orange County Superior Court, Central Justice Center | 30-2018-00982994-CU-UD-CJC | Judgment |
| Ruby's Laguna Hills, Ltd. | MGP Fund X Laguna Hills, LLC | Same as above | Ruby's Laguna Hills, Ltd. | Unlawful Detainer | Orange County Superior Court, Central Justice Center | 30-2018-00982994-CU-UD-CJC | Judgment |

Legal Actions and Assignments

| Ruby's Diner, Inc. | Robert Smith | Joseph R. Manning, Jr., Michael J. Manning, Tristan P. Jankowski, Manning Law, APC, 4667 MacArthur Blvd., Suite 150, Newport Beach, CA 92660 | Ruby's Diner, Inc. | Civil Rights | Los Angeles, Superior Court, Governor George Deukmenian Courthouse | NC061912 | Pending |
|---|---|---|---|---|---|---|---|
| Ruby's Diner, Inc. | Teresa Lara | Martinian Tigran, Martinian & Associates, Inc., 2801 Cahueng Blvd., W., Los Angeles, CA 90068 | Ruby's Diner, Inc. | Breach of Contract/Warranty | Los Angeles, Superior Court, Central Justice Center | BC691604 | Pending |
| Ruby's Diner, Inc. | Nora Noel Canaday | Randy K. Bell, The Law Office of Randy K. Bell, 2980 Locust Street, Riverside, CA 92501 | Ruby's Diner, Inc. | Product Liability | O.C. Superior Court, Central Justice Center | 30-2017-00952832-CU-PL-CJC | Dismissed |
| Ruby's SoCal Diners, LLC | Nora Noel Canaday | Same as above | Ruby's SoCal Diners, LLC | Product Liability | Orange County Superior Court, Central Justice Center | 30-2017-00952832-CU-PL-CJC | Dismissed |
| Ruby's Laguna Hills, Ltd. | Nora Noel Canaday | Same as above | Ruby's Laguna Hills, Ltd. | Product Liability | Orange County Superior Court, Central Justice Center | 30-2017-00952832-CU-PL-CJC | Dismissed |
| Ruby's Diner, Inc. | Elizabeth Orozco | Bradley & Gmlich LLP, 700 N. Brand Blvd., Goendale, CA 91203 | Ruby's Diner, Inc. | Personal Injury | Orange County Superior Court, Central Justice Center | 30-2-16-00890864 | Dismissed |
| Ruby's SoCal Diners, LLC | Star-West Parkway Mall | Daniel I. Toscano, Polsinelli, LLP, 2049 Century Park East, Suite 2900, Los Angeles, CA 90068 | Ruby's SoCal Diners, LLC | Breach of Contract | San Diego Superior Court, Hall of Justice | 37-2018-00028275 | Pending |

## RIDER TO NO. 11

## STATEMENT OF FINANICAL AFFAIRS

PAYMENTS RELATED TO BANKRUPTCY (1 YEAR)

RIDER TO NO. 11.1

STATEMENT OF FINANCIAL AFFAIRS

| Who was paid or who received the transfer:  Address | If not money, describe any property transferred | Dates | Total Amount of Value[1] |
|---|---|---|---|
| Lobel Weiland Golden Friedman LLP (now known as Weiland Golden Goodrich LLP), 650 Town Center Drive, Suite 600, Costa Mesa, CA  92660 | N/A | 10/23/2017 | $2,221.16 |
| Same as above | N/A | 10/26/2017 | $17,975.00 |
| Pachulski Stang Ziehl & Jones LLP, 650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626 | N/A | 4/20/2018 | $195,650.62 |
| Same as above | N/A | 6/11/2018 | $14,908.20 |
| Same as above | N/A | 6/19/2018 | $7,454.10 |
| Same as above | N/A | 7/23/2018 | $7,454.10 |
| Same as above | N/A | 8/17/2018 | $26,640.84 |
| Same as above | N/A | 8/28/2019 | $162,590.23 |
|  |  |  |  |
| TOTAL |  |  | $500,111.12 |

---

[1] All payments paid by Debtors.  The Debtors in these cases are the following:  Ruby's Diners, Inc.; Ruby's SoCal Diners, LLC; Ruby's Quality Diners, LLC; Ruby's Huntington Beach, Ltd.; Ruby's Laguna Hills, Ltd.; Ruby's Oceanside, Ltd.; and Ruby Palm Springs, Ltd.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Ruby's Diner, Inc., a California corporation**                    Case No.  **8:18-bk-13311 CB**
                                                                                      Debtor(s)                    Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $      **See Attached Rider**

    Prior to the filing of this statement I have received _____  $      **See Attached Rider**

    Balance Due _____  $      **See Attached Rider**

2.  $  **1,717.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:  **(See Attached Rider)**

    ☑ Debtor     ☑ Other (specify):

4.  The source of compensation to be paid to me is:  **(See Attached Rider)**

    ☑ Debtor     ☑ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed] **(Rider 6.e. attached)**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 28, 2018**                              _/s/ William N. Lobel_
_Date_                                             **William N. Lobel 93202**
                                                   _Signature of Attorney_
                                                   **Pachulski Stang Ziehl & Jones LLP**
                                                   **Costa Mesa, CA  92626**
                                                   **714-384-4740  Fax: 714-384-4741**
                                                   **wlobel@pszjlaw.com**
                                                   _Name of law firm_

---

## RIDER TO

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS[1]

Date, amount and source of compensation paid to Pachulski Stang Ziehl & Jones LLP (the "Firm") within one year before the filing of the petition in bankruptcy:

| Date | Amount | Source |
|---|---|---|
| 4/20/2018 | $40,064.60 | Ruby's Palm Springs, LTD |
| 4/20/2018 | $25,152.27 | Ruby's Palm Springs, LTD |
| 4/20/2018 | $40,064.60 | Ruby's Palm Springs, LTD |
| 4/20/2018 | $25,152.28 | Ruby's Palm Springs, LTD |
| 4/20/2018 | $40,064.59 | Ruby's Palm Springs, LTD |
| 4/20/2018 | $25,152.28 | Ruby's Palm Springs, LTD |
| 4/20/2018 | $40,064.60 | Ruby's Palm Springs, LTD |
| 4/20/2018 | $25,152.27 | Ruby's Palm Springs, LTD |
| 6/11/2018 | $7,454.10 | Ruby's Huntington Beach, LTD |
| 6/11/2018 | $7,454.10 | Ruby's Palm Springs, LTD |
| 6/19/2018 | $7,454.10 | Ruby's Oceanside, LTD |
| 7/23/2018 | $7,454.10 | Ruby's Laguna Hills, LTD |
| 8/17/2018 | $8,581.55 | Ruby's Oceanside LTD |
| 8/17/2018 | $18,059.29 | Ruby's Oceanside LTD |
| 8/28/2019 | $162,590.23 | Ruby's Diner, Inc. |
| **TOTAL** | **$479.914.96[2]** | |
| **Balance of Retainer** | **$0.00** | |

The above-referenced amount is not a fixed price for counsel's services, and the Firm reserves the right to seek additional compensation beyond the amounts as set forth herein in accordance with applicable provisions of the Bankruptcy Code and Bankruptcy Rules.

Pursuant to orders entered by the Court on joint administration, the Debtors are jointly and severally liable for all of the administrative professional fees and expenses incurred in the Debtors' chapter 11 cases (the "Cases"). All fees and costs will be charged to the lead case, Ruby's Diners, Inc., and only one joint fee application need be filed by any professional in the Cases.

## RIDER NO. 6.e.

By agreement with the Debtors, the employment of the Firm does not include the following services: The Firm has not agreed to undertake nor will it be responsible for an of the following (i) appearances before any court or agency other than the Bankruptcy Court and the Office of the United States Trustee; or (ii) the provision of substantive legal advice outside the insolvency area, such as corporate law, partnership law, non-bankruptcy taxation, securities law, torts, environmental law, non-bankruptcy labor issues, criminal law, or real estate law, or the rendering of any opinions in connection therewith.

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diners, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC 1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

[2] Includes fees and expenses.

**ACTION BY WRITTEN CONSENT OF THE**
**BOARD OF DIRECTORS OF**
**RUBY'S DINER, INC., A CALIFORNIA CORPORATION**

**Adopted August 28, 2018**

**Authorization for Filing a Voluntary Petition Under Chapter 11 of the Bankruptcy Code**
**and Related Matters**

Pursuant to the laws of the State of California, the following resolutions are hereby

adopted by the Board of Ruby's Diner, Inc., a California corporation ("RDI"):

1. **Bankruptcy Petition**

    WHEREAS, the Board has consulted the legal and financial advisors of RDI, regarding
    the liabilities and liquidity situation of RDI, strategic alternatives, and the impact of the
    foregoing on RDI's business, its creditors and its equity holders;

    WHEREAS, the outstanding liabilities of RDI severely hinder the operation of RDI and
    the failure to extinguish such liabilities and to resolve existing loan defaults and past due
    payments with trade creditors will destroy the value of RDI for its creditors and its equity
    holders; and

    WHEREAS, as a result of the foregoing, RDI has determined that it is desirable and in
    the best interests of RDI, its creditors and its equity holders to file a voluntary petition for
    relief under the provisions of chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 *et
    seq.* (the "Bankruptcy Code") and perform other actions contemplated thereby.

    NOW THEREFORE BE IT RESOLVED that, in the judgment of the Board, it is
    desirable and in the best interests of RDI, its creditors and its equity holders that RDI be
    authorized to file a voluntary petition (the "Petition") for relief under chapter 11 of the
    Bankruptcy Code and that such filing be, and hereby is, authorized by the Board;

    FURTHER RESOLVED, that Douglas Cavanaugh and/or Tad Belshe are hereby
    authorized, empowered and directed by RDI, on behalf of RDI, to execute, verify and file
    on behalf of RDI a Petition in the name of RDI under chapter 11 of the Bankruptcy Code
    and to cause the same to be filed in the United States Bankruptcy Court for the Central
    District of California, Santa Ana Division;

    FURTHER RESOLVED, that Douglas Cavanaugh and/or Tad Belshe are, authorized,
    empowered and directed by RDI, on behalf of RDI, in connection with such chapter 11
    case, to execute, verify and file all necessary documents, including without limitation, a
    plan support agreement, petitions, affidavits, statements, schedules, motions, lists,
    applications, pleadings and other papers;

**FURTHER RESOLVED,** that Douglas Cavanaugh and/or Tad Belshe are authorized, empowered and directed by RDI, on behalf of RDI, to employ and retain legal counsel, including Pachulski Stang Ziehl & Jones LLP, accountants and/or other professionals, and to take any and all actions to protect RDI's rights and obligations, and in connection therewith, Douglas Cavanaugh and/or Tad Belshe are hereby authorized, empowered and directed by RDI, on behalf of RDI, to execute and deliver appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any professionals, as necessary;

**FURTHER RESOLVED,** that Douglas Cavanaugh and/or Tad Belshe are authorized, empowered and directed by RDI, on behalf of RDI, to obtain post-petition financing, including debtor-in-possession credit facilities, and obtain the use of cash collateral on terms and conditions presented to or sought by RDI, in the name and on behalf of RDI, and such resolution shall be conclusive evidence of the due authorization by RDI to consummate the transactions contemplated by such any financing or use of cash collateral and any arrangements or agreements contemplated thereby;

**FURTHER RESOLVED,** that Douglas Cavanaugh and/or Tad Belshe are authorized, empowered and directed by RDI, on behalf of RDI, to cause RDI to enter into, execute, deliver, certify, file and record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of government or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer or director as to become necessary, proper and desirable to prosecute a successful completion of RDI's chapter 11 case, to effectuate the restructuring of debt, other obligations, organizational form, structure and/or ownership of RDI and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions; and

**FURTHER RESOLVED,** that Douglas Cavanaugh and/or Tad Belshe are authorized, empowered and directed by RDI, on behalf of RDI, to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions, including any documents, certificates, instruments, agreements or other writings that were heretofore negotiated, executed and/or delivered.

2. **General**

**FURTHER RESOLVED,** that Douglas Cavanaugh and/or Tad Belshe are authorized, empowered and directed by RDI, on behalf of RDI, for the purposes of the foregoing resolutions, taken prior to the adoption of these resolutions be, and they hereby are approved, ratified, confirmed and adopted in all respects and for all purposes; and

**FURTHER RESOLVED,** that Douglas Cavanaugh and/or Tad Belshe are authorized, empowered and directed by RDI, on behalf of RDI, to take any and all actions, to negotiate and enter into agreements and amendments to agreements, to perform all such acts and things, to execute, file, deliver or record in the name of and on behalf of RDI, all

such certificates, instruments, agreements or other documents, and to make all such payments as they, in their judgment, or in the judgment of any one or more of them, may deem necessary, advisable or appropriate in order to carry out the purpose and intent of, or consummate the transactions contemplated by, the foregoing resolutions and/or all of the transactions contemplated therein or thereby, the authorization therefor to be conclusively evidenced by the taking of such action or the execution and delivery of such certificates, instruments, agreements or documents.

This Consent may be executed in counterparts.

The Secretary of RDI is hereby directed to file a signed copy of this Consent in the minute book of RDI.

**IT WITNESS WHEREOF**, the foregoing resolutions were duly adopted by the Board duly called and convened on the date first set forth above.

Tad Belshe, Secretary

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **William N. Lobel (SBN 93202)**<br>**Pachulski Stang Ziehl & Jones LLP**<br>**650 Town Center Drive, Suite 1500**<br>**Costa Mesa, CA  92626**<br>**Telephone:  (714) 384-4740**<br>**Facsimile:  (714) 384-4741**<br>**Email:  wlobel@pszjlaw.com** | |
| ☑ *[Proposed] Attorney for: Debtor and Debtor-in-Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    **Ruby's Diner, Inc., a California corporation**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br><br><br>Defendant(s). | CASE NO.: **8:18-13311 CB**<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  **Douglas S. Cavanaugh**                                        , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

  b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

9/28/2018

Date

By: _____

Signature of Debtor, or attorney for Debtor

Name:   **Douglas S. Cavanaugh, CEO**

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                              **F 1007-4.CORP.OWNERSHIP.STMT**



## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**See Attached Rider**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**See Attached Rider**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  _Newport Beach,_   California.

Date:        _9/28/2018_

**Douglas S. Cavanaugh, Chief Executive Officer**
Signature of Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          *Page 1*        **F 1015-2.1.STMT.RELATED.CASES**

# RIDER TO

# STATEMENT OF RELATED CASES NFORMATION REQUIRED BY LBR 1015-2

| Debtor | Case No. | Date Filed | Nature | Judge Assigned | Court | Status |
|---|---|---|---|---|---|---|
| In re Ruby's SoCal Diners, LLC, a Delaware limited liability company | 8:18-bk-13197 CB | 8/29/2018 | Voluntary Chapter 11 | Hon. Catherine E. Bauer | U.S. Bankruptcy Court, Central District of California, Santa Ana Division | Pending |
| In re Ruby's Quality Diners, LLC, a Delaware limited liability company | 8:18-bk-13198 CB | 8/29/2018 | Voluntary Chapter 11 | Hon. Catherine E. Bauer | U.S. Bankruptcy Court, Central District of California, Santa Ana Division | Pending |
| In re Ruby's Huntington Beach, Ltd., a California limited partnership | 8:18-bk-13199 CB | 8/29/2018 | Voluntary Chapter 11 | Hon. Catherine E. Bauer | U.S. Bankruptcy Court, Central District of California, Santa Ana Division | Pending |
| In re Ruby's Laguna Hills, Ltd, a California limited partnership | 8:18-bk-13200 CB | 8/29/2018 | Voluntary Chapter 11 | Hon. Catherine E. Bauer | U.S. Bankruptcy Court, Central District of California, Santa Ana Division | Pending |
| In re Ruby's Oceanside, Ltd., a California limited partnership | 8:18-bk-13201 CB | 8/29/2018 | Voluntary Chapter 11 | Hon. Catherine E. Bauer | U.S. Bankruptcy Court, Central District of California, Santa Ana Division | Pending |
| In re Ruby's Palm Springs, Ltd., a California limited partnership | 8:18-bk-13202 CB | 8/29/2018 | Voluntary Chapter 11 | Hon. Catherine E. Bauer | U.S. Bankruptcy Court, Central District of California, Santa Ana Division | Pending |
| In re Ruby's Diner, Inc., a California corporation | 8:18-bk-13311 CB | 9/5/2018 | Voluntary Chapter 11 | Hon. Catherine E. Bauer | U.S. Bankruptcy Court, Central District of California, Santa Ana Division | Pending |
| In re Ruby's Franchise Systems, Inc., a California corporation | 8:18-bk-13324 CB | 9/6/2018 | Voluntary Chapter 11 | Hon. Catherine E. Bauer | U.S. Bankruptcy Court, Central District of California, Santa Ana Division | Pending |

| Fill in this information to identify the case: |
| --- |

Debtor name       **Ruby's Diner, Inc., a California corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:18-bk-13311CB**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑  *Schedule H: Codebtors* (Official Form 206H)
☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑  Other document that requires a declaration    **List of Equity Security Holders, Statement of Related Cases; Corporate Ownership Statement, Verification of Master Mailing List of Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/28/2018                          X _____
                                                                    Signature of individual signing on behalf of debtor

                                                                    **Douglas S. Cavanaugh**
                                                                    Printed name

                                                                    **Chief Executive Officer**
                                                                    Position or relationship to debtor

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**William N. Lobel (SBN 93202)**
**Pachulski Stang Ziehl & Jones LLP**
**650 Town Center Drive, Suite 1500**
**Costa Mesa, CA  92626**
**Telephone:  (714) 384-4740**
**Facsimile:  (714) 384-4741**
**Email: wlobel@pszjlaw.com**

FOR COURT USE ONLY

☐   *Debtor(s) appearing without an attorney*
☑   *[Proposed] Attorney for Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Ruby's Diner, Inc., a California corporation,**

Debtor(s).

CASE NO.: **8:18-bk-13311 CB**
CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __20__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  9/28/2018

Douglas S. Cavanaugh, Chief Executive Officer

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**