William N. Lobel – State Bar No. 93202
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Telephone: (714) 384-4740
Facsimile:  (714) 384-4741
E-mail:     wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diners, Inc., *et al.*
Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>RUBY'S DINER, INC., a California corporation, *et al.*,[1]<br>    Debtors and Debtors-in Possession,<br>Affects:<br>☒ All Debtors<br>☐ RUBY'S DINER, INC., ONLY<br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br>Chapter 11<br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br>Chapter 11<br>**STIPULATION RESOLVING THE LIMITED OBJECTION OF U.S. TRUSTEE TO APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL**<br>**[Relates to Docket Nos. 94 and 105]**<br>[NO HEARING REQUIRED UNLESS REQUESTED PER L.B.R. 2014-1(b)] |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

DOCS_LA:317269.2 76135/003    1

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES-IN-INTEREST:**

This stipulation (the "Stipulation") is made between the Office of the United States Trustee (the "UST") and Pachulski Stang Ziehl & Jones LLP (the "Firm") (collectively the UST and the Firm are referred to as the "Parties"), by and through their respective counsel, represent and stipulate as follows:

## RECITALS

1. On August 29, 2018, the SoCal Debtors[2] filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Together, the RDI and the SoCal Debtors are the "Debtors" herein. On September 5, 2018, RDI filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. On September 5, 2018, the Court entered an order jointly administering the Debtors' cases (the "Cases"), with the RDI Case designated as the "Lead Case." [Docket No. 6].

2. On September 28, 2018, the Debtors filed their *Application of Debtors and Debtors in Possession to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective as of the Petition Date* (the "Application") [Docket No. 94].

3. On October 5, 2018, the UST filed a *Limited Objection of U.S. Trustee to Application of Debtors to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel* (the "Limited Objection") [Docket No. 105].

4. The Firm desires to seek authorization for monthly payments under Local Bankruptcy Rule 2016-1(b), and seeks by way of this Stipulation to resolve the Objection, as set forth below:

## STIPULATION

1. The Recitals set forth above are each incorporated into and made a part of this Stipulation.

2. The Firm requests that it be authorized to be paid fees and expenses on a monthly basis, in accordance with the cash collateral budget (the "Budget") submitted as part of the Debtors

---

[2] Capitalized terms utilized herein that are not otherwise defined shall l have the meanings ascribed to such terms in the Application (as defined hereinbelow).

motion authorizing the Debtors to use cash collateral filed on September 5, 2018 (the "Cash Collateral Motion"), as approved by this Court by order entered September 10, 2018 [Docket Nos. 7 and 30, respectively].

3. In compliance with the Guide to Applications for Employment of Professionals and Treatment of Retainers promulgated by the Office of the United States Trustee (the "Employment Guide"), the Firm will serve a monthly fee statement upon the Debtors, the United States Trustee, the Committee, and Committee's counsel and on those parties that have requested special notice. If no written objection is filed with respect to the Firm's monthly statement within ten (10) days after the service of such invoice on the various parties referenced above, the Firm will be paid the amount of its monthly statement in accordance with the Budget less a 20% holdback of the fees incurred. However, if a written objection to the Firm's monthly statement is filed, the Firm will not be paid the disputed amount until the objection has been resolved.

4. It is contemplated that the Firm will seek interim compensation during the Cases as permitted by sections 327, 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in these Cases will be subject to the approval of the Court. No funds paid pursuant to the Budget in accordance with the proposed monthly payment procedure will be deemed to be allowed by the Court until approval is obtained through the fee application process, and the fees and costs are allowed.

5. Not more frequently than every four (4) months, the Firm will file an application with the Court seeking allowance of its fees and costs to be paid from property of the Debtors' estates. At the hearing on such an application, the Firm will also seek to be paid the holdback to date. At the conclusion of the Cases, the Firm will file an appropriate application seeking final allowance of all fees and costs, regardless of whether interim compensation has been paid to the Firm. Upon allowance of such fees and costs, the Firm will seek compensation from the Debtors for the difference between the interim compensation paid to the Firm and the amounts allowed.

6. No hearing will be required on the Application as a consequence of the resolution of the Limited Objection pursuant to this Stipulation.

IT IS SO STIPULATED.

Dated: October 11, 2018          PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ William N. Lobel
William N. Lobel
[Proposed] Attorneys for Ruby's Diner, Inc., *et al.*, Debtors and Debtors-in-Possession

Dated: October 11, 2018          PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ Michael Hauser
Michael Hauser
Attorney for the U. S. Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled: **STIPULATION RESOLVING THE LIMITED OBJECTION OF U.S. TRUSTEE TO APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/11/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/11/2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/11/2018 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:316841.1 76135/001

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - **George B Blackmar**   gblackmar@bpslaw.net
   - **Meghan Canty**   mcanty@tocounsel.com, lkwon@tocounsel.com;sschuster@tocounsel.com
   - **Aaron Davis**   aaron.davis@bryancave.com, kat.flaherty@bryancave.com
   - **Alan J Friedman**   afriedman@shbllp.com, lgauthier@shbllp.com
   - **Richard H Golubow**   rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
   - **Michael J Hauser**   michael.hauser@usdoj.gov
   - **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
   - **David S Kupetz**   dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
   - **William N Lobel**   wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
   - **Robert S Marticello**   Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
   - **Jessica G McKinlay**   mckinlay.jessica@dorsey.com
   - **Malcolm D Minnick**   dminnick@pillsburylaw.com, m.minnick@comcast.net
   - **Valerie Smith**   claims@recoverycorp.com
   - **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
   - **Matthew S Walker**   matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001