William N. Lobel – State Bar No. 93202
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail: wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diners, Inc., *et al.*
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,[1]<br><br>    Debtors and Debtors-in-Possession,<br><br>Affects:<br><br>☒ All Debtors<br>☐ RUBY'S DINER, INC., ONLY<br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**STIPULATION BETWEEN THE DEBTORS AND FAMILY TREE PRODUCE, INC. RESOLVING OMNIBUS OBJECTION OF FAMILY TREE PRODUCE, INC. TO DEBTORS' EMERGENCY MOTIONS FOR ORDER (A) AUTHORIZING INTERIM USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL, AND (C) GRANTING RELATED RELIEF**<br><br>[Relates to Docket No. 36]<br><br>DATE:     October 22, 2018<br>TIME:      10:00 a.m.<br>PLACE:   **Courtroom 5D**<br>               **411 West Fourth Street**<br>               **Santa Ana, CA  92701** |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

DOCS_LA:317174.7 76135/003                                    1

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, CERTAIN CREDITORS AND PARTIES-IN-INTEREST:**

This Stipulation ("Stipulation") is made between Family Tree Produce, Inc. ("Family Tree") and Ruby's Diner, Inc., a California corporation ("RDI"); Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, SoCal Diners, Quality, Ruby's Huntington Beach, Ruby's Laguna Hills, Ruby's Oceanside and Ruby's Palm Springs are referred to herein as the "SoCal Debtors" and, together with RDI, the "Debtors") with respect to the following:

## RECITALS

1. On August 29, 2018, the SoCal Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On September 5, 2018, RDI filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. On September 5, 2018, the Court entered an order jointly administering the Debtors' cases (these "Cases"), with the RDI Case designated as the "Lead Case." [Docket No. 6].

2. On August 30, 2018, the SoCal Debtors filed their *Notice of Emergency Motion and Emergency Motion by Debtors for Order (A) Authorizing Interim Use of Cash Collateral; (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief; Memorandum of Points and Authorities* in the SoCal Debtors' cases (the "SoCal Debtors' Motion") [Docket No. 13].

3. On August 30, 2018, Opus Bank ("Opus") filed an objection to the SoCal Debtors' Cash Collateral Motion [Docket No. 22].

4. On August 31, 2018, Opus and the SoCal Debtors entered into a stipulation authorizing interim use of cash collateral (the "SoCal Debtors' Cash Collateral Stipulation") [Docket

No. 33], and on August 31, 2018 the Court entered its order granting the SoCal Debtors' Cash Collateral Stipulation [Docket No. 34].

5. On September 5, 2018, RDI filed its *Notice of Emergency Motion and Emergency Motion by Debtors for Order (A) Authorizing Interim Use of Cash Collateral; (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief; Memorandum of Points and Authorities* in the RDI case (the "RDI Cash Collateral Motion") [Docket No. 7].

6. On September 6, 2018, Opus filed an objection to the RDI Cash Collateral Motion [Docket No. 19].

7. On September 10, 2018, the Court entered its order granting the RDI Cash Collateral Motion (the "RDI Cash Collateral Order") [Docket No. 30].[2]

8. On September 10, 2018, Family Tree filed its *Omnibus Objection Of Family Tree Produce, Inc., To The Following Motions: (1) Emergency Motion By Debtors For Order (A) Authorizing Interim Use Of Cash Collateral, (B) Granting Adequate Protection For Use Of Prepetition Collateral, And (C) Granting Related Relief; And (2) Emergency Motion By Debtor Ruby's Diners, Inc. For Order (A) Authorizing Interim Use Of Cash Collateral, (B) Granting Adequate Protection For Use Of Prepetition Collateral, And (C) Granting Related Relief with Proof of Service Filed by Creditor Family Tree Produce, Inc.* (the "Family Tree Objection") [Docket No. 36].

9. Family Tree supplied perishable fruits and vegetables pre-petition to Ruby's Huntington Beach, Ruby's Laguna Hills, Ruby's Oceanside and Ruby's Palm Springs (the "PACA Debtors") and timely and properly preserved its trust rights under the Perishable Agricultural Commodities Act, 7 U.S.C. 499 ("PACA") regarding the produce supplied. Family Tree is also supplying perishable fruits and vegetables post-petition to the PACA Debtors and timely and properly preserving its trust rights under the PACA regarding the post-petition produce supplied.

---

[2] The RDI Cash Collateral Order granted the use of cash collateral on an interim basis, and scheduled September 24, 2018 for the final hearing on the RDI Cash Collateral Motion (the "RDI Cash Collateral Hearing"). On September 24, 2018, the Court continued the RDI Cash Collateral Hearing to October 22, 2018.

DOCS_LA:317174.3 76135/003                    3

10. Family Tree has asserted super-priority PACA trust claims against each of the Debtors for pre-petition sales of produce that remain unpaid because of alleged commingling of trust assets among the Debtors.

11. Family Tree and the Debtors desire to amicably resolve their difference with respect to the alleged PACA trust claims in accordance with the terms of this Stipulation and have agreed to the following:

**STIPULATION**

NOW THEREFORE, THE PARTIES TO THIS STIPULATION, FOR GOOD AND VALUABLE CONSIDERATION, COVENANT AND AGREE AS FOLLOWS:

1. Family Tree retains a PACA trust claim against each of the Debtors until the amounts claimed by Family Tree as the basis for the pre-petition and post-petition PACA trust claims are paid in full. The Debtors acknowledge that Family Tree has a super priority PACA trust claim, to the extent validly qualified and preserved, to the assets of the Debtors and will retain all rights afforded under PACA, notwithstanding anything to the contrary in any prior orders or stipulations, none of which shall be construed to prime, diminish or impair Family Tree's PACA trust rights.

2. Each of the PACA Debtors will pay for new, post-petition supplies from Family Tree on a weekly basis, paying on each Thursday for the supplies delivered during the prior seven days.

3. The parties agree that the pre-petition amounts that are owed to Family Tree upon which the PACA trust claims are based are:

   a) Ruby's Huntington Beach: $17,003
   b) Ruby's Oceanside: $15,750
   c) Ruby's Palm Springs: $7,800
   d) Ruby's Laguna Hills: $7,113

4. In addition to the weekly payments to be made pursuant to paragraph 2 above, the PACA Debtors will make the following payment on each Thursday to be applied to payment of the amounts set forth in paragraph 3 above:

   a) Ruby's Huntington Beach: $680 per week
   b) Ruby's Oceanside: $788 per week

  c) Ruby's Palm Springs: $520 per week

  d) Ruby's Laguna Hills: $474 per week

5. Once the weekly extra payments have resulted in payment in full of the amounts stated in paragraph 3 above as to any restaurant, payments for supplies from Family Tree to that restaurant will convert to 15 day terms.

6. If there is a default in any of the payment terms above which is not cured within 3 business days after written notice to Debtors' counsel, Family Tree may seek emergency relief from the Bankruptcy Court to terminate the use of cash collateral by the Debtors. **Debtors shall be limited to two defaults.**

7. Family Tree and the Debtors agree that this Agreement will become effective upon the entry by the Bankruptcy Court of an order approving this Stipulation, and that the Family Tree Objection shall be withdrawn.

**IT IS SO STIPULATED.**

Dated: October 10, 2018

          RUBY'S DINER, INC.
          RUBY'S SOCAL DINERS, LLC
          RUBY'S QUALITY DINERS, LLC
          RUBY'S HUNTINGTON BEACH, LTD.
          RUBY'S LAGUNA HILLS, LTD.
          RUBY'S OCEANSIDE, LTD.
          RUBY'S PALM SPRINGS, LTD.

By: _____
    Douglas S. Cavanaugh
    Authorized Signatory

Dated: October __, 2018    FAMILY TREE PRODUCE, INC.

By: _____
    Name: Frank Guzman
    Its: Controller

      c) Ruby's Palm Springs: $520 per week

      d) Ruby's Laguna Hills: $474 per week

5. Once the weekly extra payments have resulted in payment in full of the amounts stated in paragraph 3 above as to any restaurant, payments for supplies from Family Tree to that restaurant will convert to 15 day terms.

6. If there is a default in any of the payment terms above which is not cured within 3 business days after written notice to Debtors' counsel, Family Tree may seek emergency relief from the Bankruptcy Court to terminate the use of cash collateral by the Debtors. **Debtors shall be limited to two defaults.**

7. Family Tree and the Debtors agree that this Agreement will become effective upon the entry by the Bankruptcy Court of an order approving this Stipulation, and that the Family Tree Objection shall be withdrawn.

**IT IS SO STIPULATED.**

Dated: October 10, 2018

    RUBY'S DINER, INC.
    RUBY'S SOCAL DINERS, LLC
    RUBY'S QUALITY DINERS, LLC
    RUBY'S HUNTINGTON BEACH, LTD.
    RUBY'S LAGUNA HILLS, LTD.
    RUBY'S OCEANSIDE, LTD.
    RUBY'S PALM SPRINGS, LTD.

By: _____
    Douglas S. Cavanaugh
    Authorized Signatory

Dated: October 10, 2018    FAMILY TREE PRODUCE, INC.

By: _____
    Name: Frank Guzman
    Its: Controller

Agreed as to form and content.

Dated:   October 10, 2018                    PACHULSKI STANG ZIEHL & JONES LLP

                                             By:   /s/ William N. Lobel
                                                   William N. Lobel
                                                   [Proposed] Attorneys for the captioned
                                                   Debtors and Debtors-in-Possession

Dated:   October 12, 2018                    SMILEY WANG-EKVALL, LP

                                             By:   [signature]
                                                   Robert S. Marticello
                                                   Attorneys for Family Tree Produce, Inc.

Dated:   October 11, 2018                    MCCARRON & DIESS

                                             By:   [signature]
                                                   Mary Jean Fassett
                                                   Attorneys for Family Tree Produce, Inc.

DOCS_LA:317174.3 76135/003                   6

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **STIPULATION BETWEEN THE DEBTORS AND FAMILY TREE PRODUCE, INC. RESOLVING OMNIBUS OBJECTION OF FAMILY TREE PRODUCE, INC. TO DEBTORS' EMERGENCY MOTIONS FOR ORDER (A) AUTHORIZING INTERIM USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL, AND (C) GRANTING RELATED RELIEF** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/12/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/12/2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/12/2018 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* 

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:316841.1 76135/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**    gblackmar@bpslaw.net
- **Meghan Canty**    mcanty@tocounsel.com, lkwon@tocounsel.com;sschuster@tocounsel.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Richard H Golubow**    rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**    mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**    dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

# Manual Notice List

2. **SERVED BY OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:

Via Overnight Mail:
The Honorable Catherine E. Bauer, United States Bankruptcy Court,
Central District of California, Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 (courtesy bin)
Santa Ana, CA 92701-4593

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001