PETER C. ANDERSON
United States Trustee
Michael Hauser  (Bar No. 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:   Michael.Hauser@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**RUBY'S DINER, INC., a California corporation, et al.,**<br><br>　　　Debtors and Debtors-in-Possession,<br><br>Affects:<br><br>☐  **All Debtors**<br><br>**X**  RUBY'S DINER, INC., ONLY<br>☐  RUBY'S SOCAL DINERS, LLC, ONLY<br>☐  RUBY'S QUALITY DINERS, LLC, ONLY<br>☐  RUBY'S HUNTINGTON BEACH, ONLY<br>☐  RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐  RUBY'S OCEANSIDE, LTD., ONLY<br>☐  RUBY'S PALM SPRINGS, LTD., ONLY | Case No.  8:18-bk-13311-CB<br><br>CHAPTER 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>LIMITED OBJECTION OF U.S. TRUSTEE TO APPLICATION OF DEBTOR TO EMPLOY GLASS RATNER ADVISORY & CAPITAL GROUP LLC AS FINANCIAL ADVISOR TO RUBY'S DINER, INC. ONLY<br><br><br><br>DATE:    HEARING REQUESTED<br>TIME:<br>CTRM:    5D |

**TO THE HONORABLE CATHERINE BAUER, DEBTOR, PROPOSED DEBTOR'S ATTORNEY, AND PARTIES IN INTEREST:**

The U.S. Trustee files this limited objection to the employment of ***Glass Ratner Advisory & Capital Group LLC*** ("the Firm") as financial advisor to Ruby's Diner, Inc. only, and requests a hearing on the matter pursuant to Local Bankruptcy Rules 2014-1(b)(5) and 9013-1(o)(4), absent a resolution of the matter.

The bases for the objection is as follows:

First, section 327(a) of the Code requires professionals seeking to be employed must be both disinterested and not adverse to the estate. The disinterested prong is defined in section 101(14) of the Code. *Inter alia*, it provides that a creditor of the estate is not disinterested. *See* 11 U.S.C. §101(14)(A). In addressing this issue, the Firm's application, at page 6, lines 17-18, states that it has a pre-petition claim in the amount of $55,058 against Ruby's Diner, Inc. and that it will waive its claim (*see also* declaration of Mr. Issa at paragraph 15 of the application). However, a review of the schedules of Ruby's Diner, Inc. reflects that the Firm has an undisputed, non-contingent, liquidated claim against Ruby's Diner, Inc. in the amount of $266,087 (*see* creditor 2.134 at dkt. # 98 at page 70 of 155). Therefore, under section 1111(a) of the Code, a proof of claim in the amount $266,087 is deemed filed on behalf of the Firm. Accordingly, absent a waiver of this claim in the amount of $266,087 the firm is not disinterested and cannot be employed by Ruby's Diner, Inc.

Second, the cash collateral budget submitted in the Ruby's Diner, Inc. case contemplates monthly payments to the Firm of $25,000[1]. Under Local Bankruptcy Rule 2016-1(b), the Firm is required to seek Court authorization when seeking payments in this fashion. While the Firm's application makes a passing reference to Local Bankruptcy Rule 2016-1 and its intent on seeking monthly compensation (see app at 7:6-7) it fails to comply with the Guide to Applications for Employment of Professionals and Treatment of Retainers promulgated by the Office of the

---

[1] Of note, the cash collateral budgets are dependent upon DIP financing which has yet to be approved by this Court.

United States Trustee (the "Employment Guide").  Pursuant to the Employment Guide, the Firm is required to serve a monthly fee statement upon the Debtor, the United States Trustee, the Committee, the Committee's counsel, and on those parties that have requested special notice. Thereafter, if no written objection is filed with respect to the Firm's monthly statement within ten (10) days after the service of such invoice on the various parties referenced above, the Firm will be paid the amount of its monthly statement pursuant to the Court-approved Budget subject to the *Knudsen* holdback discussed below. The Firm's application fails to reference the Employment Guide and its willingness to abide by the aforementioned procedures.

Finally, the Court should limit the monthly payments to the Firm to the lesser of (1) eighty (80%) percent of the amount billed or (2) the Court approved line item in the Debtor's cash collateral budget.  In support of his position, the U.S. Trustee cites to *In re Knudsen Corp.*, 84 B.R. 668 (9th Cir. BAP 1988), where the court there held that a holdback provided the necessary safeguard so that professionals could respond to any reassessment of fees. *Id.* at 672-673.

For the forgoing reasons, the Firm should set a hearing absent a resolution of the matter.

DATED:  October 12, 2018　　　　　　　　　　　　　PETER C. ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael Hauser
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: Michael Hauser
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the U.S. Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 3801 University Ave.,#720, Riverside, CA  92501

A true and correct copy of the foregoing document entitled  LIMITED OBJECTION OF U.S. TRUSTEE TO APPLICATION OF DEBTOR TO EMPLOY GLASS RATNER ADVISORY & CAPITAL GROUP LLC AS FINANCIAL ADVISOR TO RUBY'S DINER, INC. ONLY
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On **October 15, 2018,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- George B Blackmar    gblackmar@bpslaw.net
- Meghan Canty    mcanty@tocounsel.com, lkwon@tocounsel.com;sschuster@tocounsel.com
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Alan J Friedman    afriedman@shbllp.com, lgauthier@shbllp.com
- Richard H Golubow    rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- David S Kupetz    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- William N Lobel    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- Robert S Marticello    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Jessica G McKinlay    mckinlay.jessica@dorsey.com
- Malcolm D Minnick    dminnick@pillsburylaw.com, m.minnick@comcast.net
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

**2. SERVED BY UNITED STATES MAIL**:  On **October 15, 2018,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Ruby's Diner, Inc., a California corporation**
**Attention:** Douglas Cavanaugh
4100 MacArthur Blvd., Suite 310
Newport Beach, CA 92660

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 15, 2018,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS OVERNIGHT MAIL**:

Honorable Catherine E. Bauer—U.S. Bankruptcy Court, 411 W. 4th St., 5th fl., Santa Ana, CA  92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/15/18 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**