1 William N. Lobel (CA Bar No. 93202)
PACHULSKI STANG ZIEHL & JONES LLP
2 650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
3 Telephone: (714) 384-4740
Facsimile: (714) 384-4741
4 E-mail: wlobel@pszjlaw.com

5 [Proposed] Attorneys for Ruby's Diner, Inc., *et al.,*
Debtors and Debtors-in-Possession

6

7

8

# UNITED STATES BANKRUPTCY COURT

9 ## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

10 In re:

11 RUBY'S DINER, INC., a California corporation, *et al.,*[1]

12

Debtors and Debtors-in-Possession,

13 Affects:

14

15 ☒ All Debtors

16 ☐ RUBY'S DINER, INC., ONLY

17 ☐ RUBY'S SOCAL DINERS, LLC, ONLY

18 ☐ RUBY'S QUALITY DINERS, LLC, ONLY

19 ☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY

20 ☐ RUBY'S LAGUNA HILLS, LTD. ONLY

21 ☐ RUBY'S OCEANSIDE, LTD., ONLY

22 ☐ RUBY'S PALM SPRINGS, LTD., ONLY

23

Case No. 8:18-bk-13311-CB

Chapter 11

(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)

**UPDATED CHAPTER 11 STATUS REPORT DATED OCTOBER 15, 2018; DECLARATION OF DOUGLAS S. CAVANAUGH IN SUPPORT THEREOF**

DATE: October 22, 2018
TIME: 10:00 p.m.
CTRM: 5D
PLACE: 411 West Fourth Street
Santa Ana, CA 92701

24

25

26

27

28

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE 20 LARGEST UNSECURED CREDITORS, SECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

On August 29, 2018, Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, the "SoCal Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On September 5, 2018, Ruby's Diner, Inc., a California corporation ("RDI") filed a related chapter 11 case. RDI and the SoCal Debtors are referred to herein as the "Debtors." On September 5, 2018, the Court entered an order jointly administering the Debtors' cases, with RDI designated as the lead debtor.

No party has requested the appointment of a trustee or examiner in the Debtors' cases. On September 19, 2018, the Office of the United States Trustee (the "UST") appointed an official committee of unsecured creditors in the RDI case (the "Committee").

On September 5, 2018, Ruby's Franchise Systems, Inc., a California corporation ("RFS"), an entity affiliated with the Debtors through common ownership and control, commenced a separate chapter 11 proceeding.

## A.    INITIAL STATUS REPORT

This Status Report is an update to the Debtors' initial status report filed with the Court on September 19, 2018 (the "Initial Status Report") [Docket No. 65], which Initial Status Report is incorporated herein by this reference.[2] In support of this Status Report, attached hereto is the Declaration of Douglas S. Cavanaugh (the "Cavanaugh Declaration").

## B.    MEETING OF CREDITORS

The SoCal Debtors' meeting of creditors was conducted on October 3, 2018 (the "SoCal

---

[2] Capitalized terms not defined herein have the meanings ascribed to them in the Initial Status Report.

UPDATED CHAPTER 11 STATUS REPORT

1     Debtors 341(a)").  RDI's meeting of creditors is scheduled for October 15, 2018 (the "RDI 341(a)").

2     **C.  REQUIREMENTS OF THE CHAPTER 11 DEBTORS-IN-POSSESSION**

3        With the exception of the monthly operating reports (the "MORs"), which, as discussed

4 below, will be filed by October 22, 2018 pursuant to an agreement with the UST as to the reporting

5 periods, the Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the

6 Bankruptcy Code, and the requirements of Rule 2015(2)(a) and (b) of the Local Bankruptcy Rules

7 (the "Local Rules").  The Debtors are also in compliance with the UST requirements.  Since the

8 filing of the Initial Status Report in these Cases, the Debtors have closed their prepetition bank

9 accounts.  Evidence of the closing of the prepetition bank accounts is attached to the Cavanaugh

10 Declaration as Exhibit "A."

11        In compliance with Rule 2015.3, on September 26, 2018, the Debtors filed their Periodic

12 Reports on Related Entities Regarding Value, Operations and Profitability of Entities in Which the

13 Estates Hold a Substantial or Controlling Interest [Docket Nos. 91, 92 and 93, respectively].

14        On September 28, 2018, the Debtors filed their Schedules of Assets and Liabilities (the

15 "Schedules") and Statements of Financial Affairs (the "SOFAs").  Once RDI's 341(a) has been

16 concluded, the Debtors will determine if amended Schedules need to be filed.

17        As noted above, the Debtors will file their MORs by October 22, 2018.  The delay in filing

18 the MORs was the result of the Debtors' historically utilizing a 13-period process for preparing their

19 financial reporting.   As converting the Debtors' reporting to a monthly basis would be time-

20 consuming and would not be cost-effective, the Debtors sought and obtained the agreement of the

21 UST to continue to provide their reporting on a 13-period basis.  Because some periods have ending

22 dates as late as 12 days after the ending of the month, however, preparing and submitting the MORs

23 by the 15th of each month would not be possible.  Therefore, the Debtors have proposed, with the

24 UST's agreement, that the MORs will be filed 15 days following the ending of each of period, as set

25 forth in Exhibit "B" to the Cavanaugh Declaration.

26        The UST quarterly fees for the quarter ending September 30, 2018 are due on October 31,

27 2018, and will be paid by the Debtors by the payment deadline.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

1    **D.    EMPLOYMENT OF PROFESSIONALS**

2    The Debtors have retained Pachulski Stang Ziehl & Jones LLP ("PSZJ") to represent them as

3    their general insolvency counsel and, on September 28, 2018, the Debtors filed their application for

4    approval of PSZJ as general insolvency counsel to the Debtors (the "PSZJ Application") [Docket

5    No. 94].  On October 5, 2018, the UST filed a limited objection to the PSZJ Application (the "UST

6    Limited Objection") [Docket No. 105] and, on October 11, 2018, PSZJ and the UST entered into a

7    stipulation resolving the UST Limited Objection, which was filed with the Court on October 11,

8    2018 [Docket No. 107].  On October 12, 2018 Opus Bank filed a limited objection and reservation of

9    rights with respect to the PSZJ Application (the "Opus Limited Objection") [Docket No. 109], and

10    requested a hearing.  The hearing on the Opus Limited Objection is scheduled for October 22, 2018.

11    The Debtors have retained Donlin Recano & Company, Inc. ("DRC") as their claims and

12    noticing agent and, on September 28, 2018, the Debtors filed their application for approval of DRC

13    as their claims and noticing agent (the "DRC Application") [Docket No. 96].  The DRC Application

14    is currently pending with the Court.

15    RDI has retained GlassRatner Advisory & Capital Group LLC ("GRA") as its financial

16    advisor, and on October 2, 2018, RDI filed its application for approval of GRA as its financial

17    advisor (the "GRA Application") [Docket No. 100].  The GRA Application is currently pending with

18    the Court.

19    The Debtors have retained AFP Saddington LLP ("AFPS") at their accountants for the

20    purpose of preparing the Debtors' 2017 Federal and State tax returns.  The Debtors anticipate filing

21    the AFPS employment application by October 18, 2018.

22    The Debtors anticipate retaining Jeffrey M. Verdon Law Group, LLP to serve as their tax and

23    corporate structuring attorneys.

24    **E.    USE OF CASH COLLATERAL AND BUDGET MOTION**

25    Since the Petition Dates, the Debtors have continued to operate the Company's business in

26    the ordinary course without material change from their pre-petition operations.  The Debtors' major

27    assets and liabilities remain substantially the same as described in the Initial Status Report.

28

With respect to RDI, the following entities claim an interest in RDI's cash collateral:  (1) Credit Management Association, as collateral agent for RDI's noteholders; (2) the Internal Revenue Service; (3) Pillsbury Winthrop Shaw Pittman LLP; and (4) Family Tree Produce (PACA claimant). In the SoCal Debtors' cases, the following entities assert an interest in some or all of the SoCal Debtors' cash collateral:  (1) Opus Bank; (2) C&C Partnership; (3) Pillsbury Winthrop Shaw Pittman LLP; (4) Plaza Bonita, LLC; and (5) Family Tree Produce (PACA claimant).

SoCal Debtors:  On August 30, 2018, the SoCal Debtors filed their Motion and Emergency Motion by Debtors for Order (A) Authorizing Interim Use of Cash Collateral; (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief (the "SoCal Cash Collateral Motion") [Docket No. 13].  On August 30, 2018, Opus Bank filed its objection to the SoCal Cash Collateral Motion [Docket No. 22].  On August 31, 2018, the Debtors and Opus Bank entered into a Stipulation for Order (A) Authorizing Interim Use of Cash Collateral; (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief (the "Opus Cash Collateral Stipulation") [Docket No. 33], and on August 31, 2018, the Court entered its interim order granting the Opus Cash Collateral Stipulation, and continued the hearing on the SoCal Cash Collateral Motion to September 24, 2018 [Docket No. 31].  On September 24, 2018, on the Court's own order, the hearing on the SoCal Cash Collateral Motion was continued to October 22, 2018.

RDI:  On September 5, 2018, RDI filed its Motion and Emergency Motion by Debtors for Order (A) Authorizing Interim Use of Cash Collateral; (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief (the "RDI Cash Collateral Motion") [Docket No. 7].  On September 6, 2018, Opus Bank filed its objection to the RDI Cash Collateral Motion [Docket No. 19].  On September 6, 2018, the Court held a hearing on the RDI Cash Collateral Motion, and on September 10, 2018, the Court entered its order granting the RDI Cash Collateral Motion on an interim basis, and scheduled a final hearing on the RDI Cash Collateral Motion September 24, 2018 [Docket No. 30].  On September 24, 2018, on the Court's own order, the hearing  on the RDI Cash Collateral Motion was continued to October 22, 2018.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

UPDATED CHAPTER 11 STATUS REPORT

1   On September 10, 2018, Family Tree Produce, Inc. ("FTP"), a PACA claimant, filed an

2   objection to the RDI Cash Collateral Motion (the "FTP Objection") [Docket No. 36].  The Debtors

3   and FTP entered into a stipulation resolving the FTP Objection (the "FTP Stipulation"), and on

4   October 12, 2018, the FTP Stipulation was filed with the Court [Docket No. 108].  The FTP

5   Stipulation is currently pending with the Court.  On September 24, 2018, on the Court's own order,

6   the hearing on the FTP Objection was continued to October 22, 2018.

7   **F.     DEBTOR IN POSSESSION FINANCING MOTION**

8   As discussed in the Initial Status Report, and in accordance with the Plan Support

9   Agreement, the Debtors and RFS contemplate that they will propose a joint chapter 11 plan of

10  reorganization in their chapter 11 cases, pursuant to which, among other things, the RDI/RFS

11  License Agreement will be terminated and the surviving merged entity will assume the role of

12  franchisor of the Ruby's® brand.  The Plan Support Agreement further provides for Two Million

13  Dollars ($2,000,000) in debtor-in-possession financing (the "DIP Financing") from Mr. Craig or his

14  designee (the "DIP Lender"), the provision of plan funding by Mr. Craig by way of contribution of

15  the DIP Financing, contribution of a note in the face amount of One Million Dollars ($1,000,000)

16  owed by RFS to Mr. Craig, and new funds in the amount of One Million Dollars ($1,000,000).  In

17  addition, the Company Founders will make a "new value" contribution on the Effective Date of the

18  Plan.  As a result of the proposed implementation of the Plan Support Agreement, all of the assets of

19  RDI and RFS will be owned by a reorganized RDI and reorganized RDI will be owned 60% by

20  Steve Craig, 24% by Douglas Cavanaugh and 16% by Ralph Kosmides.

21  Since the previous status conference, the Debtors and the DIP Lender have been actively

22  involved in the preparation of the DIP Financing documentation and the motion seeking approval of

23  the DIP Financing (the "DIP Financing Motion"), and anticipate filing the DIP Financing Motion

24  before October 19, 2018.

25  **G.     INSURANCE FINANCING MOTION**

26  On September 19, 2018, the Debtors filed their motion for authority to enter into an

27  insurance premium financing agreement and to provide adequate protection (the "Insurance

28  Financing Motion") [Docket No. 70].  The Court heard the Insurance Financing Motion on

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

September 21, 2018, and requested certain additional information, and the Debtors filed an amended

Insurance Financing Motion on September 21, 2018 (the "Amended Insurance Financing Motion)

[Docket No. 80].  On September 21, 2018, the Court entered its order granting the Amended

Insurance Financing Motion [Docket No. 84].

## H.   FUTURE MOTIONS

The Debtors are in the process of analyzing certain issues regarding the monies owed by and

between RDI, RFS and the Ruby's® franchisees/licensees (the "Franchisees"), and the most

appropriate means of allowing funds to flow in connection with the Ruby's franchise system.

Typically, in the past, when a consumer purchased a Ruby's gift card (at a discount) from

Costco and the consumer used the card to purchase food at a Ruby's franchise restaurant, RDI was

required to pay the Franchisee an amount that varies among franchises, but is typically 90% of the

amount spent by the consumer at the franchise restaurant.  There exist significant amounts owed to

the Franchisees by RDI on account of Costco reimbursements.

RFS currently serves as the franchisor to the Franchisees, and licenses Ruby's® trademarks,

system and intellectual property (the "Marks and Intellectual Property") from RDI.  Under RFS'

agreements with the Franchisees (the "Franchise Agreements"), RFS (as franchisor) is entitled to a

franchise royalty fee, which is generally the greater of a set dollar amount or four percent (4%) of

"Gross Sales" (as such term is defined in the Franchise Agreements).  As licensor of the Marks and

Intellectual Property to RFS, pursuant to an Amended and Restated Trademark and Intellectual

Property License Agreement, dated June 1, 1990 (the "RDI/RFS License Agreement"), RDI is

entitled to one percent (1%) of the "Gross Sales" generated by RFS and the Franchisees as a license

fee (the "RDI License Fee").

Prepetition, RDI lacked the funds to timely reimburse the Franchisees for honoring the

Costco gift cards presented to them by consumers.  As a result, the Franchisees have withheld

payment of royalties to RFS, and RFS has not paid RDI pursuant to the RDI/RFS License

Agreement.

The Debtors and RFS believe it will be in the best interest of their creditors for the process of

transfers among RDI, RFS and the Franchisees to begin again and the Debtors intend to request that

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

1    the Court authorize this process.

2         In addition, pursuant to various agreements between RDI and RFS, transfers of funds

3    between them were typical and frequent.  The Debtors and RFS believe that it is in the best interests

4    of their creditors for the transfers between the two entities to be normalized, and the Debtors intend

5    to request that the Court authorize this process to continue.

6    **J.**    **DEADLINE FOR FILING OF CLAIMS AND OBJECTIONS TO CLAIMS**

7         The Debtors propose that a bar date for filing claims be set by the Court at the Status

8    Conference.  The Debtors are reviewing claims filed against them for potential objections.  At this

9    early stage of the Cases, however, the Debtors are not yet able to determine the extent of their claim

10   objections.

11   **K.**    **PLAN AND DISCLOSURE STATEMENT**

12        The Debtors will determine the appropriate timing for filing a plan and disclosure statement

13   within the exclusivity periods, but do not anticipate that these Cases will remain in chapter 11 longer

14   than necessary to implement a restructuring as contemplated by the Plan Support Agreement.  The

15   Debtors (and RFS) tentatively anticipate filing a joint plan and disclosure statement before the end of

16   2018.

17   **L.**    **LITIGATION**

18        The Debtors are currently involved in pending litigations in multiple courts in Southern

19   California.  The Debtors have filed notices of stay in those cases, and will continue to monitor their

20   status.

21   **M.**    **AVOIDANCE ACTION**

22        The Debtors will review any potential avoidance actions and do not seek a deadline to file

23   such actions at this early juncture of the Cases.

24

25

26

27

28   / /

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

UPDATED CHAPTER 11 STATUS REPORT

1  **N.**    **UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

2        The Debtors are in the process of reviewing their unexpired leases and executory contracts.

3

4

Dated:    October 15, 2018        PACHULSKI STANG ZIEHL & JONES LLP

5

6

7                    By:    /s/ William N. Lobel

8                        William N. Lobel
                        [Proposed] Attorneys for Ruby's Diner,
                        Inc., *et al.,*  Debtors and Debtors-in-
9                        Possession

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

1

## DECLARATION OF DOUGLAS S. CAVANAUGH

2

3    I, Douglas S. Cavanaugh, hereby declare that the following is true and correct to the best of

my knowledge, information and belief:

4

5    1.    I am a founder and the Chief Executive Officer ("CEO") of Ruby's Diner, Inc., a

California corporation, the above-captioned debtor and debtor-in-possession ("RDI"). I have served

6

in the capacity of CEO since RDI's incorporation in 1985. I am also a 60% shareholder of RDI.

7

8    2.    On August 28, 2018, Ruby's SoCal Diners, LLC, a Delaware limited liability

company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company

9

("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington

10

Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills");

11

Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm

12

Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, the "SoCal

13

Debtors"), filed chapter 11 cases.

14

3.    On September 5, 2018, RDI filed a related chapter 11 case. RDI and the SoCal

15

Debtors are referred to herein as the "Debtors."

16

4.    On September 5, 2018, the Court entered an order jointly administering the Debtors'

17

Cases, with RDI designated as the lead debtor.

18

5.    No party has requested the appointment of a trustee or examiner in the Debtors'

19

cases. On September 19, 2018, the Office of the United States Trustee (the "UST") appointed an

20

official committee of unsecured creditors in the RDI case (the "Committee").

21

6.    On September 5, 2018, Ruby's Franchise Systems, Inc., a California corporation

22

("RFS"), an entity affiliated with the Debtors through common ownership and control, commenced a

23

separate chapter 11 proceeding.

24

7.    I submit this declaration (the "Declaration") in support of the Debtors' updated

25

chapter 11 status report (the "Status Report") to which this Declaration is appended.[3] Except as

26

otherwise indicated, all statements in this Declaration are based upon my review of the Debtors'

27

books and records, relevant documents and other information prepared or collected by the Debtors'

28

[3] Capitalized terms not defined herein have the meanings ascribed to them in the Status Report, as applicable.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

employees, or my opinion based on my experience with the Debtors' operations and financial condition.

**8.**     With the exception of the monthly operating reports (the "MORs"), which, as discussed below, will be filed by October 22, 2018 pursuant to an agreement with the UST as to the reporting periods, the Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the Bankruptcy Code, and also in compliance with the UST requirements. Since the filing of the Initial Status Report in these Cases, the Debtors have closed their prepetition bank accounts. Evidence of the closing of the prepetition bank accounts is attached hereto as Exhibit "A."

9.     On September 26, 2018, the Debtors filed their Periodic Reports on Related Entities Regarding Value, Operations and Profitability of Entities in Which the Estates Hold a Substantial or Controlling Interest.

10.     On September 28, 2018, the Debtors filed their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs"). Once the RDI 341(a) has been concluded, the Debtors will determine if amended Schedules need to be filed.

11.     As noted above, the Debtors will file their MORs by October 22, 2018. The delay in filing the MORs was the result of the Debtors' historically utilizing a 13-period for preparing their financial reporting. As converting the Debtors' reporting to a monthly basis would be time-consuming and would not be cost-effective, the Debtors sought and obtained the agreement of the UST to continue to provide their reporting on a 13-period basis. Because some periods have ending dates as late as 12 days after the ending of the month, however, preparing and submitting the MORs by the 15th of each month would not be possible. Therefore, the Debtors have proposed, with the UST's agreement, that the MORs will be filed 15 days following the ending of each of period, as set forth in Exhibit "B" to the Cavanaugh Declaration.

12.     The UST quarterly fees for the quarter ending September 30, 2018 are due on October 31, 2018, and will be paid by the Debtors by the payment deadline.

13.     At present, the Debtors have filed applications to employ for: (1) Pachulski Stang Ziehl & Jones LLP as insolvency counsel for the Debtors; (2) Donlin Recano & Company, Inc. as claims agent for the Debtors; and (3) GlassRatner Advisory & Capital Group, LLC, as financial

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

UPDATED CHAPTER 11 STATUS REPORT

advisor for the Debtors.

14.     The Debtors anticipate filing applications to employ for:  (1) AFP Saddington LLP as accountants for the Debtor; and (2) Jeffrey M. Verdon Law Group, LLP to serve as their tax and corporate structuring attorneys.

15.     Since the Petition Dates, the Debtors have continued to operate the Company's business in the ordinary course without material change from their pre-petition operations.  The Debtors' major assets and liabilities remain substantially the same as described in the Initial Status Report.

16.     With respect to RDI, the following entities claim an interest in RDI's cash collateral: (1) Credit Management Association, as collateral agent for RDI's noteholders; (2) the Internal Revenue Service; (3) Pillsbury Winthrop Shaw Pittman LLP; and (4) Family Tree Produce (PACA claimant).  In the SoCal Debtors' cases, the following entities assert an interest in some or all of the SoCal Debtors' cash collateral:  (1) Opus Bank; (2) C&C Partnership; (3) Pillsbury Winthrop Shaw Pittman LLP; (4) Plaza Bonita, LLC; and (5) Family Tree Produce (PACA claimant).

17.     As discussed in the Initial Status Report, and in accordance with the Plan Support Agreement, the Debtors and RFS contemplate that they will propose a joint chapter 11 plan of reorganization in their chapter 11 cases, pursuant to which, among other things, the RDI/RFS License Agreement will be terminated and the surviving merged entity will assume the role of franchisor of the Ruby's® brand.  The Plan Support Agreement further provides for Two Million Dollars ($2,000,000) in debtor-in-possession financing (the "DIP Financing") from Mr. Craig or his designee (the "DIP Lender"), the provision of plan funding by Mr. Craig by way of contribution of the DIP Financing, contribution of a note in the face amount of One Million Dollars ($1,000,000) owed by RFS to Mr. Craig, and new funds in the amount of One Million Dollars ($1,000,000).  In addition, the Company Founders will make a "new value" contribution on the Effective Date of the Plan.  As a result of the proposed implementation of the Plan Support Agreement, all of the assets of RDI and RFS will be owned by a reorganized RDI and reorganized RDI will be owned 60% by Steve Craig, 24% by Douglas Cavanaugh and 16% by Ralph Kosmides.

18.     Since the previous status conference, the Debtors and the DIP Lender have been

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

actively involved in the preparation of the DIP Financing documentation and the motion seeking approval of the DIP Financing (the "DIP Financing Motion"), and anticipate filing the DIP Financing Motion before October 19, 2018.

19.    On September 19, 2018, the Debtors filed their motion for authority to enter into an insurance premium financing agreement and to provide adequate protection (the "Insurance Financing Motion").  The Court heard the Insurance Financing Motion on September 21, 2018, and requested certain additional information, and the Debtors filed an amended Insurance Financing Motion on September 21, 2018 (the "Amended Insurance Financing Motion).  On September 21, 2018, the Court entered its order granting the Amended Insurance Financing Motion.

20.    The Debtors are in the process of analyzing certain issues regarding the monies owed by and between RDI, RFS and the Ruby's® franchisees/licensees (the "Franchisees"), and the most appropriate means of allowing funds to flow in connection with the Ruby's franchise system.

21.    Typically, in the past, when a consumer purchased a Ruby's gift card (at a discount) from Costco and the consumer used the card to purchase food at a Ruby's franchised restaurant, RDI was required to pay the Franchisee an amount that varies among franchises, but is typically 90% of the amount spent by the consumer at the franchised restaurant.  There exist significant amounts owed to the Franchisees by RDI on account of Costco reimbursements.

22.    RFS currently serves as the franchisor to the Franchisees, and licenses Ruby's® trademarks, system and intellectual property (the "Marks and Intellectual Property") from RDI as licensor.  Under RFS' agreements with the Franchisees (the "Franchise Agreements"), RFS (as franchisor) is entitled to a franchise royalty fee, which is generally the greater of a set dollar amount or four percent (4%) of "Gross Sales" (as such term is defined in the Franchise Agreements).  As licensor of the Marks and Intellectual Property to RFS, pursuant to an Amended and Restated Trademark and Intellectual Property License Agreement, dated June 1, 1990 (the "RDI/RFS License Agreement"), RDI is entitled to one percent (1%) of the "Gross Sales" generated by RFS and the Franchisees as a license fee (the "RDI License Fee").

23.    Prepetition, RDI lacked the funds to timely reimburse the Franchisees for honoring the Costco gift cards presented to them by consumers.  As a result, the Franchisees have withheld

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

payment of royalties to RFS, and RFS has not paid RDI pursuant to the RDI/RFS License Agreement.

24.    RFS and I believe it will be in the best interest of their creditors for the process of transfers among RDI, RFS and the Franchisees to begin again and the Debtors intend to request that the Court authorize this process.

25.    In addition, pursuant to various agreements between RDI and RFS, transfers of funds between them were typical and frequent.  The Debtors and RFS believe that it is in the best interests of their creditors for the transfers between the two entities to be normalized, and the Debtors intend to request that the Court authorize this process to continue.

26.    The Debtors propose that a bar date for filing claims be set by the Court at the Status Conference.  The Debtors are reviewing claims filed against them for potential objections.  At this early stage of the Cases, however, the Debtors are not yet able to determine the extent of their claim objections.

27.    The Debtors will determine the appropriate timing for filing a plan and disclosure statement within the exclusivity periods, but do not anticipate that these Cases will remain in chapter 11 longer than necessary to implement a restructuring as contemplated by the Plan Support Agreement.  The Debtors (and RFS) tentatively anticipate filing a joint plan and disclosure statement before the end of 2018.

28.    The Debtors are currently involved in pending litigations in multiple courts in Southern California.  The Debtors have filed notices of stay in those cases, and will continue to monitor their status.

29.    The Debtors will review any potential avoidance actions and do not seek a deadline to file such actions at this early juncture of the Cases.

/ /

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

1    30.    The Debtors are in the process of reviewing their unexpired leases and executory

2 contracts.

3    I declare under penalty of perjury pursuant to the laws of the United States of America that

4 the foregoing is true and correct.

5    Executed October 15, 2018, at Newport Beach, California.

6

7    *[Holographic Signature to Follow]*_____
     Douglas S. Cavanaugh

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

EXHIBIT "A"

Print                                                                    Page 1 of 1

### *Demand Deposit 10947687 - Ruby's Huntington Beach, Ltd.*

| | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| ⊞ Ruby's Huntington Beach, Ltd. | ☑ Owner | | ********* | EIN **-******* |
| 🜋 201 SHIPYARD WAY SUITE E | | | | |
| NEWPORT BEACH CA 92663 | | | | |

Additional Relationships
Tax Name: Ruby's Huntington Beach, Ltd.
See Mailing Information

### *Mailing Label*

Ruby's Huntington Beach, Ltd.               eStatement:                            None
201 SHIPYARD WAY SUITE E
NEWPORT BEACH CA 92663

### *Current Cycle*

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| Balance Forward: | | | Aug 31, 2018 | $212,671.48 |
| Check #283873 | $1,064.00 | | Sep 01, 2018 | $211,607.48 |
| Check #283908 | $2,016.27 | | Sep 01, 2018 | $209,591.21 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365438 | | $8,485.33 | Sep 04, 2018 | $218,076.54 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365438 | | $12,139.07 | Sep 04, 2018 | $230,215.61 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365438 | | $18,974.04 | Sep 04, 2018 | $249,189.65 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365438 | | $19,762.09 | Sep 04, 2018 | $268,951.74 |
| Telephone Transfer to Checking | $26,449.12 | | Sep 04, 2018 | $242,502.62 |
| Check #283915 | $844.86 | | Sep 04, 2018 | $241,657.76 |
| PAYMENTECH DEPOSIT 686217028006 | $2.00 | | Sep 04, 2018 | $241,655.76 |
| COMB. EXC. 5/3 BANKCARD SYS MERCURY COMB. EXC. 4445026453084 RUB | $8.46 | | Sep 04, 2018 | $241,647.30 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365438 | | $15,723.89 | Sep 05, 2018 | $257,371.19 |
| Telephone Transfer to Checking | $257,071.19 | | Sep 05, 2018 | $300.00 |
| BILLNG VANTIV_INTG_PYMT Merch Bankcard 1315232 Rubys Diner - HUNTINGTON BEAC | $8,266.84 | | Sep 05, 2018 | ($7,966.84) |
| Deposit | | $1,390.25 | Sep 06, 2018 | ($6,576.59) |
| Telephone Transfer from Checking | | $8,266.84 | Sep 06, 2018 | $1,690.25 |
| Deposit | | $3,047.26 | Sep 07, 2018 | $4,737.51 |
| Check #283906 | $1,118.95 | | Sep 07, 2018 | $3,618.56 |
| Check #283916 | $1,186.04 | | Sep 07, 2018 | $2,432.52 |
| Check #283917 | $239.83 | | Sep 12, 2018 | $2,192.69 |
| Treasury Management Service Charge | $257.05 | | Sep 17, 2018 | $1,935.64 |
| USBSNGPT CTUIT INC CTUIT SVC - RUBYS - HUNTINGTON BEACH PIER | $135.00 | | Sep 18, 2018 | $1,800.64 |
| Closing Withdrawal | $1,800.64 | | Sep 27, 2018 | $0.00 |
| Balance This Statement: | | | Sep 27, 2018 | $0.00 |

EXHIBIT "A"
Page 16

Print                                                                                    Page 1 of 2

### Demand Deposit 10947745 – Ruby's Laguna Hills, Ltd.

| | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| ⊕ Ruby's Laguna Hills, Ltd. | ☒ Owner | | ********** | EIN **-******* |
| 🌐 201 SHIPYARD WAY SUITE E | | | | |
| NEWPORT BEACH CA 92663 | | | | |

Additional Relationships
Tax Name: Ruby's Laguna Hills, Ltd.
See Mailing Information

### Mailing Label

Ruby's Laguna Hills, Ltd.                         eStatement:                          None
201 SHIPYARD WAY SUITE E
NEWPORT BEACH CA 92663

### Current Cycle

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| Balance Forward: | | | Aug 31, 2018 | $12,991.95 |
| Check #273604 | $518.54 | | Sep 01, 2018 | $12,473.41 |
| Check #273579 | $1,103.00 | | Sep 01, 2018 | $11,370.41 |
| Deposit | | $204.14 | Sep 04, 2018 | $11,574.55 |
| Deposit | | $245.20 | Sep 04, 2018 | $11,819.75 |
| Deposit | | $337.83 | Sep 04, 2018 | $12,157.58 |
| Deposit | | $399.15 | Sep 04, 2018 | $12,556.73 |
| Deposit | | $448.25 | Sep 04, 2018 | $13,004.98 |
| Deposit | | $510.50 | Sep 04, 2018 | $13,515.48 |
| Deposit | | $533.85 | Sep 04, 2018 | $14,049.33 |
| Deposit | | $553.05 | Sep 04, 2018 | $14,602.38 |
| Deposit | | $588.04 | Sep 04, 2018 | $15,190.42 |
| Deposit | | $610.08 | Sep 04, 2018 | $15,800.50 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1255714 | | $3,803.32 | Sep 04, 2018 | $19,603.82 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1255714 | | $3,835.77 | Sep 04, 2018 | $23,439.59 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1255714 | | $4,811.99 | Sep 04, 2018 | $28,251.58 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1255714 | | $5,723.67 | Sep 04, 2018 | $33,975.25 |
| Telephone Transfer to Checking | $11,108.25 | | Sep 04, 2018 | $22,867.00 |
| Check #273608 | $178.52 | | Sep 04, 2018 | $22,688.48 |
| PAYMENTECH DEPOSIT 686217027005 | $2.00 | | Sep 04, 2018 | $22,686.48 |
| EDI PAYMNT UBER USA REF*TN*UL5L9H05SR\ | | $695.70 | Sep 05, 2018 | $23,382.18 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1255714 | | $4,716.53 | Sep 05, 2018 | $28,098.71 |
| Telephone Transfer to Checking | $27,798.71 | | Sep 05, 2018 | $300.00 |
| BILLNG VANTIV_INTG_PYMT Merch Bankcard 1127738 Rubys Diner - Laguna Hills | $2,744.65 | | Sep 05, 2018 | ($2,444.65) |
| Telephone Transfer from Checking | | $2,744.65 | Sep 06, 2018 | $300.00 |
| KMLEE INVEST4924 BILLPMT GW_3365 | | $104.34 | Sep 07, 2018 | $404.34 |

Print                                                          Page 2 of 2

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| Check #273562 | $175.00 | | Sep 07, 2018 | $229.34 |
| Check #273448 | $77.28 | | Sep 10, 2018 | $152.06 |
| EDI PAYMNT UBER USA REF*TN*CIDHZRCUT8\ | | $936.97 | Sep 11, 2018 | $1,089.03 |
| Treasury Management Service Charge | $112.19 | | Sep 17, 2018 | $976.84 |
| EDI PAYMNT UBER USA REF*TN*1U9VB7UZ7B\ | | $665.71 | Sep 18, 2018 | $1,642.55 |
| USBSNGPT CTUIT INC CTUIT SVC - RUBYS - LAGUNA HILLS | $135.00 | | Sep 18, 2018 | $1,507.55 |
| KMLEE INVEST4924 BILLPMT GW_3365 | | $115.39 | Sep 21, 2018 | $1,622.94 |
| EDI PAYMNT UBER USA REF*TN*QENR89CP19\ | | $486.47 | Sep 25, 2018 | $2,109.41 |
| Closing Withdrawal | $2,109.41 | | Sep 27, 2018 | $0.00 |
| Balance This Statement: | | | Sep 27, 2018 | $0.00 |

Print                                                                 Page 1 of 2

### Demand Deposit 10947802 - Ruby's Palm Springs, Ltd.

| | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| ⊕ Ruby's Palm Springs, Ltd. | ☒ Owner | | ********** | EIN **-******* |
| 201 SHIPYARD WAY SUITE E | | | | |
| NEWPORT BEACH CA 92663 | | | | |

Additional Relationships
Tax Name: Ruby's Palm Springs, Ltd.
See Mailing Information

### Mailing Label

Ruby's Palm Springs, Ltd.                eStatement:                           None
201 SHIPYARD WAY SUITE E
NEWPORT BEACH CA 92663

### Current Cycle

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| Balance Forward: | | | Aug 31, 2018 | $37,960.86 |
| Check #323657 | $617.98 | | Sep 01, 2018 | $37,342.88 |
| Check #323629 | $990.00 | | Sep 01, 2018 | $36,352.88 |
| Check #323610 | $20,625.35 | | Sep 01, 2018 | $15,727.53 |
| COURIER DEPOSIT | | $748.00 | Sep 04, 2018 | $16,475.53 |
| COURIER DEPOSIT | | $871.70 | Sep 04, 2018 | $17,347.23 |
| COURIER DEPOSIT | | $1,320.10 | Sep 04, 2018 | $18,667.33 |
| COURIER DEPOSIT | | $1,537.50 | Sep 04, 2018 | $20,204.83 |
| COURIER DEPOSIT | | $2,265.30 | Sep 04, 2018 | $22,470.13 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365432 | | $3,166.00 | Sep 04, 2018 | $25,636.13 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365432 | | $3,536.81 | Sep 04, 2018 | $29,172.94 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365432 | | $6,395.74 | Sep 04, 2018 | $35,568.68 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365432 | | $7,927.79 | Sep 04, 2018 | $43,496.47 |
| Deposit Return Item | $925.03 | | Sep 04, 2018 | $42,571.44 |
| Telephone Transfer to Checking | $14,028.29 | | Sep 04, 2018 | $28,543.15 |
| PAYMENTECH DEPOSIT 686217032010 | $7.95 | | Sep 04, 2018 | $28,535.20 |
| EDI PAYMNT UBER USA REF*TN*BZ54U6XU9J\ | | $1,048.52 | Sep 05, 2018 | $29,583.72 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365432 | | $4,044.61 | Sep 05, 2018 | $33,628.33 |
| Telephone Transfer to Checking | $33,328.33 | | Sep 05, 2018 | $300.00 |
| BILLNG VANTIV_INTG_PYMT Merch Bankcard 1315235 Rubys Diner - PALM SPRINGS | $2,743.12 | | Sep 05, 2018 | ($2,443.12) |
| Telephone Transfer from Checking | | $2,743.12 | Sep 06, 2018 | $300.00 |
| Check #323641 | $251.07 | | Sep 06, 2018 | $48.93 |
| KMLEE INVEST4924 BILLPMT GW_3373 | | $188.68 | Sep 07, 2018 | $237.61 |
| EDI PAYMNT UBER USA REF*TN*0FBNNYYAXB\ | | $741.65 | Sep 11, 2018 | $979.26 |
| Treasury Management Service Charge | $151.93 | | Sep 17, 2018 | $827.33 |
| | | $1,015.54 | Sep 18, 2018 | $1,842.87 |

https://dsmwrfla1nav.secureaps.com/DDA_DDA1151/DDA1151.ASPX?Action=QUICKP...   9/28/2018

Print                                                                Page 2 of 2

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| EDI PAYMNT UBER USA REF*TN*7L5LNPJODM\ USBSNGPT CTUIT INC CTUIT SVC - RUBYS - PALM SPRINGS | $135.00 | | Sep 18, 2018 | $1,707.87 |
| EDI PAYMNT UBER USA REF*TN*NMDYVI4MGT\ | | $565.81 | Sep 25, 2018 | $2,273.68 |
| Closing Withdrawal | $2,273.68 | | Sep 27, 2018 | $0.00 |
| Balance This Statement: | | | Sep 27, 2018 | $0.00 |

Print                                                                                          Page 1 of 1

## Demand Deposit 10947984 - Ruby's Oceanside Diners, Ltd.

|  | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| ⊕ Ruby's Oceanside Diners, Ltd. | Owner | | ********** | EIN **-******* |
| 🌐 201 SHIPYARD WAY SUITE E | | | | |
| NEWPORT BEACH CA 92663 | | | | |

Additional Relationships
Tax Name: Ruby's Oceanside Diners, Ltd.
See Mailing Information

### Mailing Label

Ruby's Oceanside Diners, Ltd.                    eStatement:                    tjenkins@rubys.com
201 SHIPYARD WAY SUITE E
NEWPORT BEACH CA 92663

### Current Cycle

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| Balance Forward: | | | Aug 31, 2018 | $80,831.48 |
| Check #293958 | $671.00 | | Sep 01, 2018 | $80,160.48 |
| Check #293990 | $1,040.22 | | Sep 01, 2018 | $79,120.26 |
| Check #293994 | $1,143.93 | | Sep 01, 2018 | $77,976.33 |
| COURIER DEPOSIT | | $1,150.19 | Sep 04, 2018 | $79,126.52 |
| Deposit | | $1,496.49 | Sep 04, 2018 | $80,623.01 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365444 | | $6,258.26 | Sep 04, 2018 | $86,881.27 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365444 | | $10,043.12 | Sep 04, 2018 | $96,924.39 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365444 | | $14,320.72 | Sep 04, 2018 | $111,245.11 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365444 | | $14,581.69 | Sep 04, 2018 | $125,826.80 |
| Deposit Correction Dr | $0.03 | | Sep 04, 2018 | $125,826.77 |
| Deposit Correction Dr | $17.00 | | Sep 04, 2018 | $125,809.77 |
| Telephone Transfer to Checking | $22,974.41 | | Sep 04, 2018 | $102,835.36 |
| Check #293998 | $1,084.93 | | Sep 04, 2018 | $101,750.43 |
| PAYMENTECH DEPOSIT 686217029007 | $2.00 | | Sep 04, 2018 | $101,748.43 |
| COMB. DEP. 5/3 BANKCARD SYS MERCURY COMB. DEP. TERM 1365444 | | $11,175.11 | Sep 05, 2018 | $112,923.54 |
| Telephone Transfer to Checking | $112,623.54 | | Sep 05, 2018 | $300.00 |
| BILLNG VANTIV_INTG_PYMT Merch Bankcard 1315239 Rubys Diner - OCEANSIDE | $6,581.09 | | Sep 05, 2018 | ($6,281.09) |
| Telephone Transfer from Checking | | $6,581.09 | Sep 06, 2018 | $300.00 |
| Treasury Management Service Charge | $192.01 | | Sep 17, 2018 | $107.99 |
| Closing Withdrawal | $107.99 | | Sep 27, 2018 | $0.00 |
| Balance This Statement: | | | Sep 27, 2018 | $0.00 |

https://dsmwrfla1nav.secureaps.com/DDA_DDA1151/DDA1151.ASPX?Action=QUICKP...    9/28/2018

EXHIBIT "B"

**Ruby's Diner, Inc.**

**Fiscal Calendar 2018**

| Period | Week | | Start | End | MOR Filing Date |
|--------|------|------|-------|-----|-----------------|
| 01 | 01 | 01 | 01/01/18 | 01/07/18 | |
|    | 02 | 02 | 01/08/18 | 01/14/18 | |
|    | 03 | 03 | 01/15/18 | 01/21/18 | |
|    | 04 | 04 | 01/22/18 | 01/28/18 | |
| 02 | 01 | 05 | 01/29/18 | 02/04/18 | |
|    | 02 | 06 | 02/05/18 | 02/11/18 | |
|    | 03 | 07 | 02/12/18 | 02/18/18 | |
|    | 04 | 08 | 02/19/18 | 02/25/18 | |
| 03 | 01 | 09 | 02/26/18 | 03/04/18 | |
|    | 02 | 10 | 03/05/18 | 03/11/18 | |
|    | 03 | 11 | 03/12/18 | 03/18/18 | |
|    | 04 | 12 | 03/19/18 | 03/25/18 | |
| 04 | 01 | 13 | 03/26/18 | 04/01/18 | |
|    | 02 | 14 | 04/02/18 | 04/08/18 | |
|    | 03 | 15 | 04/09/18 | 04/15/18 | |
|    | 04 | 16 | 04/16/18 | 04/22/18 | |
| 05 | 01 | 17 | 04/23/18 | 04/29/18 | |
|    | 02 | 18 | 04/30/18 | 05/06/18 | |
|    | 03 | 19 | 05/07/18 | 05/13/18 | |
|    | 04 | 20 | 05/14/18 | 05/20/18 | |
| 06 | 01 | 21 | 05/21/18 | 05/27/18 | |
|    | 02 | 22 | 05/28/18 | 06/03/18 | |
|    | 03 | 23 | 06/04/18 | 06/10/18 | |
|    | 04 | 24 | 06/11/18 | 06/17/18 | |
| 07 | 01 | 25 | 06/18/18 | 06/24/18 | |
|    | 02 | 26 | 06/25/18 | 07/01/18 | |
|    | 03 | 27 | 07/02/18 | 07/08/18 | |
|    | 04 | 28 | 07/09/18 | 07/15/18 | |
| 08 | 01 | 29 | 07/16/18 | 07/22/18 | |
|    | 02 | 30 | 07/23/18 | 07/29/18 | |
|    | 03 | 31 | 07/30/18 | 08/05/18 | |
|    | 04 | 32 | 08/06/18 | 08/12/18 | |
| 09 | 01 | 33 | 08/13/18 | 08/19/18 | |
|    | 02 | 34 | 08/20/18 | 08/26/18 | |
|    | 03 | 35 | 08/27/18 | 09/02/18 | |
|    | 04 | 36 | 09/03/18 | 09/09/18 | |
| 10 | 01 | 37 | 09/10/18 | 09/16/18 | |
|    | 02 | 38 | 09/17/18 | 09/23/18 | |
|    | 03 | 39 | 09/24/18 | 09/30/18 | |
|    | 04 | 40 | 10/01/18 | 10/07/18 | 10/22/18 |
| 11 | 01 | 41 | 10/08/18 | 10/14/18 | |
|    | 02 | 42 | 10/15/18 | 10/21/18 | |
|    | 03 | 43 | 10/22/18 | 10/28/18 | |
|    | 04 | 44 | 10/29/18 | 11/04/18 | 11/19/18 |
| 12 | 01 | 45 | 11/05/18 | 11/11/18 | |
|    | 02 | 46 | 11/12/18 | 11/18/18 | |
|    | 03 | 47 | 11/19/18 | 11/25/18 | |
|    | 04 | 48 | 11/26/18 | 12/02/18 | 12/17/18 |
| 13 | 01 | 49 | 12/03/18 | 12/09/18 | |
|    | 02 | 50 | 12/10/18 | 12/16/18 | |
|    | 03 | 51 | 12/17/18 | 12/23/18 | |
|    | 04 | 52 | 12/24/18 | 12/30/18 | 01/14/19 |

Ruby's Diner, Inc.

**Fiscal Calendar 2018**

| Period | Week | | Start | End | MOR Filing Date |
|--------|------|------|----------|----------|------------------|
| 01 | 01 | 01 | 01/01/19 | 01/07/19 | |
| | 02 | 02 | 01/08/19 | 01/14/19 | |
| | 03 | 03 | 01/15/19 | 01/21/19 | |
| | 04 | 04 | 01/22/19 | 01/28/19 | 02/12/19 |
| 02 | 01 | 05 | 01/29/19 | 02/04/19 | |
| | 02 | 06 | 02/05/19 | 02/11/19 | |
| | 03 | 07 | 02/12/19 | 02/18/19 | |
| | 04 | 08 | 02/19/19 | 02/25/19 | 03/12/19 |
| 03 | 01 | 09 | 02/26/19 | 03/04/19 | |
| | 02 | 10 | 03/05/19 | 03/11/19 | |
| | 03 | 11 | 03/12/19 | 03/18/19 | |
| | 04 | 12 | 03/19/19 | 03/25/19 | 04/09/19 |
| 04 | 01 | 13 | 03/26/19 | 04/01/19 | |
| | 02 | 14 | 04/02/19 | 04/08/19 | |
| | 03 | 15 | 04/09/19 | 04/15/19 | |
| | 04 | 16 | 04/16/19 | 04/22/19 | 05/07/19 |
| 05 | 01 | 17 | 04/23/19 | 04/29/19 | |
| | 02 | 18 | 04/30/19 | 05/06/19 | |
| | 03 | 19 | 05/07/19 | 05/13/19 | |
| | 04 | 20 | 05/14/19 | 05/20/19 | 06/04/19 |
| 06 | 01 | 21 | 05/21/19 | 05/27/19 | |
| | 02 | 22 | 05/28/19 | 06/03/19 | |
| | 03 | 23 | 06/04/19 | 06/10/19 | |
| | 04 | 24 | 06/11/19 | 06/17/19 | 07/02/19 |
| 07 | 01 | 25 | 06/18/19 | 06/24/19 | |
| | 02 | 26 | 06/25/19 | 07/01/19 | |
| | 03 | 27 | 07/02/19 | 07/08/19 | |
| | 04 | 28 | 07/09/19 | 07/15/19 | 07/30/19 |
| 08 | 01 | 29 | 07/16/19 | 07/22/19 | |
| | 02 | 30 | 07/23/19 | 07/29/19 | |
| | 03 | 31 | 07/30/19 | 08/05/19 | |
| | 04 | 32 | 08/06/19 | 08/12/19 | 08/27/19 |
| 09 | 01 | 33 | 08/13/19 | 08/19/19 | |
| | 02 | 34 | 08/20/19 | 08/26/19 | |
| | 03 | 35 | 08/27/19 | 09/02/19 | |
| | 04 | 36 | 09/03/19 | 09/09/19 | 09/24/19 |
| 10 | 01 | 37 | 09/10/19 | 09/16/19 | |
| | 02 | 38 | 09/17/19 | 09/23/19 | |
| | 03 | 39 | 09/24/19 | 09/30/19 | |
| | 04 | 40 | 10/01/19 | 10/07/19 | 10/22/19 |
| 11 | 01 | 41 | 10/08/19 | 10/14/19 | |
| | 02 | 42 | 10/15/19 | 10/21/19 | |
| | 03 | 43 | 10/22/19 | 10/28/19 | |
| | 04 | 44 | 10/29/19 | 11/04/19 | 11/19/19 |
| 12 | 01 | 45 | 11/05/19 | 11/11/19 | |
| | 02 | 46 | 11/12/19 | 11/18/19 | |
| | 03 | 47 | 11/19/19 | 11/25/19 | |
| | 04 | 48 | 11/26/19 | 12/02/19 | 12/17/19 |
| 13 | 01 | 49 | 12/03/19 | 12/09/19 | |
| | 02 | 50 | 12/10/19 | 12/16/19 | |
| | 03 | 51 | 12/17/19 | 12/23/19 | |
| | 04 | 52 | 12/24/19 | 12/30/19 | 01/14/20 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled:  **UPDATED CHAPTER 11 STATUS REPORT DATED OCTOBER 15, 2018; DECLARATION OF DOUGLAS S. CAVANAUGH IN SUPPORT THEREOF** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/15/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/15/2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/15/2018 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**    gblackmar@bpslaw.net
- **Meghan Canty**    mcanty@tocounsel.com, lkwon@tocounsel.com;sschuster@tocounsel.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Richard H Golubow**    rgolubow@wcghlaw.com,
  pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**    dkupetz@sulmeyerlaw.com,
  dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com,
  csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**    mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**    dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

2. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

Via Overnight Mail
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:316841.1 76135/001                                          **F 9013-3.1.PROOF.SERVICE**