Annette W. Jarvis (UT Bar No. 1649)
DORSEY & WHITNEY LLP
111 South Main Street, 21st Floor
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com

Jessica G. McKinlay (CA Bar No. 282743)
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499
Email: mckinlay.jessica@dorsey.com

Attorneys for Opus Bank, Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,<br><br>Debtors and Debtors-in-Possession,<br><br>Affects:<br>☐ All Debtors<br>☐ RUBY'S DINERS, INC., ONLY<br>☒ RUBY'S SOCAL DINERS, LLC, ONLY<br>☒ RUBY'S QUALITY DINERS, LLC, ONLY<br>☒ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br>☒ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☒ RUBY'S OCEANSIDE, LTD., ONLY<br>☒ RUBY'S PALM SPRINGS, LTD., ONLY<br><br>Debtors and Debtors-in-Possession | Case No. 8:18-bk-13311<br><br>Jointly Administered with Case Nos. 8:18-bk-131977-CB; 8:18-bk-131978-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB<br><br>Chapter 11<br><br>**SECOND STIPULATION FOR ORDER (A) AUTHORIZING INTERIM USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL, AND (C) GRANTING RELATED RELIEF**<br><br>**Hearing**<br>Date:    October 22, 2018<br>Time:   10:00 am<br>Place:   Courtroom 5D<br>             411 West Fourth Street<br>             Santa Ana, CA 92701 |

1

4835-6835-6977.v2

The Debtors, by and through counsel, and secured Creditor Opus Bank ("Opus"), by and through counsel, hereby file this *Second Stipulation for Order (A) Authorizing Interim Use of Cash Collateral, (b) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief* (the "Second Stipulation").

The Debtors brought their Emergency Motion For Order (A) Authorizing Interim Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief (the "Motion") on August 30, 2018 (Dkt No. 13), and Opus filed its objection (the "Objection") later that same day (Dkt. No. 22). The Debtors, Opus, and Pillsbury Winthrop Shaw Pittman LLP, filed a Stipulation for Order (A) Authorizing Interim Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief on August 31, 2018 (Dkt. No. 33). On August 31, 2018, the Court entered an Order approving the Stipulation (Dkt. No. 34) (the "Order"). Opus and the Debtors now pray that the Court approve the Second Stipulation, as a supplement to the current Order, to provide adequate protection to Opus.

1. Debtors shall pay monthly, interest-only adequate protection payments to Opus in the amount of $8,557.70, which represents the interest-only payments that are due on a monthly basis to Opus for its secured loans to the Debtors, without any principal, penalties or late fees being paid.

2. The budget, which has been provided through November 25, 2018, is approved. The Debtors will provide a new budget and seek further authorization for the use of cash collateral beyond November 25, 2018.

3. All other terms and conditions in the Order shall remain in force and effect. The Second Stipulation is approved on an interim basis, and the parties' rights with respect to the cash collateral and the continued use of cash collateral are herein reserved.

Accordingly, the Debtors and Opus request that the Court approve this Stipulation on the Interim Use of Cash Collateral.

///

///

2

4835-6835-6977.v2

Dated: October 22, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ William N. Lobel*
William N. Lobel
Attorneys for Ruby's SoCal Diners, LLC, Ruby's Quality Diners, LLC, Ruby's Huntington Beach, Ltd., Ruby's Laguna Hills, Ltd., Ruby's Oceanside, Ltd., and Ruby's Palm Springs, Ltd., Debtors and Debtors-in-Possession

Dated: October 19, 2018

DORSEY & WHITNEY LLP

*/s/ Jessica McKinlay*
Jessica McKinlay
Attorneys for Opus Bank

3

4835-6835-6977.v2