William N. Lobel, SBN 93202
Pachulski Stang Ziehl & Jones LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Tel: 714-384-4740
Fax: 714-384-4741
wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diners, Inc., *et al.*
 Debtors and Debtors-in-Possession

**FILED & ENTERED**

**DEC 11 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY le         DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,[1]<br><br>    Debtors and Debtors-in Possession,<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**ORDER GRANTING STIPULATION BETWEEN THE DEBTORS AND FAMILY TREE PRODUCE, INC. RESOLVING OMNIBUS OBJECTION OF FAMILY TREE PRODUCE, INC. TO DEBTORS' EMERGENCY MOTIONS FOR ORDER (A) AUTHORIZING INTERIM USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL, AND (C) GRANTING RELATED RELIEF**<br><br>Date:         November 22, 2018<br>Time:         11:00 a.m.<br>Courtroom:   5D<br>Address:      411 West Fourth Street<br>              Santa Ana, CA  92701 |

The Court having read and considered the Stipulation Between the Debtors and Family Tree Produce, Inc., Resolving Omnibus Objection of Family Tree Produce, Inc., to Debtors' Emergency

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

Motions for Order (A) Authorizing Interim Use of Cash Collateral; (B) Granting Adequate Protection for Use of Prepetition Collateral entered into between the Debtors' and Family Tree Produce, Inc. filed on October 12, 2018 as Docket #108, the "Stipulation"),[2] and with good cause shown,

IT IS ORDERED:

1. The Stipulation is approved.

###

Date: December 11, 2018

Catherine Bauer
United States Bankruptcy Judge

---

[2] All capitalized terms which are not defined in this Order shall have the same meanings as provided to such terms in the Motion.