|   |   |
|---|---|
| Annette W. Jarvis, UT SBN 1649<br>Dorsey & Whitney LLP<br>111 South Main Street, 21st Floor<br>Salt Lake City, UT 84111<br>Tel: 801-933-7360 -/- Fax: 801-933-7373<br>jarvis.annette@dorsey.com<br><br>Jessica G. McKinlay SBN 282743<br>Dorsey & Whitney LLP<br>600 Anton Boulevard, Suite 2000<br>Costa Mesa, CA 92626<br>Tel: 714-800-1400 -/- Fax: 714-800-1499<br>mckinlay.jessica@dorsey.com<br>Attorneys for Opus Bank, creditor | **FILED & ENTERED**<br><br>**DEC 18 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY le          DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,<br>    Debtors and Debtors-in-Possession,<br><br>Affects:<br><br>☐ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☒ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☒ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☒ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☒ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☒ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☒ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**ORDER APPROVING THIRD STIPULATION**<br>**(A) AUTHORIZING INTERIM USE OF CASH COLLATERAL, AND**<br>**(B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL**<br><br>Date:        December 18, 2018<br>Time:        11:00 a.m.<br>Courtroom:   5D<br>Address:     411 West Fourth Street<br>             Santa Ana, CA  92701 |

The Court having read and considered the Third Stipulation between the Debtors and Opus Bank for Order (A) Authorizing Interim Use of Cash Collateral, and (B) Granting Adequate

Protection for Use of Prepetition Collateral filed by Opus Bank on December 17, 2018, as Docket #163 (the "Stipulation"), and with good cause shown,

IT IS ORDERED

1. The Stipulation is approved EXCEPT for paragraph #13 and paragraph #15(e).

### 

Date: December 18, 2018

Catherine Bauer
United States Bankruptcy Judge