William N. Lobel, SBN 93202
Pachulski Stang Ziehl & Jones LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Tel: 714-384-4740
Fax: 714-384-4741
wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diner, Inc., *et al.*,
Debtors and Debtors-in-Possession

**FILED & ENTERED**

**DEC 20 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY le        DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,<br><br>Debtors and Debtors-in-Possession. Affects:<br><br>☐ All Debtors<br>☒ RUBY'S DINER, INC., ONLY<br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**ORDER**<br>**(A) AUTHORIZING INTERIM USE OF CASH COLLATERAL,**<br>**(B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL, and**<br>**(C) GRANTING RELATED RELIEF**<br><br>Date:     November 2, 2018<br>Time:    11:00 a.m.<br>Courtroom: 5D<br>Address: 411 West Fourth Street<br>            Santa Ana, CA  92701 |

//

//

//

1  A continued hearing was held on November 2, 2018, at 11:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Motion For Order (A) Authorizing Interim Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief filed September 5, 2018 as Docket #7 ("Motion").  Appearances were made as noted on the record.

The Court having read and considered the Motion, the related Interim Order entered on September 10, 2018 as Docket #30, heard the discussion on the record and with good cause shown,

IT IS ORDERED:

1. The Motion, in accordance with the Interim Order and the updated Budget, is approved on an interim basis.

###

Date: December 20, 2018

Catherine Bauer
United States Bankruptcy Judge