William N. Lobel, SBN 93202
Pachulski Stang Ziehl & Jones LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Tel: 714-384-4740
Fax: 714-384-4741
wlobel@pszjlaw.com

[Proposed] Attorneys for Ruby's Diners, Inc., *et al.*
DEBTORS AND DEBTORS-IN-POSSESSION

**FILED & ENTERED**

**DEC 20 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY le         DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation,  et al.,<br><br>         Debtors and Debtors-in Possession,<br><br>Affects:<br><br>☒  All Debtors<br><br>☐  RUBY'S DINER, INC., ONLY<br><br>☐  RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐  RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐  RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐  RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐  RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐  RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**ORDER APPROVING DEBTORS AND DEBTORS IN POSSESSION APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL**<br><br>[NO HEARING REQUIRED UNLESS REQUESTED PER L.B.R. 2014-1(b)] |

The Court having read and considered the Debtors and Debtors in Possession Application to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective as of the Petition Date filed on September 28, 2018, as Docket #94 (the "Application"), noted the objections of Opus Bank and the Office of the United States Trustee and the resulting stipulation, heard the statements of counsel regarding employment at the December 18, 2018 hearing, and with good cause shown,

IT IS ORDERED:

1. The Application, as modified by the stipulation filed December 11, 2018 as Docket #157, is approved excluding any terms regarding monthly payments.

2. Employment is authorized pursuant to 11 U.S.C. §327 and compensation is subject to further application, determination and approval of this Court pursuant to 11 U.S.C. §330 or §331.

3. No fees will be paid to professionals until further Court order.

### 

Date: December 20, 2018

Catherine Bauer
United States Bankruptcy Judge