William N. Lobel (CA Bar No. 93202)
wlobel@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741

Attorneys for Ruby's Diner, Inc., *et al.*,
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,[1]<br><br>    Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**NOTICE OF HEARING ON SHORTENED TIME**<br><br>**[Relates to Docket No. 185]**<br><br><u>**Hearing Date and Time:**</u><br><br>DATE:    January 16, 2019<br>TIME:    10:00 a.m.<br>CTRM:    5D<br>              411 West Fourth Street<br>              Santa Ana, CA 92701 |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

**TO THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER INTERESTED PARTIES ENTITLED TO NOTICE:**

   **PLEASE TAKE NOTICE** that, on <u>*January 16, 2019, at 10:00 a.m., in Courtroom 5D located at 411 West Fourth Street, Santa Ana, California*</u>, the Court is scheduled to hold a hearing (the "<u>Hearing</u>") on shortened notice on the *Amended Notice of Motion and Motion (I) for Entry of Interim Order: (A) Authorizing Debtors to (1) Obtain Post-Petition Financing and Granting Liens and Superpriority Administrative Expense Claims Pursuant to 11 U.S.C. Section 364, (2) Utilize Cash Collateral Pursuant to 11 U.S.C. Section 363, and (3) Granting Related Relief, Including Granting the Scenario One Break-Up Fee; and (B) Setting Final Hearing; and Pursuant to Final Hearing, (II) For Entry of Final Order: (A) Approving Post-Petition Financing and Use of Cash Collateral on a Final Basis, (B) Approving RDI Assumption of and Entry into the Plan Support Agreement; (C) Approving Scenario Two Break-Up Fee; and (D) Approving RDI's Netdown of Certain Post-Petition Obligations Between and Among RDI, RFS and the Franchisees* (the "<u>Motion</u>"),[2] [Docket No. 185], filed by Ruby's Diner, Inc., a California corporation ("<u>RDI</u>"); Ruby's SoCal Diners, LLC, a Delaware limited liability company ("<u>SoCal Diners</u>"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("<u>Quality</u>"); Ruby's Huntington Beach, Ltd., a California limited partnership ("<u>Ruby's Huntington Beach</u>"); Ruby's Laguna Hills, Ltd., a California limited partnership ("<u>Ruby's Laguna Hills</u>"); Ruby's Oceanside, Ltd., a California limited partnership ("<u>Ruby's Oceanside</u>"); and Ruby's Palm Springs, Ltd., a California limited partnership ("<u>Ruby's Palm Springs</u>") (collectively, without RDI, the "<u>SoCal Debtors</u>" and, with RDI, the "<u>Debtors</u>").

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Granting Application and Setting Hearing on Shortened Notice with Respect to the Motion (the "<u>Order</u>"), any opposition to the Motion must be filed with the Court and served on the parties set forth in the Order by no later than January 14, 2019, at noon (Pacific Time).

---

[2] Capitalized terms utilized herein that are not otherwise defined shall have the meanings ascribed to such terms in the Motion.

1     **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, any reply to an opposition may be made orally at the Hearing.

Dated: January 9, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By:     */s/ William N. Lobel*
          William N. Lobel
          Attorneys for Ruby's Diner, Inc., *et al.,*
          Debtors and Debtors-in-Possession