William N. Lobel (CA Bar No. 93202)
wlobel@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741

Attorneys for Ruby's Diner, Inc., *et al.*,
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,[1]<br><br>　　　Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**PROOF OF SERVICE**<br><br>**[Relates to Docket No. 174]**<br><br>**[No Hearing Required]** |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

1

PROOF OF SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled:  **Notice of Motion for Order Extending Deadline to Assume, Assume and Reject, or Reject NonResidential Real Property Leases Pursuant to 11 U.S.C. Section 365(D)(4); Memorandum of Points and Authorities; and Declaration of Douglas S. Cavanaugh in Support Thereof  thereof** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/26/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **12/26/2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **1/16/2019** | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* 

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:316841.1 76135/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**   gblackmar@bpslaw.net
- **Dustin P Branch**   branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- **Meghan Canty**   mcanty@tocounsel.com, lhyska@tocounsel.com;lkwon@tocounsel.com
- **Aaron Davis**   aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**   afriedman@shbllp.com, lgauthier@shbllp.com
- **Eric J Fromme**   efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Richard H Golubow**   rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Garrick A Hollander**   ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**   dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- **William N Lobel**   wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**   Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**   mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**   dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Ernie Zachary Park**   ernie.park@bewleylaw.com
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**   matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                   **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001

Served Via U.S. Mail

| | |
|---|---|
| OFFICE OF THE US TRUSTEE<br>MICHAEL HAUSER<br>411 WEST FOURTH STREET, SUITE 7160<br>SANTA ANA CA 92701 | CITY OF OCEANSIDE<br>ATTN PROPERTY MANAGEMENT<br>300 NORTH COAST HIGHWAY<br>OCEANSIDE, CA  92505 |
| 3 WIRE GROUP INC<br>OFFICER DIRECTOR MANAGER AGENT<br>NW 7964<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-7964 | COOLAIRTEK AIR CONDITIONING AND REFRI<br>OFFICER DIRECTOR MANAGER AGENT<br>1540 LELAND ST<br>BEAUMONT CA 92223 |
| AIRE RITE AIR CONDITIONING<br>DAVE LANGSTON OFFICER DIR MGR AGENT<br>15122 BOLSA CHICA ST<br>HUNTINGTON BCH. CA 92649 | CUSTOM BUSINESS SOLUTIONS INC<br>ANTHONY GARTUNG OFFICER DIR MGR AGENT<br>12 MORGAN<br>IRVINE CA 92618 |
| ASAP DRAIN GUYS AND PLUMBING<br>OFFICER DIRECTOR MEMBER AGENT<br>999 RANCHEROS DR, STE B<br>SAN MARCOS CA 92069 | DM DOBKIN INC DBA MR ROOTER PLUMBER<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 338<br>PALM DESERT CA 92261 |
| BERKELEY INSURANCE CO<br>OFFICER DIRECTOR MANAGER AGENT<br>475 STEAMBOAT RD<br>FL 1<br>GREENWICH CT 06830 | ECOTECH REFRIGERATION AND HVAC INC<br>OFFICER DIRECTOR MANAGER AGENT<br>1630 SUNKIST ST<br>STE R<br>ANAHEIM CA 92806 |
| CALIFORNIA RESTAURANT MUTUAL<br>DAVID JOHNSON/TRAVIS HARPER COO<br>430 N VINEYARD AVE<br>ONTARIO, CA  91764 | EDISON FIRE PROTECTION<br>OFFICER DIRECTOR MANAGER AGENT<br>3621 EAGLE ROCK BLVD<br>LOS ANGELES CA 90065 |
| CALIFORNIA NEWSPAPERS PARTNERSHP<br>ORANGE COUNTY REGISTER RIVERSIDE<br>OFFICER DIR MGR AGENT<br>2190 S TOWNE CENTRE PL<br>ANAHEIM CA 92806 | FACILITEC WEST<br>MARIAN BECHTOL OFFICER DIR MGR AGENT<br>PO BOX 6008<br>SAN PEDRO CA 90734 |
| CINTAS CORP<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 29059<br>PHOENIX AZ 85038-9059 | FIRST INSURANCE FUNDING CORP<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 7000<br>CAROL STREAM IL 60197-7000 |
| | |

| | |
|---|---|
| G & G BOOKKEEPING INC<br>GLYNIS RAMIREZ OFFICER DIR MGR AGENT<br>19602 COUNTRY LAKE DR<br>MAGNOLIA TX 77355 | JANI-KING OF CALIFORNIA INC<br>OFFICER DIRECTOR MANAGER AGENT<br>FILE 749318<br>LOS ANGELES CA 90074-9318 |
| GARDA CL WEST INC<br>SUSAN LOETELLOFFICER DIR MGR AGENT<br>LOCKBOX 233209<br>3209 MOMENTUM PL<br>CHICAGO IL 60689 | KLM MANAGEMENT CO<br>DBA AMCOM FOOD SVC<br>OFFICER DIRECTOR MANAGER AGENT<br>14120 E VLY BLVD<br>LA PUENTE CA 91746 |
| GASKETS USA LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>10741 SHERMAN WAY, #3<br>SUN VALLEY CA 91352 | LAKE AIR<br>OFFICER DIRECTOR MANAGER AGENT<br>583 OLEANDER RD<br>PALM SPRINGS CA 92264 |
| GENE PHELPS DBA US AIR CONDITIONING<br>OFFICER DIRECTOR MANAGER AGENT<br>4517 BIRCHWOOD AVE<br>SEAL BEACH CA 90740 | MAINTENANCE BUILDING SVC<br>VICTOR SANTANAOFFICER DIR MGR AGENT<br>1665 E 4TH ST<br>STE 104B<br>SANTA ANA CA 92701 |
| GRIT DEVELOPMENT<br>OFFICER DIRECTOR MANAGER AGENT<br>201 NORTH PALM CANYON DRIVE,<br>SUITE 200<br>PALM SPRINGS, CA  92262 | MGP FUND X LAGUNA HILLS, LLC, LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>425 CALIFORNIA STREET, 10TH FLOOR<br>SAN FRANCISCO, CA  94104 |
| HARBOR DISTRIBUTING LLC<br>DBA GATE CITY BEVERAGE DISTRIBUTION<br>PO BOX 842685<br>LOS ANGELES CA 90084 | MICROCOOL INC<br>OFFICER DIRECTOR MANAGER AGENT<br>72216 NORTHSORE ST, #103-104<br>THOUSAND PALMS CA 92276 |
| INDUSTRIAL ELECTRIC SEVICE INC<br>OFFICER DIRECTOR MANAGER AGENT<br>5662 ENGINEER DR<br>HUNTINGTON BCH. CA 92649 | MIGUEL CANTU SOLANO<br>DBA MCPAINTING HANDYMAN<br>2356 CATALINA AVE<br>VISTA CA 92084 |
| INTERIOR RESOURCES INC<br>OFFICER DIRECTOR MANAGER AGENT<br>489-20 JOHNSON AVENUE<br>BOHEMIA NY 11716 | MINUTEMAN INDUSTRIES INC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 4983<br>GARDEN GROVE CA 92842 |

| | |
|---|---|
| MISSION VALLEY SHOPPINGTOWN LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>2049 CENTURY PARK EAST, 41ST FLOOR<br>LOS ANGELES, CA  90067 | PRUDENTIAL OVERALL SUPPLY INC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 11210<br>SANTA ANA CA 92711-1210 |
| NATIONAL PLASTIC CO INC<br>BRYAN CARR OFFICER DIR MGR AGENT<br>15505 CORNET AVE<br>SANTA FE SPRINGS CA 90670 | REEF SYSTEMS INC.<br>OFFICER DIRECTOR MANAGER AGENT<br>2931 GRACE LANE, UNIT G<br>COSTA MESA, CA  92626 |
| NUCO2 LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 417902<br>BOSTON MA 02241-7902 | RESCUE ROOTER<br>T NELSON OFFICER DIR MGR AGENT<br>9895 OLSON DR<br>STE A<br>SAN DIEGO CA 92121 |
| OAK GROVE PTA<br>OAK GROVE ELEMENTARY PTA PRESIDENT<br>22705 SANBORN<br>ALISO VIEJO CA 92656 | SAN DIEGO COUNTY<br>TREASUER TAX COLLECTOR<br>1600 PACIFIC COAST HIGHWAY<br>RM 162<br>SAN DIEGO CA 92101 |
| OPTIMAL BIOFUELS INC<br>DONOVAN SAFAEL OFFICER DIR MGR AGENT<br>PO BOX 10986<br>NEWPORT BCH. CA 92658 | SHOES FOR CREWS LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 504634<br>SAINT LOUIS MO 63150 |
| PURITAN BAKERY<br>JIM STONE OFFICER DIR MGR AGENT<br>1624 E CARSON ST<br>CARSON CA 90745 | SOUTH CITY MECHANICAL INC<br>OFFICER DIRECTOR MANAGER AGENT<br>8822 TROY ST<br>SPRING VALLEY CA 91977 |
| PRECISION AIR COOLING AND HEATING SVC LLC<br>SCOTT DEN HARTOG<br>247 PLUMBERS RD<br>COLUMBIA SC 29203 | SOUTHWEST PLUMBING<br>OFFICER DIRECTOR MANAGER AGENT<br>31410 RESERVE DR<br>THOUSAND PALMS CA 92276 |
| | |
| | |

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON<br>OFFICER MANAGER DIRECTOR AGENT<br>ROSEMEAD CA 91771 | INTERNAL REVENUE SVC<br>GJ CARTER LOUIS OR OTHER AGENT<br>PO BOX 145595<br>STOP 8420G<br>CINCINNATI OH 45250-5585 |
| SPECIALTY COOLING INC<br>OFFICER DIRECTOR MANAGER AGENT<br>1661 MARTENS RIVER CIR<br>UNIT M<br>FOUNTAIN VALLEY CA 92708 | INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY<br>OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| STACEY'S REFRIGERATION AND AIR COND.<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 232<br>DESERT HOT SPRINGS CA 92240 | INTERNAL REVENUE SVC<br>INSOLVENCY STOP 5022<br>300 N LOS ANGELES ST<br>RM 406<br>LOS ANGELES CA 90012 |
| STARWEST PARKWAY MALL LP<br>DANIAL TOSCANO ESQ<br>PO BOX 844767<br>LOS ANGELES CA 90084-4767 | INTERNAL REVENUE SVC<br>OFFICE OF CHIEF COUNSEL<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 |
| THE PAPER COMPANY<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 17807<br>IRVINE CA 92623 | INTERNAL REVENUE SVC<br>AGENT<br>2970 MARKET ST<br>MAIL STOP 5-Q30133<br>PHILADELPHIA PA 19104-5016 |
| UNION BANK N<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 650349<br>DALLAS TX 75265 | FRANCHISE TAX BOARD CHIEF COUNSEL<br>C/O GENERAL COUNSEL SECTION<br>PO BOX 1720, MS: A-260<br>RANCHO CORDOVA CA 95741-1720 |
| WASSERTROM CO INC<br>OFFICER DIRECTOR MANAGER AGENT<br>477 S FRONT ST<br>COLUMBUS OH 43215 | FRANCHISE TAX BOARD BANKRUPTCY<br>SECTION<br>MS: A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| KATE NAPOLI<br>19512 POMPANO LANE, #108<br>HUNTINGTON BEACH, CA<br>92648 | |

| | |
|---|---|
| EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92 E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 | |
| ANETTE W JARVIS<br>DORSEY & WHITNEY LLP<br>111 SOUTH MAIN STREET<br>21ST FLOOR<br>SALT LAKE CITY, UT  84111 | |