William N. Lobel (CA Bar No. 93202)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Telephone:  (714) 384-4740
Facsimile:  (714) 384-4741
E-mail:      wlobel@pszjlaw.com

Attorneys for Ruby's Diner, Inc., *et al.*,
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,[1]<br><br>    Debtors and Debtors-in-Possession,<br><br>Affects:<br><br>☒ All Debtors<br>☐ RUBY'S DINER, INC., ONLY<br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**UPDATED CHAPTER 11 STATUS REPORT DATED FEBRUARY 12, 2019; DECLARATION OF DOUGLAS S. CAVANAUGH IN SUPPORT THEREOF**<br><br>DATE:     February 27, 2019<br>TIME:     10:00 a.m.<br>CTRM:    5D<br>PLACE:   411 West Fourth Street<br>               Santa Ana, CA 92701 |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, SECURED CREDITORS AND OTHER PARTIES IN INTEREST:**

On August 29, 2018, Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, the "SoCal Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On September 5, 2018, Ruby's Diner, Inc., a California corporation ("RDI") filed a related chapter 11 case. RDI and the SoCal Debtors are referred to herein as the "Debtors." On September 5, 2018, the Court entered an order jointly administering the Debtors' cases, with RDI designated as the lead debtor.

No party has requested the appointment of a trustee or examiner in the Debtors' cases. On September 19, 2018, the Office of the United States Trustee (the "UST") appointed an official committee of unsecured creditors in the RDI case (the "Committee").

On September 5, 2018, Ruby's Franchise Systems, Inc., a California corporation ("RFS"), an entity affiliated with the Debtors through common ownership and control, commenced a separate chapter 11 proceeding.

**A.    PRIOR STATUS REPORTS**

This Status Report is an update to the Debtors' Status Reports filed with the Court on September 19, 2018 [Docket No. 65], October 15, 2018 [Docket No. 114] and December 7, 2019 [Docket No. 151] (collectively, the "Prior Status Reports"), covering matters subsequent to the filing of the Prior Status Reports, which Prior Status Reports are incorporated herein by this reference.[2] In support of this Status Report, attached hereto is the Declaration of Douglas S. Cavanaugh (the "Cavanaugh Declaration").

**B.    REQUIREMENTS OF THE CHAPTER 11 DEBTORS-IN-POSSESSION**

The Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the

---

[2] Capitalized terms not defined herein have the meanings ascribed to them in the Prior Status Reports.

Bankruptcy Code, and the requirements of Rule 2015(2)(a) and (b) of the Local Bankruptcy Rules (the "Local Rules"). The Debtors are also in compliance with the UST requirements.

On December 17, 2018, the Debtors filed their monthly operating reports for the accounting period ending December 2, 2018. On January 14, 2019, the Debtors filed their monthly operating reports for the accounting period ending December 30, 2018. On February 12, 2019, the Debtors filed their monthly operating reports for the accounting period ending January 28, 2019.

The UST quarterly fees for the quarter ending December 31, 2018 have been paid.

### C. EMPLOYMENT OF PROFESSIONALS

On December 11, 2018, the Debtor entered into a stipulation with the UST, the Committee and Opus Bank resolving the objections to the application to employ Pachulski Stang Ziehl & Jones LLP as the Debtors' insolvency counsel (the "PSZJ Application") [Docket No. 157] and, on December 12, 2018, the Court entered its order granting the PSZJ Application [Docket No. 170].

On December 18, 2018, the Court held a hearing on the application to employ GlassRatner Advisory Group ("GlassRatner") as financial advisor to RDI (the "GlassRatner Application"). At that hearing, the Court requested certain modifications to the GlassRatner Application, and on January 18, 2019, GlassRatner filed a supplemental declaration in support of the GlassRatner Application [Docket No. 213]. A hearing on the GlassRatner Application is scheduled for February 27, 2019.

On January 16, 2019, Donlin Recano & Company ("DRC") filed a supplemental declaration in support of the Debtors' application to employ DRC as their claims and noticing agent (the "DRC Application") [Docket No. 204]. A hearing on the DRC Application is scheduled for February 27, 2019.

The Debtors have retained AFP Saddington LLP ("AFP Saddington") as their accountants for the purpose of preparing the Debtors' 2017 Federal and State tax returns. The Debtors are working with AFP Saddington to finalize its employment application.

The Debtors anticipate retaining G&R Bookkeeping to provide general bookkeeping services to the Debtors. The Debtors are working with G&R Bookkeeping to finalize its employment application.

### D. USE OF CASH COLLATERAL, RDI DIP FINANCING MOTON, AND NETDOWN MOTION

Since the Petition Dates, the Debtors have continued to operate their business in the ordinary course without material change from their pre-petition operations. The Debtors' major assets and liabilities remain substantially the same as described in the Prior Status Reports.

With respect to RDI, the following entities claim an interest in RDI's cash collateral: (1) Credit Management Association, as collateral agent for RDI's noteholders; (2) the Internal Revenue Service; (3) Pillsbury Winthrop Shaw Pittman LLP; and (4) Family Tree Produce (PACA claimant). In the SoCal Debtors' cases, the following entities assert an interest in some or all of the SoCal Debtors' cash collateral: (1) Opus Bank; (2) C&C Partnership; (3) Pillsbury Winthrop Shaw Pittman LLP; (4) Plaza Bonita, LLC; and (5) Family Tree Produce (PACA claimant).

Cash Collateral - SoCal Debtors: On December 18, 2018, Opus Bank filed its third stipulation between Opus Bank and the SoCal Debtors authorizing the use of cash collateral (the "Opus Third Cash Collateral Stipulation") [Docket No. 163], and on December 18, 2018, the Court entered its order granting the Opus Third Cash Collateral Stipulation [Docket No. 165]. A hearing on the SoCal Debtors' continued use of cash collateral is scheduled for February 27, 2019.

Cash Collateral - RDI: On September 10, 2018 and December 20, 2018, the Court entered orders approving RDI's use of cash collateral on an interim basis [Docket Nos. 30 and 169]. A hearing on RDI's continued use of cash collateral is scheduled for February 27, 2019.

Post-Petition Financing:

On January 8, 2019, the Debtors filed a motion seeking approval of, among other things, debtor-in-possession financing from Steven L. Craig (the "DIP Lender") in the amount of $2 million (which was to be utilized not only to support operations of the certain of the Debtors during the pendency of their chapter 11 cases, but also amounts necessary to make effective date payments under a chapter 11 plan contemplated by a Plan Support Agreement entered into between RDI, RFS, Ruby's founders Douglas Cavanaugh and Ralph Kosmides, and Mr. Craig (the "Prior DIP Motion") [Docket No. 185]. In addition to seeking approval of the $2 million loan, the Prior DIP Motion also requested approval of the RDI's assumption of and entry into the Plan Support Agreement, approval

of a break-up fee and approval of a "post-petition netdown" process pursuant to which the amounts due among the Debtor, RFS and the Ruby's franchisees could be trued-up and funds could flow into the estates (defined herein as the "Post-Petition Netdown").  The Prior DIP Motion was supported by the Committee, but was opposed by Opus Bank and Pillsbury Winthrop Shaw Pittman LLP.

Following discussion among the parties, and in an attempt to address the objections to the Prior DIP Motion which threatened to derail the forward movement of the Debtors' chapter 11 cases, RDI determined to enter into a more limited debtor-in-possession loan (with RDI as the only borrowing entity) in the amount of $200,000 – which is the minimum amount necessary to fund RDI's operations pending confirmation of a plan.  The SoCal Debtors are not parties to the $200,000 DIP loan, nor do their assets serve as collateral for the DIP Loan.

On February 6, 2019, RDI filed its motion seeking approval of the $200,000 DIP loan from the DIP Lender (the "RDI DIP Motion") [Docket No. 235].  Concurrently therewith, the Debtors filed a withdrawal of the Prior DIP Motion and its more expansive relief (*i.e.,* the Debtors no longer seek approval of the $2 million loan, the Plan Support Agreement or the break-up fee).

RDI, however, by way of a stand-alone motion filed concurrently with the RDI DIP Motion, seeks approval of the Post-Petition Netdown process for which approval was previously sought by way of the Prior DIP Motion.  In this regard, on February 6, 2019, RDI filed its motion (the "Post-Petition Netdown Motion") [Docket No. 234], pursuant to which RDI seeks an order authorizing it to honor post-petition obligations between and among RDI, RFS and the Ruby's® franchisees/licensees (the "Franchisees") in accordance with the "Post-Petition Netdown" process described therein, on account of: (i)  RDI's post-petition reimbursement obligations to the Franchisees in connection with RDI's gift card programs (ii) the Franchisees' obligations under the franchise agreements between the Franchisees and RFS, specifically with respect to the payment of the franchise royalties and advertising fund obligations due thereunder, and (iii) the license fee payable to RDI by RFS pursuant to the license agreement between them (which amounts to 25% of the Franchise Royalties paid to RFS).

The Committee supports approval of the $200,000 DIP loan as requested by the RDI DIP Motion (and also supports the Post-Petition Netdown Motion).  In addition, the Debtors believe that

the objections raised by Opus Bank and Pillsbury in connection with the Prior DIP Motion have been resolved as a result of the limited relief requested by way of the RDI DIP Motion (and that, regardless, Opus Bank does not have standing with respect to the RDI DIP Motion as it is not a creditor of RDI, the only borrower under the $200,000 DIP loan).

Hearings on the approval of the RDI DIP Loan and the Post-Petition Netdown Motion are scheduled for February 27, 2019.

E. **MOTION TO EXTEND EXCLUSIVITY PERIODS**

On December 26, 2018, the Debtors filed their Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (the "Exclusivity Motion") [Docket No. 175]. On January 9, 2019, Opus Bank filed its opposition to the Exclusivity Motion (the "Opus Opposition") [Docket No. 192]. A hearing on the Exclusivity Motion is scheduled for February 27, 2019.

F. **DEADLINE FOR FILING OF CLAIMS AND OBJECTIONS TO CLAIMS**

On January 29, 2019, the Debtors filed their motion to set the last day to file proofs of claim (the "Claims Bar Date Motion") [Docket No. 227]. By the Claims Bar Date Motion, the Debtors request that the Court establish, *inter alia*, a general bar date thirty (30) days following service of notice of the last date and time by which all creditors of the Debtors must file proofs of claim. A hearing on the Claims Bar Date Motion is scheduled for February 27, 2019.

G. **LITIGATION**

The Debtors are currently involved in pending litigations in multiple courts in Southern California. The Debtors have filed notices of stay in those cases, and will continue to monitor their status.

H. **AVOIDANCE ACTION**

The Debtors will review any potential avoidance actions and do not seek a deadline to file such actions at this juncture of the cases. Pursuant to the terms of an agreement reached with the Committee, avoidance actions will be pursued by the Committee under a plan.

I. **UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

The deadline to assume, assume and assign, or reject nonresidential real property leases was

1  December 27, 2018. On December 26, 2018, the Debtors filed their motion (the "<u>Lease Extension</u>

2  <u>Motion</u>") to extend the time to assume, assume and assign, or reject the leases for an additional 90

3  days, through and including March 27, 2019, or the date of entry of an order confirming a plan,

4  whichever is earlier [Docket No. 174]. No objections to the Lease Extension Motion were received.

5  An order approving the Lease Extension Motion is currently pending before this Court.

6        On February 6, 2019, Ruby's Huntington Beach filed its motion (the "<u>HB Assumption</u>

7  <u>Motion</u>") to approve the stipulation between Ruby's Huntington Beach and the City of Huntington

8  Beach to assume the lease for the Ruby's Diner located in Huntington Beach [Docket No. 233]. A

9  hearing on the HB Assumption Motion is scheduled for February 27, 2019.

10        On February 6, 2019, RDI, Ruby's Oceanside and Ruby's Palm Springs filed their motion

11  (the "<u>OC and PS Lease Assumption Motion</u>") to assume the leases for the Ruby's Diners located in

12  Oceanside and Palm Springs [Docket No. 232]. A hearing on the OC and PS Lease Assumption

13  Motion is scheduled for February 27, 2019.

14        The Debtors have reached an agreement with a third party to assume and assign the

15  nonresidential real property lease for the Ruby's Diner located in Laguna Hills, and to sell a limited

16  amount of furniture, fixtures and equipment to the assignee for $14,000. The agreement to assume

17  and assign the Laguna Hills lease has the agreement of the landlord, and includes an agreement to

18  resolve the landlord's claims against the Debtors. The Debtors anticipate filing a motion with

19  respect to assumption and assignment of the Laguna Hills lease, sale of the FF&E and resolution of

20  the landlord's claims by the end of this week, and will request that the Court hear the motion on a

21  shortened time, to be heard with the other matters scheduled for hearing on February 27, 2019.

22  **H.**   **PLAN AND DISCLOSURE STATEMENT**

23        The Debtors (together with RFS) are in the process of drafting and contemplate filing a joint

24  plan in the near term to restructure their financial affairs. The terms of such plan – and the funding

25  thereof – are contemplated to be materially in accordance with the terms of the Plan Support

26  Agreement and a term sheet agreement reached with the Committee.

27

28

| | |
|---|---|
| Dated: December 12, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |
| | By: /s/ William N. Lobel |
| | William N. Lobel |
| | Attorneys for Ruby's Diner, Inc., *et al.*, |
| | Debtors and Debtors-in-Possession |

Case 8:18-bk-13311-CB    Doc 244    Filed 02/12/19    Entered 02/12/19 13:21:09    Desc
Main Document    Page 9 of 19

## DECLARATION OF DOUGLAS S. CAVANAUGH

I, Douglas S. Cavanaugh, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am a founder and the Chief Executive Officer ("CEO") of Ruby's Diner, Inc., a California corporation, the above-captioned debtor and debtor-in-possession ("RDI"). I have served in the capacity of CEO since RDI's incorporation in 1985. I am also a 60% shareholder of RDI.

2. On August 28, 2018, Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, the "SoCal Debtors"), filed chapter 11 cases.

3. On September 5, 2018, RDI filed a related chapter 11 case. RDI and the SoCal Debtors are referred to herein as the "Debtors."

4. On September 5, 2018, the Court entered an order jointly administering the Debtors' Cases, with RDI designated as the lead debtor.

5. No party has requested the appointment of a trustee or examiner in the Debtors' cases. On September 19, 2018, the Office of the United States Trustee (the "UST") appointed an official committee of unsecured creditors in the RDI case (the "Committee").

6. On September 5, 2018, Ruby's Franchise Systems, Inc., a California corporation ("RFS"), an entity affiliated with the Debtors through common ownership and control, commenced a separate chapter 11 proceeding.

7. I submit this declaration (the "Declaration") in support of the Debtors' updated chapter 11 status report (the "Status Report") to which this Declaration is appended.[3] Except as otherwise indicated, all statements in this Declaration are based upon my review of the Debtors' books and records, relevant documents and other information prepared or collected by the Debtors'

---

[3] Capitalized terms not defined herein have the meanings ascribed to them in the Status Report, as applicable.

employees, or my opinion based on my experience with the Debtors' operations and financial condition.

8. On December 17, 2018, the Debtors filed their monthly operating reports for the accounting period ending December 2, 2018. On January 14, 2019, the Debtors filed their monthly operating reports for the accounting period ending December 30, 2018. On February 12, 2019, the Debtors filed their monthly operating reports for the accounting period ending January 28, 2019.

9. The UST quarterly fees for the quarter ending December 31, 2018 have been paid.

10. On December 11, 2018, the Debtor entered into a stipulation with the UST, the Committee and Opus Bank resolving the objections to the application to employ Pachulski Stang Ziehl & Jones LLP as the Debtors' insolvency counsel (the "PSZJ Application") [Docket No. 157] and, on December 12, 2018, the Court entered its order granting the PSZJ Application [Docket No. 170].

11. On December 18, 2018, the Court held a hearing on the application to employ GlassRatner Advisory Group ("GlassRatner") as financial advisor to RDI (the "GlassRatner Application"). At that hearing, the Court requested certain modifications to the GlassRatner Application, and on January 18, 2019, GlassRatner filed a supplemental declaration in support of the GlassRatner Application [Docket No. 213]. A hearing on the GlassRatner Application is scheduled for February 27, 2019.

12. On January 16, 2019, Donlin Recano & Company ("DRC") filed a supplemental declaration in support of the Debtors' application to employ DRC as their claims and noticing agent (the "DRC Application") [Docket No. 204]. A hearing on the DRC Application is scheduled for February 27, 2019.

13. The Debtors have retained AFP Saddington LLP ("AFP Saddington") as their accountants for the purpose of preparing the Debtors' 2017 Federal and State tax returns. The Debtors are working with AFP Saddington to finalize its employment application.

14. The Debtors anticipate retaining G&R Bookkeeping to provide general bookkeeping services to the Debtors. The Debtors are working with G&R Bookkeeping to finalize its employment application.

15. Since the Petition Dates, the Debtors have continued to operate their business in the ordinary course without material change from their pre-petition operations. The Debtors' major assets and liabilities remain substantially the same as described in the Prior Status Reports.

16. With respect to RDI, the following entities claim an interest in RDI's cash collateral: (1) Credit Management Association, as collateral agent for RDI's noteholders; (2) the Internal Revenue Service; (3) Pillsbury Winthrop Shaw Pittman LLP; and (4) Family Tree Produce (PACA claimant). In the SoCal Debtors' cases, the following entities assert an interest in some or all of the SoCal Debtors' cash collateral: (1) Opus Bank; (2) C&C Partnership; (3) Pillsbury Winthrop Shaw Pittman LLP; (4) Plaza Bonita, LLC; and (5) Family Tree Produce (PACA claimant).

17. On December 18, 2018, Opus Bank filed its third stipulation between Opus Bank and the SoCal Debtors authorizing the use of cash collateral (the "Opus Third Cash Collateral Stipulation") [Docket No. 163], and on December 18, 2018, the Court entered its order granting the Opus Third Cash Collateral Stipulation [Docket No. 165]. A hearing on the SoCal Debtors' continued use of cash collateral is scheduled for February 27, 2019.

18. On September 10, 2018 and December 20, 2018, the Court entered orders approving RDI's use of cash collateral on an interim basis [Docket Nos. 30 and 169]. A hearing on RDI's continued use of cash collateral is scheduled for February 27, 2019.

19. On January 8, 2019, the Debtors filed a motion seeking approval of, among other things, debtor-in-possession financing from Steven L. Craig (the "DIP Lender") in the amount of $2 million (which was to be utilized not only to support operations of the certain of the Debtors during the pendency of their chapter 11 cases, but also amounts necessary to make effective date payments under a chapter 11 plan contemplated by a Plan Support Agreement entered into between RDI, RFS, myself and Ralph Kosmides (the founders of Ruby's), and Mr. Craig (the "Prior DIP Motion") [Docket No. 185]. In addition to seeking approval of the $2 million loan, the Prior DIP Motion also requested approval of the RDI's assumption of and entry into the Plan Support Agreement, approval of a break-up fee and approval of a "post-petition netdown" process pursuant to which the amounts due among the Debtor, RFS and the Ruby's franchisees could be trued-up and funds could flow into the estates (defined herein as the "Post-Petition Netdown"). The Prior DIP Motion was supported by

the Committee, but was opposed by Opus Bank and Pillsbury Winthrop Shaw Pittman LLP.

20. Following discussion among the parties, and in an attempt to address the objections to the Prior DIP Motion which threatened to derail the forward movement of the Debtors' chapter 11 cases, RDI determined to enter into a more limited debtor-in-possession loan (with RDI as the only borrowing entity) in the amount of $200,000 – which is the minimum amount necessary to fund RDI's operations pending confirmation of a plan. The SoCal Debtors are not parties to the $200,000 DIP loan, nor do their assets serve as collateral for the DIP Loan.

21. On February 6, 2019, RDI filed its motion seeking approval of the $200,000 DIP loan from the DIP Lender (the "RDI DIP Motion") [Docket No. 235]. Concurrently therewith, the Debtors filed a withdrawal of the Prior DIP Motion and its more expansive relief (*i.e.,* the Debtors no longer seek approval of the $2 million loan, the Plan Support Agreement or the break-up fee).

22. RDI, however, by way of a stand-alone motion filed concurrently with the RDI DIP Motion, seeks approval of the Post-Petition Netdown process for which approval was previously sought by way of the Prior DIP Motion. In this regard, on February 6, 2019, RDI filed its motion (the "Post-Petition Netdown Motion") [Docket No. 234], pursuant to which RDI seeks an order authorizing it to honor post-petition obligations between and among RDI, RFS and the Ruby's® franchisees/licensees (the "Franchisees") in accordance with the "Post-Petition Netdown" process described therein, on account of: (i) RDI's post-petition reimbursement obligations to the Franchisees in connection with RDI's gift card programs (ii) the Franchisees' obligations under the franchise agreements between the Franchisees and RFS, specifically with respect to the payment of the franchise royalties and advertising fund obligations due thereunder, and (iii) the license fee payable to RDI by RFS pursuant to the license agreement between them (which amounts to 25% of the Franchise Royalties paid to RFS).

23. It is my understanding that the Committee supports approval of the $200,000 DIP loan as requested by the RDI DIP Motion (and also supports the Post-Petition Netdown Motion). In addition, the Debtors believe that the objections raised by Opus Bank and Pillsbury in connection with the Prior DIP Motion have been resolved as a result of the limited relief requested by way of the RDI DIP Motion (and that, regardless, Opus Bank does not have standing with respect to the

RDI DIP Motion as it is not a creditor of RDI, the only borrower under the $200,000 DIP loan).

24. Hearings on the approval of the RDI DIP Loan and the Post-Petition Netdown Motion are scheduled for February 27, 2019.

25. On December 26, 2018, the Debtors filed their Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (the "Exclusivity Motion") [Docket No. 175]. On January 9, 2019, Opus Bank filed its opposition to the Exclusivity Motion (the "Opus Opposition") [Docket No. 192]. A hearing on the Exclusivity Motion is scheduled for February 27, 2019.

26. On January 29, 2019, the Debtors filed their motion to set the last day to file proofs of claim (the "Claims Bar Date Motion") [Docket No. 227]. By the Claims Bar Date Motion, the Debtors request that the Court establish, *inter alia*, a general bar date thirty (30) days following service of notice of the last date and time by which all creditors of the Debtors must file proofs of claim. A hearing on the Claims Bar Date Motion is scheduled for February 27, 2019.

27. The Debtors are currently involved in pending litigations in multiple courts in Southern California. The Debtors have filed notices of stay in those cases, and will continue to monitor their status.

28. The Debtors will review any potential avoidance actions and do not seek a deadline to file such actions at this juncture of the cases. Pursuant to the terms of an agreement reached with the Committee, avoidance actions will be pursued by the Committee under a plan.

29. The deadline to assume, assume and assign, or reject nonresidential real property leases was December 27, 2018. On December 26, 2018, the Debtors filed their motion (the "Lease Extension Motion") to extend the time to assume, assume and assign, or reject the leases for an additional 90 days, through and including March 27, 2019, or the date of entry of an order confirming a plan, whichever is earlier [Docket No. 174]. No objections to the Lease Extension Motion were received. It is my understanding that an order approving the Lease Extension Motion is currently pending before this Court.

30. On February 6, 2019, Ruby's Huntington Beach filed its motion (the "HB Assumption Motion") to approve the stipulation between Ruby's Huntington Beach and the City of

Huntington Beach to assume the lease for the Ruby's Diner located in Huntington Beach [Docket No. 233]. A hearing on the HB Assumption Motion is scheduled for February 27, 2019.

31. On February 6, 2019, RDI, Ruby's Oceanside and Ruby's Palm Springs filed their motion (the "OC and PS Lease Assumption Motion") to assume the leases for the Ruby's Diners located in Oceanside and Palm Springs [Docket No. 232]. A hearing on the OC and PS Lease Assumption Motion is scheduled for February 27, 2019.

32. The Debtors have reached an agreement with a third party to assume and assign the nonresidential real property lease for the Ruby's Diner located in Laguna Hills, and to sell a limited amount of furniture, fixtures and equipment to the assignee for $14,000. The agreement to assume and assign the Laguna Hills lease has the agreement of the landlord, and includes an agreement to resolve the landlord's claims against the Debtors. The Debtors anticipate filing a motion with respect to assumption and assignment of the Laguna Hills lease, sale of the FF&E and resolution of the landlord's claims by the end of this week, and will request that the Court hear the motion on a shortened time, to be heard with the other matters scheduled for hearing on February 27, 2019.

33. The Debtors (together with RFS) are in the process of drafting and contemplate filing a joint plan in the near term to restructure their financial affairs. The terms of such plan – and the funding thereof – are contemplated to be materially in accordance with the terms of the Plan Support Agreement and a term sheet agreement reached with the Committee.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed February 12, 2019, at Newport Beach, California.

_____
Douglas S. Cavanaugh

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled:  **UPDATED CHAPTER 11 STATUS REPORT DATED FEBRUARY 12, 2019; DECLARATION OF DOUGLAS S. CAVANAUGH IN SUPPORT THEREOF** thereof will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **2/12/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **2/12/2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **2/12/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **2/12/2019** | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:316841.1 76135/001

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**   gblackmar@bpslaw.net
- **Dustin P Branch**   branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- **Meghan Canty**   mcanty@tocounsel.com, lhyska@tocounsel.com
- **Aaron Davis**   aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**   afriedman@shbllp.com, lgauthier@shbllp.com
- **Eric J Fromme**   efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Richard H Golubow**   rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Garrick A Hollander**   ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**   dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **William N Lobel**   wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**   Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**   mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**   dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Ernie Zachary Park**   ernie.park@bewleylaw.com
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**   matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com


2. **SERVED BY UNITED STATES MAIL**:

SEE SERVICE LIST ATTACHED.


3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

<u>Via Overnight Mail</u>
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                             **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001

| | | |
|---|---|---|
| MGP FUND X LAGUNA HILLS, LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>OFFICER DIRECTOR MANAGER AGENT<br>425 CALIFORNIA STREET, 10TH FLOOR<br>SAN FRANCISCO, CA 94104 | GRIT DEVELOPMENT<br>OFFICER DIRECTOR MANAGER AGENT<br>201 NORTH PALM CANYON DRIVE, SUITE 200<br>PALM SPRINGS, CA 92262 | CITY OF HUNTINGTON BEACH<br>ATTN: KELLEE FRITZAL, DEPUTY DIRECTOR, OFFICE OF BUSINESS DEVELOPMENT<br>PO BOX 190<br>HUNTINGTON BEACH, CA 92648 |
| ASAP DRAIN GUYS AND PLUMBING<br>OFFICER DIRECTOR MEMBER AGENT<br>999 RANCHEROS DR, STE B<br>SAN MARCOS CA 92069 | CALIFORNIA NEWSPAPERS PARTNERSHP<br>ORANGE COUNTY REGISTER RIVERSIDE<br>OFFICER DIR MGR AGENT<br>2190 S TOWNE CENTRE PL<br>ANAHEIM CA 92806 | CROUDACE AND DIETRICH LLP<br>VIRGINIA CROUDACE OFFICER DIR MGR AGENT<br>2151 MICHAELSON DRIVE, SUITE 162<br>IRVINE, CA 92612 |
| CUSTOM BUSINESS SOLUTIONS INC<br>ANTHONY GARTUNG OFFICER DIR MGR AGENT<br>12 MORGAN IRVINE CA B 92618 | DM DOBKIN INC DBA MR ROOTER PLUMBER<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 338PALM DESERT CA 92261 | DORSEY & WHITNEY LLP<br>JOHN S BAKER<br>600 ANTON BLVD STE 2000<br>COSTA MESA CA 92626 |
| ECOTECH REFRIGERATION AND HVAC INC<br>OFFICER DIRECTOR MANAGER AGENT<br>1630 SUNKIST ST, STR R<br>ANAHEIM CA 92806 | EDISON FIRE PROTECTION<br>OFFICER DIRECTOR MANAGER AGENT<br>3621 EAGLE ROCK BLVD<br>LOS ANGELES CA 90065 | FACILITEC WEST<br>MARIAN BECHTOL OFFICER DIR MGR AGENT<br>PO BOX 6008<br>SAN PEDRO CA 90734 |
| G & G BOOKKEEPING INC<br>GLYNIS RAMIREZ OFFICER DIR MGR AGENT<br>19602 COUNTRY LAKE DR<br>MAGNOLIA TX 77355 | GARDA CL WEST INC<br>SUSAN LOETELLOFFICER DIR MGR AGENT<br>LOCKBOX 233209<br>3209 MOMENTUM PL<br>CHICAGO IL 60689 | HARBOR DISTRIBUTING LLC<br>DBA GATE CITY BEVERAGE DISTRIBUTION<br>PO BOX 842685<br>LOS ANGELES CA 90084 |
| LAKE AIR<br>OFFICER DIRECTOR MANAGER AGENT<br>583 OLEANDER RD<br>PALM SPRINGS CA 92264 | MICHAEL ROBERT WILSON<br>DBA WILSON CONSTRUCTION<br>14302 YORBA ST<br>TUSTIN CA 92780 | MICROCOOL INC<br>OFFICER DIRECTOR MANAGER AGENT<br>72216 NORTHSORE ST, #103-104<br>THOUSAND PALMS CA 92276 |
| MINUTEMAN INDUSTRIES INC<br>LINDY OFFICER DIR MGR AGENT<br>PO BOX 4983<br>GARDEN GROVE CA 92842 | NATIONAL PLASTIC CO INC<br>BRYAN CARR OFFICER DIR MGR AGENT<br>15505 CORNET AVE<br>SANTA FE SPRINGS CA 90670 | OFFICE OF THE US TRUSTEE<br>MICHAEL HAUSER<br>411 WEST FOURTH STREET, SUITE 7160<br>SANTA ANA CA 92701 |
| OPTIMAL BIOFUELS INC<br>DONOVAN SAFAEL OFFICER DIR MGR AGENT<br>PO BOX 10986<br>NEWPORT BCH. CA 92658 | PRECISION AIR COOLING AND HEATING SVC LLC<br>SCOTT DEN HARTOG<br>247 PLUMBERS RD<br>COLUMBIA SC 29203 | PRUDENTIAL OVERALL SUPPLY INC<br>OFFICER DIRECTOR MANAGER AGENT<br>1661 ALTON PKWY<br>IRVINE CA 92606 |
| SOUTHWEST PLUMBING<br>OFFICER DIRECTOR MANAGER AGENT<br>31410 RESERVE DR<br>THOUSAND PALMS CA 92276 | SPECIALTY COOLING INC<br>OFFICER DIRECTOR MANAGER AGENT<br>1661 MARTENS RIVER CIR<br>UNIT M<br>FOUNTAIN VALLEY CA 92708 | STACEY'S REFRIGERATION AND AIR CONDITIONING<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 232<br>DESERT HOT SPRINGS CA 92240 |
| STARWEST PARKWAY MALL LP<br>DANIAL TOSCANO ESQ<br>PO BOX 844767<br>LOS ANGELES CA 90084-4767 | THE PAPER CO<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 17807<br>IRVINE CA 92623 | UNION BANK N<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 650349<br>DALLAS TX 75265 |

| | | |
|---|---|---|
| US FOODS - LA MIRADA<br>BRIAN SONDHEIM OFFICER DIR MGR AGENT<br>540 NORTHEAST LANDON RD<br>BELFAIR WA 98528 | 3 WIRE GROUP INC<br>OFFICER DIRECTOR MANAGER AGENT<br>NW 7964<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-7964 | AIRE RITE AIR CONDITIONING<br>DAVE LANGSTON OFFICER DIR MGR AGENT<br>15122 BOLSA CHICA ST<br>HUNTINGTON BCH. CA 92649 |
| BERKELEY INSURANCE CO<br>OFFICER DIRECTOR MANAGER AGENT<br>475 STEAMBOAT RD<br>FL 1<br>GREENWICH CT 06830 | C & C PARTNERSHIP<br>RONALD CLEAR<br>56 TESLA<br>IRVINE CA 92618 | CALIFORNIA RESTAURANT MUTUAL BENEFIT CORP.<br>DAVID JOHNSON<br>430 N VINEYARD AVE, SUITE 102<br>ONTARIO, CA  91764 |
| CINTAS CORP<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 29059<br>PHOENIX AZ 85038-9059 | <u>COMPEAT INC *Moved per FEDEX 1-10-19*</u><br><u>OFFICER DIRECTOR MANAGER AGENT</u><br><u>773 SAN MARIN DR</u><br><u>STE 2320</u><br><u>NOVATO CA 94945</u> | COOLAIRTEK AIR CONDITIONING AND REFRI<br>OFFICER DIRECTOR MANAGER AGENT<br>1540 LELAND ST<br>BEAUMONT CA 92223 |
| CREDIT MANAGERS ASSOC.<br>ATTN: ADJUSTMENTS<br>303 NORTH GLEN OAK BLVD., SUITE 200<br>BURBANK CA 91502 | EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92 E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 | FIRST INSURANCE FUNDING CORP<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 7000<br>CAROL STREAM IL 60197-7000 |
| FRANCHISE TAX BOARD BANKRUPTCY SECTION<br>MS: A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | FRANCHISE TAX BOARD CHIEF COUNSEL<br>C/O GENERAL COUNSEL SECTION<br>PO BOX 1720, MS: A-260<br>RANCHO CORDOVA CA 95741-1720 | GASKETS USA LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>10741 SHERMAN WAY<br>#3<br>SUN VALLEY CA 91352 |
| GENE PHELPS DBA US AIR CONDITIONING<br>OFFICER DIRECTOR MANAGER AGENT<br>4517 BIRCHWOOD AVE<br>SEAL BEACH CA 90740 | INDUSTRIAL ELECTRIC SEVICE INC<br>OFFICER DIRECTOR MANAGER AGENT<br>5662 ENGINEER DR<br>HUNTINGTON BCH. CA 92649 | KATE NAPOLI<br>19512 POMPANO LANE # 108<br>HUNTINGTON BEACH CA 92648 |
| INTERIOR RESOURCES INC<br>OFFICER DIRECTOR MANAGER AGENT<br>489-20 JOHNSON AVENUE<br>BOHEMIA NY 11716 | INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SVC<br>INSOLVENCY STOP 5022<br>300 N LOS ANGELES ST<br>RM 406<br>LOS ANGELES CA 90012 |
| INTERNAL REVENUE SVC<br>OFFICE OF CHIEF COUNSEL<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | INTERNAL REVENUE SVC<br>AGENT<br>2970 MARKET ST<br>MAIL STOP 5-Q30133<br>PHILADELPHIA PA 19104-5016 | <u>JANI-KING OF CALIFORNIA INC</u><br><u>OFFICER DIRECTOR MANAGER AGENT</u><br><u>FILE 749318</u><br><u>LOS ANGELES CA 90074-9318</u> |
| KLM MANAGEMENT CO<br>DBA AMCOM FOOD SVC<br>14120 E VLY BLVD<br>LA PUENTE CA 91746 | ~~MAINTENANCE BUILDING SVC~~<br>~~VICTOR SANTANAOFFICER DIR MGR AGENT~~<br>~~1665 E 4TH ST~~<br>~~STE 104B~~<br>~~SANTA ANA CA 92701~~ Retrn'd Mail 1/9/18 | MIGUEL CANTU SOLANO (ntc of move 1/31/19)<br>DBA MCPAINTING HANDYMAN<br>2015 CATALINA AVE<br>VISTA CA 92084 |
| NUC02 LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 417902<br>BOSTON MA 02241-7902 | OAK GROVE PTA<br>OAK GROVE ELEMENTARY PTA PRESIDENT<br>22705 SANBORN<br>ALISO VIEJO CA 92656 | RESCUE ROOTER<br>T NELSON OFFICER DIR MGR AGENT<br>9895 OLSON DR<br>STE A<br>SAN DIEGO CA 92121 |

| | | |
|---|---|---|
| SAN DIEGO COUNTY<br>TREASUER TAX COLLECTOR<br>1600 PACIFIC HIGHWAY<br>RM 162<br>SAN DIEGO CA 92101 | SHOES FOR CREWS LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 504634<br>SAINT LOUIS MO 63150 | SOUTH CITY MECHANICAL INC<br>OFFICER DIRECTOR MANAGER AGENT<br>8822 TROY ST<br>SPRING VALLEY CA 91977 |
| SOUTHERN CALIFORNIA EDISON<br>OFFICER MANAGER DIRECTOR AGENT<br>PO BOX 300<br>ROSEMEAD CA 91771 | UNITED STATES ATTORNEY'S OFFICE<br>300 NORTH LOS ANGELES ST<br>FEDERAL BUILDING, ROOM 7516<br>LOS ANGELES CA 90012 | UNITED STATES DEPT. OF JUSTICE<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON DC 20044 |
| WASSERTROM CO INC<br>OFFICER DIRECTOR MANAGER AGENT<br>477 S FRONT ST<br>COLUMBUS OH 43215 | CITY OF OCEANSIDE<br>ATTN PROPERTY MANAGEMENT<br>300 NORTH COAST HIGHWAY<br>OCEANSIDE CA 90254 | ANETTE W JARVIS<br>DORSEY & WHITNEY LLP<br>111 SOUTH MAIN STREET, 21 FL<br>SALT LAKE CITY UT 84111 |
| MISSION VALLEY SHOPPINGTOWN LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>2049 CENTURY PARK EAST, 41ST FLOOR<br>LOS ANGELES, CA 90067 | REEF SYSTEMS INC<br>OFFICER DIRECTOR MANAGNER AGENT<br>2931 GRACE LANE, UNIT G<br>COSTA MESA CA 92626 | PURITAN BAKERY<br>JIM STONE OFFICER DIR MGR AGENT<br>1624 E CARSON ST<br>CARSON CA 90745 |
| DAN MCALLISTER<br>TREASURER-TAX COLLECTOR<br>ATTENTION: BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | CREDIT MANGEMENT ASSOCIATIONS<br>KIMBERLY A. LAMBERTY, PRESIDENT<br>3110 W. CHEYENNE AVENUE<br>STE 100<br>NORTH LAS VEGAS, CA 89032 | CREDIT MAMANGMENT ASSOCIATIONS<br>MIKE JONICH<br>40 EAST VERDUGO AVENUE<br>BURBANK CA 91502 |