William N. Lobel, State Bar No. 93202
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, California  92626
Telephone:  (714) 384-4740
Facsimile:  (714) 384-4741
E-mail:  wlobel@pszjlaw.com

Attorneys for Ruby's Diner, Inc., a California corporation,
*et al.,* Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**

In re:

RUBY'S DINER, INC., a California corporation, *et al.,*[1]

Debtors and Debtors-in-Possession.

Affects:

☐ All Debtors

☒ RUBY'S DINER, INC., ONLY

☐ RUBY'S SOCAL DINERS, LLC, ONLY

☐ RUBY'S QUALITY DINERS, LLC, ONLY

☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY

☐ RUBY'S LAGUNA HILLS, LTD. ONLY

☐ RUBY'S OCEANSIDE, LTD., ONLY

☐ RUBY'S PALM SPRINGS, LTD., ONLY

Case No. 8:18-bk-13311-CB
Chapter 11
(Jointly Administered With Case Nos.
8:18-bk-13197-CB; 8:18-bk-13198-CB;
8:18-bk-13199-CB; 8:18-bk-13200-CB;
8:18-bk-13201-CB; 8:18-bk-13202-CB)

**SUPPLEMENT AND REQUEST TO INCREASE DIP LOAN FROM $200,000 TO $300,000 IN CONNECTION WITH RDI'S MOTION FOR ENTRY OF ORDER AUTHORIZING RDI TO: (1) OBTAIN POST-PETITION FINANCING; (2) GRANT LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 364, (3) UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363, AND (4) GRANT RELATED RELIEF; DECLARATION OF DOUGLAS S. CAVANAUGH IN SUPPORT THEREOF**

Date:      February 27, 2019
Time:      10:00 a.m.
Courtroom: 5D
Address:   411 West Fourth Street
           Santa Ana, CA  92701

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

DOCS_LA:319486.1 76135/0031

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, SECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

Ruby's Diner, Inc., a California corporation ("RDI" or the "Debtor"), hereby files this Supplement to the *Motion For Entry Of Order Authorizing RDI To: (1) Obtain Post-Petition Financing; (2) Grant Liens And Superpriority Administrative Expense Claims Pursuant To 11 U.S.C. § 364, (3) Utilize Cash Collateral Pursuant To 11 U.S.C. § 363, And (4) Grant Related Relief* (the "DIP Motion").[2] Pursuant to the DIP Motion, RDI requested, *inter alia*, approval of a debtor-in possession loan in the amount of Two Hundred Thousand Dollars ($200,000) (the "DIP Loan").

Subsequent to the filing of the DIP Motion, RDI and the DIP Lender further discussed RDI's post-petition financing needs. Based on these discussions and RDI's financing needs, they have agreed to increase the DIP Loan to the amount of Three Hundred Thousand Dollars ($300,000). The additional $100,000 will ony be a draw if the additional funds are actually needed. A revised Budget reflecting the increased amount of the DIP Loan and the use of the proceeds thereof is attached as Exhibit "1" to the Declaration of Douglas S. Cavanaugh annexed hereto. The increased amount of the DIP Loan maybe necessary to cover RDI's operating expenses as reflected in the Budget. All other terms and conditions of the relief requested by way of the DIP Motion remain unchanged.

Dated: February 20, 2019         PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ William N. Lobel*
William N. Lobel
Attorneys for Ruby's Diner, Inc., *et al.*,
Debtors and Debtors-in-Possession

---

[2] Capitalized terms utilized herein that are not otherwise defined have the meanings ascribed to such terms in the DIP Motion.

2

## **DECLARATION OF DOUGLAS S. CAVANAUGH**

I, Douglas S. Cavanaugh, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am a founder and the Chief Executive Officer ("CEO") of Ruby's Diners, Inc., a California corporation ("RDI"). I have served in the capacity of CEO of RDI since its incorporation in 1985. I am also a 60% shareholder of RDI.

2. I make this Declaration in support of the Supplement to the *Motion For Entry Of Order Authorizing RDI To: (1) Obtain Post-Petition Financing; (2) Grant Liens And Superpriority Administrative Expense Claims Pursuant To 11 U.S.C. § 364, (3) Utilize Cash Collateral Pursuant To 11 U.S.C. § 363, And (4) Grant Related Relief* (the "DIP Motion").[3] My previously filed declaration in support of the DIP Motion is incorporated as though fully set forth herein.

3. Pursuant to the DIP Motion, RDI requested, *inter alia*, approval of a debtor-in possession loan in the amount of Two Hundred Thousand Dollars ($200,000) (the "DIP Loan").

4. Subsequent to the filing of the DIP Motion, RDI and the DIP Lender further discussed RDI's post-petition financing needs. Based on these discussions and RDI's financing needs, RDI and the DIP Lender have agreed to increase the DIP Loan to the amount of Three Hundred Thousand Dollars ($300,000). The additional $100,000 will only be drawn if needed.

5. A revised Budget reflecting the increased amount of the DIP Loan and the use of the proceeds thereof is attached hereto as Exhibit "1."

6. I believe that the increased amount of the DIP Loan is necessary to cover RDI's operating expenses as reflected in the Budget.

7. All other terms and conditions of the relief requested by way of the DIP Motion remain unchanged.

---

[3] Capitalized terms utilized herein that are not otherwise defined have the meanings ascribed to such terms in the DIP Motion.

3

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed February 20, 2019, at Newport Beach, California.

_____
Douglas S. Cavanaugh

<u>EXHIBIT "1"</u>

**Ruby's Diner Inc.**
**Weekly Cash Flow Budget DRAFT**

Proposed Effective Date

| | Fiscal Period | Period 2 | | Period 3 | | | | Period 4 | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Post-Petition Accounting Week | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | Week 21 to 30 |
| | Week Ending Date | 2/17/2019 | 2/24/2019 | 3/3/2019 | 3/10/2019 | 3/17/2019 | 3/24/2019 | 3/31/2019 | 4/7/2019 | 4/14/2019 | 4/21/2019 | |
| **RECEIPTS** | | | | | | | | | | | | |
| **Corporate Receipts** | | | | | | | | | | | | |
| [1,2] G&A Fees W/O Woodbrdige | | 19,753 | 20,613 | 18,328 | 17,307 | 20,362 | 22,096 | 25,175 | 28,131 | 24,220 | 20,859 | **216,843** |
| G&A Fees | | 22,288 | 23,200 | 20,770 | 19,681 | 22,779 | 24,522 | 27,635 | 30,854 | 26,819 | 23,091 | **241,638** |
| License Fee from RFS | | | | 37,080 | | | | 38,685 | | | 123,845 | **199,610** |
| Holiday Gift Card Sales | | | | | | | | | | | | **-** |
| LP/LLC Distributions to RDI | | | | | | | | | | | | **-** |
| | Total Corporate Receipts | 22,288 | 23,200 | 57,850 | 19,681 | 22,779 | 24,522 | 66,320 | 30,854 | 26,819 | 146,937 | **441,248** |
| **Woodbridge Receipts** | | | | | | | | | | | | **-** |
| Restaurant Revenues | | 33,381 | 31,289 | 29,757 | 29,590 | 30,834 | 29,812 | 31,687 | 36,391 | 28,592 | 27,207 | **308,539** |
| Sales Tax Receipt | | 2,670 | 2,503 | 2,381 | 2,367 | 2,467 | 2,385 | 2,535 | 2,911 | 2,287 | 2,177 | **24,683** |
| Gift Card Reimbursement | | - | 2,500 | - | - | - | - | 2,500 | - | - | - | **5,000** |
| | Total Woodbridge Receipts | 36,051 | 36,292 | 32,137 | 31,957 | 33,301 | 32,197 | 36,722 | 39,302 | 30,879 | 29,384 | **338,222** |
| | Total RDI and Woodbridge Receipts | 58,339 | 59,491 | 89,987 | 51,638 | 56,079 | 56,719 | 103,042 | 70,156 | 57,698 | 176,320 | **779,470** |
| **DISBURSEMENTS** | | | | | | | | | | | | **-** |
| **Corporate Disbursements** | | | | | | | | | | | | **-** |
| Operating Expenses | | | | | | | | | | | | **-** |
| [3,4] Salaries Inflow | | (290,800) | | (252,567) | | (311,547) | | (400,932) | | (413,579) | | **(1,669,425)** |
| [3,4] Salaries Outflow | | 194,349 | 156,655 | 173,446 | 137,755 | 205,877 | 166,911 | 259,778 | 211,097 | 270,697 | 217,349 | **1,993,914** |
| Facilitiy 1 rent | | | | 5,385 | | | | 5,385 | | | | **10,769** |
| [8] Other Operating Expenses (Corporate) | | 12,864 | 12,864 | 17,364 | 27,214 | 12,864 | 12,864 | 17,364 | 27,214 | 12,864 | 72,864 | **226,341** |
| [4] Founders Medical | | | | 10,200 | | | | 10,200 | | | | **20,400** |
| | Total Operating Expenses | (83,587) | 169,519 | (46,172) | 164,969 | (92,806) | 179,775 | (118,405) | 248,511 | (130,018) | 290,213 | **581,999** |
| Non-Operating Expenses | | | | | | | | | | | | **-** |
| [12] Interest and Debt Service | | | | 8,743 | | | | 10,743 | | | | **19,487** |
| [5] FUTA Tax (Corporate) | | 6,651 | | | | 6,651 | | | | | | **13,302** |
| [6] Costco Redemption Payments | | 15,000 | | | | 15,000 | | | | 15,000 | | **45,000** |
| Contingency | | | | | | | | | | | | **-** |
| | Total Non-Operating Expenses | 21,651 | - | 8,743 | - | 21,651 | - | 10,743 | - | 15,000 | - | **77,789** |
| | Total Corporate Disbursements | (61,936) | 169,519 | (37,429) | 164,969 | (71,155) | 179,775 | (107,662) | 248,511 | (115,018) | 290,213 | **659,787** |
| **Woodbridge Disbursements [9]** | | | | | | | | | | | | **-** |
| Operating Expenses | | | | | | | | | | | | **-** |
| Cost of Goods Sold | | 8,148 | 8,943 | 7,481 | 8,366 | 7,500 | 7,354 | 7,858 | 8,746 | 8,198 | 7,796 | **80,390** |
| Minimum Rent | | - | - | - | - | - | - | - | - | - | - | **-** |
| Percentage Rent + Other Occupancy | | - | - | 2,474 | - | - | - | - | 2,694 | | - | **5,167** |
| Lease True-up | | - | - | - | - | - | - | - | - | - | - | **-** |
| Utility Deposits | | - | - | - | - | - | - | - | - | - | - | **-** |
| Other Operating Expenses | | 7,744 | 7,259 | 6,904 | 6,865 | 7,153 | 6,916 | 7,351 | 8,443 | 6,633 | 6,312 | **71,581** |
| Sales Tax Payment | | 2,399 | 2,670 | 2,503 | 2,381 | 2,367 | 2,467 | 2,385 | 2,535 | 2,911 | 2,287 | **24,906** |
| G&A Fees | | 2,535 | 2,587 | 2,442 | 2,374 | 2,417 | 2,426 | 2,460 | 2,723 | 2,599 | 2,232 | **24,795** |
| | Total Operating Expenses | 20,827 | 21,459 | 21,804 | 19,985 | 19,438 | 19,162 | 20,054 | 25,140 | 20,342 | 18,628 | **206,839** |
| Non-Operating Expenses | | | | | | | | | | | | **-** |
| Capital Improvements | | - | - | - | - | - | - | - | - | - | - | **-** |
| FUTA Tax | | - | - | - | - | - | - | - | - | - | - | **-** |
| | Total Non-Operating Expenses | - | - | - | - | - | - | - | - | - | - | **-** |
| | Total Woodbridge Disbursements | 20,827 | 21,459 | 21,804 | 19,985 | 19,438 | 19,162 | 20,054 | 25,140 | 20,342 | 18,628 | **206,839** |
| | Total RDI and Woodbridge Disbursements | (41,109) | 190,978 | (15,625) | 184,954 | (51,717) | 198,937 | (87,607) | 273,651 | (94,676) | 308,841 | **866,627** |
| **C/F FROM RDI OPERATIONS** | | 84,224 | (146,319) | 95,279 | (145,288) | 93,933 | (155,253) | 173,982 | (217,657) | 141,837 | (143,276) | **(218,539)** |
| **C/F FROM WOODBRIDGE OPERATIONS [9]** | | 15,224 | 14,832 | 10,333 | 11,972 | 13,863 | 13,034 | 16,668 | 14,162 | 10,538 | 10,756 | **131,383** |
| **C/F FROM RDI AND WB OPERATIONS** | | 99,448 | (131,487) | 105,612 | (133,316) | 107,796 | (142,219) | 190,650 | (203,495) | 152,375 | (132,520) | **(87,157)** |

**Ruby's Diner Inc.**
**Weekly Cash Flow Budget DRAFT**

| | | Period 2 | | Period 3 | | | | Period 4 | | | | Proposed Effective Date | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Period | | Period 2 | | Period 3 | | | | Period 4 | | | | | Total |
| Post-Petition Accounting Week | | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | Week 21 to 30 |
| Week Ending Date | | 2/17/2019 | 2/24/2019 | 3/3/2019 | 3/10/2019 | 3/17/2019 | 3/24/2019 | 3/31/2019 | 4/7/2019 | 4/14/2019 | 4/21/2019 | | |
| [7] RDI Restructuring Expenses | | | | | | | | | | | | | |
| GlassRatner | | - | | | | | | | | | | | - |
| Committee Professionals (Corporate) | | - | | | | | | | | | | | - |
| DIP Lender Fees | | - | | | | | | | | | | | - |
| Retention Incentive | | - | | | | | | | | | | | - |
| PSZJ | | - | | | | | | | | | | | - |
| Professional Fees | | | | | | | | | | | 1,750,000 | | 1,750,000 |
| US Trustee (Corporate) | | - | | | | | | | | | 9,750 | | 9,750 |
| Total RDI Restructuring Expenses | | - | - | - | - | - | - | - | - | - | 1,759,750 | | 1,759,750 |
| Woodbridge Restructuring Expenses | | | | | | | | | | | | | |
| Committee Professionals | | - | - | - | - | - | - | - | - | - | - | | - |
| PSZJ | | - | - | - | - | - | - | - | - | - | - | | - |
| US Trustee | | - | - | - | - | - | - | - | - | - | - | | - |
| Total Woodbridge Restructuring Expenses | | - | - | - | - | - | - | - | - | - | - | | - |
| **RDI C/F AFTER RESTRUCTURING EXPENSES** | | 84,224 | (146,319) | 95,279 | (145,288) | 93,933 | (155,253) | 173,982 | (217,657) | 141,837 | (1,903,026) | | (1,978,289) |
| **WOODBRIDGE C/F AFTER RESTRUCTURING EXPENSES** | | 15,224 | 14,832 | 10,333 | 11,972 | 13,863 | 13,034 | 16,668 | 14,162 | 10,538 | 10,756 | | 131,383 |
| **RDI AND WB C/F AFTER RESTRUCTURING EXPENSES** | | 99,448 | (131,487) | 105,612 | (133,316) | 107,796 | (142,219) | 190,650 | (203,495) | 152,375 | (1,892,270) | | (1,846,907) |
| **Plan Payments** | | | | | | | | | | | | | |
| Unsecured Creditors | | | | | | | | | | | 1,730,179 | | 1,730,179 |
| Total Plan Payments | | - | - | - | - | - | - | - | - | - | 1,730,179 | | 1,730,179 |
| **Contemplated Effective Date Inflows** | | | | | | | | | | | | | |
| SC Equity Contribution | | | | | | | | | | | 1,000,000 | | 1,000,000 |
| [10] Plan-related Contribution | | | | | | | | | | | 1,700,000 | | 1,700,000 |
| Total Inflows | | - | - | - | - | - | - | - | - | - | 2,700,000 | | 2,700,000 |
| Beginning Cash | | 24,834 | 124,282 | (7,205) | 398,407 | 265,091 | 372,888 | 230,669 | 421,318 | 217,823 | 370,197 | | 24,834 |
| Plus / Less: Net Cash Flow | | 99,448 | (131,487) | 105,612 | (133,316) | 107,796 | (142,219) | 190,650 | (203,495) | 152,375 | (922,449) | | (877,086) |
| Plus / Less: Intercompany Transfers | | | | | | | | | | | | | |
| Plus / Less: DIP Loan Facility Borrowing | | - | - | 300,000 | - | - | - | - | - | - | - | | 300,000 |
| **ENDING CASH** | | 124,282 | (7,205) | 398,407 | 265,091 | 372,888 | 230,669 | 421,318 | 217,823 | 370,197 | (552,252) | | (552,252) |
| DIP Loan Facility Availability | | - | - | 300,000 | - | - | - | - | - | - | - | | 300,000 |
| DIP (Draw) / Paydown SoCal Units/RFS | | | | | | | | | | | | | - |
| DIP (Draw) / Paydown RDI | | - | - | (300,000) | - | - | - | - | - | - | - | | (300,000) |
| **ENDING LIQUIDITY** | | 124,282 | (7,205) | 398,407 | 265,091 | 372,888 | 230,669 | 421,318 | 217,823 | 370,197 | (552,252) | | (552,252) |
| **ENDING DIP LOAN BALANCE** | | | | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | | 300,000 |

**Footnotes**
1. Restaurant revenues, expenses, and income are impacted by seasonality and weather.
2. RDI corporate office and Ruby's Irvine Woodbridge restaurant used to share bank accounts and are projected to have commingled funds.
3. RDI facilitates payroll funds to a Payroll Processor for all managed restaurant locations, those locations transfer payroll to RDI in advance of payments.
4. RDI facilitates funds for various insurance costs, including Group Health, General Liability, and Workers' Compensation, and each locations pays in advance of that payment.
5. FUTA Tax equals remaining balance of 2016 extra assessment - RDI makes monthly payment and is reimbursed by remaining managed locations.
6. Costco Redemption Payments are an estimate of reimbursements to Franchisees and Company restaurants, for gift cards redeemed at their locations.
7. The professional fees and costs are estimated and aggregated on the consolidated tab.
8. Includes restaurant level deferred Management compensation.
9. Woodbridge's Salaries and Employee Related is being paid on the RDI Salaries and Employee Related line.
10. It is contemplated that the plan will provide the DIP lender the option to convert the DIP loan into equity of the reorganized debtor. The lender will also provide up to $600k on a need basis by diluting current owners.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled: **SUPPLEMENT AND REQUEST TO INCREASE DIP LOAN FROM $200,000 TO $300,000 IN CONNECTION WITH RDI'S MOTION FOR ENTRY OF ORDER AUTHORIZING RDI TO: (1) OBTAIN POSTPETITION FINANCING; (2) GRANT LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 364, (3) UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363, AND (4) GRANT RELATED RELIEF; DECLARATION OF DOUGLAS S. CAVANAUGH IN SUPPORT THEREOF** thereof will be served or was served **(a)** on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **2/20/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **2/20/2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **2/20/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **2/20/2019** | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**   gblackmar@bpslaw.net
- **Dustin P Branch**   branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- **Meghan Canty**   mcanty@tocounsel.com, lhyska@tocounsel.com
- **Aaron Davis**   aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**   afriedman@shbllp.com, lgauthier@shbllp.com
- **Eric J Fromme**   efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Richard H Golubow**   rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Garrick A Hollander**   ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**   dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **William N Lobel**   wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**   Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**   mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**   dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Ernie Zachary Park**   ernie.park@bewleylaw.com
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**   matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com

2. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

Via Overnight Mail
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593

3. **SERVED BY UNITED STATES MAIL**:

SEE ATTACHED MAILING LIST.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:316841.1 76135/001

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| INTERNAL REVENUE SVC<br>INSOLVENCY STOP 5022<br>300 N LOS ANGELES ST<br>RM 406<br>LOS ANGELES CA 90012 | INTERNAL REVENUE SVC<br>OFFICE OF CHIEF COUNSEL<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | INTERNAL REVENUE SVC<br>AGENT<br>2970 MARKET ST<br>MAIL STOP 5-Q30133<br>PHILADELPHIA PA 19104-50156 |
| FRANCHISE TAX BOARD CHIEF COUNSEL<br>C/O GENERAL COUNSEL SECTION<br>PO BOX 1720, MS: A-260<br>RANCHO CORDOVA, CA 95741-1720 | FRANCHISE TAX BOARD BANKRUPTCY<br>SECTION MS: A-340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92 E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| CREDIT MANAGERS ASSOC.<br>ATTN: ADJUSTMENTS<br>303 NORTH GLEN OAK BLVD., SUITE 200<br>BURBANK CA 91502 | CREDIT MANGEMENT ASSOCIATIONS<br>KIMBERLY A. LAMBERTY, PRESIDENT<br>3110 W. CHEYENNE AVENUE<br>STE 100<br>NORTH LAS VEGAS, CA 89032 | CREDIT MANANGMENT ASSOCIATIONS<br>MIKE JONICH<br>40 EAST VERDUGO AVENUE<br>BURBANK CA 91502 |
| KATE NAPOLI<br>19512 POMPANO LANE # 108<br>HUNTINGTON BEACH CA 92648 | DAN MCALLISTER<br>TREASURER-TAX COLLECTOR<br>ATTENTION: BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | OFFICE OF THE US TRUSTEE<br>MICHAEL HAUSER<br>411 WEST FOURTH STREET, SUITE 7160<br>SANTA ANA CA 92701 |
| INTERNAL REVENUE SVC<br>GJ CARTER LOUIS OR OTHER AGENT<br>PO BOX 145595<br>STOP 8420G<br>CINCINNATI OH 45250-5585 | INTERNAL REVENUE SVC<br>CENTRALIZED INSOVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | |