

February 18, 2019

1331I-CB

Dear Honorable Catherine E. Bauer~

LEAD CASE: 8:18-BK-13197

Subject: Ruby's President, Mr Cavanaugh's behavior is blatant fraud -
<u>Not Mismanagement!</u>

Thank you for taking the time to read our 4 enclosed letters, pleading Mr. Cavanaugh to "course correct", and to do the right thing. Our letter to you is our last effort to right a *very egregious, deliberate, fraudulent* wrong of $8million at the expense of 270 senior citizens.

These letters were written to Dough Cavanaugh over several months in our hopes/ attempts to be heard and appeal to him prior to filling for bankruptcy. Our intent was to amplify the horrific financial impact he would have on hundreds of trusting families should he file Bankruptcy, while he will still remain owner of the franchises.

We don't know if the case will or can legally reveal all the illegal use of co-mingling our funds with his <u>"private restaurants</u>, but this is yet another attempt to put "light" on a fraudulently managed "private pocketbook" on the backs of innocent senior citizens.

As you'll read, our letters tried unsuccessfully to reach out to Mr. Cavanaugh, as he professed to be "a man of God", while pleading that his greed was going to impact soo many OC families that supported him all the many years of helping him grow his initial hamburger businesses.

Yes, we were all VERY aware this investment was "unsecured" and certainly "poor management" is not a crime... but flagrant commingling funds from the publicly held restaurants with his privately owned restaurants IS ILLEGAL!

There are hundreds of innocent people that bought into "local boy opens a hamburger stand" - "local boy does good" - "local boy names his restaurant after his mother!" Etc. Etc. Like one of our letters explains... good hearted people that served in WWII w/ wonderful solid values "bought into" and got "played" by this nostalgic era where "values" and a "man's word was his honor" etc.

As our many letters to Mr. Cavanaugh, this letter is also being written anonymously because OC is a VERY SMALL community of some very powerful and influential people. Given our advanced ages, all of us are ill prepared to fight, let alone, navigate

any additional stress, anxiety or incur additional costs, trying to deal with his team of high power attorneys and influential/political friends.

This is a classic rich men hiding behind other rich influential men, on the backs of many senior citizen investors that were of course, investing to make money, but also believed in investing in their community with a guy that named a restaurant after his mother in a WWII themed environment.

Early on, when his financial troubles became public, he agreed to work with a small nucleus of investors, who volunteered their time so as to function as a "steering committee" representing the investors. Unfortunately slowly we later came to learn their advise was NOT taken, and they were ineffective in their efforts to correct the course Doug was on.

Doug never held a subsequent "public meeting" (after his initial call for money) to explain the current problems, but rather went totally silent.  Now we are facing, at this point of our lives, the loss of monies that are not recoupable, while his private restaurants and lavish life style will continue under some type of bankruptcy restructuring!

We are asking the court to please protect the Noteholders going forward with a renumeration that fairly represents our original terms, even if the length of our agreements are extended.  Our grandchildren and spouses deserve better.

Thank you for taking the time to read the Noteholders ' letters.  Even IF they cannot be used in the Court of Law, they reflect the betrayal and impact of lost trust, and hard earned investment monies during this late point in our collective lives.

Signed, many men of the Ruby's Investors' Group

.

*4 letters sen though*

December 13, 2017

To:   Doug Cavanaugh
Cc:   John Teele - Steering Committee

The enclosed recent article in the **Register** celebrating the anniversary of Ruby's Restaurant rings misleading and minimally dishonest. What's missing in the article is that the very existence of the Ruby's franchise operation has at a minimum, been supported and perpetuated by the Note Holders monies over the last 10+ years.

Clearly the **Register** has no clue what is financially going on and how the Ruby's franchises have and continue to be financially supported by Note Holder's monies. The **Register** has no idea of the re-working of notes, time frames, and the Ruby's Cards to help offset your inability to pay your initial contracts with us.

And what is especially galling and so blatantly distasteful about the article is that "Ruby Dooby Foundation & Sparks of Love" signals to the Note Holders that we take <u>yet another back seat to your public image</u>.

THE RUBY DOOBY FOUNDATION & SPARK OF LOVE - How do you ethically and morally position them take precedent over your financial obligation to us? You can't afford to support charities when you had to rewrite notes to all of us. Makes us wonder if you ever intended to repay us?!

More bad judgement. Who's giving you financial, legal and moral counsel?

The Note Holders Group

Date: December 27, 2017

To:   Doug Cavanaugh
Cc:   John Teele - Steering Committee

**SUBJECT: Discontinuation of the Ruby's Cards!!**

It has recently been brought to our collective attention from different and multiple Note Holders sources, that the RUBY'S CARDS will no longer be accepted at the Laguna Beach and Newport Beach locations as of January 1st.!!!!!

Now, without ANY communication to the Note Holders, or any Note Holder Meetings we find out circuitously that our initial investment <u>**has been diluted even further**</u>?!?

Why has there been no broadcast communication to proactively inform us? Did you stop to think about us showing up with our families only to be told by some innocent waiter that our cards are not accepted now!?! What type of ethical and moral depravity could possibly think this wouldn't have repercussions? We ask again, who is your moral adviser?

Yes, we are beyond irate at the potential of the cards being dishonored, as the "food allowance" was a substantial part of the initial contract that "barely made this investment" in **Ruby's** any type of "moderately attractive" investment. We chose to invest in our community showing our allegiance by supporting the **Ruby's** namesake story about our "local boy does good". We agreed that the family oriented "hamburger/shake" business model was low risk and a fair value for our investment.

This decision will put you into **DEFAULT**! Which is a game changer with overreaching consequences!! You still have time to reverse the decision to discontinue the cards, while working out other solutions to handle your debt to us.

Please be apprised <u>**if that, in fact comes to fruition**</u>, and it is not a seriously erroneous rumor, the Note Holders are poised to put into motion by January 8th, a series of communications to the **Register** with details. Then if the cards are still not re-instated, to be followed up with correspondence to the **IRS** for the potential of the commingling of monies between the Ruby's franchises and your privately owned restaurants- Shake Shake, Crystal Cove, and most recently The Lighthouse. We are anxiously optimistic that you will honor this remaining part of your/our contract, while you work through your other debt issues.

By the way, as of today, December 27th, the committed December payment has still not been received.

The Note Holder's Group

To: Note Holder Steering Committee

CC: Doug Cavanaugh

September 11, 2017

Dear Steering Committee:

Again, let us begin by thanking you for representing us and our collective investments. We recognize this is a thankless endeavor, and you are generously spending your time and efforts on our collective behalf. We are hopeful you are having supportive, contextual discussions and influence upon Mr. Cavanaugh regarding his financial and moral obligation to all of us Note Holders, as he proceeds with the rollout of his newest "Marketing Plans". Unfortunately, after reading his "Newsletter" our concerns have been heightened and we remain even more concerned about the *use and mismanagement of our investment monies.*

The "Investor Group" wanted to reconvene upon the receipt of Mr. Cavanaugh's recent "Investor Newsletter" to discuss our reactions, sentiments, and disappointment regarding the content, focus, and avoidance of the singular and over-reaching questions and concerns we collectively share regarding the security and repayment of our investment.

Unilaterally the opinion, was that the newsletter was an overly simplistic, sophomoric rehash "Marketing Update", made worse & discredited by the fact there were **NO METRICS nor "Quantitative Data"** shared or provided that gave ANY serious validation that any of these initiatives are or would be profit producers!! Rather, this read as: **"Business As Usual!"** With NO operational,"belt tightening" initiatives, nor quantitive adjustments mentioned, no analysis of underproducing food products, operational or personnel reallocation changes etc., the basic 101 of "re-organization belt tightening".

We were expecting, and truthfully deserve to know how specifically our investment monies are being spent. Not more "flashy verbiage" about charities, concert series, fund raising events, purchasing iPads for the restaurants, seasonal flavored shakes, without any shared metric & ROI justification for each of these costly activities!!

What we want to know is the operational side of the debt equation and where the monies are going- i.e. as recent as the the sale of the Newport Beach Ruby's. We were supposed to participate in any monies from that sale..."*proceeds to be shared with Noteholders*" as per our contract. There was NO communication how that unfolded, let alone any checks being cut. Was there even an audit for the Steering Committee to review?

With the most recent Cavanaugh Private Restaurant "The Lighthouse" operational, there were several questions regarding the existence of a "financial expense wall" between the private holdings of the Beach Comber, Shake Shake, Lighthouse and the Ruby's operation. How do we know there is no Note Holder monies funding this opening or other operational expenses, i.e. advertising, supplies, food, personnel, etc? How does the Steering Committee know whether indirectly the investors monies aren't funding these private restaurants without seats on the Board!? Our contract stipulates that we would have representation on the Board with oversight of the financials with reporting to the Note Holders four times a year. We've not heard otherwise so we

are left to assume yet "another contractual commitment not honored" by Mr. Cavanaugh. THIS DOES NOT READ WELL!

It has also come to our attention that Ralph Cosmodies, Doug's partner and **CFO** since inception, is no longer part of the Ruby's organization?! No announcement, no Retirement Recognition Party after 40 years?... just GONE?! Under the circumstances it begs the question "What does Ralph know that we don't?"

These concerns raised are obviously not just about the missed & late interest payments, but ALSO **first and foremost, the expectation that our initial capital investment will be repaid as contracted!**

Doug needs to take his **Note Holder Obligation Seriously.** THESE are the questions that we want/need/deserve to have answered before Ruby's is mis-managed into bankruptcy. Have Doug schedule a meeting with all of us, and outline how things are really progressing. No more "Happy Talk" about shakes, fries, iPads, PR activities, but rather the operational, managerial, and financial changes that will redirect the course for **RUBY'S TO SUCCEED! NOT JUST HIS PRIVATE HOLDINGS!!!**

The Note Holders Group

April 15, 2018

To:   Doug Cavanaugh
Cc:   John Teele - Steering Committee

Dear Doug:

This letter will be very succinct and direct in it's **attempt to get & keep** your attention to focus on the public and personal responsibility you have to honor <u>yourself</u> as well as the **RUBY'S note holders.**

There continues to be "founded" rumors and gossip about the fragility of the RUBY'S organization, with store sales, re-organizations, relocation of corporate offices and potential bankruptcy.

Let us be very clear -  OUR  HIGHEST CONCERN  - and objective is to receive our interest payment on time, and the **non-negotiable repayment of our initial investment.**

We have had **NO** communication from you since your initial request for funds. **NO** communication regarding the status of RUBY'S. **NO** communication about where, when, how, why, and what is being done to repay the loans to us that initially bailed you out; while suspiciously the privately owned Crystal Cove, Shake Shake and Lighthouse are not in jeopardy and performing healthily.

As promised in our previous communications to you, we are serious and steadfast in our ability and intent to go to the press to publicly query an IRS "audit of funds" between your successful privately held restaurants, versus the "Note Holders" underperforming restaurants. The obvious focus/question being the **co-mingling** of funds and glaring **mis-management.**

<u>**Our interest payment is coming due shortly**</u>.  This letter is to keep you focused and resolved to honor your commitments to pay the interest and eventually the repayment of loan made to you.  It is known that you are a man of God - Do what you know is the right thing.

**The Note Holders Group**