1  William N. Lobel, State Bar No. 93202
   PACHULSKI STANG ZIEHL & JONES LLP
2  650 Town Center Drive, Suite 1500
   Costa Mesa, California  92626
3  Telephone:  (714) 384-4740
   Facsimile:   (714) 384-4741
4  E-mail:  wlobel@pszjlaw.com

5  Attorneys for Ruby's Diner, Inc., a California corporation,
   *et al.,* Debtors and Debtors-in-Possession
6

7              **UNITED STATES BANKRUPTCY COURT**
             **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**
8
   In re:
9                                          Case No. 8:18-bk-13311-CB
   RUBY'S DINER, INC., a California
10 corporation, *et al.,*[1]                Chapter 11
                                           (Jointly Administered With Case Nos.
11         Debtors and Debtors-in-Possession.  8:18-bk-13197-CB; 8:18-bk-13198-CB;
                                           8:18-bk-13199-CB; 8:18-bk-13200-CB;
12 Affects:                                8:18-bk-13201-CB; 8:18-bk-13202-CB)

13 ☒  All Debtors                          **DECLARATION REGARDING PROOF OF
                                           SERVICE REGARDING NOTICE OF
14 ☐  RUBY'S DINER, INC., ONLY             MOTION FOR ORDER EXTENDING
                                           DEADLINE TO ASSUME, ASSUME AND
15 ☐  RUBY'S SOCAL DINERS, LLC, ONLY       ASSIGN, OR REJECT NONRESIDENTIAL
                                           REAL PROPERTY LEASES PURSUANT TO
16 ☐  RUBY'S QUALITY DINERS, LLC, ONLY     11 U.S.C. § 365(D)(4)**

17 ☐  RUBY'S HUNTINGTON BEACH, LTD.,       [Relates to Docket No. 174 and Docket No. 205]
   ONLY
18 ☐  RUBY'S LAGUNA HILLS, LTD. ONLY       [No Hearing Required Per Local Bankruptcy Rule
                                           9013-1(o)(1)]
19
20 ☐  RUBY'S OCEANSIDE, LTD., ONLY

21 ☐  RUBY'S PALM SPRINGS, LTD., ONLY

22

23

24

25

26

27 ─────────────────────
   [1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's
28 SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna
   Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

1    I, Nancy Lockwood, declare as follows:

2    1.    I am a paralegal with Pachulski Stang Ziehl & Jones LLP, attorneys for Ruby's Diner,

3    Inc., *et al.,* the jointly administered debtors and debtors-in-possession in the above-entitled case.

4    2.    The proof of service filed on January 16, 2019 [Docket No. 205], inadavertently

5    attached the incorrect list of parties served by US mail.  Attached hereto as Exhibit "A" is the

6    correct list of parties that were served the *Notice of Motion for Order Extending Deadline to*

7    *Assume, Assume and Reject, or Reject NonResidential Real Properyt Leases Pursuant to 11 U.S.C.*

8    *Section 365(D)(4); Memorandum of Points and Authorities, and Declaration of Douglas S.*

9    *Cavanaugh in Support thereof,* filed as Docket No. 174.

10    I declare under penalty of perjury under the laws of the United States of America that the

11    foregoing is true and correct.

12    Executed on this 27th day of February, 2019 at Newport Beach, California.

13

14

15    Nancy Lockwood

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

2

EXHIBIT "A"

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

MGP FUND X LAGUNA HILLS, LLC, A
DELAWARE LIMITED LIABILITY COMPANY
ATTN.: OFFICER, DIRECTOR, MANAGER,
AGENT
425 CALIFORNIA STREET, 10TH FLOOR
SAN FRANCISCO, CA  94104

GRIT DEVELOPMENT
ATTN.: OFFICER, DIRECTOR, MANAGER,
AGENT
201 NORTH PALM CANYON DRIVE,
SUITE 200
PALM SPRINGS, CA  92262

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

CITY OF HUNTINGTON BEACH
ATTN.:  DEPUTY DIRECTOR, OFFICE OF
BUSINESS DEVELOPMENT
PO BOX 190
HUNTINGTON BEACH, CA  92648

CITY OF OCEANSIDE
ATTN.:  PROPERTY MANAGEMENT
300 NORTH COAST HIGHWAY
OCEANSIDE, CA  92504

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

AIRE RITE AIR CONDITIONING
DAVE LANGSTON OFFICER DIR MGR AGENT
15122 BOLSA CHICA ST
HUNTINGTON BCH. CA 92649

ASAP DRAIN GUYS AND PLUMBING
OFFICER DIRECTOR MEMBER AGENT
999 RANCHEROS DR, STE B
SAN MARCOS CA 92069

EXHIBIT "A"
Page 3

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

BALLARD SPAHR LLP
DUSTIN P BRANCH, ESQ
2029 CENTURY PARK EAST STE 800
LOS ANGELES CA 90067-2909

BEWLEY LASSLEBEN & MILLER
ERNIE ZACHARY PARK, ESQ
13215 E PENN ST STE 510
WHITTIER CA 90602

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

BRYAN CAVE LEIGHTON PAISNER LLP
AARON DAVIS
161 NORTH CLARK ST STE 4500
CHICAGO IL 60601

CALIFORNIA NEWSPAPERS PARTNERSHP
ORANGE COUNTY REGISTER RIVERSIDE
OFFICER DIR MGR AGENT
2190 S TOWNE CENTRE PL
ANAHEIM CA 92806

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

CITY OF HUNTINGTON BEACH
KELLEE FRITZAL DEPUTY DIR OFFICE OF BUS DEV
PO BOX 190
HUNTINGTON BEACH CA 92648

COOLAIRTEK AIR CONDITIONING AND REFRI
OFFICER DIRECTOR MANAGER AGENT
1540 LELAND ST
BEAUMONT CA 92223

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

STEVEN L CRAIG
4100 MACARTHUR BLVD
STE 200
NEWPORT BEACH CA 92660

CROUDACE AND DIETRICH LLP
VIRGINIA CROUDACE OFFICER DIR MGR AGENT
4750 VON KARMAN AVE
NEWPORT BEACH CA 92660

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

CUSTOM BUSINESS SOLUTIONS INC
ANTHONY GARTUNG OFFICER DIR MGR AGENT
12 MORGAN
IRVINE CA 92618

DM DOBKIN INC DBA MR ROOTER PLUMBER
OFFICER DIRECTOR MANAGER AGENT
PO BOX 338
PALM DESERT CA 92261

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

DORSEY & WHITNEY LLP
JOHN S BAKER;JESSICA G MCKINLAY
600 ANTON BLVD STE 2000
COSTA MESA CA 92626

ECOTECH REFRIGERATION AND HVAC INC
OFFICER DIRECTOR MANAGER AGENT
1630 SUNKIST ST
STE R
ANAHEIM CA 92806

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

EDISON FIRE PROTECTION
OFFICER DIRECTOR MANAGER AGENT
3621 EAGLE ROCK BLVD
LOS ANGELES CA 90065

FACILITEC WEST
MARIAN BECHTOL OFFICER DIR MGR AGENT
PO BOX 6008
SAN PEDRO CA 90734

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

G AND G BOOKKEEPING INC
GLYNIS RAMIREZ OFFICER DIR MGR AGENT
19602 COUNTRY LAKE DR
MAGNOLIA TX 77355

GARDA CL WEST INC
SUSAN LOETELLOFFICER DIR MGR AGENT
LOCKBOX 233209
3209 MOMENTUM PL
CHICAGO IL 60689

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

GRIT DEVELEOPMENT LLC
MICHAEL BRAUN
201 N PALM CANYON
STE 2100
PALM SPRINGS CA 92262

HARBOR DISTRIBUTING LLC
DBA GATE CITY BEVERAGE DISTRIBUTION
PO BOX 842685
LOS ANGELES CA 90084

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

LAKE AIR
OFFICER DIRECTOR MANAGER AGENT
583 OLEANDER RD
PALM SPRINGS CA 92264

DONALD AND PENNY LAVOIE
20 LYON
NEWPORT COAST CA 92657-1102

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

DAVID AND MAUREEN MELVOLD
24 SONRISA
IRVINE CA 92620

MICHAEL ROBERT WILSON
DBA WILSON CONSTRUCTION
14302 YORBA ST
TUSTIN CA 92780

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

MICROCOOL INC
OFFICER DIRECTOR MANAGER AGENT
72216 NORTHSORE ST, #103-104
THOUSAND PALMS CA 92276

MINUTEMAN INDUSTRIES INC
LINDY OFFICER DIR MGR AGENT
PO BOX 4983
GARDEN GROVE CA 92842

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

MISSION VALLEY SHOPPINGTOWN LLC
GEORGE B BLACKMAR
2049 CENTURY PK EAST, 41ST FL
LOS ANGELES CA 90067

MICHAEL AND KATHRYN MUNZ
520 AVOCADO AVE
CORONA DEL MAR CA 92625

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

NATIONAL PLASTIC CO INC
BRYAN CARR OFFICER DIR MGR AGENT
15505 CORNET AVE
SANTA FE SPRINGS CA 90670

OFFICE OF THE US TRUSTEE
M. SORENSEN & M. HAUSER
411 WEST FOURTH STREET, SUITE 7160
SANTA ANA CA 92701

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

OPTIMAL BIOFUELS INC
DONOVAN SAFAEL OFFICER DIR MGR AGENT
PO BOX 10986
NEWPORT BCH. CA 92658

OPUS BANK A CALIF CCMMERCIAL BANK
DORSEY AND WHITNEY LLP
JOHN S BAKER
600 ANTON
STE 200
COSTA MESA CA 92626-7655

EXHIBIT "A"
Page 8

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PILLSBURY WINTHROP SHAW PITTMAN LLP
BARBARA L CROUTCH
725 SOUTH FIGUEROA ST
STE 2800
LOS ANGELES CA 90017-5406

PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTINE A SCHEUNEMAN
725 SOUTH FIGUEROA ST
STE 2800
LOS ANGELES CA 90017-5406

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PILLSBURY WINTHROP SHAW PITTMAN LLP
M DAVID MINNICK, ESQ
FOUR EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO CA 94111

PILLSBURY WINTHROP SHAW PITTMAN LLP
MATTHEW WALKER
12255 EL CAMINO REAL
STE 300
SAN DIEGO CA 92130

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

WILLIAM E POPE
80721 CHERRY HILLS DR
LA QUINTA CA 92253

PRECISION AIR COOLING AND HEATING SVC LLC
SCOTT DEN HARTOG
247 PLUMBERS RD
COLUMBIA SC 29203

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PRUDENTIAL OVERALL SUPPLY INC
OFFICER DIRECTOR MANAGER AGENT
1661 ALTON PKWY
IRVINE CA 92606

PURITAN BAKERY
JIM STONE OFFICER DIR MGR AGENT
1624 E CARSON ST
CARSON CA 90745

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

RESCUE ROOTER
T NELSON OFFICER DIR MGR AGENT
9895 OLSON DR
STE A
SAN DIEGO CA 92121

SHULMAN HODGES BASTIAN LLP
ALAN J. FRIEDMAN
100 SPECTRUM CENTER DRIVE
STE 600
IRVINE CA 92618

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

RICHARD SILVA
4012 FLOWERWOOD LN
FALLBROOK CA 92028

SMILEY WANG-EKVALL LLP
ROBERT S MARTICELLO
3200 PARK CENTER DRIVE STE 250
COSTA MESA CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

SOUTHWEST PLUMBING
OFFICER DIRECTOR MANAGER AGENT
31410 RESERVE DR
THOUSAND PALMS CA 92276

SPECIALTY COOLING INC
OFFICER DIRECTOR MANAGER AGENT
1661 MARTENS RIVER CIR
UNIT M
FOUNTAIN VALLEY CA 92708

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

STACEY'S REFRIGERATION AND AIR CONDITIONING
OFFICER DIRECTOR MANAGER AGENT
PO BOX 232
DESERT HOT SPRINGS CA 92240

STARWEST PARKWAY MALL LP
DANIAL TOSCANO ESQ
PO BOX 844767
LOS ANGELES CA 90084-4767

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

JOHN P AND KATHLEEN H TEELE
1917 YACHT PURITAN
NEWPORT BEACH CA 92660

THE PAPER CO
OFFICER DIRECTOR MANAGER AGENT
PO BOX 17807
IRVINE CA 92623

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626


THEODORA ORINGHER PC
ERIC J. GROMME
535 ANTON BLVD
9TH FLOOR
COSTA MESA CA 92626-7109

UNION BANK N
OFFICER DIRECTOR MANAGER AGENT
PO BOX 650349
DALLAS TX 75265


PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626


US FOODS - LA MIRADA
BRIAN SONDHEIM OFFICER DIR MGR AGENT
540 NORTHEAST LANDON RD
BELFAIR WA 98528

WINTHROP COUCHOT GOLUBOW HOLLANDER LLP
GARRICK A HOLLANDER;RICHARD H GOLUBOW
1301 DOVE ST STE 500
NEWPORT BEACH CA 92660


PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626


3 WIRE GROUP INC
OFFICER DIRECTOR MANAGER AGENT
NW 7964
PO BOX 1450
MINNEAPOLIS MN 55485-7964

AIRE RITE AIR CONDITIONING
DAVE LANGSTON OFFICER DIR MGR AGENT
15122 BOLSA CHICA ST
HUNTINGTON BCH. CA 92649


EXHIBIT "A"
Page 12

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

BLACKMAR PRINCIPE AND SCHMELTER APC
(RE MISSION VALLEY SHOPPINGTOWN)
GEORGE B BLACKMAR
600 B ST
STE 2250
SAN DIEGO CA 92101

BLACKMAR PRINCIPE AND SCHMELTER APC
(RE PLAZA BONITA LLC) GEORGE B BLACKMAR
600 B ST
STE 2250
SAN DIEGO CA 92101

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

BERKELEY INSURANCE CO
OFFICER DIRECTOR MANAGER AGENT
475 STEAMBOAT RD
FL 1
GREENWICH CT 06830

BLACKMAR PRINCIPE & SCHMELTER, APC
GEORGE B BLACKMAR, ESQ
600 B STREET STE 2250
SAN DIEGO CA 92101

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

C AND C PARTNERSHIP
RONALD CLEAR
56 TESLA
IRVINE CA 92618

CALIFORNIA RESTAURANT MUTUAL
DAVID JOHNSON/TRAVIS HARPER COO
PO BOX 45783

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

CINTAS CORP
OFFICER DIRECTOR MANAGER AGENT
PO BOX 29059
PHOENIX AZ 85038-9059

COMPEAT INC
OFFICER DIRECTOR MANAGER AGENT
773 SAN MARIN DR
STE 2320
NOVATO CA 94945

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

COOLAIRTEK AIR CONDITIONING AND REFRI
OFFICER DIRECTOR MANAGER AGENT
1540 LELAND ST
BEAUMONT CA 92223

CREDIT MANAGERS ASSOC.
MIKE JONCICH
40 EAST VERDUGO AVE
BURBANK CA 91502

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

DELAWARE DIVISION OF CORPORATIONS
401 FEDERAL STREET # 4
DOVER DE 19901

DELAWARE SECRETARY OF STATE
DELAWARE DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON NY 13902

EXHIBIT "A"
Page 14

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92 E
PO BOX 826880
SACRAMENTO CA 94280-0001

FAMILY TREE PRODUCE
FIDEL GUZMAN OFFICER DIR MGR AGENT
5510 E LA PALMA AVE
ANAHEIM CA 92807

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

FIRST INSURANCE FUNDING CORP
OFFICER DIRECTOR MANAGER AGENT
PO BOX 7000
CAROL STREAM IL 60197-7000

FRANCHISE TAX BOARD BANKRUPTCY SECTION
MS: A-340
PO BOX 2952
SACRAMENTO CA 95812-2952

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

FRANCHISE TAX BOARD CHIEF COUNSEL
C/O GENERAL COUNSEL SECTION
PO BOX 1720, MS: A-260
RANCHO CORDOVA CA 95741-1720

GASKETS USA LLC
OFFICER DIRECTOR MANAGER AGENT
10741 SHERMAN WAY
#3
SUN VALLEY CA 91352

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

GENE PHELPS DBA US AIR CONDITIONING
OFFICER DIRECTOR MANAGER AGENT
4517 BIRCHWOOD AVE
SEAL BEACH CA 90740

INDUSTRIAL ELECTRIC SEVICE INC
OFFICER DIRECTOR MANAGER AGENT
5662 ENGINEER DR
HUNTINGTON BCH. CA 92649

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

INTERIOR RESOURCES INC
OFFICER DIRECTOR MANAGER AGENT
489-20 JOHNSON AVENUE
BOHEMIA NY 11716

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

INTERNAL REVENUE SVC
GJ CARTER LOUIS OR OTHER AGENT
PO BOX 145595
STOP 8420G
CINCINNATI OH 45250-5585

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

INTERNAL REVENUE SVC
INSOLVENCY STOP 5022
300 N LOS ANGELES ST
RM 406
LOS ANGELES CA 90012

INTERNAL REVENUE SVC
OFFICE OF CHIEF COUNSEL
10TH ST AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

INTERNAL REVENUE SVC
AGENT
2970 MARKET ST
MAIL STOP 5-Q30133
PHILADELPHIA PA 19104-5016

JANI-KING OF CALIFORNIA INC
OFFICER DIRECTOR MANAGER AGENT
FILE 749318
LOS ANGELES CA 90074-9318

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

JOHN P. TEELE
1917 YACHT PURITAN
NEWPORT BEACH CA 92660

KLM MANAGEMENT CO
DBA AMCOM FOOD SVC
14120 E VLY BLVD
LA PUENTE CA 91746

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

MAINTENANCE BUILDING SVC
VICTOR SANTANAOFFICER DIR MGR AGENT
1665 E 4TH ST
STE 104B
SANTA ANA CA 92701

MGP FUND X LAGUNA HILLS LLC
MANAGER MEMBER AGT STUART CRANDELL
425 CALIFORNIA ST
10TH FL
SAN FRANCISCO CA 94104

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

MIGUEL CANTU SOLANO
DBA MCPAINTING HANDYMAN
2356 CATALINA AVE
VISTA CA 92084

NUC02 LLC
OFFICER DIRECTOR MANAGER AGENT
PO BOX 417902
BOSTON MA 02241-7902

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

OAK GROVE PTA
OAK GROVE ELEMENTARY PTA PRESIDENT
22705 SANBORN
ALISO VIEJO CA 92656

OPUS BANK A CALIF CCMMERCIAL BANK
OFFICER DIRECTOR MANAGER AGENT
19900 MACARTHUR BLVD 12TH FLOOR
12TH FLOOR
IRVINE CA 92612

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

OPUS BANK A CALIF CCMMERCIAL BANK
DORSEY AND WHITNEY LLP
ROBERT A SCHULTZ
600 ANTON
STE 200
COSTA MESA CA 92626-7655

OPUS BANK A CALIF CCMMERCIAL BANK
BRYAN CAVE LLP
REN R HAYHURST ESQ
3161 MICHELSON DR
STE 1500
IRVINE CA 92612

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

OPUS BANK A CALIF CCMMERCIAL BANK
OFFICER DIRECTOR MANAGER AGENT
131 W COMMONWEALTH AVE
FULLERTON CA 92832

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M GRENFELL
FOUR EMBARCADERO CENTER
22ND FLOOR
SAN FRANCISCO CA 94111-5998

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PILLSBURY WINTHROP SHAW PITTMAN LLP
MANAGING PARTNER
PO BOX 742262
LOS ANGELES CA 90074-2262

PRUDENTIAL OVERALL SUPPLY INC
OFFICER DIRECTOR MANAGER AGENT
PO BOX 11210
SANTA ANA CA 92711-1210

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

RESCUE ROOTER
T NELSON OFFICER DIR MGR AGENT
9895 OLSON DR
STE A
SAN DIEGO CA 92121

SAN DIEGO COUNTY
TREASUER TAX COLLECTOR
1600 PACIFIC COAST HIGHWAY
RM 162
SAN DIEGO CA 92101

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

SHOES FOR CREWS LLC
OFFICER DIRECTOR MANAGER AGENT
PO BOX 504634
SAINT LOUIS MO 63150

SOUTH CITY MECHANICAL INC
OFFICER DIRECTOR MANAGER AGENT
8822 TROY ST
SPRING VALLEY CA 91977

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

SOUTHERN CALIFORNIA EDISON
OFFICER MANAGER DIRECTOR AGENT
PO BOX 300
ROSEMEAD CA 91771

SULMEYERKUPETZ, A PROFESSIONAL CORP
DAVID S KUPETZ
333 SOUTH HOPE ST, THIRTY FIFTH FLOOR
LOS ANGELES CA 90071-1406

EXHIBIT "A"
Page 20

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT LLC
P O BOX 41021
NORFOLK VA 23541

THEODORA ORINGHER PC
MEGHAN CANTY
535 ANTON BLVD, NINTH FLOOR
COSTA MESA CA 92626-7109

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

UNITED STATES ATTORNEY'S OFFICE
300 NORTH LOS ANGELES ST
FEDERAL BUILDING, ROOM 7516
LOS ANGELES CA 90012

UNITED STATES DEPT. OF JUSTICE
BEN FRANKLIN STATION
PO BOX 683
WASHINGTON DC 20044

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

PACHULSKI STANG ZIEHL & JONES LLP
650 TOWN CENTER DRIVE, SUITE 1500
COSTA MESA, CA 92626

WASSERTROM CO INC
OFFICER DIRECTOR MANAGER AGENT
477 S FRONT ST
COLUMBUS OH 43215

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled:  **DECLARATION REGARDING PROOF OF SERVICE REGARDING NOTICE OF MOTION FOR ORDER EXTENDING DEADLINE TO ASSUME, ASSUME AND ASSIGN, OR REJECT NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(D)(4)** thereof will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **2/27/2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **2/27/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/27/2019 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:316841.1 76135/001

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**    gblackmar@bpslaw.net
- **Dustin P Branch**    branchd@ballardspahr.com,
  carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- **Meghan Canty**    mcanty@tocounsel.com, lhyska@tocounsel.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Eric J Fromme**    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Richard H Golubow**    rgolubow@wcghlaw.com,
  pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Garrick A Hollander**    ghollander@wcghlaw.com,
  pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**    dkupetz@sulmeyerlaw.com,
  dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com,
  csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**    mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**    dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com

2. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

Via Overnight Mail
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.