| | |
|---|---|
| 1 | William N. Lobel, SBN 93202 |
| 2 | Pachulski Stang Ziehl & Jones LLP<br>650 Town Center Drive, Suite 1500 |
| 3 | Costa Mesa, CA  92626<br>Tel: 714-384-4740 |
| 4 | Fax: 714-384-4741<br>wlobel@pszjlaw.com |
| 5 | Attorneys for Ruby's Diner, Inc., *et al.,* |
| 6 | Debtors and Debtors-in-Possession |

**FILED & ENTERED**

**MAR 11 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY le            DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:18-bk-13311-CB |
| RUBY'S DINER, INC., a California corporation, *et al,* | Chapter 11 |
| Debtors and Debtors-in-Possession, | (Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB) |
| Affects: | |
| ☒  All Debtors | **ORDER GRANTING MOTION TO EXTEND DEADLINE TO ASSUME, ASSUME AND ASSIGN, OR REJECT NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(D)(4)** |
| ☐  RUBY'S DINER, INC., ONLY | |
| ☐  RUBY'S SOCAL DINERS, LLC, ONLY | |
| ☐  RUBY'S QUALITY DINERS, LLC, ONLY | [No Hearing Required Per Local Bankruptcy Rule 9013-1(o)(1)] |
| ☐  RUBY'S HUNTINGTON BEACH, LTD., ONLY | |
| ☐  RUBY'S LAGUNA HILLS, LTD. ONLY | |
| ☐  RUBY'S OCEANSIDE, LTD., ONLY | |
| ☐  RUBY'S PALM SPRINGS, LTD., ONLY | |

//

//

The Court having read and considered the Motion to Extend Deadline to Assume, Assume and Assign, or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4) filed on December 26, 2018, as Docket #174 (the "Motion") and with good cause shown,

IT IS ORDERED:

1. The Motion is granted.

### 

Date: March 11, 2019

Catherine Bauer
United States Bankruptcy Judge