William N. Lobel, SBN 93202
Pachulski Stang Ziehl & Jones LLP
650 Town Center Drive, Suite 1500
Costa Mesa, California  92626
Tel: 714-384-4740
Fax: 714-384-4741
wlobel@pszjlaw.com

Attorneys for Ruby's Diners, Inc., *et al.*
Debtors and Debtors-in-Possession

**FILED & ENTERED**

**MAR 11 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY le         DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:18-bk-13311-CB |
| RUBY'S DINERS, INC., a California corporation, *et al.*, | Chapter 11 |
| Debtors and Debtors-in-Possession. | (Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB) |
| Affects: | |
| ☐ All Debtors | **ORDER GRANTING MOTION FOR APPROVAL OF RDI'S NETDOWN OF CERTAIN POST-PETITION OBLIGATIONS BETWEEN RDI, RFS AND THE FRANCHISEES** |
| ☒ RUBY'S DINERS, INC., ONLY | |
| ☐ RUBY'S SOCAL DINERS, LLC, ONLY | |
| ☐ RUBY'S QUALITY DINERS, LLC, ONLY | Date:       February 27, 2019 |
| ☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY | Time:       10:00 a.m.<br>Courtroom: 5D<br>Address:    411 West Fourth Street<br>                  Santa Ana, CA  92701 |
| ☐ RUBY'S LAGUNA HILLS, LTD. ONLY | |
| ☐ RUBY'S OCEANSIDE, LTD., ONLY | |
| ☐ RUBY'S PALM SPRINGS, LTD., ONLY | |

//

//

A hearing was held on February 27, 2019, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth Street, Santa Ana, California, on Debtor's Motion for Entry of Order Approving RDI's Netdown of Certain Post-Petition Obligations Between RDI, RFS and the Franchisees filed February 6, 2019 as Docket #234 (the "Motion").

The Court having read and considered the Motion, noted the opposition and reply, heard the statements of counsel and with good cause shown,

IT IS ORDERED:

1. The Motion is granted.

###

Date: March 11, 2019

Catherine Bauer
United States Bankruptcy Judge