William N. Lobel, State Bar No. 93202
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, California 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail: wlobel@pszjlaw.com

Attorneys for Ruby's Diner, Inc., a California corporation,
*et al.,* Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC.,<br>a California corporation, *et al.,*[1]<br><br>Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos.<br>8:18-bk-13197-CB; 8:18-bk-13198-CB;<br>8:18-bk-13199-CB; 8:18-bk-13200-CB;<br>8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>Chapter 11<br><br>**NOTICE OF ERRATA REGARDING SCRIBNER ERROR ON EXHIBIT "A" TO THE SUPPLMENTAL DECLARATION OF WILLIAM N. LOBEL IN SUPPORT OF DEBTORS' NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER (A) ESTABLISHING THE PROCEDURES AND DEADLINES FOR FILING PROOFS OF CLAIM; (B) APPROVING FORM AND MANNER OF NOTICE OF BAR DATE; AND (C) GRANTING RELATED RELIEF**<br><br>**[Relates to Docket No. 278]**<br><br>Date:        February 27, 2019<br>Time:        10:00 a.m.<br>Courtroom:   411 W. Fourth Street<br>             Santa Ana, CA  92701 |

---

[1] The last four digits of RDI'S federal tax identification numbers are as follows: Ruby's Diner, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

DOCS_LA:319893.1 76135/003

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANRUPTCY JUDGE, AND OTHER PARTIES IN INTEREST:**

On March 8, 2019, the debtors in the above-entitled case filed the Supplemental Declaration of William N. Lobel in Support of Debtors' Notice of Motion and Motion for Entry of an Order (A) Establishing the Procedures and Deadlines for Filing Proofs of Claim; (B) Approving Form and Manner of Notice of Bar Date; and (C) Granting Related Relief, as docket number 278 (the "Supplemental Declaration"). Attached as Exhibit "A" to the Supplemental Declaration was the Notice of Bar Date for Filing Proofs of Claim in a Chapter 11 Case (the "Notice"). The Notice had the incorrect case number for Ruby's Diner, Inc. Attached hereto as Exhibit "A" is the corrected Notice.

Dated:    March 11, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

By:    */s/ William N. Lobel*
William N. Lobel
Attorneys for Ruby's Diner, Inc., *et al.*,
Debtors and Debtors-in-Possession

DOCS_LA:319893.1 76135/003

# **EXHIBIT A**

**(Form of Notice)**

DOCS_LA:319893.1 76135/003

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>William N. Lobel, SBN 93202<br>Email:  wlobel@pszjlaw.com<br>650 Town Center Drive, Suite 1500<br>Costa Mesa, CA 92626<br>Tel: (714) 384-4740; Fax: (714) 384-4741<br><br>[   ]  Individual appearing without attorney<br>[ X ]  Attorney for:  Debtors and Debtors-in-Possession | FOR COURT USE ONLY |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,<br><br>        Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY<br><br><br>        Debtors(s) | CASE NO. 8:18-bk-13311-CB<br><br>CHAPTER: 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>[   ]  **No hearing:  LBR 9013-1(q)**<br>[ X ]  **Hearing Information**<br><br>DATE:            February 27, 2019<br>TIME:            10:00 a.m.<br>COURTROOM:  5D<br>ADDRESS:    411 W. Fourth St.<br>                         Santa Ana, CA 92701 |
|---|---|

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                             Page 1                                **F 3003-1.NOTICE.BARDATE**
DOCS_LA:318857.6 76135/003

1. Bar Date. The court has set a deadline of **THIRTY (30) DAYS FROM THE DATE THIS NOTICE IS SERVED (_____, 2019)** (Bar Date), for creditors in the above-referenced cases to file proofs of claim against the Debtors' estates. ON OR BEFORE THE BAR DATES, PROOFS OF CLAIM AGAINST A DEBTOR(S)' ESTATE MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012    ☒ 411 West Fourth Street, Santa Ana, CA 92701

   ☐ 21041 Burbank Blvd., Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101

   ☐ 3420 Twelfth Street, Riverside, CA 92501

   **PROOFS OF CLAIM SENT BY FACSIMILE, TELECOPY, OR ELECTRONIC MAIL WILL NOT BE ACCEPTED.**

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's website at http://www.cacb.uscourts.gov, or visit the intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

    (a) Executory Contracts/Unexpired Leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g). **A party to an executory contract or unexpired lease that asserts a claim (other than a claim arising from rejection of any executory contract or unexpired lease) must file a Proof of Claim for such amounts by the Bar Date.**

    (b) Governmental Units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in these cases. The person signing this form has determined that the Order for Relief was entered on **August 29, 2019** for **Ruby's SoCal Diners, LLC, Ruby's Quality Diners, LLC, Ruby's Huntington Beach, Ltd., Ruby's Laguna Hills, Ltd., Ruby's Oceanside, Ltd., and Ruby's Palm Springs (collectively, the "SoCal Debtors")**, and therefor calculates that the deadline in the SoCal Debtors' cases is **February 25, 2019**; and that the Order for Relief was entered on **September 5, 2018** for **Ruby's Diner, Inc. ("RDI")**, therefor calculates that the deadline in the RDI case is **March 4, 2019**. *See* 11 U.S.C. §§ 101(27) and 502(b)(9).[1]

    (c) Avoidance of Transfer. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

    (d) Agreed Claims. If your claim is listed on a Debtor's official bankruptcy schedules of assets and liabilities (the "Schedules") and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or

---

[1] The Governmental Units Bar Date is subject to any dates authorizing an extension of the deadline pursuant to the *Order Granting the United States' Omnibus Motion for Enlargement of Deadlines and a Stay of Proceeding with which the United States Government is a Party in Light of Lapse of Appropriations,* entered on January 23, 2019, as Docket No. 3, Misc. No. 1:19-mp-00101 MT.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                Page 2                                **F 3003-1.NOTICE.BARDATE**
DOCS_LA:318857.6 76135/003

unknown, or if you disagree with the amount or description of your claim (*e.g.,* its description as unsecured or non-priority), then you must timely file a Proof of Claim as set forth in this Notice.

4. 11 U.S.C. § 503(b)(9) Claims. Claims arising from unpaid goods received by a Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim*. Identifying the following: (i) the goods for which a Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9).**

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWNACE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502((b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: March __, 2019         By: _____
                                  William N. Lobel
                                  PACHULSKI STANG ZIEHL & JONES LLP

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                          Page 3                          **F 3003-1.NOTICE.BARDATE**
DOCS_LA:318857.6 76135/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled: **NOTICE OF ERRATA REGARDING SCRIBNER ERROR ON EXHIBIT "A" TO THE SUPPLMENTAL DECLARATION OF WILLIAM N. LOBEL IN SUPPORT OF DEBTORS' NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER (A) ESTABLISHING THE PROCEDURES AND DEADLINES FOR FILING PROOFS OF CLAIM; (B) APPROVING FORM AND MANNER OF NOTICE OF BAR DATE; AND (C) GRANTING RELATED RELIEF** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **3/11/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **3/11/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **3/11/2019** | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  
DOCS_LA:316841.1 76135/001

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**  gblackmar@bpslaw.net
- **Dustin P Branch**  branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- **Meghan Canty**  mcanty@tocounsel.com, lhyska@tocounsel.com
- **Aaron Davis**  aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**  afriedman@shbllp.com, lgauthier@shbllp.com
- **Eric J Fromme**  efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Richard H Golubow**  rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Michael J Hauser**  michael.hauser@usdoj.gov
- **Garrick A Hollander**  ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Lillian Jordan**  ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**  dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **William N Lobel**  wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**  Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**  mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**  dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Ernie Zachary Park**  ernie.park@bewleylaw.com
- **Valerie Smith**  claims@recoverycorp.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**  matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Sharon Z. Weiss**  sharon.weiss@bclplaw.com, raul.morales@bclplaw.com

2. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

<u>Via Overnight Mail</u>
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001