| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William N. Lobel, SBN 93202<br>Pachulski Stang Ziehl & Jones LLP<br>650 Town Center Drive, Suite 1500<br>Costa Mesa, CA  92626<br>Tel:  714-384-4740<br>Fax:  714-384-4741<br>wlobel@pszjlaw.com | **FILED & ENTERED**<br><br>**MAR 18 2019**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY le          DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Attorneys for Ruby's Diner, Inc., *et al.,* Debtors and Debtors-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>RUBY'S DINERS, INC., a California corporation, *et al*<br><br>Affects:<br><br>☐ All Debtors<br>☒ RUBY'S DINER, INC., ONLY<br>☒ RUBY'S SOCAL DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br>☒ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br>☐ RUBY'S PALM SPRINGS, LTD., ONLY<br><br>Debtor(s). | CASE NO.:  8:18-bk-13311-CB<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>CHAPTER:  11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>     **[LBR 9075-1(b)]** |

**Movant** (*name*): Ruby's Diner, Inc.; Ruby's SoCal Diners, LLC; and Ruby's Laguna Hills, Ltd.

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

a. *Title of motion*: Debtors' Motion for Authority to: (1) Assume and Assign Nonresidential Real Property Lease and Resolve Claims by the Landlord Against the Debtors in Connection Therewith; and (2) Enter Into Asset Purchase Agreement with Assignee for the Sale of FF&F

b. *Date of filing of motion:* 3/15/2019

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: 3/15/2019

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                                      Page 1                                           F 9075-1.1.ORDER.SHORT.NOTICE

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:
      (1) ☒ A hearing on the motion will take place as follows:

      | **Hearing date: March 21, 2019** | **Place:** |
      |---|---|
      | **Time: 10:00 a.m.** | ☐ **255 East Temple Street, Los Angeles, CA 90012** |
      | **Courtroom: 5D** | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
      | | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
      | | ☒ **411 West Fourth Street, Santa Ana, CA 92701** |
      | | ☐ **1415 State Street, Santa Barbara, CA 93101** |

      (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

      | (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
      |---|---|
      | Date: March 18, 2019 | ☒ See attached page |
      | Time: 5:00 p.m. | |
      | | (C) _Telephonic notice is also required upon_ the United States trustee |

      (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☒ one of the methods checked    ☐ all of the methods checked

      (A) ☒ Personal Delivery    ☒ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☒ Email*

      | (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
      |---|---|
      | Date: March 18, 2019 | |
      | Time: 5:00 p.m. | ☒ See attached page |
      | | (D) S_ervice is also required upon_: |
      | | -- United States trustee _(electronic service is not permitted)_ |
      | | -- Judge's copy personally delivered to chambers (_see Court Manual for address_) |

      (4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:    ☒ one of the methods checked    ☐ all of the methods checked

      (A) ☒ Personal Delivery    ☒ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☒ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_                                   Page 2                                   **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:* <br> Date: March 18, 2019 <br><br> Time: 5:00 p.m. | (C) *Persons/entities to be served with motion, declarations, supporting documents:* <br><br> ☒  See attached page <br><br> (D) *Service is also required upon*: <br> -- United States trustee (*no electronic service permitted*) <br> -- Judge's copy personally delivered to chambers <br>  (*see Court Manual for address*) |
|---|---|

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☐ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☐ Email*

| (B) *Deadlines:* <br> Date: <br><br> Time: | (C) *Persons/entities to be served with written opposition to the motion:* <br><br><br> (D) *Service is also required upon*: <br> -- United States Trustee (*electronic service is not permitted*) <br> -- Judge's copy personally delivered to chambers <br>  (*see Court Manual for address*) |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

| (B) *Deadlines:* <br> Date: <br><br> Time: | (C) *Persons/entities to be served with written reply to opposition:* <br> -- All persons/entities who filed a written opposition <br><br> (D) *Service is also required upon*: <br> -- United States trustee (*electronic service is not permitted*) <br> -- Judge's Copy personally delivered to chambers <br>  (*see Court Manual for address*) |
|---|---|

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 3                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☒ no later than:     Date: March 20, 2019     Time: 12:00 p.m. (noon)

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: March 18, 2019

Catherine Bauer
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 4                                **F 9075-1.1.ORDER.SHORT.NOTICE**

SERVICE LIST

**Via Overnight Mail**

| | |
|---|---|
| OFFICE OF THE US TRUSTEE<br>MICHAEL HAUSER<br>411 WEST FOURTH STREET, SUITE 7160<br>SANTA ANA CA 92701 | MGP<br>MGP FUND X LAGUNA HILLS, LLC, LLC<br>OFFICER DIRECTOR MANAGER AGENT<br>RE: LAGUNA HILLS MALL, UNIT #635-74<br>425 CALIFORNIA STREET, 10TH FLOOR<br>SAN FRANCISCO, CA  94104-2113 |
| ASSIGNEE<br>MICHEAL YOUSSEF AND RANIA YOUSSEF<br>1230 HICKORY AVENUE<br>TORRANCE, CA  90503 | SECURED CREDITOR<br>JULIET CHURCHILL AS CALIFORNIA REGISTERED AGENT FOR CREDIT MANAGEMENT ASSOCIATION DBA CREDIT MANAGERS ASSOCIATION<br>111 N. MARYLAND AVE., SUITE 300<br>GLENDALE, CA 91206 |
| SECURED CREDITOR<br>KIMBERLY A. LAMBERTY AS PRESDIENT AND AS NEVADA REGISTERED AGENT FOR CREDIT MANAGEMENT ASSOCIATION DBA CREDIT MANAGERS ASSOCIATION<br>3110 W CHEYENNE AVE, SUITE 100<br>N. LAS VEGAS, NV 89032 | SECURED CREDITOR<br>CREDIT MANAGERS ASSOCIATION<br>KIMBERLY LAMBERTY, PRESIDENT<br>303 NORTH GLEN OAK BLVD., SUITE 200<br>BURBANK, CA 91502 |
| SECURED CREDITOR<br>C AND C PARTNERSHIP<br>RONALD CLEAR<br>56 TESLA<br>IRVINE CA 92618 | SECURED CREDITOR<br>INTERNAL REVENUE SVC<br>GJ CARTER LOUIS OR OTHER AGENT<br>PO BOX 145595<br>STOP 8420G<br>CINCINNATI OH 45250-5585 |
| SECURED CREDITOR<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | SECURED CREDITOR<br>INTERNAL REVENUE SVC<br>INSOLVENCY STOP 5022<br>300 N LOS ANGELES ST<br>RM 406<br>LOS ANGELES CA 90012 |
| SECURED CREDITOR<br>INTERNAL REVENUE SVC<br>OFFICE OF CHIEF COUNSEL<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | SECURED CREDITOR<br>INTERNAL REVENUE SVC<br>AGENT<br>2970 MARKET ST<br>MAIL STOP 5-Q30133<br>PHILADELPHIA PA 19104-5016 |
| SECURED CREDITOR<br>INTERNAL REVENUE SVC<br>PO BOX 21126<br>PHILADELPHIA PA 19114 | SECURED CREDITOR<br>INTERNAL REVENUE SVC<br>PO BOX 21126<br>DPN 781<br>PHILADELPHIA PA 19114 |
| SECURED CREDITOR<br>INTERNAL REVENUE SVC<br>BEN FRANKLIN STATEION<br>PO BOX 683<br>WASHINGTON DC 20044 | |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 5    **F 9075-1.1.ORDER.SHORT.NOTICE**

| | |
|---|---|
| REQUEST FOR SPECIAL NOTICE<br>SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>ATTN: DAN MCALLISTER<br>1600 PACIFIC HIGHWAY ROOM 162<br>SAN DIEGO, CA 92101 | |
| REQUEST FOR SPECIAL NOTICE<br>CROUDACE & DIETRICH LLP<br>2151 MICHELSON DRIVE SUITE 162<br>IRVINE, CA 92612 | |

**VIA EMAIL**
**SECURED CREDITORS**

**COUNSEL TO OPUS BANK**
mckinlay.jessica@dorsey.com
jarvis.annette@dorsey.com

**COUNSEL TO PILLSBURY WINTRHOP SHAW PITTMAN**
m.minnick@comcast.net
matthew.walker@pillsburylaw.com
candy.kleiner@pillsburylaw.com

**PLAZA BONITA**
gblackmar@bpslaw.net

**COUNSEL TO FAMILY TREE**
rmarticello@swelawfirm.com

**COUNSEL TO US FOODS**
aaron.davis@bryancave.com
sharon.weiss@bclplaw.com
raul.morales@bclplaw.com
kat.flaherty@bryancave.com

**OTHERS**:
- George B Blackmar    gblackmar@bpslaw.net
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com; hubenb@ballardspahr.com; Pollack@ballardspahr.com
- Meghan Canty    mcanty@tocounsel.com, lhyska@tocounsel.com
- Eric J Fromme    efromme@tocounsel.com, lchapman@tocounsel.com; sschuster@tocounsel.com
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- David S Kupetz    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.courtdrive.com; dkupetz@ecf.courtdrive.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Valerie Smith    claims@recoverycorp.com
- Corey R Weber    cweber@bg.law
- Richard H. Golubow rgolubow@wcghlaw.com
- Garrick A. Hollander ghollander@wcghlaw.com
- Michael J. Hauser Michael.hauser@usdoj.gov

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                             Page 6                                             **F 9075-1.1.ORDER.SHORT.NOTICE**