Annette W. Jarvis (Admitted Pro Hac Vice)
Dorsey & Whitney LLP
111 South Main Street, 21st Floor
Salt Lake City, UT 84111
Tel: 801-933-7360
Fax: 801-933-7373
jarvis.annette@dorsey.com

Jessica G. McKinlay, SBN 282743
Dorsey & Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Tel: 714 800-1400
Fax: 714 800-1499
mckinlay.jessica@dorsey.com

Attorneys for Opus Bank, Secured Creditor

**FILED & ENTERED**

**APR 04 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY le          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,<br>      Debtors and Debtors-in-Possession,<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**ORDER GRANTING FOURTH STIPULATION:**<br>**(A) AUTHORIZING INTERIM USE OF CASH COLLATERAL, and**<br>**(B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL**<br><br>Date: April 11, 2019<br>Time: 11:00 a.m.<br>Courtroom: 5D<br>Address: 411 West Fourth Street<br>          Santa Ana, CA 92701 |

The Court having read and considered the Fourth Stipulation (A) Authorizing Interim Use of Cash Collateral, and (B) Granting Adequate Protection for Use of Prepetition Collateral, filed March 29, 2019, as Docket #323 (the "Stipulation"), and with good cause shown,

IT IS ORDERED

1. The Stipulation is approved.

###

Date: April 4, 2019

Catherine Bauer
United States Bankruptcy Judge

2