William N. Lobel, SBN 93202
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Tel: 714-384-4740
Fax: 714-384-4741
wlobel@pszjlaw.com

Attorneys for Ruby's Diners, Inc., *et al.,*
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| In re: | Chapter 11 |
| RUBY'S DINER, INC., a California corporation, *et al.,* | Case No. 8:18-bk-13311-CB |
| Debtors and Debtors-in-Possession. | (Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB) |
| Affects: | |
| ☒ All Debtors | **[CORRECTED] STIPULATION TO CONTINUE HEARING ON DEBTORS' MOTION FOR AN ORDER (I) APPROVING DISCLOSURE STATEMENT; (II) SCHEDULING CONFIRMATION HEARING; (III) APPROVING FORM AND MANNER OF NOTICE OF CONFIRMATION HEARING; (IV) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PLAN; AND [*CONTINUED ON FOLLOWING PAGE*]** |
| ☐ RUBY'S DINER, INC., ONLY | |
| ☐ RUBY'S SOCAL DINERS, LLC, ONLY | |
| ☐ RUBY'S QUALITY DINERS, LLC, ONLY | |
| ☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY | |
| ☐ RUBY'S LAGUNA HILLS, LTD. ONLY | **Relates to Docket No. 346 and 366** |
| ☐ RUBY'S OCEANSIDE, LTD., ONLY | **Current Hearing Date** |
| ☐ RUBY'S PALM SPRINGS, LTD., ONLY | Date:  June 5, 2019<br>Time:  10:00 a.m.<br>Courtroom:  5D<br>Address:  411 West Fourth Street<br>   Santa Ana, CA 92701 |
| | **Proposed Hearing Date**<br>Date:  August 7, 2019<br>Time:  10:00 a.m. |

DOCS_LA:322181.4

**(V) ESTABLISHING THE DEADLINE AND PROCEDURES FOR FILING OBJECTION TO CONFIRMATION OF THE PLAN**

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE:**

Ruby's Diner, Inc., a California corporation ("RDI"), Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"), Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"), Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"), Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"), Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"), and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, without RDI, the "SoCal Debtors" and, with RDI , the "RDI Debtors"), and Ruby's Franchise Systems, Inc., a California corporation ("RFS"), an entity affiliated with the RDI Debtors through common ownership and control, and are debtors and debtors in possession in chapter 11 proceedings pending in this Court (collectively, the RDI Debtors and RFS are referred to as the "Debtors"), and The Committee Holding Unsecured Claims in RDI (the "Committee"), The Office of the United States Trustee ("UST") and Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") (the Committee, UST and Pillsbury, together with the Debtors, are collectively referred to as the "Parties"), by and through their undersigned counsel, hereby enter into this Stipulation to Continue Hearing (the "Disclosure Statement Hearing") on the *Debtors' Motion for an Order (I) Approving Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan; and (V) Establishing the Deadline and Procedures for Filing Objections to Confirmation of the Plan* (the "Stipulation").

## RECITALS

A. On April 24, 2018, the Debtors filed their *Motion for an Order (I) Approving Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan; and (V) Establishing the Deadline and Procedures for Filing Objections to Confirmation of the Plan* [Docket No. 346 in the RDI Debtors' case and Docket No.

183 in the RFS Debtor case] (the "Motion").[1]  The hearing on the Motion and approval of the Disclosure Statement is currently scheduled for June 5, 2019, at 10:00 a.m.

B. On May 16, 2019, the UST filed its Opposition to the Disclosure Statement in the RDI Debtors' case (the "UST Opposition") [Docket No. 361].

C. On May 21, 2019, Pillsbury filed its Opposition to the Disclosure Statement in the RDI Debtors' case (the "Pillsbury Opposition") [Docket No. 364].

D. The Committee has communicated to RDI Debtors' counsel that it opposes the proposed Plan and Disclosure Statement as it is currently structured.  Further, other substantial creditors, including Opus Bank and U.S. Foods, may file oppositions to the Disclosure Statement and confirmation of the Plan.

E. The Parties believe that, with additional time to negotiate resolutions of the pending issues, some or all of the objections to the Disclosure Statement and/or the Plan will be resolved.

F. The RDI Debtors, RFS and the Committee have filed a *Request for Assignment to Mediation Program* [Docket No. 365] and believe that the services of a mediator will greatly benefit the negotiation process.

G. In addition to the Committee, the UST and Pillsbury favoring a continuance of the hearing on the Motion, U.S. Foods and Opus Bank, two substantial creditors in several of the pending chapter 11 cases, have stated to counsel for the RDI Debtors that U.S. Foods and Opus Bank are both in favor of the continuance sought by way of this Stipulation.

## STIPULATION

**IT IS STIPULATED** by the undersigned Parties as follows:

1. The hearing on the Disclosure Statement presently scheduled for June 5, 2019 at 10:00 a.m. shall be continued to August 7, 2019 at 10:00 a.m.

---

[1] Concurrently with the Motion, the Debtors filed *Joint Chapter 11 Plan of Reorganization*, dated April 24, 2019 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") and their related *Disclosure Statement Describing Joint Chapter 11 Plan* (the "Disclosure Statement").

4

2. Any opposition to the Disclosure Statement and reply thereto shall be filed and served in accordance with the Local Bankruptcy Rules.

Dated: May 22, 2019            **PACHULSKI STANG ZIEHL & JONES LLP**

By:    /s/ William N. Lobel
       William N. Lobel
Attorneys for Ruby's Diner, Inc., *et al.,* Debtors and Debtors in Possession

*Signatures Continue on Following Page*

| | | |
|---|---|---|
| 1 | Dated: May 21 , 2019 | THEODORA ORINGHER PC |
| 2 | | |
| 3 | | By: _[signature]_____ |
| 4 | | Eric J. Fromme<br>Attorneys for Ruby's Franchising Systems, Inc., Debtor and Debtor in Possession |
| 5 | | |
| 6 | Dated: May 21 , 2019 | **WINTHROP COUCHOT<br>GOLUBOW HOLLANDER, LLP** |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Garrick A. Hollander<br>Counsel to the Committee of Creditors Holding Unsecured Claims for Ruby's Diner, Inc. |
| 10 | | |
| 11 | Dated: May 21 , 2019 | **PETER C. ANDERSON,<br>UNITED STATES TRUSTEE** |
| 12 | | |
| 13 | | By: _____ |
| 14 | | Michael Hauser<br>Attorney for the U.S. Trustee |

*Signatures Continue on Following Page*

Dated: May 21, 2019

THEODORA ORINGHER PC

By: _____
Eric J. Fromme
Attorneys for Ruby's Franchising Systems, Inc., Debtor and Debtor in Possession

Dated: May 21, 2019

**WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP**

By: _____
Garrick A. Hollander
Counsel to the Committee of Creditors Holding Unsecured Claims for Ruby's Diner, Inc.

Dated: May 21, 2019

**PETER C. ANDERSON, UNITED STATES TRUSTEE**

By: _____
Michael Hauser
Attorney for the U.S. Trustee

*Signatures Continue on Following Page*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

Dated: May 21, 2019    THEODORA ORINGHER PC

By: _____
    Eric J. Fromme
    Attorneys for Ruby's Franchising Systems,
    Inc., Debtor and Debtor in Possession

Dated: May 21, 2019    **WINTHROP COUCHOT**
    **GOLUBOW HOLLANDER, LLP**

By: _____
    Garrick A. Hollander
    Counsel to the Committee of Creditors
    Holding Unsecured Claims for Ruby's Diner,
    Inc.

Dated: May 21, 2019    **PETER C. ANDERSON,**
    **UNITED STATES TRUSTEE**

By: _____/s/ Michael Hauser_____
    Michael Hauser
    Attorney for the U.S. Trustee

*Signatures Continue on Following Page*

6

Dated: May 22, 2019

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ Matthew S. Walker
Matthew S. Walker
Attorneys for Creditor Pillsbury Winthrop Shaw Pittman LLP

7