William N. Lobel (CA Bar No. 93202)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail: wlobel@pszjlaw.com

Attorneys for Ruby's Diner, Inc., *et al.*,
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,<br><br>    Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**UPDATED CHAPTER 11 STATUS REPORT DATED JULY 10, 2019; DECLARATION OF DOUGLAS S. CAVANAUGH IN SUPPORT THEREOF**<br><br>DATE:    July 24, 2019<br>TIME:    10:00 a.m.<br>CTRM:    5D<br>PLACE:    411 West Fourth Street<br>                    Santa Ana, CA 92701 |

DOCS_LA#323068.1 76135/001                    1                    UPDATED CHAPTER 11 STATUS REPORT

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

On August 29, 2018, Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, the "SoCal Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On September 5, 2018, Ruby's Diner, Inc., a California corporation ("RDI") filed a related chapter 11 case. RDI and the SoCal Debtors are referred to herein as the "Debtors." On September 5, 2018, the Court entered an order jointly administering the Debtors' cases, with RDI designated as the lead debtor.

No party has requested the appointment of a trustee or examiner in the Debtors' cases. On September 19, 2018, the Office of the United States Trustee (the "UST") appointed an official committee of unsecured creditors in the RDI case (the "Committee").

On September 5, 2018, Ruby's Franchise Systems, Inc., a California corporation ("RFS"), an entity affiliated with the Debtors through common ownership and control, commenced a separate chapter 11 proceeding.

A.   **PRIOR STATUS REPORTS**

This Status Report is an update to the Debtors' Status Reports filed with the Court on September 19, 2018 [Docket No. 65], October 15, 2018 [Docket No. 114], December 7, 2018 [Docket No. 151], February 12, 2019 [Docket No. 244], April 11, 2019 [Docket No. 334] and May 28, 2019 [Docket No. 369], (collectively, the "Prior Status Reports"), covering matters subsequent to the filing of the Prior Status Reports, which Prior Status Reports are incorporated herein by this reference.[1] In support of this Status Report, attached hereto is the Declaration of Douglas S. Cavanaugh (the "Cavanaugh Declaration").

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Prior Status Reports.

B. **REQUIREMENTS OF THE CHAPTER 11 DEBTORS-IN-POSSESSION**

The Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the Bankruptcy Code, and the requirements of Rule 2015(2)(a) and (b) of the Local Bankruptcy Rules (the "Local Rules"). The Debtors are also in compliance with the UST requirements.

On June 5, 2019, the Debtors filed their monthly operating reports for the accounting period ending May 19, 2019.

On July 9, 2019, the Debtors filed their monthly operating reports for the accounting period ending June 16, 2019.

The UST quarterly fees for the quarter ending June 30, 2019 will be paid on or before July 31, 2019.

C. **EMPLOYMENT OF PROFESSIONALS**

Pachulski Stang Ziehl & Jones LLP ("PSZJ"): On December 12, 2018, the Court entered its order approving the employment of PSZJ [Docket No. 170].

GlassRatner Advisory Group: A hearing on the approval of the GlassRatner employment application (the "GlassRatner Application") was held on February 27, 2019. At that hearing, the Court requested that GlassRatner provide certain additional information, and, on March 19, 2019, GlassRatner filed a supplemental declaration in support of the GlassRatner Application providing such information (the "Supplemental GlassRatner Declaration") [Docket No. 308]. On May 21, 2019, the Committee filed a reply to the Supplemental GlassRatner Declaration [Docket No. 363].

On or about June 14, 2019, a stipulation was agreed upon between the SoCal Debtors, RFS, the UST, the Committee, Opus Bank, and U.S. Foods regarding the GlassRatner Application and the prepetition claims of GlassRatner (the "GRA Stipulation"), and filed on June 14, 2019 [Docket No. 388]. An order approving the GRA Stipulation was entered on June 17, 2019 [Docket No 389].

Donlin Recano & Company ("DRC"): On April 9, 2019, the Court entered its order regarding the DRC Application [Docket No. 331].

Other Professionals: The Debtors may retain other professionals to advise them in connection with their Chapter 11 Cases and will work with these professionals regarding their employment.

**D.  USE OF CASH COLLATERAL AND DIP FINANCING**

Since the Petition Dates, the Debtors have continued to operate their business in the ordinary course without material change from their pre-petition operations.  The Debtors' major assets and liabilities remain substantially the same as described in the Prior Status Reports.

Use of Cash Collateral:

On March 29, 2019, Opus Bank, Pillsbury Winthrop Shaw Pittman LLP, Family Tree Produce, Inc., US Foods and the Debtors into a fourth stipulation for use of cash collateral (the "Fourth Cash Collateral Stipulation") [Docket No. 323], and on April 4, 2019, the Court entered its order granting the Fourth Cash Collateral Stipulation [Docket No. 328].

Post-Petition Financing:

On March 13, 2019, RDI filed a motion seeking approval of a $300,000 DIP loan from the DIP Lender [Docket No. 235], which was approved by the Court by order entered March 21, 2019 [Docket No. 314].

**E.  MOTION TO EXTEND EXCLUSIVITY PERIODS**

Pursuant to an order entered by the Court on March 11, 2019 [Docket No. 280], the Debtors' exclusivity periods were extended to April 25, 2019 and June 24, 2019, respectively.  The Debtors filed their Plan within the exclusivity period.  On June 19, 2019, the Debtors filed a motion to further extend the Debtors solicitation deadline (the "Solicitation Motion") to and including October 7, 2019 [Docket No. 390].  A hearing on the Solicitation Motion is scheduled for July 24, 2019.

**F.  DEADLINE FOR FILING OF CLAIMS AND OBJECTIONS TO CLAIMS**

Pursuant to an order entered by the Court on April 9, 2019 [Docket No. 333], June 3, 2019 was set as the general bar date by which parties who asserted a pre-petition claim against the Debtors were required to file a Proof of Claim.

**G.  LITIGATION**

The Debtors are currently involved in pending litigation in multiple courts in Southern California.  The Debtors have filed notices of stay in those cases, and will continue to monitor their status.

**H.    AVOIDANCE ACTIONS**

The Debtors are in the process of reviewing potential avoidance actions and do not seek a deadline to file such actions at this time.

**I.    UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

Pursuant to an order entered by the Court on March 11, 2019 [Docket No. 282], Ruby's Huntington Beach assumed the lease for the Ruby's Diner located in Huntington Beach.

Pursuant to an order entered by the Court on March 11, 2019 [Docket No. 281], Ruby's Oceanside and Ruby's Palm Springs assumed the leases for the Ruby's Diners located in Oceanside and Palm Springs.

Pursuant to an order entered by the Court on March 21, 2019 [Docket No. 315], Ruby's Laguna Hills assumed and assigned the lease for the Ruby's Diner located in Laguna Hills and entered into an asset purchase agreement with the assignee for the sale of the furniture, fixtures and equipment.

**J.    MEDIATION, THE PLAN AND DISCLOSURE STATEMENT**

On April 24, 2019 the Debtors, together with RFS, filed their Joint Chapter 11 Plan of Reorganization (the "Plan") [Docket No. 344] and their Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization joint Plan and Disclosure Statement (the "Disclosure Statement") [Docket No. 345].  Objections to the Disclosure Statement were filed by the UST [Docket No. 361], Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") [Docket No. 364] and Opus Bank, Inc. ("Opus Bank") [Docket No. 367].

In an effort to resolve objections of various parties to the Disclosure Statement and Plan, on June 21, 2019, the Debtors, RFS, the Committee, Opus Bank, Pillsbury and U.S. Foods (the "Parties") participated in a mediation (the "Mediation") with the Honorable Scott C. Clarkson serving as mediator.  While the Mediation brought the Parties closer together and caused them to focus on the real issues, no agreement has been reached at this juncture.  With the exception of Pillsbury, the Parties are presently in active negotiation, but no final settlement has been reached. The Parties continue to negotiate in the hope that final a consensual resolution can be reached as to the issues.

1  Based on the current status of the settlement negotiations, if settlements are reached, the
2  present Plan and Disclosure Statement will need to be substantially revised.
3  A hearing on (A) Approving Disclosure Statement; (II) Scheduling Confirmation Hearing;
4  (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures
5  for Solicitation and Tabulation of Votes to Accept or Reject Plan; and Procedures for Filing
6  Objection to Confirmation of the Plan is currently scheduled for to August 7, 2019.  The Parties do
7  not believe that the hearing can go forward as it relates to the Disclosure Statement and Plan in their
8  current form.
9  The Debtors, however, remain hopeful that agreements over the terms of a Plan will be
10  reached in connection with the pending negotiations, and that the confirmation process will be able
11  to move forward expeditiously following such agreement.

Dated: July 10, 2019                          PACHULSKI STANG ZIEHL & JONES LLP

                                              By: /s/ William N. Lobel
                                              William N. Lobel
                                              Attorneys for Ruby's Diner, Inc., *et al.*,
                                              Debtors and Debtors-in-Possession

# DECLARATION OF DOUGLAS S. CAVANAUGH

I, Douglas S. Cavanaugh, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am a founder and the Chief Executive Officer ("CEO") of Ruby's Diner, Inc., a California corporation, the above-captioned debtor and debtor-in-possession ("RDI"). I have served in the capacity of CEO since RDI's incorporation in 1985. I am also a 60% shareholder of RDI.

2. On August 28, 2018, Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, the "SoCal Debtors"), filed chapter 11 cases.

3. On September 5, 2018, RDI filed a related chapter 11 case. RDI and the SoCal Debtors are referred to herein as the "Debtors."

4. On September 5, 2018, the Court entered an order jointly administering the Debtors' Cases, with RDI designated as the lead debtor.

5. No party has requested the appointment of a trustee or examiner in the Debtors' cases. On September 19, 2018, the Office of the United States Trustee (the "UST") appointed an official committee of unsecured creditors in the RDI case (the "Committee"). On September 5, 2018, Ruby's Franchise Systems, Inc., a California corporation ("RFS"), an entity affiliated with the Debtors through common ownership and control, commenced a separate chapter 11 proceeding.

6. I submit this declaration (the "Declaration") in support of the Debtors' updated chapter 11 status report (the "Status Report") to which this Declaration is appended.[2] Except as otherwise indicated, all statements in this Declaration are based upon my review of the Debtors' books and records, relevant documents and other information prepared or collected by the Debtors'

---

[2] Capitalized terms not defined herein have the meanings ascribed to them in the Status Report.

employees, or my opinion based on my experience with the Debtors' operations and financial condition.

7. I believe that the Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the Bankruptcy Code, and the requirements of Rule 2015(2)(a) and (b) of the Local Bankruptcy Rules. I further believe that the Debtors are in compliance with the UST requirements.

8. On June 5, 2019, the Debtors filed their monthly operating reports for the accounting period ending May 19, 2019.

9. On July 8, 2019, the Debtors filed their monthly operating reports for the accounting period ending June 16, 2019.

10. The UST quarterly fees for the quarter ending June 30, 2019 will be paid on or before July 31, 2019.

11. Since the Petition Dates, the Debtors have continued to operate their business in the ordinary course without material change from their pre-petition operations. The Debtors' major assets and liabilities remain substantially the same as described in the Prior Status Reports.

12. On March 29, 2019, Opus Bank, Pillsbury Winthrop Shaw Pittman LLP, Family Tree Produce, Inc., US Foods and the Debtors into a fourth stipulation for use of cash collateral (the "Fourth Cash Collateral Stipulation"), and on April 4, 2019, the Court entered its order granting the Fourth Cash Collateral Stipulation.

13. On March 13, 2019, RDI filed a motion seeking approval of a $300,000 DIP loan from the DIP Lender, which was approved by the Court by order entered March 21, 2019.

14. Pursuant to an order entered by the Court on March 11, 2019, the Debtors' exclusivity periods were extended to April 25, 2019 and June 24, 2019, respectively. The Debtors filed their Plan within the exclusivity period. On June 19, 2019, the Debtors filed a motion to further extend the Debtors solicitation deadline (the "Solicitation Motion") to and including October 7, 2019. A hearing on the Solicitation Motion is scheduled for July 24, 2019.

15. Pursuant to an order entered by the Court on April 9, 2019, June 3, 2019 was set as the general bar date by which parties who asserted a pre-petition claim against the Debtors were required to file a Proof of Claim.

16. The Debtors are currently involved in pending litigation in multiple courts in Southern California. The Debtors have filed notices of stay in those cases, and will continue to monitor their status.

17. The Debtors are in the process of reviewing potential avoidance actions and do not seek a deadline to file such actions at this time.

18. Pursuant to an order entered by the Court on March 11, 2019, Ruby's Huntington Beach assumed the lease for the Ruby's Diner located in Huntington Beach.

19. Pursuant to an order entered by the Court on March 11, 2019, Ruby's Oceanside and Ruby's Palm Springs assumed the leases for the Ruby's Diners located in Oceanside and Palm Springs.

20. Pursuant to an order entered by the Court on March 21, 2019, Ruby's Laguna Hills assumed and assigned the lease for the Ruby's Diner located in Laguna Hills and entered into an asset purchase agreement with the assignee for the sale of the furniture, fixtures and equipment.

21. On April 24, 2019 the Debtors, together with RFS, filed their Joint Chapter 11 Plan of Reorganization (the "Plan") and their Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization joint Plan and Disclosure Statement (the "Disclosure Statement"). Objections to the Disclosure Statement were filed by the UST, Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") and Opus Bank, Inc. ("Opus Bank").

22. In an effort to resolve objections of various parties to the Disclosure Statement and Plan, on June 21, 2019, the Debtors, RFS, the Committee, Opus Bank, Pillsbury and U.S. Foods (the "Parties") participated in a mediation (the "Mediation") with the Honorable Scott C. Clarkson serving as mediator. While the Mediation brought the Parties closer together and caused them to focus on the real issues, no agreement has been reached at this juncture. With the exception of Pillsbury, the Parties are presently in active negotiation, but no final settlement has been reached. The Parties continue to negotiate in the hope that final a consensual resolution can be reached as to the issues.

23. Based on the current status of the settlement negotiations, if settlements are reached, the present Plan and Disclosure Statement will be need to be substantially revised.

24. A hearing on (A) Approving Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan; and Procedures for Filing Objection to Confirmation of the Plan is currently scheduled for to August 7, 2019. The Parties do not believe that the hearing can go forward as it relates to the Disclosure Statement and Plan in their current form.

25. The Debtors, however, remain hopeful that agreements over the terms of a Plan will be reached in connection with the pending negotiations, and that the confirmation process will be able to move forward expeditiously following such agreement.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed July 10, 2019, at Newport Beach, California.

_____
Douglas S. Cavanaugh

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled:  **UPDATED CHAPTER 11 STATUS REPORT DATED JULY 10, 2019; DECLARATION OF DOUGLAS S. CAVANAUGH IN SUPPORT THEREOF** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/10/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **7/10/2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **7/10/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **7/10/2019** | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                                   **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:321156.1 76135/003

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**    gblackmar@bpslaw.net
- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Eric J Fromme**    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Alastair M Gesmundo**    agesmundo@wcghlaw.com, jmartinez@wcghlaw.com
- **Richard H Golubow**    rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Garrick A Hollander**    ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**    mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**    dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- **Corey R Weber**    ecf@bg.law, cweber@bg.law
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com

2. **SERVED BY U.S. MAIL**:

Croudace & Dietrich LLP
2151 Michelson Drive Suite 162
Irvine, CA 92612


3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:

Via Overnight Mail
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California/Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:321156.1 76135/003