William N. Lobel, SBN 93202
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Tel:  714-384-4740
Fax:  714-384-4741
wlobel@pszjlaw.com

Attorneys for Ruby's Diners, Inc., *et al.,*
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.,*<br><br>    Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒  All Debtors<br><br>☐  RUBY'S DINER, INC., ONLY<br><br>☐  RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐  RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐  RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐  RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐  RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐  RUBY'S PALM SPRINGS, LTD., ONLY | Chapter 11<br><br>Case No. 8:18-bk-13311-CB<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**STIPULATION TO CONTINUE HEARING ON DEBTORS' MOTION FOR AN ORDER (I) APPROVING DISCLOSURE STATEMENT; (II) SCHEDULING CONFIRMATION HEARING; (III) APPROVING FORM AND MANNER OF NOTICE OF CONFIRMATION HEARING; (IV) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PLAN; AND (V) ESTABLISHING THE DEADLINE AND PROCEDURES FOR FILING OBJECTION TO CONFIRMATION OF THE PLAN**<br><br>**Relates to Docket No. 346**<br><br>**<u>Current Hearing Date</u>**<br>Date:         August 7, 2019<br>Time:         10:00 a.m.<br>Courtroom: 5D<br>Address:     411 West Fourth Street<br>                    Santa Ana, CA  92701<br><br>**<u>Proposed Hearing Date</u>**<br>Date:         September 11, 2019<br>Time:         10:00 a.m. |

DOCS_LA:323416.3

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE:**

Ruby's Diner, Inc., a California corporation ("RDI"), Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"), Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"), Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"), Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"), Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"), and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, without RDI, the "SoCal Debtors" and, with RDI, the "RDI Debtors"), along with Ruby's Franchise Systems, Inc., a California corporation ("RFS"), an entity affiliated with the RDI Debtors through common ownership and control, are debtors and debtors in possession in chapter 11 proceedings pending in this Court (collectively, the RDI Debtors and RFS are referred to as the "Debtors"), the Official Committee of Unsecured Creditors in RDI case (the "Committee"), the Office of the United States Trustee (the "UST"), Opus Bank ("Opus"), U.S. Foods, Inc. ("US Foods") and Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") (the Committee, the UST, Opus, US Foods and Pillsbury, together with the Debtors, are collectively referred to as the "Parties"), by and through their undersigned counsel, hereby enter into this Stipulation to Continue Hearing on the *Debtors' Motion for an Order (I) Approving Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan; and (V) Establishing the Deadline and Procedures for Filing Objections to Confirmation of the Plan* (the "Stipulation").

## RECITALS

A.    On April 24, 2018, the Debtors filed their *Motion for an Order (I) Approving Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan; and (V) Establishing the Deadline and Procedures for Filing Objections to Confirmation of the Plan* [Docket No. 346 in the RDI Debtors' case and Docket No. 183 in the RFS case] (the "Motion"). Concurrently with the Motion, the Debtors filed *Joint Chapter*

*11 Plan of Reorganization*, dated April 24, 2019 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") and their related *Disclosure Statement Describing Joint Chapter 11 Plan* (the "Disclosure Statement").  Pursuant to a prior stipulation entered by this Court, the hearing on the Motion and approval of the Disclosure Statement is currently scheduled for August 7, 2019, at 10:00 a.m. (the "Disclosure Statement Hearing").

B. On May 16, 2019, the UST filed an Opposition to the Disclosure Statement in the RDI Debtors' case (the "UST Opposition") [Docket No. 361].

C. On May 21, 2019, Pillsbury filed its Opposition to the Disclosure Statement in the RDI Debtors' case [Docket No. 364].

D. On May 22, 2019, Opus filed its Opposition to the Disclosure Statement in the RDI Debtors' case [Docket No. 367] and the RFS case [Docket No. 195].

E. On July 10, 2019, US Foods filed its Opposition to the Disclosure Statement in the RDI Debtors' case [Docket No. 395].

F. Although the Committee did not file a formal objection to the Disclosure Statement, the Committee communicated to the RDI Debtors' counsel that it opposed the proposed Plan as it was structured and the related Disclosure Statement.

G. In an effort to resolve the objections of the Parties to the Plan and Disclosure Statement, on June 21, 2019, the Debtors, the Committee, Opus, US Foods and Pillsbury participated in the first of two mediations with the Honorable Scott C. Clarkson serving as mediator (the "First Mediation").  While the First Mediation brought these parties closer together, no agreement was reached and therefore the parties agreed to a second mediation before the Honorable Scott C. Clarkson, which was held on July 25, 2019 (the "Second Mediation").

H. The Second Mediation concluded with consensual resolutions of the Plan issues between the Debtors, the Committee, subject to the Committee choosing between two different options for treatment of their claims by no later than August 8, 2019, Opus and US Foods, which are subject to approval by the credit department of each entity.  Pillsbury did not participate in the Second Mediation.  These resolutions reached in connection with the Second Mediation will be reflected in an amended Plan and Disclosure Statement.

3

I. Based on the resolutions reached, the Parties have agreed to continue the Disclosure Statement Hearing to September 11, 2019 to allow the Debtors the opportunity to amend the Plan and Disclosure Statement.

## **STIPULATION**

**IT IS STIPULATED** by the undersigned Parties as follows:

1. The Disclosure Statement Hearing presently scheduled for August 7, 2019, at 10:00 a.m., shall be continued to September 11, 2019, at 10:00 a.m.

2. Any opposition to the Disclosure Statement and reply thereto shall be filed and served in accordance with the Local Bankruptcy Rules.

Dated: July 31, 2019

**PACHULSKI STANG ZIEHL & JONES LLP**

By:  */s/ William N. Lobel*
William N. Lobel
Attorneys for Ruby's Diner, Inc., *et al.,* Debtors and Debtors in Possession

Dated: July 31, 2019

**THEODORA ORINGHER PC**

By:  *Eric J. Fromme*
Eric J. Fromme
Attorneys for Ruby's Franchising Systems, Inc., Debtor and Debtor in Possession

Dated: July __, 2019

**WINTHROP COUCHOT**
**GOLUBOW HOLLANDER, LLP**

By:  _____
Garrick A. Hollander
Counsel to the Committee of Creditors Holding Unsecured Claims for Ruby's Diner, Inc.

*(Signatures Continue on Following Page)*

I. Based on the resolutions reached, the Parties have agreed to continue the Disclosure Statement Hearing to September 11, 2019 to allow the Debtors the opportunity to amend the Plan and Disclosure Statement.

## STIPULATION

**IT IS STIPULATED** by the undersigned Parties as follows:

1. The Disclosure Statement Hearing presently scheduled for August 7, 2019, at 10:00 a.m., shall be continued to September 11, 2019, at 10:00 a.m.

2. Any opposition to the Disclosure Statement and reply thereto shall be filed and served in accordance with the Local Bankruptcy Rules.

Dated: July __, 2019

**PACHULSKI STANG ZIEHL & JONES LLP**

By: _____
William N. Lobel
Attorneys for Ruby's Diner, Inc., *et al.*, Debtors and Debtors in Possession

Dated: July __, 2019

**THEODORA ORINGHER PC**

By: _____
Eric J. Fromme
Attorneys for Ruby's Franchising Systems, Inc., Debtor and Debtor in Possession

Dated: July 31, 2019

**WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP**

By: _____
Garrick A. Hollander
Counsel to the Committee of Creditors Holding Unsecured Claims for Ruby's Diner, Inc.

*(Signatures Continue on Following Page)*

4

Dated: July 31, 2019

PETER C. ANDERSON,
UNITED STATES TRUSTEE

By: _____/s/ Michael Hauser_____
Michael Hauser
Attorney for the U.S. Trustee


Dated: July __, 2019

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: _____
Matthew S. Walker
Attorneys for Creditor Pillsbury Winthrop Shaw Pittman LLP


Dated: July __, 2019

**DORSEY & WHITNEY LLP**

By: _____
Jessica G. McKinlay
Attorneys for Opus Bank


Dated: July __, 2019

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: _____
Aaron Davis
Attorneys for US Foods, Inc.

| | | |
|---|---|---|
| 1 | Dated: July __, 2019 | PETER C. ANDERSON, |
| 2 | | UNITED STATES TRUSTEE |
| 3 | | By: _____ |
| 4 | | Michael Hauser |
| | | Attorney for the U.S. Trustee |

Dated: July 31, 2019

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _/s/ Matthew S. Walker_____

Matthew S. Walker
Attorneys for Creditor Pillsbury Winthrop Shaw Pittman LLP

Dated: July __, 2019

DORSEY & WHITNEY LLP

By: _____
Jessica G. McKinlay
Attorneys for Opus Bank

Dated: July __, 2019

BRYAN CAVE LEIGHTON PAISNER LLP

By: _____
Aaron Davis
Attorneys for US Foods, Inc.

5

| | |
|---|---|
| Dated: July __, 2019 | **PETER C. ANDERSON,** <br> **UNITED STATES TRUSTEE** <br><br> By: _____ <br> Michael Hauser <br> Attorney for the U.S. Trustee |
| Dated: July __, 2019 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** <br><br> By: _____ <br> Matthew S. Walker <br> Attorneys for Creditor Pillsbury Winthrop Shaw Pittman LLP |
| Dated: July 31, 2019 | **DORSEY & WHITNEY LLP** <br><br> By: *Jessica G McKinlay* _____ <br> Jessica G. McKinlay <br> Attorneys for Opus Bank |
| Dated: July __, 2019 | **BRYAN CAVE LEIGHTON PAISNER LLP** <br><br> By: _____ <br> Aaron Davis <br> Attorneys for US Foods, Inc. |

5

```
 1  Dated: July __, 2019            PETER C. ANDERSON,
                                    UNITED STATES TRUSTEE
 2

 3                                  By: _____
                                         Michael Hauser
 4                                       Attorney for the U.S. Trustee

 5

 6  Dated: July __, 2019            PILLSBURY WINTHROP SHAW PITTMAN
                                    LLP
 7

 8                                  By: _____
                                         Matthew S. Walker
 9                                       Attorneys for Creditor Pillsbury Winthrop
                                         Shaw Pittman LLP
10

11  Dated: July __, 2019
                                    DORSEY & WHITNEY LLP
12
                                    By: _____
13                                       Jessica G. McKinlay
                                         Attorneys for Opus Bank
14

15
                                    BRYAN CAVE LEIGHTON PAISNER LLP
16  Dated: August 2, 2019

17                                  By: _____
                                         Aaron Davis
18                                       Attorneys for US Foods, Inc.
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **STIPULATION TO CONTINUE HEARING ON DEBTORS' MOTION FOR AN ORDER (I) APPROVING DISCLOSURE STATEMENT; (II) SCHEDULING CONFIRMATION HEARING; (III) APPROVING FORM AND MANNER OF NOTICE OF CONFIRMATION HEARING; (IV) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PLAN; AND (V) ESTABLISHING THE DEADLINE AND PROCEDURES FOR FILING OBJECTION TO CONFIRMATION OF THE PLAN** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/2/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **8/2/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **8/2/2019** | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:321156.1 76135/003

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **George B Blackmar**    gblackmar@bpslaw.net
- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Eric J Fromme**    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Alastair M Gesmundo**    agesmundo@wcghlaw.com, jmartinez@wcghlaw.com
- **Richard H Golubow**    rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Garrick A Hollander**    ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com;msimon@swelawfirm.com
- **Jessica G McKinlay**    mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**    dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- **Corey R Weber**    ecf@bg.law, cweber@bg.law
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com

2. <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u>:

<u>Via Overnight Mail</u>
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California/Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:321156.1 76135/003