William N. Lobel (CA Bar No. 93202)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail: wlobel@pszjlaw.com

Attorneys for Ruby's Diner, Inc., *et al.*,
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*,<br><br>    Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**UPDATED CHAPTER 11 STATUS REPORT DATED AUGUST 28, 2019; DECLARATION OF DOUGLAS S. CAVANAUGH IN SUPPORT THEREOF**<br><br>DATE:    September 11, 2019<br>TIME:    10:00 a.m.<br>CTRM:    5D<br>PLACE:    411 West Fourth Street<br>            Santa Ana, CA 92701 |

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

On August 29, 2018, Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, the "SoCal Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On September 5, 2018, Ruby's Diner, Inc., a California corporation ("RDI") filed a related chapter 11 case. RDI and the SoCal Debtors are referred to herein as the "Debtors." On September 5, 2018, the Court entered an order jointly administering the Debtors' cases, with RDI designated as the lead debtor.

No party has requested the appointment of a trustee or examiner in the Debtors' cases. On September 19, 2018, the Office of the United States Trustee (the "UST") appointed an Official Committee of Unsecured Creditors in the RDI case (the "Committee").

On September 5, 2018, Ruby's Franchise Systems, Inc., a California corporation ("RFS"), an entity affiliated with the Debtors through common ownership and control, commenced a separate chapter 11 proceeding.

A. **PRIOR STATUS REPORTS**

This Status Report is an update of the Debtors' Status Reports filed with the Court on September 19, 2018 [Docket No. 65], October 15, 2018 [Docket No. 114], December 7, 2018 [Docket No. 151], February 12, 2019 [Docket No. 244], April 11, 2019 [Docket No. 334], May 28, 2019 [Docket No. 369] and July 10, 2019 [Docket No. 394] (collectively, the "Prior Status Reports"), covering matters subsequent to the filing of the Prior Status Reports, which Prior Status Reports are incorporated herein by this reference.[1] In support of this Status Report, attached hereto is the Declaration of Douglas S. Cavanaugh (the "Cavanaugh Declaration").

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Prior Status Reports.

B. **REQUIREMENTS OF THE CHAPTER 11 DEBTORS-IN-POSSESSION**

The Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the Bankruptcy Code, and the requirements of Rule 2015(2)(a) and (b) of the Local Bankruptcy Rules (the "Local Rules"). The Debtors are also in compliance with the UST requirements.[2]

On August 2, 2019 and August 6, 2019, the Debtors filed their monthly operating reports for the accounting period ending July 14, 2019.

The UST quarterly fees for the quarter ending September 30, 2019 will be paid on or before October 31, 2019.[3]

C. **EMPLOYMENT OF PROFESSIONALS**

GlassRatner Advisory Group ("GRA"): On July 30, 2019, the Court entered its order approving the employment (as modified) of GRA [Docket No. 399].

D. **CONTINUED USE OF CASH COLLATERAL**

Since the Petition Dates, the Debtors have continued to operate their businesses in the ordinary course without material change from their pre-petition operations. The Debtors' major assets and liabilities remain substantially the same as described in the Prior Status Reports.

On August 9, 2019, Opus Bank, Pillsbury Winthrop Shaw Pittman LLP, US Foods and the Debtors into a fifth stipulation for use of cash collateral (the "Fifth Cash Collateral Stipulation") [Docket No. 407], and on August 19, 2019, the Court entered its order granting the Fifth Cash Collateral Stipulation [Docket No. 413].

E. **MOTION TO EXTEND EXCLUSIVITY PERIODS**

Pursuant to an order entered by the Court on March 11, 2019 [Docket No. 280], the Debtors' exclusivity periods were extended to April 25, 2019 and June 24, 2019, respectively. The Debtors filed their Plan within the exclusivity period. On June 19, 2019, the Debtors filed a motion to further extend the Debtors solicitation deadline (the "Solicitation Motion") to and including October 7, 2019

---

[2] The Debtors are in the process of preparing their operating reports for the accounting period ending August 11, 2019, and anticipate filing them no later than September 6, 2019.

[3] Ruby's Laguna Hills and the UST are engaged in discussions regarding Ruby's Laguna Hills' calculations for its UST quarterly fees for the quarter ending June 30, 2019. Ruby's Laguna Hills anticipates resolving this issue without need for payment of additional UST quarterly fees. However, if the UST determines that Ruby's Laguna Hills owes additional UST quarterly fees, Ruby's Laguna Hills will remit payment without delay.

[Docket No. 390]. A hearing on the Solicitation Motion was held on July 24, 2019 pursuant to which the Court granted the Solicitation Motion, and on August 1, 2019, the Court entered its order extending the solicitation deadline to October 7, 2019 [Docket No. 401].

**F.    DEADLINE FOR FILING OF CLAIMS AND OBJECTIONS TO CLAIMS**

Pursuant to an order entered by the Court on April 9, 2019 [Docket No. 333], June 3, 2019 was set as the general bar date by which parties who asserted a pre-petition claim against the Debtors were required to file a Proof of Claim. The Debtors are in the process of reviewing and analyzing the claims asserted against their estates.

**G.    LITIGATION**

The Debtors are currently involved in pending litigation in multiple courts in Southern California. The Debtors have filed notices of stay in those cases, and will continue to monitor their status.

**H.    AVOIDANCE ACTIONS**

The Debtors are in the process of reviewing potential avoidance actions and do not seek a deadline to file such actions at this time.

**I.    UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

Pursuant to an order entered by the Court on March 11, 2019 [Docket No. 282], Ruby's Huntington Beach assumed the lease for the Ruby's Diner located in Huntington Beach.

Pursuant to an order entered by the Court on March 11, 2019 [Docket No. 281], Ruby's Oceanside and Ruby's Palm Springs assumed the leases for the Ruby's Diners located in Oceanside and Palm Springs.

Pursuant to an order entered by the Court on March 21, 2019 [Docket No. 315], Ruby's Laguna Hills assumed and assigned the lease for the Ruby's Diner located in Laguna Hills and entered into an asset purchase agreement with the assignee for the sale of the furniture, fixtures and equipment.

The Debtors intend to assume and/or reject other leases and contracts in the context of the Plan.

**J.    STATUS OF SETTLEMENT NEGOTIATIONS, AMENDED PLAN AND DISCLOSURE STATEMENT**

On April 24, 2019 the Debtors, together with RFS, filed their Joint Chapter 11 Plan of Reorganization (the "Plan") [Docket No. 344] and their Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (the "Disclosure Statement") [Docket No. 345]. Objections to the Disclosure Statement were filed by the UST [Docket No. 361], Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") [Docket No. 364] and Opus Bank, Inc. ("Opus Bank") [Docket No. 367].

Following a series of mediations[4] and settlement negotiations, the Debtors reached agreements with Opus Bank, US. Foods and the Committee regarding, among other things, the treatment of their claims under the Plan.

A hearing on the Debtors' *Motion for (A) Approval of Amended Disclosure Statement; (II) Scheduling of Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan; and Procedures for Filing Objection to Confirmation of the Plan* is currently scheduled for September 11, 2019. The Debtors do not believe that this hearing can go forward as negotiations between the Parties and the terms of an amended Plan and Disclosure Statement incorporating the Parties' agreements are still in the process of being finalized. The Debtors are hopeful that agreements over the terms of the amended Plan will be reached forthwith, allowing the filing of an amended Plan and Disclosure Statement in the near term, and that the confirmation process will be able to move forward expeditiously. At the hearing on September 11, 2019, the Debtors will request a continuance of the hearing on approval of the amended Disclosure Statement. If the amended Plan and Disclosure Statement are filed on or before September 4, 2019, the Debtors will request that the Court schedule the hearing on approval of the amended Disclosure Statement for September 25, 2019, or as soon thereafter as is convenient to the Court.

---

[4] The UST and Pillsbury did not participate in the second or third mediations.

Dated: August 28, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

By:  */s/ William N. Lobel*
William N. Lobel
Attorneys for Ruby's Diner, Inc., *et al.*,
Debtors and Debtors-in-Possession

# DECLARATION OF DOUGLAS S. CAVANAUGH

I, Douglas S. Cavanaugh, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am a founder and the Chief Executive Officer ("CEO") of Ruby's Diner, Inc., a California corporation, the above-captioned debtor and debtor-in-possession ("RDI"). I have served in the capacity of CEO since RDI's incorporation in 1985. I am also a 60% shareholder of RDI.

2. On August 28, 2018, Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, the "SoCal Debtors"), filed chapter 11 cases.

3. On September 5, 2018, RDI filed a related chapter 11 case. RDI and the SoCal Debtors are referred to herein as the "Debtors."

4. On September 5, 2018, the Court entered an order jointly administering the Debtors' Cases, with RDI designated as the lead debtor.

5. No party has requested the appointment of a trustee or examiner in the Debtors' cases. On September 19, 2018, the Office of the United States Trustee (the "UST") appointed an Official Committee of Unsecured Creditors in the RDI case (the "Committee"). On September 5, 2018, Ruby's Franchise Systems, Inc., a California corporation ("RFS"), an entity affiliated with the Debtors through common ownership and control, commenced a separate chapter 11 proceeding.

6. I submit this declaration (the "Declaration") in support of the Debtors' updated chapter 11 status report (the "Status Report") to which this Declaration is appended.[5] Except as otherwise indicated, all statements in this Declaration are based upon my review of the Debtors' books and records, relevant documents and other information prepared or collected by the Debtors'

---

[5] Capitalized terms not defined herein have the meanings ascribed to them in the Status Report.

employees, or my opinion based on my experience with the Debtors' operations and financial condition.

7. I believe that the Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the Bankruptcy Code, and the requirements of Rule 2015(2)(a) and (b) of the Local Bankruptcy Rules (the "Local Rules"). I further believe that the Debtors are also in compliance with the UST requirements.[6]

8. On August 2, 2019 and August 6, 2019, the Debtors filed their monthly operating reports for the accounting period ending July 14, 2019.

9. The UST quarterly fees for the quarter ending September 30, 2019 will be paid on or before October 31, 2019.[7]

10. Since the Petition Dates, the Debtors have continued to operate their businesses in the ordinary course without material change from their pre-petition operations. The Debtors' major assets and liabilities remain substantially the same as described in the Prior Status Reports.

11. On August 9, 2019, Opus Bank, Pillsbury Winthrop Shaw Pittman LLP, US Foods and the Debtors into a fifth stipulation for use of cash collateral (the "Fifth Cash Collateral Stipulation") [Docket No. 407], and on August 19, 2019, the Court entered its order granting the Fifth Cash Collateral Stipulation [Docket No. 413].

12. Pursuant to an order entered by the Court on March 11, 2019 [Docket No. 280], the Debtors' exclusivity periods were extended to April 25, 2019 and June 24, 2019, respectively. The Debtors filed their Plan within the exclusivity period. On June 19, 2019, the Debtors filed a motion to further extend the Debtors solicitation deadline (the "Solicitation Motion") to and including October 7, 2019 [Docket No. 390]. A hearing on the Solicitation Motion was held on July 24, 2019 pursuant to which the Court granted the Solicitation Motion, and on August 1, 2019, the Court entered its order extending the solicitation deadline to October 7, 2019 [Docket No. 401].

---

[6] The Debtors are in the process of preparing their operating reports for the accounting period ending August 11, 2019, and anticipate filing them no later than September 6, 2019.

[7] Ruby's Laguna Hills and the UST are engaged in discussions regarding Ruby's Laguna Hills' calculations for its UST quarterly fees for the quarter ending June 30, 2019. Ruby's Laguna Hills anticipates resolving this issue without need for payment of additional UST quarterly fees. However, if the UST determines that Ruby's Laguna Hills owes additional UST quarterly fees, Ruby's Laguna Hill will remit payment without delay.

13. Pursuant to an order entered by the Court on April 9, 2019, June 3, 2019 was set as the general bar date by which parties who asserted a pre-petition claim against the Debtors were required to file a Proof of Claim. The Debtors are in the process of reviewing and analyzing the claims asserted against their estates.

14. The Debtors are currently involved in pending litigation in multiple courts in Southern California. The Debtors have filed notices of stay in those cases, and will continue to monitor their status.

15. The Debtors are in the process of reviewing potential avoidance actions and do not seek a deadline to file such actions at this time.

16. On April 24, 2019 the Debtors, together with RFS, filed their Joint Chapter 11 Plan of Reorganization (the "Plan") and their Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (the "Disclosure Statement"). Objections to the Disclosure Statement were filed by the UST, Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") and Opus Bank, Inc. ("Opus Bank").

17. Following a series of mediations[8] and settlement negotiations, the Debtors reached agreements with Opus Bank, US Foods and the Committee regarding, among other things, the treatment of their claims under the Plan.

18. A hearing on the Debtors' *Motion for (A) Approval of Disclosure Statement; (II) Scheduling of Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan; and Procedures for Filing Objection to Confirmation of the Plan* is currently scheduled for to September 11, 2019.

19. The Debtors do not believe that this hearing can go forward as negotiations between the Parties and the terms of an amended Plan and Disclosure Statement incorporating the Parties' agreements are still in the process of being finalized.

---

[8] The UST and Pillsbury did not participate in the second or third mediations.

20.  The Debtors are hopeful that agreements over the terms of the amended Plan will be reached forthwith, allowing the filing of an amended Plan and Disclosure Statement in the near term, and that the confirmation process will be able to move forward expeditiously.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed August 28, 2019, at Newport Beach, California.

_____
Douglas S. Cavanaugh

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled:  **UPDATED CHAPTER 11 STATUS REPORT DATED AUGUST 28, 2019; DECLARATION OF DOUGLAS S. CAVANAUGH IN SUPPORT THEREOF** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/28/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **8/28/2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **8/28/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **8/28/2019** | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:321156.1 76135/003

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**   gblackmar@bpslaw.net
- **Dustin P Branch**   branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Aaron Davis**   aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**   afriedman@shbllp.com, lgauthier@shbllp.com
- **Eric J Fromme**   efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Alastair M Gesmundo**   agesmundo@wcghlaw.com, jmartinez@wcghlaw.com
- **Richard H Golubow**   rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Garrick A Hollander**   ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**   dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **William N Lobel**   wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**   Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**   mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**   dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Ernie Zachary Park**   ernie.park@bewleylaw.com
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**   matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- **Corey R Weber**   ecf@bg.law, cweber@bg.law
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **Christopher K.S. Wong**   christopher.wong@arentfox.com, yvonne.li@arentfox.com

2. **SERVED BY U.S. MAIL**:

Croudace & Dietrich LLP
2151 Michelson Drive Suite 162
Irvine, CA 92612


3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:

Via Overnight Mail
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California/Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:321156.1 76135/003