William N. Lobel (CA Bar No. 93202)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Telephone:  (714) 384-4740
Facsimile:  (714) 384-4741
E-mail:    wlobel@pszjlaw.com

Attorneys for Ruby's Diner, Inc., *et al.,*
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.:  8:18-bk-13311 CB |
| RUBY'S DINER, INC., a California corporation, *et al.,* | Chapter 11 |
| Debtors and Debtors-in-Possession. | (Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB) |
| Affects: | |
| ☐ All Debtors | **NOTICE OF EX PARTE MOTION AND EX PARTE MOTION OF DEBTORS FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND TO PROVIDE ADEQUATE PROTECTION; DECLARATION OF DOUGLAS A. CAVANAUGH IN SUPPORT THEREOF** |
| ☒ RUBY'S DINER, INC., ONLY | |
| ☒ RUBY'S SOCAL DINERS, LLC, ONLY | |
| ☒ RUBY'S QUALITY DINERS, LLC, ONLY | |
| ☒ RUBY'S HUNTINGTON BEACH, LTD., ONLY | |
| ☐ RUBY'S LAGUNA HILLS, LTD. ONLY | [No Hearing Required Pursuant to LBR 2018-1(a)(12)] |
| ☒ RUBY'S OCEANSIDE, LTD., ONLY | |
| ☒ RUBY'S PALM SPRINGS, LTD., ONLY | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE CASE OF RUBY'S DINER, INC., SECURED CREDITORS AND OTHER PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE** that Ruby's Diner, Inc., a California corporation ("RDI" ); Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, SoCal Diners, Quality, Ruby's Huntington Beach, Ruby's Oceanside and Ruby's Palm Springs are referred to herein as the "SoCal Debtors" and, together with RDI, the "Debtors"), move (the "Motion") ex parte for an order approving this *Motion for Authority to Enter into Insurance Premium Finance Agreement and to Provide Adequate Protection* to provide the relief set forth below.

      **PLEASE TAKE FURTHER NOTICE** that the Debtors request that this Motion be considered on an ex parte basis.

      The Debtors will only have the ability to pay the down payment (which is due immediately) and the premiums (the first of which is due by October 1, 2019) if this Motion is granted and the agreement with FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A. ("FIRST") to fund the insurance premiums (the "Premium Finance Agreement"), a copy of which is attached as Exhibit "A" to the Declaration of Douglas Cavanaugh annexed herein (the "Cavanaugh Declaration"), is approved.  Pursuant to the Premium Finance Agreement, FIRST must receive the cash down payment before FIRST will move forward with its approval of the Premium Finance Agreement.  In order to pay the cash down payment (which is due immediately) and meet the October 1, 2019 deadline to commence payments of the premiums, the Debtors seek the relief requested herein on an expedited basis.

      The Debtors were unable to file this Motion on a regular noticed motion because the Debtors utilize an insurance brokerage firm to place their insurance, and the broker shops a multitude of

1  providers to obtain the best rates.  This competitive process provides the broker with negotiation

2  tools to allow for the renewal of insurance policies as reasonably as possible.  The Debtors, however,

3  do not have control of the timing of the process, and only received the Premium Finance Agreement

4  from the insurance broker yesterday.  The Debtors thus filed this Motion as soon as it was possible

5  to do so.  In light of the timing constraints and the imperative nature of the relief sought, the Debtors

6  believe that expedited approval of the Motion is necessary and appropriate.  Moreover, the relief

7  sought herein is materially the same as the relief sought and obtained by this Court approximately a

8  year ago with respect to the financing of the insurance policies by FIRST.  [Docket No. 80].

9      **PLEASE TAKE FURTHER NOTICE** that, to the extent necessary, the Debtors request

10  that the Court waive compliance with Local Bankruptcy Rule 9075-1(a)(1) and approve service (in

11  addition to the means of service set forth in such Local Bankruptcy Rule) by overnight delivery or

12  email.  In the event that the Court grants the relief requested by the Motion, the Debtors shall

13  provide notice of the entry of the order granting such relief upon each of the foregoing parties and

14  any other parties in interest as the Court directs.  The Debtors submit that such notice is sufficient

15  and that no other or further notice be given.

16      **WHEREFORE**, the Debtors respectfully request that this Court enter an Order granting this

17  Motion as follows:

18      1.      RDI, on behalf of the Covered Entities (as defined in the Motion), is authorized to:

19          a)  enter into the Premium Finance Agreement attached to the Cavanaugh Declaration as

20              Exhibit "A;"

21          b)  grant FIRST or its successor or assigns a first priority lien on and security interest in

22              unearned premiums as described in the Premium Finance Agreement; and

23          c)  timely make all payments due under the Premium Finance Agreement.  FIRST is

24              authorized to receive and apply such payments to the Indebtedness owed to FIRST as

25              provided in the Premium Finance Agreement.

26      2.      Without limitation, the liens, security interests and rights in unearned premiums

27  granted under the Premium Finance Agreement are senior to the lien of any DIP Lender in these

28  Cases and are senior to any claims under 11 U.S.C. §§ 503, 506(c) or 507(b).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

3.      If additional premiums become due to insurance companies under the Policies financed under the Premium Finance Agreement, RDI and FIRST or its successor or assigns are authorized to modify the Premium Finance Agreement as necessary to pay the additional premiums without the necessity of further hearing or order of this Court.

4.      The Covered Entities will continue to provide the funding of their respective premium amounts as set forth in the allocation schedule attached as Exhibit "C" to the Cavanaugh Declaration so that RDI can make the requisite payments to FIRST called for under the Premium Finance Agreement.

5.      In the event any of the Covered Entities do not make any of the payments under any of the Premium Finance Agreement as they become due, the automatic stay shall automatically lift to enable FIRST and or/third parties, including insurance companies providing the protection under the Policies, to take all steps necessary and appropriate to cancel the Policies, collect the collateral and apply such collateral to the Indebtedness owed to FIRST under the Premium Finance Agreement.

6.      FIRST, or any third party, including insurance companies providing the coverage under the Policies, exercising such rights shall comply with the notice provisions and other provisions of the Premium Finance Agreement.

7.      The Premium Finance Agreement and the liens and security interests in the unearned premiums granted in connection therewith shall continue in full force and effect and the Indebtedness due under the Premium Finance Agreement shall remain due and owing notwithstanding: (i) the dismissal or closure of these Cases, (ii) the discharge of Debtors, or (iii) the confirmation of a plan of reorganization.

For the reasons set forth herein, the Debtors respectfully request that the Debtors and FIRST be authorized to take all actions necessary or appropriate to affect said agreement and for such other further relief as is just and proper.

1    Dated:     September 20, 2019        PACHULSKI STANG ZIEHL & JONES LLP

2

3                         By:     /s/ William N. Lobel

4                              William N. Lobel
                             Attorneys for Ruby's Diner, Inc., *et al.,*

5                              Debtors and Debtors-in-Possession

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

**INTRODUCTION**

**A.    Overview of the Relief Requested**

The Debtors move this Court for an Order approving the Motion to allow RDI, on behalf of the Debtors and certain non-debtor affiliates covered by the insurance policies (defined herein, collectively, as the "Covered Entities") to enter into an insurance premium financing agreement with FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A ("FIRST"), as described herein, to provide necessary insurance coverage for the Covered Entities, with the costs thereof to be allocated in accordance with pre- and post-petition practices among the Covered Entities as set forth in the schedule attached hereto as Exhibit "C."  RDI has obtained insurance coverage necessary for the Covered Entities' operations and such coverage is currently bound.  The Debtors seek authority to allow RDI to enter into the financing agreement to allow the premiums to be paid as it is the only available option to pay for the necessary insurance and keep the policies in place.  The Debtors can only operate and continue their necessary operations if the insurance remains in place and paid for.

**B.    The Need for Expedited Relief**

The Debtors will only have the ability to pay the down payment (which is due immediately) and the premiums (the first of which is due by October 1, 2019) if this Motion is granted and the Premium Finance Agreement with FIRST is approved.  Pursuant to the Premium Finance Agreement, FIRST must receive the cash down payment before FIRST will move forward with its approval of the Premium Finance Agreement.  In order to pay the cash down payment (which is due immediately) and meet the October 1, 2019 deadline to commence payments on the premiums, the Debtors seek the relief requested herein on an expedited basis.

The Debtors were unable to file this Motion on a regular noticed motion because the Debtors utilize an insurance brokerage firm to place their insurance, and the broker shops a multitude of providers to obtain the best rates.  This competitive process provides the broker with negotiation tools to allow for the renewal of insurance policies as reasonably as possible.  The Debtors, however, do not have control of the timing of the process, and only received the Premium Finance Agreement from the insurance broker yesterday.  The Debtors thus filed this Motion as soon as it was possible

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

DOCS_LA#324537.1 76135/001                6
                                          EX PARTE INSURANCE PREMIUM FINANCING MOTION
                                          Save Up DOCS_LA:324537.4

1    to do so.   In light of the timing constraints and the imperative nature of the relief sought, the Debtors

2    believe that expedited approval of the Motion is necessary and appropriate.   In addition, the relief

3    sought herein is substantially similar to that approved by the Court following the commencement of

4    the instant bankruptcy cases.

5    **<u>FACTUAL BACKGROUND</u>**

6    In support of the Motion, the Debtors respectfully represent as follows:

7    1.    On August 29, 2018, the SoCal Debtors filed voluntary petitions for relief under

8    chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

9    2.    On September 5, 2018, RDI filed its voluntary petition for relief under chapter 11 of

10    the Bankruptcy Code.

11    3.    On September 5, 2018, the Court entered an order jointly administering the Debtors'

12    cases (the "<u>Cases</u>"), with RDI designated as the "Lead Case." [Docket No. 6].

13    4.    The Debtors continue to operate their businesses and manage their affairs as debtors-

14    in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.   On September 19,

15    2018, the Office of the United States Trustee appointed the Committee of Creditors Holding

16    Unsecured Claims in case of Ruby's Diner, Inc. (the "<u>Committee</u>").   No party has requested the

17    appointment of a trustee or examiner.

18    5.    RDI and its affiliates own, operate and manage restaurants under trade names such as

19    "Ruby's®," "Ruby's® Diner," and "The Ruby Restaurant Group."   RDI and its affiliates have

20    operated Ruby's® Diner restaurants since prior to 1985 and are known as purveyors of very popular

21    burgers, fries and shakes.

22    6.    RDI is the 100% owner and sole and managing member of SoCal Diners.   SoCal

23    Diners is the 100% owner and sole and managing member of Quality.   SoCal Diners is the general

24    partner and 50% owner, and Quality is the limited partner and 50% owner, of the following

25    California limited partnerships: (a) Ruby's Huntington Beach, which owns and operates a Ruby's®

26    restaurant on the pier in Huntington Beach, California and is one of the SoCal Debtors; (b) Ruby's

27    Oceanside, which owns and operates a Ruby's® restaurant in Oceanside, California and is one of the

28    SoCal Debtors; (c) Ruby's Palm Springs, which owns and operates a Ruby's® restaurant in Palm

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

Springs, California and is one of the SoCal Debtors; (d) Ruby's Laguna Hills, which, until March 2019, owned and operated a Ruby's® restaurant in the Laguna Hill Mall in Laguna Hills, California, and is one of the SoCal Debtors; and (e) Ruby's Mission Valley, Ltd., which until a few months prior to the Petition Date, owned and operated a Ruby's® restaurant in the Westfield Mission Valley Mall in San Diego, California[1] (collectively, the "SoCal Entities" and the restaurants owned by the SoCal Entities, the "SoCal Restaurants").

7.      In addition, RDI holds ownership interests in, and management roles in connection with, the following joint venture entities:  (a) RDI is the managing member and 70% owner of Ruby's Beach Ventures LLC, which owns and operates a Ruby's® restaurant in Long Beach, California;[2] (b) RDI is the general partner and 50% owner of Ruby's Diner South Coast Plaza LP, which owns and operates a Ruby's® restaurant at South Coast Plaza Mall in Costa Mesa, California;[3] (c) RDI is the managing member and sole owner of Ruby's Woodbridge LLC, which owns and operates a Ruby's® restaurant in Woodbridge in Irvine, California; and (d) RDI is the managing member 50% owner of Ruby's Spectrum LLC, which until a few months prior to the Petition Date, owned and operated a Ruby's® restaurant at the Irvine Spectrum in Irvine, California[4] (collectively, the "RDI Entities" and the restaurants owned by the RDI Entities, the "RDI Restaurants").  The RDI Entities have not filed chapter 11 cases.  The RDI Restaurants, together with the SoCal Restaurants, are referred to as the "Company Restaurants").

8.      RDI is the employer of the approximately 387 employees who work at the corporate office and the Company Restaurants.

9.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The Debtors consent to the entry of a

---

[1] The Mission Valley restaurant was closed prior to the Petition Date, in April 2018.  Ruby's Mission Valley, Ltd., while owned by SoCal Diners and Quality, is not operating and is not a debtor entity.

[2] The other 30% ownership interest in Ruby's Beach Ventures LLC is held by various third-party investors.

[3] The other 50% interest in Ruby's Diner South Coast Plaza LP is owned by South Coast Plaza Expansion, a California general partnership, as the limited partner.

[4] The other 50% ownership interest in Ruby's Spectrum LLC is held by William C. Taormina, Trustee of the Taormina Revocable Inter Vivos Trust u/d/t dated July 26, 1983.  The Irvine Spectrum restaurant was closed prior to the Petition Date, in April 2018.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

EX PARTE INSURANCE PREMIUM FINANCING MOTION
Save Up DOCS_LA:324537.4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

final order by the Court in connection with this Motion to the extent it is later determined that the Court, absent consent of the parties, cannot enter final order or judgments consistent with Article III of the United States Constitution.  Venue of these Cases and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

10.    The Debtors are required to and do maintain various kinds of insurance coverage in the normal course of their business (collectively, the "Insurance").  The Insurance covers the Debtors, the RDI Entities, the Company Restaurants, Ruby's Franchise Systems, Inc. ("RFS"), Ruby's Management, LLC, as well as the directors and officers of the Debtors, RFS and certain other non-debtor entities under common ownership, Beachcomber Management Crystal Cove LLC and Crystal Cove Transportation, Inc. (collectively, the "Covered Entities").  The Insurance is in accordance with pre- and post-petition practices and the rates and coverage are based on the Insurance being placed as a "package," meaning that the policies are linked and that a default under one policy constitutes a default under another.  The Covered Entities (including the non-debtor entities) pay RDI, in advance, for their share of the premiums due in connection with these policies (*i.e.,* prior to payment being made by RDI thereon) in accordance with the allocations set forth in Exhibit "C" hereto.[5]

11.    RDI, on behalf of the Covered Entities, is prepared to execute the Premium Finance Agreement with FIRST for the financing of Commercial General Liability, Liquor Liability, Commercial Automobile (Non-Owned & Hired Auto Liability), Commercial Property, Employment Practices Liability, Directors & Officers Liability, Crime, Kidnap & Ransom and Excess Liability insurance policies (collectively, the "Policies") upon approval by the Court.   A true and correct copy of the Premium Finance Agreement is attached as Exhibit "A" to the Cavanagh  Declaration.

12.    Pursuant to the Premium Finance Agreement, FIRST will provide financing to the Covered Entities for the purchase of the Policies which are essential for the operation of their businesses.  True and correct copies of the Certificates of Insurance for the Policies (for the period September 1, 2019 through September 1, 2020) are attached as Exhibit "B" to the Cavanaugh Declaration.  Under the combined Premium Finance Agreement, the total premium amount is

---

[5] The Debtors seek approval herein to continue such practice in the ordinary course.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

$347,574.94 and the total amount to be financed is $249,288.71.  Such amounts are allocated and paid by the Covered Entities on the basis of their respective coverage in accordance with Exhibit "C" to the Cavanaugh Declaration.  Under the Premium Finance Agreement, the Covered Entities will become obligated to pay FIRST the sum of $98,286.24 and the balance in nine (9) monthly installments of $28,542.20 each, which amounts will be paid by the Covered Entities in the ordinary course in accordance with their respective coverage amounts.  The installment payments are due on the 1st day of each month commencing on October 1, 2019.  As collateral to secure the repayment of the total of payments, any late charges, attorney's fees and costs (Indebtedness) under the Premium Finance Agreement, the Covered Entities are granting FIRST a security interest in, among other things, the unearned premiums of the Policies.  The Premium Finance Agreement provides that the law of California governs the transaction.

13.     To the extent that the beneficiaries of the Policies are entities other than RDI, those entities pay RDI their allocable share of the insurance premiums on a monthly basis in accordance with the schedule attached as Exhibit "C" to the Cavanaugh Declaration.

14.     Pursuant to the terms of the Premium Finance Agreement, the Covered Entities are appointing FIRST as their attorney-in-fact with the irrevocable power to cancel the Policies and collect the unearned premium in the event of default by any of the Covered Entities under any of the Premium Finance Agreement.  A default under one Premium Finance Agreement will constitute a default under all Premium Finance Agreement.

15.     RDI and FIRST have reached an agreement that the adequate protection appropriate for this situation would be as follows:

a)   RDI be authorized and directed to timely make all payments due under the Premium Finance Agreement and FIRST be authorized to receive and apply such payments to Indebtedness owed by the Covered Entities to FIRST as provided in the Premium Finance Agreement.

b)   If any of the Covered Entities does not make any of the payments due under the Premium Finance Agreement as they become due, the automatic stay shall automatically lift to enable FIRST and/or third parties, including insurance companies

providing the coverage under the Policies, to take all steps necessary and appropriate to cancel the Policies, collect the collateral and apply such collateral to Indebtedness owed to FIRST under the Premium Finance Agreement.  In exercising such rights, FIRST and/or third parties shall comply with the notice and other relevant provisions of the Premium Finance Agreement.

16.    The Covered Entities will continue to provide the funding of their respective premium amounts so that RDI can make the requisite payments to FIRST called for under the Premium Finance Agreement.

17.    The Debtors believe that the terms of the Premium Finance Agreement is commercially fair and reasonable including the granting of a lien on the Policies to FIRST.  The Debtors are required to maintain adequate insurance coverage and, without it, they would be forced to cease operations.  The insurance policies being renewed are substantially similar in their terms and scope as the policies issued in prior years, and the terms of the Premium Finance Agreement is similar to the terms of that approved last year following the commencement of the Cases.  As set forth in the Cavanaugh Declaration attached hereto, the Debtors have been unable to obtain unsecured credit to fund the Policies.

18.    The relief requested by this Motion is warranted and appropriate under the circumstances.  The Debtors submit that authorization of the Premium Finance Agreement will ensure that they can continue necessary operations, and will not prejudice the legitimate interests of creditors and other parties in interest, including the Debtors' secured creditors.

**WHEREFORE**, the Debtors respectfully request that this Court enter an Order granting this Motion as follows:

1.    RDI, on behalf of the Covered Entities (as defined in the Motion), is authorized to:

i.    enter into the Premium Finance Agreement attached to the Cavanaugh Declaration as Exhibit "A;"

ii.    grant FIRST or its successor or assigns a first priority lien on and security interest in unearned premiums as described in the Premium Finance Agreement; and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

EX PARTE INSURANCE PREMIUM FINANCING MOTION
Save Up DOCS_LA:324537.4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

iii.    timely make all payments due under the Premium Finance Agreement.  FIRST

is authorized to receive and apply such payments to the Indebtedness owed to

FIRST as provided in the Premium Finance Agreement.

2.    Without limitation, the liens, security interests and rights in unearned premiums

granted under the Premium Finance Agreement is senior to the lien of any DIP

Lender in these Cases and are senior to any claims under 11 U.S.C. §§ 503, 506(c) or

507(b).

3.    If additional premiums become due to insurance companies under the Policies

financed under the Premium Finance Agreement, RDI and FIRST or its successor or

assigns are authorized to modify the Premium Finance Agreement as necessary to pay

the additional premiums without the necessity of further hearing or order of this

Court.

4.    The Covered Entities will continue to provide the funding of their respective premium

amounts as set forth in the allocation schedule attached as Exhibit "C" to the

Cavanaugh Declaration so that RDI can make the requisite payments to FIRST called

for under the Premium Finance Agreement.

5.    In the event any of the Covered Entities does not make any of the payments under any

of the Premium Finance Agreement as they become due, the automatic stay shall

automatically lift to enable FIRST and or/third parties, including insurance companies

providing the protection under the Policies, to take all steps necessary and appropriate

to cancel the Policies, collect the collateral and apply such collateral to the

Indebtedness owed to FIRST under the Premium Finance Agreement.

6.    FIRST, or any third party, including insurance companies providing the coverage

under the Policies, exercising such rights shall comply with the notice provisions and

other provisions of the Premium Finance Agreement.

7.    The Premium Finance Agreement and the liens and security interests in the unearned

premiums granted in connection therewith shall continue in full force and effect and

the Indebtedness due under the Premium Finance Agreement shall remain due and

owing notwithstanding: (i) the dismissal or closure of these Cases, (ii) the discharge of Debtors, or (iii) the confirmation of a plan of reorganization.

Based on the foregoing, the Debtors respectfully request that the Debtors and FIRST be authorized to take all actions necessary or appropriate to affect said agreement and for such other further relief as is just and proper.

Dated:    September 20, 2019                 PACHULSKI STANG ZIEHL & JONES LLP


By:      /s/ William N. Lobel
_____
William N. Lobel
Attorneys for Ruby's Diner, Inc., *et al.,*
Debtors and Debtors-in-Possession

1

## <u>DECLARATION OF DOUGLAS S. CAVANAUGH</u>

2    I, Douglas S. Cavanaugh, hereby declare that the following is true and correct to the best of

3    my knowledge, information and belief:

4    1.    I am a founder and the Chief Executive Officer of Ruby's Diner, Inc., a California

5    corporation, the above-captioned (lead) debtor and debtor-in possession ("<u>RDI</u>").  I am also the

6    authorized signatory for Ruby's SoCal Diners, LLC, a Delaware limited liability company ("<u>SoCal</u>

7    <u>Diners</u>"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("<u>Quality</u>"); Ruby's

8    Huntington Beach, Ltd., a California limited partnership ("<u>Ruby's Huntington Beach</u>"); Ruby's

9    Oceanside, Ltd., a California limited partnership ("<u>Ruby's Oceanside</u>"); and Ruby's Palm Springs,

10    Ltd., a California limited partnership ("<u>Ruby's Palm Springs</u>") (collectively, SoCal Diners, Quality,

11    Ruby's Huntington Beach, Ruby's Oceanside and Ruby's Palm Springs are referred to herein as the

12    "<u>SoCal Debtors</u>" and, together with RDI, the "<u>Debtors</u>").

13    2.    I submit this declaration in support of the Debtors' *Ex Parte Notice of Motion and Ex*

14    *Parte Motion for Order Authority to Enter Into Insurance Premium Finance Agreement and to*

15    *Provide Adequate Protection* (the "<u>Motion</u>").[6]

16    3.    On August 29, 2018, the SoCal Debtors filed voluntary petitions for relief under

17    chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

18    4.    On September 5, 2018, RDI filed its voluntary petition for relief under chapter 11 of

19    the Bankruptcy Code.

20    5.    On September 5, 2018, the Court entered an order jointly administering the Debtors'

21    cases (the "<u>Cases</u>"), with RDI designated as the "Lead Case." [Docket No. 6].

22    6.    The Debtors continue to operate their businesses and manage their affairs as debtors-

23    in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No party has

24    requested the appointment of a trustee or examiner.  On September 19, 2018, the Office of the

25    United States Trustee appointed the Committee of Creditors Holding Unsecured Claims in case of

26    Ruby's Diner, Inc., only (the "<u>Committee</u>").

27    7.    RDI and its affiliates own, operate and manage restaurants under trade names such as

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

[6] Capitalized terms not otherwise defined have the same meaning ascribed to such terms in the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

"Ruby's®," "Ruby's® Diner," and "The Ruby Restaurant Group." RDI and its affiliates have

operated Ruby's® Diner restaurants since prior to 1985 and are known as purveyors of very popular

burgers, fries and shakes.

8.    RDI is the 100% owner and sole and managing member of SoCal Diners. SoCal

Diners is the 100% owner and sole and managing member of Quality. SoCal Diners is the general

partner and 50% owner, and Quality is the limited partner and 50% owner, of the following

California limited partnerships: (a) Ruby's Huntington Beach, which owns and operates a Ruby's®

restaurant on the pier in Huntington Beach, California and is one of the SoCal Debtors; (b) Ruby's

Oceanside, which owns and operates a Ruby's® restaurant in Oceanside, California and is one of the

SoCal Debtors; (c) Ruby's Palm Springs, which owns and operates a Ruby's® restaurant in Palm

Springs, California and is one of the SoCal Debtors; (d) Ruby's Laguna Hills, which, until March

2019, owned and operated a Ruby's® restaurant in the Laguna Hill Mall in Laguna Hills, California,

and is one of the SoCal Debtors; and (e) Ruby's Mission Valley, Ltd., which until a few months prior

to the Petition Date, owned and operated a Ruby's® restaurant in the Westfield Mission Valley Mall

in San Diego, California[7] (collectively, the "SoCal Entities" and the restaurants owned by the SoCal

Entities, the "SoCal Restaurants").

7.    In addition, RDI holds ownership interests in, and management roles in connection

with, the following joint venture entities: (a) RDI is the managing member and 70% owner of

Ruby's Beach Ventures LLC, which owns and operates a Ruby's® restaurant in Long Beach,

California;[8] (b) RDI is the general partner and 50% owner of Ruby's Diner South Coast Plaza LP,

which owns and operates a Ruby's® restaurant at South Coast Plaza Mall in Costa Mesa, California;[9]

(c) RDI is the managing member and sole owner of Ruby's Woodbridge LLC, which owns and

operates a Ruby's® restaurant in Woodbridge in Irvine, California; and (d) RDI is the managing

---

[7] The Mission Valley restaurant was closed prior to the Petition Date, in April 2018. Ruby's Mission Valley, Ltd., while owned by SoCal Diners and Quality, is not operating and is not a debtor entity.

[8] The other 30% ownership interest in Ruby's Beach Ventures LLC is held by various third-party investors.

[9] The other 50% interest in Ruby's Diner South Coast Plaza LP is owned by South Coast Plaza Expansion, a California general partnership, as the limited partner.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

member and 50% owner of Ruby's Spectrum LLC, which until a few months prior to the Petition Date, owned and operated a Ruby's® restaurant at the Irvine Spectrum in Irvine, California[10] (collectively, the "RDI Entities" and the restaurants owned by the RDI Entities, the "RDI Restaurants"). The RDI Entities have not filed chapter 11 cases. The RDI Restaurants, together with the SoCal Restaurants, are referred to as the "Company Restaurants").

8.    RDI is the employer of the approximately 387 employees who work at the corporate office and the Company Restaurants.

9.    The Debtors are required to and do maintain various kinds of insurance coverage in the normal course of their business (collectively, the "Insurance"). The Insurance covers the Debtors, the RDI Entities, the Company Restaurants, Ruby's Franchise Systems, Inc. ("RFS"), Ruby's Management, LLC, as well as the directors and officers of the Company, RFS and certain other non-debtor entities under common ownership, Beachcomber Management Crystal Cove LLC and Crystal Cove Transportation, Inc. (collectively, the "Covered Entities"). The Insurance is in accordance with pre- and post-petition practices and the rates and coverage are based on the Insurance being placed as a "package," meaning that the policies are linked and that a default under one policy constitutes a default under another. The Covered Entities (including the non-debtor entities) pay RDI, in advance, for their share of the premiums due in connection with these policies (i.e., prior to payment being made by RDI thereon) in accordance with the allocations set forth in Exhibit "C" hereto.[11]

10.    RDI, on behalf of the Covered Entities, is prepared to execute a Commercial Premium Finance Agreement (the "Premium Finance Agreement") with FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A ("FIRST") for the financing of Commercial General Liability, Liquor Liability, Commercial Automobile (Non-Owned & Hired Auto Liability), Commercial Property, Employment Practices Liability, Directors & Officers Liability, Crime, Kidnap & Ransom and Excess Liability insurance policies (collectively, the "Policies") upon

---

[10] The other 50% ownership interest in Ruby's Spectrum LLC is held by William C. Taormina, Trustee of the Taormina Revocable Inter Vivos Trust u/d/t dated July 26, 1983. The Irvine Spectrum restaurant was closed prior to the Petition Date, in April 2018.

[11] The Debtors seek approval herein to continue such practice in the ordinary course.

approval by the Court.   A true and correct copy of the Premium Finance Agreement is attached

hereto as Exhibit "A."

11.     Pursuant to the Premium Finance Agreement, FIRST will provide financing to the

Covered Entities for the purchase of the Policies which are essential for the operation of their

businesses.  True and correct copies of the Certificates of Insurance for the Policies (for the period

September 1, 2019 through September 1, 2020) are attached hereto as Exhibit "B." Under the

combined Premium Finance Agreement, the total premium amount is $347,574.94 and the total

amount to be financed is $249,288.71.  Such amounts are allocated and paid by the Covered Entities

on the basis of their respective coverage in accordance with Exhibit "C" attached hereto.  Under the

Premium Finance Agreement, the Covered Entities will become obligated to pay FIRST the sum of

$98,286.24 and the balance in nine (9) monthly installments of $28,542.20 each, which amounts will

be paid by the Covered Entities in the ordinary course in accordance with their respective coverage

amounts.  The installment payments are due on the 1st day of each month commencing on October 1,

2019.  As collateral to secure the repayment of the total of payments, any late charges, attorney's

fees and costs (Indebtedness) under the Premium Finance Agreement, the Covered Entities are

granting FIRST a security interest in, among other things, the unearned premiums of the Policies.

The Premium Finance Agreement provides that the law of California governs the transaction.

12.     To the extent that the beneficiaries of the Policies are entities other than RDI, those

entities pay RDI their allocable share of the insurance premiums on a monthly basis in accordance

with the schedule attached hereto as Exhibit "C."

13.     I believe that cause exists to grant the relief requested by the Motion on an expedited

basis.  The Debtors will only have the ability to pay the down payment (which is due immediately)

and the premiums (the first of which is due by October 1, 2019) if the Motion is granted and the

Premium Finance Agreement with FIRST is approved.  Pursuant to the Premium Finance

Agreement, FIRST must receive the cash down payment before FIRST will move forward with its

approval of the Premium Finance Agreement.  In order to pay the cash down payment (which is due

immediately) and meet the October 1, 2019 deadline to commence payments of the premiums, the

Debtors seek the relief requested by the Motion on an expedited basis.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

EX PARTE INSURANCE PREMIUM FINANCING MOTION
Save Up DOCS_LA:324537.4

1    14.    The Debtors were unable to file the Motion on a regular noticed motion because the

2    Debtors utilize an insurance brokerage firm to place their insurance, and the broker shops a

3    multitude of providers to obtain the best rates.  This competitive process provides the broker with

4    negotiation tools to allow for the renewal of insurance policies as reasonably as possible.  The

5    Debtors, however, do not have control of the timing of the process, and only received the Premium

6    Finance Agreement from the insurance broker yesterday.  The Debtors thus filed the Motion as soon

7    as it was possible to do so.  In light of the timing constraints and the imperative nature of the relief

8    sought, I believe that expedited approval of the Motion is necessary and appropriate.

9    15.    Moreover, the relief sought herein is materially the same as the relief sought and

10    obtained by this Court approximately a year ago with respect to the financing of the insurance

11    policies by FIRST.  [Docket No. 80].

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on this 19th day of September 2019, at Newport Beach, California.

3

4                                                                    Douglas S. Cavanaugh

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

EX PARTE INSURANCE PREMIUM FINANCING MOTION
DOCS_LA:324537.3 76135/003

EXHIBIT "A"



**COMMERCIAL**
**PREMIUM FINANCE AGREEMENT**

Northbrook, IL 60062-7917
P:(800) 837-2511 F:(800) 837-3709
www.firstinsurancefunding.com

**Quote #: 19299536**

| INSURED/BORROWER | Customer ID: N/A | AGENT or BROKER |
|---|---|---|
| (Name and Address as shown on Policy) | | (Name and Business Address) |
| Ruby's Diner Inc | | RESTAURANT PROGRAMS OF AMERICA |
| 4100 MacArthur Blvd/ | | 8 WOOD HOLLOW ROAD |
| Ste 310 | | PARSIPPANY, NJ 07054 |
| Newport Beach, CA 92660 | | |

## LOAN DISCLOSURE

| Total Premiums, Taxes and Fees | Cash Down Payment | Unpaid Premium Balance | Documentary Stamp Tax (only applicable in Florida) | Amount Financed (amount of credit provided on your behalf) | FINANCE CHARGE (dollar amount the credit will cost you) | Total of Payments (amount paid after making all scheduled payments) | ANNUAL PERCENTAGE RATE (cost of credit as a yearly rate) |
|---|---|---|---|---|---|---|---|
| 347,574.95 | 98,286.24 | 249,288.71 | 0.00 | 249,288.71 | 7,591.09 | 256,879.80 | 7.250 % |

***YOUR PAYMENT SCHEDULE WILL BE:***    ***Mail Payments to: FIRST INSURANCE Funding, PO Box 7000, Carol Stream, IL 60197-7000***

| Number of Payments | Amount of Each Payment | **First Installment Due** | 10/01/2019 |
|---|---|---|---|
| 9 | 28,542.20 | **Installment Due Dates** | 1st (Monthly) |

**SECURITY INTEREST.** INSURED/BORROWER ("Insured") grants and assigns FIRST Insurance Funding, A Division of Lake Forest Bank & Trust Company, N.A. ("LENDER") a security interest in the financed policies and any additional premiums required under the financed policies, including (but only to the extent permitted by applicable law) all return premiums, dividend payments, and loss payments which reduce unearned premium, subject to any mortgagee or loss payee interest. If any circumstances exist in which premiums related to any financed policy could become fully earned in the event of loss, LENDER shall be named a loss-payee with respect to such policy.
**FINANCE CHARGE.** The finance charge begins accruing on the earliest effective date of the policies listed in the Schedule of Policies. The finance charge may include a nonrefundable service charge equal to the maximum amount permitted by law. The finance charge is computed using a 365-day calendar year.
**LATE PAYMENT.** A late charge will be assessed on any installment at least 5 days in default (7 days in VA; 10 days in MA & TX; or later date as required by law.). This late charge will equal 5% of the delinquent installment or the maximum late charge permitted by law, whichever is less (greater of $10 or 5% in FL; greater of $25 or 1.5% in NJ; $5 maximum in DE, MT and ND; $100 maximum in MD; 5% in VA).
**PREPAYMENT.** Insured is entitled to a refund of the unearned finance charge if the loan is prepaid in full. The refund shall be computed according to applicable law.

### SCHEDULE OF POLICIES

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| TBD | C00317-LIBERTY MUTUAL FIRE INS CO<br>[CX:0]   [PR] | GL | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 78,568.00<br>0.00<br>0.00 |
| TBD | C03150-LIBERTY MUTUAL<br>[CX:0]   [PR] | CGLIQ | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 788.00<br>0.00<br>0.00 |
| **(Policies continued on next page.)** | | | | TOTAL | 347,574.95 |

Q# 19299536, PRN: 091919, CFG: 20/9-15/9 BPF-STD, RT: A01602-IMM, DD: N/A, BM: Invoice, Qtd For: A01602 Original, Memo 3

**INSURED'S AGREEMENT:**
**1.** In consideration of the premium payment by LENDER to the insurance companies listed in the Schedule of Policies, their representative or the Agent or Broker listed above, Insured promises to pay, to the order of LENDER, the Total of Payments subject to all of the provisions of this Agreement.
**2. POWER OF ATTORNEY.** INSURED IRREVOCABLY APPOINTS LENDER AS ITS "ATTORNEY-IN-FACT" with full power of substitution and full authority, in the event of default under this Agreement, to (i) cancel the financed policies in accordance with the provisions contained herein, (ii) receive all sums assigned to LENDER, and (iii) execute and deliver on behalf of Insured all documents relating to the insurance policies listed on the Schedule of Policies ("Financed Policies") in furtherance of this Agreement (clauses (ii) and (iii) are not applicable in Florida). This right to cancel will terminate only after Insured's indebtedness under this Agreement is paid in full.
**3. SIGNATURE & ACKNOWLEDGEMENT.** Insured has signed and received a copy of this Agreement. If Insured is not an individual, the undersigned is authorized to sign this Agreement on behalf of Insured. All named Insured(s), jointly and severally if more than one, agree to all provisions set forth in this Agreement. **Insured acknowledges and understands that entry into this financing arrangement is not required as a condition for obtaining insurance coverage.**
**NOTICE TO INSURED: (1) Do not sign this Agreement before you read both pages of it, or if it contains any blank space. (2) You are entitled to a completely filled-in copy of this Agreement. (3) Under the law, you have the right to pay off in advance the full amount due and under certain conditions to receive a partial refund of the finance charge. (4) Keep a copy of this Agreement to protect your legal rights. (5) See last page of Agreement for your consent to electronic statement and notice delivery.**
**4. EFFECTIVE DATE.** This Agreement will not become effective until it is accepted in writing by LENDER.

_____     _____     _____     _____
Signature of Insured or Authorized Agent          Date          Signature of Agent          Date

**The undersigned hereby warrants and agrees to the Agent or Broker Representations and Warranties set forth herein.** EXHIBIT "A"

Insured: Roby's Direct Inc

ADDITIONAL PROVISIONS TO PREMIUM FINANCE AGREEMENT   Quote #: 19299536

**5. DEFAULT/CANCELLATION.** Insured is in default under this Agreement if (a) a payment is not received by LENDER when it is due, (b) a proceeding in bankruptcy, receivership, insolvency or similar proceeding is instituted by or against Insured, or (c) Insured fails to comply with any of the terms of this Agreement; provided, however, when required by law, Insured may be deemed in default only under clause (a) above.  Clauses (b) and (c) are not applicable in FL, MD, NV, NC or VA.  At any time after default, LENDER can demand and has the right to receive immediate payment of the total unpaid amount due under this Agreement even if LENDER has not received any refund of unearned premium.  If Insured is in default, LENDER has no further obligation under this Agreement to pay premiums on Insured's behalf, and LENDER may pursue any of the remedies provided in this Agreement or by law.  If a default by Insured results in cancellation of the Financed Policies, Insured agrees to pay a cancellation charge where allowed by law (not permitted in AK, FL, KS, KY, NV, NY, NC, PA, SC, TX or VA).  If cancellation or default occurs, Insured agrees to pay LENDER interest on the balance due at the contract rate or at the maximum lawful rate, whichever is less, until the balance is paid in full or until such other date as provided by law.

**6. LIMITATION OF LIABILITY.** Insured understands and agrees that LENDER or its assignee is not liable for any losses or damages to Insured or any person or entity upon the exercise of LENDER's right of cancellation, except in the event of willful or intentional misconduct by LENDER, except in KY.

**7. RETURNED CHECK CHARGE.** If Insured's check is dishonored for any reason and if permitted by law, Insured will pay LENDER a returned check charge equal to the maximum fee permitted by law ($0 in KY; $15 in FL & NV; $20 in VA; maximum of $25 in MD).

**8. REINSTATEMENT.** Once a Notice of Cancellation has been sent to any insurance company, LENDER has no duty to ask that the Financed Policy be reinstated, even if LENDER later receives a payment from Insured.  If LENDER requests reinstatement, such request does not guarantee coverage will be reinstated by the insurance company. Payments that LENDER receives after sending a Notice of Cancellation may be applied to Insured's account without changing any of LENDER's rights under this Agreement.

**9. LENDER'S RIGHTS AFTER THE POLICIES ARE CANCELLED.** After any Financed Policy is cancelled by any party or if a credit is otherwise generated, LENDER has the right to receive all unearned premiums and other funds assigned to LENDER as security herein and to apply them to Insured's unpaid balance under this Agreement or any other agreement between Insured and LENDER (in VA, only to this Agreement).  Receipt of unearned premiums does not constitute payment of installments to LENDER, in full or in part.  Any amounts received by LENDER after cancellation will be credited to the balance due with any excess paid to Insured; the minimum refund is the greater of $1.00 or the minimum amount allowed by law (no minimum in VA).  Any deficiency shall be immediately paid by Insured to LENDER.  Insured agrees that insurance companies may rely exclusively on LENDER's representations about the financed policies.

**10. ASSIGNMENT.** Insured may not assign any Financed Policy or this Agreement without LENDER's prior written consent.  LENDER may transfer its rights under this Agreement without the consent of Insured.

**11. AGENT OR BROKER.** Insured agrees that the Agent or Broker issuing the policies or through whom the policies were issued is not the agent of LENDER, except for any action taken on behalf of LENDER with the express authority of LENDER, and LENDER is not bound by anything the Agent or Broker represents to Insured, orally or in writing, that is not contained in this Agreement.  The Agent or Broker will receive from LENDER 3,166.28 for aiding in the administration of this Agreement relating to the Financed Policies.  In NY, the Agent or Broker may assess a fee to Insured for obtaining and servicing the Financed Policies pursuant to NY CLS Ins § 2119.  Any questions regarding this payment should be directed to the Agent or Broker.

**12. COLLECTION COSTS.** Insured agrees to pay reasonable attorney fees, court costs, and other collection costs to LENDER to the extent permitted by law if this Agreement is referred to an attorney or collection agent who is not a salaried employee of LENDER to collect money that Insured owes.

**13. GOVERNING LAW.** This Agreement is governed by and interpreted under the laws of the state where Insured resides, except for conflict of laws principles thereof.  If any court finds any part of this Agreement to be invalid, such finding shall not affect the remaining provisions of this Agreement.

**14. WARRANTY OF ACCURACY.** Insured represents and warrants that to the best of its knowledge (i) the Financed Policies are in full force and effect and that Insured has not and will not assign any interest in the policies except for the interest of mortgagees and loss payees, (ii) that none of the Financed Policies are for personal, family or household purposes, (iii) the Cash Down Payment and any past due payments have been paid in full to the Agent or Broker in cash or other immediately available funds, (iv) all information provided herein or in connection with this Agreement is true, correct, complete and not misleading, (v) Insured is not insolvent nor presently involved in any insolvency proceeding, (vi) Insured has no indebtedness to the insurers issuing the Financed Policies, and (vii) there is no provision in the Financed Policies that would require LENDER to notify or obtain consent from any other party to effect cancellation of such policies.

**15. ADDITIONAL PREMIUMS.** Insured agrees to fully and timely comply with all audits and pay to the insurance company any additional amount due in connection with the Financed Policies.  The Amount Financed shall be applied to the Financed Policies' premium amounts and Insured shall be responsible for any additional premiums or other sums. Insured, or Agent/Broker, may request that LENDER finance additional policies and/or additional premium during the term of this Agreement, and if LENDER agrees, this Agreement shall be deemed amended accordingly.  Should LENDER assign an account number to further extensions of credit, then a) this Agreement and loan documents identified by the assigned account number(s) shall be deemed to comprise a single and indivisible loan transaction, b) Insured shall irrevocably appoint LENDER as its attorney in fact in connection with additional amount financed, c) default under any component of the transaction shall constitute a default under the entire transaction, and d) unearned premium relating to any component of the transaction may be collected and applied to the entire loan transaction balance.

**16. CORRECTIONS.** LENDER may insert the names of the insurance companies and policy numbers, if this information is not known at the time Insured signs this Agreement. LENDER is authorized to correct patent errors or omissions in this Agreement (not applicable in KY or VA).

**17. NON-WAIVER.** Not Applicable.

**18. THIRD PARTY FEE.** Not Applicable.

**19. ELECTRONIC STATEMENT AND NOTICE DELIVERY.  By executing this Agreement, Insured agrees to receive all billing statements, notices, and other communications via electronic delivery in PDF format as permitted by applicable law.  It is Insured's responsibility to provide LENDER with true, accurate, and complete e-mail and contact information related to this Agreement and to maintain and update promptly any changes to this information.  If Insured wishes to (i) opt out of electronic statement and notice delivery, or (ii) update contact information, Insured can log into Insured's account on www.firstinsurancefunding.com or call (800) 837-2511.**

---

**AGENT OR BROKER REPRESENTATIONS AND WARRANTIES**

Unless previously disclosed in writing to LENDER or specified in the Schedule of Policies, the Agent or Broker executing this Agreement expressly represents, warrants, and agrees as follows: (1)  Insured has received a copy of this Agreement and has authorized this transaction, Insured's signature is genuine, and the cash down payment has been received from Insured, (2) the information contained in the Schedule of Policies including the premium amount is correct and accurately reflects the necessary coverage, (3) the policies listed in the Schedule of Policies (a) are in full force and effect, (b) are cancellable by Insured or LENDER (or its successors or assigns), (c) will generate unearned premiums which will be computed on the standard short rate or pro rata basis, and (d) do not contain any provisions which affect the standard short rate or pro rata premium computation, including but not limited to direct company bill, audit, reporting form, retrospective rating, or minimum or fully earned premium, (4) the Agent or Broker is either the insurer's authorized policy issuing agent or the broker placing the coverage directly with the insurer, except where the name of the Issuing Agent or General Agent is listed in the Schedule of Policies, (5) to the best of the Agent or Broker's  knowledge, there are no bankruptcy, receivership, or insolvency proceedings affecting Insured, (6) Agent or Broker will  hold harmless and indemnify LENDER and its successors and assigns  against any loss or expense (including attorney's fees, court costs, and other costs) incurred by LENDER and resulting from Agent or Broker's violations of these Representations and Warranties or from Agent or Broker's errors, omissions, or inaccuracies in preparing this Agreement, (7) Agent or Broker will (a) hold in trust for LENDER any payments made or credited to Insured through or to Agent or Broker by the insurance companies or LENDER, and (b) pay these monies and the unearned commissions to LENDER upon demand to satisfy the outstanding indebtedness under this Agreement, and (8) to fully and timely assist with all payroll audits.

California Borrowers:  **FOR INFORMATION CONTACT THE DEPARTMENT OF FINANCIAL INSTITUTIONS, STATE OF CALIFORNIA**

SCHEDULE OF POLICIES

Insured:  Ruby's Diner Inc
Quote #: 19299536

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| TBD | C00317-LIBERTY MUTUAL FIRE INS CO<br>[CX:0]   [PR] | AUTO BCAU | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 2,115.00<br>0.00<br>0.00 |
| TBD | C00169-ARCH SPECIALTY INSURANCE CO<br>G00150-CRC INSURANCE SERVICES<br>[ME:25.000 %, CX:0]         [PR] | PROP | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 74,514.00<br>5,700.00<br>2,384.45 |
| TBD | C00005-LLOYDS OF LONDON<br>G00150-CRC INSURANCE SERVICES<br>[ME:25.000 %, CX:0]         [PR] | EPLI | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 89,944.00<br>5,450.00<br>11,212.82 |
| TBD | C00005-LLOYDS OF LONDON<br>G00150-CRC INSURANCE SERVICES<br>[ME:25.000 %, CX:0]         [PR] | D&O | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 21,145.00<br>1,100.00<br>2,459.68 |
| TBD | C00232-HISCOX INSURANCE COMPANY<br>G00150-CRC INSURANCE SERVICES<br>[CX:0]   [PR] | CRME | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 6,867.00<br>250.00<br>0.00 |
| TBD | C00232-HISCOX INSURANCE COMPANY<br>G00150-CRC INSURANCE SERVICES<br>[CX:0]   [PR] | K&R | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 987.00<br>250.00<br>0.00 |
| TBD | C00325-FIRST LIBERTY INS CORP<br>[ME:25.000 %, CX:0]         [PR] | UMB | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 41,400.00<br>2,440.00<br>0.00 |

EXHIBIT "B"

# CERTIFICATE OF LIABILITY INSURANCE

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Pacific Gateway Insurance Agency | | |
|---|---|---|---|---|
| Arthur J Gallagher & Co Insurance Brokers of Calif | PHONE (A/C, No, Ext): | 6612575977 | FAX (A/C, No): | |
| 18201 Von Karman Avenue Ste 200 | E-MAIL ADDRESS: | | | |
| Irvine, CA 92612 | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| INSURED | INSURER A: NATIONAL LIABILITY & FIRE INSURANCE | | | 20052 |
| CRYSTAL COVE TRANSPORTATION, INC DBA: BEACHCOMBER | INSURER B: COMPANY | | | |
| AT CRYSTAL COVE, LLC | INSURER C: | | | |
| 4100 MACARTHUR BLVD STE 310 | INSURER D: | | | |
| NEWPORT BEACH, CA 92660 | INSURER E: | | | |
| | INSURER F: | | | |

**COVERAGES**     **CERTIFICATE NUMBER:** 300,703     **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | CLAIMS-MADE ☐ OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS – COMP/OP AGG | $ |
| | POLICY ☐ PRO-JECT ☐ LOC | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ N/A |
| A | ALL OWNED AUTOS ☒ SCHEDULED AUTOS | | | 73APS089088 | 09/01/2019 12:01 AM | 09/01/2020 12:01 AM | BODILY INJURY (Per accident) | $ N/A |
| | HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ N/A |
| | **UMBRELLA LIAB** ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED ☐ RETENTION $ | | | | | | | |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | N/A | | | | | WC STATU-TORY LIMITS ☐ OTH-ER ☐ | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | | | | | | E. L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E. L. DISEASE – EA EMPLOYEE | $ |
| | | | | | | | E. L. DISEASE – POLICY LIMIT | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

| Year, Make, Model, VIN | | Comp or Spec. Caus. | Stated Amount | Phys. Dam. Deductible | In-Tow Limit | Cargo Limit |
|---|---|---|---|---|---|---|
| 2016 FORD STARCRAFT 1FDGF5GY3GEA75144 | Collision Covered | C | 98,925 | 1000/1000 | N/A | N/A |
| 2017 FORD TRANSIT CONNECT 1FBVU4XG3HKA23314 | Covered | Sp | 60,321 | 1000/1000 | N/A | N/A |

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *Tom y* |

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

M-5652 (11/2011)

09/04/2019 11:32 A592F3F9-DF0F-4E8E-9E48-35FC8E52A075

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)** 09/01/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Blanca Orozco |
|---|---|
| RPA Insurance Services<br>888 South Figueroa Street<br>Los Angeles CA 90017<br>92626 | PHONE (A/C, No, Ext): (714) 619-4480 FAX (A/C, No): (714) 619-4481<br>E-MAIL ADDRESS: blanca.orozco@rpamerica.com |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| **INSURED** Beachcomber Management Crystal Cove, LLC etal<br>4100 MacArthur Blvd., Ste. #310<br>Newport Beach CA 92660 | INSURER A: Liberty Mutual Fire Ins. Co. | |
| | INSURER B: Liberty Mutual Insurance Company | 23043 |
| | INSURER C: Liberty International Underwriters | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

## COVERAGES  CERTIFICATE NUMBER: 19.20 Liability  REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY [X]<br>CLAIMS-MADE [ ] OCCUR [X]<br>Deductible: $25,000 [X]<br>Per Occurrence<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY [ ] PROJECT [ ] LOC [ ]<br>OTHER: | | | TB2Z91467841029 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG<br>Employee Benefits | $1,000,000<br>$100,000<br>Excluded<br>$1,000,000<br>$2,000,000<br>$2,000,000<br>$1,000,000 |
| A | AUTOMOBILE LIABILITY<br>ANY AUTO [ ]<br>OWNED AUTOS ONLY [ ] SCHEDULED AUTOS [ ]<br>HIRED AUTOS ONLY [X] NON-OWNED AUTOS ONLY [X] | | | AS6Z91467841019 | 09/01/2019 | 09/01/2020 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $1,000,000 |
| C | UMBRELLA LIAB [X] OCCUR [X]<br>EXCESS LIAB [ ] CLAIMS-MADE [ ]<br>DED [ ] RETENTION $10,000 [X] | | | 100006161911 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE<br>AGGREGATE | $10,000,000<br>$10,000,000 |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | PER STATUTE [ ] OTHER [ ]<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | |
| B | LIQUOR LIABILITY | | | TOCZ91467841039 | 09/01/2019 | 09/01/2020 | Each Occurrence<br>Aggregate | $1,000,000<br>$2,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

State of California, its officers, employees, and servants are included as Additional Insured only insofar as operations under this contract or permit are concerned. The insurer will not cancel or reduce the insured's coverage during the period that this permit is in effect or without 30 days prior written notice TO THE STATE -whichever is shorter.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE *Nan Armstrong* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)  The ACORD name and logo are registered marks of ACORD

EXHIBIT "B"
Page 24

# CERTIFICATE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY)**
09/01/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

| PRODUCER | CONTACT NAME: Blanca Orozco | | |
|---|---|---|---|
| RPA Insurance Services | PHONE (A/C, No, Ext): (714) 619-4480 | | FAX (A/C, No): (714) 619-4481 |
| 888 South Figueroa Street | E-MAIL ADDRESS: blanca.orozco@rpamerica.com | | |
| Los Angeles CA 90017 | PRODUCER CUSTOMER ID: 00005676 | | |
| 92626 | | | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : Arch Specialty Ins. Co. | 21199 |
| Beachcomber Management Crystal Cove, LLC etal | INSURER B : | |
| | INSURER C : | |
| 4100 MacArthur Blvd., Ste. 310 | INSURER D : | |
| Newport Beach                    CA   92660 | INSURER E : | |
| | INSURER F : | |

## COVERAGES

**CERTIFICATE NUMBER:** 19.20 Property

**REVISION NUMBER:**

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | COVERED PROPERTY | | LIMITS |
|---|---|---|---|---|---|---|---|---|
| | ☒ PROPERTY | | | | | ☒ | BUILDING | $ 5,285,000 |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | ☒ | PERSONAL PROPERTY | $ Included |
| | BASIC | BUILDING | | | | ☒ | BUSINESS INCOME | $ Included |
| | BROAD | CONTENTS | | | | ☒ | EXTRA EXPENSE | $ Included |
| | ☒ SPECIAL | | | | | ☒ | RENTAL VALUE | $ Included |
| A | ☒ EARTHQUAKE | | ESP730403301 | 09/01/2018 | 09/01/2019 | | BLANKET BUILDING | $ |
| | WIND | | | | | | BLANKET PERS PROP | $ |
| | FLOOD | | | | | | BLANKET BLDG & PP | $ |
| | | | | | | ☒ | Demolition | $ 1,000,000 |
| | INLAND MARINE | TYPE OF POLICY | | | | ☒ | Utility Service | $ 500,000 |
| | CAUSES OF LOSS | | | | | | | $ |
| | NAMED PERILS | POLICY NUMBER | | | | | | $ |
| | CRIME | | | | | | | $ |
| | TYPE OF POLICY | | | | | | | $ |
| | BOILER & MACHINERY / EQUIPMENT BREAKDOWN | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Deductibles: $10,000 Per Occurrence except: 5% Earthquake (incl. EQ Sprinkler Leakage) - Minimum $100,000

*Business Income (and extra expense) including Loss of Rents, 180 Days Extended Period of Indemnity, Contingent Business Income, Ordinance or Law; Increased Period of Restoration, Utility Services -Direct Damage and Time Element.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *Diane Armstrong* |

ACORD 24 (2016/03)

© 1995-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

EXHIBIT "B"
Page 25

**ACORD®** CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 09/01/2019 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Blanca Orozco | | |
|---|---|---|---|---|
| RPA Insurance Services | PHONE (A/C, No, Ext): | (714) 619-4480 | FAX (A/C, No): | (714) 619-4481 |
| 888 South Figueroa Street | E-MAIL ADDRESS: | blanca.orozco@rpamerica.com | | |
| Los Angeles  CA  90017 | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A : | Liberty Mutual Fire Ins. Co. | | |
| INSURED | INSURER B : | Liberty Insurance Underwriters | | 19917 |
| Ruby's Diner, Inc. etal | INSURER C : | Allegiance Underwriting Group | | |
| Ruby's Laguna Hills, Ltd. | INSURER D : | | | |
| 4100 MacArthur Blvd., Ste. 300 | INSURER E : | | | |
| Newport Beach, CA 92660 | INSURER F : | | | |

**COVERAGES**     CERTIFICATE NUMBER: 19.20 Liability     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | ☒ COMMERCIAL GENERAL LIABILITY  ☐ CLAIMS-MADE ☒ OCCUR  ☒ Deductible $25,000  Per Occurrence  GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PRO-JECT ☐ LOC  OTHER: | | | TB2Z91467842029 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | Employee Benefits | |
| A | AUTOMOBILE LIABILITY  ☐ ANY AUTO  ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS  ☒ HIRED AUTOS ONLY ☒ NON-OWNED AUTOS ONLY | | | AS6Z91467842019 | 09/01/2019 | 09/01/2020 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | ☒ UMBRELLA LIAB ☒ OCCUR  ☒ EXCESS LIAB ☐ CLAIMS-MADE  ☐ DED ☒ RETENTION $ 10,000 | | | 100006161911 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | | AGGREGATE | $ 10,000,000 |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)  Y/N  If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| C | DIRECTORS & OFFICERS LIABILITY | | | AUGBC00186J | 09/01/2019 | 09/01/2020 | $15,000 Retention | $2,000,000  Per Claim |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

PLEASE REFER TO PAGE 2 FOR THE FOLLOWING COVERAGES:
Liquor Liability / Employment Practices Liability / Commercial Property Program / Crime / Kidnap & Ransom

LOCATION ADDRESS: 24155 Laguna Hills Mall, #1840-A, Laguna Hills, CA 92653.

CERTIFICATE HOLDER IS INCLUDED AS ADDITIONAL INTEREST

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of The United States Trustee  411 West Fourth Street,  Suite 7160  Santa Ana            CA  92701 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.  AUTHORIZED REPRESENTATIVE  *Dave Armstrong* |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

EXHIBIT "B"
Page 26

**ACORD®**

AGENCY CUSTOMER ID: _____

LOC #: _____

# ADDITIONAL REMARKS SCHEDULE

Page _____ of _____

| AGENCY | NAMED INSURED |
|---|---|
| Robert Harris Insurance Agency, Inc. | RUBY'S FRANCHISE SYSTEMS, INC. |
| **POLICY NUMBER** | |
| **CARRIER**                **NAIC CODE** | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

FORM NUMBER: 25          FORM TITLE: Certificate of Liability Insurance: Notes

LIQUOR LIABILITY:
Insurance Carrier: Liberty Mutual Ins. Co.
POLICY #TOCZ91467842038
Effective Date:  9/1/18 - 9/1/19
Limit of Liability: $1,000,000 Each Common Cause / $1,000,000 Policy Aggregate
Deductible:  $25,000 Per Occurrence

EMPLOYMENT PRACTICES LIABILITY:
Insurance Carrier:  Beazley Syndicate 2623/623 at Lloyds
Policy #AUGA00797B
Effective Date:  9/1/18 - 9/1/19
Limit of Liability:
$2,000,000 Maximum Limit of Liab for each Claim
$2,000,000 Third-Party Discrimination Limit of Liability
$2,000,000 Punitive, exemplary, and multiple damages Limit of Liability
$1,000,000 Maximum Aggregate Limit of Liability for all Claims of Wrongful Employment Practices and Third-Party Discrimination
$150,000 Defense Cost only Wage & Hour Claims Coverage
$250,000 Defense Cost only Immigration Practices Enhancement
$10,000 Employment Event Endorsement
SELF-INSURED RETENTION:
$50,000 Each & Every Claim for Wrongful Employment Practices or Third Party Discrimination
$50,000 Each & Every Wage & Hour Claim

COMMERCIAL PROPERTY PROGRAM:
Insurance Carrier:  ARCH Specialty Insurance Company
Policy #ESP7304682-00
Effective Date:  9/1/18 - 9/1/19
Policy Limit of Liability:  $5,000,000 Per Occurrence Including:
Buildings, Business Personal Property, Newly Acquired Property, Fine Arts, EDP Equipment & Media, Business Income, Extra Expense incl. Loss of Rents,
180 Days Extended Period of Indemnity, Contingent Business Income, Ordinance or Law, Increased Period of Restoration, Utility Services - Direct Damage &
Time Element, Ingress & Egress - 30 days, Accounts Receivables, Valuable Papers and Equipment Breakdown.

DEDUCTIBLES:  $10,000 Per Occurrence Except: 5% Earthquake - min. $100,000 (Incl. EQ sprinkler leakage; Flood - 5% per Unit of Insurance subject to
$250,000 min. per occurrence as respects Covered Property situated in Special Hazard Flood Zones designated by prefixes beginning with the letters A or V
as determined by FEMA.
$25,000 Per Occurrence as respects All Other Flood.
24 Hour Waiting Period for Utility Services - Time Element
Equipment Breakdown:  $25,000 Direct Damage (Incl. Business Income & Extra Expense, Perishable Goods)

VALUATION: Replacement Cost as respects Real & Personal Property / Actual Loss Sustained as respects Business Income (Including Extra Expense)

CRIME / KIDNAP & RANSOM COVERAGE:
Insurance Carrier:  Hiscox Ins. Co.
Policy #UC22339874
Effective Dates:  9/1/18 - 9/1/19
Coverage / Limit of Insurance / Deductible:
Fidelity /Employee Theft:  $1,000,000 Limit / $25,000 Ded.
Forgery or Alteration: $1,000,000 / $25,000 Ded.
Inside & Outside the Premises:  $50,000 / $25,000 Ded.
Computer Funds & Transfer Fraud: $1,000,000 / $25,000 Ded.
Money Orders & Counterfeit Money: $1,000,000 / $25,000 Ded.
Identity Fraud Expense:  $25,000 / $1,0000 Ded
KIDNAP & RANSOM:
Insured Persons:  All Directors, Officers and Employees
Coverage Extensions: Threat Response, Disappearance Investigation and Expense, Express Kidnap, Alternate Loss of Earnings, TRIA Risk
Ransom - $1,000,000 Per Insured Event
Transit - $1,000,000 Per Insured Event

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
| --- | --- |
| | 09/01/2019 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Blanca Orozco | | |
| --- | --- | --- | --- | --- |
| RPA Insurance Services | PHONE (A/C, No, Ext): | (714) 619-4480 | FAX (A/C, No): | (714) 619-4481 |
| 888 South Figueroa Street | E-MAIL ADDRESS: | blanca.orozco@rpamerica.com | | |
| Los Angeles  CA  90017 | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A : | Liberty Mutual Fire Ins. Co. | | |
| **INSURED** | INSURER B : | Liberty Insurance Underwriters | | 19917 |
| Ruby's Diner, Inc. etal | INSURER C : | Allegiance Underwriting Group | | |
| Ruby's Oceanside, Ltd. | INSURER D : | | | |
| 4100 MacArthur Blvd., Ste. 300 | INSURER E : | | | |
| Newport Beach, CA 92660 | INSURER F : | | | |

| COVERAGES | CERTIFICATE NUMBER: | 19.20 Liability | REVISION NUMBER: |
| --- | --- | --- | --- |

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | **COMMERCIAL GENERAL LIABILITY** [X] <br> CLAIMS-MADE [ ] OCCUR [X] <br> Deductible $25,000 [X] <br> Per Occurrence <br> GEN'L AGGREGATE LIMIT APPLIES PER: <br> POLICY [ ] PRO-JECT [ ] LOC [ ] <br> OTHER: | | | TB2Z91467842029 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | Employee Benefits | |
| A | **AUTOMOBILE LIABILITY** <br> ANY AUTO [ ] <br> OWNED AUTOS ONLY [ ] SCHEDULED AUTOS [ ] <br> HIRED AUTOS ONLY [X] NON-OWNED AUTOS ONLY [X] | | | AS6Z91467842019 | 09/01/2019 | 09/01/2020 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | UMBRELLA LIAB [ ] OCCUR [X] <br> **EXCESS LIAB** [X] CLAIMS-MADE [ ] <br> DED [ ] RETENTION $ 10,000 [X] | | | 100006161911 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ] <br> (Mandatory in NH) <br> If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE [ ] OTH-ER [ ] | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| C | DIRECTORS & OFFICERS LIABILITY | | | AUGBC00186J | 09/01/2019 | 09/01/2020 | $15,000 Retention | $2,000,000 Per Claim |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

PLEASE REFER TO PAGE 2 FOR THE FOLLOWING COVERAGES:
Liquor Liability / Employment Practices Liability / Commercial Property Program /
Crime / Kidnap & Ransom

LOCATION ADDRESS: 1 Oceanside Pier, Oceanside, CA 92054.

CERTIFICATE HOLDER IS INCLUDED AS ADDITIONAL INTEREST

| CERTIFICATE HOLDER | CANCELLATION |
| --- | --- |
| Office of The United States Trustee <br> 411 West Fourth Street, <br> Suite 7160 <br> Santa Ana                        CA   92701 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. <br><br> AUTHORIZED REPRESENTATIVE <br> *Dave Armstrong* |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)                    The ACORD name and logo are registered marks of ACORD

EXHIBIT "B"
Page 28



**ADDITIONAL REMARKS SCHEDULE**

AGENCY CUSTOMER ID: _____

LOC #: _____

Page ____ of ____

| AGENCY | NAMED INSURED |
|---|---|
| Robert Harris Insurance Agency, Inc. | RUBY'S FRANCHISE SYSTEMS, INC. |

| POLICY NUMBER | |
|---|---|

| CARRIER | NAIC CODE |
|---|---|
| | EFFECTIVE DATE: |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: 25     FORM TITLE: Certificate of Liability Insurance: Notes

LIQUOR LIABILITY:
Insurance Carrier: Liberty Mutual Ins. Co.
POLICY #TOCZ91467842038
Effective Date:  9/1/18 - 9/1/19
Limit of Liability: $1,000,000 Each Common Cause / $1,000,000 Policy Aggregate
Deductible:  $25,000 Per Occurrence

EMPLOYMENT PRACTICES LIABILITY:
Insurance Carrier:  Beazley Syndicate 2623/623 at Lloyds
Policy #AUGA00797B
Effective Date:  9/1/18 - 9/1/19
Limit of Liability:
$2,000,000 Maximum Limit of Liab for each Claim
$2,000,000 Third-Party Discrimination Limit of Liability
$2,000,000 Punitive, exemplary, and multiple damages Limit of Liability
$1,000,000 Maximum Aggregate Limit of Liability for all Claims of Wrongful Employment Practices and Third-Party Discrimination
$150,000 Defense Cost only Wage & Hour Claims Coverage
$250,000 Defense Cost only Immigration Practices Enhancement
$10,000 Employment Event Endorsement
SELF-INSURED RETENTION:
$50,000 Each & Every Claim for Wrongful Employment Practices or Third Party Discrimination
$50,000 Each & Every Wage & Hour Claim

COMMERCIAL PROPERTY PROGRAM:
Insurance Carrier:  ARCH Specialty Insurance Company
Policy #ESP7304682-00
Effective Date:  9/1/18 - 9/1/19
Policy Limit of Liability:  $5,000,000 Per Occurrence Including:
Buildings, Business Personal Property, Newly Acquired Property, Fine Arts, EDP Equipment & Media, Business Income, Extra Expense incl. Loss of Rents,
180 Days Extended Period of Indemnity, Contingent Business Income, Ordinance or Law, Increased Period of Restoration, Utility Services - Direct Damage &
Time Element, Ingress & Egress - 30 days, Accounts Receivables, Valuable Papers and Equipment Breakdown.

DEDUCTIBLES:  $10,000 Per Occurrence Except: 5% Earthquake - min. $100,000 (Incl. EQ sprinkler leakage; Flood - 5% per Unit of Insurance subject to
$250,000 min. per occurrence as respects Covered Property situated in Special Hazard Flood Zones designated by prefixes beginning with the letters A or V
as determined by FEMA.
$25,000 Per Occurrence as respects All Other Flood.
24 Hour Waiting Period for Utility Services - Time Element
Equipment Breakdown:  $25,000 Direct Damage (Incl. Business Income & Extra Expense, Perishable Goods)

VALUATION: Replacement Cost as respects Real & Personal Property / Actual Loss Sustained as respects Business Income (Including Extra Expense)

CRIME / KIDNAP & RANSOM COVERAGE:
Insurance Carrier:  Hiscox Ins. Co.
Policy #UC22339874
Effective Dates:  9/1/18 - 9/1/19
Coverage / Limit of Insurance / Deductible:
Fidelity /Employee Theft:  $1,000,000 Limit / $25,000 Ded.
Forgery or Alteration: $1,000,000 / $25,000 Ded.
Inside & Outside the Premises:  $50,000 / $25,000 Ded.
Computer Funds & Transfer Fraud: $1,000,000 / $25,000 Ded.
Money Orders & Counterfeit Money: $1,000,000 / $25,000 Ded.
Identity Fraud Expense:  $25,000 / $1,0000 Ded
KIDNAP & RANSOM:
Insured Persons:  All Directors, Officers and Employees
Coverage Extensions: Threat Response, Disappearance Investigation and Expense, Express Kidnap, Alternate Loss of Earnings, TRIA Risk
Ransom - $1,000,000 Per Insured Event
Transit - $1,000,000 Per Insured Event

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
09/01/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Blanca Orozco | | |
|---|---|---|---|---|
| RPA Insurance Services | PHONE (A/C, No, Ext): (714) 619-4480 | | FAX (A/C, No): (714) 619-4481 | |
| 888 South Figueroa Street | E-MAIL ADDRESS: blanca.orozco@rpamerica.com | | | |
| Los Angeles CA 90017 | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A : Liberty Mutual Fire Ins. Co. | | | |
| **INSURED** | INSURER B : Liberty Insurance Underwriters | | | 19917 |
| Ruby's Diner, Inc. Etal | INSURER C : Allegiance Underwriting Group | | | |
| Ruby's Huntington Beach, Ltd. | INSURER D : | | | |
| 4100 MacArthur Blvd., Ste. 300 | INSURER E : | | | |
| Newport Beach, CA 92660 | INSURER F : | | | |

## COVERAGES    CERTIFICATE NUMBER: 19.20 Liability    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS-MADE [X] OCCUR [X] Deductible $25,000 Per Occurrence GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PROJECT [ ] LOC OTHER: | | | TB2Z91467842029 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | Employee Benefits | |
| A | AUTOMOBILE LIABILITY [ ] ANY AUTO [ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS [X] HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | AS6Z91467842019 | 09/01/2019 | 09/01/2020 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | [X] UMBRELLA LIAB [X] OCCUR [X] EXCESS LIAB [ ] CLAIMS-MADE [ ] DED [X] RETENTION $ 10,000 | | | 100006161911 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | | AGGREGATE | $ 10,000,000 |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY    Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [N/A] (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | [ ] PER STATUTE [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| C | DIRECTORS & OFFICERS LIABILITY | | | AUGBC00186J | 09/01/2019 | 09/01/2020 | $15,000 Retention | $2,000,000 Per Claim |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

PLEASE REFER TO PAGE 2 FOR THE FOLLOWING COVERAGES:
Liquor Liability / Employment Practices Liability / Commercial Property Program / Crime / Kidnap & Ransom

LOCATION ADDRESS: 1 MAIN STREET, HUNTINGTON BEACH, CA 92648

CERTIFICATE HOLDER IS INCLUDED AS ADDITIONAL INTEREST

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of The United States Trustee 411 West Fourth Street, Suite 7160 Santa Ana    CA 92701 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *[signature]* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

**ACORD 25 (2016/03)**    The ACORD name and logo are registered marks of ACORD

EXHIBIT "B"
Page 30



AGENCY CUSTOMER ID: _____

LOC #: _____

# ADDITIONAL REMARKS SCHEDULE

Page ____ of ____

| **AGENCY** | **NAMED INSURED** |
|---|---|
| Robert Harris Insurance Agency, Inc. | RUBY'S FRANCHISE SYSTEMS, INC. |
| **POLICY NUMBER** | |

| **CARRIER** | **NAIC CODE** | **EFFECTIVE DATE:** |
|---|---|---|
| | | |

## ADDITIONAL REMARKS

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** 25     **FORM TITLE:** Certificate of Liability Insurance: Notes

LIQUOR LIABILITY:
Insurance Carrier: Liberty Mutual Ins. Co.
POLICY #TOCZ91467842038
Effective Date:  9/1/18 - 9/1/19
Limit of Liability: $1,000,000 Each Common Cause / $1,000,000 Policy Aggregate
Deductible:  $25,000 Per Occurrence

EMPLOYMENT PRACTICES LIABILITY:
Insurance Carrier:  Beazley Syndicate 2623/623 at Lloyds
Policy #AUGA00797B
Effective Date:  9/1/18 - 9/1/19
Limit of Liability:
$2,000,000 Maximum Limit of Liab for each Claim
$2,000,000 Third-Party Discrimination Limit of Liability
$2,000,000 Punitive, exemplary, and multiple damages Limit of Liability
$1,000,000 Maximum Aggregate Limit of Liability for all Claims of Wrongful Employment Practices and Third-Party Discrimination
$150,000 Defense Cost only Wage & Hour Claims Coverage
$250,000 Defense Cost only Immigration Practices Enhancement
$10,000 Employment Event Endorsement
SELF-INSURED RETENTION:
$50,000 Each & Every Claim for Wrongful Employment Practices or Third Party Discrimination
$50,000 Each & Every Wage & Hour Claim

COMMERCIAL PROPERTY PROGRAM:
Insurance Carrier:  ARCH Specialty Insurance Company
Policy #ESP7304682-00
Effective Date:  9/1/18 - 9/1/19
Policy Limit of Liability:  $5,000,000 Per Occurrence Including:
Buildings, Business Personal Property, Newly Acquired Property, Fine Arts, EDP Equipment & Media, Business Income, Extra Expense incl. Loss of Rents,
180 Days Extended Period of Indemnity, Contingent Business Income, Ordinance or Law, Increased Period of Restoration, Utility Services - Direct Damage &
Time Element, Ingress & Egress - 30 days, Accounts Receivables, Valuable Papers and Equipment Breakdown.

DEDUCTIBLES:  $10,000 Per Occurrence Except: 5% Earthquake - min. $100,000 (Incl. EQ sprinkler leakage); Flood - 5% per Unit of Insurance subject to
$250,000 min. per occurrence as respects Covered Property situated in Special Hazard Flood Zones designated by prefixes beginning with the letters A or V
as determined by FEMA.
$25,000 Per Occurrence as respects All Other Flood.
24 Hour Waiting Period for Utility Services - Time Element
Equipment Breakdown:  $25,000 Direct Damage (Incl. Business Income & Extra Expense, Perishable Goods)

VALUATION: Replacement Cost as respects Real & Personal Property / Actual Loss Sustained as respects Business Income (Including Extra Expense)

CRIME / KIDNAP & RANSOM COVERAGE:
Insurance Carrier:  Hiscox Ins. Co.
Policy #UC22339874
Effective Dates:  9/1/18 - 9/1/19
Coverage / Limit of Insurance / Deductible:
Fidelity /Employee Theft:  $1,000,000 Limit / $25,000 Ded.
Forgery or Alteration: $1,000,000 / $25,000 Ded.
Inside & Outside the Premises:  $50,000 / $25,000 Ded.
Computer Funds & Transfer Fraud: $1,000,000 / $25,000 Ded.
Money Orders & Counterfeit Money: $1,000,000 / $25,000 Ded.
Identity Fraud Expense:  $25,000 / $1,0000 Ded
KIDNAP & RANSOM:
Insured Persons:  All Directors, Officers and Employees
Coverage Extensions: Threat Response, Disappearance Investigation and Expense, Express Kidnap, Alternate Loss of Earnings, TRIA Risk
Ransom - $1,000,000 Per Insured Event
Transit - $1,000,000 Per Insured Event

© 2008 ACORD CORPORATION. All rights reserved.

EXHIBIT "C"

**Ruby's Diner, Inc., ETAL    Beachcomber Management Crystal Cove, LLC. ETAL for D&O, Crime,Fiduciary & Excess Liab only**

**2019  TOTAL SUMMARY- PREMIUM BY LOCATION**

|  | Locations | GENERAL LIABILITY | PROPERTY | EPLI | D&O Crime K&R (Includes Beachcomber) | EXCESS COMBINED Including Beachcomber | TOTAL PREMIUM PER LOCATION | Down Payment Per Location | Financed premium | Location Percentage of amount financed |  | 28,542.20 | 7.250% | $ 7,591.09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 201 Shipyard Way #E, NB, CA 92663 | NO SALES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | | |
| 2 | 3333 Bear Street, #120 Costa Mesa, CA 92626 | $12,003.85 | $8,232.50 | $16,545.35 | $3,859.56 | $7,380.77 | $48,022.03 | $15,136.09 | $32,885.94 | 15.400% | $ | 4,395.50 | | |
| 3 | 4602 Barranca Parkway Irvine, CA  92714 | $6,938.78 | $5,867.52 | $10,963.79 | $2,557.54 | $4,890.87 | $31,218.50 | $11,990.92 | $19,227.58 | 12.200% | $ | 3,482.15 | | |
| 4 | Huntington Beach Pier Huntington Beach, CA | $17,387.51 | $19,653.29 | $19,136.71 | $4,464.07 | $8,536.80 | $69,178.38 | $16,610.37 | $52,568.01 | 16.900% | $ | 4,823.63 | | |
| 5 | Oceanside Pier Oceanside, CA | $14,195.05 | $16,492.12 | $18,937.45 | $4,417.57 | $8,447.87 | $62,490.06 | $15,136.08 | $47,353.98 | 15.400% | $ | 4,395.50 | | |
| 6 | 155 S. Palm Canyon Drive, Unit A6 Palm Springs, CA  92262 | $8,995.08 | $8,596.72 | $9,369.14 | $2,185.53 | $4,179.47 | $33,325.94 | $9,435.48 | $23,890.46 | 9.600% | $ | 2,740.05 | | |
| 7 | 6405 E. Pacific Coast Highway Long Beach, CA  90803 | $8,953.85 | $13,127.09 | $11,362.47 | $2,650.54 | $5,068.72 | $41,162.67 | $14,448.07 | $26,714.60 | 14.700% | $ | 4,195.70 | | |
| 8 | 49000 Seminole Dr. Cabazon, CA 92230 | $10,093.88 | $7,693.64 | $9,967.08 | $2,325.03 | $4,446.25 | $34,525.88 | $14,054.93 | $20,470.95 | 14.300% | $ | 4,081.54 | | |
| 9 | **Storage Unit** - 10025 Muirlands Blvd. Irvine, CA  92618 | NO SALES | $219.53 | **Included in Corporate** | | | $219.53 | | | | | | | |
| 12 | 4100 MacArthur Blvd. #310, Newport Beach, CA 92660 | Office | $2,716.04 | $1,993.42 | $465.00 | $889.25 | $6,063.71 | $1,474.30 | $4,589.41 | 1.500% | $ | 428.13 | | |
| | | | | | | | | | | | $ | 28,542.20 | | |

**$ 98,286.24 Down Payment**    **Amount Financed**    **10 Monthly Payments**    **APR Finance APR**    **APR Finance Charge**

| TOTAL ANNUAL PREMIUM: | $326,206.70 |
|---|---|

EXHIBIT "C"
Page 32

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled:  **NOTICE OF EX PARTE MOTION AND EX PARTE MOTION OF DEBTORS FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND TO PROVIDE ADEQUATE PROTECTION; DECLARATION OF DOUGLAS A. CAVANAUGH IN SUPPORT THEREOF** thereof will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/20/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **9/20/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/20/2019 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**    gblackmar@bpslaw.net
- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Eric J Fromme**    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Alastair M Gesmundo**    agesmundo@wcghlaw.com, jmartinez@wcghlaw.com
- **Richard H Golubow**    rgolubow@wcghlaw.com,
  pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Garrick A Hollander**    ghollander@wcghlaw.com,
  pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**    dkupetz@sulmeyerlaw.com,
  dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**    mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**    dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com,
  renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- **Corey R Weber**    ecf@bg.law, cweber@bg.law
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com

2. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

Via Messenger (attorney Service)
The Honorable Aatherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593


SEE ATTACHED SERVICE LIST.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

SERVICE LIST

Creditors' Committee for RDI
Garrick A. Hollander (NEF and email) - ghollander@wcghlaw.com
Richard H. Golubow (NEF and email) - rgolubow@wcghlaw.com

Counsel for Ruby's Franchise Systems
Eric J. Fromme (NEF and email) - efromme@tocounsel.com

Counsel for Postpetition Lender Steven Craig
Alan J. Friedman (NEF and email)

GOVERNMENT

UST (NEF, email and overnight mail)
Office of the United States Trustee
Attn. Michael J. Hauser, Attorney
411 W 4th Street, Suite 7160
Santa Ana, CA  92701

Franchise Tax Board (overnight mail)
Bankruptcy Sections MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA  95812-2952

California Department of Tax and Fee Administration (overnight mail)
California Department of Tax and Fee Administration
Special Operations Branch MIC:55
450 N Street
PO Box 942879
Sacramento, CA 94279-0055

United States Department of Justice (overnight mail)
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC  20044

United States Attorneys' Office (overnight mail)
United States Attorneys' Office
300 North Los Angeles Street
Federal Building, Room 7516
Los Angeles, CA  90012

U.S. Securities & Exchange Commission (overnight mail)
U.S. Securities & Exchange Commission
Attn:  Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA  90071

Employment Development Department (overnight mail)
Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001

<u>SECURED CREDITORS</u>

<u>IRS/Federal Tax Lien</u> (overnight mail)
Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Insolvency Group 8
1301 Clay St., M/S 1400S
Oakland, CA  94612

<u>Opus Bank</u> (NEF and email)
Jessica G. McKinlay - mckinlay.jessica@dorsey.com
Annette Jarvis - jarvis.annette@dorsey.com

<u>Pillsbury Winthrop Shaw Pittman LLP</u> (NEF and email)
Matthew S. Walker - matthew.walker@pillsburylaw.com,

<u>Plaza Bonita</u> - (NEF and email)
George B. Blackmar – gblackmar@bpslaw.net

<u>C&C Partnership</u> (email and overnight mail)
C and C Partnership
Ronald Clear - rclear@rclear.com
56 Tesla
Irvine, CA  92618

<u>CMA</u> (overnight mail)
Kimberly A. Lamberty as President and as
Nevada Registered Agent for Credit Management Association
dba Credit Managers Association
311 W. Cheyenne Ave., Suite 100
N. Las Vegas, NV  89032

Credit Managers Association (overnight mail)
Kimberly Lamberty, President
303 North Glen Oak Blvd., Suite 200
Burbank, CA  91502

<u>OTHER</u>

<u>US Foods</u> (NEF and email) –
Aaron Davis – aaron.davis@bryancave.com
Sharon Weiss – sharon.weiss@bclplaw.com

<u>Family Tree</u> (NEF and email)
Robert S. Marticello - Rmarticello@swelawfirm.com

<u>Croudace & Dietrich</u> (overnight mail) (Special Notice)
Croudace & Dietrich LLP
2151 Michelson Drive, Suite 162
Irvine, CA  92612

<u>SEE ATTACHED 20 LARGEST UNSECURED CREDITORS DEBTORS – RUBY'S SOCAL, RUBY'S QUALITY DINERS, RUBY'S HUNTINGTON BEACH, RUBY'S OCEANSIDE AND RUBY'S PALM SPRINGS</u>

Service by overnight mail.

# 20 Largest Unsecured –
# SoCal Diners and
# Quality Diners

MGP FUND X LAGUNA HILLS LLC
MANAGER MEMBER AGENT
425 CALIFORNIA STREET
10TH FLOOR
SAN FRANCISCO, CA 94101

MISSION VALLEY SHOPPINGTOWN LLC
MANAGER MEMBER AGENT
2049 CENTURY PARK EAST
41ST FLOOR
LOS ANGELES, CA 90067

STAR-WEST PARKWAY MALL, LP
DANIAL TOSCANO, ESQ.
PO BOX 844767
10TH FLOOR
SAN FRANCISCO, CA 94104

## 20 Largest Unsecured –
## Huntington Beach

CITY OF HUNTINGTON BEACH
ATTN.: DEPUTY DIRECTOR, OFFICE OF
PO BOX 190
HUNTINGTON BEACH, CA 92648

FAMILY TREE PRODUCE
FIDEL GUZMAN
5510 E LA PALMA AVE.
ANAHEIM, CA 92807

PURITAN BAKERY
JIM STONE
1624 E CARSON ST
CARSON, CA 90745

CALIFORNIA RESTAURANT MUTUAL
DAVID JOHNSON/TRAVIS HARPER COO
PO BOX 45783
SAN FRANCISCO, CA 94145-0783

G & G BOOKKEEPING INC
GLYNIS RAMIREZ OFFICER DIR MGR AGENT
19602 COUNTRY LAKE DR
MAGNOLIA TX 77355

GARDA CL WEST INC
SUSAN LOETELL OFFICER DIR MGR AGENT
LOCKBOX 233209
3209 MOMENTUM PL
CHICAGO IL 60689

KLM MANAGEMENT CO
DBA AMCOM FOOD SVC
OFFICER, DIRECTOR, MANAGER, AGENT
14120 E VALLEY BLVD
LA PUENTE CA 91746

US FOODS - LA MIRADA
BRIAN SONDHEIM
540 NORTHEAST LANDON ROAD
BELFAIR, WA 98528

MICHAEL ROBERT WILSON, DBA WILSON
CONSTRUCTION
MICHAEL WILSON
14302 YORBA ST.
TUSTIN, CA 92780

SOUTHERN CALIFORNIA EDISON
OFFICER, DIRECTOR, MANAGER, AGENT
PO BOX 300
ROSEMEAD, CA 91771

FIRST INSURANCE FUNDING CORP
OFFICER, DIRECTOR, MANAGER, AGENT
PO BOX 7000
CAROL STREAM, IL 60197-7000

HARBOR DISTRIBUTING LLC
DBA GATE CITY BEVERAGE DISTRIBUTION
OFFICER, DIRECTOR, MANAGER, AGENT
PO BOX 842685
LOS ANGELES CA 90084

3 WIRE GROUP INC
OFFICER DIRECTOR MANAGER AGENT
NW 79PO BOX 1450
MINNEAPOLIS MN 55485-7964

REEF SYSTEMS INC
OFFICER DIRECTOR MANAGNER AGENT
2931 GRACE LANE, UNIT G
COSTA MESA CA 92626

CROUDACE & DIETRICH LLP
ATTN: VIRGINIA CROUDACE
2151 MICHAELSON DRIVE, SUITE 162
IRVINE, CA 92612

~~INTERIOR RESOURCES INC
OFFICER, DIRECTOR, MANAGER, AGENT
489-20 JOHNSON AVENUE
BOHEMIA, NY 11716~~
**REMOVED PER REQUEST 2/12/19**

ECOTECH REFRIGERATION & HVAC INC
OFFICER, DIRECTOR, MANAGER, AGENT
1630 SUNKIST STREETR, SUITE R
ANAHEIM, CA 92806

MINUTEMAN INDUSTRIES INC
LINDY OFFICER DIR MGR AGENT
PO BOX 4983
GARDEN GROVE CA 92842

~~MAINTENANCE BUILDING SVC
VICTOR SANTANAOFFICER DIR MGR AGENT
1665 E 4TH ST, STE 104B
SANTA ANA CA 92701~~
**Invalid address 1.10.19 no FWD Address**

UNION BANK NA
OFFICER DIRECTOR MANAGER AGENT
PO BOX 650349
DALLAS TX 75265

## 20 Largest Unsecured – Oceanside

US FOODS - LA MIRADA
BRIAN SONDHEIM
540 NORTHEAST LANDON ROAD
BELFAIR, WA 98528

FAMILY TREE PRODUCE
FIDEL GUZMAN
5510 E LA PALMA AVE.
ANAHEIM, CA 92807

ASAP DRAIN GUYS AND PLUMBING
OFFICER DIRECTOR MEMBER AGENT
999 RANCHEROS DR, STE B
SAN MARCOS CA 92069

FIRST INSURANCE FUNDING CORP
OFFICER, DIRECTOR, MANAGER, AGENT
PO BOX 7000
CAROL STREAM, IL 60197-7000

OPTIMAL BIOFUELS INC
DONOVAN SAFAEL OFFICER DIR MGR
AGENT
PO BOX 10986
NEWPORT BCH. CA 92658

JANI-KING OF CALIFORNIA INC
OFFICER DIRECTOR MANAGER AGENT
FILE 749318
LOS ANGELES CA 90074-9318
**FED EX RETURNED 01.10.19**

NUCO2 LLC
OFFICER DIRECTOR MANAGER AGENT
PO BOX 417902
BOSTON MA 02241-7902

SOUTH CITY MECHANICAL INC
OFFICER DIRECTOR MANAGER AGENT
8822 TROY ST
SPRING VALLEY CA 91977

RESCUE ROOTER
T NELSON OFFICER DIR MGR AGENT
9895 OLSON DR
STE A
SAN DIEGO CA 92121

CUSTOM BUSINESS SOLUTIONS INC
ANTHONY GARTUNG OFFICER DIR MGR
AGENT
12 MORGAN
IRVINE CA B 92618

AIRE RITE AIR CONDITIONING
DAVE LANGSTON OFFICER DIR MGR AGENT
15122 BOLSA CHICA ST
HUNTINGTON BCH. CA 92649

PRUDENTIAL OVERALL SUPPLY INC
OFFICER DIRECTOR MANAGER AGENT
1661 ALTON PKWY
IRVINE CA 92606

MIGUEL CANTU SOLANO (**Ntc of Move 1/31/19**)
DBA MCPAINTING HANDYMAN
2015 CATALINA AVE
VISTA CA 92084-4803

CITY OF OCEANSIDE
FINANCIAL SERVICES DEPARTMENT
300 N COAST HWY
OCEANSIDE, CA 92054

MICHAEL ROBERT WILSON, DBA WILSON
CONSTRUCTION
MICHAEL WILSON
14302 YORBA ST.
TUSTIN, CA 92780

PURITAN BAKERY
JIM STONE
1624 E CARSON ST
CARSON, CA 90745

CALIFORNIA RESTAURANT MUTUAL
DAVID JOHNSON/TRAVIS HARPER COO
PO BOX 45783
SAN FRANCISCO, CA 94145-0783

G & G BOOKKEEPING INC
GLYNIS RAMIREZ OFFICER DIR MGR AGENT
19602 COUNTRY LAKE DR
MAGNOLIA TX 77355

EDISON FIRE PROTECTION
OFFICER DIRECTOR MANAGER AGENT
3621 EAGLE ROCK BLVD
LOS ANGELES CA 90065

GARDA CL WEST INC
SUSAN LOETELL OFFICER DIR MGR AGENT
LOCKBOX 233209
3209 MOMENTUM PL
CHICAGO IL 60689

# 20 Largest Unsecured – Palm Springs

GRIT DEVELOPMENT
OFFICER DIRECTOR MANAGER AGENT
201 NORTH PALM CANYON DRIVE,
SUITE 200
PALM SPRINGS, CA  92262

FAMILY TREE PRODUCE
FIDEL GUZMAN
5510 E LA PALMA AVE.
ANAHEIM, CA 92807

PURITAN BAKERY
JIM STONE
1624 E CARSON ST
CARSON, CA 90745

CALIFORNIA RESTAURANT MUTUAL
DAVID JOHNSON/TRAVIS HARPER COO
PO BOX 45783
SAN FRANCISCO, CA 94145-0783

G & G BOOKKEEPING INC
GLYNIS RAMIREZ OFFICER DIR MGR AGENT
19602 COUNTRY LAKE DR
MAGNOLIA TX 77355

BERKELEY INSURANCE CO
OFFICER DIRECTOR MANAGER AGENT
475 STEAMBOAT RD
FL 1
GREENWICH CT 06830

CINTAS CORP
OFFICER DIRECTOR MANAGER AGENT
PO BOX 29059
PHOENIX AZ 85038-9059

US FOODS - LA MIRADA
BRIAN SONDHEIM
540 NORTHEAST LANDON ROAD
BELFAIR, WA 98528

STACEY'S REFRIGERATION AND AIR
CONDITIONING
OFFICER DIRECTOR MANAGER AGENT
PO BOX 232
DESERT HOT SPRINGS CA 92240

SOUTHERN CALIFORNIA EDISON
OFFICER, DIRECTOR, MANAGER, AGENT
PO BOX 300
ROSEMEAD, CA 91771

FIRST INSURANCE FUNDING CORP
OFFICER, DIRECTOR, MANAGER, AGENT
PO BOX 7000
CAROL STREAM, IL 60197-7000

SOUTHWEST PLUMBING
OFFICER DIRECTOR MANAGER AGENT
31410 RESERVE DR
THOUSAND PALMS CA 92276

MICROCOOL INC
OFFICER DIRECTOR MANAGER AGENT
72216 NORTHSORE ST, #103-104
THOUSAND PALMS CA 92276

SPECIALTY COOLING INC
OFFICER DIRECTOR MANAGER AGENT
1661 MARTENS RIVER CIR
UNIT M
FOUNTAIN VALLEY CA 92708

LAKE AIR
OFFICER DIRECTOR MANAGER AGENT
583 OLEANDER RD
PALM SPRINGS CA 92264

GENE PHELPS DBA US AIR CONDITIONING
OFFICER DIRECTOR MANAGER AGENT
4517 BIRCHWOOD AVE
SEAL BEACH CA 90740

CUSTOM BUSINESS SOLUTIONS INC
ANTHONY GARTUNG OFFICER DIR MGR
AGENT
12 MORGAN
IRVINE CA B 92618

DM DOBKIN INC DBA MR ROOTER
PLUMBER
OFFICER DIRECTOR MANAGER AGENT
PO BOX 338
PALM DESERT CA 92261

PRUDENTIAL OVERALL SUPPLY INC
OFFICER DIRECTOR MANAGER AGENT
1661 ALTON PKWY
IRVINE CA 92606

COOLAIRTEK AIR CONDITIONING AND REFRI
OFFICER DIRECTOR MANAGER AGENT
1540 LELAND ST
BEAUMONT CA 92223