1  | William N. Lobel (CA Bar No. 93202)
   | PACHULSKI STANG ZIEHL & JONES LLP
2  | 650 Town Center Drive, Suite 1500
   | Costa Mesa, CA 92626
3  | Telephone: (714) 384-4740
   | Facsimile: (714) 384-4741
4  | E-mail:   wlobel@pszjlaw.com

5  | Attorneys for Ruby's Diner, Inc., *et al.*,
   | Debtors and Debtors-in-Possession

6

7

8  | **UNITED STATES BANKRUPTCY COURT**

9  | **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

10 | In re:

11 | RUBY'S DINER, INC., a California corporation, *et al.*,

12

13 |      Debtors and Debtors-in-Possession.

   | Affects:

14

15 | ☐ All Debtors

16 | ☒ RUBY'S DINER, INC., ONLY

17 | ☒ RUBY'S SOCAL DINERS, LLC, ONLY

18 | ☒ RUBY'S QUALITY DINERS, LLC, ONLY

19 | ☒ RUBY'S HUNTINGTON BEACH, LTD., ONLY

20 | ☐ RUBY'S LAGUNA HILLS, LTD. ONLY

21 | ☒ RUBY'S OCEANSIDE, LTD., ONLY

22 | ☒ RUBY'S PALM SPRINGS, LTD., ONLY

23

24

25

26

27

28

Case No.: 8:18-bk-13311 CB

Chapter 11

(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)

**SUPPLEMENTAL DECLARATION OF DOUGLAS A. CAVANAUGH IN SUPPORT OF MOTION OF DEBTORS FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND TO PROVIDE ADEQUATE PROTECTION**

**Hearing Date and Time:**
DATE:     September 27, 2019
TIME:     10:00 a.m.
CRTM:    5D
ADDRESS:  411 West Fourth Street
            Santa Ana, CA 92701

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

I, Douglas S. Cavanaugh, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1.    I am a founder and the Chief Executive Officer of Ruby's Diner, Inc., a California corporation, the above-captioned (lead) debtor and debtor-in possession ("RDI"). I am also the authorized signatory for Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"); Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"); and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, SoCal Diners, Quality, Ruby's Huntington Beach, Ruby's Oceanside and Ruby's Palm Springs are referred to herein as the "SoCal Debtors" and, together with RDI, the "Debtors").

2.    I submit this supplemental declaration in support of the Debtors' *Motion for Order Authority to Enter Into Insurance Premium Finance Agreement and to Provide Adequate Protection* (the "Motion").[1]

3.    On or about September 25, 2019, the Debtors were contacted by RPA Insurance Services, a Gallagher Company ("RPA"), the Debtors' insurance broker, informing us that that an error was found in RPA's system which caused discrepancies on the premium breakdown previously sent to the Debtors and submitted in connection with the Motion. Attached hereto as **Exhibit A** is a copy of RPA's letter dated September 25, 2019 (the "RPA Letter"). Pursuant to the RPA Letter, the Premium Finance Agreement, allocation schedule and related insurance binders were revised. Attached hereto as **Exhibits B, C and D**, respectively, are the revised Premium Finance Agreement (the "Revised Premium Finance Agreement"), the revised allocation schedule (the "Revised Allocation Schedule") and the Certificates of Insurance for the Policies (unchanged from the Motion).

4.    As is explained in the RPA Letter, corrections were made which included correcting taxes and fees on the EPL and D&O policies as well as breaking out the premium for golf carts under the Property Premium. The total premium was calculated correctly, but the Revised

---

[1] Capitalized terms not otherwise defined have the same meaning ascribed to such terms in the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

Allocation Schedule includes a specified portion allocated to the golf carts.  Further, RPA determined that the General Liability column and premiums for Liquor Liability and Hired/Non Owned Auto had been left out.  The Directors & Officers column was also missing the Kidnap and Ransom and Crime premiums which are now all included and reflected in the Revised Premium Finance Agreement (see attached **Exhibit A**).

5.      Pursuant to the Revised Premium Finance Agreement, the total premium amount is $337,463.70, and the total amount to be financed is $241,705.28 (which amounts are less than what was set forth in the Motion).  Such amounts are allocated and paid by the Covered Entities on the basis of their respective coverage in accordance with **Exhibit C** attached hereto.  Under the Premium Finance Agreement, the Covered Entities will become obligated to pay FIRST the sum of $95,758.42, and the balance in nine (9) monthly installments of $27,673.94 each (which amounts are also less than what was set forth in the Motion).  These amounts will be paid by the Covered Entities in the ordinary course in accordance with their respective coverage amounts.

6.      The Debtors are not paying the insurance premium on behalf of the third-party non-debtors.  Each Covered Entity pays its own portion of the insurance premium directly to FIRST.

7.      The Debtors have been in communication with FIRST regarding paragraph 5 of the Motion wherein it states that the automatic stay shall automatically lift if any of the Covered Entities do not make any of the payments Premium Finance Agreement as they become due.  FIRST has agreed that upon any of the Covered Entities' failure to pay any of the insurance premiums, FIRST shall give the Debtors, with copy to Debtors' counsel, 10 days written notice to cure to the parties set forth below:

Notice to the Debtors
Ruby's Diner, Inc., a California corporation
Attn.: Douglas Cavanaugh
4100 MacArthur Blvd., Suite 310
Newport Beach, CA  92660

Notice to the Debtors' Counsel
Pachulski Stang Ziehl & Jones LLP
Attn. William N. Lobel
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

8.    In the event that such ten-day cure period expires without cure, the automatic stay shall be lifted to enable FIRST and or/third parties, including insurance companies providing the protection under the Policies, to take all steps necessary and appropriate to cancel the Policies, collect the collateral and apply such collateral to the Indebtedness owed to FIRST under the Premium Finance Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of September 2019, at Newport Beach, California.

Douglas S. Cavanaugh

SUPPLEMENTAL DECLARATION
DOCS_LA:324712.2 76135/003

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
COSTA MESA, CALIFORNIA

EXHIBIT "A"



September 25, 2019

Ruby's Diner, Inc
4100 MacArthur Blvd Suite 310
Newport Beach, CA 92660

Dear Tad,

Upon closer review of your file, we found an error in our system which caused discrepancies on the premium breakdown we had previously sent. We have made the corrections which included correcting taxes and fees on the EPL and D&O policies as well as breaking out the premium for golf carts under the Property Premium. The total was calculated correctly however we have now specified what portion is allocated to the golf carts. We also determined that under the General Liability column the premiums for Liquor Liability and Hired/Non Owned Auto had been left out. The Directors & Officers column was also missing the Kidnap and Ransom and Crime premiums which are now all included and reflected on the attached revised breakdown and finance agreement.

Any questions, please do not hesitate to contact our office.

Best Regards,

Jasmine Diaz
Blanca Orozco
RPA Insurance Services, A Gallagher Company

EXHIBIT "B"

LENDER:

# FIRST INSURANCE FUNDING
### A WINTRUST COMPANY

450 Skokie Blvd, Ste 1000

Northbrook, IL 60062-7917
P:(800) 837-2511 F:(800) 837-3709
www.firstinsurancefunding.com

**Quote #: 19299536**

## COMMERCIAL
## PREMIUM FINANCE AGREEMENT

| INSURED/BORROWER | Customer ID: N/A | AGENT or BROKER |
|---|---|---|
| (Name and Address as shown on Policy) Ruby's Diner Inc 4100 MacArthur Blvd/ Ste 310 Newport Beach, CA 92660 | | (Name and Business Address) RESTAURANT PROGRAMS OF AMERICA 8 WOOD HOLLOW ROAD PARSIPPANY, NJ 07054 |

## LOAN DISCLOSURE

| Total Premiums, Taxes and Fees | Cash Down Payment | Unpaid Premium Balance | Documentary Stamp Tax (only applicable in Florida) | Amount Financed (amount of credit provided on your behalf) | FINANCE CHARGE (dollar amount the credit will cost you) | Total of Payments (amount paid after making all scheduled payments) | ANNUAL PERCENTAGE RATE (cost of credit as a yearly rate) |
|---|---|---|---|---|---|---|---|
| 337,463.70 | 95,758.42 | 241,705.28 | 0.00 | 241,705.28 | 7,360.18 | 249,065.46 | 7.250 % |

### YOUR PAYMENT SCHEDULE WILL BE:
Mail Payments to: FIRST Insurance Funding, PO Box 7000, Carol Stream, IL 60197-7000

| Number of Payments | Amount of Each Payment | First Installment Due | 10/01/2019 |
|---|---|---|---|
| 9 | 27,673.94 | Installment Due Dates | 1st (Monthly) |

**SECURITY INTEREST.** INSURED/BORROWER ("Insured") grants and assigns FIRST Insurance Funding, A Division of Lake Forest Bank & Trust Company, N.A. ("LENDER") a security interest in the financed policies and any additional premiums required under the financed policies, including (but only to the extent permitted by applicable law) all return premiums, dividend payments, and loss payments which reduce unearned premium, subject to any mortgagee or loss payee interest. If any circumstances exist in which premiums related to any financed policy could become fully earned in the event of loss, LENDER shall be named a loss-payee with respect to such policy.

**FINANCE CHARGE.** The finance charge begins accruing on the earliest effective date of the policies listed in the Schedule of Policies. The finance charge may include a nonrefundable service charge equal to the maximum amount permitted by law. The finance charge is computed using a 365-day calendar year.

**LATE PAYMENT.** A late charge will be assessed on any installment at least 5 days in default (7 days in VA; 10 days in MA & TX; or later date as required by law). This late charge will equal 5% of the delinquent installment or the maximum late charge permitted by law, whichever is less (greater of $10 or 5% in FL; greater of $25 or 1.5% in NJ; $5 maximum in DE, MT and ND; $100 maximum in MD; 5% in VA).

**PREPAYMENT.** Insured is entitled to a refund of the unearned finance charge if the loan is prepaid in full. The refund shall be computed according to applicable law.

## SCHEDULE OF POLICIES

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| TB2-Z91-467842-029 | C00317-LIBERTY MUTUAL FIRE INS CO [CX:0]  [PR] | GL | 12 | 09/01/2019 ERN TXS/FEES FIN TXS/FEES | 78,568.00 0.00 0.00 |
| TOC-Z91-467842-039 | C03150-LIBERTY MUTUAL [CX:0]  [PR] | CGLIQ | 12 | 09/01/2019 ERN TXS/FEES FIN TXS/FEES | 788.00 0.00 0.00 |
| **(Policies continued on next page.)** | | | | TOTAL | 337,463.70 |

Q# 19299536, PRN: 092519, CFG: 20/9-15/9 BPF-STD, RT: A01602-IMM, DD: N/A, BM: Invoice, Qtd For: A01602 Original, Memo 4

**INSURED'S AGREEMENT:**

1. In consideration of the premium payment by LENDER to the insurance companies listed in the Schedule of Policies, their representative or the Agent or Broker listed above, Insured promises to pay, to the order of LENDER, the Total of Payments subject to all of the provisions of this Agreement.

2. **POWER OF ATTORNEY.** INSURED IRREVOCABLY APPOINTS LENDER AS ITS "ATTORNEY-IN-FACT" with full power of substitution and full authority, in the event of default under this Agreement, to (i) cancel the financed policies in accordance with the provisions contained herein, (ii) receive all sums assigned to LENDER, and (iii) execute and deliver on behalf of Insured all documents relating to the insurance policies listed on the Schedule of Policies ("Financed Policies") in furtherance of this Agreement (clauses (ii) and (iii) are not applicable in Florida). This right to cancel will terminate only after Insured's indebtedness under this Agreement is paid in full.

3. **SIGNATURE & ACKNOWLEDGEMENT.** Insured has signed and received a copy of this Agreement. If Insured is not an individual, the undersigned is authorized to sign this Agreement on behalf of Insured. All named Insured(s), jointly and severally if more than one, agree to all provisions set forth in this Agreement. **Insured acknowledges and understands that entry into this financing arrangement is not required as a condition for obtaining insurance coverage.**

**NOTICE TO INSURED:** (1) Do not sign this Agreement before you read both pages of it, or if it contains any blank space. (2) You are entitled to a completely filled-in copy of this Agreement. (3) Under the law, you have the right to pay off in advance the full amount due and under certain conditions to receive a partial refund of the finance charge. (4) Keep a copy of this Agreement to protect your legal rights. (5) See last page of Agreement for your consent to electronic statement and notice delivery.

4. **EFFECTIVE DATE.** This Agreement will not become effective until it is accepted in writing by LENDER.

Signature of Insured or Authorized Agent          Date 9-25-19          Signature of Agent          Date

The undersigned hereby warrants and agrees to the Agent or Broker Representations and Warranties set forth herein.

FIF0617P

Insured:  Ruby's Diner Inc

## ADDITIONAL PROVISIONS OF PREMIUM FINANCE AGREEMENT
Quote #: 19299536

**5. DEFAULT/CANCELLATION.** Insured is in default under this Agreement if (a) a payment is not received by LENDER when it is due, (b) a proceeding in bankruptcy, receivership, insolvency or similar proceeding is instituted by or against Insured, or (c) Insured fails to comply with any of the terms of this Agreement; provided, however, when required by law, Insured may be deemed in default only under clause (a) above. Clauses (b) and (c) are not applicable in FL, MD, NV, NC or VA. At any time after default, LENDER can demand and has the right to receive immediate payment of the total unpaid amount due under this Agreement even if LENDER has not received any refund of unearned premium. If Insured is in default, LENDER has no further obligation under this Agreement to pay premiums on Insured's behalf, and LENDER may pursue any of the remedies provided in this Agreement or by law. If a default by Insured results in cancellation of the Financed Policies, Insured agrees to pay a cancellation charge where allowed by law (not permitted in AK, FL, KS, KY, NV, NY, NC, PA, SC, TX or VA). If cancellation or default occurs, Insured agrees to pay LENDER interest on the balance due at the contract rate or at the maximum lawful rate, whichever is less, until the balance is paid in full or until such other date as provided by law.

**6. LIMITATION OF LIABILITY. Insured understands and agrees that LENDER or its assignee is not liable for any losses or damages to Insured or any person or entity upon the exercise of LENDER's right of cancellation, except in the event of willful or intentional misconduct by LENDER, except in KY.**

**7. RETURNED CHECK CHARGE.** If Insured's check is dishonored for any reason and if permitted by law, Insured will pay LENDER a returned check charge equal to the maximum fee permitted by law ($0 in KY; $15 in FL & NV; $20 in VA; maximum of $25 in MD).

**8. REINSTATEMENT.** Once a Notice of Cancellation has been sent to any insurance company, LENDER has no duty to ask that the Financed Policy be reinstated, even if LENDER later receives a payment from Insured. If LENDER requests reinstatement, such request does not guarantee coverage will be reinstated by the insurance company. Payments that LENDER receives after sending a Notice of Cancellation may be applied to Insured's account without changing any of LENDER's rights under this Agreement.

**9. LENDER'S RIGHTS AFTER THE POLICIES ARE CANCELLED.** After any Financed Policy is cancelled by any party or if a credit is otherwise generated, LENDER has the right to receive all unearned premiums and other funds assigned to LENDER as security herein and to apply them to Insured's unpaid balance under this Agreement or any other agreement between Insured and LENDER (in VA, only to this Agreement). Receipt of unearned premiums does not constitute payment of installments to LENDER, in full or in part. Any amounts received by LENDER after cancellation will be credited to the balance due with any excess paid to Insured; the minimum refund is the greater of $1.00 or the minimum amount allowed by law (no minimum in VA). Any deficiency shall be immediately paid by Insured to LENDER. Insured agrees that insurance companies may rely exclusively on LENDER's representations about how Financed policies.

**10. ASSIGNMENT.** Insured may not assign any Financed Policy or this Agreement without LENDER's prior written consent. LENDER may transfer its rights under this Agreement without the consent of Insured.

**11. AGENT OR BROKER.** Insured agrees that the Agent or Broker issuing the policies or through whom the policies were issued is not the agent of LENDER, except for any action taken on behalf of LENDER with the express authority of LENDER, and LENDER is not bound by anything the Agent or Broker represents to Insured, orally or in writing, that is not contained in this Agreement. The Agent or Broker will receive from LENDER 3,069.97 for aiding in the administration of this Agreement relating to the Financed Policies. In NY, the Agent or Broker may assess a fee to Insured for obtaining and servicing the Financed Policies pursuant to NY CLS Ins § 2119. Any questions regarding this payment should be directed to the Agent or Broker.

**12. COLLECTION COSTS.** Insured agrees to pay reasonable attorney fees, court costs, and other collection costs to LENDER to the extent permitted by law if this Agreement is referred to an attorney or collection agent who is not a salaried employee of LENDER to collect money that Insured owes.

**13. GOVERNING LAW.** This Agreement is governed by and interpreted under the laws of the state where Insured resides, except for conflict of laws principles thereof. If any court finds any part of this Agreement to be invalid, such finding shall not affect the remaining provisions of this Agreement.

**14. WARRANTY OF ACCURACY.** Insured represents and warrants that to the best of it's knowledge (i) the Financed Policies are in full force and effect and that Insured has not and will not assign any interest in the policies except for the interest of mortgagees and loss payees, (ii) that none of the Financed Policies are for personal, family or household purposes, (iii) the Cash Down Payment and any past due payments have been paid in full to the Agent or Broker in cash or other immediately available funds, (iv) all information provided herein or in connection with this Agreement is true, correct, complete and not misleading, (v) Insured is not insolvent nor presently involved in any insolvency proceeding, (vi) Insured has no indebtedness to the insurers issuing the Financed Policies, and (vii) there is no provision in the Financed Policies that would require LENDER to notify or obtain consent from any other party to effect cancellation of such policies.

**15. ADDITIONAL PREMIUMS.** Insured agrees to fully and timely comply with all audits and pay to the insurance company any additional amount due in connection with the Financed Policies. The Amount Financed shall be applied to the Financed Policies' premium amounts and Insured shall be responsible for any additional premiums or other sums. Insured, or Agent/Broker, may request that LENDER finance additional policies and/or additional premium during the term of this Agreement, and if LENDER agrees, this Agreement shall be deemed amended accordingly. Should LENDER assign an account number to further extensions of credit, then a) this Agreement and loan documents identified by the assigned account number(s) shall be deemed to comprise a single and indivisible loan transaction, b) Insured shall irrevocably appoint LENDER as its attorney in fact in connection with additional amount financed, c) default under any component of the transaction shall constitute a default under the entire transaction, and d) unearned premium relating to any component of the transaction may be collected and applied to the entire loan transaction balance.

**16. CORRECTIONS.** LENDER may insert the names of the insurance companies and policy numbers, if this information is not known at the time Insured signs this Agreement. LENDER is authorized to correct patent errors or omissions in this Agreement (not applicable in KY or VA).

**17. NON-WAIVER.** Not Applicable.

**18. THIRD PARTY FEE.** Not Applicable.

**19. ELECTRONIC STATEMENT AND NOTICE DELIVERY.** By executing this Agreement, Insured agrees to receive all billing statements, notices, and other communications via electronic delivery in PDF format as permitted by applicable law. It is Insured's responsibility to provide LENDER with true, accurate, and complete e-mail and contact information related to this Agreement and to maintain and update promptly any changes to this information. If Insured wishes to (i) opt out of electronic statement and notice delivery, or (ii) update contact information, Insured can log into Insured's account on www.firstinsurancefunding.com or call (800) 837-2511.

---

## AGENT OR BROKER REPRESENTATIONS AND WARRANTIES

Unless previously disclosed in writing to LENDER or specified in the Schedule of Policies, the Agent or Broker executing this Agreement expressly represents, warrants, and agrees as follows: (1) Insured has received a copy of this Agreement and has authorized this transaction, Insured's signature is genuine, and the cash down payment has been received from Insured, (2) the information contained in the Schedule of Policies including the premium amount is correct and accurately reflects the necessary coverage, (3) the policies listed in the Schedule of Policies (a) are in full force and effect, (b) are cancellable by Insured or LENDER (or its successors or assigns), (c) will generate unearned premiums which will be computed on the standard short rate or pro rata basis, and (d) do not contain any provisions which affect the standard short rate or pro rata premium computation, including but not limited to direct company bill, audit, reporting form, retrospective rating, or minimum or fully earned premium, (4) the Agent or Broker is either the insurer's authorized policy issuing agent or the broker placing the coverage directly with the insurer, except where the name of the Issuing Agent or General Agent is listed in the Schedule of Policies, (5) to the best of the Agent or Broker's knowledge, there are no bankruptcy, receivership, or insolvency proceedings affecting Insured, (6) Agent or Broker will hold harmless and indemnify LENDER and its successors and assigns against any loss or expense (including attorney's fees, court costs, and other costs) incurred by LENDER and resulting from Agent or Broker's violations of these Representations and Warranties or from Agent or Broker's errors, omissions, or inaccuracies in preparing this Agreement, (7) Agent or Broker will (a) hold in trust for LENDER any payments made or credited to Insured through or to Agent or Broker by the insurance companies or LENDER, and (b) pay these monies and the unearned commissions to LENDER upon demand to satisfy the outstanding indebtedness under this Agreement, and (8) to fully and timely assist with all payroll audits.

California Borrowers: **FOR INFORMATION CONTACT THE DEPARTMENT OF FINANCIAL INSTITUTIONS, STATE OF CALIFORNIA**

**FIF0617P**

### SCHEDULE OF POLICIES

Insured:  Ruby's Diner Inc
Quote #: 19299536

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| AS6-Z91-467842-019 | C00317-LIBERTY MUTUAL FIRE INS CO<br>    [CX:0]  [PR] | AUTO BCAU | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 2,115.00<br>0.00<br>0.00 |
| ESP7304682-01 | C00169-ARCH SPECIALTY INSURANCE CO<br>G00150-CRC INSURANCE SERVICES<br>    [ME:25.000 %, CX:0]        [PR] | PROP | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 74,514.00<br>5,700.00<br>2,384.45 |
| AUGA00797C | C00005-LLOYDS OF LONDON<br>G00150-CRC INSURANCE SERVICES<br>    [ME:25.000 %, CX:0]        [PR] | EPLI | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 89,944.00<br>5,450.00<br>2,881.41 |
| AUGBC 00186J | C00005-LLOYDS OF LONDON<br>G00150-CRC INSURANCE SERVICES<br>    [ME:25.000 %, CX:0]        [PR] | D&O | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 21,145.00<br>1,100.00<br>679.84 |
| UC22339874.19 | C00232-HISCOX INSURANCE COMPANY<br>G00150-CRC INSURANCE SERVICES<br>    [CX:0]  [PR] | CRME | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 6,867.00<br>250.00<br>0.00 |
| UKA3014218.19 | C00232-HISCOX INSURANCE COMPANY<br>G00150-CRC INSURANCE SERVICES<br>    [CX:0]  [PR] | K&R | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 987.00<br>250.00<br>0.00 |
| 1000061619-11 | C00325-FIRST LIBERTY INS CORP<br>    [ME:25.000 %, CX:0]        [PR] | UMB | 12 | 09/01/2019<br>ERN TXS/FEES<br>FIN TXS/FEES | 41,400.00<br>2,440.00<br>0.00 |

**FIF0214P-SCH**

EXHIBIT "C"

Ruby's Diner, Inc., ETAL    Beachcomber Management Crystal Cove, LLC. ETAL for D&O, Crime,Fiduciary & Excess Liab only
2019  TOTAL SUMMARY- PREMIUM BY LOCATION

| | | | | $ 95,758.42 Down Payment | | $ 241,705.28 Amount Financed | | 9 Monthly Payments | APR Finance | APR Finance |

| # | Locations | GENERAL LIABILITY | PROPERTY | EPLI | D&O Crime K&R (Includes Beachcomber) | EXCESS COMBINED Including Beachcomber | TOTAL PREMIUM PER LOCATION | Down Payment Per Location | TOTAL GL, PROP & EPLI PREMIUM PER LOCATION | Financed premium | Location Percentage of amount financed | $ 27,673.94 | 7.250% APR Finance | $ 7,360.18 APR Finance Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 201 Shipyard Way #E, NB, CA 92663 | NO SALES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.000% | $ - | | |
| 2 | 3333 Bear Street, #120 Costa Mesa, CA 92626 | $12,343.46 | $8,232.49 | $16,545.35 | $3,933.55 | $5,513.20 | $46,568.05 | $13,214.11 | $37,121.30 | $33,353.94 | 13.799% | $ 3,818.84 | | |
| 3 | 4602 Barranca Parkway Irvine, CA 92714 | $7,147.31 | $5,867.52 | $10,963.79 | $2,606.56 | $3,653.33 | $30,238.51 | $8,580.45 | $23,978.62 | $21,658.06 | 8.961% | $ 2,479.73 | | |
| 6 | Huntington Beach Pier Huntington Beach, CA | $18,090.07 | $19,653.29 | $19,136.71 | $4,549.64 | $6,376.72 | $67,806.43 | $19,240.70 | $56,880.07 | $48,565.73 | 20.093% | $ 5,560.51 | | |
| 7 | Oceanside Pier Oceanside, CA | $14,875.67 | $16,492.12 | $18,937.45 | $4,502.25 | $6,310.30 | $61,117.79 | $17,342.73 | $50,305.24 | $43,775.06 | 18.111% | $ 5,012.01 | | |
| 8 | 155 S. Palm Canyon Drive, Unit A6 Palm Springs, CA 92262 | $9,372.51 | $8,596.70 | $9,369.14 | $2,227.43 | $3,121.93 | $32,687.71 | $9,275.44 | $27,338.35 | $23,412.27 | 9.686% | $ 2,680.58 | | |
| 9 | 6405 E. Pacific Coast Highway Long Beach, CA 90803 | $9,229.75 | $13,127.08 | $11,362.47 | $2,701.35 | $3,786.18 | $40,206.83 | $11,409.06 | $33,719.30 | $28,797.77 | 11.914% | $ 3,297.19 | | |
| 10 | 49000 Seminole Dr. Cabazon, CA 92230 | $10,412.23 | $7,693.63 | $9,967.08 | $2,369.60 | $3,321.10 | $33,763.64 | $9,580.74 | $28,072.94 | $24,182.90 | 10.005% | $ 2,768.81 | | |
| 11 | Storage Unit - 10025 Muirlands Blvd. Irvine, CA 92618 | | $219.81 | Included in Corporate | | | | $0.00 | $219.81 | $0.00 | 0.000% | $ - | | |
| 11 | Golf Carts at Various Locations | | $221.34 | Included in Corporate | | | | $0.00 | $221.34 | $0.00 | 0.000% | $ - | | |
| 12 | 4100 MacArthur Blvd. #310, Newport Beach, CA 92660 | | $2,494.47 | $1,993.42 | $473.97 | $664.40 | $6,067.41 | $1,721.68 | $4,487.89 | $4,345.73 | 1.798% | $ 497.56 | | |
| 13 | Beachcomber 15 Crystal Cove  Newport Coast, CA 92657 | $0.00 | $0.00 | $0 | $7,914.49 | $11,092.84 | $19,007.33 | $5,393.50 | $0.00 | $13,613.83 | 5.632% | $ 1,558.71 | | |
| | | $81,471.00 | $82,598.45 | $98,275.41 | $31,278.84 | $43,840.00 | | | | | | | | |

| TOTAL ANNUAL PREMIUM: | $337,463.70 |
|---|---|

<u>EXHIBIT "D"</u>

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Pacific Gateway Insurance Agency | | |
|---|---|---|---|---|
| Arthur J Gallagher & Co Insurance Brokers of Calif 18201 Von Karman Avenue Ste 200 Irvine, CA 92612 | PHONE (A/C, No, Ext): | 6612575977 | FAX (A/C, No): | |
| | E-MAIL ADDRESS: | | | |
| | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| INSURED | INSURER A: NATIONAL LIABILITY & FIRE INSURANCE | | | 20052 |
| CRYSTAL COVE TRANSPORTATION, INC DBA: BEACHCOMBER AT CRYSTAL COVE, LLC 4100 MACARTHUR BLVD STE 310 NEWPORT BEACH, CA 92660 | INSURER B: COMPANY | | | |
| | INSURER C: | | | |
| | INSURER D: | | | |
| | INSURER E: | | | |
| | INSURER F: | | | |

CERTIFICATE NUMBER: 300,703   REVISION NUMBER:

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS – COMP/OP AGG | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | 73APS089088 | 09/01/2019 12:01 AM | 09/01/2020 12:01 AM | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ N/A |
| | ☐ ALL OWNED AUTOS ☒ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ N/A |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ N/A |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ Y/N (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | | | E. L. EACH ACCIDENT | $ |
| | | | | | | | E. L. DISEASE – EA EMPLOYEE | $ |
| | | | | | | | E. L. DISEASE – POLICY LIMIT | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| Year, Make, Model, VIN | Collision | Comp or Spec. Caus. | Stated Amount | Phys. Dam. Deductible | In-Tow Limit | Cargo Limit |
|---|---|---|---|---|---|---|
| 2016 FORD STARCRAFT 1FDGF5GY3GEA75144 | Covered | C | 98,925 | 1000/1000 | N/A | N/A |
| 2017 FORD TRANSIT CONNECT 1FBVU4XG3HKA23314 | Covered | Sp | 60,321 | 1000/1000 | N/A | N/A |

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *Tom y* |

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

M-5652 (11/2011)

09/04/2019 11:32 A592F3F9-DF0F-4E8E-9E48-35FC8E52A075

# CERTIFICATE OF LIABILITY INSURANCE

**ACORD**

| | DATE (MM/DD/YYYY) |
|---|---|
| | 09/01/2019 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Blanca Orozco | |
|---|---|---|
| RPA Insurance Services<br>888 South Figueroa Street<br>Los Angeles CA 90017<br><br>92626 | PHONE (A/C, No, Ext): (714) 619-4480 | FAX (A/C, No): (714) 619-4481 |
| | E-MAIL ADDRESS: blanca.orozco@rpamerica.com | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| | INSURER A : Liberty Mutual Fire Ins. Co. | |
| INSURED<br><br>Beachcomber Management Crystal Cove, LLC etal<br>4100 MacArthur Blvd., Ste. #310<br><br>Newport Beach                    CA 92660 | INSURER B : Liberty Mutual Insurance Company | 23043 |
| | INSURER C : Liberty International Underwriters | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES

**CERTIFICATE NUMBER:** 19.20 Liability          **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR<br>[X] Deductible: $25,000<br>[ ] Per Occurrence<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [ ] PRO-JECT [ ] LOC<br>OTHER: | | | TB2Z91467841029 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ Excluded |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | Employee Benefits | $ 1,000,000 |
| A | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS<br>[X] HIRED AUTOS ONLY [X] NON-OWNED AUTOS ONLY | | | AS6Z91467841019 | 09/01/2019 | 09/01/2020 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | [X] UMBRELLA LIAB [X] OCCUR<br>[ ] EXCESS LIAB [ ] CLAIMS-MADE<br>[ ] DED [X] RETENTION $ 10,000 | | | 100006161911 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [N/A]<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | [ ] PER STATUTE [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | LIQUOR LIABILITY | | | TOCZ91467841039 | 09/01/2019 | 09/01/2020 | Each Occurrence | $1,000,000 |
| | | | | | | | Aggregate | $2,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

State of California, its officers, employees, and servants are included as Additional Insured only insofar as operations under this contract or permit are concerned. The insurer will not cancel or reduce the insured's coverage during the period that this permit is in effect or without 30 days prior written notice TO THE STATE -whichever is shorter.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br><br>*Diane Armstrong* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

**ACORD 25 (2016/03)**          The ACORD name and logo are registered marks of ACORD

# CERTIFICATE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY)
09/01/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

| PRODUCER | | CONTACT NAME: | Blanca Orozco | |
|---|---|---|---|---|
| RPA Insurance Services | | PHONE (A/C, No, Ext): (714) 619-4480 | | FAX (A/C, No): (714) 619-4481 |
| 888 South Figueroa Street | | E-MAIL ADDRESS: blanca.orozco@rpamerica.com | | |
| Los Angeles CA 90017 | | PRODUCER CUSTOMER ID: 00005676 | | |
| | 92626 | | | |

| INSURED | | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|---|
| Beachcomber Management Crystal Cove, LLC etal | | INSURER A : Arch Specialty Ins. Co. | 21199 |
| | | INSURER B : | |
| 4100 MacArthur Blvd., Ste. 310 | | INSURER C : | |
| | | INSURER D : | |
| Newport Beach | CA  92660 | INSURER E : | |
| | | INSURER F : | |

## COVERAGES    CERTIFICATE NUMBER: 19.20 Property    REVISION NUMBER:

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | COVERED PROPERTY | | LIMITS |
|---|---|---|---|---|---|---|---|---|
| | [X] PROPERTY | | | | | [X] BUILDING | | $ 5,285,000 |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | [X] PERSONAL PROPERTY | | $ Included |
| | BASIC | BUILDING | | | | [X] BUSINESS INCOME | | $ Included |
| | BROAD | CONTENTS | | | | [X] EXTRA EXPENSE | | $ Included |
| | [X] SPECIAL | | | | | [X] RENTAL VALUE | | $ Included |
| A | [X] EARTHQUAKE | | ESP730403301 | 09/01/2018 | 09/01/2019 | BLANKET BUILDING | | |
| | WIND | | | | | BLANKET PERS PROP | | |
| | FLOOD | | | | | BLANKET BLDG & PP | | |
| | | | | | | [X] Demolition | | $ 1,000,000 |
| | | | | | | [X] Utility Service | | $ 500,000 |
| | INLAND MARINE | | TYPE OF POLICY | | | | | $ |
| | CAUSES OF LOSS | | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | | $ |
| | CRIME | | | | | | | $ |
| | TYPE OF POLICY | | | | | | | $ |
| | BOILER & MACHINERY / EQUIPMENT BREAKDOWN | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Deductibles: $10,000 Per Occurrence except:  5% Earthquake (incl. EQ Sprinkler Leakage) - Minimum $100,000

*Business Income (and extra expense) including Loss of Rents, 180 Days Extended Period of Indemnity, Contingent Business Income, Ordinance or Law; Increased Period of Restoration, Utility Services -Direct Damage and Time Element.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE  _Diane Armstrong_ |

© 1995-2015 ACORD CORPORATION.  All rights reserved.

ACORD 24 (2016/03)    The ACORD name and logo are registered marks of ACORD

EXHIBIT "D"
Page 12

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
09/01/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | CONTACT NAME: | Blanca Orozco | | |
|---|---|---|---|---|---|
| RPA Insurance Services | | PHONE (A/C, No, Ext): (714) 619-4480 | | FAX (A/C, No): | (714) 619-4481 |
| 888 South Figueroa Street | | E-MAIL ADDRESS: blanca.orozco@rpamerica.com | | | |
| Los Angeles  CA  90017 | | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | | INSURER A : | Liberty Mutual Fire Ins. Co. | | |
| INSURED | | INSURER B : | Liberty Insurance Underwriters | | 19917 |
| Ruby's Diner, Inc. etal | | INSURER C : | Allegiance Underwriting Group | | |
| Ruby's Laguna Hills, Ltd. | | INSURER D : | | | |
| 4100 MacArthur Blvd., Ste. 300 | | INSURER E : | | | |
| Newport Beach, CA 92660 | | INSURER F : | | | |

## COVERAGES          CERTIFICATE NUMBER: 19.20 Liability          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | ☒ COMMERCIAL GENERAL LIABILITY ☐ CLAIMS-MADE ☒ OCCUR ☒ Deductible $25,000 Per Occurrence GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PRO-JECT ☐ LOC OTHER: | | | TB2Z91467842029 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | Employee Benefits | |
| A | AUTOMOBILE LIABILITY ☐ ANY AUTO ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS ☒ HIRED AUTOS ONLY ☒ NON-OWNED AUTOS ONLY | | | AS6Z91467842019 | 09/01/2019 | 09/01/2020 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | ☒ UMBRELLA LIAB ☒ OCCUR ☒ EXCESS LIAB ☐ CLAIMS-MADE ☐ DED ☒ RETENTION $ 10,000 | | | 100006161911 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | | AGGREGATE | $ 10,000,000 |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY         Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE  ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| C | DIRECTORS & OFFICERS LIABILITY | | | AUGBC00186J | 09/01/2019 | 09/01/2020 | $15,000 Retention | $2,000,000 Per Claim |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

PLEASE REFER TO PAGE 2 FOR THE FOLLOWING COVERAGES:
Liquor Liability / Employment Practices Liability / Commercial Property Program / Crime / Kidnap & Ransom

LOCATION ADDRESS: 24155 Laguna Hills Mall, #1840-A, Laguna Hills, CA 92653.

CERTIFICATE HOLDER IS INCLUDED AS ADDITIONAL INTEREST

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of The United States Trustee 411 West Fourth Street, Suite 7160 Santa Ana          CA  92701 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

EXHIBIT "D"
Page 13

AGENCY CUSTOMER ID: _____

LOC #: _____

**ACORD**®

# ADDITIONAL REMARKS SCHEDULE

Page ____ of ____

| AGENCY | NAMED INSURED |
|---|---|
| Robert Harris Insurance Agency, Inc. | RUBY'S FRANCHISE SYSTEMS, INC. |
| **POLICY NUMBER** | |
| **CARRIER**               **NAIC CODE** | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** 25          **FORM TITLE:** Certificate of Liability Insurance: Notes

LIQUOR LIABILITY:
Insurance Carrier: Liberty Mutual Ins. Co.
POLICY #TOCZ91467842038
Effective Date: 9/1/18 - 9/1/19
Limit of Liability: $1,000,000 Each Common Cause / $1,000,000 Policy Aggregate
Deductible: $25,000 Per Occurrence

EMPLOYMENT PRACTICES LIABILITY:
Insurance Carrier: Beazley Syndicate 2623/623 at Lloyds
Policy #AUGA00797B
Effective Date: 9/1/18 - 9/1/19
Limit of Liability:
$2,000,000 Maximum Limit of Liab for each Claim
$2,000,000 Third-Party Discrimination Limit of Liability
$2,000,000 Punitive, exemplary, and multiple damages Limit of Liability
$1,000,000 Maximum Aggregate Limit of Liability for all Claims of Wrongful Employment Practices and Third-Party Discrimination
$150,000 Defense Cost only Wage & Hour Claims Coverage
$250,000 Defense Cost only Immigration Practices Enhancement
$10,000 Employment Event Endorsement
SELF-INSURED RETENTION:
$50,000 Each & Every Claim for Wrongful Employment Practices or Third Party Discrimination
$50,000 Each & Every Wage & Hour Claim

COMMERCIAL PROPERTY PROGRAM:
Insurance Carrier: ARCH Specialty Insurance Company
Policy #ESP7304682-00
Effective Date: 9/1/18 - 9/1/19
Policy Limit of Liability: $5,000,000 Per Occurrence Including:
Buildings, Business Personal Property, Newly Acquired Property, Fine Arts, EDP Equipment & Media, Business Income, Extra Expense incl. Loss of Rents,
180 Days Extended Period of Indemnity, Contingent Business Income, Ordinance or Law, Increased Period of Restoration, Utility Services - Direct Damage &
Time Element, Ingress & Egress - 30 days, Accounts Receivables, Valuable Papers and Equipment Breakdown.

DEDUCTIBLES: $10,000 Per Occurrence Except: 5% Earthquake - min. $100,000 (Incl. EQ sprinkler leakage; Flood - 5% per Unit of Insurance subject to
$250,000 min. per occurrence as respects Covered Property situated in Special Hazard Flood Zones designated by prefixes beginning with the letters A or V
as determined by FEMA.
$25,000 Per Occurrence as respects All Other Flood.
24 Hour Waiting Period for Utility Services - Time Element
Equipment Breakdown: $25,000 Direct Damage (Incl. Business Income & Extra Expense, Perishable Goods)

VALUATION: Replacement Cost as respects Real & Personal Property / Actual Loss Sustained as respects Business Income (Including Extra Expense)

CRIME / KIDNAP & RANSOM COVERAGE:
Insurance Carrier: Hiscox Ins. Co.
Policy #UC22339874
Effective Dates: 9/1/18 - 9/1/19
Coverage / Limit of Insurance / Deductible:
Fidelity /Employee Theft: $1,000,000 Limit / $25,000 Ded.
Forgery or Alteration: $1,000,000 / $25,000 Ded.
Inside & Outside the Premises: $50,000 / $25,000 Ded.
Computer Funds & Transfer Fraud: $1,000,000 / $25,000 Ded.
Money Orders & Counterfeit Money: $1,000,000 / $25,000 Ded.
Identity Fraud Expense: $25,000 / $1,0000 Ded
KIDNAP & RANSOM:
Insured Persons: All Directors, Officers and Employees
Coverage Extensions: Threat Response, Disappearance Investigation and Expense, Express Kidnap, Alternate Loss of Earnings, TRIA Risk
Ransom - $1,000,000 Per Insured Event
Transit - $1,000,000 Per Insured Event

# ACORD®  CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 09/01/2019 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | CONTACT NAME: | Blanca Orozco | | |
|---|---|---|---|---|
| RPA Insurance Services | PHONE (A/C, No, Ext): | (714) 619-4480 | FAX (A/C, No): | (714) 619-4481 |
| 888 South Figueroa Street | E-MAIL ADDRESS: | blanca.orozco@rpamerica.com | | |
| Los Angeles  CA  90017 | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : | Liberty Mutual Fire Ins. Co. | | |
| **INSURED** | INSURER B : | Liberty Insurance Underwriters | | 19917 |
| Ruby's Diner, Inc. etal | INSURER C : | Allegiance Underwriting Group | | |
| Ruby's Oceanside, Ltd. | INSURER D : | | | |
| 4100 MacArthur Blvd., Ste. 300 | INSURER E : | | | |
| Newport Beach, CA 92660 | INSURER F : | | | |

## COVERAGES    CERTIFICATE NUMBER: 19.20 Liability    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | ☒ COMMERCIAL GENERAL LIABILITY | | | TB2Z91467842029 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE ☒ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | ☒ Deductible $25,000 | | | | | | MED EXP (Any one person) | $ |
| | ☐ Per Occurrence | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | OTHER: | | | | | | Employee Benefits | |
| A | AUTOMOBILE LIABILITY | | | AS6Z91467842019 | 09/01/2019 | 09/01/2020 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☒ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | ☒ UMBRELLA LIAB ☒ OCCUR | | | 100006161911 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 10,000,000 |
| | ☒ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ 10,000,000 |
| | ☐ DED ☒ RETENTION $ 10,000 | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | | | | ☐ PER STATUTE ☐ OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| C | DIRECTORS & OFFICERS LIABILITY | | | AUGBC00186J | 09/01/2019 | 09/01/2020 | $15,000 Retention | $2,000,000 Per Claim |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

PLEASE REFER TO PAGE 2 FOR THE FOLLOWING COVERAGES:
Liquor Liability / Employment Practices Liability / Commercial Property Program / Crime / Kidnap & Ransom

LOCATION ADDRESS: 1 Oceanside Pier, Oceanside, CA 92054.

CERTIFICATE HOLDER IS INCLUDED AS ADDITIONAL INTEREST

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of The United States Trustee<br>411 West Fourth Street,<br>Suite 7160<br>Santa Ana    CA  92701 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br><br>*Nme Armstrong* |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD



**ADDITIONAL REMARKS SCHEDULE**

Page ____ of ____

AGENCY CUSTOMER ID: ____

LOC #: ____

| AGENCY | NAMED INSURED |
|---|---|
| Robert Harris Insurance Agency, Inc. | RUBY'S FRANCHISE SYSTEMS, INC. |

POLICY NUMBER

| CARRIER | NAIC CODE |
|---|---|

EFFECTIVE DATE:

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: 25    FORM TITLE: Certificate of Liability Insurance: Notes

LIQUOR LIABILITY:
Insurance Carrier: Liberty Mutual Ins. Co.
POLICY #TOCZ91467842038
Effective Date:  9/1/18 - 9/1/19
Limit of Liability: $1,000,000 Each Common Cause / $1,000,000 Policy Aggregate
Deductible: $25,000 Per Occurrence

EMPLOYMENT PRACTICES LIABILITY:
Insurance Carrier:  Beazley Syndicate 2623/623 at Lloyds
Policy #AUGA00797B
Effective Date:  9/1/18 - 9/1/19
Limit of Liability:
$2,000,000 Maximum Limit of Liab for each Claim
$2,000,000 Third-Party Discrimination Limit of Liability
$2,000,000 Punitive, exemplary, and multiple damages Limit of Liability
$1,000,000 Maximum Aggregate Limit of Liability for all Claims of Wrongful Employment Practices and Third-Party Discrimination
$150,000 Defense Cost only Wage & Hour Claims Coverage
$250,000 Defense Cost only Immigration Practices Enhancement
$10,000 Employment Event Endorsement
SELF-INSURED RETENTION:
$50,000 Each & Every Claim for Wrongful Employment Practices or Third Party Discrimination
$50,000 Each & Every Wage & Hour Claim

COMMERCIAL PROPERTY PROGRAM:
Insurance Carrier:  ARCH Specialty Insurance Company
Policy #ESP7304682-00
Effective Date:  9/1/18 - 9/1/19
Policy Limit of Liability:  $5,000,000 Per Occurrence Including:
Buildings, Business Personal Property, Newly Acquired Property, Fine Arts, EDP Equipment & Media, Business Income, Extra Expense incl. Loss of Rents,
180 Days Extended Period of Indemnity, Contingent Business Income, Ordinance or Law, Increased Period of Restoration, Utility Services - Direct Damage &
Time Element, Ingress & Egress - 30 days, Accounts Receivables, Valuable Papers and Equipment Breakdown.

DEDUCTIBLES:  $10,000 Per Occurrence Except: 5% Earthquake - min. $100,000 (Incl. EQ sprinkler leakage); Flood - 5% per Unit of Insurance subject to
$250,000 min. per occurrence as respects Covered Property situated in Special Hazard Flood Zones designated by prefixes beginning with the letters A or V
as determined by FEMA.
$25,000 Per Occurrence as respects All Other Flood.
24 Hour Waiting Period for Utility Services - Time Element
Equipment Breakdown:  $25,000 Direct Damage (Incl. Business Income & Extra Expense, Perishable Goods)

VALUATION: Replacement Cost as respects Real & Personal Property / Actual Loss Sustained as respects Business Income (Including Extra Expense)

CRIME / KIDNAP & RANSOM COVERAGE:
Insurance Carrier:  Hiscox Ins. Co.
Policy #UC22339874
Effective Dates:  9/1/18 - 9/1/19
Coverage / Limit of Insurance / Deductible:
Fidelity /Employee Theft:  $1,000,000 Limit / $25,000 Ded.
Forgery or Alteration: $1,000,000 / $25,000 Ded.
Inside & Outside the Premises:  $50,000 / $25,000 Ded.
Computer Funds & Transfer Fraud: $1,000,000 / $25,000 Ded.
Money Orders & Counterfeit Money: $1,000,000 / $25,000 Ded.
Identity Fraud Expense:  $25,000 / $1,0000 Ded
KIDNAP & RANSOM:
Insured Persons:  All Directors, Officers and Employees
Coverage Extensions: Threat Response, Disappearance Investigation and Expense, Express Kidnap, Alternate Loss of Earnings, TRIA Risk
Ransom - $1,000,000 Per Insured Event
Transit - $1,000,000 Per Insured Event

| ACORD® | CERTIFICATE OF LIABILITY INSURANCE | | DATE (MM/DD/YYYY) 09/01/2019 |
|---|---|---|---|

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | CONTACT NAME: | Blanca Orozco | |
|---|---|---|---|
| RPA Insurance Services | PHONE (A/C, No, Ext): (714) 619-4480 | | FAX (A/C, No): (714) 619-4481 |
| 888 South Figueroa Street | E-MAIL ADDRESS: blanca.orozco@rpamerica.com | | |
| Los Angeles  CA  90017 | | | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : Liberty Mutual Fire Ins. Co. | |
| Ruby's Diner, Inc. Etal | INSURER B : Liberty Insurance Underwriters | 19917 |
| Ruby's Huntington Beach, Ltd. | INSURER C : Allegiance Underwriting Group | |
| 4100 MacArthur Blvd., Ste. 300 | INSURER D : | |
| Newport Beach, CA 92660 | INSURER E : | |
| | INSURER F : | |

**COVERAGES**    CERTIFICATE NUMBER: 19.20 Liability    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** [X] <br> [ ] CLAIMS-MADE [X] OCCUR <br> [X] Deductible $25,000 <br> [ ] Per Occurrence <br> GEN'L AGGREGATE LIMIT APPLIES PER: <br> [ ] POLICY [ ] PRO-JECT [ ] LOC <br> OTHER: | | | TB2Z91467842029 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | Employee Benefits | |
| A | **AUTOMOBILE LIABILITY** <br> [ ] ANY AUTO <br> [ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS <br> [X] HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | AS6Z91467842019 | 09/01/2019 | 09/01/2020 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | [ ] UMBRELLA LIAB [X] OCCUR <br> [X] EXCESS LIAB [ ] CLAIMS-MADE <br> [ ] DED [X] RETENTION $ 10,000 | | | 100006161911 | 09/01/2019 | 09/01/2020 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | | AGGREGATE | $ 10,000,000 |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ] <br> (Mandatory in NH) <br> If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE / OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| C | DIRECTORS & OFFICERS LIABILITY | | | AUGBC00186J | 09/01/2019 | 09/01/2020 | $15,000 Retention | $2,000,000 <br> Per Claim |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

PLEASE REFER TO PAGE 2 FOR THE FOLLOWING COVERAGES:
Liquor Liability / Employment Practices Liability / Commercial Property Program /
Crime / Kidnap & Ransom

LOCATION ADDRESS: 1 MAIN STREET, HUNTINGTON BEACH, CA 92648

CERTIFICATE HOLDER IS INCLUDED AS ADDITIONAL INTEREST

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of The United States Trustee <br> 411 West Fourth Street, <br> Suite 7160 <br> Santa Ana                CA  92701 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. <br><br> AUTHORIZED REPRESENTATIVE <br> *Diane Armstrong* |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)    **The ACORD name and logo are registered marks of ACORD**

EXHIBIT "D"
Page 17



AGENCY CUSTOMER ID: _____

LOC #: _____

# ADDITIONAL REMARKS SCHEDULE

Page _____ of _____

| AGENCY | NAMED INSURED |
|---|---|
| Robert Harris Insurance Agency, Inc. | RUBY'S FRANCHISE SYSTEMS, INC. |

**POLICY NUMBER**

| CARRIER | NAIC CODE | |
|---|---|---|
| | | EFFECTIVE DATE: |

## ADDITIONAL REMARKS

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

FORM NUMBER: 25    FORM TITLE: Certificate of Liability Insurance: Notes

LIQUOR LIABILITY:
Insurance Carrier: Liberty Mutual Ins. Co.
POLICY #TOCZ91467842038
Effective Date:  9/1/18 - 9/1/19
Limit of Liability: $1,000,000 Each Common Cause / $1,000,000 Policy Aggregate
Deductible:  $25,000 Per Occurrence

EMPLOYMENT PRACTICES LIABILITY:
Insurance Carrier:  Beazley Syndicate 2623/623 at Lloyds
Policy #AUGA00797B
Effective Date:  9/1/18 - 9/1/19
Limit of Liability:
$2,000,000 Maximum Limit of Liab for each Claim
$2,000,000 Third-Party Discrimination Limit of Liability
$2,000,000 Punitive, exemplary, and multiple damages Limit of Liability
$1,000,000 Maximum Aggregate Limit of Liability for all Claims of Wrongful Employment Practices and Third-Party Discrimination
$150,000 Defense Cost only Wage & Hour Claims Coverage
$250,000 Defense Cost only Immigration Practices Enhancement
$10,000 Employment Event Endorsement
SELF-INSURED RETENTION:
$50,000 Each & Every Claim for Wrongful Employment Practices or Third Party Discrimination
$50,000 Each & Every Wage & Hour Claim

COMMERCIAL PROPERTY PROGRAM:
Insurance Carrier:  ARCH Specialty Insurance Company
Policy #ESP7304682-00
Effective Date:  9/1/18 - 9/1/19
Policy Limit of Liability:  $5,000,000 Per Occurrence Including:
Buildings, Business Personal Property, Newly Acquired Property, Fine Arts, EDP Equipment & Media, Business Income, Extra Expense incl. Loss of Rents,
180 Days Extended Period of Indemnity, Contingent Business Income, Ordinance or Law, Increased Period of Restoration, Utility Services - Direct Damage &
Time Element, Ingress & Egress - 30 days, Accounts Receivables, Valuable Papers and Equipment Breakdown.

DEDUCTIBLES:  $10,000 Per Occurrence Except: 5% Earthquake - min. $100,000 (Incl. EQ sprinkler leakage); Flood - 5% per Unit of Insurance subject to
$250,000 min. per occurrence as respects Covered Property situated in Special Hazard Flood Zones designated by prefixes beginning with the letters A or V
as determined by FEMA.
$25,000 Per Occurrence as respects All Other Flood.
24 Hour Waiting Period for Utility Services - Time Element
Equipment Breakdown:  $25,000 Direct Damage (Incl. Business Income & Extra Expense, Perishable Goods)

VALUATION: Replacement Cost as respects Real & Personal Property / Actual Loss Sustained as respects Business Income (Including Extra Expense)

CRIME / KIDNAP & RANSOM COVERAGE:
Insurance Carrier:  Hiscox Ins. Co.
Policy #UC22339874
Effective Dates:  9/1/18 - 9/1/19
Coverage / Limit of Insurance / Deductible:
Fidelity /Employee Theft:  $1,000,000 Limit / $25,000 Ded.
Forgery or Alteration: $1,000,000 / $25,000 Ded.
Inside & Outside the Premises:  $50,000 / $25,000 Ded.
Computer Funds & Transfer Fraud: $1,000,000 / $25,000 Ded.
Money Orders & Counterfeit Money: $1,000,000 / $25,000 Ded.
Identity Fraud Expense:  $25,000 / $1,0000 Ded
KIDNAP & RANSOM:
Insured Persons:  All Directors, Officers and Employees
Coverage Extensions: Threat Response, Disappearance Investigation and Expense, Express Kidnap, Alternate Loss of Earnings, TRIA Risk
Ransom - $1,000,000 Per Insured Event
Transit - $1,000,000 Per Insured Event

**ACORD 101 (2008/01)**    © **2008 ACORD CORPORATION.  All rights reserved.**
**The ACORD name and logo are registered marks of ACORD**