William N. Lobel, SBN 93202
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Tel: 714-384-4740
Fax: 714-384-4741
wlobel@pszjlaw.com

Attorneys for Ruby's Diners, Inc., *et al.,*
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.,*<br><br>      Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Chapter 11<br><br>Case No. 8:18-bk-13311-CB<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**STIPULATION BETWEEN DEBTORS AND US FOODS, INC. EXTENDING TIME TO RESPOND TO AMENDED JOINT DISCLOSURE STATEMENT**<br><br>**Hearing Date and Time:**<br><br>Date:      October 23, 2019<br>Time:      10:00 a.m.<br>Courtroom: 5D<br>Address:  411 West Fourth Street<br>                  Santa Ana, CA 92701 |

DOCS_LA:324980.2

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE:**

Ruby's Diner, Inc., a California corporation ("RDI"), Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"), Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"), Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"), Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"), and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, without RDI, the "SoCal Debtors" and, with RDI, the "RDI Debtors"), along with Ruby's Franchise Systems, Inc., a California corporation ("RFS"), an entity affiliated with the RDI Debtors through common ownership and control, are debtors and debtors in possession in chapter 11 proceedings pending in this Court (collectively, the RDI Debtors and RFS are referred to as the "Debtors") and US Foods, Inc. ("US Foods" and, together with the Debtors, the "Parties"), by and through their undersigned counsel, hereby enter into this Stipulation as follows:

## RECITALS

A.  On October 1, 2019, the Debtors filed their *First Amended Joint Chapter 11 Plan of Reorganization* (the "Plan") and their related *First Amended Disclosure Statement Describing First Amended Joint Chapter 11 Plan of Reorganization* (the "Disclosure Statement").

B.  Concurrently therewith, the Debtors filed their *Motion for an Order (I) Approving Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan; and (V) Establishing the Deadline and Procedures for Filing Objections to Confirmation of the Plan* (the "Motion").

C.  A hearing on approval of the Disclosure Statement and the Motion is scheduled for October 23, 2019 (the "Hearing").

D.  With the exception of Pillsbury Winthrop Shaw Pittman LLP (which requested and was granted no less than 14-days to file a response to the Disclosure Statement after the filing thereof), responses to the Disclosure Statement and Motion are due on October 9, 2019.

F.   The Parties are currently in the process of attempting to address US Foods' comments to the Disclosure Statement, and have agreed to extend the deadline for US Foods to respond to the Disclosure Statement and Motion until October 14, 2019.

### STIPULATION

**IT IS STIPULATED** by the undersigned Parties that the deadline for US Foods to file any response to the Disclosure Statement and Motion is extended to October 14, 2019.

Dated: October _9_, 2019          **PACHULSKI STANG ZIEHL & JONES LLP**

By:   */s/ William N. Lobel*
      William N. Lobel
      Attorneys for Ruby's Diner, Inc., *et al.,* Debtors
      and Debtors in Possession

Dated: October _8_, 2019          **THEODORA ORINGHER PC**

By:   *Eric J. Fromme*
      Eric J. Fromme
      Attorneys for Ruby's Franchising Systems,
      Inc., Debtor and Debtor in Possession

Dated:  October __, 2019          **BRYAN CAVE LEIGHTON PAISNER LLP**

By:   _____
      Aaron Davis
      Attorneys for US Foods, Inc.

F.   The Parties are currently in the process of attempting to address US Foods' comments to the Disclosure Statement, and have agreed to extend the deadline for US Foods to respond to the Disclosure Statement and Motion until October 14, 2019.

**STIPULATION**

**IT IS STIPULATED** by the undersigned Parties that the deadline for US Foods to file any response to the Disclosure Statement and Motion is extended to October 14, 2019.

Dated: October __, 2019               **PACHULSKI STANG ZIEHL & JONES LLP**

                                       By: _____
                                           William N. Lobel
                                           Attorneys for Ruby's Diner, Inc., *et al.*, Debtors
                                           and Debtors in Possession

Dated: October __, 2019               **THEODORA ORINGHER PC**

                                       By: _____
                                           Eric J. Fromme
                                           Attorneys for Ruby's Franchising Systems,
                                           Inc., Debtor and Debtor in Possession

Dated: October 9, 2019                **BRYAN CAVE LEIGHTON PAISNER LLP**

                                       By: _____
                                           Aaron Davis
                                           Attorneys for US Foods, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled:  **STIPULATION BETWEEN DEBTORS AND US FOODS., INC. EXTENDING TIME TO RESPOND TO AMENDED JOINT DISCLOSURE STATEMENT** thereof will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/9/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **10/9/2019** | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  
DOCS_LA:316841.1 76135/001

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**    gblackmar@bpslaw.net
- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Eric J Fromme**    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Alastair M Gesmundo**    agesmundo@wcghlaw.com, jmartinez@wcghlaw.com
- **Richard H Golubow**    rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Garrick A Hollander**    ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**    mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**    dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- **Corey R Weber**    ecf@bg.law, cweber@bg.law
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com

2. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

Via Overnight Mail
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316841.1 76135/001