1  William N. Lobel (State Bar No. 93202)
   **PACHULSKI STANG ZIEHL & JONES LLP**
2  650 Town Center Drive, Suite 1500
   Costa Mesa, California 92626
3  Telephone:  (714) 383-4740
   Facsimile:  (714) 383-4741
4  Email :    wlobel@pszjlaw.com

5

   Attorneys for Ruby's Diner, Inc., *et al.*
6  Debtors and Debtors-in-Possession

7

8             **UNITED STATES BANKRUPTCY COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

10

11  In re:                                    Case No.:  8:18-bk-13311 CB

12  RUBY'S DINER, INC., a California          Chapter 11
    corporation, *et al.*
13                                            (Jointly Administered With Case Nos.
               Debtors and Debtors-in-        8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-
14             Possession.                    bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-
    Affects:                                  13201-CB; 8:18-bk-13202-CB)
15
    ☒  All Debtors                            **NOTICE TO PROFESSIONALS
16                                            REGARDING SETTING OF HEARING
                                              ON FIRST INTERIM APPLICATIONS
17  ☐  RUBY'S DINER, INC., ONLY               FOR COMPENSATION AND
                                              REIMBURSEMENT OF EXPENSES**
18  ☐  RUBY'S SOCAL DINERS, LLC, ONLY
                                              **Hearing Date and Time:**
19  ☐  RUBY'S QUALITY DINERS, LLC,
                                              Date:       January 29, 2020
20  ONLY                                      Time:       10:00 a.m.
                                              Place:      Courtroom 5D
21  ☐  RUBY'S HUNTINGTON BEACH, LTD.,                     411 West Fourth Street
                                                          Santa Ana, CA  92701
22  ONLY

23  ☐  RUBY'S LAGUNA HILLS, LTD. ONLY

24
    ☐  RUBY'S OCEANSIDE, LTD., ONLY
25
    ☐  RUBY'S PALM SPRINGS, LTD., ONLY
26

27

28

**PLEASE TAKE NOTICE** that a hearing will be held on January 29, 2020, at 10:00 a.m., in Courtroom 5D, Ronald Reagan Federal Building and Courthouse, 411 West Fourth Street, Santa Ana, California for the Court to consider the interim applications (the "Applications") of professionals employed in the above-captioned case (the "Professionals") for interim approval of compensation and reimbursement of expenses.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2016-1(a), all Applications for the first interim period shall contain all information required of interim fee applications under Local Bankruptcy Rule 2016-1(a).

**PLEASE TAKE FURTHER NOTICE** that other professional persons retained pursuant to court approval may seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner.  Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for Ruby's Diner, Inc., *et al*., debtors and debtors-in-possession will be filing and serving a notice (the "Notice") of its interim application for approval of fees and expenses.  If any Professional wishes for PSZJ to include in the Notice the amount of interim fees and expenses that such Professional will be requesting, such party must furnish this information to Nancy Lockwood, Pachulski Stang Ziehl & Jones LLP, 650 Town Center Drive, Suite 1500, Costa Mesa, California 92626, Telephone:  (714) 384-4740; email:  nlockwood@pszjlaw.com, no later than January 7, 2020.  Otherwise, any Professional seeking approval of fees and expenses at the hearing will be required to file and serve its own notice.

Dated:  December 12, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ William N. Lobel*
William N. Lobel
Attorneys for Ruby's Diner, Inc., *et al.,*
Debtors and Debtors-in-Possession

DOCS_LA:326513.1 76135/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled:  **NOTICE TO PROFESSIONALS REGARDING SETTING OF HEARING ON FIRST INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** thereof will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/12/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **12/12/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/12/2019 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **George B Blackmar**    gblackmar@bpslaw.net
- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Carol Chow**    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Alan J Friedman**    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric J Fromme**    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Alastair M Gesmundo**    agesmundo@wcghlaw.com, jmartinez@wcghlaw.com
- **Richard H Golubow**    rgolubow@wcghlaw.com,
  pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Garrick A Hollander**    ghollander@wghlawyers.com,
  pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**    dkupetz@sulmeyerlaw.com,
  dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**    mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**    dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Lovee D Sarenas**    lovee.sarenas@lewisbrisbois.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com,
  renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- **Corey R Weber**    ecf@bg.law, cweber@bg.law
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com

2. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

Via Overnight Mail
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.