William N. Lobel, State Bar No. 93202
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, California 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail: wlobel@pszjlaw.com

Attorneys for Ruby's Diner, Inc., a California corporation,
*et al.,* Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| RUBY'S DINER, INC., a California corporation, *et al.,*[1]<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br><br>☒ All Debtors<br>☐ RUBY'S DINER, INC., ONLY<br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Chapter 11<br><br>Case No. 8:18-bk-13311-CB<br><br>Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB<br><br>**NOTICE OF (A) HEARING TO CONSIDER CONFIRMATION OF DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN, AS MODIFIED; (B) DEADLINE FOR CASTING VOTES TO ACCEPT OR REJECT PLAN; AND (C) RELATED MATTERS**<br><br>Date:     March 25, 2020<br>Time:     10:00 a.m.<br>Courtroom: 5D<br>Address:  411 West Fourth Street<br>          Santa Ana, CA  92701 |

---

[1] The chapter 11 cases of Ruby's Diner, Inc., Ruby's SoCal Diners, LLC, Ruby's Quality Diners, LLC, Ruby's Huntington Beach, Ltd., Ruby's Laguna Hills, Ltd., Ruby's Oceanside, Ltd. and Ruby Palm Springs, Ltd. (referred to herein as the "RDI Debtors") are jointly-administered.  The chapter 11 case of Ruby's Franchise Systems, Inc. ("RFS"), Case No. 8:18-bk-13324-CB, is not jointly-administered with the RDI Debtors' chapter 11 cases, but the Plan is jointly proposed by the RDI Debtors and RFS.

DOCS_LA:324170.5                                    1

**TO THE HOLDERS OF CLAIMS AND INTERESTS:**

**PLEASE TAKE NOTICE** that, on January 27, 2020, Ruby's Diner, Inc., a California corporation ("RDI"), Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"), Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"), Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"), Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"), Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") and Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills") (collectively, without RDI, the "SoCal Debtors" and, with RDI, the "RDI Debtors"), and Ruby's Franchise Systems, Inc., a California corporation ("RFS"), an entity affiliated with the RDI Debtors through common ownership and control, are debtors and debtors in possession in chapter 11 proceedings pending in front of this Court (collectively, the RDI Debtors and RFS are referred to as the "Debtors" or the "Plan Proponents"), filed their *Third Amended Joint Plan of Reorganization, as Modified* (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") and their related *Third Amended Disclosure Statement Describing Third Amended Joint Chapter 11 Plan, as Modified* (the "Disclosure Statement").[2]

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider Confirmation of the Plan will take place on **March 25, 2020**, at **10:00 a.m.**, before the Honorable Catherine E. Bauer, in Courtroom 5D of the United States Bankruptcy Court, located at 411 W. Fourth Street, Santa Ana, California 92701 (the "Confirmation Hearing").

If you have received with this Notice one or more ballot forms (each, a "Ballot"), you are eligible to vote to accept or reject the Plan in connection with each Class in which you have received a Ballot.

For your Ballot to be counted, you must complete all required information on the Ballot, execute the Ballot and **return the completed Ballot to the address indicated on the Ballot so that it is received by 4:00 p.m. (Prevailing Pacific Time) on February 26, 2020** (the "Balloting Deadline"). Any failure to follow the voting instructions included with the Ballot or to return a properly completed Ballot so that it is received by the Balloting Deadline may disqualify your Ballot and your vote.

If an objection is pending with respect to your Claim as of the Balloting Deadline, your vote will not be counted unless the Court temporarily allows your Claim for purposes of voting to accept or reject the Plan, and you are required to file a motion for such relief in accordance with the provisions of Rule 3018 of the Federal Rules of Bankruptcy Procedure (a "Rule 3018 Motion"), which Rule 3018 Motion may be heard on or prior to the Confirmation Hearing. Notwithstanding the foregoing, if the Debtors file an objection to a Claim and request that such Claim be allowed in a specific amount, your Ballot shall be counted in such specified amount.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has established **February 26, 2020, at 4:00 p.m. (Prevailing Pacific Time)** as the last date and time for filing and serving objections to the Confirmation of the Plan (the "Plan Objection Deadline"). All objections must state with particularity the legal and factual grounds for such objection; (i) be in writing; (ii) state the name and address of the objecting party and the nature of the Claim or Interest of such party; (iii) state with particularity the basis and nature of any objection and the evidence in support thereof; (iv) be filed with the Court and served so as to be received by the Plan Objection Deadline; and (v) served on the following parties: (1) Office of The United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, California 92701; (2) the Debtors and counsel for the Debtors at following addresses: (a) Douglas Cavanaugh and Ralph Kosmides, Ruby's Diner, Inc., *et al.* and

---

[2] Capitalized terms utilized in this Notice that are not otherwise defined shall have the meanings ascribed to such terms in the Plan.

Ruby's Franchising Systems, Inc., 4100 MacArthur Blvd., Suite 310, Newport Beach, California 92660, (b) William N. Lobel, Esq., Pachulski Stang Ziehl & Jones LLP, 650 Town Center Drive, 15th Floor, Costa Mesa, California 92626, and (c) Eric J. Fromme, Esq., Theodora Oringher PC, 535 Anton Blvd., 9th Floor, Costa Mesa, California 92626; (3) counsel for the Plan Sponsor, Alan J. Friedman, Esq., Shulman Bastian LLP, 100 Spectrum Center Drive, Suite 600, Irvine, California 92618; and (4) counsel to the Committee, Garrick Hollander, Esq., Winthrop Golubow Hollander, LLP, 1301 Dove Street, Suite 500, Newport Beach, California 92660.

**Objections not timely filed and served by the Plan Objection Deadline in accordance with the provisions of this Notice will not be heard and will be overruled.**

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain copies of the Disclosure Statement or the Plan may do so by (i) calling Donlin Recano & Company, the Notice and Claims Agent, at (800) 780-7386, or (ii) by accessing the documents on the Notice and Claims Agent's website established for these cases at https://www.donlinrecano.com/Clients/rh/Index.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing may be continued from time to time without further notice except for (i) an announcement made at the Confirmation Hearing or any adjourned Confirmation Hearing or (ii) a written notice filed with the Bankruptcy Court and served on all parties who have filed objections to Confirmation of the Plan, the United States Trustee, and all parties who have requested notice in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002.

Dated: January 27, 2020

PACHULSKI STANG ZIEHL & JONES LLP

By:     *William N. Lobel*
          William N. Lobel
          Attorneys for Ruby's Diner, Inc., *et al.,* Debtors and Debtors in Possession

DOCS_LA:324170.5

3