GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Counsel to the Official Committee of Creditors Holding Unsecured Claims for Ruby's Diner, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation,<br>    Debtors and<br>    Debtors in Possession<br><br>☐ Ruby's Diner, Inc.<br>☐ Ruby's SoCal Diners, LLC<br>☐ Ruby's Quality Diners, LLC<br>☐ Ruby's Huntington Beach, Ltd.<br>☐ Ruby's Laguna Hills, Ltd.<br>☐ Ruby's Oceanside, Ltd.<br>☐ Ruby's Palm Springs, Ltd.<br>☒ All Debtors<br><br>In re:<br><br>RUBY'S FRANCHISE SYSTEMS, INC., a California corporation,<br>    Debtor and<br>    Debtor in Possession | Case Nos. 8:18-bk-13311-CB; 8:18-bk-13324-CB<br><br>Chapter 11<br><br>(Jointly administered with Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; and 8:18-bk-13202-CB)<br><br>**CREDITOR COMMITTEE'S STATEMENT ON DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Date:  March 25, 2020<br>Time:  10:00 a.m.<br>Place:  Courtroom 5D |

The Official Committee of Creditors Holding Unsecured Claims in the Chapter 11 case of Debtor Ruby's Diner, Inc. (the "Committee") hereby submits this Statement on Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan") filed by the above-captioned debtors (collectively, the "Debtors").

## I.

## COMMITTEE'S SUPPORT OF PLAN CONIRMATION

The Committee supports the Court's confirmation of the Debtors' Plan, with the following qualification/clarification. In the Plan and the accompanying disclosure statement, the Debtors provide a reservation of rights for the Debtors' *insiders*, which the Committee thinks is inappropriate and irrelevant to a plan filed by the Debtor. For example, at footnotes 42 (p. 60) and 49 (p. 75) of the disclosure statement, and footnotes 15 (p. 23) and 22 (p. 36) of the Plan, it states[1]:

> Notwithstanding the foregoing Plan treatment, the D&Os, including the Founders, shall not be barred from seeking to object in the Bankruptcy Court to distributions to be made under the Plan to Unsecured Noteholders based on pre-petition releases of rights to recovery from certain claims that may be pursued by the Litigation Trust. Nothing contained in the Disclosure Statement or Plan is intended to alter the releases or the validity of any releases given to RDI, RDI affiliates or the D&Os in connection with the 2016 Restructuring Agreement or otherwise, and the Unsecured Noteholders reserve the right to contest the granting or enforceability of any such release.

The Committee takes issue with this provision for the following reasons: (i) the Committee believes that there is no standing nor legal basis for the D&Os (non-debtor parties) to object to distributions due under, and arising from, the Debtors' Plan as a result of a creditor's claim against the Debtors arising from a contractual relationship between the Debtors and such creditor, and should not be allowed to object to any such distribution; and (ii) the Committee believes that it is not necessary, beyond the scope of the Debtor's Plan, and thus inappropriate to provide a reservation of rights of a non-debtor party (particularly the Debtor's insiders) in the Debtors' Plan and disclosure statement. Notwithstanding the foregoing, should any party object to distributions due under the Plan to Unsecured Noteholders or any other general unsecured creditors, the

---

[1] The Disclosure Statement also references the risk of the insiders objecting to distributions to Unsecured Noteholders in the Risk section at pp. 87-88.

liquidating trustee should have the right and is expected to oppose any such party's objection to distributions.

## II

## **RELIEF REQUESTED**

The Committee respectfully requests that the Court confirm the Plan, conditioned upon a specific finding by the Court that all references to the D&Os' potential future objections to distributions merely constitute reservations of rights, are not necessary for plan confirmation, and that confirmation of the Plan does not grant or otherwise enhance the rights of any party, including the D&Os, to object to distributions due to the Unsecured Noteholders or any general unsecured creditor under the Plan.

DATED: February 26, 2020                **WINTHROP GOLUBOW HOLLANDER, LLP**


By: */s/ Garrick A. Hollander*
      Garrick A. Hollander
Counsel to the Committee of Creditors
Holding Unsecured Claims for Ruby's Diner, Inc.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **CREDITOR COMMITTEE'S STATEMENT ON DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 26, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **February 26, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December    , 2019**. I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2020 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**NEF SERVICE LIST**

- **George B Blackmar**    gblackmar@bpslaw.net
- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Carol Chow**    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Laura E Dolan**    LAURA.DOLAN@SDCOUNTY.CA.GOV, odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov
- **Alan J Friedman**    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric J Fromme**    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Alastair M Gesmundo**    agesmundo@wcghlaw.com, jmartinez@wcghlaw.com
- **Richard H Golubow**    rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Garrick A Hollander**    ghollander@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **David S Kupetz**    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jessica G McKinlay**    mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**    dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Matthew J Olson**    olson.matthew@dorsey.com, stell.laura@dorsey.com
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Lovee D Sarenas**    lovee.sarenas@lewisbrisbois.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- **Corey R Weber**    ecf@bg.law, cweber@bg.law
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com

243362