William N. Lobel (State Bar No. 93202)
**PACHULSKI STANG ZIEHL & JONES LLP**
650 Town Center Drive, Suite 1500
Costa Mesa, California 92626
Telephone:  (714) 383-4740
Facsimile:   (714) 383-4741
Email :       wlobel@pszjlaw.com

Chapter 11 Counsel for Ruby's Diner, Inc., *et al.*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.*<br><br>　　　　　Debtors.<br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No.:  8:18-bk-13311 SC<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-SC; 8:18-bk-13198- SC; 8:18-bk-13199- SC; 8:18-bk-13200- SC; 8:18-bk-13201- SC; 8:18-bk-13202- SC)<br><br>**OMNIBUS NOTICE OF HEARING ON FINAL APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ESTATE PROFESSIONALS**<br><br><br>**<u>Hearing Date and Time:</u>**<br><br>Date:     December 17, 2020<br>Time:    11:00 a.m.<br>Place:    ZoomGov |

DOCS_LA:334143.1 76135/002

**PLEASE TAKE NOTICE** that a hearing will be held on **December 17, 2020**, at **11:00 a.m.**, for the Court to consider and act upon the applications (the "Applications") of certain professionals employed in the above-captioned jointly-administered case (the "Estate Professionals") for approval of final compensation and reimbursement of expenses.

**PLEASE TAKE FURTHER NOTICE** that the compensation and reimbursement requested by the Estate Professionals in the Applications is as follows:

| Professional | Fees | Expenses | Total |
|---|---|---|---|
| DEBTORS' CHAPTER 11 COUNSEL<br>Pachulski Stang Ziehl & Jones LLP<br>650 Town Center Drive, Suite 1500<br>Costa Mesa, CA 92626<br>Telephone: (714) 384-4740<br>Attn: William N. Lobel, Esq.<br>Docket No. 935 | RDI:[1] $4,053,170.50<br>SoCal Debtors:[2]<br>$547,971.50 | RDI: $51,495.21<br>SoCal Debtors:<br>$11,330.87 | **RDI: $4,104,665.71**<br>**SoCal Debtors:**<br>**$559,355.22** |
| FINANCIAL ADVISOR TO RUBY'S DINER, INC.<br>GlassRatner Advisory & Capital Group, LLC<br>19800 MacArthur Blvd., Suite 820<br>Irvine, CA 92612<br>Telephone: (949) 407-6621<br>Attn: J. Michael Issa<br>Docket No. 936 | $864,308.50 | $1,379.01 | **$865,687.51** |
| COUNSEL TO RUBY'S DINERS INC.'S CHAPTER 11 COMMITEE<br>Winthrop Golubow Hollander<br>1301 Dove Street, Suite 500<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100<br>Attn.: Garrick Hollander<br>Docket No. 933 | $851,150.50 | $11,382.72 | **$862,533.22** |
| FINANCIAL ADVISOR TO RUBY'S DINERS INC.'S CHAPTER 11 COMMITTEE<br>Force 10 Partners<br>20341 SW Birch Street, Suite 220<br>Newport Beach, CA 92660<br>Telephone: (949) 357-2368<br>Attn.: Brian Weiss<br>Docket No. [pending] | $336,181.00 | $1,942.23 | **$338,123.23** |

---

[1] Ruby's Diner, Inc., a California corporation ("RDI").

[2] Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"), Ruby's Quality Diners, LLC, a Delaware limited liability company ("Quality"), Ruby's Huntington Beach, Ltd., a California limited partnership ("Ruby's Huntington Beach"), Ruby's Laguna Hills, Ltd., a California limited partnership ("Ruby's Laguna Hills"), Ruby's Oceanside, Ltd., a California limited partnership ("Ruby's Oceanside"), and Ruby's Palm Springs, Ltd., a California limited partnership ("Ruby's Palm Springs") (collectively, without RDI, the "SoCal Debtors.")

DOCS_LA:334143.1 76135/002

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 2016-1(a) and 9013-1(f), any response or opposition must be in writing and filed with the Court and served upon the appropriate Estate Professional and undersigned counsel no later than **December 3, 2020**.  Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file any response or opposition may be deemed by the Court to be consent to the approval of the Applications. Replies, if any, are due no later than **December 10, 2020**.

**PLEASE TAKE FURTHER NOTICE** the hearing will take place using Zoom for Government, a free service that provides audioconference and video conference capabilities. Video and audio connection information for the hearing will be provided on Judge Clarkson's 's publicly posted hearing calendar, which may be viewed online at:

https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

Dated:    November 25, 2020            PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ William N. Lobel*
William N. Lobel
Chapter 11 Counsel for Ruby's Diner, *et al.*

3

DOCS_LA:334143.1 76135/002