D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**DEC 16 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY murray    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE<br><br>RUBY'S DINER, INC., A CALIFORNIA CORPORATION, ET AL.,<br><br>DEBTOR.<br><br>AFFECTS:<br><br>☐ ALL DEBTORS<br>☒ RUBY'S DINER, INC., ONLY<br>☐ RUBY'S SOCAL, DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br>☐ RUBY'S HUNTINGTON BEACH, LTD. ONLY<br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐ RUBY'S OCEANSIDE, LTD, ONLY<br>☐ RUBY'S PALM SPRINGS, LTD. ONLY | Case No. 8:18-bk-13311-SC<br><br>Chapter 7<br><br>(Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC)<br><br>ORDER GRANTING MOTION FOR AUTHORITY TO SELL ASSETS OF RUBY'S DINER, INC. (50% INTEREST IN RUBY'S DINER SOUTH COAST PLAZA, LTD.)<br><br>[SALE MOTION DK. NO. 886]<br><br>Date: October 30, 2020<br>Time: 10:00 a.m.<br>Courtroom: 5C<br>Location: Zoom for Government[1] |

A hearing was held on October 30 2020, at 10:00 a.m., before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California, in Courtroom 5C

---

[1] Except as may be otherwise ordered by the Court, all hearings through the end of 2020 before Judge Clarkson will be conducted remotely using CourtCall or ZoomGov. The Court's default will be CourtCall, unless specifically noted otherwise in the Court's tentative.

5446-000\1557995.1                                1

located at 411 West Fourth St., Santa Ana, CA, on Trustee's Motion for Authority to Sell Substantially all Assets of all Estates and to Extend Use of Cash Collateral; filed October 9, 2020, as Docket #886 ("Motion").[2] To the extent the Motion also pertained to Ruby's Huntington Beach Ltd. and Ruby's Oceanside, Ltd., a separate order will be entered. The Trustee appeared as did his counsel of record, D. Edward Hays of Marshack Hays LLP. Other appearances were as noted on the record. The Court having read the Motion, the Notice and Amended Notice of Motion, and the Notice and Amended Notice of Sale of Estate Property, and all related documents and pleadings filed by Trustee, having considered all oppositions and responses to the Motion, having found notice to be proper, and having overseen the auction conducted by the Trustee on the record, the Court enters the following Order regarding the sale of assets of Ruby's Diner, Inc. ("Debtor"):

IT IS ORDERED:

1. <u>Asset Sold and Sale Terms</u>: The Motion is granted and the Trustee is authorized to sell outside the ordinary course of business the Debtor's 50% interest in Ruby's Diner South Coast Plaza, Ltd. ("SCP") to Steve Craig or his nominee ("Buyer") on the following terms and conditions:

    a.    The sales price is $350,000.

    b.    The $200,000 deposit is non-refundable;

    c.    The balance of the sales price is due prior to closing;

    d.    Unless otherwise agreed by the Trustee in writing, the sale shall close on the first business day that is 30 days after entry of this Order;

    e.    The sale is free and clear of all liens, claims, and interests pursuant to 11 U.S.C. § 363(f) with such liens, claims, and interests to attach to the proceeds of sale with the same validity, priority, and extent as they had been attached to the Debtor's interest in SCP. Any such liens, claims, or interests shall be paid by Trustee only upon receipt of a further Court Order;

---

[2] All terms herein not defined, shall be used as they are defined in the Motion.

      f.      The sale is as-is, where-is and without any representations or warranties including the ability of SCP to continue to operate as a Ruby's Diner without having to obtain the permission of or enter an agreement with Ruby's Franchise Systems, Inc.;

      g.      Buyer will be responsible for all costs associated with the transfer of the Debtor's interest in SCP;

      h.      Steve Craig or his nominee is a good faith purchaser entitled to the protections set forth in 11 U.S.C. § 363(m);

      i.      Pursuant to Rule 6004(f)(2), Trustee is authorized to execute any instrument necessary to effectuate the transfer of the Debtor's interest in SCP; and

      j.      The 14-day stay applicable to orders approving sales of assets under Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived.

2. <u>Excluded Assets</u>. The sale does not include any property of the Debtor's estate not specifically identified above including profits, management fees, or other payments due the Debtor from SCP, intellectual property, trademarks, licenses, rights under the license agreement with Ruby's Franchise Systems, Inc., litigation claims, and avoidance actions.

3. <u>Return of Deposits to Unsuccessful Bidders</u>. The Trustee is authorized to return all deposits received from unsuccessful bidders.

###

SIGNATURE PAGE RE: ORDER GRANTING MOTION FOR AUTHORITY
TO SELL ASSETS OF RUBY'S DINER, INC.
(50% INTEREST IN RUBY'S DINER SOUTH COAST PLAZA, LTD.)

APPROVED AS TO FORM:

SHULMAN BASTIAN FRIEDMAN & BUI LLP

_____
ALAN FRIEDMAN, Esq.
Attorneys for SECURED CREDITOR
AND SUPERPRIORITY ADMINISTRATIVE
EXPENSE CLAIMANT, STEVEN L. CRAIG,

BEST BEST & KRIEGER LLP

_____
CAROLINE DJANG, Esq.
Attorneys for SOUTH COAST PLAZA,
A CALIFORNIA GENERAL PARTNERSHIP

Date: December 16, 2020

_____
Scott C. Clarkson
United States Bankruptcy Judge

4829-0751-2233 v. 1/1601-012