1  GARRICK A. HOLLANDER – State Bar No. 166316
   ghollander@wghlawyers.com
2  RYAN A. BAGGS – State Bar No. 301240
   rbaggs@wghlawyers.com
3  **WINTHROP GOLUBOW HOLLANDER, LLP**
   1301 Dove Street, Suite 500
4  Newport Beach, CA 92660
   Telephone: (949) 720-4100
5  Facsimile:  (949) 720-4111
6
7  Former Counsel for Official Committee of Creditors
   Holding General Unsecured Claims for Ruby's Diner, Inc.
8

FILED & ENTERED

DEC 17 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

9                **UNITED STATES BANKRUPTCY COURT**
10        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**
11

12  In re:

13  RUBY'S DINER, INC., a California
    corporation, et al.,
14        Debtors and
15        Debtors-in-Possession
16
17  ☒  Ruby's Diner, Inc.
    ☐  Ruby's SoCal Diners, LLC
18  ☐  Ruby's Quality Diners, LLC
19  ☐  Ruby's Huntington Beach, Ltd.
20  ☐  Ruby's Laguna Hills, Ltd.
    ☐  Ruby's Oceanside, Ltd.
21  ☐  Ruby's Palm Springs, Ltd.
22  ☐  All Debtors
23
24
25
26
27
28

Case No. 8:18-bk-13311-CB

Chapter 11 Proceeding

(Jointly administered with Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; and 8:18-bk-13202-CB)

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES OF WINTHROP GOLUBOW HOLLANDER, LLP, FORMER GENERAL INSOLVENCY COUNSEL FOR OFFICIAL COMMITTEE OF GENERAL UNSECURED CREDITORS, AND FORCE 10 PARTNERS, LLP, FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF GENERAL UNSECURED CREDITORS**

DATE:  December 17, 2020
TIME:  11:00 a.m.
PLACE: Courtroom 5C
       411 West Fourth Street
       Santa Ana, CA 92701

248769

1    On December 17, 2020, a hearing was scheduled to be heard on the *First and Final*

2   *Application for Professional Fees and Reimbursement of Expenses of Winthrop Golubow*

3   *Hollander, LLP, Former General Insolvency Counsel for Official Committee of General*

4   *Unsecured Creditors* [Docket No. 934], and the *First and Final Fee Application of Force Ten*

5   *Partners, LLC for Allowance and Payment of Fees and Reimbursement of Expenses Incurred as*

6   *Former Financial Advisor to the Committee of Unsecured Creditors of Ruby's Diner, Inc.* [Dk.

7   941], (collectively, the "Applications") filed by Winthrop Golubow Hollander, LLP ("WGH") and

8   Force 10 Partners, LLP ("Force 10"), respectively. The Court, having read and considered the

9   Applications, the Memoranda of Points and Authorities, the Declarations of Garrick A. Hollander,

10   Brian Weiss, and William Pope, noting no opposition having been filed to the Applications,

11   finding that notice of the hearing on the Applications was proper, waived appearances, and for

12   good and sufficient cause, hereby:

13      **ORDERS** that:

14      1.    The Applications are approved;

15      2.    WGH is hereby awarded final compensation for professional services rendered to

16   the Debtor during the Application Period[1] in the amount of $851,150.50 and reimbursement of

17   expenses incurred by the Firm during the Application Period in the amount of $11,382.72, for a

18   total award of $862,533.22;

19      3.    Force 10 is hereby awarded final compensation for professional services rendered to

20   the Debtor during the Application Period in the amount of $336,181.00 and reimbursement of

21   expenses incurred by the Firm during the Application Period in the amount of $1,942.23, for a total

22   award of $338,123.33.

23      4.    The chapter 7 trustee appointed in the Ruby's Diner, Inc. bankruptcy case is hereby

24   authorized to pay the fees and expenses approved herein; and

25   //

26   //

27

28

---

[1] Unless otherwise defined herein, the definitions of the capitalized terms contained herein are as set forth in the
Applications.

248769

1      5.     No further notice or hearing is necessary to effectuate the foregoing.

2                          # # #

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: December 17, 2020                    Scott C. Clarkson
                                       United States Bankruptcy Judge

25

26

27

28

241206