GLASSRATNER
ADVISORY & CAPITAL GROUP, LLC
19800 MacArthur Blvd. Ste 820
Irvine, CA 92612
Telephone: (949) 407-6621

Financial Advisor to the Trustee
Ruby's Diner, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| RUBY'S DINER, INC., a California corporation, *et al.*,<br><br>    Debtors and Debtors in Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Chapter 7<br><br>Case No. 8:18-bk-13311-SC (RDI)<br><br>Jointly Administered With Case Nos. 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC<br><br>**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD APRIL 15, 2020 THROUGH DECEMBER 31, 2020**<br><br><u>Disclosure Statement Hearing:</u><br><br>DATE:    February 17, 2021<br>TIME:    11:00 a.m.<br>CTRM:    Courtroom 5C<br>Location:   Court Call or Zoom.Gov |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANRKUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE CHAPTER 7 TRUSTEE AND HIS COUNSEL OF RECORD, AND OTHER PARTIES IN INTEREST:**

GlassRatner Advisory & Capital Group LLC ("GlassRatner"), financial advisor to Ruby's Diner, Inc. (the "Debtor"), hereby submits its *FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD APRIL 15, 2020 THROUGH DECEMBER 31, 2020* (the "Application") for services rendered to the Debtor during the period of April 15, 2020 through and including December 31, 2020 (the "Application Period"). GlassRatner seeks approval in the total amount of **$469,040.20**, which represents **$143,507.50** in professionals' hourly fees, **$325,500.00** in the commission for the sale of Huntington Beach and Oceanside restaurants, as well as the sale of the 50% interest in the South Coast Plaza restaurant, and **$32.70** in expenses incurred during the Application Period.

GlassRatner submits this Application pursuant to sections 330 and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule 2016-1, and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (with any amendments, the "UST Guidelines").

## I.

## INTRODUCTORY STATEMENT

Local Bankruptcy Rule 2016-1(1)(a) sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs. Additional standards to be employed in the review of fee applications are set forth in the UST Guidelines. Finally, cases interpreting sections 330 and 331 of the Bankruptcy Code have required that courts consider the twelve (12)

1 | factors that the Ninth Circuit Court of Appeals articulated in *Kerr v. Screen Extras Guild*, 526

2 | F.2d 67, 70 (9th Cir. 1975), cert. denied, 425 U.S. 951, 96 S.Ct. 726 (1976).  The Ninth Circuit's

3 | primary method used to determine the reasonableness of fees is to calculate the "lodestar."  *In re*

4 | *Charles Russell Buckridge, Jr.*, 367 B.R. 191, 201 (C.D. Cal. 2007).  The lodestar is ascertained

5 | by multiplying the number of hours reasonably expended by a reasonable hourly rate.  *Law Offices*

6 | *of David A. Boone v. Derham-Burk* (In re Eliapo), 468 F.3d 592, 598 (9th Cir. 2006).  As set forth

7 | more fully herein, this Application complies with all statutory guidelines and Court-imposed

8 | requirements.

## II.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

The Firm provides the following summary information in accordance with Local

Bankruptcy Rule 2016-1 and the UST Guidelines:

1. **Order Approving GlassRatner Employment**:  On July 7, 2020, the Court entered its order authorizing GlassRatner's employment [Docket No. 739].

2. **Period Covered by this Application:**  April 15, 2020 through December 31, 2020.

3. **Hours of Professional Time Subject to the Application:**  409.1

4. **Fee Requested by this Application:**  $469,007.50**,** representing all of the fees billed during the Application Period.

5. **Expenses Requested by this Application:** $32.70

6. **Total Fees and Expenses Requested to be Allowed on an Interim Basis by this Application:**  $469,040.20

7. **Amount of Prepetition Retainer Balance:**  $0.00

8. **Current Retainer Balance:** $0.00

9. **Amount of Fees and Expenses Paid Post-petition:** $0.00

**Summary of monthly fee notices**

| Time Period | Hours | Fees and Expenses |
|---|---|---|
| Apr | 9.6 | $ 3,989.00 |
| May | 56.3 | $ 22,324.30 |
| Jun | 83.0 | $ 29,308.00 |
| Jul | 28.2 | $ 8,422.00 |
| Aug | 26.7 | $ 7,185.50 |
| Sep | 26.5 | $ 9,372.50 |
| Oct | 32.1 | $ 12,895.50 |
| Nov | 69.9 | $ 26,253.40 |
| Dec | 76.8 | $ 23,790.00 |
| Commission on Sale of Restaurants | - | $ 325,500.00 |
| **Grand Total** | **409.1** | **$ 469,040.20** |

10.    **Unpaid balance of fees and expenses requested:** $469,040.20

11.    **Blended Rate:**        $350.79/Hour (excluding expenses and commission)

## III.

## NARRATIVE OF SERVICES RENDERED

Pursuant to the UST Guidelines and Local Bankruptcy Rule 2016-1(a)(1)(D), the Applicant has classified all services performed for which compensation is sought for the Application Period into one of several major categories.  The Applicant attempted to place the services performed in the category that best relates to the service provided.  However, because certain services may relate to more than one category, services pertaining to one category may in fact be included in another category.  As a firm, GlassRatner has established the following billing categories, addressed in greater detail below:

1.  **Category 010: "Asset Analysis"**

(Fees: $7,864.50; Hours: 14.7)

This Category includes assistance related to the valuation of the estate's assets.  During the Application Period, GlassRatner provided ongoing valuation analysis of the assets of Ruby's Diners Inc. for the Trustee. This includes analysis of the restaurants' past performance and current restaurant performance during the COVID pandemic. Also included in this category are communications and case strategy assistance with the Trustee. GlassRatner also provided lease analysis particularly with respect to the Palm Springs property.

### 2.  Category 020: "Business Operations"

(Fees: $27,066.40; Hours: 85.5)

This Category includes assistance related to the continuation of the operations of the Debtor's business on a day-to-day basis. During the Application Period, GlassRatner performed services regarding the weekly cash management reviews of the restaurants. This has been vital since the COVID pandemic has negatively impacted restaurant sales by approximately 50% compared to 2019 sales. This has required careful monitoring and planning regarding labor and operating expenses to ensure that the restaurants have adequate cash during the Application Period. Additionally, GlassRatner prepared multiple cash collateral budgets for the secured creditors and the court. Also included in this category is lease analysis and rent negotiation with landlords regarding rent abatement and lease transfers.

### 3.  Category 030: "Business Analysis"

(Fees: $37,854.50; Hours: 134.9)

This Category includes assistance related to analyzing the Debtor's business viability. During the Application Period, GlassRatner prepared the initial hibernation models when the pier was closed based on California requirements for the COVID "stay at home" order. These hibernation models included only the necessary payments to preserve cash. GlassRatner also prepared the reopening budgets after the piers gave permission to reopen restaurants in Huntington Beach and Oceanside. These budgets provided initial forecasts of sales and operating expenses. To prepare these budgets, GlassRatner assisted with analysis and negotiation of food costs, rent

1   abatements, and other account payables accrued during the COVID shut down period. These

2   efforts have successfully helped the restaurants weather the first phase of the COVID pandemic

3   and preserved the value for the restaurants which resulted in a successful 363 sale. GlassRatner

4   has continue to update and prepare new budgets during the Application Period for the trustee and

5   bank creditor.

6

7       Additionally, GlassRatner has been assisting the Trustee in various negotiations and

8   analysis regarding RFS issues, as well as other creditors.

9

10      **4.  Category 040: "Case Administration"**

11          (Fees: $8,786.30; Hours: 17.9)

12      This Category includes assistance related to administrative matters in the Debtor's Chapter

13  7 case. These activities include court hearings, billing analysis, filing of abandonment motion for

14  Palm Springs restaurant, and drafting of engagement letters.

15

16      **5.  Category 050: "Claims Administration"**

17          (Fees: $2,961.50; Hours: 7.1)

18      This Category included assistance related to Claims of the Debtor. During the Application

19  Period, GlassRatner assisted the Trustee in preparing the list of creditors' outstanding amounts,

20  and the allocation of sales proceeds of the restaurants.

21

22      **6.  Category 060: "Employment/Fee Apps"**

23          (Fees: $3,651.50; Hours: 14.3)

24      This Category included work related to our employment and fee application. During the

25  Application Period, GlassRatner has prepared the initial engagement letter, and prepared the filing

26  of the final fee application for the CH 11 case.

27

28

7.  **Category 080: "Financing"**

(Fees: $6,367.50; Hours: 28.3)

This Subject includes work related to the financing of the Debtors in the Chapter 7 case. This category includes communications and negotiation with the OPUS bank financial advisor regarding the allocation of sales proceeds to the OPUS bank loan.

Also included in this category is the allocation of sales proceeds analysis that are presented to the Trustee to assist in his negotiation with other RDI creditors.

8.  **Category 090: "Creditor Meetings/Communications"**

(Fees: $18,105.00; Hours: 35.0)

This category involves activities that are related to communications with creditors in the RDI CH 7 case. During the Application Period, GlassRatner attended 341 hearings during the initial phase of the CH 7 case. Also included in this category are the communications between GlassRatner staff and OPUS Bank, the main secured creditor for the restaurants of Huntington Beach and Oceanside. These communications included ongoing updates on cash flows, the estimated timeline for the case, abnormal payments for operations, allocation of sales proceeds, and closure of the Palm Springs and Woodbridge restaurants.

9.  **Category 099: "General Consulting"**

(Fees: $7,315.00; Hours: 14.6)

This Category includes assistance related to the general consulting support provided to the Trustee. During the Application Period, GlassRatner assisted the Trustee with general support regarding financial information, financing, and other information requests. Also included in this category are supports for WARN Act issues and preserving intellectual properties of the Debtor.

10. **Category 100: "Plan & Disclosure"**

(Fees: $450.00; Hours: 2.0)

This category includes court hearing for the 363 sale.

**11. Category 120 "Data Analysis"**

(Fees: $4,173.00; Hours: 7.8)

This category is data analysis for the CH 7 case. GlassRatner has performed support in reviewing preference payments during the CH 11 case. This category also includes reviewing of Post-Petition accounts payable amount at the restaurants and waterfall matrix of sales proceeds for different creditors.

**12. Category 130 "Litigation"**

(Fees: $18,945.00; Hours: 47.0)

This Category is for litigation support for the Trustee and D&O special counsel. This category includes time for GlassRatner staff to support the Trustee and the D&O litigation counsel in the litigation claim against the D&O carrier. These includes providing financial documents, outline review of the CH 11 case, and researching pre-bankruptcy activities of the Debtor. These ongoing activities are essential for the D&O case.

**13. Category "Sales Commission"**

(Fees: $325,500.00)

This Category is the commission for the sale of the restaurants based on our original employment agreement, and the consent of the Trustee. The calculation is 7% of the total proceeds of sales of Huntington Beach, Oceanside, and the South Coast Plaza 50% partnership interest. These sales proceeds totaled $4,650,000.  Note that the staff hours spent on sale activities were not included in our hourly billing.

## Summary

| Categories | Total Hours | Total Billable |
|---|---|---|
| 010 Asset Analysis | 14.7 | $ 7,864.50 |
| 020 Business Operations | 85.5 | $ 27,066.40 |
| 030 Business Analysis | 134.9 | $ 37,854.50 |
| 040 Case Administration | 17.9 | $ 8,786.30 |
| 050 Claims Administration | 7.1 | $ 2,961.50 |
| 060 Employment/Fee Apps | 14.3 | $ 3,651.50 |
| 080 Financing | 28.3 | $ 6,367.50 |
| 090 Creditor Meetings/Communications | 35 | $ 18,105.00 |
| 099 General Consulting | 14.6 | $ 7,315.00 |
| 100 Plan & Disclosure | 2 | $ 450.00 |
| 120 Data Analysis | 7.8 | $ 4,173.00 |
| 130 Litigation | 47 | $ 18,945.00 |
| Commission on Sale of Restaurants | - | $ 325,500.00 |
| **Grand Total** | **409.1** | **$ 469,040.20** |

## CONCLUSION

WHEREFORE, GlassRatner respectfully requests that this Court enter an order:

(1)  Approving, on a final basis, GlassRatner's fees of $469,007.50 and expense of $32.70 incurred during the Application Period.

(2)  Granting such other and further relief as the Court deems just and proper.

Dated: January 20, 2021

GLASSRATNER    ADVISORY    &
CAPITAL GROUP LLC

By: _____

J. Michael Issa, Principal

1

## DECLARATION OF J. MICHAEL ISSA

2

3    I, J. Michael Issa, declare as follows:

4         1.    I am a Principal of GlassRatner Advisory & Capital Group (the "Firm"), financial advisor

5    to Ruby's Diner ("Debtor").  I have personal knowledge of the following or have gained such knowledge

6    from my review of the records of the Debtor, which are obtained, created, and maintained in the ordinary

7    course of business, and, if called as a witness, I could and would testify competently thereto.

8         2.    I have personally reviewed the information contained in the Application and believe its

9    contents to be true and correct to the best of my knowledge, information and belief.

10         3.    Pursuant to the Application, seeks an order allowing of fees and expenses for services

11    rendered as financial advisor of the Debtor during the period of April 15, 2020 through and

12    including December 31, 2020 (the "Application Period").

13         4.    Pursuant to the order of this Court entered on July 7, 2020 [Docket No. 739]

14    ("Order") approving the Debtor's Motion for Entry of an Order Authorizing the Debtor to

15    employ GlassRatner Advisory and Capital Group as Financial Advisor.

16         5.    During the Application Period, GlassRatner incurred fees in the total amount of

17    $469,007.50 and expense of $32.70.

18         6.    GlassRatner believes the foregoing rates are at or below the market rates that the

19    majority of financial advisory firms charge clients for such services.

20         7.    I have personally reviewed the bills in this matter, and the bills represent true and

21    correct charges to the best of my knowledge, information, and belief.

22         8.    All services for which GlassRatner requests payment, and all expenses for which

23    reimbursement is sought have been rendered and spent on behalf of the Debtor and no other persons or

24    parties, and the compensation is requested strictly for professional services rendered.

25         9.    After reasonable inquiry and to the best of my knowledge, information and belief, the

26    Application complies with the Bankruptcy Rules, the Local Rules of Bankruptcy Procedure, the Fee Guide,

27    and the Guidelines of this Court.

28         10.    Neither GlassRatner, nor any GlassRatner professional, has any agreement or

1    understanding of any kind or nature to divide, pay over or share any portion of the fees to be awarded to

2    GlassRatner with any other person or professional, except as among the professionals of GlassRatner.

3          11.    GlassRatner has provided professional services to the Debtor with an effort to keep all

4    costs to a minimum and believes that its billing rates are reasonable and well within the scope of fees

5    charged by professionals for services of a similar nature.

6          12.    Attached hereto as Exhibit "A" is a detailed report of times and tasks performed by

7    professionals in the Application Period. The Applicant's time reports are initially handwritten or recorded

8    via computer by the professionals performing the described services. Also included in this exhibit is the

9    expenses incurred.

10          13.    Attached as Exhibit "B" to the Issa Declaration is summary of rates and total

11    billable for each Applicant's professional.

12          14.    I have reviewed the requirements of Local Bankruptcy Rule 2016-1 and the

13    Application complies with Local Bankruptcy Rule 2016-1.

14

15       I declare under penalty of perjury and the laws of the United States that the foregoing is

16    true and correct.

17       Executed this 20th day of January 2021 at Irvine, California.

18

19

20            J. Michael Issa

21

22

23

24

25

26

27

28

# Exhibit A

# Report of Time and Tasks

| Professional | Activity Full Name | Reference Nickname 1 | Transaction Date | Description | Hours | Fee |
|---|---|---|---|---|---|---|
| Arsalan Kayhanfar | Consulting | 040  Case Administration | 4/15/2020 | Team discussion re Court Hearing | 0.7 | $    157.50 |
| Mike Issa | Consulting | 040  Case Administration | 4/15/2020 | review motions to appt trustee and call in to hearing | 1.9 | $ 1,016.50 |
| Wen Tan | Consulting | 100 Plan & Disclosure | 4/15/2020 | court call hearing. | 2 | $    450.00 |
| Mike Issa | Consulting | 040  Case Administration | 4/16/2020 | call with Richard Marshack re: fact download on RDI operations | 1.7 | $    909.50 |
| Mike Issa | Consulting | 030 Business Analysis | 4/22/2020 | calls/emails Trustee | 0.7 | $    374.50 |
| Wen Tan | Consulting | 090 Creditor Meetings/Communications | 4/23/2020 | call with bank advisors in regard to netdown. | 1 | $    225.00 |
| Mike Issa | Consulting | 010 Asset Analysis | 4/26/2020 | calls/emails Trustee re: asset values and case strategy | 0.4 | $    214.00 |
| Mike Issa | Consulting | 010 Asset Analysis | 4/30/2020 | calls/emails Trustee re: asset values and case strategy | 1.2 | $    642.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/2/2020 | drafting memos to trustee. | 1.2 | $    270.00 |
| Wen Tan | Consulting | 099 General Consulting | 5/4/2020 | prepare strategy for trustees. | 0.4 | $      90.00 |
| Wen Tan | Consulting | 099 General Consulting | 5/4/2020 | zoom call with trustee. | 0.8 | $    180.00 |
| Wen Tan | Consulting | 099 General Consulting | 5/4/2020 | looking for preference payments. | 0.4 | $      90.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 5/6/2020 | Calls with Opus Bank FA, Paul Shields | 0.7 | $    374.50 |
| Mike Issa | Consulting | 130 Litigation | 5/6/2020 | review Draft Complaint, research questions and forward to Trustee | 1.4 | $    749.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/7/2020 | zoom meeting with trustee in regard to strategy. | 1.3 | $    292.50 |
| Wen Tan | Consulting | 050 Claims Administration | 5/7/2020 | summarize unsecured creditors list. | 0.8 | $    180.00 |
| Mike Issa | Consulting | 010 Asset Analysis | 5/8/2020 | update Strategy memo and discuss with Trustee | 3.4 | $ 1,819.00 |
| Mike Issa | Consulting | 030 Business Analysis | 5/12/2020 | Calls with Trustee re: Case strategy | 2 | $ 1,070.00 |
| Mike Issa | Consulting | 030 Business Analysis | 5/12/2020 | draft case strategy memo for Trustee and counsel | 1.9 | $ 1,016.50 |
| Mike Issa | Consulting | 040  Case Administration | 5/12/2020 | eng letter | 0.7 | $ 1,016.50 |
| Wen Tan | Consulting | 030 Business Analysis | 5/13/2020 | prepare 2019 operating data on Palm Springs, Irvine and Long Beach. | 1.5 | $    337.50 |
| Mike Issa | Consulting | 030 Business Analysis | 5/13/2020 | calls with Trustee et al | 1.7 | $    909.50 |
| Wen Tan | Consulting | 040  Case Administration | 5/13/2020 | revise the eng letter | 1.2 | $    642.00 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 5/13/2020 | draft engagement letter. | 1 | $    225.00 |
| Copying, Teleconferen Pacer charges | Consulting | 040  Case Administration | 5/13/2020 | Pacer charges | 0 | $      15.80 |
| Mike Issa | Consulting | 010 Asset Analysis | 5/14/2020 | Analyze assets and case strategy.  Update memo to Trustee | 2.5 | $ 1,337.50 |
| Wen Tan | Consulting | 020 Business Operations | 5/14/2020 | analyze lease terms and agreements. | 1.8 | $    405.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/14/2020 | generate adjusted Irvine, Long Beach and Palm Springs P&L. | 1 | $    225.00 |
| Mike Issa | Consulting | 010 Asset Analysis | 5/15/2020 | Discuss asset and case strategy with Trustee and counsel.  Update action item memo for Trustee | 1.9 | $ 1,016.50 |
| Mike Issa | Consulting | 130 Litigation | 5/15/2020 | Discuss litigation strategy with Trustee and professionals | 1 | $    535.00 |
| Wen Tan | Consulting | 020 Business Operations | 5/18/2020 | lease analysis. | 1.3 | $    292.50 |
| Mike Issa | Consulting | 040  Case Administration | 5/18/2020 | Calls with Trustee re: Case Strategy | 0.7 | $    374.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 5/18/2020 | Calls with Trustee, bank counsel, and PS landlord | 1 | $    535.00 |
| Mike Issa | Consulting | 010 Asset Analysis | 5/19/2020 | REVIEW LEASES | 0.7 | $    374.50 |
| Wen Tan | Consulting | 090 Creditor Meetings/Communications | 5/19/2020 | 341 meeting for Ruby's. | 1 | $    225.00 |
| Wen Tan | Consulting | 090 Creditor Meetings/Communications | 5/19/2020 | 341 hearing | 0.9 | $    481.50 |
| Wen Tan | Consulting | 020 Business Operations | 5/21/2020 | update Laguna Hills restaurant status for trustee. | 0.7 | $    157.50 |
| Wen Tan | Consulting | 020 Business Operations | 5/21/2020 | prepare all leases for trustee. | 0.5 | $    112.50 |
| Mike Issa | Consulting | 030 Business Analysis | 5/21/2020 | calls with Trustee, Lobel. Shields, Hays | 1.7 | $    909.50 |
| Mike Issa | Consulting | 030 Business Analysis | 5/21/2020 | calls with Trustee, Lobel. Shields, Hays | 1.7 | $    909.50 |
| Mike Issa | Consulting | 010 Asset Analysis | 5/22/2020 | calls with Trustee re: case strategy | 1.7 | $    909.50 |
| Mike Issa | Consulting | 010 Asset Analysis | 5/22/2020 | calls/emails PS landlord | 0.4 | $    214.00 |
| Wen Tan | Consulting | 020 Business Operations | 5/22/2020 | analyze invoices received by restaurants that has been shut down due to Covid. | 1.8 | $    405.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/22/2020 | call with bank advisor in regard to budget. | 0.5 | $    112.50 |
| Mike Issa | Consulting | 030 Business Analysis | 5/22/2020 | work on budgets to reopen stores | 1.2 | $    642.00 |
| Mike Issa | Consulting | 010 Asset Analysis | 5/25/2020 | calls/emails  with Trustee re: case strategy | 0.9 | $    481.50 |
| Wen Tan | Consulting | 030 Business Analysis | 5/26/2020 | draft cash flow projection for reopening restaurants. | 1.3 | $    292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 5/27/2020 | review utilities AP provided by management. | 1 | $    225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/28/2020 | review payments that needs to be satisfied in order for the stores to reopen. | 1 | $    225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/29/2020 | prepare Huntington Beach budget. | 2.3 | $    517.50 |
| Mike Issa | Consulting | 030 Business Analysis | 5/29/2020 | work on reopening forecast for HB and update of Hibernation budget for Oceanside | 1.4 | $    749.00 |
| Mike Issa | Consulting | 010 Asset Analysis | 5/30/2020 | calls/emails Trustee re: asset values and case strategy | 0.4 | $    214.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/30/2020 | finalize Huntington Beach reopening forecast. | 2.4 | $    540.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/31/2020 | Finalize Huntington Beach reopening forecast. | 1.2 | $    270.00 |
| Mike Issa | Consulting | 020 Business Operations | 6/1/2020 | calls/emails reopening issues with Belshe | 0.5 | $    267.50 |
| Mike Issa | Consulting | 020 Business Operations | 6/1/2020 | review HB reopening forecast | 0.7 | $    374.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/1/2020 | review US Foods cost. | 1.2 | $    270.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/1/2020 | analyze AP accrual for Oceanside. | 1.2 | $    270.00 |

| Wen Tan | Consulting | 030 Business Analysis | 6/1/2020 prepare reopening budget for Huntington Beach for the bank advisor. | 1.5 | $ | 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/1/2020 draft Oceanside hibernation model. | 2.5 | $ | 562.50 |
| Mike Issa | Consulting | 130 Litigation | 6/1/2020 calls/emails Trustee re: litigation/meidation | 1 | $ | 535.00 |
| Wen Tan | Consulting | 050 Claims Administration | 6/2/2020 data search on UCC and secured note holder collateral. | 1.9 | $ | 427.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/2/2020 answer questions from bank advisor. | 0.7 | $ | 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/2/2020 review projections on Oceanside. | 0.5 | $ | 112.50 |
| Mike Issa | Consulting | 030 Business Analysis | 6/2/2020 HB and OS budget updates | 2 | $ | 1,070.00 |
| Mike Issa | Consulting | 130 Litigation | 6/2/2020 calls/emails with Trustee regarding selection of litigation counsel and causes of action | 1.2 | $ | 642.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/3/2020 analyze airport location agreements. | 0.6 | $ | 135.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/3/2020 analyze org charts on RDI structure to understand secured note holder collateral. | 0.3 | $ | 67.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/3/2020 searching database for documents. | 0.5 | $ | 112.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/3/2020 finalize cash flow projections for the bank. | 1.5 | $ | 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/3/2020 call with bank advisor. | 0.5 | $ | 112.50 |
| Mike Issa | Consulting | 030 Business Analysis | 6/3/2020 update budgets | 1.4 | $ | 749.00 |
| Mike Issa | Consulting | 030 Business Analysis | 6/3/2020 calls/emails with Opus F/A re budgets and cash collat ag | 0.9 | $ | 481.50 |
| Mike Issa | Consulting | 130 Litigation | 6/3/2020 D&O litigation emails, review draft complaint | 1.2 | $ | 642.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/4/2020 draft Oceanside reopen model. | 1.5 | $ | 337.50 |
| Mike Issa | Consulting | 130 Litigation | 6/4/2020 emails/calls re: D&O litigation | 1.7 | $ | 909.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/5/2020 provide update for bank advisor. | 1.3 | $ | 292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/5/2020 analyzing US Foods restarting issues. | 0.8 | $ | 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/5/2020 update cash flow projections for both stores. | 1.2 | $ | 270.00 |
| Mike Issa | Consulting | 020 Business Operations | 6/8/2020 work on insurance issues with Belshe | 1.2 | $ | 642.00 |
| Mike Issa | Consulting | 130 Litigation | 6/8/2020 Litigation call with Trustee and counsel | 0.5 | $ | 267.50 |
| Mike Issa | Consulting | 020 Business Operations | 6/9/2020 US Food issues re: reopening | 0.5 | $ | 267.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/9/2020 update cash flow projection for Huntington Beach and Oceanside. | 1.2 | $ | 270.00 |
| Mike Issa | Consulting | 020 Business Operations | 6/10/2020 reopening budgets | 1 | $ | 535.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/10/2020 update cash projection for HB and OS. | 1 | $ | 225.00 |
| Mike Issa | Consulting | 130 Litigation | 6/10/2020 emails/calls with Trustee re: D&O litigation | 1.2 | $ | 642.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/11/2020 finalize cash flow projection for HB and OS. | 1.5 | $ | 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/15/2020 update cash projection for stores. | 1.5 | $ | 337.50 |
| Mike Issa | Consulting | 030 Business Analysis | 6/15/2020 licensing issue with Trustee | 1.2 | $ | 642.00 |
| Mike Issa | Consulting | 020 Business Operations | 6/16/2020 call with Trustee and COO Belshe re: restaurant reopening/ops | 2.2 | $ | 1,177.00 |
| Mike Issa | Consulting | 020 Business Operations | 6/16/2020 calls re: reopening restaurants | 2 | $ | 1,070.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/16/2020 update cash collateral budget. | 1.2 | $ | 270.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/16/2020 call with bank advisor on cash collateral, reopening of restaurants and AP payments. | 0.7 | $ | 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/16/2020 update cash collateral budget. | 1.2 | $ | 270.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/16/2020 working with consultant to analyze APs and past rent payments needed to restart restaurants. | 2.4 | $ | 540.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 6/16/2020 Calls with Opus bank counsel and F/A | 1.2 | $ | 642.00 |
| Mike Issa | Consulting | 030 Business Analysis | 6/17/2020 prepare AP total payments on stores for the trustee. | 1.8 | $ | 405.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/17/2020 finalize cash collateral budget. | 1 | $ | 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/17/2020 call to finalize cash collateral. | 1.2 | $ | 270.00 |
| Mike Issa | Consulting | 130 Litigation | 6/17/2020 calls re: RDI D&O litigation | 1.9 | $ | 1,016.50 |
| Mike Issa | Consulting | 020 Business Operations | 6/18/2020 work on reopening HB and Oceanside restaurants | 1.4 | $ | 749.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/18/2020 answering questions on the budget for trustee. | 0.5 | $ | 112.50 |
| Mike Issa | Consulting | 130 Litigation | 6/19/2020 calls with Trustee and counsel regarding D&O litigation | 1.4 | $ | 749.00 |
| Mike Issa | Consulting | 020 Business Operations | 6/22/2020 call with Marshack re: bus ops issues | 0.7 | $ | 374.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/22/2020 update cash collateral budget. | 1.5 | $ | 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/22/2020 review cash collateral motions filed. | 0.8 | $ | 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/22/2020 call with bank advisor to discuss budget. | 1 | $ | 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/22/2020 finalize budget for cash collateral | 1 | $ | 225.00 |
| Mike Issa | Consulting | 130 Litigation | 6/22/2020 gather info for litigation counsel interview | 0.9 | $ | 481.50 |
| Mike Issa | Consulting | 020 Business Operations | 6/23/2020 calls/emails re: insurance for the estate | 1.2 | $ | 642.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/23/2020 adjustments for cash collateral budget. | 1.9 | $ | 427.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/23/2020 finalize cash collateral budget. | 1.6 | $ | 360.00 |
| Mike Issa | Consulting | 130 Litigation | 6/23/2020 call with prospective litigation counsel for D&O claims | 1 | $ | 535.00 |
| Mike Issa | Consulting | 130 Litigation | 6/23/2020 emails Trustee et al regarding D&O litgation | 0.9 | $ | 481.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/24/2020 analyze the cost and process for providing weekly update to bank in regard to reopening stores performance. | 1.3 | $ | 292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/24/2020 prepare D&O package for potential lawyers. | 1.8 | $ | 405.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/25/2020 prepare D&O package for potential lawyers. | 2.4 | $ | 540.00 |

| | | | | | |
|---|---|---|---|---|---|
| Wen Tan | Consulting | 030 Business Analysis | 6/25/2020 | update status report. | 0.8 $ 180.00 |
| Mike Issa | Consulting | 130 Litigation | 6/25/2020 | work on D&O litigation | 1.9 $ 1,016.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/26/2020 | analyze budget for payroll processing fees. | 0.7 $ 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/26/2020 | call with consultant to discuss reopening. | 1 $ 225.00 |
| Mike Issa | Consulting | 030 Business Analysis | 6/29/2020 | reopening issues | 1.4 $ 749.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/1/2020 | update break even analysis for stores. | 0.8 $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/1/2020 | call with consultant to finalize break even analysis and budget. | 0.7 $ 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 7/1/2020 | update bank advisor on store status. | 0.8 $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/1/2020 | breakeven analysis for stores. | 3.2 $ 720.00 |
| Mike Issa | Consulting | 020 Business Operations | 7/2/2020 | work on reopening issues | 1.2 $ 642.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/2/2020 | send lease package to trustee. | 0.3 $ 67.50 |
| Mike Issa | Consulting | 030 Business Analysis | 7/2/2020 | discuss Joint Marketing Agreement with Trustee and counsel | 0.9 $ 481.50 |
| Mike Issa | Consulting | 130 Litigation | 7/2/2020 | discuss D&O litigation with atty | 0.7 $ 374.50 |
| Wen Tan | Consulting | 030 Business Analysis | 7/7/2020 | update bank on store status. | 0.8 $ 180.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 7/7/2020 | work on timeline for Opus Bank | 1.2 $ 642.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/8/2020 | update bank on store status. | 1.3 $ 292.50 |
| Wen Tan | Consulting | 020 Business Operations | 7/9/2020 | discussion with trustee's office, bank advisor and consultant in determining payments that need to be made based on the cash | 1.7 $ 382.50 |
| Wen Tan | Consulting | 030 Business Analysis | 7/9/2020 | analyze rent and AP actual vs projected. | 1.6 $ 360.00 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 7/10/2020 | review carve-out agreement. | 1 $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/21/2020 | review weekly bank ledgers. | 1 $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 7/24/2020 | review cash receipt problems at the stores. | 1 $ 225.00 |
| Mike Issa | Consulting | 120 Data Analysis | 7/27/2020 | preference review | 0.5 $ 267.50 |
| Wen Tan | Consulting | 030 Business Analysis | 7/29/2020 | research value of delinquent royalties and ad fees. | 1.5 $ 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 7/29/2020 | review cash flow projection and form-2. | 1 $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/29/2020 | provide update info for bank advisor. | 0.8 $ 180.00 |
| Wen Tan | Consulting | 080 Financing | 7/29/2020 | call with bank advisor to discuss various issues. | 1 $ 225.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 7/29/2020 | emails with Opus F/A | 0.4 $ 214.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 7/29/2020 | communication with Opus F/S | 0.4 $ 214.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/30/2020 | draft actual comparison budget. | 1.8 $ 405.00 |
| Mike Issa | Consulting | 040  Case Administration | 7/30/2020 | admin for Trustee staff | 0.4 $ 214.00 |
| Mike Issa | Consulting | 040  Case Administration | 7/30/2020 | billing | 1 $ 535.00 |
| Wen Tan | Consulting | 020 Business Operations | 7/31/2020 | call with bank advisor for update on cash withheld by credit card company. | 0.7 $ 157.50 |
| Wen Tan | Consulting | 080 Financing | 7/31/2020 | preference payment analysis research. | 0.5 $ 112.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/3/2020 | review actual to budget forecast. | 0.8 $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 8/5/2020 | prepare materials for weekly cash update. | 0.8 $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 8/6/2020 | review new actual vs budget worksheet. | 0.7 $ 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/6/2020 | review discrepancies in the cash flow. | 1.3 $ 292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/10/2020 | preference payment analysis research. | 0.7 $ 157.50 |
| Wen Tan | Consulting | 130 Litigation | 8/13/2020 | research for D&O complaint. | 1.9 $ 427.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/14/2020 | update HB and OS sales and profit analysis. | 1.3 $ 292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/17/2020 | Analyze secured creditor's position. | 0.9 $ 202.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/18/2020 | review actual to budget worksheet. | 1.5 $ 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/19/2020 | review actual to budget worksheet. | 1 $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 8/19/2020 | compile data for filing of abandoning stores. | 1.5 $ 337.50 |
| Mike Issa | Consulting | 020 Business Operations | 8/20/2020 | calls/emails re store closure | 0.7 $ 374.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/20/2020 | analyze store performance prior and during pandemic. | 1 $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 8/21/2020 | Long Beach store performance analysis. | 2 $ 450.00 |
| Wen Tan | Consulting | 040  Case Administration | 8/21/2020 | update draft of motion for abandoning stores. | 1.2 $ 270.00 |
| Mike Issa | Consulting | 020 Business Operations | 8/24/2020 | store closures | 0.7 $ 374.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/24/2020 | analyze 2020 Long Beach performance. | 1.5 $ 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/24/2020 | update actual to budget comparison. | 0.8 $ 180.00 |
| Wen Tan | Consulting | 040  Case Administration | 8/24/2020 | finalize motion for abandoning Long Beach store. | 0.2 $ 45.00 |
| Wen Tan | Consulting | 030 Business Analysis | 8/25/2020 | analyze royalty AP and past payments. | 2.3 $ 517.50 |
| Mike Issa | Consulting | 030 Business Analysis | 8/25/2020 | emails/calls/ with Trustee adn counsel | 1.4 $ 749.00 |
| Mike Issa | Consulting | 020 Business Operations | 8/26/2020 | calls.emails re store closures | 1 $ 535.00 |
| Wen Tan | Consulting | 040  Case Administration | 8/26/2020 | finalize abandoning motion. | 0.5 $ 112.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/28/2020 | review actual to budget worksheet. | 1 $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/3/2020 | review actual vs budget worksheet. | 0.5 $ 112.50 |
| Mike Issa | Consulting | 040  Case Administration | 9/4/2020 | billing | 1.5 $ 802.50 |

| Name | Type | Category | Date | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| Wen Tan | Consulting | 020 Business Operations | 9/8/2020 | review actual cash flow statements | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 9/15/2020 | review general ledgers for the past 3 years for all entities. | 1 | $ 225.00 |
| Mike Issa | Consulting | 020 Business Operations | 9/15/2020 | location shut downs | 1.2 | $ 642.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/15/2020 | review cash flow for prior week. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/15/2020 | call with consultant to discuss new cash collateral budget. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 020 Business Operations | 9/15/2020 | update cash collateral budget. | 1.2 | $ 270.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/16/2020 | update cash collateral budget. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/17/2020 | cash collateral budget call with bank advisor. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 020 Business Operations | 9/17/2020 | update cash collateral budget. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/17/2020 | finalize cash collateral budget. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 020 Business Operations | 9/21/2020 | cash flow actual vs budget comparison. | 1.6 | $ 360.00 |
| Mike Issa | Consulting | 040 Case Administration | 9/21/2020 | case admin, insurance tail | 1 | $ 535.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/22/2020 | cash flow projection analysis. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 130 Litigation | 9/22/2020 | support on legal issues in regard to Oceanside store. | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 9/23/2020 | Gift card analysis. | 1 | $ 225.00 |
| Mike Issa | Consulting | 040 Case Administration | 9/23/2020 | case admin-lease, D&O tail and tax issues | 1.5 | $ 802.50 |
| Wen Tan | Consulting | 020 Business Operations | 9/24/2020 | draft cash flow projection for new cash collateral for the stores. | 1.7 | $ 382.50 |
| Wen Tan | Consulting | 020 Business Operations | 9/24/2020 | draft cash flow projection for new cash collateral for RDI. | 1.2 | $ 270.00 |
| Mike Issa | Consulting | 020 Business Operations | 9/24/2020 | cash collateral budget | 1.2 | $ 642.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 9/24/2020 | prepare SITREP for Ch 11 Admins | 2.2 | $ 1,177.00 |
| Mike Issa | Consulting | 040 Case Administration | 9/25/2020 | billing | 1.4 | $ 749.00 |
| Mike Issa | Consulting | 020 Business Operations | 9/30/2020 | analysis of creditor claims | 1 | $ 535.00 |
| Wen Tan | Consulting | 030 Business Analysis | 10/1/2020 | review cash flow and AP payments. | 1.5 | $ 337.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 10/1/2020 | SCP landlord rent issues | 0.5 | $ 267.50 |
| Wen Tan | Consulting | 020 Business Operations | 10/5/2020 | call with management to discuss management fee from stores to RDI. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/5/2020 | review cash collateral. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/5/2020 | review collaterals of different lenders. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/7/2020 | call with CH 11 debtor's attorney. | 0.5 | $ 112.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 10/7/2020 | discuss viability of protest of Pillsbury claim w Hays and Trustee | 1.2 | $ 642.00 |
| Mike Issa | Consulting | 020 Business Operations | 10/9/2020 | restaurant ops | 1 | $ 535.00 |
| Wen Tan | Consulting | 030 Business Analysis | 10/13/2020 | creditor analysis. | 1 | $ 225.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 10/13/2020 | research UCC and other collateral/lien issues | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 020 Business Operations | 10/14/2020 | work on restaurant admin | 1 | $ 535.00 |
| Wen Tan | Consulting | 030 Business Analysis | 10/14/2020 | call with bank and consultants on cash flow. | 1 | $ 225.00 |
| Mike Issa | Consulting | 030 Business Analysis | 10/14/2020 | call with Trustee and counsel | 1 | $ 535.00 |
| Mike Issa | Consulting | 020 Business Operations | 10/15/2020 | restaurant ops | 0.9 | $ 481.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/15/2020 | draft new cash flow for HB and OS. | 2.5 | $ 562.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/15/2020 | call with bank and consultants on cash flow. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/15/2020 | finalize cash collateral budget. | 1.8 | $ 405.00 |
| Wen Tan | Consulting | 030 Business Analysis | 10/15/2020 | finalize cash collateral budget. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/16/2020 | review AP payments during the case. | 1 | $ 225.00 |
| Mike Issa | Consulting | 099 General Consulting | 10/16/2020 | assist with approval process for City of HB lease | 1 | $ 535.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 10/19/2020 | work on resolution of SCP rent issues | 0.4 | $ 214.00 |
| Wen Tan | Consulting | 080 Financing | 10/20/2020 | support for D&O counsel. | 0.8 | $ 180.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 10/20/2020 | HB lease discussions | 1.4 | $ 749.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 10/20/2020 | shut down of Woodbridge location | 0.7 | $ 374.50 |
| Mike Issa | Consulting | 130 Litigation | 10/20/2020 | work on Document preparation production for D&O litigation | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 10/23/2020 | South Coast Plaza assumption-cure payments | 1 | $ 535.00 |
| Mike Issa | Consulting | 099 General Consulting | 10/26/2020 | work on WARN Act issues | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 050 Claims Administration | 10/26/2020 | analyze cure payments | 2.4 | $ 1,284.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 10/28/2020 | work on SCP rent resolution | 0.9 | $ 481.50 |
| Mike Issa | Consulting | 020 Business Operations | 10/29/2020 | bus ops | 1 | $ 535.00 |
| Mike Issa | Consulting | 050 Claims Administration | 10/29/2020 | work on cure payments analsysis | 1.2 | $ 642.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 10/31/2020 | work on collateral interests of various allegedly secured creditors | 1.2 | $ 642.00 |
| Mike Issa | Consulting | 120 Data Analysis | 11/1/2020 | create worksheet for allocation of sale proceeds between HB and OS, discuss with Trustee | 0.5 | $ 267.50 |
| Wen Tan | Consulting | 080 Financing | 11/2/2020 | analysis of sales allocation. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 080 Financing | 11/2/2020 | analysis of sales allocation and creditor matrix. | 2 | $ 450.00 |
| Mike Issa | Consulting | 120 Data Analysis | 11/2/2020 | create creditor matrix for waterfall of sales proceeds to Secureds, Ch 7 admins, Ch 11 admins, and unsecureds. | 1.6 | $ 856.00 |
| Wen Tan | Consulting | 080 Financing | 11/3/2020 | review debt for the restaurants in anticipation of sales allocation. | 1.3 | $ 292.50 |

| Name | Type | Category | Date / Description | Hours | Amount |
|---|---|---|---|---|---|
| Mike Issa | Consulting | 099 General Consulting | 11/3/2020 WARN ACt issues | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 11/4/2020 work on spreadsheet for allocation of RDI sales proceeds. | 2.2 | $ 1,177.00 |
| Wen Tan | Consulting | 080 Financing | 11/4/2020 support trustee on finalizing sales allocation. | 1 | $ 225.00 |
| Mike Issa | Consulting | 120 Data Analysis | 11/4/2020 REVIEW POST-PETITION AND POST-CONVERSION A/P | 0.7 | $ 374.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 11/5/2020 call with Paul Shields re allocation of RDI sales proceeds | 0.9 | $ 481.50 |
| Wen Tan | Consulting | 080 Financing | 11/5/2020 reconciliation of liabilities for the bankruptcy. | 2 | $ 450.00 |
| Wen Tan | Consulting | 080 Financing | 11/5/2020 call with consultant to discuss liabilities | 0.7 | $ 157.50 |
| Mike Issa | Consulting | 099 General Consulting | 11/5/2020 Analysis for Trustee of Ch 11 admins | 0.7 | $ 374.50 |
| Mike Issa | Consulting | 040 Case Administration | 11/5/2020 billing | 1.3 | $ 695.50 |
| Wen Tan | Consulting | 080 Financing | 11/5/2020 prep for call with bank. | 0.3 | $ 67.50 |
| Wen Tan | Consulting | 080 Financing | 11/5/2020 call with bank advisor. | 0.8 | $ 180.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 11/11/2020 work on creditor allocation of proceeds for Bank and other HB and OS creditors | 1.4 | $ 749.00 |
| Wen Tan | Consulting | 080 Financing | 11/11/2020 research on claims of different creditors. | 1.7 | $ 382.50 |
| Mike Issa | Consulting | 120 Data Analysis | 11/12/2020 update waterfall matrix | 1.2 | $ 642.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/12/2020 review December budget. | 0.8 | $ 180.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 11/13/2020 CALL WITH OPUS FA RE: ALLOCATION OF SALE PROCEEDS | 0.7 | $ 374.50 |
| Wen Tan | Consulting | 080 Financing | 11/13/2020 call with bank advisors in regard to settlement. | 1 | $ 225.00 |
| Copying, Teleconferen Pacer charges | | 020 Business Operations | 11/16/2020 Pacer charges | 0 | $ 1.80 |
| Copying, Teleconferen Pacer charges | | 020 Business Operations | 11/16/2020 Pacer charges | 0 | $ 15.10 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 11/16/2020 assist with fee application. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 11/17/2020 prepare fee application. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 020 Business Operations | 11/18/2020 review new budget. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 11/18/2020 prepare fee application. | 1.2 | $ 270.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/19/2020 update matrix based on professional fees. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 020 Business Operations | 11/19/2020 prepare cash collateral budget. | 0.6 | $ 135.00 |
| Mike Issa | Consulting | 120 Data Analysis | 11/20/2020 work on model allocating RDI sales proceeds under different scenarios | 1.9 | $ 1,016.50 |
| Wen Tan | Consulting | 080 Financing | 11/20/2020 update creditor matrix based on new bank counter offer on settlement. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 020 Business Operations | 11/20/2020 review cash collateral budget. | 1 | $ 225.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 11/22/2020 analysis of creditor matrix for Trustee with respect to the Opus settlement amount of sale proceeds | 1.2 | $ 642.00 |
| Mike Issa | Consulting | 120 Data Analysis | 11/23/2020 memo to Trustee re: allocation of sales proceeds and other issues regarding sales of RDI assets | 1.4 | $ 749.00 |
| Mike Issa | Consulting | 099 General Consulting | 11/23/2020 discuss Opus Bank allocation of proceeds issues with Trustee. Model various scenarios for Trustee | 1.2 | $ 642.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 11/23/2020 memo to Trustee with assessment of Opus claim and detailed Creditor matrix | 1.7 | $ 909.50 |
| Wen Tan | Consulting | 020 Business Operations | 11/24/2020 finalize first draft of the budget. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 11/24/2020 draft final fee application for CH 11 case. | 3 | $ 675.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 11/25/2020 call with Opus FA re settlement of allocation of sales proceeds | 0.9 | $ 481.50 |
| Mike Issa | Consulting | 030 Business Analysis | 11/25/2020 REVISE ALLOCATION MODEL FOR OPUS SETTLEMENT | 1.2 | $ 642.00 |
| Mike Issa | Consulting | 099 General Consulting | 11/25/2020 WARN Act issues emails/call with Trustee and counsel | 0.6 | $ 321.00 |
| Mike Issa | Consulting | 060 Employment/Fee Apps | 11/25/2020 prepare fee app | 1.4 | $ 749.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 11/25/2020 negotiate cure payments with landlord | 0.9 | $ 481.50 |
| Mike Issa | Consulting | 099 General Consulting | 11/25/2020 REVIEW HAYS MEMO RE: INTANGIBLE ASSET V. LEASE ARGUMENT OF OPUS | 0.9 | $ 481.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 11/25/2020 emails with Trustee re: analysis of HB and OS secured claims | 0.6 | $ 321.00 |
| Mike Issa | Consulting | 010 Asset Analysis | 11/25/2020 callss with COO re; leases and exp reductions | 1.2 | $ 642.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/25/2020 create new budget for restaurants. | 1.3 | $ 292.50 |
| Mike Issa | Consulting | 020 Business Operations | 11/25/2020 calls with COO and Wen re: reduction of ops expenses | 0.9 | $ 481.50 |
| Mike Issa | Consulting | 020 Business Operations | 11/25/2020 review leases re: Operating Clause and possible defaults | 1 | $ 535.00 |
| Mike Issa | Consulting | 040 Case Administration | 11/25/2020 biling reconciliation | 1 | $ 535.00 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 11/25/2020 update final fee application. | 1.2 | $ 270.00 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 11/25/2020 finalize fee applications. | 2.5 | $ 562.50 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 11/25/2020 finalize fee apps for filing. | 1.2 | $ 270.00 |
| Mike Issa | Consulting | 099 General Consulting | 11/25/2020 Open issue update with Trustee and counsel | 0.6 | $ 321.00 |
| Mike Issa | Consulting | 099 General Consulting | 11/25/2020 calls with Trustee and counsel | 1 | $ 535.00 |
| Mike Issa | Consulting | 130 Litigation | 11/30/2020 call with D&O counsel | 0.9 | $ 481.50 |
| Mike Issa | Consulting | 099 General Consulting | 11/30/2020 call with Trustee et al regarding restaurant strategy and layoffs/WARN Act compliance | 1.2 | $ 642.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/30/2020 change budget based on new sales data and operate stores in a limited capacity. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 020 Business Operations | 11/30/2020 call with consultant to discuss new cash collateral budget. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 020 Business Operations | 11/30/2020 update cash collateral budget. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/30/2020 call with counsels to discuss lease issues with the stores. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/30/2020 finalize cash collateral budget. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 020 Business Operations | 11/30/2020 call with bank advisor in regard to cash collateral budget. | 0.8 | $ 180.00 |

| Name | Category | Task | Date | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| Mike Issa | Consulting | 099 General Consulting | 11/30/2020 | emails/calls w Trustee and counsel re: restaurant employment issues | 0.5 | $ | 267.50 |
| Wen Tan | Consulting | 080 Financing | 12/1/2020 | prepare documents for different class of creditors. | 1.2 | $ | 270.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/1/2020 | file new budgets. | 1 | $ | 225.00 |
| Mike Issa | Consulting | 020 Business Operations | 12/1/2020 | review cash budgets | 0.3 | $ | 160.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/1/2020 | emails with Paul Shields re: use of cash collateral | 0.2 | $ | 107.00 |
| Mike Issa | Consulting | 099 General Consulting | 12/1/2020 | emails and research re: Brea new location | 0.6 | $ | 321.00 |
| Mike Issa | Consulting | 130 Litigation | 12/1/2020 | gather and forward docs from Noteholder restructuring to D&O counsel re: release language | 0.4 | $ | 214.00 |
| Mike Issa | Consulting | 030 Business Analysis | 12/2/2020 | emails re: closure of Woodbridge | 0.5 | $ | 267.50 |
| Mike Issa | Consulting | 050 Claims Administration | 12/3/2020 | perform sensitivity analysis on RDI creditors' matrix | 0.8 | $ | 428.00 |
| Wen Tan | Consulting | 080 Financing | 12/3/2020 | call with bank advisor in regard to cash payout. | 1 | $ | 225.00 |
| Wen Tan | Consulting | 080 Financing | 12/3/2020 | bank settlement scenario update. | 1.3 | $ | 292.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/3/2020 | Call with Paul Shields on behalf of Opus, update the distribution model for Trustee's review | 1.5 | $ | 802.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/3/2020 | email to Trustee and team re: conversation with Paul Shields re: use of cash collateral and allocation of sales proceeds | 0.3 | $ | 160.50 |
| Mike Issa | Consulting | 099 General Consulting | 12/4/2020 | Call w Trustee and Counsel to discuss strategy | 1.4 | $ | 749.00 |
| Mike Issa | Consulting | 099 General Consulting | 12/4/2020 | update Sale Proceeds distribution matrix | 0.9 | $ | 481.50 |
| Wen Tan | Consulting | 080 Financing | 12/7/2020 | call with bank advisors in regard to settlement. | 0.8 | $ | 180.00 |
| Wen Tan | Consulting | 080 Financing | 12/7/2020 | scenario analysis on settlement. | 0.7 | $ | 157.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/7/2020 | review cash prior to call. | 0.8 | $ | 180.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/7/2020 | call with Opus financial adviser | 0.4 | $ | 214.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/8/2020 | review cash flow and projections. | 0.7 | $ | 157.50 |
| Mike Issa | Consulting | 130 Litigation | 12/10/2020 | emails to litigation counsel re: D&O claims | 0.4 | $ | 214.00 |
| Wen Tan | Consulting | 130 Litigation | 12/10/2020 | providing D&O lawyers with information. | 2 | $ | 450.00 |
| Wen Tan | Consulting | 130 Litigation | 12/10/2020 | analyze pre bankruptcy financials. | 1.5 | $ | 337.50 |
| Wen Tan | Consulting | 130 Litigation | 12/10/2020 | analyze pre bankruptcy financials on distribution to owners. | 2 | $ | 450.00 |
| Mike Issa | Consulting | 099 General Consulting | 12/11/2020 | call with Trustee re: negotiation with Opus Bank | 0.6 | $ | 321.00 |
| Mike Issa | Consulting | 130 Litigation | 12/11/2020 | research amounts owing by insiders for D&O counsel | 0.6 | $ | 321.00 |
| Mike Issa | Consulting | 130 Litigation | 12/11/2020 | call with D&O counsel re: case work-up for D&O litigation | 0.8 | $ | 428.00 |
| Wen Tan | Consulting | 130 Litigation | 12/11/2020 | providing support for D&O lawyer. | 1 | $ | 225.00 |
| Wen Tan | Consulting | 130 Litigation | 12/11/2020 | discussion with consultants in regard to adjustments made on the financial statements. | 1.5 | $ | 337.50 |
| Mike Issa | Consulting | 130 Litigation | 12/11/2020 | research issues re: insider notes/disguised comp for D&O counsel | 1.1 | $ | 588.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/14/2020 | emails with Paul Shields regarding sale status and use of cash collateral | 0.4 | $ | 214.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/14/2020 | draft letter to Oceanside landlord re: need for abatement of rent | 0.8 | $ | 428.00 |
| Mike Issa | Consulting | 130 Litigation | 12/14/2020 | research insider debt issues | 0.5 | $ | 267.50 |
| Wen Tan | Consulting | 130 Litigation | 12/14/2020 | analyze pre bankruptcy financials. | 1 | $ | 225.00 |
| Wen Tan | Consulting | 130 Litigation | 12/14/2020 | discussion with consultants in regard to owner distributions. | 1.3 | $ | 292.50 |
| Wen Tan | Consulting | 130 Litigation | 12/14/2020 | prepare documents for D&O lawyers. | 1.2 | $ | 270.00 |
| Mike Issa | Consulting | 130 Litigation | 12/14/2020 | emails/research re: D&O counsel requests for information | 0.3 | $ | 160.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/15/2020 | analyze budget and actual cash flow. | 1 | $ | 225.00 |
| Mike Issa | Consulting | 130 Litigation | 12/15/2020 | work on insiders' loans forensics | 1.6 | $ | 856.00 |
| Wen Tan | Consulting | 130 Litigation | 12/15/2020 | preparing documents and answers for D&O lawyer. | 2 | $ | 450.00 |
| Wen Tan | Consulting | 130 Litigation | 12/15/2020 | discuss with consultants in regard to owner distributions. | 0.8 | $ | 180.00 |
| Wen Tan | Consulting | 130 Litigation | 12/15/2020 | call with D&O attorney in regard to documents. | 0.7 | $ | 157.50 |
| Wen Tan | Consulting | 080 Financing | 12/16/2020 | call with bank advisor to discuss settlement. | 1 | $ | 225.00 |
| Wen Tan | Consulting | 080 Financing | 12/16/2020 | analyze scenarios worksheet. | 1 | $ | 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/16/2020 | analyze cash flow. | 1 | $ | 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/16/2020 | call with bank advisors to discuss cash flow problems. | 1.2 | $ | 270.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/16/2020 | call with bank FA re: use of cash collateral and settlement | 0.5 | $ | 267.50 |
| Mike Issa | Consulting | 130 Litigation | 12/16/2020 | discuss settlement strategy for Opus and Pillsbury with Trustee | 1.2 | $ | 642.00 |
| Wen Tan | Consulting | 080 Financing | 12/17/2020 | call with bank advisors in regard to counter offer on settlement. | 0.7 | $ | 157.50 |
| Wen Tan | Consulting | 080 Financing | 12/17/2020 | analyze counter offer. | 0.8 | $ | 180.00 |
| Mike Issa | Consulting | 020 Business Operations | 12/17/2020 | LETTER TO CITY OF OCEANSIDE RE: OPERATIONS AND RENT ABATEMENT | 0.7 | $ | 374.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/17/2020 | analyze cash flow issues analysis in Oceanside stores. | 0.7 | $ | 157.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/17/2020 | Oceanside letter for rent abatement. | 1 | $ | 225.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/17/2020 | Call/emails with Trustee re: settlement with Opus and use of cash collateral. Revise settlement matrix. | 0.6 | $ | 321.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/17/2020 | emails re: Opus bank position on use of cash collateral and allocation of sales proceeds | 0.3 | $ | 160.50 |
| Mike Issa | Consulting | 099 General Consulting | 12/17/2020 | draft and revise rent abatement request for City of Oceanside | 0.6 | $ | 321.00 |
| Wen Tan | Consulting | 130 Litigation | 12/17/2020 | capital distribution analysis. | 1.3 | $ | 292.50 |
| Wen Tan | Consulting | 130 Litigation | 12/17/2020 | providing legal documents. | 0.2 | $ | 45.00 |
| Wen Tan | Consulting | 130 Litigation | 12/17/2020 | transaction report analysis. | 0.6 | $ | 135.00 |

| | | | | | |
|---|---|---|---|---|---|
| Wen Tan | Consulting | 080 Financing | 12/18/2020 review legal documents for lease issue. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/21/2020 review and reconcile cash flows. | 1.8 | $ 405.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/21/2020 calculate and reconcile cash at the store level. | 1.5 | $ 337.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/21/2020 emails/call with Paul Shields re: restaurant cash position and use of cash collateral | 0.5 | $ 267.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/22/2020 analyze discrepancies in cash balance and reconcile accounts at the store level. | 2 | $ 450.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/22/2020 discussions with consultant in regard to cash flow. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 080 Financing | 12/22/2020 prepare reports for bank advisor. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 080 Financing | 12/22/2020 call with bank advisor in regard to cash and settlement. | 0.7 | $ 157.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/22/2020 call with Paul Shields re: use of cash collateral and settlement of sales proceeds dispute | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/22/2020 emails/call with Paul Shields re: use of cash collateral and allocation of sale proceeds | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 099 General Consulting | 12/22/2020 emails calls re: IP status | 0.2 | $ 107.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/23/2020 review Form 2 report for cash and AP payments. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/23/2020 draft new budgets and analyze restaurant operation cash flow. | 2.5 | $ 562.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/24/2020 analyze historical wages and new covid rule impact on sales. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/24/2020 draft new budgets and analyze restaurant cash flow. | 2 | $ 450.00 |
| Mike Issa | Consulting | 130 Litigation | 12/24/2020 call with Trustee re: Bank issues, use of cash collateral, settlement of bank claim secured v. unsecured | 0.8 | $ 428.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/26/2020 update cash collateral budget. | 2.7 | $ 607.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/28/2020 analyze new cash balances for the stores. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/28/2020 update cash collateral budget. | 1.6 | $ 360.00 |
| Wen Tan | Consulting | 080 Financing | 12/28/2020 call with bank advisor to finalize budget. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 080 Financing | 12/29/2020 review invoices from vendors. | 1 | $ 225.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/29/2020 misc emails re: creditor issues | 0.2 | $ 107.00 |

# Exhibit B

# Professional Summary

**Ruby's Diner Inc.**

**Exhibit B: Professional Summary**

| Professional | Total Time | Professional Rate | Total Fee and Expenses |
|---|---|---|---|
| Arsalan Kayhanfar | 0.7 | $ 225.00 | $ 157.50 |
| Copying, Teleconference & General Charges | - | $ - | $ 32.70 |
| Mike Issa | 166.0 | $ 535.00 | $ 88,810.00 |
| Wen Tan | 242.4 | $ 225.00 | $ 54,540.00 |
| Commission on Sale of Restaurants | - | $ - | $ 325,500.00 |
| **Grand Total** | **409.1** | **-** | **$ 469,040.20** |

# Exhibit C

# Professional Backgrounds

**Mike Issa**

Mr. Issa is a nationally prominent turnaround expert who has successfully led consulting and professional teams involved in over 100 corporate rehabilitations. During his career, he has consulted extensively in the area of corporate turnarounds, workouts and bankruptcies.

These engagements have included significant roles in various interim management capacities for clients including acting at various times as Chief Executive Officer, Chief Operating Officer, or Chief Financial Officer.

To date, Mr. Issa has personally supervised the acquisition and/or "disposition" of over 50 businesses during his career. As Chief Restructuring Officer, Mr. Issa has personally managed several billion dollars of debt restructuring and financing on behalf of his corporate and real estate clients. In addition, Mr. Issa frequently serves as an expert witness in a variety of bankruptcy and non-bankruptcy litigation matters. During his service as principal and vice chairman at his previous firm, the firm was named one of the "12 Outstanding Turnaround Firms" by a national industry publication.

A Certified Public Accountant and Chapter 11 Bankruptcy Trustee, Mr. Issa has taught at the business schools of three universities and has also been listed in the Nationwide Register's Who's Who in Executives and Businesses. He speaks and publishes frequently on a variety of topics related to real estate, retail, bankruptcy, restructuring, economics, and oil and gas. Mr. Issa has most recently been published in the Oil & Gas Financial Journal for his articles on "Brexit's Impact on Oil and Gas" and "Recent Events Help Shape Oil Prices", as well as the ABI Journal for his articles on the state of brick-and-mortar retail and the potential impact of the OPEC struggle on the world economy.

One of Mr. Issa's 2019 articles, "OPECalypse Now and the World Economy," was submitted by the American Bankruptcy Institute for the consideration of the Pulitzer Board in the category of Explanatory Journalism. This article was also selected to be published in the *Best of ABI 2019: The Year in Business Bankruptcy* digital book. In June 2020, an updated version of this article titled "OPECalypse Now, Coronavirus and the World Economy" was pubished in the AIRA Journal.

In 2018, Mr. Issa was listed as a Top Three Individual Expert Witness-Economic in the Daily Report.

Mr. Issa holds FINRA Series 63, 65, and 79 certifications.

**Wen Tan**

Wen Tan joined GlassRatner as an Associate in 2018. Wen was previously an Intern with GlassRatner where he provided analysis and support for deals in the Healthcare, Real Estate, Entertainment, Technology, Wealth Management, and Energy industries. Prior to GlassRatner, Wen worked as an accounting supervisor for a healthcare distribution company.

Since joining GlassRatner, Wen has worked on multiple engagements which include:

- Assisted with the successful CH 11 bankruptcy restructure for a post-production video company.

- Assisted with the successful CH 11 bankruptcy and sales process of an ammunition manufacturer.

- Assisted with CH 11 bankruptcy and sales process for a well know restaurant franchise chain in Southern California.

- Assisted with the successful CH 11 bankruptcy and sales process for a national brand candy retailer.

- Assisted with the receivership and sales process of a large car dealership group located in the Bay area.

- Assisted with the sales process for the Chevrolet and Nissan stores located in Oklahoma.

- Assisted with the sales process of a dealership group located in the Texas and Oklahoma region.

- Performed due diligent report for the sale of citrus and grape farm that was valued at $200 million.

- Assisted with the CH 11 bankruptcy for an oil and gas exploration and production company located in California.

- Prepared valuation report for a company that is in the vinyl flooring retail industry.

- Assisted with the successful CH 11 bankruptcy for an investment management firm that is located in Southern California.

Wen has a Bachelor of Business Administration degree from Brock University. He also has a Master of Business Administration degree from Chapman University. During his time at Chapman University, he and his team won the ACG Cup M&A Case Competition for the first time in Chapman University history, defeating traditional powerhouse teams from USC and UCLA. He was also inducted to the Beta Gamma Sigma Academic Honor Society in 2018. He is also the chief researcher for an article that was nominated for Pulitzer in Explanatory Reporting.

**Arsalan Kayhanfar**

Arsalan Kayhanfar joined GlassRatner in 2018 as an Associate in the Irvine office. Arsalan was previously an intern at GlassRatner, where he provided analysis and support for deals in the Healthcare, Real Estate, Entertainment, Technology, Wealth Management, and Energy industries. Prior to joining GlassRatner, Arsalan worked as an Operations Assistant for the largest medical equipment importing company in Iran.

Arsalan has a Bachelor of Science in Electrical Engineering from the University of Tehran where he graduated as an Exceptional Talent Student. He is currently pursuing a Master of Business Administration degree from Chapman University and has taken the ETS Major Field Exam for the MBA and ranked in the 98th percentile. He also ranked 29th among 30,000 (top 0.1%) participants for the Iranian MBA entrance exam.

Exhibit D

Employment Application

1   D. EDWARD HAYS, #162507
    ehays@marshackhays.com
2   LAILA MASUD, #311731
    lmasud@marshackhays.com
3   MARSHACK HAYS LLP
    870 Roosevelt
4   Irvine, California 92620
    Telephone: (949) 333-7777
5   Facsimile: (949) 333-7778

6   Attorneys for Chapter 7 Trustee,
    RICHARD A. MARSHACK
7
                    UNITED STATES BANKRUPTCY COURT
8
            CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION
9

10  | In re | Case No. 8:18-bk-13311-CB |
    |---|---|
11  | RUBY'S DINER, INC., a California corporation, et al., | Chapter 7 (Jointly Administered with Case Nos.: 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB) |
12  | Debtor. | |
13  | | |
    | Affects: | |
14  | | TRUSTEE'S APPLICATION TO EMPLOY GLASSRATNER ADVISORY & CAPITAL GROUP LLC AS FINANCIAL ADVISOR; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF J. MICHAEL ISSA IN SUPPORT |
15  | ☒     ALL DEBTORS | |
    | ☐     RUBY'S DINER, INC., ONLY | |
16  | ☐     RUBY'S SOCAL, DINERS, LLC, ONLY | |
17  | ☐     RUBY'S QUALITY DINERS, LLC, ONLY | |
18  | ☐     RUBY'S HUNTINGTON BEACH, LTD. ONLY | |
19  | | |
20  | ☐     RUBY'S LAGUNA HILLS, LTD. ONLY | |
21  | ☐     RUBY'S OCEANSIDE, LTD, ONLY | |
22  | ☐     RUBY'S PALM SPRINGS, LTD. ONLY | |
23

24  TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY COURT

25  JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED

26  PARTIES:

27         Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the jointly

28  administered bankruptcy estates ("Estates") of Ruby's Diner, Inc., a California corporation ("Lead

                                        1

Debtor" or "RDI"), Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal Diners"); (b) Ruby Quality Diners, LLC., a Delaware limited liability company ("Quality"); Ruby's Huntington Beach, Ltd., a California limited partnership ("HB"); Ruby's Laguna Hills, Ltd., a California limited partnership ("LH"); (e) Ruby's Oceanside Ltd., a California limited partnership ("OS"); and (f) Ruby's Palm Springs, Ltd., a California limited partnership ("PS") (collectively with Lead Debtor, referred to as "Debtors"), respectfully submits this application ("Application") for entry of an order authorizing the employment of GlassRatner Advisory & Capital Group LLC as the Trustee's and the Estate's financial advisor ("Advisor" or the "Firm") in this case for all Debtors pursuant to 11 U.S.C. § 327.

## A. Statement of Facts

### 1. Bankruptcy Filing, Failed Chapter 11, and Conversion to Chapter 7

On September 5, 2018, Debtors filed voluntary petitions for bankruptcy under Chapter 11 of Title 11 of the United States Code. On the same date, as Dk. No. 2, Debtors' counsel filed an ex parte application for joint administration and designation of Ruby's Diner, Inc. as lead Debtor ("Joint Administration"). On the same date, as Dk. No. 6, an Order granting Joint Administration was entered.

On December 26, 2018, as Dk. No. 175, Lead Debtor filed a motion to extend exclusivity period for filing a chapter 11 plan and disclosure statement ("Extend Exclusivity Motion"). On March 11, 2019, as Dk. No. 280, the court entered an order granting the Extend Exclusivity Motion. Subsequently, four (4) extensions of the exclusivity period were filed and granted.

On April 24, 2019, as Dk. No. 344 through 346, respectively, Lead Debtor filed its Chapter 11 Plan of Reorganization and Disclosure Statement, and motion approving same.

On May 22, 2019, as Dk. No. 365, a request for assignment to the Mediation Program with regard to plan formulation and negotiation with Hon. Scott C. Clarkson was filed ("Mediation Referral Request").

On May 29, 2019, as Dk. No. 371, an order was entered with regard to the Mediation Referral Request. Pursuant to the Mediation Referral Request, four (4) separate mediations were held with Judge Clarkson.

APPLICATION BY TRUSTEE TO EMPLOY GLASSRATNER
4815-6022-3676, v. 1

On October 10, 2019, as Dk. Nos. 437 through 439, respectively, a first amended chapter 11 plan and disclosure statement, and motion approving same was filed ("First Amended Plan")

On December 6, 2019, as Dk. Nos. 488 through 491, respectively, a second amended chapter 11 plan and disclosure statement was filed ("Second Amended Plan")

On January 6, 2020, as Dk. Nos. 507 through 5101, respectively, a third amended chapter 11 plan and disclosure statement was filed ("Third Amended Plan").

After objections to Third Amended Plan, Debtor filed as Dk. Nos. 517 through 520, a modified plan and disclosure statement ("Modified Third Amended Plan").

On January 23, 2020, as Dk. No. 523, the Court entered an order approving the third amended joint disclosure statement. On March 25, 2020, a confirmation hearing was held on the Modified Third Amended Plan. At this hearing the Court was informed the plan sponsor withdrew his offer to fund the Modified Third Amended Plan rendering it unconfirmable.

On April 3, 2020, as Dk. No. 560, the court entered an order to show cause why Lead Debtor's case should not be dismissed or converted, or why a Trustee should not be appointed ("OSC").

On April 10, 2020, as Dk. No. 571, Lead Debtor filed a motion to convert case from Chapter 11 to 7 ("Motion to Convert").

On April 15, 2020, as Dk. No. 577, the Court entered an order granting Lead Debtor's Motion to Convert.

On April 16, 2020, as Dk. No. 578, a notice of appointment and acceptance of trustee was filed by Richard A. Marshack.

## 2.    GlassRatner's Previous Retention by RDI During the Pendency of the Chapter 11 Proceedings

On October 2, 208, as Dk. No. 100, during the pendency of RDI's Chapter 11, it filed an Application to Employ GlassRatner Advisory & Capital Group LLC as Financial Advisor to Ruby's Diner, Inc. ("Initial GR Application").

On October 15, 2018, as. Dk. No. 111, the Office of the United States Trustee ("OUST") filed an objection to the Initial GR Application on two bases: (1) The Firm was not disinterested

1  because, absent a waiver, the Firm had an undisputed, non-contingent, liquidated claim against RDI

2  in the amount of $266,087; and (2) the submitted cash collateral budget in the RDI case

3  contemplated monthly payments to the Firm of $25,000 without noting compliance with the Guide

4  to Applications for Employment of Professionals and Treatment of Retainers published by the

5  OUST ("Guide") without any holdback[1] ("OUST Objection").

6          On November 28, 2018, as Dk. No. 148, RDI and the OUST, entered into a stipulation

7  resolving the OUST Objection ("OUST Stipulation"). Specifically, the Firm:

8          (a) was employed to represent only RDI in connection with its chapter 11 case, and
               was not employed by the SoCal Debtors, but that the Parties understand, that
9              certain matters that pertain to RDI will necessarily involve matters pertaining also
               to the SoCal Debtors due to the interrelated nature of the affiliated debtors'
10             finances. However, the Firm was only to provide services to and on behalf of RDI
               that were necessary and appropriate to such representation.
11         (b) Waived any pre-petition claims that it may hold against RDI and may not assert
               such claim in the RDI chapter 11 case.
12         (c) Did not waive any pre-petition claims that it may hold against the SoCal Debtors
               and could assert such claims in the SoCal Debtors' chapter 11 cases;[2]
13         (d) Was to be paid pursuant to the Budget but in compliance with the Guide and with
               holdbacks
14

15         On February 13, 2019, as Dk. No. 247, a supplemental declaration was filed by the

16  Firm in support of the Initial GR Application, attaching the operative 2018 engagement letter

17  between itself and Debtor.

18         On February 13, 2019, as Dk. No. 247, Opus Bank ("Opus") filed an objection to the

19  Initial GR Application, alleging the Firm was not disinterested because it was asserting and

20  requiring the payment of pre-petition fees that RDI would normally be responsible to pay

21  from the SoCal Debtors. Opus argued, the (a) continuation and assertion of these prepetition

22  fees made the Firm not disinterested, as those fees should be waived if the Firm wished to be

23  _____

24  [1] *See, In re Knudsen Corp.*, 84 B.R. 668 (9th Cir. BAP 1988).

25  [2] *See*, Dk. No. 213, "Supplemental Declaration of Michael Issa," ¶ 6. Prepetition amounts owing by
    all Debtors was $336,000. The Firm agreed to waive entirely as to all Debtors the prepetition fees
    allocated specifically to RDI. Those fees were $55,600. The Firm also waived 1/3 ($16,841) of the
26  2018 prepetition charges totaling $50,250. The net balance owing for which Proofs of Claim as to
    the related entities (but not RDI) will be filed is as follows:
27         Total Prepetition Owing:          $336,207
           Less RDI Allocation pre-2018      ($55,600)
28         Less RDI Allocation 2018.         (16,481)
           Net balance owing by non-RDI entities    $264,126

4

1  retained by RDI; and (b) commingling in its billing made it difficult to identify with

2  precision which entity was responsible for what fees.

3          On February 20, 2019, as Dk. No. 249, RDI filed a reply in support of the Initial

4  Application, with modification per the OUST Stipulation. RDI addressed the Opus Objection

5  by stating "[t]he issues as to the allowability and amount of any valid claim by GlassRatner

6  against the SoCal Debtors (or any of them) will be determined in connection with the claim

7  process in the SoCal Debtors' cases. These issues are simply not relevant, and should not be

8  a bar, to GlassRatner's employment by RDI."

9          On March 19, 2019, as Dk. No. 308, the Firm through Mr. Michael Issa, filed further

10  supplemental declaration in support of the Initial GR Application outlining billing practices

11  and the evolution of GR's retention by Debtors starting 2014.

12          On June 12, 2019, as Dk. No.387, the OUST Stipulation was withdrawn.

13          After multiple court hearings, on June 14, 2019, as Dk. No. 388, a stipulation ("Final

14  Stipulation") was entered into between the Firm, Ruby's Franchise Systems, Inc., all the

15  Debtors, the OUST, Opus, US Foods, the Official Committee for Unsecured Creditors

16  ("UCC") providing the Firm:

17        (a) Would be employed to represent RDI;
          (b) Waived any prepetition claims against RDI;
18        (c) Was to withdraw with prejudice two claims filed in the RFS bankruptcy and LH
              bankruptcy; and
19        (d) Amended claims were to be filed in the SoCal Diners, Quality, HB, OS, and PS
              reflecting a joint and several claim against these five entities in an agreed to
20            amount of $48,700.

21          On June 17, 2019, as Dk. No. 389, an order was entered approving the Final

22  Stipulation.

23          Ultimately, on July 30, 2019, as Dk. No. 399, an Order was entered approving the

24  Initial GR Application as modified by the Final Stipulation.

25  **3.      Necessity of Financial Advisor by Trustee**

26          GlassRatner is a financial advisory services firm which maintains offices at 19800

27  MacArthur Blvd., Ste. 820, Irvine, CA 92612, and other locations throughout the United States.

28  GlassRatner is a national specialty financial advisory services firm providing solutions to complex

APPLICATION BY TRUSTEE TO EMPLOY GLASSRATNER
4815-6022-3676, v. 1

business problems and board level agenda items. The firm applies a unique mix of skill sets and experience to address matters of the utmost importance to an enterprise such as managing through a business crisis or bankruptcy, planning and executing a major acquisition or divestiture, pursuing a fraud investigation or corporate litigation, and other top level non-typical business challenges. The combination of proven operating and financial expertise, and a hands-on approach.

The Trustee requires the assistance of Advisor to, among other things, provide and research factual information, to advise as to case strategy, and to provide investment banking services as may be requested, investigate, analyze, and advise regarding Estate assets. Trustee also requires the assistance of Advisor to:

- Update and review the "Hibernation Model" cash flow forecast;
- Gather and review various documents including but not limited to franchise agreements, leases, lien documents, license agreements, and such other documents as Trustee may request;
- Communication with Opus Bank and other creditors as needed;
- Litigation Support services with respect to various litigation including, but not limited to, assessment of claims against the Directors and Officers insurance policy;
- Investment banking services for the sale of certain assets of the Chapter 7 Estate of RDI, including but not limited to the various restaurants, intellectual property, leases, and membership interests in the restaurants that are not wholly owned by RDI. Assess the market receptivity and range of values for these assets; and
- Such other services as Trustee may request for the efficient administration of the Estate.

## B.    Requirements for Application to Employ Professional

Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure ("FRBP") and Rule 2014-1 of the Local Bankruptcy Rules ("LBR"), there follows a summary of the proposed employment of the Firm. Should the Office of the United States Trustee, the Court, or any party in interest request additional information, the Firm will provide a supplemental declaration prior to any hearing on this Application.

The Trustee seeks employment of the Firm pursuant to 11 U.S.C. § 327. The Firm will seek compensation pursuant to 11 U.S.C. §§ 330 and 331. A copy of this Application will be served on the Office of the United States Trustee.

The Trustee believes that the Firm is well-qualified to render the requested professional services to the Estate. The Firm specializes in financial advisory services providing analysis, consultations, and solutions to complex business issues across a variety of industries. GlassRatner and Mr. Issa have been retained to provide expert business advice to a variety of bankruptcy related parties, including chapter 7 trustees, chapter 11 debtors-in-possession, shareholders, lenders, and creditors.

Mr. Issa has been a principal of GlassRatner since 2010, when his former firm Ballenger Cleveland & Issa, LLC merged with GlassRatner. Mr. Issa is a nationally recognized turnaround expert and the recipient of the M&A Adviser Retailing Deal of the Year award in 2005. Mr. Issa has been appointed as a CRO in numerous Chapter 11 proceedings and has managed billions of dollars of debt restructuring and financing. Relevant to the case at bar, the Trustee believes that Mr. Issa's services and experience are necessary to preserve and maximize RDI's value for the benefit of the Estate.

Further, Mr. Issa has worked with RDI for several years prior to and after the petition date. As such, he has substantial institutional knowledge regarding RDI and its business. Trustee believes that it is in the best interest of the estate to take advantage of this experience and institutional knowledge and desires to employ GlassRatner and Mr. Issa as his financial adviser.

A biography of each professional of the Firm and a list of the current hourly billing rates is attached as **Exhibit 1** to the Declaration of J. Michael Issa ("Issa Declaration").

The Firm and each of the members, associates, and paralegals who will work on this case are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

APPLICATION BY TRUSTEE TO EMPLOY GLASSRATNER

4815-6022-3676, v. 1

### a.    FRBP 2014 - Proposed Arrangement Compensation

The Firm will render services to the Trustee as set forth in the Engagement Letter Agreement ("Agreement") a copy of which is attached to the Issa Declaration as **Exhibit 2**. The rates for Mr. Issa and other members of GlassRatner are as follows:

| Professional | Rates |
|---|---|
| J. Michael Issa | $535 |
| Wen Tan, Senior Associate | $275 |
| Other Staff | $275 to $450 |

Professional fees will be based on the number of hours worked at GlassRatner's standard hourly billing rates plus out-of-pocket costs incurred. In the event that Trustee desires the Firm to engage in Sell-side investment banking[3] for the Estate, the Firm will charge its normal hourly rates as noted in Exhibit 2, for the preparation of a teaser memorandum, not to exceed $7,500. Plus, the Firm will be entitled to a success fee on the gross proceeds of any sale.[4]

The Firm will be compensated from assets of the Estate, if any, and will not be compensated absent the Estate's receipt or recovery of such assets. The Firm has received no retainer for the services to be performed in this case and, has agreed that no retainer will be paid.

The Firm understands that its compensation in this case is subject to approval by the Bankruptcy Court pursuant to 11 U.S.C. §327. In compliance with 11 U.S.C. §§ 330 and 331, the Firm intends to file interim and final applications for allowance of fees and reimbursement of costs as and when appropriate.

The Firm has advised the Trustee that the Firm has not shared or agreed to share any compensation to be received in this case with any other person, except among partners of the Firm.

---

[3] The job of a sell-side research analyst/investment banker is to follow a list of companies, all typically in the same industry, and provide regular research reports to the firm's clients. As part of that process, the analyst will typically build models to project the firms' financial results, as well as speak with customers, suppliers, competitors, and other sources with knowledge of the industry.
[4] The success fee will be negotiated between the Trustee and the Firm at the time the Firm goes to market and be included in connection with any motion to sell.

APPLICATION BY TRUSTEE TO EMPLOY GLASSRATNER
4815-6022-3676, v. 1

## b.    FRBP 2014 - Firm's Connections and Associations

With the exception to the disclosures contained in this Application, [see Section A2 of this Application] to the best of RDI'S knowledge and based upon the attached Declaration of J. Michael Issa ("Issa Declaration"), neither GlassRatner nor any of its principals, associates, or staff has any connection with RDI, any creditors of the estate, any party in interest, its respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth in the Issa Declaration, and as follows:

- The Firm was purportedly an unsecured prepetition creditor in the RDI case in the amount of $55,058.00. But the Firm has already waived and abandoned any prepetition claims it may have had against RDI. *See*, Dk. No. 388.

- Since 2014, the Firm was retained by Debtors to provide financial advisory services prior to the Petition Date. In the one-year period prior to the filing of the Case, the Firm received the sum of $22,500 from RDI of which $22,500 was applied against prepetition fees and costs.

- There are no arrangements between the Firm and any other entity for the sharing of compensation received or to be received in connection with the Case, except insofar as such compensation may be shared among principals and associates of the Firm;

- The Firm holds claims against Socal Diners, Quality, HB, OS, and PS reflecting a joint and several claim against these five entities in an agreed to amount of $48,700. *See*, Dk. No. 388.

- However, the Firm has agreed to waive the claims against these entities.

Except as disclosed above and in the attached Issa Declaration, to the best of the Firm's knowledge, neither the Firm, nor any of the professionals comprising or employed by it, has any connection with Debtors or Debtors' attorneys or accountants, Debtors' creditors, or any other party in interest, or their respective attorneys or accountants.

Based on the foregoing, the Trustee believes that the Firm is a "disinterested person" within the meaning of 11 U.S.C. § 101(14).

To the best of the Firm's knowledge, and as set forth in the attached Issa Declaration, none of the attorneys comprising or employed by the Firm has any connection with any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any

4815-6022-3676, v. 1

1 person currently employed in the Office of the United States Trustee, except that while the Debtors

2 were in chapter 11, the Firm was previously retained.

3    **2.    LBR 2014-1(b)(1)(B) – Disinterestedness of the Firm**

4        Pursuant to LBR 2014-1(b)(1)(B), "[t]he application must be accompanied by a declaration

5 of the person to be employed establishing disinterestedness or disclosing the nature of any interest

6 held by such person." The Issa Declaration submitted with this Application provides information

7 establishing the Firm's disinterestedness and all required disclosures.

8    **3.    LBR 2014-1(b)(1)(C) – Service on Office of the United States**

9         **Trustee**

10       Pursuant to LBR 2014-1(b)(1)(C), "The United States Trustee must be served, in accordance

11 with LBR 2002-2(a), with a copy of the application and supporting declaration not later than the day

12 it is filed with the court. No hearing is required unless requested by the United States trustee or a

13 party in interest, or as otherwise ordered by the court." As set forth in the sworn Proof of Service

14 filed contemporaneously with this document, the Firm served a copy of this Application on the

15 Office of the United States Trustee on the date this Application was filed with the Court.

16 **C.    Conclusion**

17       WHEREFORE, the Trustee requests that he be authorized to employ the Firm pursuant to 11

18 U.S.C. § 327 at the Firm's hourly rates with any compensation and reimbursement of costs to be

19 paid by the Estate only upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330

20 and 331.

21 DATED: June 8, 2020                    Respectfully submitted,

22                                         By: _____
                                              RICHARD A. MARSHACK
23                                            Chapter 7 Trustee for the Jointly Administered
                                              Bankruptcy Estate of Ruby's Diner, Inc.
24
    DATED: June 8, 2020                    MARSHACK HAYS LLP
25
                                           By: */s/ D. Edward Hays*
26                                            D. EDWARD HAYS
                                              LAILA MASUD
27                                            Proposed General Counsel for
                                              Richard A. Marshack,
28                                            Chapter 7 Trustee for the Jointly Administered
                                              Bankruptcy Estate of Ruby's Diner, Inc.

                                           10

# Declaration of J. Michael Issa

I, J. MICHAEL ISSA, say and declare as follows:

1.    I am an individual over 18 years of age and competent to make this Declaration.

2.    I make this Declaration in support of the Application of Chapter 7 Trustee to Employ GlassRatner Advisory & Capital Group, LLC as Financial Advisor ("Application") filed by Richard A. Marshack, the Chapter 7 Trustee ("Trustee") for the Jointly Administered Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California corporation ("Debtor"), Case No. 8:18-bk-13311-CB, and associated cases.

3.    If called as a witness, I could and would competently testify to the following of my own personal knowledge.

4.    The Trustee has asked that the Firm serve as his financial advisor in connection with the administration of the Estate. The Firm is well-qualified to do so. GlassRatner and I have been retained to provide expert business advice to a variety of bankruptcy related parties, including chapter 7 trustees, chapter 11 debtors-in-possession, shareholders, lenders, and creditors. GlassRatner has a national reputation in providing bankruptcy and restructuring consulting services.

5.    I have been a principal of GlassRatner since 2010, when my former firm Ballenger Clevland & Issa, LLC merged with GlassRatner. A true and correct copy of my resume is attached here as Exhibit "4." I am a certified public accountant (inactive) and have had more than 30 years of experience in bankruptcy consulting, debt restructuring, corporate operations, and mergers and acquisitions. I am a nationally recognized turnaround expert and a two-time winner of category awards in Middle Market Deal of the Year awards (2004 and 2012). A biography of each professional of the Firm and a list of the current hourly billing rates is attached as **Exhibit 1.**

6.    The Trustee requested the assistance of the Firm to investigate the issues in this case and administer assets for the benefit of creditors, including, but not limited to investigating the lead bankruptcy case along with 6 associated cases.

7.    The Firm will render services to the Trustee as set forth in the Engagement Letter Agreement ("Agreement") a copy of which is attached as **Exhibit 2.** The Firm's current hourly billing rates are as follows

| Professional | Rates |
|---|---|
| J. Michael Issa | $535 |
| Wen Tan, Senior Associate | $275 |
| Other Staff | $275 to $450 |

8.    The Firm has not received a retainer for the services that it will perform in this matter.

9.    The Firm understands that its compensation in this case is subject to approval of this Court pursuant to 11 U.S.C. §§ 327, 330, and 331.

10.    The Firm has not shared or agreed to share any compensation to be received by it in the case with any other person, except as among partners of the Firm.

11.    The Firm completed a conflicts-check prior to submitting this Application.

12.    To the best of the Firm's knowledge, none of the attorneys comprising or employed by the Firm has any connection with any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee, except that: while the debtors were in chapter 11, the Firm was previously retained.

13.    With the exception to the disclosures contained in the Application, [see Section A2 of the Application] to the best of my knowledge neither GlassRatner nor any of its principals, associates or staff has any connection with RDI, any creditors of the estate, any party in interest, its respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows:

- The Firm was an unsecured prepetition creditor in the RDI case in the amount of $55,058.00. But the Firm has already waived and abandoned any prepetition claims it may have had against RDI. *See*, Dk. No. 388, in Case No. 8:18-bk-13311-CB.

- Since 2014, the Firm was retained by Debtors to provide financial advisory services prior to the Petition Date. In the one-year period prior to the filing of the Case, the Firm received the sum of $22,500.00 from RDI of which $22,500.00 was applied against prepetition fees and costs.

2

- There are no arrangements between the Firm and any other entity for the sharing of compensation received or to be received in connection with the Case, except insofar as such compensation may be shared among principals and associates of the Firm;

- The Firm holds claims against Socal Diners, Quality, HB, OS, and PS reflecting a joint and several claim against these five entities in an agreed to amount of $48,700. *See*, Dk. No. 388.

- However, the Firm has agreed to waive the claims against these entities.

14.    Except as disclosed above, to the best of the Firm's knowledge, neither the Firm, nor any of the professionals comprising or employed by it, has any connection with Debtors or Debtors' attorneys or accountants, Debtors' creditors, or any other party in interest, or their respective attorneys or accountants except that the Firm has worked with the Trustee and other involved professionals in unrelated cases.

15.    Based on the foregoing, I believe that the Firm is a "disinterested person" within the meaning of 11 U.S.C. § 101(14).

16.    The Firm is not and was not an investment banker for any outstanding security of the Debtors.

17.    The Firm has not been within three (3) years before the date of the filing of the petition, an investment banker for a security of Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of Debtors.

18.    The Firm is not and was not, within two (2) years before the date of the filing of Debtors' petition, a director, officer or employee of the Debtors or of any investment banker for any security of Debtors.

19.    Because the Firm has waived its claims against Debtors, the Firm is not a creditor of any of the Debtors, an equity security holder, or an insider of Debtors. The Firm no longer holds any no pre-petition claims against Debtors' Estates and is no longer owed any funds by Debtors.

20.    The Firm neither holds nor represents any interest materially adverse to the interest of the Estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, Debtors or an investment banker for any security of Debtors, or for any other reason.

APPLICATION BY TRUSTEE TO EMPLOY GLASSRATNER

4815-6022-3676, v. 1

1    21.    The Firm does not have an interest adverse to Debtors or the bankruptcy Estates.

2    I declare under penalty of perjury that the foregoing is true and correct. Executed on June

3    June 5, 2020, at _IRVINE_, California.

4                                                J. MICHAEL ISSA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

EXHIBIT 1



# J. MICHAEL ISSA

**GlassRatner Advisory & Capital Group LLC**
19800 MacArthur Suite 820
Irvine, CA 92612
949 862-1595

*EXPERIENCE*
**GlassRatner Advisory & Capital Group LLC**
*California Managing Principal*
GlassRatner is a national advisory firm with offices in a number of major cities. The firm received the award for Middle Market Turnaround Firm of the Year in 2013. Mr. Issa is the principal in charge of the firm's California practice. The firm and its principals have provided significant benefits to clients in many industries including automotive, manufacturing, distribution, healthcare, retailing, restaurants, professional practices, services, real estate, oil and gas, and construction. The firm has an extensive real estate consulting and capital raising operation as part of its practice. The firm's services to its clients have been diverse, and have included the following:

• Mr. Issa and his team have raised various types of equity financing and joint venture participations on behalf of their clients. One of Mr. Issa's 2012 transactions received a major category award in 2013 at the Atlas Turnaround Event. Mr. Issa also won the M&A Advisors Award for Middle Market Retailing Deal of the Year in 2005.
• Mr. Issa was the financial adviser to the successful buyer of the Premier Cru inventory, the largest wine liquidation sale in US bankruptcy history.
• Mr. Issa has advised a number of investors on acquisitions of assets including portfolios of distressed assets from banks.
• As a part of crisis management for their clients, the firm frequently engages in debt restructuring. Mr. Issa has personally managed several billion dollars of debt restructuring on behalf of his clients and has been Chief Restructuring Officer for many of California's residential, office and retail developers, including some of the largest restructurings and bankruptcies in the last two real estate cycles. He has served as a Chapter 11 Bankruptcy Trustee in the Central District of California as well as in other Court appointed fiduciary capacities.
• Mr. Issa is a well-known authority on corporate operations, including working in interim management capacities. Services provided to his clients have included debt restructuring including CRO, bankruptcy advisory, capital raising, M&A and financial and operational turnaround.
• Mr. Issa has also been a court-appointed liquidating trustee of portfolios of real property and of operating companies, including a Registered Investment Adviser. He chaired the strategic disposition committee of a public hotel company when the company's assets were sold off in a nine-digit transaction to another public hotel company.
• Mr. Issa and other GlassRatner professionals frequently appear as expert witnesses in litigation matters. These matters frequently involve testimony in the context of corporate, partnership, or individual bankruptcies. Examples of such testimonies include Plan

Feasibility at Bankruptcy Confirmation Hearings, testimony in Use of Cash Collateral Hearings, company and asset liquidation analysis, adequacy of New Value, and a variety of financing and recapitalization issues. Mr. Issa has testified on interest matters in bankruptcy court a number of times. Mr. Issa and the firm also appear as expert witnesses in a variety of other non-bankruptcy litigation matters.

**Ballenger Cleveland & Issa, LLC** with offices in Los Angeles and Irvine
***Executive Managing Director and Cofounder***
Mr. Issa's Orange County practice of Ballenger Cleveland & Issa, LLC merged with GlassRatner in November 2010. The array of services outlined above was substantially the same at both BCI and GlassRatner.

**KIBEL GREEN ISSA, Inc**. with offices in Santa Monica and Irvine, Ca
***Vice Chairman, Managing Director of Orange County Practice***
Mr. Issa was the principal in charge of the firm's Orange County practice since the office opened in 1993. KGI was named one of the "12 Outstanding Turnaround Firms Nationally" by a nationwide industry publication during Mr. Issa's tenure.

***PREVIOUS WORK EXPERIENCE***
Prior to his employment with KGI, Mr. Issa was the head of a group of companies, which were privately owned by several high net-worth, individual investors whose primary business was to acquire and turnaround problem assets including both operating companies and real property. After completing graduate school, Mr. Issa worked as a commercial banker with a regional bank and a money center bank for a total of five years. Subsequent to his banking career, Mr. Issa was the chief financial officer for a privately held company with diverse investments in operating companies, oil and gas assets and real estate.

***OTHER QUALIFICATIONS***
**Education:**
Mr. Issa is a Beta Gamma Sigma Master of Business Administration from the University of Texas at Austin. He also received a Bachelor of Business Administration from the same institution. Mr. Issa has also taught in the business schools at three different four-year universities.

**Boards:**
Mr. Issa has served on the boards of both public and private companies as well as various non-profit organizations. He has also served on or chaired a number of strategic, financial and operating committees for these companies.

**Licenses and Professional Designations:**
Mr. Issa is a Certified Public Accountant. He also holds various FINRA licenses including the Series 79; Series 63; and Series 65. He is a member of the following professional organizations: Orange County Bankruptcy Forum, Turnaround Management Association, and Urban Land Institute. He has also been included in the Nationwide Register's Who's Who in Executives and Businesses and speaks frequently at industry conferences on a variety of topics. He is also a Pulitzer nominee and award-winning writer.

**EXHIBIT 1**
**Page 16**

# BRINGING CLARITY TO COMPLEX BUSINESS SITUATIONS



WWW.GLASSRATNER.COM

## Retail Industry Services & Experience Overview

2   Overview of Services & Retail Client Types

3   Summary of Experience by Core Service Area

6   GlassRatner Retail Team

13  GlassRatner Offices

14  Retail Industry Creditor Committee Services

16  B. Riley Financial Capabilities: Retail



GLASSRATNER
a B. Riley Financial company

**EXHIBIT 1**
**Page 17**



# Overview of Services & Retail Client Types

**2**

**GlassRatner Advisory & Capital Group** is a national specialty financial advisory services firm providing solutions to complex business problems and Board level agenda items. The firm applies a unique mix of skill sets and experience to address matters of the utmost importance to an enterprise such as managing through a *business crisis or bankruptcy, pursuing a fraud investigation or corporate litigation, planning & executing a major acquisition or divestiture,* unraveling a challenging real estate issue and other top level non-typical business challenges. GlassRatner can also offer clients end-to-end services at any stage during the business life cycle through its affiliation with B. Riley Financial. The combination of proven operating and financial expertise, cross-platform resources, a hands on approach and an absolute focus on assignment execution makes GlassRatner a unique and valuable ally for its clients and partners.

GlassRatner services in each of our core service areas:

## Bankruptcy & Restructuring

- Financial Advisor to Creditor Committees
- Pre & Post Filing Debtor Representation
- Financial Restructuring
- Liquidating Agent/Fiduciary Services
- Turnaround & Interim Management including CEO/CRO/CFO roles
- Bankruptcy & Preference Litigation
- Solvency Analysis & Opinions

## Real Estate Services

- Borrower & Lender Advisory
- Principal Investments & Financings
- Strategic Workout & Restructuring
- Liquidations & Loan Sales
- Capital Markets
- Property Management, Brokerage, Receiverships
- Construction Advisory & Dispute Resolution
- Real Estate Appraisals

## Forensic Accounting & Litigation Support

- Economic Damages
- Fraud/Internal Investigations
- Fraud Detection & Prevention
- Anti-Fraud & Anti-Corruption Compliance Training
- Valuation Disputes
- Construction Litigation
- Intellectual Property Litigation
- Regulatory Consulting & Valuation
- Anti-Trust Litigation

## Corporate Finance & Valuation

- Mergers & Acquisitions
- Financings
- Valuation Reports & Opinions
- Due Diligence Services

▶ *GlassRatner has acted in numerous roles within the retail sector. Our clients include the following in the retail industry:*

- Local, Regional and National Retail Chains
- Unsecured Creditor Committees
- Senior Secured Lenders
- Major Investor/Shareholder Groups and Franchisees
- Restaurants, Hotels & Other Hospitality Chains
- Landlords and Developers of Mid to Major Malls

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 18**

## Summary of Experience by Core Service Area:
# RETAIL INDUSTRY

3



## Bankruptcy and Restructuring

- Chief Restructuring Officer and Financial Advisor to Arhaus Furniture, a 65-store nationwide retail furniture chain based in Hudson, Ohio in connection with the refinancing of the company's debt facility.

- Chief Restructuring Officer and Financial Advisor/ Investment Banker to Pik-Nik Products Company, a food and beverage manufacturer with distribution sales of $100 million.

- Financial Advisor to the debtor in connection with the chapter 11 filing of Food Barn, Inc., a 50-store chain based in Kansas City, MO.

- Financial Advisor to Winn-Dixie to perform valuation analyses and sell-side investment banking services in connection with its chapter 11 restructuring.

- Financial Advisor to the secured lender in the Just For Feet chapter 11 bankruptcy.

- Interim Chief Financial Officer in the Pet Metro, Inc. chapter 11 bankruptcy.

- Financial Advisor to Chevys, Inc. et al., a national restaurant chain, in its chapter 11 bankruptcy.

- Financial Advisor to Spectrum Restaurants Inc., a multi-location, upscale restaurant chain, in its chapter 11 bankruptcy.

- Advisor to management of S.C.R.U.B.S., Inc., an apparel manufacturer and multi-location retailer to develop an inventory liquidation and store closing plan.

- Chief Restructuring Officer of a 50-location wireless retailer to analyze strategic alternatives and conduct a wind-down of operations.

- Financial Advisor to Prandium, Inc., a national restaurant chain with approximately 300 locations (Chi-Chi's, Hamburger Hamlet, Koo-Koo-Roo's, Coco's and Carrow's), in its chapter 11 bankruptcy.

- Financial Advisor to the Secured Lender of a 30-store chain of Burger King franchises in connection with its chapter 11 bankruptcy.

- Advised the largest equity holder of Barney's New York, an apparel and home goods retailer, through the Chapter 11 process.  Ultimately recovered significant real estate assets for our client.

- Engaged as financial advisor to Big M, a retailer of trendy, low-price clothing to young women, prior to its Chapter 11 filing.

- Served as financial advisor to the Unsecured Creditors in the bankruptcy and restructuring of Rhodes Furniture, a major furniture supplier and retailer.

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 19**

# Summary of Experience by Core Service Area:
# RETAIL INDUSTRY CONTINUED

4



## Bankruptcy and Restructuring (Continued)

- Performed an in-depth business and financial review of the retail subsidiary of Rowe Furniture, Storehouse, an 85+ location retail chain. Our assignment included a (i) detailed lease and real estate review, (ii) store closure analysis and (iii) product mix and product profitability/rationalization analyses. GlassRatner professionals were also engaged to implement a restructuring plan and serve as the Company's CFO, VP of Operations, and Director of Systems.

- Served as financial advisor to the Unsecured Creditors in the bankruptcy and restructuring of Garden Ridge, a retailer of home decorating accessories.

- Engaged as financial advisor to the Unsecured Creditors in the bankruptcy and restructuring Lechter's, a large warehouse retailer.

- Served as financial advisor to the Unsecured Creditors in the bankruptcy and restructuring of Carson Pirie Scott, a major furniture supplier and retailer.

- Served as financial advisor to Crumbs Bake Shop, a specialty cupcake retailer, and helped raise new financing to restructure the business and prevent a bankruptcy filing.

- Served as CEO/CRO for a chain of 69 Greek restaurants in Chapter 11. Completed sale to a private equity group.

- Prepared cash flow projections for Clothestime (NASDAQ), a regional retail apparel chain, enabling the company to obtain the use of cash collateral and receive a DIP loan commitment in connection with its Chapter 11 filing. Assisted the company in developing a store keep/close strategy.

- Prepared financial projections used in obtaining cash collateral for Barry's Jewelers (NASDAQ), a $110 million national retail jewelry chain, in its Chapter 11 case. Assisted in developing store closure strategies (closed 33 stores upon filing), renegotiating leases (over $2 million of savings), tracking and reporting cash flow, and improving inventory controls.

- Financial advisor to the Unsecured Creditors Committee in connection with the Chapter 11 bankruptcy filing of Western Convenience Stores, a 45-location chain of convenience stores located in Colorado and Nebraska.

- Financial Advisor to the mezzanine debt holders in the out-of-court operational and debt restructuring of Bijoux Terner, a global chain of fashion retail stores with over 700 locations and $50 million in debt.

- Led restructuring program of NationsRent, one of the largest full-service equipment rental companies in the U.S.. The restructuring program achieved over $35 million in annual profit improvements and asset sales of over $100 million

- Financial Advisor to Patchingtons, an operator of clothing stores for women in Florida and New Jersey, where we assisted the creditors in the successful Chapter 11 restructuring of the business.

- Financial Advisor to Tiles & Stones,, a multi-location retailer of high-end tile and stone materials for residential properties during its Chapter 11 proceeding.

- Retained as the debtor's financial advisor in connection with the Chapter 11 bankruptcy filing of Winn-Dixie, a 650-store retail grocery chain primarily in the southeast United States.

- Financial advisor and investment banker to Gas-Mart USA, Inc. in connection with the company's Chapter 11 bankruptcy filing. Gas-Mart was a 100-location chain of convenience stores located in Missouri, Kansas, Nebraska, Iowa, Indiana, Illinois and Wisconsin.

- Retained as the financial advisor to an $800 million discount retail apparel chain.

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 20**

# Summary of Experience by Core Service Area:
# RETAIL INDUSTRY CONTINUED

**5**

## Forensic Accounting & Litigation Support

- Expert Witness and Financial Advisor in various matters for CVS.

- Expert Witness and Financial Advisor in various matters for Lowe's Home Improvements.

- Damages Consultant to a major organic grocery chain in Southern California.

- Analyzed the financial information of an exclusive distributor, who was terminated for untimely bill payment and insufficient capital, on behalf of a Fortune 500 brewery Company.

- Assessed internal control weaknesses, and implemented cash controls and asset monitoring procedures for a California-based sporting goods retailer.

- Financial Advisor and Investment Banker to the chapter 7 Trustee of an independent Southern California specialty grocery store.

- Receiver for Southeast Express Lubes, a chain of quick lube retailers with approximately a dozen locations.

- Financial Advisor to the Official Committee of Unsecured Creditors in the E-Z Lube chapter 11 bankruptcy.

- Court-appointed Receiver for a retail gelato operation, tasked with operating the business and marketing it for sale.

- Financial Advisor to a financially distressed distributor to national grocery chains. Analysis and testimony regarding the value of a minority interest in a restaurant chain in the Southeast.

## Corporate Finance & Valuation

- Performed an operational assessment and served as financial advisor to Gadget Shop, a premier mail-order catalog and internet store for gifts and gadgets.

- Financial Advisor in connection with the valuation of United Supermarkets of Oklahoma, a 20-store chain throughout the state of Oklahoma.

- Financial Advisor to BI-LO, a 200-store chain in the Southeast United States. Performed valuation analyses, acted as litigation consultant, and expert witness.

- Financial Consultant tasked with performing store-closure analyses and developing a 13-week cash flow model in connection with A&P's chapter 11 restructuring.

- Investment Banker to Byerly's grocery store chain in Minneapolis (currently owned by Lund Food Holdings).

- Advised a wireless company on the financial results of its retail operations and renegotiated over $20 million in lease obligations.

- Consultant to a retail pie company overseeing sales, marketing strategy, and retail operations.

- Performed an operational assessment and served as sell side advisor to Copeland Sports, a specialty sporting goods retailer.

- Advised Estee Lauder, a manufacturer, marketer and retailer of skincare, makeup, fragrance and hair care products on its IPO and follow-on equity issuance.

- Performed an operational assessment and served as sell side M&A advisor to JC Whitney, a distributor and retailer of automobile parts and accessories.

- Performed an operational assessment and served as sell side M&A advisor to Tuesday Morning, a closeout retailer of upscale home furnishings, housewares, gifts and related items.

- Performed a business assessment and advised on an IPO for Coinstar, a provider of business solutions for retailers.

- Performed an operational assessment and served as financial advisor to Gadget Shop, a premier mail-order catalog and internet store for gifts and gadgets.

- Retained by a trendy fashion designer/manufacturer of men's and women's clothing. GlassRatner completed acquisition financing for L&F Holdings Inc., a consortium including Link International Co Ltd. (Japan), Fast Retailing Co Ltd. (Japan), and Andrew Rosen.

- Evaluated a $30 million potential follow-on investment in an international luxury retail firm by a multi-billion dollar trust.

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 21**

# GlassRatner Retail Team

6



**Jeff Nerland**
*Senior Managing Director, Irvine*

<u>Contact:</u>
949.407.6627
jnerland@glassratner.com
vCard

Jeff Nerland is a Senior Managing Director with as more than 35 years of senior financial management, operating and advisory experience for underperforming companies, both domestically and internationally. An experienced restructuring professional, in and out of Chapter 11, he has successfully led numerous distressed clients to stability and profitability in a variety of businesses, with particular expertise in retail.

Representative examples of Jeff's broad retail engagement experience include serving as:

- Developed bankruptcy and non-bankruptcy scenarios and business plans for Chief Auto Parts, a $400 million retailer of auto parts. Prepared an offering memorandum, assisted in presentations to four investment groups, and received four expressions of interest.  Sold the company for approximately $130 million.
- Interim CFO/CRO for a 400-store national chain of fabric stores; led a major operational restructuring that resulted in EBITDAR increasing from ($26 million) to +$5 million in one year by cutting costs and closing underperforming stores, developing a prototype store to refresh the brand, and increasing gross margins through a shift in merchandise mix and vendor negotiations.  All creditors were paid in full, and the Company exited Chapter 11 in 15 months with equity holders unimpaired.
- Recommended and assisted in implementing more than $3 million in annual cost reductions (including over $4.7 million in total rent reductions at 38 locations) for Merksamer Jewelers, an $85 million national retail jewelry chain. Negotiated with senior lender (GE Capital) and unsecured creditors to provide additional credit and restructured over $70 million of debt. The company exited Chapter 11 approximately four months after filing.
- Advisor to Bashas' supermarket chain, a $2 billion company, to identify actions to reduce costs, improve EBITDA and generate cash; developed a comprehensive operational plan which improved EBITDA by over $64 million and generated an additional $22 million of cash.
- CEO/CRO for a chain of 69 Greek restaurants in Chapter 11; completed 363 sale to private equity group.
- Prepared a 635-store national retail chain with $550 million in revenue for a Chapter 11 filing. Developed the business plan and negotiated with official committees as interim CFO. Gained use of cash collateral; negotiated a $20 million DIP loan and a $60 million exit financing package. Developed cost reduction programs (reducing corporate overhead by 50%), evaluated individual stores (closing 360 stores), and created a MIS strategic plan. The company emerged from Chapter 11 in 21 months.
- CRO for a 55-store children's apparel chain.  Developed non-bankruptcy and bankruptcy sale scenarios.  Worked with the potential buyer on due diligence. As the buyer backed out of the transaction after the Company filed, led the inventory auction process which resulted in a 116.8% of cost recovery.  The secured lender was paid in full and other creditors realized proceeds of more than double their expectations.
- Engaged as the Wind-down Administrator of over $1 billion of assets of Bon-Ton, a major department store chain.

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 22**

# GlassRatner Retail Team





**Joe Pegnia**
*Senior Managing Director, Atlanta*

**Contact:**
678.399.8446
jpegnia@glassratner.com
vCard

Joseph V. Pegnia is a Senior Managing Director based in Atlanta. Joe has more than twenty years' experience as a turnaround advisor and has advised borrowers, secured lenders, bondholders, trade creditors and equity holders in both out of court and in court proceedings. He has extensive experience in U.S Bankruptcy Courts and Federal District Court.

On behalf of his clients, Joe evaluates all potential courses of action to improve performance and maximize value including cost reductions, capital raising and potential asset sales. He has extensive experience in each of these areas. Examples include reducing client overhead by 40%, executing recapitalizations, and conducting asset sales in out of court transactions or as part of in-court proceedings. His asset sale experience includes Section 363 sales, Assignments for the Benefit of Creditors, Receivership sales, and out-of-court processes.

Joe has worked on a wide variety of retail cases, acting on behalf of debtors and trade creditors which affords him the perspective of seeing both sides. Sector experience and prominent cases include Department Stores (Venture Stores, Caldor), Grocery Stores (Bi-Lo, A&P), Jewelry (Friedman's), Flooring (Flooring America, Carpets 'N More), Sporting Goods (Jumbo Sports), Home Video (Blockbuster, Movie Gallery (2)), and Casual Dining (RMH Franchise Corp. / Applebee's).

Notable experience includes:

- RMH Franchise Corp. – Chief Restructuring Officer of this Applebee's franchisee which filed Chapter 11 to stave off litigation. Joe guided the Debtors through the Chapter 11 reorganization process which included recapitalization of the company's balance sheet.
- Hancock Fabrics (Home Goods) - Financial Advisor to the Official Committee of Unsecured Creditors in the first chapter 11 case. Joe led the team conducting due diligence on the company and negotiated a plan of reorganization on behalf of the committee that returned 100% plus interest to unsecured creditors.
- Rhodes Furniture – Expert Witness for the liquidation trustee – Joe authored an expert report on solvency of the Debtors based on a hypothetical reorganization under which unprofitable stores were closed and profitable stores were sold as a going concern.

Prior to joining GlassRatner Joe was a Partner and Shareholder with GGG Partners and a Managing Director with FTI Consulting. Joe began his restructuring career with Ernst & Young LLP. Prior to E&Y Joe was as an asset based lender which led to his interest in turnaround situations.

Joe earned his BS in Business from Miami University and an MBA in Finance from Xavier University.

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 23**



# GlassRatner Retail Team



**Ian Ratner**
*Co-Founder*

**Contact:**
404.835.8840
iratner@glassratner.com
vCard

Ian Ratner is a CPA with approximately 30 years of experience in Public Accounting, Forensic Accounting, Business Valuations, Due Diligence Services, Corporate Finance and Bankruptcy Consulting. He co-founded GlassRatner in 2001 with Ron Glass and has been instrumental in building GlassRatner into one of the leading multi-office financial advisory services firms in the country.

Ian has a diverse practice that covers most of the firm's service lines. In the Bankruptcy & Restructuring area, Ian has represented borrowers and lenders in and out of formal bankruptcy proceedings. He led the firm's efforts on behalf of the Creditor Committees in Adventure Parks Group LLC; The Billing Resource, dba Integretel; and Fairfield Residential, which was one of the country's top multifamily developers who filed bankruptcy in 2009. More recently, Ian led the restructuring efforts on behalf of the Creditors Committee in the AstroTurf LLC Chapter 11 case, which resulted in a successful sale of the business as a going concern to a foreign buyer. During the real estate meltdown of 2007 to 2010, Ian led a variety of real estate (multi-family, retail, condo development and homebuilder) debt restructuring assignments for both single asset/single lender and multi-bank/multi-asset credit facilities, where the face value of the outstanding debts range from tens of millions of dollars to billions of dollars. These real estate assignments included supporting the restructuring of the Related Group one of the nation's largest condo developers headquartered in Miami, and leading the restructure of John Wieland Homes, a major homebuilder headquartered in Atlanta.

Ian has been appointed Special Master, Receiver, Chapter 7 Trustee, Liquidating Agent and Advisor to Independent Arbitrators and is a trusted Fiduciary. One of his most exciting and high profile assignments in this area involved being appointed Receiver by the High Court of Anguilla related to several hedge funds whose ownership was disputed. Ian led an international asset tracing investigation and coordinated a complex series of international multi jurisdictional lawsuits to ultimately recovered tens of millions of dollars on behalf of their rightful beneficiaries. Other significant Caribbean assignments included the investigation of the collapse of CL Financial Limited for the Central Bank of Trinidad and Tobago, whose holdings included CLICO, the largest Caribbean insurer, the largest bank in Trinidad and Tobago, and numerous U.S. real estate investments. In addition, Ian has significant experience in the financial services and fund area including being retained as the solvency expert in the SageCrest LLC bankruptcy and the wind down of the Laurus Master Fund.

Notwithstanding Ian's proven track record as a Bankruptcy & Restructuring Advisor, he is better known as an Expert Witness in complex commercial litigation cases, fraud investigations and solvency-related valuation disputes. Mr. Ratner has testified at trials, arbitrations, and depositions on approximately 140 occasions and has worked on matters throughout the United States and Caribbean for law firms, governmental agencies and Fortune 500 companies. Ian has been retained as a forensic accounting, damages and valuation expert on behalf of countless household names such as UPS, Kodak, PNC Bank, BB&T, HCA, FMNA, Dell, Delta, Equifax, CIBC World Markets, AT&T, Blue Cross Blue Shield, Bellsouth, Verizon, Cingular Wireless, the City of Atlanta, Emory University and the University of Kansas to mention a few.

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 24**

# GlassRatner Retail Team

9



**Ian Ratner**
*Co-Founder*

<u>Contact:</u>
404.835.8840
iratner@glassratner.com
vCard

Ian is often called on for high stakes litigation such as his role as an expert witness on behalf of the Special Receiver in Livent, Inc. v. Deloitte & Touche LLP, various plaintiffs in the Engle Progeny-Tobacco Litigation, or his role as an expert on behalf of the Department of Justice in the penalty phase of the BP Deepwater Horizon Oil Spill Litigation. Finally, due to Ian's diverse background, financial acumen and facilitative nature he has been called on many times to advise shareholders, Boards and other corporate stakeholders.

Ian has significant retail experience, a few of his credentials in the retail area include:

- Advising the Creditors Committee in Nationwide Furniture and Mattress Wholesalers a 200 plus location chain of mattress and furniture stores;
- Advising the Creditors Committee in Value Music Concepts, Inc a 125 plus location chain of music and entertainments stores located in outlet malls;
- Acting as Financial Advisor to Progressive Lighting, Lee Lighting and Savoy House, a chain of Lighting Outlets and a wholesale distributor;
- Acting as Financial Advisor to a variety of restaurant chains including a 160-location franchisee of Popeye's Restaurants; and
- Acting as expert witness and forensic accountant in dozens of matters involving multi-location retail and restaurant chains.

Mr. Ratner is a CPA, an ASA (Accredited Senior Appraiser, Business Valuation Section of the American Society of Appraisers), a CFE (Certified Fraud Examiner) and holds the ABV designation for CPAs Accredited in Business Valuation granted by the AICPA. He is an accomplished public speaker on a variety of topics such as due diligence, bankruptcy litigation and business valuations. He has led more than 120 CLE programs and training seminars for law firms around the country and professional conferences such as the ABI (American Bankruptcy Institute), Southeastern Bankruptcy Workshop, the AIRA (Association of Insolvency and Restructuring Advisors), VALCON, several AICPA conferences and university classes. Ian has been interviewed on the Nightly Business Report and Fox Business. He holds graduate and undergraduate business degrees from McGill University in Montreal, Quebec. Mr. Ratner co-authored a Wiley text called Business Valuation and Bankruptcy in 2009 and was inducted as a Fellow in the American Bankruptcy College in 2010. In 2017 and 2018, Ian was named as one of the Top 100 Restructuring & Turnaround Professionals by the Global M&A Network and the Top Individual Expert Witness - Economic by the Daily Report.

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 25**

# GlassRatner Retail Team



10



**Tom Santoro**
*Principal,*
*Fort Lauderdale*

**Contact:**
954.859.5074
tsantoro@glassratner.com
vCard

Tom Santoro is a nationally recognized financial advisor and expert witness with over 30 years of highly-valued experience managing complex business matters as an advisor to companies, lenders and attorneys and as a senior financial officer of public and private companies. He has led numerous restructurings and transactions in the retail industry. Mr. Santoro has successfully restructured operations and the balance sheets of various retail operators, including NationsRent, Bijoux Terner, Patchington, Tiles & Stones and NC Games. These and other restructurings were implemented in bank workouts or Chapter 11 and other court-supervised proceedings. Mr. Santoro's background includes all phases of restructurings, turnarounds, crisis management, commercial litigation and executive management with emphasis on designing and implementing strategic solutions in challenging situations.

Prior to merging his firm with GlassRatner in 2005, he served as a Corporate Financial Officer of NationsRent, one of the largest full-service equipment rental companies in the United States with annual revenues of $670 million and 120 retail locations. Mr. Santoro led a restructuring program that achieved over $35 million in annual profit improvements and asset sales of over $100 million. He has a reputation in the retail industry as a consensus-builder with artful negotiating skills.

Mr. Santoro began his career as a Certified Public Accountant (CPA) in the Chicago offices of Arthur Andersen and Price Waterhouse. He received his MBA in Finance and Marketing from the University of Chicago's Booth Graduate School of Business and his BS with honors in Finance and Accounting from Northern Illinois University.

Some of Mr. Santoro's recent and representative matters include:

- **Financial Advisor to Mezzanine Debt Holders of Bijoux Terner –** Tom Santoro served as Financial Advisor to the mezzanine debt holders in the out-of-court operational and debt restructuring of Bijoux Terner, a global chain of fashion retail stores with over 700 locations and $50 million in debt;
- **Vice President, Finance of NationsRent –** Tom Santoro was Vice President, Finance of NationsRent, one of the largest full-service equipment rental companies in the United States with annual revenues of $670 million and 120 retail locations. Mr. Santoro led a restructuring program that achieved over $35 million in annual profit improvements and asset sales of over $100 million;
- **Financial Advisor to the Creditors Committee of Patchington –** Tom Santoro served as Financial Advisor to Patchingtons, an operator of clothing stores for women in Florida and New Jersey. Mr. Santoro assisted the creditors in the successful Chapter 11 restructuring of the business;
- **Financial Advisor to Tiles & Stones –** Tom Santoro served as Financial Advisor to Tiles & Stones, a multi-location retailer of high-end tile and stone materials for residential properties during its Chapter 11 proceeding;
- **Financial Advisor to NC Games –** Tom Santoro served as Financial Advisor to NC Games, the largest video game retailer in Brazil, in its out-of-court restructuring.

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 26**

# GlassRatner Retail Team

**11**



## Sam Hewitt, Principal (Atlanta)

Sam Hewitt has more than 35 years' experience in public accounting, industry, interim financial management, turnarounds and forensic accounting. He has served as interim CFO, turnaround manager and consultant to HVAC, lighting, plumbing, luggage and houseware retailers and distributors, performed due diligence and other investigations of numerous retail operators in hospitality, convenience stores, gaming, retail direct store delivery, and entertainment facility operators as well as assisting a new Chinese owner setting up a newly acquired US-based retail electronics distribution business.



## Mike Issa, Principal (Irvine)

J. Michael Issa has been the go-to debt restructuring adviser for shopping center developers for the last 30 years. He has restructured the debt on approximately 100 retail centers over that time. He has also advised investors on the purchase of distressed shopping center debt from institutional lenders. He has been published on the retail industry including a highly regarded article in the ABI Journal, titled "The Rest of the Story About the State of Brick-and-Mortar Retail."



## Mark Shapiro, Principal (Dallas)

Mark Shapiro has more than 25 years of strategy, finance and turnaround experience gained from holding corporate management roles and from advising companies in need. Mr. Shapiro has served in executive leadership, interim management and advisory positions for publicly held, privately owned and equity sponsored retailers with revenues ranging from $50 million to $5 billion. He has served as CFO for a $5 billion publicly-held, 2,000 location general merchandise, apparel and toy retailer; CFO for a $3 billion publicly held grocery and convenience store retailer operating in bankruptcy; Interim CFO for a $300 million highly-leverage private equity-sponsored consumer electronics retailer acquired in a §363 bankruptcy auction; and as Interim CFO for a $50 million privately-held, founder-led, Internet retailer of intimate apparel.



## Bill Hughes, Senior Managing Director (Phoenix)

Bill Hughes has 25 years of financial advisory experience covering most of the firm's service lines with an emphasis in the Bankruptcy & Restructuring and Forensic Accounting & Litigation Support practice areas. In the retail space, Bill served as financial advisor to the Official Committee of Unsecured Creditors of Friedman's Inc., the nation's third largest jewelry retailer at the time of its filing. The scope of the engagement included providing financial analysis to assess whether the Debtors could create a viable business around which to reorganize, monitoring the Debtors' progress towards revitalization, evaluating reorganization and liquidation values to facilitate plan negotiations, and conducting a forensic analysis of events and actions that resulted in a variety of governmental investigations as a basis to identify potential actions that might generate additional returns for unsecured creditors.

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 27**

# GlassRatner Retail Team

**12**



## Bert Lacativo, *Senior Managing Director (Dallas)*

Bert Lacativo is a former FBI Special agent with four decades of financial and investigative experience; including seven years as a PwC Forensics partner. He is currently a GlassRatner senior managing director and national investigations leader. Mr. Lacativo has conducted pro-active anti-fraud assignments and reactive investigations in the retail and consumer products industry concerning revenue recognition, financial statement irregularities and improper use of corporate assets. Mr. Lacativo is a CPA, CFE, Association of Certified Fraud Examiners Board of Regents Emeritus Member and is Certified in Financial Forensics.



## Richard Peil, *Senior Managing Director (Phoenix)*

Richard Peil has more than 25 years of finance, valuation, M&A and restructuring experience gained from providing advisory services for a number of retail and retail-related companies throughout the United States. He performed valuation work in connection with a minority-share buyout of United Supermarkets of Oklahoma, a 35-store grocery chain operating in Texas and Oklahoma. He was the debtor's financial advisor in connection with the Chapter 11 bankruptcy of Food Barn, Inc., a 100-store grocery chain based in the Midwest. He was the debtor's financial advisor in connection with the Chapter 11 bankruptcy of Winn-Dixie, a 650-store grocery chain primarily in the southeast United States. Richard was the financial advisor and investment banker to the 100-location convenience store chain, Gas-Mart USA. in connection with its Chapter 11 bankruptcy and 363 sale. In addition, he has provided advisory services for a number of well-known companies such as Edwards Theatre Circuit, Einstein-Noah Bagel, Chi-Chi's Mexican Restaurants, Hamburger Hamlet, Koo-Koo-Roo's, Carrow's and AMC Entertainment.



## Boris Steffen, *Senior Managing Director (D.C.)*

Boris Steffen has testified and/or advised on disputes in the office supplies, computer superstore, drugstore, consumer electronics, supermarket and duty free sectors. In the first FTC v. Staples, Inc. and Office Depot, Inc. preliminary injunction proceeding, he testified on behalf of the FTC on issues including market share, industry concentration, specificity of merger synergies, gross margins and product pricing. In Acacia Mutual Life Insurance Company, and others v. BAA PLC, he testified on matters of solvency and value diminution within the context of a fraudulent transfer action brought against a private equity firm that had acquired Duty Free International. Boris also testified on behalf of the District in a restraint of trade and monopolization suit on matters involving the objective of the subject transaction, its structure, valuation and returns through analysis of the related asset purchase and sale agreements, financing, valuation and allocation of the purchase price among tangible and intangible assets, including goodwill and non-compete covenants in District of Columbia v. CVS Corporation, et al.,. In addition, Boris' experience as a financial advisor includes work developing "flailing firm" defenses on behalf of the merging parties in the proposed mergers of Koninklijke Ahold NV and Giant Food Inc., and CompUSA Computer City. Similarly, he consulted on behalf of a creditor group in a constructive fraudulent transfer action brought against Circuit City.



## Greg Eidson, *Managing Director (Atlanta/Auburn)*

Greg has 30 years of experience in the valuation of the various interest in retail property; fee simple, leased fee, and leasehold, with the market and demographic research specific to site selection and decision making. My experience encompasses single locations and multiple location portfolios for the purpose of asset transfer, purchase price allocation, leasehold interests and due diligence analysis. Property types include general purpose in-line retail space (typically in a shopping center), free standing investment grade net leased property (i.e. drug stores, convenience stores, and fast food restaurants), and special purpose property (i.e. oil change facilities or automotive tire stores), as well as the application of Monte Carlo simulation to measure risk in the application of residual value insurance.

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 28**



# GlassRatner Offices

13



**ARLINGTON**
1300 North 17th Street
Suite 1400
Arlington, VA 22209
703-312-1741

**ATLANTA**
3445 Peachtree Road
Suite 1225
Atlanta, GA 30326
678-904-1990

**AUBURN**
611 E. Glenn Avenue
Suite C
Auburn, AL 36830
334-821-6237

**BAKERSFIELD**
4550 California Avenue
2nd Floor
Bakersfield, CA 93309
661-665-2010

**DALLAS**
3500 Maple Avenue
Suite 350
Dallas, TX 75219
214-532-5434

**FORT LAUDERDALE**
200 East Broward Boulevard
Suite 1010
Fort Lauderdale, FL 33301
954-859-5066

**IRVINE**
19800 MacArthur Boulevard
Suite 820
Irvine, CA 92612
949-429-4288

**KANSAS CITY**
Two Pershing Square
2300 Main Street, Suite 900
Kansas City, MO 64108
816-945-7825

**LOS ANGELES**
555 W. 5th Street
Suite 3725
Los Angeles, CA 90013
213-402-1191

**MIAMI**
701 Brickell Avenue
Suite 860
Miami, FL 33131
305-677-6700

**NEW YORK**
299 Park Avenue
21st Floor
New York, NY 10171
212-457-3304

**ORLANDO**
121 S. Orange Avenue
Suite 1500
Orlando, FL 32801
407-377-6375

**PHOENIX**
Camelback Center
2355 East Camelback Road
Suite 830
Phoenix, AZ 85016
602-635-1506

**SALT LAKE CITY**
35 East 100 South
Suite 1609
Salt Lake City, UT 84111
801-359-4245

**SAN FRANCISCO**
425 California Street
Suite 900
San Francisco, CA 94104
415-839-9280

**TAMPA**
315 S. Plant Avenue
Tampa, FL 33606
813-440-6341

**WEST PALM BEACH**
1400 Centrepark Boulevard
Suite 860
West Palm Beach, FL 33401
561-721-0312

For more information, please contact:

Tom Santoro
*Principal*
tsantoro@glassratner.com | 954.859.5074

Jeff Nerland
*Senior Managing Director*
jnerland@glassratner.com| 949.407.6627

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 29**

Case 8:18-bk-13311-CB    Doc 992    Filed 06/08/20    Entered 06/08/20 18:23:07    Desc
Main Document      Page 57 of 72

## Appendix:
# RETAIL INDUSTRY
# CREDITOR COMMITTEE SERVICES



14



During the past 10 years, GlassRatner has successfully advised over 80 Official Creditor Committees or Individual Corporate Creditors in various Chapter 11 cases, including numerous cases involving distressed sales, 363 auctions and liquidations. GlassRatner possesses the knowledge and "know-how" of these processes and can assist the Committee to ensure that all actions taken are in the Committee's best interest. In this capacity we are called on to:

- Investigate the Debtors' use of funds
- Proactively advocate the Committee's position with regard to any and all matters
- Assess the viability of the Debtors' plans to reorganize, liquidate or sell
- Investigate transfers and other potential questionable transactions between related parties
- Monitor the activities of the Debtors' CRO
- Trace historic transactions to determine the appropriate treatment of loans
- Perform valuation services
- Testify at hearings and trials and provide expert witness service
- Monitor DIP budget to actual cash flows and Debtors' operations on a weekly and monthly basis
- Ensure that assets are not depleted during the Chapter 11 case
- Ensure that the Debtors have a business plan that is sound and fully vetted and communicated to the creditors
- Monitor the Debtors' sale or business reorganization
- Participate in the sale of the company
- Other services as necessary and appropriate

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved.    www.GlassRatner.com

**EXHIBIT 1**
**Page 30**

# Appendix:
# RETAIL INDUSTRY
# CREDITOR COMMITTEE SERVICES CONTINUED



15



- Financial Advisor to the Official Committee of Unsecured Creditors in the 99 Cent stuff, Inc. chapter 11 bankruptcy.

- Financial Advisor to the Official Committee of Unsecured Creditors in the FAO Schwartz chapter 11 bankruptcy.

- Financial Advisor to the Official Committee of Unsecured Creditors in the Edwards Theatres Circuits, Inc. chapter 11 bankruptcy.

- Financial Advisor to the Official Committee of Unsecured Creditors in the Carter Hawley Hale Corp. chapter 11 bankruptcy.

- Financial Advisor to the Official Committee of Unsecured Creditors in the Value Music Concepts, Inc. chapter 11 bankruptcy.

- Financial Advisor to the Official Committee of Unsecured Creditors in the Nationwide Warehouse & Storage LLC d/b/a Nationwide Mattress & Furniture Warehouse chapter 11 bankruptcy.

- Financial Advisor to the Official Committee of Unsecured Creditors in the Winston Tire Company chapter 11 bankruptcy.

- Financial Advisor to the Official Committee of Unsecured Creditors in the Einstein Noah Bagel Company chapter 11 bankruptcy.

- Financial Advisor to the Official Committee of Unsecured Creditors in the Houlihan's Restaurants chapter 11 bankruptcy.

- Financial Advisor to the Official Committee of Unsecured Creditors in the Creative Restaurant Management chapter 11 bankruptcy.

- Engaged as the financial advisor to the Unsecured Creditors Committee of Linens n Things. In this capacity we were responsible for financial analysis of the Company's results, as well as interpretation, analysis and assessment of its business plan and plan of reorganization.

- Advised the Unsecured Creditors Committee in the bankruptcy of Orchard Brands, an internet, catalog and retailer, and helped it reach a lucrative settlement with the company's former equity sponsor.

©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 31**

# B. Riley Financial Capabilities:
## *Retail Industry*

16



GlassRatner is proud to be a part of B. Riley Financial ("B. Riley"), a diversified provider of financial and business advisory services. Through our merger with B. Riley in 2018, the firm is able to offer clients end-to-end services at any stage during the business life cycle. In particular, our colleagues at B. Riley FBR and Great American are fully knowledgable in the Retail industry. We have compiled a few examples of relevant expertise in the Retail sector below.

## About B. Riley FBR

- is a leading diversified investment banking firm with advisory, brokerage, asset management, and business advisory capabilities
- Leading equity offering franchise, small-cap focused investment bank
- 75+ investment banking professionals in capital markets, mergers & acquisitions, corporate restructuring, and financial advisory
- 110+ sales and trading professionals
- 60+ research professionals with 500+ companies under coverage and $1.1 billion median market cap

### *Representative assignments include:*












## About Great American Group

- One of the largest inventory appraisal and asset disposition firms in the U.S.
- 40+ years of industry-specific expertise
- Leader in disposition services
- Also involved with inventory clearance, customer retention, and retail expansion

### *Representative appraisal assignments include:*









### *Representative liquidation assignments include:*








©2019 GlassRatner Advisory & Capital Group LLC. All rights reserved. www.GlassRatner.com

**EXHIBIT 1**
**Page 32**

EXHIBIT 2



May 7, 2020

Richard Marshack-Chapter 7 Trustee of Ruby's Diners Inc. and Subsidiaries
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620

**Re: Ruby's Diners Inc and Subsidiaries ("RDI") as set out on Exhibit A**

Dear Mr. Marshack:

This Engagement Letter Agreement (the "Agreement") confirms our engagement to assist you in your capacity as Chapter 7 Trustee of RDI.    GlassRatner Advisory & Capital Group, LLC ("GlassRatner") is being retained as Financial Adviser to the Trustee in this Matter.

It is our understanding that you are authorized to retain us on behalf of the RDI Chapter 7 Estate. J. Michael Issa, CA Managing Principal at GlassRatner, will have overall engagement responsibilities and will report directly to you. Although Mr. Issa will lead GlassRatner's activities, we may assign other professionals to the Matter as needed.

<u>Scope of Services</u>

It is our understanding based on information provided by the Firm that the Client requires the assistance of GlassRatner to provide and research factual information, to advise as to case strategy, and to provide investment banking services as may be requested.  It is our mutual understanding that the current Scope of Services may include the following:

- Update and review with you the "Hibernation Model" cash flow forecast.

- Gather and review various documents including but not limited to franchise agreements, leases, lien documents, license agreements and such other documents as you may request.

- Communication with Opus Bank and other creditors as needed.

- Litigation Support services with respect to various litigation, including but not limited to assessment of claims against the Directors and Offices insurance policy.  Assess other potential claims for the Trustee.

- Investment banking services for the sale of certain assets of the Chapter 7 Estate of RDI, including but not limited to the various restaurants, the intellectual property, the leases, and membership interests in the restaurants that are not wholly owned by RDI.  Assess the market receptivity and range of values for these assets.

**GlassRatner, a B. Riley Financial company | Bringing Clarity to Complex Business Situations**



**EXHIBIT 2**
**Page 33**

- Such other services as Trustee may request and as we may agree.

## Compensation

Our professional fees are based on the number of hours worked at our standard hourly billing rates plus out-of-pocket costs incurred. Our firm's current standard hourly rates for the persons who may work on this engagement range from $275 to $535 per hour. For this Matter, we will bill for our professional services at an hourly rate plus out-of-pocket expenses incurred. Our hourly rates for the individuals we anticipate using on this project are as follows:

| | |
|---|---|
| J. Michael Issa | $535 |
| Wen Tan, Senior Associate | $275 |
| Other staff | $275 - $450 |

In the event that Trustee desires that we engage in Sell-side investment banking for the Estate, we will charge our normal hourly rate for the preparation of a Teaser memorandum, not to exceed $7500, plus a success fee on the gross proceeds of sale.    The success fee will be negotiated between the parties at the time GR goes to market.

In matters where travel is required, we routinely bill [describe current practice for travel (i.e., ½ of the required travel time)]. We will submit our billings monthly or at other logical points during the engagement and payment is due when the invoice is received. We reserve the right to defer rendering further services until past due amounts are received. We also reserve the right to be paid in full prior to any testimony for all time and expenses including estimated time and expenses through testimony. Our fees are not contingent on the outcome of the Matter, other than the success fee for investment banking services.

We will provide Trustee with an invoice on a monthly basis detailing our activities, time, and expenses.

## Limitations

GlassRatner is not a public accounting firm. While our work may involve analysis of accounting records, the engagement does not include an audit or review of existing records in accordance with generally accepted auditing standards or standards for review engagements.

All working papers or other documents used by us during the course of this engagement will be maintained in segregated files. The working papers and other materials created by us during this engagement are our property. At the completion of our engagement, all of your documents and your client's documents will be returned to you at your request. Unless we are notified otherwise, or unless you request the files to be returned to you, we will work on the assumption that all documents in our possession may be destroyed one year from the completion of the trial or settlement of the Matter, or the passage of one year without our actively participating in the Matter.

Please note that it is not our practice to retain working papers, notes, or data files that have been updated or superseded. If you wish us to follow a different retention practice, please indicate your specific request(s) in writing when returning a copy of this engagement letter.

## Hold Harmless

The Parties agree that this matter and the economy are currently *in extremis* and that GlassRatner's services are strictly on a "best reasonable efforts" basis. The Estate agrees that the standard for any claims against GlassRatner (including any employees or affiliated persons) arising out of our services performed upon the Client's behalf will be "gross negligence.'

## Confidentiality

GlassRatner agrees not to disclose or permit the disclosure of any of the terms of this Agreement or any information relating to the project to be performed hereunder, provided that such disclosure may be made (a) to any person who is an officer, director or employee of GlassRatner solely for their use in the performance of the services hereunder and on a need-to-know basis, (b) with the prior written consent of the Firm, or (c) pursuant to a subpoena or order issued by a court, arbitrator or governmental body, agency or official. In the event that GlassRatner shall receive a request to disclose any of the terms of this Agreement under a subpoena or order, GlassRatner shall (i) promptly notify the Firm, (ii) consult with the Firm on the advisability of taking steps to resist or narrow such request and (iii) if disclosure is required or deemed advisable, cooperate with the Firm in any attempt it may make to obtain an order or other assurance that confidential treatment will be accorded those terms of this Agreement that are disclosed.

## Integration

This Agreement contains the entire agreement and understanding between GlassRatner, the Firm, and/or the Client concerning GlassRatner's services for the Client in conjunction with the Matter. This Agreement supersedes and replaces all prior negotiations, estimates, proposed agreements, and/or agreements (oral and written) concerning GlassRatner's services for the Client in conjunction with the Matter.

## Governing Law; Dispute Resolution

The parties agree that the Bankruptcy Court shall retain jurisdiction over any matters regarding GlassRatner's engagement or performance in this matter.

## Conclusion

If the arrangements described in this Agreement are acceptable to the Firm and the Client, and the services summarized above are in accordance with the understanding of the Firm and the Client, please sign and return a copy of this letter, along with the Retainer. This Agreement shall be enforceable against the Client so long as the Firm and/or the Client sign below. We look forward to working with you on this Matter.

GlassRatner

**EXHIBIT 2**
**Page 35**

3

Yours very truly,

**GLASSRATNER ADVISORY & CAPITAL GROUP LLC**

_____

J. Michel Issa, Principal

**Richard Marshack, Chapter 7 Trustee of RDI**

_____

Richard Marshack

**Exhibit A**

| List of Debtors |
| --- |
| Ruby's Diner, Inc. |
| Ruby's Huntington Beach, Ltd. |
| Ruby's Laguna Hills, Ltd. |
| Ruby's Oceanside Ltd. |
| Ruby's Palm Springs, Ltd. |
| Ruby's Quality Diners, LLC. |
| Ruby's SoCal Diners, LLC. |

GlassRatner

**EXHIBIT 2**
**Page 37**

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt Avenue, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY GLASSRATNER ADVISORY & CAPITAL GROUP LLC AS FINANCIAL ADVISOR; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF J. MICHAEL ISSA IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **June 8, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  **June 8, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 8, 2020 | Pamela Kraus | */s/  Pamela Kraus* |
| *Date* | *Printed Name* | *Signature* |

4815-6022-3676, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:

- George B Blackmar    gblackmar@bpslaw.net
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Caroline Djang    caroline.djang@bbklaw.com, sansanee.wells@bbklaw.com
- Laura E Dolan    LAURA.DOLAN@SDCOUNTY.CA.GOV, odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Eric J Fromme    efromme@tocounsel.com, stena@tocounsel.com
- Alastair M Gesmundo    agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- David M. Guess    guessd@gtlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.court drive.com
- Garrick A Hollander    ghollander@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- David S Kupetz    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- William N Lobel    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Jessica G McKinlay    mckinlay.jessica@dorsey.com
- Malcolm D Minnick    dminnick@pillsburylaw.com, m.minnick@comcast.net
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Lovee D Sarenas    lovee.sarenas@lewisbrisbois.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- Corey R Weber    cweber@bg.law, ecf@bg.law
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com

2. **TO BE SERVED BY US MAIL**: CONTINUED:

| **MAIL REDIRECTED TO TRUSTEE DEBTOR** | **MAIL REDIRECTED TO TRUSTEE DEBTOR** | **MAIL REDIRECTED TO TRUSTEE DEBTOR** |
| --- | --- | --- |
| RUBY'S DINER, INC., A CALIFORNIA CORPOR ~~4100 MACARTHUR BLVD. SUITE 310 NEWPORT BEACH, CA 92660-2050~~ | RUBY'S HUNTINGTON BEACH, LTD., A CALIF ~~4100 MACARTHUR BLVD STE 310 NEWPORT BEACH, CA 92660-2050~~ | RUBY'S LAGUNA HILLS, LTD. A CALIFORNIA ~~4100 MACARTHUR BLVD. STE 310 NEWPORT BEACH, CA 92660-2050~~ |

4815-6022-3676, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S OCEANSIDE LTD., A
CALIFORNIA LIM
~~4100 MACARTHUR BLVD STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S PALM SPRINGS, LTD., A
CALIFORNIA
~~4100 MACARTHUR BLVD STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S QUALITY DINERS, LLC, A
DELAWARE
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S SOCAL DINERS, LLC, A
DELAWARE LI
~~4100 MACARTHUR BLVD STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

4815-6022-3676, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD APRIL 15, 2020 THROUGH DECEMBER 31, 2020** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 21, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **January 21, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 21, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE'S COPIES NOT REQUIRED UNTIL FURTHER NOTICE**
**Judge Clarkson will excuse compliance with LBR 5005-2(d) (requiring Judge's copies)**
**until further notice.**

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 21, 2021 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4819-2935-5410, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; INTERESTED PARTY DOUGLAS CAVANAUGH; AND INTERESTED PARTY RALPH KOSMIDES:** Leo A Bautista leo.bautista@lewisbrisbois.com, mona.jackson@lewisbrisbois.com; Chris.Rodriguez@lewisbrisbois.com, ralphk@cox.net, dcavanaugh@bcccmgmt.com

- **ATTORNEY GEORGE B BLACKMAR**: George B Blackmar gblackmar@bpslaw.net

- **INTERESTED PARTY COURTESY NEF:** Ori S Blumenfeld Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com; Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com

- **ATTORNEY FOR CREDITOR STAR-WEST PARKWAY MALL, LP:** Dustin P Branch branchd@ballardspahr.com, carolod@ballardspahr.com; hubenb@ballardspahr.com

- **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com; SDCMLFiles@DINSMORE.COM

- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH AND INTERESTED PARTY RALPH KOSMIDES:** Carol Chow carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

- **INTERESTED PARTY COURTESY NEF:** Ashleigh A Danker Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM; Katrice.ortiz@dinsmore.com; caron.burke@dinsmore.com

- **ATTORNEY FOR CREDITOR US FOODS, INC:** Aaron Davis aaron.davis@bryancave.com, kat.flaherty@bryancave.com

- **INTERESTED PARTY COURTESY NEF:** Caroline Djang caroline.djang@bbklaw.com, C190@ecfcbis.com; sansanee.wells@bbklaw.com; wilma.escalante@bbklaw.com

- **ATTORNEY FOR CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR:** Laura E Dolan LAURA.DOLAN@SDCOUNTY.CA.GOV, odette.ortega@sdcounty.ca.gov; kristen.howard@sdcounty.ca.gov

- **ATTORNEY ALAN FRIEDMAN and ATTOREY FOR CREDITOR STEVEN L CRAIG:** Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

- **ATTORNEY FOR INTERESTED PARTY RUBY'S FANCHISE SYSTEMS, INC., A CALIFORNIA CORPORATION:** Eric J Fromme efromme@tocounsel.com, lchapman@tocounsel.com

- **ATTORNEY FOR INTERESTED PARTIES DOUGLAS CAVANAUGH AND RALPH KOSMIDES:** Maria L Garcia Maria.L.Garcia@lewisbrisbois.com

- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com

- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Richard H Golubow rgolubow@wghlawyers.com, pj@wcghlaw.com; jmartinez@wghlawyers.com; Meir@virtualparalegalservices.com

- **INTERESTED PARTY COURTESY NEF:** Steven T Gubner sgubner@bg.law, ecf@bg.law

- **ATTORNEY FOR CREDITOR OPUS BANK:** David M. Guess guessd@gtlaw.com

- **ATTORNEY FOR U.S. TRUSTEE UNITED STATES TRUSTEE (SA):** Michael J Hauser michael.hauser@usdoj.gov

- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com

- **ATTORNEY FOR CREDITOR MARVI LAND:** Samy Henein samyhenein@aol.com, az@suppalaw.com

- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Garrick A Hollander ghollander@wghlawyers.com, pj@wcghlaw.com; jmartinez@wghlawyers.com; Meir@virtualparalegalservices.com

- **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Lillian Jordan ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM

- **INTERESTED PARTY COURTESY NEF:** David S Kupetz dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.courtdrive.com; dkupetz@ecf.courtdrive.com

- **ATTORNEY FOR PACHULSKI STANG ZIEHL & JONES LLP, CREDITOR OPUS BANK, DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; DEBTOR RUBY'S HUNTINGTON BEACH, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR'S RUBY'S LAGUNA HILLS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S OCEANSIDE LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S PALM SPRINGS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S QUALITY DINERS, LLC, A DELAWARE LIMITED LIABILITLY COMPANY; DEBTOR RUBY'S SOCAL DINERS, LLC, A**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4819-2935-5410, v. 1

**DELAWARE LIMITED LIABILITY COMPANY:** William N Lobel wlobel@pszjlaw.com, nlockwood@pszjlaw.com; jokeefe@pszjlaw.com; banavim@pszjlaw.com

- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CREDITORS FAMILY TREE PRODUCE, INC.; SUNRISE PRODUCE, INC.; INTERESTED PARTY LOWEY ENTERPRISES dba SUNRISE PRODUCE, A CALIFORNIA CORPORATION:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR OPUS BANK:** Jessica G McKinlay mckinlay.jessica@dorsey.com
- **ATTORNEY FOR INTERESTED PARTY PILLSBURY WINTHROP SHAW PITTMAN LLP:** Malcolm D Minnick dminnick@pillsburylaw.com, m.minnick@comcast.net
- **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION:** Jeffrey P Nolan jnolan@pszjlaw.com
- **ATTORNEY FOR CREDITOR THE IRVINE COMPANY:** Ernie Zachary Park ernie.park@bewleylaw.com
- **ATTORNEY FOR CREDITOR GRIT DEVELOPMENT, AGENT FOR PLAZA MERCADO, LLC:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Samuel A Schwartz saschwartz@nvfirm.com, ECF@nvfirm.com
- **ATTORNEY FOR INTERESTED PARTY LOVEE D SARENAS:** Lovee D Sarenas lovee.sarenas@lewisbrisbois.com
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Matthew S Walker matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com; docket@pillsburylaw.com
- **INTERESTED PARTY COURTESY NEF:** Corey R Weber ecf@bg.law, cweber@bg.law
- **ATTORNEY FOR CREDITOR US FOODS, INC.:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Christopher K.S. Wong christopher.wong@arentfox.com, yvonne.li@arentfox.com

**2.  SERVED BY UNITED STATES MAIL:** CONTINUED:

| **MAIL REDIRECTED TO TRUSTEE DEBTOR** | **MAIL REDIRECTED TO TRUSTEE DEBTOR** | **MAIL REDIRECTED TO TRUSTEE DEBTOR** |
|---|---|---|
| RUBY'S DINER, INC., A CALIFORNIA CORPOR ~~4100 MACARTHUR BLVD. SUITE 310~~ ~~NEWPORT BEACH, CA 92660-2050~~ | ~~RUBY'S SOCAL DINERS, LLC, A DELAWARE LI~~ ~~4100 MACARTHUR BLVD STE 310~~ ~~NEWPORT BEACH, CA 92660-2050~~ | RUBY'S QUALITY DINERS, LLC, A DELAWARE ~~4100 MACARTHUR BLVD. STE 310~~ ~~NEWPORT BEACH, CA 92660-2050~~ |

| **MAIL REDIRECTED TO TRUSTEE DEBTOR** | **MAIL REDIRECTED TO TRUSTEE DEBTOR** | **MAIL REDIRECTED TO TRUSTEE DEBTOR** |
|---|---|---|
| RUBY'S HUNTINGTON BEACH, LTD., A CALIFO ~~4100 MACARTHUR BLVD STE 310~~ ~~NEWPORT BEACH, CA 92660-2050~~ | RUBY'S LAGUNA HILLS, LTD. A CALIFORNIA ~~4100 MACARTHUR BLVD. STE 310~~ ~~NEWPORT BEACH, CA 92660-2050~~ | RUBY'S OCEANSIDE LTD., A CALIFORNIA LIM ~~4100 MACARTHUR BLVD STE 310~~ ~~NEWPORT BEACH, CA 92660-2050~~ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S PALM SPRINGS, LTD., A
CALIFORNIA
~~4100 MACARTHUR BLVD STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4819-2935-5410, v. 1