RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>                    Debtor.<br>Affects:<br><br>☐    ALL DEBTORS<br><br>☒    RUBY'S DINER, INC., ONLY<br><br>☐    RUBY'S SOCAL, DINERS, LLC, ONLY<br><br>☐    RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☒    RUBY'S HUNTINGTON BEACH, LTD. ONLY<br><br>☐    RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☒    RUBY'S OCEANSIDE, LTD, ONLY<br><br>☐    RUBY'S PALM SPRINGS, LTD. ONLY | Case No. 8:18-bk-13311-SC<br><br>Chapter 7<br><br>(Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC)<br><br>DECLARATION OF RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE, IN SUPPORT OF FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY GLASSRATNER ADVISORY & CAPITAL GROUP, LLC<br><br><u>Hearing</u><br>Date: February 17, 2021<br>Time: 11:00 a.m.<br>Ctrm: 5C<br>Location: CourtCall or Zoom.Gov[1] |

---

[1] Due to the COVID-19 outbreak, Judge Clarkson has altered his prior telephonic hearing procedures. Except as may be otherwise ordered by the Court, all hearings before Judge Clarkson will be conducted remotely using ZoomGov. Unless otherwise specifically ordered or instructed, Judge Clarkson will no longer utilize CourtCall. ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

1
TRUSTEE'S DECLARATION IN SUPPORT OF INTERIM FEE APPLICATION

I, RICHARD A. MARSHACK, declare and state as follows:

1. I am an individual over 18 years of age and competent to make this Declaration. I am an attorney at law licensed to practice in this state and admitted to practice in this Court.

2. I am the Chapter 7 Trustee of the Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California corporation, et al. jointly administered on September 5, 2018 as lead case no. 8:18-bk-13311-SC ("Lead Debtor" or "RDI"), with the following associated bankruptcy cases: (a) 8:18-bk-13199 SC – Ruby's Huntington Beach, Ltd., a California limited partnership; (b) 8:18-bk-13201 SC – Ruby's Oceanside Ltd., a California limited partnership. I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently testify to those facts.

3. I make this Declaration in support of the First Interim Fee Application ("Fee Application"), filed as Dk. No. 992 on January 21, 2021, by GlassRatner Advisory & Capital Group, LLC (the "Firm") and supplemented by the Declaration of J. Michael Issa filed as Dk. No. 1016 on February 2, 2021, seeking compensation and reimbursement of expenses in this case.

4. I have reviewed the Fee Application, which covers the period of April 15, 2020 through and including December 31, 2020, and have the following comments thereto:

<u>Preliminary Statement</u>:
  Opus Bank and I have separately assessed the fees requested by the Firm. Opus Bank has met and conferred with the Firm and it appears they have resolved many of their issues. I, too, have met with Mr. Issa of GlassRatner and have resolved my issues.

  I want to start off by saying that Mr. Issa and his senior associate, Wen Tan, have been invaluable. The chapter 7 Estate got the benefit of their three plus years of involvement in these cases and had I hired new financial advisors the bill would have been substantially higher. As a result of their efforts, the Estate sold the two restaurants, Huntington Beach and Oceanside, for the full pre-pandemic value in a very competitive auction in this court.

  A. RDI: At my request the Firm will withdraw the fee application for RDI. There are currently no unencumbered funds with which to pay them. The Firm will wait until lien issues are resolved or there is an order under 11 USC Section 506(c).

/ / /

B.     Ruby's Huntington Beach:

**Previous request for fees: $355,483.20**
**Current request for fees: $279,824.04**

The fees have been reduced as a result of a combination of discussions between Opus Bank and myself (independent discussions).  For example, the Firm has removed all charges related to Directors and Officers potential litigation and any charges relating to other restaurant locations (Palm Springs and Woodbridge).  They reserve the right to allocate fees related to Directors and Officers litigation to this estate.

Of the above fees, $232,071 is their commission based on a charge of 7% of the sales price of Huntington Beach.  I have no objection to this, particularly in light of the results they achieved for the Estate.

The remaining portion is $47,753.04.   My concerns with this sum are as follows:
i.  The Firm has the following categories: "Asset Analysis," "Business Operations," "Business Analysis," and "Data Analysis".  I have requested and the Firm has agreed to submit a supplemental declaration that would provide that none of the time in the above categories includes time: i) relating in any manner in preparing the presentation or information relating to selling assets, ii) relating in any manner in formulating a sale price, iii) relating in any manner in talking to buyers or prospective buyers or landlords relating to a sale or offering the asset for sale, iv) in marketing assets for sale, v) negotiating with buyers or prospective buyers and vi) relating in any manner in setting strategy to maximize return of the assets.  I have further asked them to certify that the time actually billed in these categories is substantially related to managing day to day financial affairs of operating the business or relating to cash collateral budgets and issues.

ii.  The Firm will certify that the time charged was accurate for each case or, in certain instances or in certain categories they divided their time by allocating 77.1% of the time to the Huntington case and 22.9% of the time to the Oceanside case. This ratio represents the ratio of dollars received in each of the respective cases. I have no objection to this allocation unless the tasks are discrete for a particular case.


C.     Ruby's Oceanside:

**Previous request for fees: $105,584.50**
**Current request for fees: $83,112.46**

The fees have been reduced as a result of a combination of discussions between Opus Bank and myself (independent discussions).  For example, the Firm has removed all charges related to Directors and Officers potential litigation and any charges relating to other restaurant locations (Palm Springs and Woodbridge).  They reserve the right to allocate fees related to Directors and Officers litigation to this estate.

Of the above fees, $68,929 is their commission based on a charge of 7% of the sales price of Huntington Beach.  I have no objection to this, particularly in light of the results they achieved for the Estate.

The remaining portion is $14,183.46.  My concerns with this sum are as follows:

i.  The Firm has the following categories: "Asset Analysis," "Business Operations," "Business Analysis," and "Data Analysis".  I have requested and the Firm has agreed to submit a supplemental declaration that would provide that none of the time in the above categories includes time: i) relating in any manner in preparing the presentation or information relating to selling assets, ii) relating in any manner in formulating a sale price, iii) relating in any manner in talking to buyers or prospective buyers or landlords relating to a sale or offering the asset for sale, iv) in marketing assets for sale, v) negotiating with buyers or prospective buyers and vi) relating in any manner in setting strategy to maximize return of the assets.  I have further asked them to certify that the time actually billed in these categories is substantially related to managing day to day financial affairs of operating the business or relating to cash collateral budgets and issues.

ii.  The Firm will certify that the time charged was accurate for each case or, in certain instances or in certain categories they divided their time by allocating 77.1% of the time to the Huntington case and 22.9% of the time to the Oceanside case. This ratio represents the ratio of dollars received in each of the respective cases. I have no objection to this allocation unless the tasks are discrete for a particular case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2021.

   /s/ Richard A. Marshack
RICHARD A. MARSHACK

TRUSTEE'S DECLARATION IN SUPPORT OF INTERIM FEE APPLICATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S DECLARATION IN SUPPORT OF FEE APPLICATIONS BY GLASSRATNER ADVISORY & CAPITAL GROUP, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 12, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ⎵, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S DINER, INC., A CALIFORNIA CORPOR<br>~~4100 MACARTHUR BLVD. SUITE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ | **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S OCEANSIDE LTD., A CALIFORNIA LIM<br>~~4100 MACARTHUR BLVD STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ | **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S HUNTINGTON BEACH, LTD., A CALIFO<br>~~4100 MACARTHUR BLVD STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ |
|---|---|---|

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ⎵, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPIES NOT REQUIRED UNTIL FURTHER NOTICE.**
**Judge Clarkson will excuse compliance with LBR 5005-2(d) (requiring Judge's copies)**
**until further notice.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 12, 2021 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

June 2012

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:

- Leo A Bautista    leo.bautista@lewisbrisbois.com, mona.jackson@lewisbrisbois.com; Chris.Rodriguez@lewisbrisbois.com,ralphk@cox.net,dcavanaugh@bcccmgmt.com
- George B Blackmar    gblackmar@bpslaw.net
- Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Caroline Djang    caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- Laura E Dolan    LAURA.DOLAN@SDCOUNTY.CA.GOV, odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Eric J Fromme    efromme@tocounsel.com, stena@tocounsel.com
- Maria L Garcia    Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- Alastair M Gesmundo    agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- David M. Guess    guessd@gtlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Samy Henein    samyhenein@aol.com, az@suppalaw.com
- Garrick A Hollander    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;Meir@wghlawyers.com
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- David S Kupetz    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- William N Lobel    wlobel@tocounsel.com, jokeefe@tocounsel.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Jessica G McKinlay    mckinlay.jessica@dorsey.com
- Malcolm D Minnick    dminnick@pillsburylaw.com, m.minnick@comcast.net
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- SAMUEL A. SCHWARTZ    saschwartz@nvfirm.com, ECF@nvfirm.com
- Lovee D Sarenas    lsarenas@sklarkirsh.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- Corey R Weber    cweber@bg.law, ecf@bg.law
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*