D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>    Debtor.<br>Affects:<br><br>☐    ALL DEBTORS<br><br>☒    RUBY'S DINER, INC., ONLY<br><br>☐    RUBY'S SOCAL, DINERS, LLC, ONLY<br><br>☐    RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☒    RUBY'S HUNTINGTON BEACH, LTD. ONLY<br><br>☐    RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☒    RUBY'S OCEANSIDE, LTD, ONLY<br><br>☐    RUBY'S PALM SPRINGS, LTD. ONLY | Case No. 8:18-bk-13311-SC<br><br>Chapter 7<br><br>(Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC)<br><br>**DECLARATION OF J. MICHAEL ISSA IN RESPONSE TO THE OBJECTION OF PACIFIC PREMIER BANK TO THE FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD APRIL 15, 2020 THROUGH DECEMBER 31, 2020**<br><br>Hearing<br>Date:  February 17, 2021<br>Time: 11:00 a.m.<br>Ctrm: 5C<br>Location: CourtCall or Zoom.Gov[1] |

---

[1] Due to the COVID-19 outbreak, Judge Clarkson has altered his prior telephonic hearing procedures. Except as may be otherwise ordered by the Court, all hearings before Judge Clarkson will be conducted remotely using ZoomGov. Unless otherwise specifically ordered or instructed, Judge Clarkson will no longer utilize CourtCall. ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

1
NOTICE RE: HEARING ON INTERIM FEE APPLICATIONS
4811-7860-2448

1  TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE,

2  THE OFFICE OF THE UNTIED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

3      Attached is the declaration of J. Michael Issa in response to the Objection of Pacific

4  Premier Bank.

6  DATED: January 27, 2021          MARSHACK HAYS LLP

8                                       By:  */s/ Laila Masud*
                                         D. EDWARD HAYS
                                         LAILA MASUD
                                         Attorneys for the Chapter 7 Trustee
                                         RICHARD A. MARSHACK

2

GLASSRATNER
ADVISORY & CAPITAL GROUP, LLC
19800 MacArthur Blvd. Ste 820
Irvine, CA 92612
Telephone: (949) 407-6621

Financial Advisor to the Trustee
Ruby's Diner, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| RUBY'S DINER, INC., a California corporation, *et al.*, <br><br> Debtors and Debtors in Possession. <br><br> Affects: <br><br> ☒ All Debtors <br><br> ☐ RUBY'S DINER, INC., ONLY <br><br> ☐ RUBY'S SOCAL DINERS, LLC, ONLY <br><br> ☐ RUBY'S QUALITY DINERS, LLC, ONLY <br><br> ☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY <br><br> ☐ RUBY'S OCEANSIDE, LTD., ONLY <br><br> ☐ RUBY'S PALM SPRINGS, LTD., ONLY | Chapter 7 <br><br> Case No. 8:18-bk-13311-SC (RDI) <br><br> Jointly Administered with Case Nos. 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC <br><br> **DECLARATION OF J. MICHAEL ISSA IN RESPONSE TO THE OBJECTION OF PACIFIC PREMIER BANK TO THE FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD APRIL 15, 2020 THROUGH DECEMBER 31, 2020** <br><br> **<u>Disclosure Statement Hearing</u>:** <br><br> DATE: February 17, 2021 <br> TIME: 11:00 a.m. <br> CTRM: Courtroom 5C <br> Location: Court Call or Zoom.Gov |

## **DECLARATION OF J. MICHAEL ISSA**

I, J. Michael Issa, declare as follows:

1. I am a Principal of GlassRatner Advisory & Capital Group (the "Firm"), financial advisor to Ruby's Diner ("Debtor"). I am a Certified Public Accountant and Certified Turnaround Professional. I also hold a number of FINRA licenses. All of my licenses are in good standing. I have personal knowledge of the following or have gained such knowledge from my review of the records of the Debtor, which are obtained, created, and maintained in the ordinary course of business, and, if called as a witness, I could and would testify competently thereto.

2. I have engaged in a number of discussions with Mr. Paul Shields, the financial adviser to Pacific Premier Bank ("the bank") regarding the bank's objection to the FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD APRIL 15, 2020 THROUGH DECEMBER 31, 2020, that was filed on January 21, 2021 (DOC # 992), I have also discussed the objections with the Trustee, Mr. Marshack. I believe that the Parties are in agreement with the following modifications to our FIRST INTERIM FEE APPLICATION, subject to the approval of the court.

3. Any fees requested from RDI will be taken off calendar and resubmitted for the court's consideration at a later date. Those fees, if any, will have no impact on the bank or on the creditors of Huntington Beach or Oceanside.

4. The commission for the sale of the 50% interest in South Coast Plaza will be taken off calendar. We agree that this sale was subject to a lien in favor of the RDI Secured Noteholders and should have no impact on the bank or on either of Huntington Beach or Oceanside or their respective creditors. The sale fee for SCP will be separately noticed and submitted for the court's consideration.

5. Subject to the court's review and approval, the Parties have agreed not to object to

the sale fee of 7% for the sale of each of Huntington Beach and Oceanside, given the results of the auction and the sale proceeds generated for the estate(s).  The amount and allocation of the commissions to which the Parties have agreed is as follows.

The total commission amount is $301,000 calculated as 7% of the total sale price of $4,300,000 for Huntington Beach and Oceanside.  Based on the bids for the individual restaurants during the 363 auctions, the Parties have agreed to allocate $232,071.00 of the $301,000 total commission to Huntington Beach, and the remaining $68,929.00 to Oceanside.

6. In the matter of GlassRatner's hourly fees, the Parties have agreed as follows.

   a. No fees for the preparation of sale materials or the restaurant marketing process were included in the original fee application.  This is because the sale process was entirely a success fee, and such fees are already included in the 7% commission to be paid to Glass Ratner. Accordingly, we have accounted for those efforts in that way.

   b. The bank and Trustee are in agreement with the hourly fees attributable to assisting with the management of the restaurants.  These include, but are not limited to the following: preparation of the restaurant budgets and ongoing comparison of actual results to budget; the use of cash collateral; ongoing dialogue with the bank's financial adviser, Mr. Shields; the ongoing management of the restaurants, including a reopening strategy and staffing levels and dialogue with the restaurant operational management; discussions with the landlords leading to the abatement of rent for the restaurants, dealing with creditors of the restaurants,

   c. GlassRatner will withdraw the request for other hourly fees from this First Interim Application. The bank reserves its rights to contest any allocation of hourly fees relating to D&O claims, or inclusion of other hourly fees the bank believes are unrelated to Huntington Beach and Oceanside, if Glass Ratner allocates such hourly fees to Huntington Beach or Oceanside in a future fee application.

As a result of these adjustments between the parties, the hourly fees requested by GlassRatner on this First Interim Fee Application declines from the original $143,540.00 to 61,936.50. The total fees requested declines from $469,040.20 to $362,936.50.

3

| Category | Total Hours | Total Fees |
|---|---:|---:|
| **Huntington Beach** | | |
| 010 Asset Analysis | 1.5 | $ 783.72 |
| 020 Business Operations | 62.8 | $ 19,737.60 |
| 030 Business Analysis | 73.2 | $ 18,463.91 |
| 080 Financing | 9.6 | $ 2,151.09 |
| 090 Creditor Meetings/Communications | 8.7 | $ 4,422.07 |
| 099 General Consulting | 3.8 | $ 2,021.18 |
| 130 Litigation | 0.8 | $ 173.48 |
| Commission | - | $ 232,071.00 |
| **Grand Total** | 160.3 | $ 279,824.04 |
| | | |
| **Oceanside** | | |
| 010 Asset Analysis | 0.4 | $ 232.78 |
| 020 Business Operations | 18.6 | $ 5,862.40 |
| 030 Business Analysis | 21.8 | $ 5,484.09 |
| 080 Financing | 2.8 | $ 638.91 |
| 090 Creditor Meetings/Communications | 2.6 | $ 1,313.43 |
| 099 General Consulting | 1.1 | $ 600.32 |
| 130 Litigation | 0.2 | $ 51.53 |
| Commission | - | $ 68,929.00 |
| **Grand Total** | 47.6 | $ 83,112.46 |
| | | |
| **Total** | 207.90 | $ 362,936.50 |

5.    I have attached to this declaration an updated exhibit on total professional time and description which will be categorized by activities. (Exhibit A)

6.    The total fee for Huntington Beach is $279,824.04, the total fee for Oceanside is $83,112.46.

Pursuant to the request of the Trustee, I hereby certify the following.   The hourly time charged is accurate.   The time charged has been properly allocated between Huntington Beach and Oceanside.   No time spent marketing the restaurants has been included in the hourly totals. I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

4

Executed this 12th day of February 2021 at Irvine, California.

_____
J. Michael Issa

EXHIBIT "A"

**EXHIBIT A**

| Professional | Activity | Reference Nickname 1 | Transaction Date | Description | Hours | Fee |
|---|---|---|---|---|---|---|
| Mike Issa | Consulting | 010 Asset Analysis | 5/19/2020 | REVIEW LEASES | 0.7 | $ 374.50 |
| Mike Issa | Consulting | 010 Asset Analysis | 11/25/2020 | callss with COO re; leases and exp reductions | 1.2 | $ 642.00 |
| | | | | Total | 1.9 | $ 1,016.50 |

| Professional | Activity | Reference Nickname 1 | Transaction Date | Description | Hours | Fee |
|---|---|---|---|---|---|---|
| Wen Tan | Consulting | 020 Business Operations | 5/14/2020 | analyze lease terms and agreements. | 1.8 | $ 405.00 |
| Wen Tan | Consulting | 020 Business Operations | 5/18/2020 | lease analysis. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 020 Business Operations | 5/21/2020 | prepare all leases for trustee. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 020 Business Operations | 5/22/2020 | analyze invoices received by restaurants that has been shut down due to Covid. | 1.8 | $ 405.00 |
| Mike Issa | Consulting | 020 Business Operations | 6/1/2020 | calls/emails reopening issues with Belshe | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 020 Business Operations | 6/1/2020 | review HB reopening forecast | 0.7 | $ 374.50 |
| Mike Issa | Consulting | 020 Business Operations | 6/8/2020 | work on insurance issues with Belshe | 1.2 | $ 642.00 |
| Mike Issa | Consulting | 020 Business Operations | 6/9/2020 | US Food issues re: reopening | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 020 Business Operations | 6/10/2020 | reopening budgets | 1 | $ 535.00 |
| Mike Issa | Consulting | 020 Business Operations | 6/16/2020 | call with Trustee and COO Belshe re: restaurant reopening/ops | 2.2 | $ 1,177.00 |
| Mike Issa | Consulting | 020 Business Operations | 6/16/2020 | calls re: reopening restaurants | 2 | $ 1,070.00 |
| Mike Issa | Consulting | 020 Business Operations | 6/18/2020 | work on reopening HB and Oceanside restaurants | 1.4 | $ 749.00 |
| Mike Issa | Consulting | 020 Business Operations | 6/22/2020 | call with Marshack re: bus ops issues | 0.7 | $ 374.50 |
| Mike Issa | Consulting | 020 Business Operations | 6/23/2020 | calls/emails re: insurance for the estate | 1.2 | $ 642.00 |
| Mike Issa | Consulting | 020 Business Operations | 7/2/2020 | work on reopening issues | 1.2 | $ 642.00 |
| Wen Tan | Consulting | 020 Business Operations | 7/9/2020 | discussion with trustee's office, bank advisor and consultant in determining payments that need to be made based on the cash budget. | 1.7 | $ 382.50 |
| Wen Tan | Consulting | 020 Business Operations | 7/24/2020 | review cash receipt problems at the stores. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 7/31/2020 | call with bank advisor for update on cash withheld by credit card company. | 0.7 | $ 157.50 |
| Mike Issa | Consulting | 020 Business Operations | 8/20/2020 | calls/emails re store closure | 0.7 | $ 374.50 |
| Mike Issa | Consulting | 020 Business Operations | 8/26/2020 | calls.emails re store closures | 1 | $ 535.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/3/2020 | review actual vs budget worksheet. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 020 Business Operations | 9/8/2020 | review actual cash flow statements | 1 | $ 225.00 |
| Mike Issa | Consulting | 020 Business Operations | 9/15/2020 | location shut downs | 1.2 | $ 642.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/15/2020 | review cash flow for prior week. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/15/2020 | call with consultant to discuss new cash collateral budget. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 020 Business Operations | 9/15/2020 | update cash collateral budget. | 1.2 | $ 270.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/16/2020 | update cash collateral budget. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/17/2020 | cash collateral budget call with bank advisor. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 020 Business Operations | 9/17/2020 | update cash collateral budget. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/17/2020 | finalize cash collateral budget. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 020 Business Operations | 9/21/2020 | cash flow actual vs budget comparison. | 1.6 | $ 360.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/22/2020 | cash flow projection analysis. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 020 Business Operations | 9/24/2020 | draft cash flow projection for new cash collateral for the stores. | 1.7 | $ 382.50 |
| Mike Issa | Consulting | 020 Business Operations | 9/24/2020 | cash collateral budget | 1.2 | $ 642.00 |
| Wen Tan | Consulting | 020 Business Operations | 10/5/2020 | call with management to discuss management fee from stores to RDI. | 0.5 | $ 112.50 |
| Mike Issa | Consulting | 020 Business Operations | 10/9/2020 | restaurant ops | 1 | $ 535.00 |
| Mike Issa | Consulting | 020 Business Operations | 10/14/2020 | work on restaurant admin | 1 | $ 535.00 |
| Mike Issa | Consulting | 020 Business Operations | 10/15/2020 | restaurant ops | 0.9 | $ 481.50 |
| Mike Issa | Consulting | 020 Business Operations | 10/29/2020 | bus ops | 1 | $ 535.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/12/2020 | review December budget. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/18/2020 | review new budget. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 020 Business Operations | 11/19/2020 | prepare cash collateral budget. | 0.6 | $ 135.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/20/2020 | review cash collateral budget. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/24/2020 | finalize first draft of the budget. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 020 Business Operations | 11/25/2020 | create new budget for restaurants. | 1.3 | $ 292.50 |
| Mike Issa | Consulting | 020 Business Operations | 11/25/2020 | calls with COO and Wen re: reduction of ops expenses | 0.9 | $ 481.50 |
| Mike Issa | Consulting | 020 Business Operations | 11/25/2020 | review leases re: Operating Clause and possible defaults | 1 | $ 535.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/30/2020 | change budget based on new sales data and operate stores in a limited capacity. | 1.5 | $ 337.50 |

**EXHIBIT A**

**Page 8**

| Professional | Activity | Reference Nickname 1 | Transaction Date | Description | Hours | Fee |
|---|---|---|---|---|---|---|
| Wen Tan | Consulting | 020 Business Operations | 11/30/2020 | call with consultant to discuss new cash collateral budget. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 020 Business Operations | 11/30/2020 | update cash collateral budget. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/30/2020 | call with counsels to discuss lease issues with the stores. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 020 Business Operations | 11/30/2020 | finalize cash collateral budget. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 020 Business Operations | 11/30/2020 | call with bank advisor in regard to cash collateral budget. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/1/2020 | file new budgets. | 1 | $ 225.00 |
| Mike Issa | Consulting | 020 Business Operations | 12/1/2020 | review cash budgets | 0.3 | $ 160.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/7/2020 | review cash prior to call. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/8/2020 | review cash flow and projections. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/15/2020 | analyze budget and actual cash flow. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/16/2020 | analyze cash flow. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/16/2020 | call with bank advisors to discuss cash flow problems. | 1.2 | $ 270.00 |
| Mike Issa | Consulting | 020 Business Operations | 12/17/2020 | LETTER TO CITY OF OCEANSIDE RE: OPERATIONS AND RENT ABATEMENT | 0.7 | $ 374.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/17/2020 | analyze cash flow issues analysis in Oceanside stores. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/17/2020 | Oceanside letter for rent abatement. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/21/2020 | review and reconcile cash flows. | 1.8 | $ 405.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/21/2020 | calculate and reconcile cash at the store level. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/22/2020 | analyze discrepancies in cash balance and reconcile accounts at the store level. | 2 | $ 450.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/22/2020 | discussions with consultant in regard to cash flow. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/23/2020 | review Form 2 report for cash and AP payments. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/23/2020 | draft new budgets and analyze restaurant operation cash flow. | 2.5 | $ 562.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/24/2020 | analyze historical wages and new covid rule impact on sales. | 1 | $ 225.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/24/2020 | draft new budgets and analyze restaurant cash flow. | 2 | $ 450.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/26/2020 | update cash collateral budget. | 2.7 | $ 607.50 |
| Wen Tan | Consulting | 020 Business Operations | 12/28/2020 | analyze new cash balances for the stores. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 020 Business Operations | 12/28/2020 | update cash collateral budget. | 1.6 | $ 360.00 |
| | | | | Total | 81.4 | $ 25,600.00 |

| Professional | Activity | Reference Nickname 1 | Transaction Date | Description | Hours | Fee |
|---|---|---|---|---|---|---|
| Wen Tan | Consulting | 030 Business Analysis | 5/22/2020 | call with bank advisor in regard to budget. | 0.5 | $ 112.50 |
| Mike Issa | Consulting | 030 Business Analysis | 5/22/2020 | work on budgets to reopen stores | 1.2 | $ 642.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/26/2020 | draft cash flow projection for reopening restaurants. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 5/27/2020 | review utilities AP provided by management. | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/28/2020 | review payments that needs to be satisfied in order for the stores to reopen. | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/29/2020 | prepare Huntington Beach budget. | 2.3 | $ 517.50 |
| Mike Issa | Consulting | 030 Business Analysis | 5/29/2020 | work on reopening forecast for HB and update of Hibernation budget for Oceanside | 1.4 | $ 749.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/30/2020 | finalize Huntington Beach reopening forecast. | 2.4 | $ 540.00 |
| Wen Tan | Consulting | 030 Business Analysis | 5/31/2020 | finalize Huntington Beach reopening forecast. | 1.2 | $ 270.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/1/2020 | review US Foods cost. | 1.2 | $ 270.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/1/2020 | analyze AP accrual for Oceanside. | 1.2 | $ 270.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/1/2020 | prepare reopening budget for Huntington Beach for the bank advisor. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/1/2020 | draft Oceanside hibernation model. | 2.5 | $ 562.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/2/2020 | answer questions from bank advisor. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/2/2020 | review projections on Oceanside. | 0.5 | $ 112.50 |
| Mike Issa | Consulting | 030 Business Analysis | 6/2/2020 | HB and OS budget updates | 2 | $ 1,070.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/3/2020 | finalize cash flow projections for the bank. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/3/2020 | call with bank advisor. | 0.5 | $ 112.50 |
| Mike Issa | Consulting | 030 Business Analysis | 6/3/2020 | update budgets | 1.4 | $ 749.00 |
| Mike Issa | Consulting | 030 Business Analysis | 6/3/2020 | calls/emails with Opus F/A re budgets and cash collat ag | 0.9 | $ 481.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/4/2020 | draft Oceanside reopen model. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/5/2020 | provide update for bank advisor. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/5/2020 | analyzing US Foods restarting issues. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/5/2020 | update cash flow projections for both stores. | 1.2 | $ 270.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/9/2020 | update cash flow projection for Huntington Beach and Oceanside. | 1.2 | $ 270.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/10/2020 | update cash projection for HB and OS. | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/11/2020 | finalize cash flow projection for HB and OS. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/15/2020 | update cash projection for stores. | 1.5 | $ 337.50 |

| Professional | Activity | Reference Nickname 1 | Transaction Date | Description | Hours | Fee |
|---|---|---|---|---|---|---|
| Wen Tan | Consulting | 030 Business Analysis | 6/16/2020 | update cash collateral budget. | 1.2 | $ 270.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/16/2020 | call with bank advisor on cash collateral, reopening of restaurants and AP payments. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/16/2020 | update cash collateral budget. | 1.2 | $ 270.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/16/2020 | working with consultant to analyze APs and past rent payments needed to restart restaurants. | 2.4 | $ 540.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/17/2020 | prepare AP total payments on stores for the trustee. | 1.8 | $ 405.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/17/2020 | finalize cash collateral budget. | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/17/2020 | call to finalize cash collateral. | 1.2 | $ 270.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/18/2020 | answering questions on the budget for trustee. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/22/2020 | update cash collateral budget. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/22/2020 | review cash collateral motions filed. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/22/2020 | call with bank advisor to discuss budget. | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/22/2020 | finalize budget for cash collateral | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/23/2020 | adjustments for cash collateral budget. | 1.9 | $ 427.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/23/2020 | finalize cash collateral budget. | 1.6 | $ 360.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/24/2020 | analyze the cost and process for providing weekly update to bank in regard to reopening stores performance. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/25/2020 | update status report. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 6/26/2020 | analyze budget for payroll processing fees. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 6/26/2020 | call with consultant to discuss reopening. | 1 | $ 225.00 |
| Mike Issa | Consulting | 030 Business Analysis | 6/29/2020 | reopening issues | 1.4 | $ 749.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/1/2020 | update break even analysis for stores | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/1/2020 | call with consultant to finalize break even analysis and budget. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 7/1/2020 | update bank advisor on store status. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/1/2020 | breakeven analysis for stores. | 3.2 | $ 720.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/7/2020 | update bank on store status. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/8/2020 | update bank on store status. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 7/9/2020 | analyze rent and AP actual vs projected. | 1.6 | $ 360.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/21/2020 | review weekly bank ledgers. | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/29/2020 | review cash flow projection and form-2. | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/29/2020 | provide update info for bank advisor. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/30/2020 | draft actual comparison budget. | 1.8 | $ 405.00 |
| Wen Tan | Consulting | 030 Business Analysis | 8/3/2020 | review actual to budget forecast. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 8/5/2020 | prepare materials for weekly cash update. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 8/6/2020 | review new actual vs budget worksheet. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/6/2020 | review discrepancies in the cash flow. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/14/2020 | update HB and OS sales and profit analysis. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/18/2020 | review actual to budget worksheet. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/19/2020 | review actual to budget worksheet. | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 8/19/2020 | compile data for filing of abandoning stores. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 8/20/2020 | analyze store performance prior and during pandemic. | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 8/24/2020 | update actual to budget comparison. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 8/28/2020 | review actual to budget worksheet. | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 10/1/2020 | review cash flow and AP payments. | 1.5 | $ 337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/5/2020 | review cash collateral. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/14/2020 | call with bank and consultants on cash flow. | 1 | $ 225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 10/15/2020 | draft new cash flow for HB and OS. | 2.5 | $ 562.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/15/2020 | call with bank and consultants on cash flow. | 0.5 | $ 112.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/15/2020 | finalize cash collateral budget. | 1.8 | $ 405.00 |
| Wen Tan | Consulting | 030 Business Analysis | 10/15/2020 | finalize cash collateral budget. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/16/2020 | review AP payments during the case. | 1 | $ 225.00 |
| | | | | Total | 95 | $ 23,948.00 |

| Professional | Activity | Reference Nickname 1 | Transaction Date | Description | Hours | Fee |
|---|---|---|---|---|---|---|
| Wen Tan | Consulting | 080 Financing | 7/29/2020 | call with bank advisor to discuss various issues. | 1 | $ 225.00 |
| Wen Tan | Consulting | 080 Financing | 11/3/2020 | review debt for the restaurants in anticipation of sales allocation. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 080 Financing | 11/5/2020 | prep for call with bank. | 0.3 | $ 67.50 |

**EXHIBIT A**
**Page 10**

| Professional | Activity | Reference Nickname 1 | Transaction Date | Description | Hours | Fee |
|---|---|---|---|---|---|---|
| Wen Tan | Consulting | 080 Financing | 11/5/2020 | call with bank advisor. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 080 Financing | 11/13/2020 | call with bank advisors in regard to settlement. | 1 | $ 225.00 |
| Wen Tan | Consulting | 080 Financing | 12/3/2020 | call with bank advisor in regard to cash payout. | 1 | $ 225.00 |
| Wen Tan | Consulting | 080 Financing | 12/7/2020 | call with bank advisors in regard to settlement. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 080 Financing | 12/16/2020 | call with bank advisor to discuss settlement. | 1 | $ 225.00 |
| Wen Tan | Consulting | 080 Financing | 12/17/2020 | call with bank advisors in regard to counter offer on settlement. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 080 Financing | 12/17/2020 | analyze counter offer. | 0.8 | $ 180.00 |
| Wen Tan | Consulting | 080 Financing | 12/22/2020 | prepare reports for bank advisor. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 080 Financing | 12/22/2020 | call with bank advisor in regard to cash and settlement. | 0.7 | $ 157.50 |
| Wen Tan | Consulting | 080 Financing | 12/28/2020 | call with bank advisor to finalize budget. | 1.3 | $ 292.50 |
| Wen Tan | Consulting | 080 Financing | 12/29/2020 | review invoices from vendors. | 1 | $ 225.00 |
| | | | | Total | 12.4 | $ 2,790.00 |

| Professional | Activity | Reference Nickname 1 | Transaction Date | Description | Hours | Fee |
|---|---|---|---|---|---|---|
| Wen Tan | Consulting | 090 Creditor Meetings/Communications | 4/23/2020 | call with bank advisors in regard to netdown. | 1 | $ 225.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 5/6/2020 | Calls with Opus Bank FA, Paul Shields | 0.7 | $ 374.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 6/16/2020 | Calls with Opus bank counsel and F/A | 1.2 | $ 642.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 7/7/2020 | work on timeline for Opus Bank | 1.2 | $ 642.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 7/29/2020 | emails with Opus F/A | 0.4 | $ 214.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 7/29/2020 | communication with Opus F/S | 0.4 | $ 214.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 10/20/2020 | HB lease discussions | 1.4 | $ 749.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/1/2020 | emails with Paul Shields re: use of cash collateral | 0.2 | $ 107.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/3/2020 | email to Trustee and team re: conversation with Paul Shields re: use of cash collateral and allocation of sales proceeds | 0.3 | $ 160.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/7/2020 | call with Opus financial adviser | 0.4 | $ 214.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/14/2020 | emails with Paul Shields regarding sale status and use of cash collateral | 0.4 | $ 214.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/14/2020 | draft letter to Oceanside landlord re: need for abatement of rent | 0.8 | $ 428.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/16/2020 | call with bank FA re: use of cash collateral and settlement | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/17/2020 | Call/emails with Trustee re: settlement with Opus and use of cash collateral. Revise settlement matrix. | 0.6 | $ 321.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/17/2020 | emails re: Opus bank position on use of cash collateral and allocation of sales proceeds | 0.3 | $ 160.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/21/2020 | emails/call with Paul Shields re: restaurant cash position and use of cash collateral | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/22/2020 | call with Paul Shields re: use of cash collateral and settlement of sales proceeds dispute | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 12/22/2020 | emails/call with Paul Shields re: use of cash collateral and allocation of sale proceeds | 0.5 | $ 267.50 |
| | | | | Total | 11.3 | $ 5,735.50 |

| Professional | Activity | Reference Nickname 1 | Transaction Date | Description | Hours | Fee |
|---|---|---|---|---|---|---|
| Mike Issa | Consulting | 099 General Consulting | 10/16/2020 | assist with approval process for City of HB lease | 1 | $ 535.00 |
| Mike Issa | Consulting | 099 General Consulting | 10/26/2020 | work on WARN Act issues | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 099 General Consulting | 11/3/2020 | WARN ACt issues | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 099 General Consulting | 11/25/2020 | WARN Act issues emails/call with Trustee and counsel | 0.6 | $ 321.00 |

**EXHIBIT A**
**Page 11**

| Professional | Activity | Reference Nickname 1 | Transaction Date | Description | Hours | Fee |
|---|---|---|---|---|---|---|
| Mike Issa | Consulting | 099 General Consulting | 11/30/2020 | call with Trustee et al regarding restaurant strategy and layoffs/WARN Act compliance | 1.2 | $ 642.00 |
| Mike Issa | Consulting | 099 General Consulting | 11/30/2020 | emails/calls w Trustee and counsel re: restaurant employment issues | 0.5 | $ 267.50 |
| Mike Issa | Consulting | 099 General Consulting | 12/17/2020 | draft and revise rent abatement request for City of Oceanside | 0.6 | $ 321.00 |
| | | | | Total | 4.9 | $ 2,621.50 |

| Professional | Activity | Reference Nickname 1 | Transaction Date | Description | Hours | Fee |
|---|---|---|---|---|---|---|
| Wen Tan | Consulting | 130 Litigation | 9/22/2020 | support on legal issues in regard to Oceanside store. | 1 | $ 225.00 |
| | | | | Total | 1 | $ 225.00 |

| | | |
|---|---|---|
| Total | 207.90 | $ 61,936.50 |

EXHIBIT 1
Page 12

EXHIBIT "B"

**Exhibit B**

**Orignial Fee App Summary**

| Category | Total Hours | Total Fees |
|---|---:|---:|
| **Huntington Beach** | | |
| 010 Asset Analysis | 11.33 | $ 6,063.53 |
| 020 Business Operations | 65.92 | $ 20,868.19 |
| 030 Business Analysis | 100.77 | $ 28,457.22 |
| 040 Case Administration | 12.64 | $ 6,155.51 |
| 050 Claims Administration | 5.47 | $ 2,283.32 |
| 060 Employment/Fee Apps | 11.03 | $ 2,815.31 |
| 080 Financing | 21.20 | $ 4,770.56 |
| 090 Creditor Meetings/Communications | 26.21 | $ 13,546.47 |
| 099 General Consulting | 11.26 | $ 5,639.87 |
| 100 Plan & Disclosure | 1.54 | $ 346.95 |
| 120 Data Analysis | 6.01 | $ 3,217.38 |
| 130 Litigation | 13.65 | $ 4,624.07 |
| Commission | - | $ 250,960.50 |
| D&O Litigation Support | 13.80 | $ 5,734.31 |
| **Total** | **300.84** | **$ 355,483.20** |
| | | |
| **OceanSide** | | |
| 010 Asset Analysis | 3.37 | $ 1,800.97 |
| 020 Business Operations | 19.58 | $ 6,198.21 |
| 030 Business Analysis | 29.93 | $ 8,452.28 |
| 040 Case Administration | 3.76 | $ 1,828.29 |
| 050 Claims Administration | 1.63 | $ 678.18 |
| 060 Employment/Fee Apps | 3.27 | $ 836.19 |
| 080 Financing | 6.30 | $ 1,416.94 |
| 090 Creditor Meetings/Communications | 7.79 | $ 4,023.53 |
| 099 General Consulting | 3.34 | $ 1,675.14 |
| 100 Plan & Disclosure | 0.46 | $ 103.05 |
| 120 Data Analysis | 1.79 | $ 955.62 |
| 130 Litigation | 4.05 | $ 1,373.43 |
| Commission | - | $ 74,539.50 |
| D&O Litigation Support | 4.10 | $ 1,703.19 |
| **Total** | **89.36** | **$ 105,584.50** |
| | | |
| **Ruby's Diner Inc.** | | |
| D&O Litigation Support (50%) | 17.90 | $ 7,437.50 |
| South Coast Plaza | 1.00 | $ 535.00 |
| **Total** | **18.90** | **$ 7,972.50** |
| | | |
| **Total** | **409.10** | **$ 469,040.20** |

**EXHIBIT B**

**Page 13**

EXHIBIT "C"

# Ruby's Diner Inc.
## Exhibit B: Professional Summary

| Name | Hours | Fees |
|---|---:|---:|
| Mike Issa | 48.9 | $ 26,161.50 |
| Wen Tan | 159 | $ 35,775.00 |
| **Grand Total** | **207.9** | **$ 61,936.50** |

EXHIBIT C
Page 14

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **DECLARATION OF J. MICHAEL ISSA IN RESPONSE TO OBJECTION BY PACIFIC PREMIER BANK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 16, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On ＿, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **MAIL REDIRECTED TO TRUSTEE DEBTOR** | **MAIL REDIRECTED TO TRUSTEE DEBTOR** | **MAIL REDIRECTED TO TRUSTEE DEBTOR** |
|---|---|---|
| ~~RUBY'S DINER, INC., A CALIFORNIA CORPOR~~ | ~~RUBY'S HUNTINGTON BEACH, LTD., A CALIFO~~ | ~~RUBY'S OCEANSIDE LTD., A CALIFORNIA LIM~~ |
| ~~4100 MACARTHUR BLVD. SUITE 310~~ | ~~4100 MACARTHUR BLVD STE 310~~ | ~~4100 MACARTHUR BLVD STE 310~~ |
| ~~NEWPORT BEACH, CA 92660-2050~~ | ~~NEWPORT BEACH, CA 92660-2050~~ | ~~NEWPORT BEACH, CA 92660-2050~~ |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ＿, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPIES NOT REQUIRED UNTIL FURTHER NOTICE.
Judge Clarkson will excuse compliance with LBR 5005-2(d) (requiring Judge's copies)
until further notice.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 16, 2021 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- Leo A Bautista    leo.bautista@lewisbrisbois.com, mona.jackson@lewisbrisbois.com; Chris.Rodriguez@lewisbrisbois.com,ralphk@cox.net,dcavanaugh@bcccmgmt.com
- George B Blackmar    gblackmar@bpslaw.net
- Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Caroline Djang    caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- Laura E Dolan    LAURA.DOLAN@SDCOUNTY.CA.GOV, odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Eric J Fromme    efromme@tocounsel.com, stena@tocounsel.com
- Maria L Garcia    Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- Alastair M Gesmundo    agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- David M. Guess    guessd@gtlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Samy Henein    samyhenein@aol.com, az@suppalaw.com
- Garrick A Hollander    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;Meir@wghlawyers.com
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- David S Kupetz    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- William N Lobel    wlobel@tocounsel.com, jokeefe@tocounsel.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Jessica G McKinlay    mckinlay.jessica@dorsey.com
- Malcolm D Minnick    dminnick@pillsburylaw.com, m.minnick@comcast.net
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- SAMUEL A. SCHWARTZ    saschwartz@nvfirm.com, ECF@nvfirm.com
- Lovee D Sarenas    lsarenas@sklarkirsh.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- Corey R Weber    cweber@bg.law, ecf@bg.law
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             F 9013-3.1.PROOF.SERVICE