D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**FEB 19 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>Debtor.<br><br>Affects:<br><br>☐ ALL DEBTORS<br>☒ RUBY'S DINER, INC., ONLY<br>☐ RUBY'S SOCAL, DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br>☒ RUBY'S HUNTINGTON BEACH, LTD. ONLY<br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☒ RUBY'S OCEANSIDE, LTD, ONLY<br>☐ RUBY'S PALM SPRINGS, LTD. ONLY | Case No. 8:18-bk-13311-SC<br>Jointly Administered with Case Nos.:<br>8:18-bk-13197-SC; 8:18-bk-13198-SC;<br>8:18-bk-13199-SC; 8:18-bk-13200-SC;<br>8:18-bk-13201-SC; 8:18-bk-13202-SC<br><br>Chapter 7<br><br>ORDER GRANTING INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS BY GLASSRATNER ADVISORY & CAPITAL GROUP, LLC<br><br>Hearing<br>Date: February 17, 2021<br>Time: 11:00 a.m.<br>Ctrm: 5C<br>Location: Courtcall or Zoom.Gov |

The Application (the "Application") for Allowance of Fees and Costs filed by GlassRatner Advisory & Capital Group, LLC ("GR") came for hearing on February 17, 2021, before the Honorable Scott C. Clarkson, United States Bankruptcy Judge. Appearances are as noted on the record.

The Court has reviewed and considered the Application filed as Dk. No. 1015, the Declaration of Richard A. Marshack filed as Dk. No. 1026, the Objection of Pacific Premier Bank filed as Dk. No. 1019, the Declaration of J. Michael Issa in response filed as Dk. No. 1027 ("GR Declaration"), and all evidence submitted in support of the Application. The Court has found proper notice had been given, and as agreed upon on the record:

IT IS ORDERED that:

1. As set forth in the GR Declaration,

   a. Any fees requested from RDI are withdrawn, without prejudice, and will be resubmitted for the Court's consideration at a later date;

   b. The commission for the sale of the 50% interest in South Coast Plaza will be separately noticed and submitted for the Court's consideration;

   c. The total commission amount of $301,000 is approved as calculated: 7% of the total sale price of $4,300,000 for Huntington Beach ("HB") and Oceanside ("OS") and will be allocated $232,071.00 to HB and the remaining $68,929.00 to OS;

   d. The hourly fees are approved in the amount of $61,936.50 – allocated as $47.753.04 to HB and $14,183.46 to OS.

2. The total fees for HB are allowed in the amount of $279,824.04;

3. The total fees for OS are allowed in the amount of $83,112.46;

4. Expenses in the amount of $32.70 are approved; and

5. Upon receipt of the sale proceeds, Trustee is authorized to immediately pay all allowed fees and expenses from funds on hand in the Estates.

Date: February 19, 2021

Scott C. Clarkson
United States Bankruptcy Judge

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>            Debtor.<br><br>Affects:<br><br>☐    ALL DEBTORS<br>☒    RUBY'S DINER, INC., ONLY<br>☐    RUBY'S SOCAL, DINERS, LLC, ONLY<br>☐    RUBY'S QUALITY DINERS, LLC, ONLY<br>☒    RUBY'S HUNTINGTON BEACH, LTD. ONLY<br>☐    RUBY'S LAGUNA HILLS, LTD. ONLY<br>☒    RUBY'S OCEANSIDE, LTD, ONLY<br>☐    RUBY'S PALM SPRINGS, LTD. ONLY | Case No. 8:18-bk-13311-SC<br>Jointly Administered with Case Nos.:<br>8:18-bk-13197-SC; 8:18-bk-13198-SC;<br>8:18-bk-13199-SC; 8:18-bk-13200-SC;<br>8:18-bk-13201-SC; 8:18-bk-13202-SC<br><br>Chapter 7<br><br>ORDER GRANTING INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS BY GLASSRATNER ADVISORY & CAPITAL GROUP, LLC<br><br><u>Hearing</u><br>Date: February 17, 2021<br>Time: 11:00 a.m.<br>Ctrm: 5C<br>Location: Courtcall or Zoom.Gov |

The Application (the "Application") for Allowance of Fees and Costs filed by GlassRatner Advisory & Capital Group, LLC ("GR") came for hearing on February 17, 2021, before the Honorable Scott C. Clarkson, United States Bankruptcy Judge. Appearances are as noted on the record.

1

The Court has reviewed and considered the Application filed as Dk. No. 1015, the Declaration of Richard A. Marshack filed as Dk. No. 1026, the Objection of Pacific Premier Bank filed as Dk. No. 1019, the Declaration of J. Michael Issa in response filed as Dk. No. 1027 ("GR Declaration"), and all evidence submitted in support of the Application. The Court has found proper notice had been given, and as agreed upon on the record:

IT IS ORDERED that:

1. As set forth in the GR Declaration,

    a. Any fees requested from RDI are withdrawn, without prejudice, and will be resubmitted for the Court's consideration at a later date;

    b. The commission for the sale of the 50% interest in South Coast Plaza will be separately noticed and submitted for the Court's consideration;

    c. The total commission amount of $301,000 is approved as calculated: 7% of the total sale price of $4,300,000 for Huntington Beach ("HB") and Oceanside ("OS") and will be allocated $232,071.00 to HB and the remaining $68,929.00 to OS;

    d. The hourly fees are approved in the amount of $61,936.50 – allocated as $47.753.04 to HB and $14,183.46 to OS.

2. The total fees for HB are allowed in the amount of $279,824.04;

3. The total fees for OS are allowed in the amount of $83,112.46;

4. Expenses in the amount of $32.70 are approved; and

5. Upon receipt of the sale proceeds, Trustee is authorized to immediately pay all allowed fees and expenses from funds on hand in the Estates.

###

1 | **APPROVED AS TO FORM AND CONTENT**
2 | GREENBERG TAURIG, LLP
3 |
4 | By: /s/ David M. Guess
5 | ANNETTE W. JARVIS
    | DAVID M. GUESS
    | Attorneys for Secured Creditor
6 | PREMIER PACIFIC BANK

3