HOWARD B. GROBSTEIN, CPA
Grobstein Teeple, LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367
Telephone:   (818) 532-1020
Facsimile:    (818) 532-1120
Email:    hgrobstein@gtllp.com, documents@gtllp.com

Accountants for Richard A. Marshack, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:18-BK-13311-SC |
| **RUBY'S DINER, INC.,** a California corporation, et al., | Chapter 7 |
| Debtor. | Jointly Administered with Case Nos: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; and 8:18-bk-13202-SC |
| Affects: ☐ ALL DEBTORS ☒ **RUBY'S DINER, INC.** ☐ RUBY'S SOCAL DINERS, LLC, ONLY ☐ RUBY'S QUALITY DINERS, LLC, ONLY ☒ **RUBY'S HUNTINGTON BEACH, LTD.** ☐ RUBY'S LAGUNA HILLS, LTD. ONLY ☒ **RUBY'S OCEANSIDE, LTD** ☐ RUBY'S PALM SPRINGS, LTD. ONLY | **FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE; DECLARATIONS OF HOWARD B. GROBSTEIN IN SUPPORT THEREOF** <br><br> Hearing Information: <br> Date:  December 15, 2021 <br> Time: 11:00 a.m. <br> Ctrm:  5C <br> Location:  CourtCall or Zoom |
| Debtor. | |

RUBY'S DINER, INC., a California corporation, et al.                    Case #8:18-BK-13311-SC

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

GROBSTEIN TEEPLE LLP ("Applicant" or "GT" or the "Firm"), accountants for the Chapter 7 Trustee of Ruby's Diner, Inc. a California Corporation, ("RDI" or "Lead Debtor"), represents the following in support of this *First Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants for the Chapter 7 Trustee* ("Application").  The Application requests a total of $77,982.50 for fees and $186.88 for expenses incurred during the period of June 24, 2020, through and including October 31, 2021 (the "Application Period").

RDI is being jointly administered with the following cases:

1.    Ruby's SoCal Diners, LLC ("RSD"), Case No.:  8:18-bk-13197-SC;

2.    Ruby's Quality Diners, LLC ("RQD"), Case No.: 8:18-bk-13198-SC;

3.    Ruby's Huntington Beach, LTD ("RHB"), Case No.:  8:18-bk-13199-SC;

4.    Ruby's Laguna Hills, LTD, Case No.:  8:18-bk-13200-SC;

5.    Ruby's Oceanside, LTD ("ROS"), 8:18-bk-13201-SC; and

6.    Ruby's Palm Springs, LTD ("RPS") 8:18-bk-13202-SC

The within Application is only seeking compensation regarding RDI, RHB and ROS.

**I.**

**PRELIMINARY SUMMARY OF COMPENSATION DATA**

1.    Applicant: GROBSTEIN TEEPLE LLP

2.    Application Period: June 24, 2020 through October 31, 2021

3.    Date of Entry of Order Authorizing Employment: August 3, 2020 [effective June 24, 2020]

4.    Date Services Commenced:  June 24, 2020

5.    Dates of Prior Fee Hearings: None

6.    Advance Fee Payment Received: $0.00

7.    Advance Fee Payment Remaining: $0.00

8.    Fees Paid Pursuant to Prior Fee Applications: $0.00

9.    Expenses Paid Pursuant to Prior Fee Applications: $0.00

10.    Amount Remaining to be Paid to Pursuant to Prior Applications: $0.00

RUBY'S DINER, INC., a California corporation, et al.                    Case #8:18-BK-13311-SC

2

11.    Amount Reserved Pending Final Fee Application: $0.00

12.    Total Amount of Fees Requested for this Application Period: $77,982.50

RDI:    $70,671.00

RHB:    $3,676.00

ROS:    $3,635.50

13.    Total Amount of Expenses Requested for this Application Period: $186.88

RDI:    $74.62

RHB:    $70.30

ROS:    $41.96

14.    Cash on hand: RDI: $2,569,683.03; RHB: $1,164,770.88; and ROS: $236,825.77

## II.

## INTRODUCTION

1.    This Application is filed in accordance with Section 330 of the United States Bankruptcy Code, Local Bankruptcy Rule 2016(1), and the Guidelines of the Office of the United States Trustee for the Central District of California (the "Guidelines").

2.    On September 5, 2018, RDI filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Petition Date"). On the same date, as Docket #2, counsel filed an ex-parte application for joint administration with all other related debtors as captioned above (collectively referred to as "the Debtors and Debtors-in Possession"), and designation of RDI as the Lead Debtor ("Joint Administration"). On the same date, as Docket #6, an order granting the Joint Administration was entered.

3.    On April 15, 2020, the Lead Debtor's motion to convert the case to a Chapter 7 case was granted, and Richard A. Marshack was appointed as the Chapter 7 Trustee on April 16, 2020 (the "Trustee").

4.    Pursuant to the order entered authorizing the employment of GT as accountants, Applicant began work on June 24, 2020.

5.    Applicant was employed to provide accounting related assistance including: obtain and

RUBY'S DINER, INC., a California corporation, et al.    Case #8:18-BK-13311-SC

3

evaluate financial records; reconstruct financial records, if necessary; evaluate assets and liabilities of the Debtors and Estates; evaluate tax issues related to the Debtors and Estates; prepare tax returns; provide litigation consulting if required; provide expert witness services as required; prepare expert reports, testify at depositions and trials if required; and provide accounting and consulting services requested by the Trustee and his counsel.

6. This is Applicant's first interim application in connection with this case. Applicant seeks approval of compensation for the Application Period. The requested amount of compensation is based upon a total of 322.3 hours of accounting services, resulting in fees totaling $77,982.50. In addition, Applicant incurred expenses in the amount of $186.88. The Trustee is currently holding cash on hand as follows: RDI: $2,569,683.03; RHB: $1,164,770.88; and ROS: $236,825.77.

7. The professional services which are the subject of this Application were rendered by the Applicant in connection with providing services for the benefit of the estate and not for any other entity. All of the expenses which are the subject of this Application were incurred by Applicant in connection with providing services for the benefit of the estate.

8. Applicant maintains time records of professionals and support personnel on a contemporaneous basis. Such time records are prepared by the professionals who have rendered the services. Time records and this Application were reviewed by the project manager assigned to the case.

9. **Exhibit "A"** provides a grand total of fees by subject area incurred during the period.

10. A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B".** The hourly rates in **Exhibit "B"**, as well as those reported in **Exhibit "C"**, reflect the rates in effect on the dates those services were performed. Therefore, certain professionals may reflect multiple rates if there were rate adjustments during the period.

11. Attached hereto as **Exhibit "C"** and incorporated herein by this reference is a statement detailing the services and expenses rendered by the Applicant for the Application Period. **Exhibit "C"** is transcribed from the Applicant's contemporaneous time records, and shows the professional services rendered, the date the services were performed, the person performing the service and the amount of time incurred. **Exhibit "C"** categorizes the professional fees by subject

RUBY'S DINER, INC., a California corporation, et al.                                    Case #8:18-BK-13311-SC

4

work areas.

12.     Applicant has no agreement or understanding for a division of fees between Applicant and any other party or parties involved in this matter.  No retainer or advance fee payment has been received by Applicant and Applicant has not received, nor intends to receive, a lien or any other interest in the property of the Debtor or any other third party to secure payments of Applicant's fees. Applicant is aware of the risk that there may be insufficient assets from which it may be compensated.

13.     Attached as **Exhibit "D"** is biographical information concerning the professionals providing services during the period covered by this Application.

### III.

### SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT

**Accounting Services**

14.     Applicant was engaged by the Trustee to provide consulting services which included evaluating books and records, gathering and analyzing available documents and electronic data, and performing financial and other analyses. Applicant reviewed the Debtors' financial records and the Debtors' petition and schedules filed with the Court. Applicant participated in numerous correspondence with the Trustee related to the administration of the case.

15.     Applicant reviewed, sorted, and indexed documents provided for 20 different entities related to prior tax years to determine which income tax returns needed to be filed and to prepare a list of other documents and information needed to prepare those income tax returns.  In order to do this efficiently, Applicant prepared a schedule to identify items received, work to be completed, and the ownership structure of the various entities involved.

16.     Additional accounting services have been provided by Applicant relating to current and prior period accounting issues. These services included assistance in reviewing and preparing information to assist RDI in preparing and filing its bankruptcy schedules and obtaining, sorting, and reconciling the Debtors' financials records for preparation of tax returns for RDI, RHB, and ROS and analyses as described in the litigation support section below.

//

RUBY'S DINER, INC., a California corporation, et al.                                    Case #8:18-BK-13311-SC

5

17.    Fees and expenses have been incurred on the cases individually, under the category of Accounting Services, as follows:

| Debtor | Time Incurred | Amount |
|--------|---------------|--------|
| RDI | 16.2 | $3,423.00 |
| RHB | 0.4 | $54.00 |
| ROS | 1.6 | $222.00 |
| **TOTAL** | **18.2** | **$3,699.00** |

18.    During the Application Period, Applicant incurred a total of 18.2 hours under the category of Accounting Services, resulting in fees totaling $3,699.00. This results in a blended hourly rate of $203.24.

**Fee/Employment Application**

19.    Applicant prepared and filed it employment application and started preparation of its first interim fee application.  Fees and expenses have been incurred on the cases individually, under the category of Fee/Employment Application, as follows:

| Debtor | Time Incurred | Amount |
|--------|---------------|--------|
| RDI | 3.3 | $388.50 |
| RHB | 0.0 | $0.00 |
| ROS | 0.0 | $0.00 |
| **TOTAL** | **3.3** | **$388.50** |

20.    During the Application Period, Applicant incurred a total of 3.3 hours under the category of Fee/Employment Application, resulting in fees totaling $388.50. This results in a blended hourly rate of $117.73.

**Litigation Consulting**

21.    Applicant participated in numerous calls with the Debtors' counsel, the Debtors' accountants, the Trustee, and the Trustee's counsel to understand the potential litigation matters involving RDI and to determine the financial records required to complete requested projects.

22.    Applicant performed services related to bankruptcy litigation matters involving the RDI, including a corporate opportunity analysis, a financial reconstruction, and insider payment analysis.   Applicant and Trustee's counsel had a meeting to discuss the recordation of certain

transactions reported on the Monthly Operating Reports filed by RDI and financial reports provided by Trustee's counsel for RDI.  Applicant was asked to provide an analysis on expenses paid for non-debtor entities by RDI, and whether RDI was properly reimbursed by these entities.

23.    Applicant reviewed RDI's general ledgers, profit & loss statements, balance sheets, and 18 monthly operating reports filed by RDI.  Utilizing those records, Applicant prepared comparisons and summaries of the profit & loss statements and balance sheets to analyze RDI's, RHB's, and ROS's revenue stream and assets.

24.    Applicant received four years of general ledgers, banks statements for approximately 33 banks accounts, and credit card statements for approximately six credit cards covering a four-year period.  Applicant was asked to reconstruct RDI's financials using the bank and credit card statements by counsel for the Trustee due to the fact that RDI's financials were not reliable and inconsistent.  For example, Applicant discovered that RDI had two sets of general ledgers for multiple years identified as "new" and "old" for each year with overlapping dates.  Applicant requested an explanation through Trustee's counsel but did not receive an adequate explanation, therefore Applicant had to reconstruct RDI's financials. The work completed by Applicant is further described in detail below.

25.    Applicant prepared a reconciliation of the payments made to and on behalf of the insiders of RDI for 2016, 2017, 2018, and 2019, along with a deposit analysis of funds deposited into RDI's  multiple accounts to determine whether the funds were actual revenue or transferred from other debtor and non-debtor entities.  Applicant reviewed seven general ledgers containing over 150,000 entries.

26.    As requested by counsel for the Trustee, Applicant prepared an analysis of RDI's reimbursement accounts using the general ledgers, bank statements, and credit card statements.

27.    In addition, Applicant prepared analysis of RDI's transactions with related entities using the general ledgers and bank statements provided by the Debtor.

28.    Applicant received "old" and "new" general ledgers that were maintained by RDI from 2016 - 2019.  Applicant reviewed the general ledgers to determine if the transactions in the "old" ledgers were duplicated in the "new" ledgers.  Upon instruction from counsel, Applicant then prepared an analyses of transactions between the RDI and Shake Shack and RDI and Beachcomber

RUBY'S DINER, INC., a California corporation, et al.                    Case #8:18-BK-13311-SC

7

using the "old" and "new" ledgers.  The analysis included a reconciliation of the transactions found in the general ledgers with RDI's bank statements.

29.    Finally, Applicant was asked to prepare an analysis of funds received by RDI from related entities that had not filed for bankruptcy, and subsequently trace the funds to identify how the funds were used by RDI.

30.    Fees and expenses have been incurred on the cases individually, under the category of Litigation Consulting, as follows:

| Debtor | Time Incurred | Amount |
|--------|---------------|--------|
| RDI | 178.8 | $40,632.50 |
| RHB | 5.7 | $910.50 |
| ROS | 7.1 | $1,095.00 |
| **TOTAL** | **191.6** | **$42,638.00** |

31.    During the Application Period, Applicant incurred a total of 191.6 hours under the category of Litigation Consulting, resulting in fees totaling $42,638.00. This results in a blended hourly rate of $225.54.

**Tax Issues**

32.    Applicant reviewed the case documents to identify case issues and prepared an open items list. Applicant further reviewed documents and emails related to sales issues and advised Trustee accordingly. In addition, Applicant was asked to review documents and financials related to the sale of Ruby's South Coast Plaza.  Applicant participated in discussions with the Trustee and counsel for the Trustee regarding the sale.

33.    Applicant reviewed emails and notices from the California Department of Tax and Fee Administration ("CDTFA") regarding sales tax issues. Applicant corresponded and advised the Trustee with regard to resolving the issues with the CDTFA.

///

///

///

///

34.     Fees and expenses have been incurred on the cases individually, under the category of Tax Issues, as follows:

| Debtor | Time Incurred | Amount |
|--------|---------------|--------|
| RDI | 3.8 | $1,535.00 |
| RHB | 0.0 | $0.00 |
| ROS | 0.0 | $0.00 |
| TOTAL | 3.8 | $1,535.00 |

35.     During the Application Period, Applicant incurred a total of 3.8 hours under the category of Tax Issues, resulting in fees totaling $1,535.00. This results in a blended hourly rate of $403.95.

**Tax Return Preparation**

36.     Applicant prepared tax returns for multiple years (2017 – 2020) for RDI, RHB, and ROS.  Applicant reviewed prior year income tax returns for each of the entities and created a list of documents and information required to prepare the income tax returns.

37.     Applicant prepared appropriate schedules for each of the entities that were used to prepare tax returns for the respective Debtors.

38.     Applicant prepared and filed income tax return extensions for RDI, RHB, and ROS for the 2020 tax year, and then prepared and filed the 2020 income tax returns for RDI, RHB, and ROS once all of the required information was received.

39.     Fees and expenses have been incurred on the cases individually, under the category of Tax Return Preparation, as follows:

| Debtor | Time Incurred | Amount |
|--------|---------------|--------|
| RDI | 32.5 | $6,092.00 |
| RHB | 14.4 | $2,711.50 |
| ROS | 11.4 | $2,318.50 |
| TOTAL | 58.3 | $11,122.00 |

40.     During the Application Period, Applicant incurred a total of 58.3 hours under the category of Tax Return Preparation, resulting in fees totaling $11,122.00. This results in a blended hourly rate of $190.77.

**Valuation**

41.    Applicant performed services related to projections and valuation of RDI's license fee income associated with royalties anticipated from all of the Debtors . Applicant was asked to conduct this valuation to facilitate the potential sale of this asset.

42.    Applicant participated in numerous telephonic correspondence regarding the documents required to prepare the valuation and to address issues with the production of the requested documentation and information.

43.    In order to prepare the valuation, Applicant had to conduct market and industry research; prepare an analysis of guideline company transactions; prepare a detailed analysis of historical revenues by franchise location; prepare an analysis of the impacts of the COVID-19 pandemic on historical and projected revenues; and participate in communications with the Debtor's financial advisors to gather relevant financial data and to better understand the Debtor's financial position and operating performance.

44.    In valuing the license fee asset, Applicant applied both, the discounted cash flow and guideline transactions methods. Applicant created a template to efficiently evaluate the data needed to value the license royalty income.

45.    For the discounted cash flow method, Applicant had to (1) develop a long-term forecast of net license fee income based on historical and anticipated revenue performance and as assumed recovery from pandemic-impacted recent revenues, and (2) discount those future cash flows to the present using a discount rate reflective of the risk of achieving forecasted profitability.

46.    In applying the guideline transactions method, Applicant identified transactions of reasonably similar restaurant franchises, developed an EDITDA multiple from the data analyzed, and applied said multiple to a measure of normalized EBITDA for the business.

47.    Applicant then reconciled the above measurements to arrive at a conclusion of value.

48.    Throughout this process, Applicant communicated with financial experts and updated its assumptions as additional documentation and information was provided.

49.    Fees and expenses have been incurred on the cases individually, under the category of Valuation, as follows:

| Debtor | Time Incurred | Amount |
|--------|--------------|--------|
| RDI | 47.2 | $18,600.00 |
| RHB | 0.00 | $0.00 |
| ROS | 0.00 | $0.00 |
| **TOTAL** | **47.2** | **$18,600.00** |

50.     During the Application Period, Applicant incurred a total of 47.2 hours under the category of Valuation, resulting in fees totaling $18,600.00. This results in a blended hourly rate of $394.07.

**Expenses**

51.     During the Application Period, Applicant incurred expenses for postage and delivery charges in the amount of $186.88, for which reimbursement is being sought, as follows:

| Debtor | Expenses |
|--------|----------|
| RDI | $74.62 |
| RHB | $70.30 |
| ROS | $41.96 |
| **TOTAL** | **$186.88** |

## IV.

## REQUEST FOR INTERIM COMPENSATION

52.     During the Application Period, Applicant incurred a total of 322.3 hours as accountants for the Chapter 7 Trustee.  Applicant submits that all its time was reasonable and necessary.  Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate than needed for any particular task.  The blended hourly rate for the First Interim Fee Application Period is $241.95.

53.     Applicant is requesting compensation in the amount of $77,982.50 for services rendered.  This amount is based upon the normal hourly rates charged by its professionals at the time the work was performed.  This amount does not include any enhancements or bonuses.  Expenses were incurred in the amount of $186.88 during this Application Period.

///

///

///

RUBY'S DINER, INC., a California corporation, et al.                                    Case #8:18-BK-13311-SC

11

1       **WHEREFORE, GROBSTEIN TEEPLE LLP** requests that this Court, after proper notice

2   and hearing, allow fees totaling $77,982.50 and reimbursement of expenses in the amount of $186.88

3   for the First Interim Fee Application Period.  This would result in a total payment of $78,169.38 to

4   GROBSTEIN TEEPLE LLP for the Application Period.

5

6   Dated: November 24, 2021                    By _____

7                                                  Howard B. Grobstein

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUBY'S DINER, INC., a California corporation, et al.                    Case #8:18-BK-13311-SC

1

### DECLARATION OF HOWARD B. GROBSTEIN

2      I, **HOWARD B. GROBSTEIN**, declare and state as follows:

3      1.      I am a certified public accountant, duly licensed and authorized to practice accounting

4 in the State of California.  I am a member in good standing of the American Institute of Certified

5 Public Accountants (AICPA), and am a partner of GROBSTEIN TEEPLE LLP ("GT"), accountants

6 for the Chapter 7 Trustee.

7      2.      I am the accountant principally responsible for the services performed in this matter on

8 behalf of the Chapter 7 Trustee.  The facts stated herein are within my personal knowledge or I have

9 gained knowledge of them from other GT staff members or the regular business records as maintained

10 by my office.  The time records and this Application were reviewed by the project manager on this

11 case.  If called as a witness, I could and would testify competently thereto.

12      3.      I have reviewed the foregoing First Interim Application for Compensation and

13 Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants for the Chapter 7 Trustee (the

14 "Application").

15      4.      **Exhibit "A"** provides a grand total of fees by subject area incurred.

16      5.      A summary of the hours of professional time expended by each professional for the

17 Applicant is attached as **Exhibit "B"**.

18      6.      **Exhibit "C"** represents a detail of fees and expenses incurred by Applicant. **Exhibit**

19 **"C"** was prepared in conformance with Guideline B of the Office of the United States Trustee.

20 Applicant's request for reimbursement of costs and the computation of the costs reflect photocopying

21 at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page.

22 All costs from outside parties such as messengers, Federal Express, mail and long distance telephone

23 charges are charged at Applicant's cost.

24      7.      Attached as **Exhibit "D"** is biographical information concerning the professionals

25 providing these services.

26      I declare under penalty of perjury that the foregoing is true and correct.

27 Executed November 24, 2021 at Woodland Hills, California.

28
                                                                      Howard B. Grobstein

RUBY'S DINER, INC., a California corporation, et al.                    Case #8:18-BK-13311-SC

13

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*P.O. Box 214, Sussex, New Jersey 07461*

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE; DECLARATION OF HOWARD B. GROBSTEIN IN SUPPORT THEREOF WITH PROOF OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 24, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **November 24, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| <u>Debtor</u> | Honorable Scott C. Clarkson |
| Ruby's Diner, Inc., a California corporation | United States Bankruptcy Court |
| 4100 MacArthur Blvd., Suite 310 | Central District of California |
| Newport Beach, CA 92660-2050 | Ronald Reagan Federal Building and Courthouse |
| | 411 West Fourth Street, Suite 5130 |
| | Santa Ana, CA 92701-4593 |

☐   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)
_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 24, 2021 | Denise Weiss | *Denise Weiss* |
| *Date* | *Typed Name* | *Signature* |

# Electronic/ECF Service List

- Aaron Davis on behalf of Creditor US Foods Inc. aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Alan J Friedman on behalf of Interested Party Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com
- Alan J Friedman on behalf of Creditor Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com
- Alan J Friedman on behalf of Interested Party Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com
- Alan J Friedman on behalf of Attorney Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com
- Alastair M Gesmundo on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP agesmundo@wghlawyers.com,
- Ashleigh A Danker on behalf of Interested Party Peter Mastan Ashleigh.danker@dinsmore.com SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Ashleigh A Danker on behalf of Interested Party Courtesy NEF Ashleigh.danker@dinsmore.com SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Aviram Edward Muhtar on behalf of Defendant Douglas Cavanaugh aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com
- Aviram Edward Muhtar on behalf of Interested Party Courtesy NEF aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com
- Aviram Edward Muhtar on behalf of Defendant Ralph Kosmides aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com
- Aviram Edward Muhtar on behalf of Defendant Beachcomber Management Crystal Cove LLC aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com
- Carol Chow on behalf of Interested Party Ralph Kosmides carol.chow@ffslaw.com easter.santamaria@ffslaw.com
- Carol Chow on behalf of Interested Party Douglas Cavanaugh carol.chow@ffslaw.com easter.santamaria@ffslaw.com
- Caroline Djang on behalf of Interested Party Courtesy NEF caroline.djang@bbklaw.com laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- Christopher Celentino on behalf of Interested Party Peter Mastan chris.celentino@dinsmore.com caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM
- Christopher Dale Beatty on behalf of Plaintiff Richard A. Marshack cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,lperry@millerbarondess.com,jvogel@millerbarondess.com
- Christopher Dale Beatty on behalf of Trustee Richard A Marshack (TR) cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,lperry@millerbarondess.com,jvogel@millerbarondess.com
- Christopher Dale Beatty on behalf of Interested Party Courtesy NEF cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,lperry@millerbarondess.com,jvogel@millerbarondess.com
- Christopher K.S. Wong on behalf of Interested Party Courtesy NEF christopher.wong@arentfox.com yvonne.li@arentfox.com
- Corey R Weber on behalf of Interested Party Courtesy NEF cweber@bg.law ecf@bg.law
- Corey R Weber on behalf of Creditor City of Huntington Beach cweber@bg.law ecf@bg.law
- Craig G Margulies on behalf of Interested Party Casbure Management LLC Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Craig G Margulies on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

- D Edward Hays on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.court
  drive.com
- D Edward Hays on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.court
  drive.com
- David M. Guess on behalf of Interested Party Opus Bank guessd@gtlaw.com
- David M. Guess on behalf of Creditor Opus Bank guessd@gtlaw.com
- David P Crochetiere on behalf of Interested Party Douglas Cavanaugh dcrochetiere@bautelaw.com
  hwells@bautelaw.com
- David P Crochetiere on behalf of Interested Party Ralph Kosmides dcrochetiere@bautelaw.com
  hwells@bautelaw.com
- David S Kupetz on behalf of Interested Party Courtesy NEF dkupetz@sulmeyerlaw.com
  dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- Dustin P Branch on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com,
  carolod@ballardspahr.com;hubenb@ballardspahr.com
- Eric J Fromme on behalf of Interested Party Ruby's Franchise Systems Inc., a California Corporation
  efromme@tocounsel.com, stena@tocounsel.com
- Ernie Zachary Park on behalf of Creditor The Irvine Company ernie.park@bewleylaw.com
- Garrick A Hollander on behalf of Creditor Committee Winthrop Golubow Hollander LLP
  ghollander@wghlawyers.com, jmartinez@wghlawyers.com;Meir@wghlawyers.com
- Garrick A Hollander on behalf of Creditor Committee Winthrop Couch Golubow Hollander LLP
  ghollander@wghlawyers.com, jmartinez@wghlawyers.com;Meir@wghlawyers.com
- Garrick A Hollander on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com
  jmartinez@wghlawyers.com;Meir@wghlawyers.com
- Garrick A Hollander on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com,
  jmartinez@wghlawyers.com;Meir@wghlawyers.com
- George B Blackmar on behalf of Attorney George B Blackmar gblackmar@bpslaw.net
- Jeffrey P Nolan on behalf of Debtor Ruby's Diner Inc., a California corporation jnolan@pszjlaw.com
- Jeffrey W Broker on behalf of Interested Party Jeffrey W. Broker jbroker@brokerlaw.biz
- Jessica G McKinlay on behalf of Creditor Opus Bank mckinlay.jessica@dorsey.com
- John S Clifford on behalf of Defendant Beachcomber at Crystal Cove LLC jclifford@smith-lc.com
- John S Clifford on behalf of Defendant Lighthouse Cafe LLC jclifford@smith-lc.com
- John S Clifford on behalf of Defendant Shake Shack Crystal Cove LLC jclifford@smith-lc.com
- Laila Masud on behalf of Special Counsel Fitzgerald & Mule LLP lmasud@marshackhays.com
  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Laila Masud on behalf of Financial Advisor Glassratner Advisory & Capital Group LLC lmasud@marshackhays.com
  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Laila Masud on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Laila Masud on behalf of Attorney Marshack Hays LLP lmasud@marshackhays.com
  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Laura E Dolan on behalf of Creditor San Diego County Treasurer-Tax Collector laura.blome@sdcounty.ca.gov
  odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov
- Lawrence Treglia, Jr on behalf of Defendant Ralph Kosmides ltreglia@murtaughlaw.com lhull@murtaughlaw.com
- Lawrence Treglia, Jr on behalf of Defendant Douglas Cavanaugh ltreglia@murtaughlaw.com
  lhull@murtaughlaw.com
- Leo A Bautista on behalf of Defendant Beachcomber Management Crystal Cove LLC
  leo.bautista@lewisbrisbois.com,mona.jackson@lewisbrisbois.com;Josh.Hodas@lewisbrisbois.com,ralphk@cox.n
  et,dcavanaugh@bcccmgmt.com
- Leo A Bautista on behalf of Defendant Douglas Cavanaugh leo.bautista@lewisbrisbois.com
  mona.jackson@lewisbrisbois.com;Josh.Hodas@lewisbrisbois.com,ralphk@cox.net,dcavanaugh@bcccmgmt.com

- Leo A Bautista on behalf of Interested Party Douglas Cavanaugh leo.bautista@lewisbrisbois.com
  mona.jackson@lewisbrisbois.com;Josh.Hodas@lewisbrisbois.com,ralphk@cox.net,dcavanaugh@bcccmgmt.com
- Leo A Bautista on behalf of Defendant Ralph Kosmides leo.bautista@lewisbrisbois.com
  mona.jackson@lewisbrisbois.com;Josh.Hodas@lewisbrisbois.com,ralphk@cox.net,dcavanaugh@bcccmgmt.com
- Leo A Bautista on behalf of Interested Party Ralph Kosmides leo.bautista@lewisbrisbois.com
  mona.jackson@lewisbrisbois.com;Josh.Hodas@lewisbrisbois.com,ralphk@cox.net,dcavanaugh@bcccmgmt.com
- Lillian Jordan on behalf of Interested Party Courtesy NEF ENOTICES@DONLINRECANO.COM
  RMAPA@DONLINRECANO.COM
- Lillian Jordan on behalf of Other Professional Donlin Recano & Company Inc. ENOTICES@DONLINRECANO.COM,
  RMAPA@DONLINRECANO.COM
- Lovee D Sarenas on behalf of Interested Party Lovee Sarenas lsarenas@sklarkirsh.com
- Malcolm D Minnick on behalf of Interested Party Courtesy NEF dminnick@pillsburylaw.com
  m.minnick@comcast.net
- Malcolm D Minnick on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP
  dminnick@pillsburylaw.com m.minnick@comcast.net
- Maria L Garcia on behalf of Defendant Beachcomber Management Crystal Cove LLC
  Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- Maria L Garcia on behalf of Defendant Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com
  Nancy.jasso@lewisbrisbois.com
- Maria L Garcia on behalf of Interested Party Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com
  Nancy.jasso@lewisbrisbois.com
- Maria L Garcia on behalf of Defendant Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com
  Nancy.jasso@lewisbrisbois.com
- Maria L Garcia on behalf of Interested Party Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com
  Nancy.jasso@lewisbrisbois.com
- Matthew S Walker on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP
  matthew.walker@pillsburylaw.com renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- Matthew S Walker on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP
  matthew.walker@pillsburylaw.com renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- Matthew S Walker on behalf of Interested Party Courtesy NEF matthew.walker@pillsburylaw.com
  renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov
- Ori S Blumenfeld on behalf of Interested Party Courtesy NEF ori@marguliesfaithlaw.com
  Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Richard A Marshack (TR) pkraus@marshackhays.com
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Richard H Golubow on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP
  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- Rika Kido on behalf of Creditor Steven L Craig rkido@shulmanbastian.com avernon@shulmanbastian.com
- Robert S Marticello on behalf of Interested Party Courtesy NEF Rmarticello@swelawfirm.com
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Robert S Marticello on behalf of Creditor SUNRISE PRODUCE INC. Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Robert S Marticello on behalf of Interested Party Lowey Enterprises d/b/a Sunrise Produce a California
  corporation Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Robert S Marticello on behalf of Creditor Family Tree Produce Inc. Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- SAMUEL A. SCHWARTZ on behalf of Interested Party Courtesy NEF saschwartz@nvfirm.com ECF@nvfirm.com
- SAMUEL A. SCHWARTZ on behalf of Interested Party Casbure Management LLC saschwartz@nvfirm.com,
  ECF@nvfirm.com
- Samy Henein on behalf of Creditor Marvi Land samyhenein@aol.com az@suppalaw.com

- Sharon Z. Weiss on behalf of Creditor US Foods Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Stephen C Biggs on behalf of Defendant Shake Shack Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com
- Stephen C Biggs on behalf of Defendant Lighthouse Cafe LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com
- Stephen C Biggs on behalf of Defendant Beachcomber at Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com
- Steven C Smith on behalf of Defendant Lighthouse Cafe LLC ssmith@smith-lc.com, kcanaan@smith-lc.com
- Steven C Smith on behalf of Defendant Shake Shack Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com
- Steven C Smith on behalf of Defendant Beachcomber at Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com
- Steven T Gubner on behalf of Interested Party Courtesy NEF sgubner@bg.law ecf@bg.law
- Thomas J Polis on behalf of Creditor Grit Development Agent for Plaza Mercado, LLC tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Tinho Mang on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Tinho Mang on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Todd C. Ringstad on behalf of Interested Party Interested Party becky@ringstadlaw.com arlene@ringstadlaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Valerie Smith on behalf of Interested Party Courtesy NEF claims@recoverycorp.com
- William N Lobel on behalf of Debtor Ruby's Quality Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Huntington Beach Ltd., a California limited partnership wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's SoCal Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Palm Springs Ltd., a California limited partnership wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Laguna Hills Ltd. a California limited partnership wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Creditor Opus Bank wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Attorney Pachulski Stang Ziehl & Jones LLP wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Oceanside Ltd. a California limited partnership wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Diner Inc., a California corporation wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Ruby's Diner, Inc.**

**Summary of Professional Fees and Expenses**

**Fee Application Period: June 24, 2020 through October 31, 2021**

**Category of Work**

| | | |
|---|---|---|
| 001 - Accounting Services | 16.20 | $3,423.00 |
| 009 - Fee/Employment Application | 3.30 | $388.50 |
| 012 - Litigation Consulting | 178.70 | $40,632.50 |
| 014 - Tax Issues | 3.80 | $1,535.00 |
| 015 - Tax Return Preparation | 32.50 | $6,092.00 |
| 019 - Valuation | 47.20 | $18,600.00 |
| Total Professional Fees | 281.70 | $70,671.00 |

**Expenses**

| | |
|---|---|
| 405 - Client Postage/Delivery | $74.62 |
| Total Expenses | $74.62 |

| | |
|---|---|
| **Total Professional Fees and Expenses** | **$70,745.62** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Ruby's Huntington Beach, Ltd.**

**Summary of Professional Fees and Expenses**

**Fee Application Period: June 24, 2020 through October 31, 2021**

**Category of Work**

| | | |
|---|---|---|
| 001 - Accounting Services | 0.40 | $54.00 |
| 012 - Litigation Consulting | 5.70 | $910.50 |
| 015 - Tax Return Preparation | 14.40 | $2,711.50 |
| Total Professional Fees | 20.50 | $3,676.00 |

**Expenses**

| | |
|---|---|
| 405 - Client Postage/Delivery | $70.30 |
| Total Expenses | $70.30 |

| | |
|---|---|
| **Total Professional Fees and Expenses** | **$3,746.30** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Ruby's Oceanside, Ltd.**

**Summary of Professional Fees and Expenses**

**Fee Application Period: June 24, 2020 through October 31, 2021**

**Category of Work**

| | | | |
|---|---|---:|---:|
| | 001 - Accounting Services | 1.60 | $222.00 |
| | 012 - Litigation Consulting | 7.10 | $1,095.00 |
| | 015 - Tax Return Preparation | 11.40 | $2,318.50 |
| | Total Professional Fees | 20.10 | $3,635.50 |

**Expenses**

| | | |
|---|---|---:|
| | 405 - Client Postage/Delivery | $41.96 |
| | Total Expenses | $41.96 |

| | |
|---|---:|
| **Total Professional Fees and Expenses** | **$3,677.46** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

**IN RE: Ruby's Diner, Inc.**

## Professional Fees by Employee

**Fee Application Period: June 24, 2020 - October 31, 2021**

| Employee | Rate | Hours | Amount |
|---|---|---|---|
| Breanna A McCallum | $150.00 | 71.60 | $10,740.00 |
| Brooke M Borba | $135.00 | 1.00 | $135.00 |
| Cory L Zera | $125.00 | 2.50 | $312.50 |
| Denise Weiss | $95.00 | 0.80 | $76.00 |
| Dimple P Mehra | $315.00 | 27.50 | $8,662.50 |
| Elizabeth L Boock | $135.00 | 30.20 | $4,077.00 |
| Henry J Adams | $195.00 | 8.50 | $1,657.50 |
| Howard B Grobstein | $505.00 | 4.20 | $2,121.00 |
| Howard B Grobstein | $525.00 | 29.90 | $15,697.50 |
| Jackie E Vacek | $150.00 | 13.80 | $2,070.00 |
| Jackie E Vacek | $175.00 | 3.20 | $560.00 |
| Jessie L Chun | $250.00 | 4.20 | $1,050.00 |
| Kermith B Boffill | $370.00 | 2.00 | $740.00 |
| Kermith B Boffill | $375.00 | 1.00 | $375.00 |
| Silva Chamichyan | $275.00 | 0.90 | $247.50 |
| Silva Chamichyan | $295.00 | 2.10 | $619.50 |
| Steven R Roopenian | $315.00 | 0.50 | $157.50 |
| Steven R Roopenian | $325.00 | 15.00 | $4,875.00 |
| William W Thomsen | $375.00 | 22.50 | $8,437.50 |
| Yasin Parlak | $200.00 | 40.30 | $8,060.00 |
| Totals | | 281.70 | $70,671.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062659
**Billing Through:** 11/17/2021

**IN RE: Ruby's Huntington Beach, Ltd.**

## Professional Fees by Employee

**Fee Application Period: June 24, 2020 - October 31, 2021**

| Employee | Rate | Hours | Amount |
|---|---|---|---|
| Breanna A McCallum | $150.00 | 13.60 | $2,040.00 |
| Brooke M Borba | $135.00 | 0.40 | $54.00 |
| Elizabeth L Boock | $135.00 | 1.30 | $175.50 |
| Howard B Grobstein | $525.00 | 0.20 | $105.00 |
| Jackie E Vacek | $150.00 | 0.40 | $60.00 |
| Jessie L Chun | $250.00 | 3.10 | $775.00 |
| Kermith B Boffill | $375.00 | 0.30 | $112.50 |
| Silva Chamichyan | $295.00 | 1.20 | $354.00 |
| Totals | | 20.50 | $3,676.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062658
**Billing Through:** 11/17/2021

**IN RE: Ruby's Oceanside, Ltd.**

## Professional Fees by Employee

**Fee Application Period: June 24, 2020 - October 31, 2021**

| Employee | Rate | Hours | Amount |
|---|---|---|---|
| Breanna A McCallum | $150.00 | 11.40 | $1,710.00 |
| Brooke M Borba | $135.00 | 1.20 | $162.00 |
| Elizabeth L Boock | $135.00 | 3.00 | $405.00 |
| Howard B Grobstein | $525.00 | 0.20 | $105.00 |
| Jackie E Vacek | $150.00 | 0.60 | $90.00 |
| Kermith B Boffill | $375.00 | 0.90 | $337.50 |
| Silva Chamichyan | $295.00 | 2.80 | $826.00 |
| Totals | | 20.10 | $3,635.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

**IN RE: Ruby's Diner, Inc.**

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **001 - Accounting Services** | | | | | |
| 11/02/2020 | Howard B Grobstein | Review information related to past taxes and tax returns needed to be prepared | $505.00 | 1.20 | $606.00 |
| 11/30/2020 | Howard B Grobstein | Compile information for work; discuss same with Trustee | $505.00 | 0.90 | $454.50 |
| 12/07/2020 | Jackie E Vacek | Reviewed file for items needed to complete tax returns. | $150.00 | 0.20 | $30.00 |
| 12/08/2020 | Jackie E Vacek | Began sorting & indexing documents sent by Trustee to start tax preparation. | $150.00 | 1.20 | $180.00 |
| 12/09/2020 | Jackie E Vacek | Continued indexing, sorting, and reviewing documents uploaded in bulk by trustee. | $150.00 | 2.20 | $330.00 |
| 12/10/2020 | Jackie E Vacek | Reviewed Fed + State Income Tax Returns for 20 different entities for tax years 2014-2016; Built a schedule to identify items received, work to be prepared, and ownership structure. | $150.00 | 7.30 | $1,095.00 |
| 12/11/2020 | Jackie E Vacek | Started building open items list, summarized order of tax returns to prepare for four year period, sent email to KXB for guidance. | $150.00 | 0.90 | $135.00 |
| 12/16/2020 | Jackie E Vacek | Continue building open items list for group of returns. | $150.00 | 0.30 | $45.00 |
| 12/16/2020 | Jackie E Vacek | Conference call about organizing tax returns that need to be completed. | $150.00 | 0.30 | $45.00 |
| 06/15/2021 | Howard B Grobstein | Address case status issues | $525.00 | 0.70 | $367.50 |
| 09/13/2021 | Brooke M Borba | Assemble and send password protected pdf of 2020 signature pages and payment due. | $135.00 | 0.30 | $40.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/13/2021 | Brooke M Borba | Assemble and prepare certified mailing labels to IRS and FTB. | $135.00 | 0.50 | $67.50 |
| 09/17/2021 | Brooke M Borba | Assemble and send 2020 tax returns to IRS and FTB. | $135.00 | 0.20 | $27.00 |
| | | **001 - Accounting Services Total:** | | **16.20** | **$3,423.00** |
| **009 - Fee/Employment Application** | | | | | |
| 07/16/2020 | Cory L Zera | Completed New EA and Notice and filed | $125.00 | 1.80 | $225.00 |
| 08/03/2020 | Cory L Zera | Completion and filing of Non Opposition and Order to Employ | $125.00 | 0.70 | $87.50 |
| 10/26/2021 | Denise Weiss | Review notice to professionals; communications regarding interim fee application and calendar deadlines. | $95.00 | 0.80 | $76.00 |
| | | **009 - Fee/Employment Application Total:** | | **3.30** | **$388.50** |
| **012 - Litigation Consulting** | | | | | |
| 08/27/2020 | Steven R Roopenian | Review of pleadings, docket (.3); follow up regarding work to be performed (.2). | $315.00 | 0.50 | $157.50 |
| 12/10/2020 | Howard B Grobstein | Communications with trustee and counsel regarding litigation support issues | $505.00 | 0.90 | $454.50 |
| 12/11/2020 | Howard B Grobstein | Review materials provided by Issa; call with counsel on potential litigation | $505.00 | 1.20 | $606.00 |
| 01/05/2021 | Howard B Grobstein | Discuss work to be performed with counsel; review information provided and available | $525.00 | 2.30 | $1,207.50 |
| 01/05/2021 | Steven R Roopenian | Call with counsel regarding action items and documentation needed to perform analyses. | $325.00 | 0.50 | $162.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/06/2021 | Steven R Roopenian | Review of financial documentation received; started preliminary action item list to review with staff. | $325.00 | 0.80 | $260.00 |
| 01/12/2021 | Howard B Grobstein | Communications with counsel and team regarding corporate opportunity analysis | $525.00 | 0.70 | $367.50 |
| 01/12/2021 | Steven R Roopenian | Review of general ledgers provided. | $325.00 | 0.60 | $195.00 |
| 01/13/2021 | Breanna A McCallum | Zoom call with HG and SR discussing case details and instructions | $150.00 | 0.70 | $105.00 |
| 01/13/2021 | Howard B Grobstein | Discuss litigation issues with team to analyze detailed ledgers for transactions | $525.00 | 0.40 | $210.00 |
| 01/13/2021 | Steven R Roopenian | Call to discuss work to be performed with staff. | $325.00 | 0.70 | $227.50 |
| 01/18/2021 | Breanna A McCallum | Analyze general ledger accounts and record monthly profit and loss for comparative analysis | $150.00 | 0.50 | $75.00 |
| 01/18/2021 | Breanna A McCallum | Zoom call regarding case with SR and EB | $150.00 | 0.30 | $45.00 |
| 01/18/2021 | Elizabeth L Boock | Reconstruct financials using MORs. | $135.00 | 2.00 | $270.00 |
| 01/18/2021 | Steven R Roopenian | Review of analyses prepared; internal meeting to discuss additional analyses; draft memo of findings for call with counsel. | $325.00 | 1.90 | $617.50 |
| 01/19/2021 | Breanna A McCallum | Zoom call regarding case with SR | $150.00 | 0.30 | $45.00 |
| 01/19/2021 | Breanna A McCallum | Continue analyzing general ledger accounts and recording monthly profit and loss for comparative analysis | $150.00 | 2.60 | $390.00 |
| 01/19/2021 | Dimple P Mehra | Calls with S. Roopenian re financials. Review of MORs. | $315.00 | 1.50 | $472.50 |
| 01/19/2021 | Elizabeth L Boock | Continue to reconstruct financials using MORs. | $135.00 | 6.00 | $810.00 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C - Page 28

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/19/2021 | Steven R Roopenian | Call to review preliminary findings: discuss reports, and memo. | $325.00 | 0.70 | $227.50 |
| 01/20/2021 | Breanna A McCallum | Continue recording monthly profit and loss for comparative analysis | $150.00 | 2.40 | $360.00 |
| 01/20/2021 | Dimple P Mehra | Start input of all deposits into Debtor's accounts into analysis. | $315.00 | 3.50 | $1,102.50 |
| 01/20/2021 | Elizabeth L Boock | PL and Balance Sheet Reconstruction | $135.00 | 1.20 | $162.00 |
| 01/20/2021 | Steven R Roopenian | Prepared analysis on the Debtor's asset reimbursement accounts | $325.00 | 2.70 | $877.50 |
| 01/21/2021 | Breanna A McCallum | Record deposits from Monthly Operating Reports | $150.00 | 2.90 | $435.00 |
| 01/21/2021 | Breanna A McCallum | Call regarding case. | $150.00 | 0.40 | $60.00 |
| 01/21/2021 | Breanna A McCallum | Record monthly profit and loss for comparative analysis | $150.00 | 0.90 | $135.00 |
| 01/21/2021 | Dimple P Mehra | Continue with analysis of reimbursements and related entity transactions and start draft of summary. | $315.00 | 6.50 | $2,047.50 |
| 01/21/2021 | Elizabeth L Boock | Balance sheets & bank statement deposits reconstructions | $135.00 | 5.50 | $742.50 |
| 01/21/2021 | Howard B Grobstein | Preparation of analysis of corporate opportunity | $525.00 | 0.80 | $420.00 |
| 01/21/2021 | Steven R Roopenian | Call to review preliminary findings; discuss reports, and memo. | $325.00 | 0.80 | $260.00 |
| 01/22/2021 | Breanna A McCallum | Record deposits from Monthly Operating Reports | $150.00 | 3.10 | $465.00 |
| 01/22/2021 | Breanna A McCallum | Review the memo summary regarding financial analysis | $150.00 | 0.20 | $30.00 |
| 01/22/2021 | Dimple P Mehra | Continue work on analysis of bank accounts | $315.00 | 2.40 | $756.00 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C - Page 29

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620

**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

IN RE: Ruby's Diner, Inc.

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/22/2021 | Elizabeth L Boock | Prepare banking reconstruction using MOR. | $135.00 | 8.00 | $1,080.00 |
| 01/22/2021 | Steven R Roopenian | Call with counsel to discuss preliminary findings. | $325.00 | 0.90 | $292.50 |
| 01/25/2021 | Dimple P Mehra | Review bank deposit transaction list prepared by staff and further instruction to staff to run totals. | $315.00 | 0.80 | $252.00 |
| 01/25/2021 | Elizabeth L Boock | Prepare analysis of MORs 3 through 18. | $135.00 | 7.50 | $1,012.50 |
| 01/26/2021 | Breanna A McCallum | Start analysis of money received by principles from 2016 - 2019 | $150.00 | 6.60 | $990.00 |
| 01/26/2021 | Dimple P Mehra | Review deposit summaries prepared by staff, update memo, work with staff on preparing analysis of total amounts paid to insiders. | $315.00 | 3.00 | $945.00 |
| 01/27/2021 | Breanna A McCallum | Continue with analysis of money received by insiders from 2016 - 2019. | $150.00 | 1.40 | $210.00 |
| 01/27/2021 | Dimple P Mehra | Review payments to insiders analysis. | $315.00 | 0.30 | $94.50 |
| 01/27/2021 | Steven R Roopenian | Review of analysis of MORs and pre-petition general ledgers for payments to insiders. | $325.00 | 0.60 | $195.00 |
| 01/27/2021 | Steven R Roopenian | Prepared analysis of Debtor's general ledger for the new system relating to transactions between Debtor and Shake Shack and Debtor and Beachcomber for 2016, 2017, 2018, and 2019. | $325.00 | 1.20 | $390.00 |
| 01/28/2021 | Steven R Roopenian | Conference call with Trustee's counsel regarding analyses prepared. | $325.00 | 1.10 | $357.50 |
| 01/29/2021 | Dimple P Mehra | Reconcile payments to Debtor from Beachcomber and Shake Shack to bank statements attached to MORs. | $315.00 | 0.50 | $157.50 |
| 02/01/2021 | Howard B Grobstein | Preparation of corporate opportunity analysis | $525.00 | 1.10 | $577.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620

**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/03/2021 | Dimple P Mehra | Review documents sent by counsel. | $315.00 | 0.30 | $94.50 |
| 02/04/2021 | Dimple P Mehra | Continue review of documents received from counsel. Internal call to discuss documents and work to be completed. | $315.00 | 0.90 | $283.50 |
| 02/04/2021 | Howard B Grobstein | Continue preparation of corporate opportunity analysis | $525.00 | 1.40 | $735.00 |
| 02/05/2021 | Howard B Grobstein | Continue preparation of corporate opportunity analysis. | $525.00 | 1.30 | $682.50 |
| 02/08/2021 | Breanna A McCallum | Record deposits of various bank statements (2014) | $150.00 | 2.80 | $420.00 |
| 02/08/2021 | Yasin Parlak | Organize and inventory bank statements from 2014 through 2017. | $200.00 | 4.60 | $920.00 |
| 02/09/2021 | Breanna A McCallum | Continue recording deposits of bank statements (2014) | $150.00 | 3.30 | $495.00 |
| 02/09/2021 | Dimple P Mehra | Internal emails re bank statements and inventory of statements (.1); email to counsel with inventory list (.1). | $315.00 | 0.20 | $63.00 |
| 02/09/2021 | Howard B Grobstein | Preparation of analyses | $525.00 | 0.90 | $472.50 |
| 02/10/2021 | Breanna A McCallum | Continue recording deposits of bank statements (2014) | $150.00 | 4.10 | $615.00 |
| 02/10/2021 | Steven R Roopenian | Review of credit card analysis and review of additional documentation received. | $325.00 | 1.00 | $325.00 |
| 02/10/2021 | Yasin Parlak | Prepare list of all deposits from 2015 bank statements. | $200.00 | 3.70 | $740.00 |
| 02/11/2021 | Dimple P Mehra | Review credit card statements for personal transactions | $315.00 | 1.50 | $472.50 |
| 02/11/2021 | Yasin Parlak | Prepare summary for all credit card statements. | $200.00 | 3.30 | $660.00 |
| 02/12/2021 | Dimple P Mehra | Internal communications with staff re data input (.2); review of data input (.2). | $315.00 | 0.40 | $126.00 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C - Page 31

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/12/2021 | Yasin Parlak | Prepare listing of all credit card payments and identify the payments on bank statements and general ledgers. | $200.00 | 5.10 | $1,020.00 |
| 02/15/2021 | Breanna A McCallum | Continue recording deposits of bank statements (2014) | $150.00 | 3.40 | $510.00 |
| 02/16/2021 | Breanna A McCallum | Continue recording deposits of bank statements (2014) | $150.00 | 2.80 | $420.00 |
| 02/16/2021 | Dimple P Mehra | Call re credit card and bank deposit analyses. Communications with staff re same. | $315.00 | 0.30 | $94.50 |
| 02/16/2021 | Steven R Roopenian | Review of reimbursement analysis and credit card reimbursement. | $325.00 | 0.50 | $162.50 |
| 02/16/2021 | Yasin Parlak | Review and discuss the credit card summary report. | $200.00 | 0.40 | $80.00 |
| 02/17/2021 | Breanna A McCallum | Continue recording deposits from bank statements (2014) | $150.00 | 5.60 | $840.00 |
| 02/17/2021 | Dimple P Mehra | Emails with staff re status of data input for bank deposits. | $315.00 | 0.10 | $31.50 |
| 02/17/2021 | Yasin Parlak | Prepare analysis of 2015 deposits. | $200.00 | 2.10 | $420.00 |
| 02/18/2021 | Breanna A McCallum | Reconcile 2017 deposits to the GL | $150.00 | 0.30 | $45.00 |
| 02/18/2021 | Breanna A McCallum | Record deposits from bank statements (2017) | $150.00 | 1.40 | $210.00 |
| 02/18/2021 | Breanna A McCallum | Continue recording deposits from bank statements (2014) | $150.00 | 3.60 | $540.00 |
| 02/18/2021 | Dimple P Mehra | Internal calls to discuss deposit analysis and instruction to staff and review of work. | $315.00 | 1.50 | $472.50 |
| 02/18/2021 | Steven R Roopenian | Status call on analyses. | $325.00 | 0.50 | $162.50 |
| 02/18/2021 | Yasin Parlak | Continue with analysis of 2015 deposits. | $200.00 | 3.60 | $720.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/19/2021 | Breanna A McCallum | Continue recording deposits from bank statements (2014) | $150.00 | 2.10 | $315.00 |
| 02/19/2021 | Dimple P Mehra | Communicate with staff re deposit summary (.1). Call with counsel re same (.1). | $315.00 | 0.20 | $63.00 |
| 03/08/2021 | Howard B Grobstein | Preparation of analysis related to corporate opportunity. | $525.00 | 1.40 | $735.00 |
| 03/25/2021 | Howard B Grobstein | Update of analysis on corporate opportunity. | $525.00 | 1.10 | $577.50 |
| 04/05/2021 | Dimple P Mehra | Emails and call with counsel re funds from non-RDI debtors. Set up template for data input by staff. Instruction to staff re data input for funds from non-RDI debtors. | $315.00 | 2.20 | $693.00 |
| 04/05/2021 | Yasin Parlak | Prepare analysis of all Non-RDI debtor deposits and trace expenditures for year 2017. | $200.00 | 1.30 | $260.00 |
| 04/06/2021 | Yasin Parlak | Continued work on analysis for all non-RDI debtor deposits for year 2017. Trace expenditures following the non-RDI debtor deposits. | $200.00 | 2.40 | $480.00 |
| 04/07/2021 | Steven R Roopenian | Review of action item list for analysis. | $325.00 | 0.50 | $162.50 |
| 04/08/2021 | Dimple P Mehra | Call and email with counsel re scope of analysis. | $315.00 | 0.20 | $63.00 |
| 04/08/2021 | Yasin Parlak | Continue analysis of all deposits from Non-RDI Debtors for year 2014 through 2017. | $200.00 | 3.10 | $620.00 |
| 04/09/2021 | Yasin Parlak | Trace funds disbursed following deposits from non-RDI debtors for year 2016 & 2017. | $200.00 | 4.40 | $880.00 |
| 04/12/2021 | Dimple P Mehra | Multiple calls internal and with counsel regarding analysis of deposits. | $315.00 | 1.20 | $378.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

IN RE: Ruby's Diner, Inc.

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/12/2021 | Yasin Parlak | Prepare summary listing of all non-RDI deposits & total deposits to account 8435. List all the transfers made to account x2095 from x8435. List the transfers made from x2095 to x2111. Prepare analysis of all payments made to Beachcomber and Lighthouse from account x2111. | $200.00 | 6.30 | $1,260.00 |
| | | **012 - Litigation Consulting Total:** | | **178.70** | **$40,632.50** |
| **014 - Tax Issues** | | | | | |
| 11/02/2020 | Kermith B Boffill | Review case and respond to open items request | $370.00 | 0.90 | $333.00 |
| 12/07/2020 | Kermith B Boffill | Receive and download all tax information send by prior accountant (.4); review all returns and discuss with SC (.7) | $370.00 | 1.10 | $407.00 |
| 05/11/2021 | Kermith B Boffill | Review of P&Ls for SCP | $375.00 | 0.40 | $150.00 |
| 05/19/2021 | Kermith B Boffill | Issues related to CDTFA and payment of sales taxes | $375.00 | 0.60 | $225.00 |
| 07/21/2021 | Howard B Grobstein | Address tax issues and K-1s | $525.00 | 0.80 | $420.00 |
| | | **014 - Tax Issues Total:** | | **3.80** | **$1,535.00** |
| **015 - Tax Return Preparation** | | | | | |
| 12/16/2020 | Silva Chamichyan | Review tax return open items with Kermith and Jackie. | $275.00 | 0.60 | $165.00 |
| 12/22/2020 | Jackie E Vacek | Ruby's Diner, Inc (RDI)-Parent: Started CCH input for 2017 TR & open items for 2017-2020. | $150.00 | 1.40 | $210.00 |
| 12/22/2020 | Silva Chamichyan | Review open items list | $275.00 | 0.30 | $82.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/06/2021 | Jackie E Vacek | Ruby's Diner Inc (RDI) Began building template of depreciable assets schedule for import into CCH. | $175.00 | 2.80 | $490.00 |
| 02/10/2021 | Jackie E Vacek | Ruby's Diner, Inc: Created new profile for 2020, reviewed file for other filing requirements, prepared extension. | $175.00 | 0.40 | $70.00 |
| 03/05/2021 | Silva Chamichyan | Reviewing extensions for all Ruby's entity tax returns; Reviewing entity structure | $295.00 | 0.80 | $236.00 |
| 06/07/2021 | Howard B Grobstein | Review information on tax status | $525.00 | 0.80 | $420.00 |
| 07/20/2021 | Silva Chamichyan | Reviewing PBC financials for tax return preparation | $295.00 | 0.60 | $177.00 |
| 07/21/2021 | Silva Chamichyan | Reviewing PBC financials and entity structure with Breanna | $295.00 | 0.70 | $206.50 |
| 09/10/2021 | Breanna A McCallum | Preparing 2018 federal and state tax return | $150.00 | 0.90 | $135.00 |
| 09/10/2021 | Breanna A McCallum | Preparing 2019 federal and state tax return | $150.00 | 0.90 | $135.00 |
| 09/10/2021 | Breanna A McCallum | Preparing 2020 federal and state tax return | $150.00 | 0.90 | $135.00 |
| 09/11/2021 | Breanna A McCallum | Preparing T-Letters and prompt letters for 2020 bankruptcy tax return | $150.00 | 0.30 | $45.00 |
| 09/11/2021 | Breanna A McCallum | Preparing T-Letters and prompt letters for 2019 bankruptcy tax return | $150.00 | 0.30 | $45.00 |
| 09/11/2021 | Breanna A McCallum | Preparing T-Letters and prompt letters for 2018 bankruptcy tax return | $150.00 | 0.30 | $45.00 |
| 09/11/2021 | Breanna A McCallum | Converting form 2 into a spreadsheet and classifying receipts and disbursements for each bank account to create 2020 trial balance | $150.00 | 4.20 | $630.00 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C - Page 35

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

IN RE: Ruby's Diner, Inc.

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/12/2021 | Breanna A McCallum | Preparing 2020 federal and state tax return (Transferring depreciation and amortization schedules into to import into tax software) | $150.00 | 2.70 | $405.00 |
| 09/12/2021 | Breanna A McCallum | Preparing 2020 federal and state tax return | $150.00 | 4.90 | $735.00 |
| 09/12/2021 | Breanna A McCallum | Preparing 2020 trial balance for tax return preparation and recording prior year balance sheet activity | $150.00 | 1.70 | $255.00 |
| 09/12/2021 | Jessie L Chun | Assisted BM with depreciation rollforward, completed depreciation rollforward, assisted with balance sheet preparation. | $250.00 | 3.40 | $850.00 |
| 09/13/2021 | Breanna A McCallum | Preparing 2020 federal and state tax return (Making trial balance adjustments and reviewing tax return draft and letters) | $150.00 | 2.80 | $420.00 |
| 09/13/2021 | Jessie L Chun | Assisted BM with accumulated depreciation and M-2 inputs. | $250.00 | 0.80 | $200.00 |
| | | **015 - Tax Return Preparation Total:** | | **32.50** | **$6,092.00** |

**019 - Valuation**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/16/2021 | Howard B Grobstein | Discuss valuation of mark and income stream with Trustee and Issa | $525.00 | 1.10 | $577.50 |
| 04/26/2021 | Howard B Grobstein | Analysis regarding IP; calls on same | $525.00 | 0.90 | $472.50 |
| 04/27/2021 | Howard B Grobstein | Issues regarding documentation for valuation; work on valuation analysis | $525.00 | 2.50 | $1,312.50 |
| 04/27/2021 | William W Thomsen | Discuss IP valuation issues | $375.00 | 0.80 | $300.00 |
| 04/27/2021 | William W Thomsen | Review license income data received; conduct research | $375.00 | 1.30 | $487.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/28/2021 | Henry J Adams | Internal call regarding franchise royalty analysis (.8) Combined files provided by client for analysis and create pivot table with connection to underlying data (2.3) | $195.00 | 3.10 | $604.50 |
| 04/28/2021 | Howard B Grobstein | Address valuation document production issues and other matters related to the valuation of IP | $525.00 | 1.40 | $735.00 |
| 04/28/2021 | William W Thomsen | Discussion with B Riley analyst (.4); review financial data received (1.8); | $375.00 | 2.20 | $825.00 |
| 04/28/2021 | William W Thomsen | Research re: restaurant industry market trends | $375.00 | 1.40 | $525.00 |
| 04/28/2021 | William W Thomsen | Discuss valuation and data issues | $375.00 | 0.70 | $262.50 |
| 04/29/2021 | William W Thomsen | Review franchise sales and royalty data (1.2); coordinate research (.6) | $375.00 | 1.80 | $675.00 |
| 04/30/2021 | Henry J Adams | Input and update analysis with new information provided by client | $195.00 | 1.60 | $312.00 |
| 04/30/2021 | Howard B Grobstein | Communications and work on valuation of IP | $525.00 | 1.30 | $682.50 |
| 04/30/2021 | William W Thomsen | Industry and comparables research | $375.00 | 1.10 | $412.50 |
| 04/30/2021 | William W Thomsen | Valuation analysis of royalty income stream | $375.00 | 1.50 | $562.50 |
| 05/03/2021 | William W Thomsen | Discuss valuation data and methodologies | $375.00 | 0.80 | $300.00 |
| 05/03/2021 | William W Thomsen | Analyze data received | $375.00 | 2.10 | $787.50 |
| 05/04/2021 | Howard B Grobstein | Preparation of valuation of IP; discussions with parties on same | $525.00 | 1.10 | $577.50 |
| 05/05/2021 | Henry J Adams | Call regarding valuation model (.5) Completed additional changes requested to model (1) | $195.00 | 1.50 | $292.50 |
| 05/05/2021 | Howard B Grobstein | Analysis of IP value | $525.00 | 1.10 | $577.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/05/2021 | William W Thomsen | Discuss and finalize license intangible asset valuation calculations | $375.00 | 3.30 | $1,237.50 |
| 05/06/2021 | Howard B Grobstein | Preparation of valuation | $525.00 | 1.80 | $945.00 |
| 05/07/2021 | Henry J Adams | Internal call regarding new information | $195.00 | 0.30 | $58.50 |
| 05/07/2021 | Howard B Grobstein | Communications on data points for valuation of IP; continue preparation of valuation of IP | $525.00 | 1.80 | $945.00 |
| 05/07/2021 | William W Thomsen | Discussions re: case issues and information | $375.00 | 0.70 | $262.50 |
| 05/07/2021 | William W Thomsen | Valuation and scenario analysis | $375.00 | 1.30 | $487.50 |
| 05/10/2021 | Henry J Adams | Phone Call with Will T regarding valuation model and latest changes - Update model. | $195.00 | 2.00 | $390.00 |
| 05/10/2021 | Howard B Grobstein | Preparation of valuation of IP; discussion with trustee and Thomsen on same | $525.00 | 1.90 | $997.50 |
| 05/10/2021 | William W Thomsen | Review buyer responses to inquiries | $375.00 | 1.10 | $412.50 |
| 05/10/2021 | William W Thomsen | Valuation calculations and discussion | $375.00 | 2.00 | $750.00 |
| 05/10/2021 | William W Thomsen | Industry and economic research | $375.00 | 0.40 | $150.00 |
| 05/11/2021 | Howard B Grobstein | Preparation of valuation and communications on same | $525.00 | 1.30 | $682.50 |
| | | **019 - Valuation Total:** | | **47.20** | **$18,600.00** |
| | | **Total Professional Fees:** | | **281.70** | **$70,671.00** |

**Expenses:**

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620

**GROBSTEIN TEEPLE | LLP**

**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062660
**Billing Through:** 11/17/2021

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| **405 - Client Postage/Delivery** | | | | | |
| 08/06/2020 | Ken S Zerehi | Stamps used to mail out bankruptcy documents to 105 creditors. 105x $0.50=$52.50 | | | $52.50 |
| 09/13/2021 | Brooke M Borba | Certified mailing label to IRS and FTB. | 1 | $21.02 | $21.02 |
| 09/21/2021 | Ken S Zerehi | Mailing of k1s. (2x$0.55=$1.10) | | | $1.10 |
| | | | **405 - Client Postage/Delivery Total:** | | **$74.62** |
| | | | **Total Expenses:** | | **$74.62** |

| | |
|---|---|
| **Total Professional Fees:** | **$70,671.00** |
| **Total Expenses:** | **$74.62** |
| **Total Amount Due This Invoice:** | **$70,745.62** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    11/17/2021
**Invoice Number:** 062659
**Billing Through:** 11/17/2021

IN RE: Ruby's Huntington Beach, Ltd.

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **001 - Accounting Services** | | | | | |
| 09/17/2021 | Brooke M Borba | Assemble and send 2018-2019 Huntington Beach tax returns to FTB. | $135.00 | 0.40 | $54.00 |
| | | **001 - Accounting Services Total:** | | **0.40** | **$54.00** |
| **012 - Litigation Consulting** | | | | | |
| 01/13/2021 | Howard B Grobstein | Discuss litigation issues with team to analyze detailed ledgers for transactions | $525.00 | 0.20 | $105.00 |
| 01/18/2021 | Breanna A McCallum | Analyze general ledger accounts and record monthly profit and loss for comparative analysis | $150.00 | 0.20 | $30.00 |
| 01/19/2021 | Breanna A McCallum | Continue analyzing general ledger accounts and recording monthly profit and loss for comparative analysis | $150.00 | 1.10 | $165.00 |
| 01/20/2021 | Breanna A McCallum | Continue recording monthly profit and loss for comparative analysis | $150.00 | 1.80 | $270.00 |
| 01/20/2021 | Elizabeth L Boock | PL and Balance Sheet Reconstruction | $135.00 | 1.30 | $175.50 |
| 01/21/2021 | Breanna A McCallum | Record monthly profit and loss for comparative analysis | $150.00 | 1.10 | $165.00 |
| | | **012 - Litigation Consulting Total:** | | **5.70** | **$910.50** |
| **015 - Tax Return Preparation** | | | | | |
| 12/22/2020 | Jackie E Vacek | Ruby's Huntington Beach: Started CCH input for 2017 TR & open items for 2017-2020 | $150.00 | 0.40 | $60.00 |
| 09/10/2021 | Breanna A McCallum | Preparing 2020 federal and state tax return | $150.00 | 0.90 | $135.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062659
**Billing Through:** 11/17/2021

**IN RE: Ruby's Huntington Beach, Ltd.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/10/2021 | Breanna A McCallum | Preparing 2018 federal and state tax return | $150.00 | 0.90 | $135.00 |
| 09/10/2021 | Breanna A McCallum | Preparing 2019 federal and state tax return | $150.00 | 0.90 | $135.00 |
| 09/11/2021 | Breanna A McCallum | Preparing T-Letters and prompt letters for 2019 bankruptcy tax return | $150.00 | 0.30 | $45.00 |
| 09/11/2021 | Breanna A McCallum | Preparing T-Letters and prompt letters for 2018 bankruptcy tax return | $150.00 | 0.30 | $45.00 |
| 09/11/2021 | Breanna A McCallum | Preparing T-Letters and prompt letters for 2020 bankruptcy tax return | $150.00 | 0.30 | $45.00 |
| 09/11/2021 | Breanna A McCallum | Converting form 2 into a spreadsheet and classifying receipts and disbursements for each bank account to create 2020 trial balance | $150.00 | 5.80 | $870.00 |
| 09/11/2021 | Jessie L Chun | Classified Form 2 transactions, created trial balance. | $250.00 | 3.10 | $775.00 |
| 09/11/2021 | Silva Chamichyan | Reviewing 2018-2020 tax returns and prompt determination letters | $295.00 | 1.20 | $354.00 |
| 09/12/2021 | Kermith B Boffill | Review 2020 return | $375.00 | 0.30 | $112.50 |
| | | **015 - Tax Return Preparation Total:** | | **14.40** | **$2,711.50** |
| | | **Total Professional Fees:** | | **20.50** | **$3,676.00** |

**Expenses:**

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| **405 - Client Postage/Delivery** | | | | | |
| 09/12/2021 | Brooke M Borba | Certified mailing label to FTB. | 1 | $10.21 | $10.21 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062659
**Billing Through:** 11/17/2021

**IN RE: Ruby's Huntington Beach, Ltd.**

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| 09/15/2021 | Brooke M Borba | Certified mailing of 2020 tax return to FTB. | 1 | $10.21 | $10.21 |
| 10/25/2021 | Cherre Faught | UPS to Trustee Office | 1 | $28.51 | $28.51 |
| 10/25/2021 | Cherre Faught | UPS back to GT office | 1 | $21.37 | $21.37 |
| | | | **405 - Client Postage/Delivery Total:** | | **$70.30** |
| | | | **Total Expenses:** | | **$70.30** |

| | |
|---|---|
| **Total Professional Fees:** | **$3,676.00** |
| **Total Expenses:** | **$70.30** |
| **Total Amount Due This Invoice:** | **$3,746.30** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062658
**Billing Through:** 11/17/2021

**IN RE: Ruby's Oceanside, Ltd.**

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **001 - Accounting Services** | | | | | |
| 07/21/2021 | Breanna A McCallum | Instructions on tax preparation from SC | $150.00 | 0.20 | $30.00 |
| 07/27/2021 | Breanna A McCallum | FTB call to verify 2018, 2019 and 2020 estimated payments | $150.00 | 0.20 | $30.00 |
| 08/17/2021 | Brooke M Borba | Assemble and prepare 2018 -2020 signature pages, T-letters, prompt determination letters and trustee copies for mailing. | $135.00 | 0.50 | $67.50 |
| 09/12/2021 | Brooke M Borba | Prepare certified mailing labels for tax returns. | $135.00 | 0.30 | $40.50 |
| 09/17/2021 | Brooke M Borba | Assemble and send 2018-2019 tax returns to FTB. | $135.00 | 0.40 | $54.00 |
| | | **001 - Accounting Services Total:** | | **1.60** | **$222.00** |
| **012 - Litigation Consulting** | | | | | |
| 01/13/2021 | Howard B Grobstein | Discuss litigation issues with team to analyze detailed ledgers for transactions | $525.00 | 0.20 | $105.00 |
| 01/18/2021 | Breanna A McCallum | Analyze general ledger accounts and record monthly profit and loss for comparative analysis | $150.00 | 0.20 | $30.00 |
| 01/19/2021 | Breanna A McCallum | Continue analyzing general ledger accounts and recording monthly profit and loss for comparative analysis | $150.00 | 1.10 | $165.00 |
| 01/20/2021 | Breanna A McCallum | Continue recording monthly profit and loss for comparative analysis | $150.00 | 0.90 | $135.00 |
| 01/20/2021 | Elizabeth L Boock | PL and Balance Sheet Reconstruction | $135.00 | 3.00 | $405.00 |
| 01/21/2021 | Breanna A McCallum | Record monthly profit and loss for comparative analysis | $150.00 | 1.70 | $255.00 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C - Page 43

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 11/17/2021
**Invoice Number:** 062658
**Billing Through:** 11/17/2021

IN RE: Ruby's Oceanside, Ltd.

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| | | **012 - Litigation Consulting Total:** | | **7.10** | **$1,095.00** |
| **015 - Tax Return Preparation** | | | | | |
| 12/22/2020 | Jackie E Vacek | Ruby's Oceanside Ltd: Started CCH input for 2017 TR & open items for 2017-2020. | $150.00 | 0.60 | $90.00 |
| 07/27/2021 | Breanna A McCallum | Reviewing prior year returns and start preparing 2018 tax return. | $150.00 | 0.90 | $135.00 |
| 07/28/2021 | Breanna A McCallum | Continue preparing 2018 bankruptcy tax return. | $150.00 | 0.80 | $120.00 |
| 07/29/2021 | Breanna A McCallum | Start preparing 2019 bankruptcy tax return. | $150.00 | 0.60 | $90.00 |
| 08/02/2021 | Breanna A McCallum | Continue preparing 2019 bankruptcy tax return. | $150.00 | 0.60 | $90.00 |
| 08/02/2021 | Breanna A McCallum | Preparing 2018 T-Letter and Prompt Letters for bankruptcy return | $150.00 | 0.80 | $120.00 |
| 08/02/2021 | Breanna A McCallum | Preparing 2020 bankruptcy tax return | $150.00 | 1.60 | $240.00 |
| 08/03/2021 | Breanna A McCallum | Preparing 2019 T-Letter and Prompt Letters for bankruptcy return | $150.00 | 0.90 | $135.00 |
| 08/03/2021 | Breanna A McCallum | Preparing 2020 T-Letter and Prompt Letters for bankruptcy return | $150.00 | 0.90 | $135.00 |
| 08/03/2021 | Silva Chamichyan | Reviewing 2018-2020 state tax return and prompt letters | $295.00 | 2.80 | $826.00 |
| 08/17/2021 | Kermith B Boffill | Review of 2020 return | $375.00 | 0.30 | $112.50 |
| 08/17/2021 | Kermith B Boffill | Review of 2019 return | $375.00 | 0.30 | $112.50 |
| 08/17/2021 | Kermith B Boffill | Review of 2018 return | $375.00 | 0.30 | $112.50 |
| | | **015 - Tax Return Preparation Total:** | | **11.40** | **$2,318.50** |
| | | **Total Professional Fees:** | | **20.10** | **$3,635.50** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**     11/17/2021
**Invoice Number:**  062658
**Billing Through:**  11/17/2021

**IN RE: Ruby's Oceanside, Ltd.**

**Expenses:**

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| **405 - Client Postage/Delivery** | | | | | |
| 08/30/2021 | Brooke M Borba | UPS mailing of 2020 tax returns to trustee for signature with pre-paid mailing label back to GT office. | 1 | $11.53 | $11.53 |
| 09/12/2021 | Brooke M Borba | Certified mailing label to FTB. | 1 | $10.01 | $10.01 |
| 09/15/2021 | Brooke M Borba | Certified mailing of 2018-2019 tax returns to FTB. | 1 | $20.42 | $20.42 |
| | | 405 - Client Postage/Delivery Total: | | | **$41.96** |
| | | Total Expenses: | | | **$41.96** |

| | |
|---|---|
| **Total Professional Fees:** | **$3,635.50** |
| **Total Expenses:** | **$41.96** |
| **Total Amount Due This Invoice:** | **$3,677.46** |

## GROBSTEIN TEEPLE LLP
## FIRM BIOGRAPHIES

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations. He is a member of the Board of Directors and past Chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum.  He was President of the Los Angeles Bankruptcy Forum for 2013. Mr. Grobstein was the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**KERMITH BOFFILL, CPA,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm.  Mr. Boffill has worked in private and public accounting on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**STEVEN ROOPENIAN, CFE,** California State University, Long Beach (B.S. - Business Management) is a Principal in the firm. Mr. Roopenian has experience in bankruptcy, forensic accounting, and litigation support. He is a member of the Association of Certified Fraud Examiners,  the Turnaround Management Association,  the  Association  of  Insolvency  and Restructuring Advisors, and the Los Angeles Bankruptcy Forum. Additionally, Mr. Roopenian assisted the treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association during his tenure.

**HENRY ADAMS**, Chapman University (B.S. – Business Administration) Emphasis in Finance and (B.A. – Economics) is a Senior Accountant in the firm. Mr. Adams has experience in financial modeling, financial analysis, and business intelligence solutions.

## GROBSTEIN TEEPLE LLP
## FIRM BIOGRAPHIES

**SILVA CHAMICHYAN,** University of California, Northridge (B.S. - Accounting) is a Senior Accountant in the firm. Ms. Chamichyan has experience in corporation tax returns and private equity.  Ms. Chamichyan is currently a CPA Candidate with the California Board of Accountancy.

**JESSIE CHUN,** University of California, Los Angeles (B.S. -Accounting) and University of San Diego (B.A. - History) is a Manager in the firm. Ms. Chun has experience in payroll preparation, sales reconciliations, and preparing financial statements.

**BREANNA MCCALLUM**, University of California, Northridge (B.S. – Accounting) is a Consultant in the firm.

**DIMPLE MEHRA, CFE**, University of Arizona (B.S. – Business Administration) and University of Phoenix (M.S. – Accountancy) is a Director in the firm. Ms. Mehra has experience in providing forensic accounting and analysis services in the public and private sectors.  She is a member of the Association of Certified Fraud Examiners.

**WILLIAM THOMSEN, CFA, ASA,** Columbia University (M.B.A. - Finance), Pomona College (B.A. - Economics) is a Director with the firm. Mr. Thomsen has over 25 years of experience providing business valuations and economic analyses to various businesses. His consulting expertise also includes economic damage assessment and expert testimony for commercial and employment disputes. He has testified on numerous occasions regarding valuation

and economic damage issues and has qualified as an expert witness in U.S. District Court and California Superior Court.

**BROOKE BORBA**, University of California, Santa Cruz, (B.A.  - English Language and Literature) is a Tax Administrator with the firm. Ms. Borba is also a licensed notary in California.

**DENISE WEISS** is an Assistant Trustee Administrator with the firm.

## GROBSTEIN TEEPLE LLP
## FIRM BIOGRAPHIES

**CORY ZERA**, University of California, San Diego, (B.A. -Visual Arts: Media) is an Executive Administrator with the firm. Ms. Zera is also a licensed notary in California.

**ELIZABETH BOOCK** previously acted as a Consultant in the firm.

**JACKIE VACEK**, University of St. Thomas, Houston, TX (B.A. – International Studies; M.S.A. - Accounting) previously acted as a Staff Accountant in the firm. She has experience in providing tax services to a variety of privately held companies in the manufacturing, O & G, and service industries. She is a member of Beta Alpha Psi.

**YASIN PARLAK**, Pepperdine University (B.S. – Business Management - Emphasis in Economics) was a Senior Litigation Consultant in the firm. Mr. Parlak has experience in Financial modeling, audits, risk management, internal control analysis, and business intelligence solutions.  Mr. Parlak's practice is focused on: litigation support, forensic accounting, and turnaround consulting.