GLASSRATNER
ADVISORY & CAPITAL GROUP, LLC
19800 MacArthur Blvd. Ste 820
Irvine, CA 92612
Telephone: (949) 407-6621

Financial Advisor to the Trustee
Ruby's Diner, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| RUBY'S DINER, INC., a California corporation, *et al.*,<br><br>　　　Debtors and Debtors in Possession.<br><br>Affects:<br><br>☐ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☒ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☒ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Chapter 7<br><br>Case No. 8:18-bk-13311-CB (RDI)<br><br>Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB<br><br>**SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR FOR THE TRUSTEE FOR THE PERIOD JANUARY 1, 2021 THROUGH SEPTEMBER 30, 2021**<br><br>**Disclosure Statement Hearing:**<br><br>Date: December 15, 2021<br>Time: 11:00 a.m.<br>Ctrm: 5C<br>Location: CourtCall or Zoom.Gov |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANRKUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE CHAPTER 7 TRUSTEE AND HIS COUNSEL OF RECORD, AND OTHER PARTIES IN INTEREST:

GlassRatner Advisory & Capital Group LLC ("GlassRatner"), financial advisor to Ruby's Huntington Beach, LTD and Ruby's Oceanside, LTD. (the "Debtor"), hereby submits its *SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR FOR THE TRUSTEE FOR THE PERIOD JANUARY 1, 2021 THROUGH SEPTEMBER 30, 2021* (the "Application") for services rendered to the Debtor during the period of January 1, 2021 through and including September 30, 2021 (the "Application Period"). GlassRatner seeks approval in the total amount of **$25,486.00**, which represents **$25,486.00** in professionals' hourly fees, and **$0.00** in expenses incurred during the Application Period. The hourly fees will be allocated based on the percentage used in the first interim application, which is 22.9% to Oceanside and 77.1% to Huntington Beach. This means that the total fees & expenses for Huntington Beach is **$19,649.71** and the total fees & expenses for Oceanside is **$5.836.29**

GlassRatner submits this Application pursuant to sections 330 and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule 2016-1, and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (with any amendments, the "UST Guidelines").

## I.
## INTRODUCTORY STATEMENT

Local Bankruptcy Rule 2016-1(1)(a) sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs. Additional standards to be employed in the review of fee applications are set forth in the UST Guidelines. Finally, cases interpreting

sections 330 and 331 of the Bankruptcy Code have required that courts consider the twelve (12) factors that the Ninth Circuit Court of Appeals articulated in *Kerr v. Screen Extras Guild*, 526 F.2d 67, 70 (9th Cir. 1975), cert. denied, 425 U.S. 951, 96 S.Ct. 726 (1976).  The Ninth Circuit's primary method used to determine the reasonableness of fees is to calculate the "lodestar." *In re Charles Russell Buckridge, Jr.*, 367 B.R. 191, 201 (C.D. Cal. 2007).  The lodestar is ascertained by multiplying the number of hours reasonably expended by a reasonable hourly rate. *Law Offices of David A. Boone v. Derham-Burk* (In re Eliapo), 468 F.3d 592, 598 (9th Cir. 2006).  As set forth more fully herein, this Application complies with all statutory guidelines and Court-imposed requirements.

## II.
## PRELIMINARY SUMMARY OF COMPENSATION DATA

The Firm provides the following summary information in accordance with Local Bankruptcy Rule 2016-1 and the UST Guidelines:

1. **Order Approving GlassRatner Employment**: On July 7, 2020, the Court entered its order authorizing GlassRatner's employment [Docket No. 739].
2. **Period Covered by this Application:** January 1, 2021 through September 30, 2021.
3. **Hours of Professional Time Subject to the Application:** 79.40
4. **Hourly Fee Requested by this Application:** $25,486.00, representing all of the fees billed during the Application Period.
5. **Commission Requested by this Application:** $0.00
6. **Expenses Requested by this Application:** $0.00
7. **Total Fees and Expenses Requested to be Allowed on an Interim Basis by this Application:** $25,486.00
8. **Amount of Prepetition Retainer Balance:** $0.00
9. **Current Retainer Balance:** $0.00
10. **Amount of Fees and Expenses Paid Post-petition from RDI:** $362,969.20

**Summary of monthly fee notices**

| Time Period | Hours | Total Fees & Expenses |
|---|---|---|
| Jan | 25.50 | $ 7,530.50 |
| Feb | 45.60 | $ 15,313.00 |
| Mar | 3.30 | $ 1,145.50 |
| Apr | 1.70 | $ 506.50 |
| May | 1.80 | $ 653.00 |
| Jun | 1.50 | $ 337.50 |
| **Grand Total** | **79.40** | **$ 25,486.00** |

11.  **Unpaid balance of fees and expenses requested:** $25,486.00

12.  **Blended Rate:**       $320.98/Hour (excluding expenses and commission)

### III.

### NARRATIVE OF SERVICES RENDERED

Pursuant to the UST Guidelines and Local Bankruptcy Rule 2016-1(a)(1)(D), the Applicant has classified all services performed for which compensation is sought for the Application Period into one of several major categories. The Applicant attempted to place the services performed in the category that best relates to the service provided. However, because certain services may relate to more than one category, services pertaining to one category may in fact be included in another category. As a firm, GlassRatner has established the following billing categories, addressed in greater detail below:

1. **Category 020: "Business Operations"**

    (Fees: $1,665.00; Hours: 7.40)

This Category includes assistance related to the continuation of the operations of the Debtor's business on a day-to-day basis. During the Application Period, GlassRatner performed services regarding the weekly cash reviews of Huntington Beach and Oceanside Restaurants. This

has been vital since the COVID pandemic has negatively impacted sales by approximately 50% compared to 2019 sales.

### 2. Category 030: "Business Analysis"

(Fees: $385.50; Hours: 1.30)

This Category includes assistance related to analyzing the Debtor's business viability. During the Application Period, GlassRatner has performed analysis on the sales proceeds allocation to creditors.

### 3. Category 040: "Case Administration"

(Fees: $4,547.50; Hours: 8.50)

This Category includes assistance related to administrative matters in the Debtor's Chapter 7 case. These activities include adjustments to fee apps and negotiation with OPUS Bank in regard to GlassRatner's fee application.

### 4. Category 050: "Claims Administration"

(Fees: $535.00; Hours: 1.00)

This Category included assistance related to Claims of the Debtor. During the Application Period, GlassRatner assisted the Trustee in preparing the list of creditors' outstanding amounts, and the allocation of sales proceeds.

### 5. Category 060: "Employment/Fee Apps"

(Fees: $15,118.00; Hours: 54.40)

This Category included work related to our employment and fee application. During the Application Period, GlassRatner has prepared the initial engagement letter, and prepared the filing of the first interim fee app for CH 7 case. Time was also spend negotiating with OPUS Bank on its objection of the first interim fee application.

6. **Category 070: "Employment/Fee Objections"**

   (Fees: $1,016.50; Hours: 1.90)

This Subject includes work related to the fee application objections by creditors in the Chapter 7 case. This category includes communication with OPUS Bank in regard to the objection of GlassRatner's first interim CH 7 fee application.

7. **Category 090: "Creditor Meetings/Communications"**

   (Fees: $1,016.50; Hours: 1.90)

This category involves activities that are related to communications with creditors in the RDI CH 7 case. During the Application Period, GlassRatner communicated with the city of Oceanside to discuss rent abatement during the COVID lockdown period and communicated with OPUS Bank in regard to their settlement.

8. **Category 099: "General Consulting"**

   (Fees: $909.50; Hours: 1.70)

This Category includes assistance related to the general consulting support provided to the Trustee. During the Application Period, GlassRatner assisted the Trustee with restaurants sales proceed allocation to creditors.

9. **Category 130 "Litigation"**

   (Fees: $292.50; Hours: 1.30)

This Category is for litigation support for the Trustee and D&O special counsel. This category includes time for GlassRatner staff to support the Trustee in analysis of the preference payments in Huntington Beach and Oceanside restaurants.

## Summary

| Categories | Total Hours | Total Billable |
|---|---|---|
| 020 Business Operations | 7.40 | $ 1,665.00 |
| 030 Business Analysis | 1.30 | $ 385.50 |
| 040 Case Administration | 8.50 | $ 4,547.50 |
| 050 Claims Administration | 1.00 | $ 535.00 |
| 060 Employment/Fee Apps | 54.40 | $ 15,118.00 |
| 070 Employment/Fee Objections | 1.90 | $ 1,016.50 |
| 090 Creditor Meetings/Communications | 1.90 | $ 1,016.50 |
| 099 General Consulting | 1.70 | $ 909.50 |
| 130 Litigation | 1.30 | $ 292.50 |
| **Grand Total** | **79.40** | **$ 25,486.00** |

## CONCLUSION

WHEREFORE, GlassRatner respectfully requests that this Court enter an order:

(1) Approving, on a final basis, GlassRatner's fees of $25,486.00 and expense of $0.00 incurred during the Application Period.

(2) Granting such other and further relief as the Court deems just and proper.

Dated: November 22, 2021

**GLASSRATNER ADVISORY & CAPITAL GROUP LLC**

By: /s/ J. Michael Issa

J. Michael Issa, Principal

# DECLARATION OF J. MICHAEL ISSA

I, J. Michael Issa, declare as follows:

1. I am a Principal of GlassRatner Advisory & Capital Group (the "Firm"), financial advisor to the Trustee of Ruby's Huntington Beach and Ruby's Oceanside ("Debtor"). I have personal knowledge of the following or have gained such knowledge from my review of the records of the Debtor, which are obtained, created, and maintained in the ordinary course of business, and, if called as a witness, I could and would testify competently thereto.

2. I have personally reviewed the information contained in the Application and believe its contents to be true and correct to the best of my knowledge, information and belief.

3. Pursuant to the Application, seeks an order allowing of fees and expenses for services rendered as financial advisor of the Debtor during the period of January 1, 2021 through and including September 30, 2021 (the "Application Period").

4. Pursuant to the order of this Court entered on July 7, 2020 [Docket No. 739] ("Order") approving the Debtor's Motion for Entry of an Order Authorizing the Debtor to employ GlassRatner Advisory and Capital Group as Financial Advisor.

5. During the Application Period, GlassRatner incurred fees in the total amount of $25,486.00 and expense of $0.00. The hourly fees will be allocated based on the percentage used in the first interim application, which is 22.9% to Oceanside and 77.1% to Huntington Beach. This means that the total fees & expenses for Huntington Beach is **$19,649.71** and the total fees & expenses for Oceanside is **$5.836.29**.

6. GlassRatner believes the foregoing rates are at or below the market rates that the majority of financial advisory firms charge clients for such services.

7. I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information, and belief.

8. All services for which GlassRatner requests payment, and all expenses for which reimbursement is sought have been rendered and spent on behalf of the Debtor and no other persons or parties, and the compensation is requested strictly for professional services rendered.

9. After reasonable inquiry and to the best of my knowledge, information and belief, the Application complies with the Bankruptcy Rules, the Local Rules of Bankruptcy Procedure, the Fee Guide, and the Guidelines of this Court.

10. Neither GlassRatner, nor any GlassRatner professional, has any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees to be awarded to GlassRatner with any other person or professional, except as among the professionals of GlassRatner.

11. GlassRatner has provided professional services to the Debtor with an effort to keep all costs to a minimum and believes that its billing rates are reasonable and well within the scope of fees charged by professionals for services of a similar nature.

12. Attached hereto as Exhibit "A" is a detailed report of times and tasks performed by professionals in the Application Period. The Applicant's time reports are initially handwritten or recorded via computer by the professionals performing the described services. Also included in this exhibit is the expenses incurred.

13. Attached as Exhibit "B" to the Issa Declaration is summary of rates and total billable for each Applicant's professional.

14. I have reviewed the requirements of Local Bankruptcy Rule 2016-1 and the Application complies with Local Bankruptcy Rule 2016-1.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of November 2021 at Irvine, California.

_____
J. Michael Issa

# Exhibit "A"

**RDI CH 7**
**Exhibit A: HB/OS Fee App Detail**

| Professional Full Name | Reference Nickname 1 | Transaction Date | Description | Hours | Fees & Expense |
|---|---|---|---|---|---|
| Mike Issa | 090 Creditor Meetings/Communications | 1/5/2021 | emails Trustee and counsel re: rent abatement letter for Oceanside | 0.20 | $107.00 |
| Wen Tan | 060 Employment/Fee Apps | 1/12/2021 | review CH 7 fee app worksheet. | 1.00 | $225.00 |
| Mike Issa | 050 Claims Administration | 1/13/2021 | work on Oceanside rent abatement | 0.30 | $160.50 |
| Wen Tan | 060 Employment/Fee Apps | 1/13/2021 | review fee apps. | 1.20 | $270.00 |
| Mike Issa | 090 Creditor Meetings/Communications | 1/13/2021 | letters/emails with City of Oceanside re: rent abatement | 0.50 | $267.50 |
| Wen Tan | 060 Employment/Fee Apps | 1/14/2021 | review first draft of fee app. | 1.00 | $225.00 |
| A. Marker Smith | 060 Employment/Fee Apps | 1/14/2021 | Mockup Fee App; Call with W. Tan re: updates to Fee App Analysis. | 1.00 | $375.00 |
| Wen Tan | 060 Employment/Fee Apps | 1/14/2021 | internal call in regard to fee app. | 0.50 | $112.50 |
| Wen Tan | 060 Employment/Fee Apps | 1/18/2021 | draft fee application for CH 7 case | 1.00 | $225.00 |
| Wen Tan | 060 Employment/Fee Apps | 1/18/2021 | adjust fee application time excel worksheet. | 1.80 | $405.00 |
| Mike Issa | 040 Case Administration | 1/19/2021 | work on fee app | 0.70 | $374.50 |
| Wen Tan | 060 Employment/Fee Apps | 1/19/2021 | draft fee application for CH 7 case. | 0.80 | $180.00 |
| Mike Issa | 090 Creditor Meetings/Communications | 1/19/2021 | calls with Paul Shields re: HB and OS cash mgmt and allocation of sales proceeds for bank | 0.50 | $267.50 |
| Mike Issa | 040 Case Administration | 1/20/2021 | prepare first Ch 7 fee app | 1.00 | $535.00 |
| Wen Tan | 060 Employment/Fee Apps | 1/20/2021 | draft CH 7 fee app. | 1.30 | $292.50 |
| Wen Tan | 060 Employment/Fee Apps | 1/20/2021 | finalize CH 7 fee app. | 2.50 | $562.50 |
| Wen Tan | 060 Employment/Fee Apps | 1/20/2021 | draft CH 7 fee app. | 1.00 | $225.00 |
| Wen Tan | 060 Employment/Fee Apps | 1/20/2021 | filing first interim CH 7 fee app. | 1.00 | $225.00 |
| Wen Tan | 060 Employment/Fee Apps | 1/21/2021 | additional adjustments for CH 7 fee application. | 0.60 | $135.00 |
| Mike Issa | 099 General Consulting | 1/25/2021 | call with Trustee about payout to creditors of HB and OS and allocation of sales proceeds | 0.60 | $321.00 |
| Mike Issa | 099 General Consulting | 1/25/2021 | review payout to creditors of HB and OS model | 0.30 | $160.50 |
| Mike Issa | 040 Case Administration | 1/26/2021 | work on fee app | 1.20 | $642.00 |
| Wen Tan | 060 Employment/Fee Apps | 1/27/2021 | prepare amendment to the initial CH7 fee application. | 1.30 | $292.50 |
| Wen Tan | 060 Employment/Fee Apps | 1/27/2021 | prepare amendments to the initial CH 7 fee app. | 2.40 | $540.00 |
| Wen Tan | 060 Employment/Fee Apps | 1/29/2021 | finalizing CH 7 fee app amendment. | 1.00 | $225.00 |
| Wen Tan | 060 Employment/Fee Apps | 1/29/2021 | edit CH 7 fee app amendment. | 0.80 | $180.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/1/2021 | finalize updated declaration of amended CH 7 fee app. | 0.80 | $180.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/1/2021 | make additional changes to CH 7 amendment fee app declaration. | 1.00 | $225.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/1/2021 | finalize declaration for CH 7 fee app. | 0.60 | $135.00 |
| Mike Issa | 060 Employment/Fee Apps | 2/1/2021 | declaration re: Fee app | 0.50 | $267.50 |
| Mike Issa | 040 Case Administration | 2/2/2021 | work on fee app | 0.70 | $374.50 |
| Wen Tan | 060 Employment/Fee Apps | 2/2/2021 | file declaration for amended CH 7 fee app. | 1.00 | $225.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/2/2021 | prep for fee app hearing. | 0.70 | $157.50 |
| Wen Tan | 060 Employment/Fee Apps | 2/3/2021 | internal call to discuss bank objection to fee app. | 0.70 | $157.50 |
| Wen Tan | 060 Employment/Fee Apps | 2/3/2021 | review bank objection to CH 7 fee app. | 1.30 | $292.50 |
| Wen Tan | 020 Business Operations | 2/4/2021 | review weekly payments and accounts payable for oceanside store. | 0.80 | $180.00 |
| Wen Tan | 020 Business Operations | 2/4/2021 | review weekly payments and accounts payable for Oceanside store. | 0.50 | $112.50 |
| Wen Tan | 020 Business Operations | 2/4/2021 | review store taxes payable. | 0.80 | $180.00 |
| Mike Issa | 040 Case Administration | 2/4/2021 | review bank claim objection | 0.20 | $107.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/4/2021 | fee app hearing. | 0.50 | $112.50 |
| Wen Tan | 060 Employment/Fee Apps | 2/4/2021 | prepare new amended CH 7 fee app. | 1.00 | $225.00 |
| Wen Tan | 020 Business Operations | 2/5/2021 | analyze Oceanside payments and balances. | 0.80 | $180.00 |
| Mike Issa | 040 Case Administration | 2/5/2021 | work on response to objection to fee app | 0.50 | $267.50 |
| Wen Tan | 060 Employment/Fee Apps | 2/5/2021 | call with bank advisor on fee app. | 0.50 | $112.50 |
| Wen Tan | 020 Business Operations | 2/8/2021 | review cash flow for the stores. | 1.00 | $225.00 |
| Mike Issa | 040 Case Administration | 2/8/2021 | work on Ch 7 fee app | 0.70 | $374.50 |
| Mike Issa | 040 Case Administration | 2/8/2021 | billing | 1.00 | $535.00 |
| Mike Issa | 090 Creditor Meetings/Communications | 2/8/2021 | calls with Paul Shields re: HB and OS cash mgmt and allocation of sales proceeds for bank | 0.50 | $267.50 |
| Wen Tan | 060 Employment/Fee Apps | 2/9/2021 | revise fee app for CH 7. | 0.50 | $112.50 |
| Wen Tan | 060 Employment/Fee Apps | 2/10/2021 | revise fee app for CH 7. | 1.00 | $225.00 |
| Mike Issa | 040 Case Administration | 2/11/2021 | review objection to fees by bank | 0.30 | $160.50 |
| Mike Issa | 040 Case Administration | 2/11/2021 | call with Paul Shields re: fee app | 0.20 | $107.00 |
| Mike Issa | 040 Case Administration | 2/11/2021 | call with Paul Shields re: objection to fee | 0.30 | $160.50 |
| Wen Tan | 060 Employment/Fee Apps | 2/11/2021 | finalize revised fee app worksheet. | 0.80 | $180.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/11/2021 | re categorize all time entries based on conversation with bank advisor. | 2.00 | $450.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/11/2021 | re categorize all time entries based on conversation with bank advisor. | 0.80 | $180.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/11/2021 | revise fee app for CH 7. | 1.30 | $292.50 |
| Mike Issa | 060 Employment/Fee Apps | 2/11/2021 | work on fee resolution | 0.80 | $428.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/12/2021 | finalize exhibits for fee apps. | 0.80 | $180.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/12/2021 | finalize fee app for filing CH 7. | 1.00 | $225.00 |
| Mike Issa | 060 Employment/Fee Apps | 2/12/2021 | negotiate with bank, resolve objections to fee app, prepared declaration reflecting compromises with bank and Trustee | 3.50 | $1,872.50 |
| Wen Tan | 060 Employment/Fee Apps | 2/16/2021 | finalize fee app declaration for filing. | 1.00 | $225.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/16/2021 | prep for CH 7 fee app hearing. | 0.60 | $135.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/16/2021 | prep for Ch 7 fee app hearing. | 1.00 | $225.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/16/2021 | call to discuss fee app CH 7. | 0.80 | $180.00 |
| Mike Issa | 060 Employment/Fee Apps | 2/16/2021 | review materials for hearing on first interim fee app | 1.30 | $695.50 |
| Mike Issa | 060 Employment/Fee Apps | 2/16/2021 | work on resolution of fee dispute | 0.80 | $428.00 |
| Mike Issa | 060 Employment/Fee Apps | 2/16/2021 | review tentative ruling | 0.30 | $160.50 |
| Mike Issa | 060 Employment/Fee Apps | 2/16/2021 | finalize MI declaration on Fee App | 1.20 | $642.00 |
| Mike Issa | 090 Creditor Meetings/Communications | 2/16/2021 | call with bank Financial Adviser re: resolution of Bank objection to first interim fee app | 0.20 | $107.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/17/2021 | review time records with Mike prior to hearing. | 0.80 | $180.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/17/2021 | court hearing on Ch 7 fee app. | 1.00 | $225.00 |
| Mike Issa | 070 Employment/Fee Objections | 2/17/2021 | prep for hearing | 1.40 | $749.00 |
| Mike Issa | 070 Employment/Fee Objections | 2/17/2021 | attend hearing on First Interim Fee app and objections | 0.50 | $267.50 |
| Wen Tan | 020 Business Operations | 2/18/2021 | review cash positions for the stores in anticipation of shortfall. | 1.00 | $225.00 |
| Mike Issa | 060 Employment/Fee Apps | 2/18/2021 | work on order | 0.40 | $214.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/19/2021 | prepare orders on fee app. | 1.00 | $225.00 |
| Wen Tan | 060 Employment/Fee Apps | 2/19/2021 | lodge and review final order for fee app CH7 | 0.40 | $90.00 |
| Wen Tan | 020 Business Operations | 2/22/2021 | review cash flow for the stores. | 1.50 | $337.50 |
| Mike Issa | 030 Business Analysis | 2/22/2021 | review ledger balances for HB and OS re:cash on hand and emails re: same | 0.30 | $160.50 |
| Mike Issa | 050 Claims Administration | 2/23/2021 | work on allocation of sales proceeds worksheet for bank | 0.70 | $374.50 |
| Mike Issa | 040 Case Administration | 3/1/2021 | address issues with respect to payment of GR first interim fee app | 0.40 | $214.00 |
| Wen Tan | 020 Business Operations | 3/2/2021 | review cash flow at the restaurants. | 1.00 | $225.00 |
| Mike Issa | 040 Case Administration | 3/5/2021 | work on resolving issues re: pymt of GR First Interim Fee App | 0.20 | $107.00 |
| Mike Issa | 040 Case Administration | 3/5/2021 | billing | 0.70 | $374.50 |
| Wen Tan | 060 Employment/Fee Apps | 3/5/2021 | provide materials for the payment of CH 7 professional fees. | 1.00 | $225.00 |
| Wen Tan | 130 Litigation | 4/5/2021 | HB preference analysis. | 0.80 | $180.00 |
| Wen Tan | 130 Litigation | 4/5/2021 | OS preference analysis. | 0.50 | $112.50 |
| Mike Issa | 040 Case Administration | 4/6/2021 | resolve creditor issues with respect to payment of GR First Interim Fee App | 0.40 | $214.00 |
| Wen Tan | 030 Business Analysis | 5/21/2021 | review payment allocation for HB. | 0.50 | $112.50 |
| Wen Tan | 030 Business Analysis | 5/21/2021 | review payment allocation for OS. | 0.50 | $112.50 |
| Mike Issa | 099 General Consulting | 5/21/2021 | prepare allocation of sale proceeds of HB and OS and discuss with Trustee | 0.80 | $428.00 |
| Wen Tan | 060 Employment/Fee Apps | 6/14/2021 | review all time and billing output for restaurants. | 1.50 | $337.50 |

# Exhibit "B"

**RDI CH 7**

**Exhibit B: Professional Rates & Billable**

| Professional | Hours | Rate | Total Fees & Expenses |
|---|---|---|---|
| A. Marker Smith | 1.00 | $ 375.00 | $ 375.00 |
| Mike Issa | 24.10 | $ 535.00 | $ 12,893.50 |
| Wen Tan | 54.30 | $ 225.00 | $ 12,217.50 |
| **Grand Total** | **79.40** | | **$ 25,486.00** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR FOR THE TRUSTEE FOR THE PERIOD JANUARY 1, 2021 THROUGH SEPTEMBER 30, 2021** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 24, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **November 24, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 24, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 24, 2021 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                               F 9013-3.1.PROOF.SERVICE

4819-2935-5410, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; INTERESTED PARTY DOUGLAS CAVANAUGH; AND INTERESTED PARTY RALPH KOSMIDES:** Leo A Bautista leo.bautista@lewisbrisbois.com, mona.jackson@lewisbrisbois.com; Chris.Rodriguez@lewisbrisbois.com, ralphk@cox.net, dcavanaugh@bcccmgmt.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Christopher Dale Beatty cbeatty@millerbarondess.com, aransom@millerbarondess.com, docket@millerbarondess.com, lperry@millerbarondess.com, jvogel@millerbarondess.com
   - **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC; DEFENDANT LIGHTHOUSE CAFÉ LLC; AND DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Stephen C Biggs sbiggs@smith-lc.com, kdavenport@smith-lc.com
   - **ATTORNEY GEORGE B BLACKMAR**: George B Blackmar gblackmar@bpslaw.net
   - **INTERESTED PARTY COURTESY NEF:** Ori S Blumenfeld Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com; Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com
   - **ATTORNEY FOR CREDITOR STAR-WEST PARKWAY MALL, LP:** Dustin P Branch branchd@ballardspahr.com, carolod@ballardspahr.com; hubenb@ballardspahr.com
   - **INTERESTED PARTY COURTESY NEF:** Jeffrey W Broker jbroker@brokerlaw.biz
   - **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com; SDCMLFiles@DINSMORE.COM
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH AND INTERESTED PARTY RALPH KOSMIDES:** Carol Chow carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
   - **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC; DEFENDANT LIGHTHOUSE CAFÉ LLC; AND DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** John S Clifford jclifford@smith-lc.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH:** David P Crochetiere dcrochetiere@bautelaw.com, hwells@bautelaw.com
   - **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Ashleigh A Danker Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM; Katrice.ortiz@dinsmore.com; caron.burke@dinsmore.com
   - **ATTORNEY FOR CREDITOR US FOODS, INC:** Aaron Davis aaron.davis@bryancave.com, kat.flaherty@bryancave.com
   - **INTERESTED PARTY COURTESY NEF:** Caroline Djang caroline.djang@bbklaw.com, C190@ecfcbis.com; sansanee.wells@bbklaw.com; wilma.escalante@bbklaw.com
   - **ATTORNEY FOR CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR:** Laura E Dolan LAURA.DOLAN@SDCOUNTY.CA.GOV, odette.ortega@sdcounty.ca.gov; kristen.howard@sdcounty.ca.gov
   - **ATTORNEY ALAN FRIEDMAN and ATTOREY FOR CREDITOR STEVEN L CRAIG:** Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
   - **ATTORNEY FOR INTERESTED PARTY RUBY'S FANCHISE SYSTEMS, INC., A CALIFORNIA CORPORATION:** Eric J Fromme efromme@tocounsel.com, lchapman@tocounsel.com
   - **ATTORNEY FOR INTERESTED PARTIES AND DEFENDANTS BEACHCOMBER MANAGEMENT CRYSTAL COVE LLC; DOUGLAS CAVANAUGH; AND RALPH KOSMIDES:** Maria L Garcia Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Richard H Golubow rgolubow@wghlawyers.com, pj@wcghlaw.com; jmartinez@wghlawyers.com; Meir@virtualparalegalservices.com
   - **INTERESTED PARTY COURTESY NEF:** Steven T Gubner sgubner@bg.law, ecf@bg.law
   - **ATTORNEY FOR CREDITOR OPUS BANK:** David M. Guess guessd@gtlaw.com
   - **ATTORNEY FOR U.S. TRUSTEE UNITED STATES TRUSTEE (SA):** Michael J Hauser michael.hauser@usdoj.gov
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR MARVI LAND:** Samy Henein samyhenein@aol.com, az@suppalaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4819-2935-5410, v. 1

- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Garrick A Hollander ghollander@wghlawyers.com, pj@wcghlaw.com; jmartinez@wghlawyers.com; Meir@virtualparalegalservices.com
- **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Lillian Jordan ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **ATTORNEY FOR CREDITOR STEVEN L CRAIG:** Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **INTERESTED PARTY COURTESY NEF:** David S Kupetz dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.courtdrive.com; dkupetz@ecf.courtdrive.com
- **ATTORNEY FOR PACHULSKI STANG ZIEHL & JONES LLP, CREDITOR OPUS BANK, DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; DEBTOR RUBY'S HUNTINGTON BEACH, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR'S RUBY'S LAGUNA HILLS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S OCEANSIDE LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S PALM SPRINGS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S QUALITY DINERS, LLC, A DELAWARE LIMITED LIABILITLY COMPANY; DEBTOR RUBY'S SOCAL DINERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY:** William N Lobel wlobel@pszjlaw.com, nlockwood@pszjlaw.com; jokeefe@pszjlaw.com; banavim@pszjlaw.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CREDITORS FAMILY TREE PRODUCE, INC.; SUNRISE PRODUCE, INC.; INTERESTED PARTY LOWEY ENTERPRISES dba SUNRISE PRODUCE, A CALIFORNIA CORPORATION:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR OPUS BANK:** Jessica G McKinlay mckinlay.jessica@dorsey.com
- **ATTORNEY FOR INTERESTED PARTY PILLSBURY WINTHROP SHAW PITTMAN LLP:** Malcolm D Minnick dminnick@pillsburylaw.com, m.minnick@comcast.net
- **ATTORNEY FOR DEFENDANTS BEACHCOMBER MANAGEMENT CRYSTAL COVE LLC; DOUGLAS CAVANAUGH; AND RALPH KOSMIDES:** Aviram Edward Muhtar aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com
- **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION:** Jeffrey P Nolan jnolan@pszjlaw.com
- **ATTORNEY FOR CREDITOR THE IRVINE COMPANY:** Ernie Zachary Park ernie.park@bewleylaw.com
- **ATTORNEY FOR CREDITOR GRIT DEVELOPMENT, AGENT FOR PLAZA MERCADO, LLC:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Todd C Ringstad becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Samuel A Schwartz saschwartz@nvfirm.com, ECF@nvfirm.com
- **ATTORNEY FOR INTERESTED PARTY LOVEE D SARENAS:** Lovee D Sarenas lovee.sarenas@lewisbrisbois.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC; DEFENDANT LIGHTHOUSE CAFÉ LLC; AND DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Steven C Smith ssmith@smith-lc.com, kcanaan@smith-lc.com
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
- **ATTORNEY FOR DEFENDANT DOUGLAS CAVANAUGH AND DEFENDANT RALPH KOSMIDES:** Lawrence Treglia Jr ltreglia@murtaughlaw.com, lhull@murtaughlaw.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4819-2935-5410, v. 1

- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Matthew S Walker matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com, docket@pillsburylaw.com
- **ATTORNEY FOR CREDITOR CITY OF HUNTINGTON BEACH:** Corey R Weber ecf@bg.law, cweber@bg.law
- **ATTORNEY FOR CREDITOR US FOODS, INC.:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Christopher K.S. Wong christopher.wong@arentfox.com, yvonne.li@arentfox.com

2. **SERVED BY UNITED STATES MAIL:** CONTINUED:

| **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S DINER, INC., A CALIFORNIA CORPOR<br>~~4100 MACARTHUR BLVD. SUITE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ | **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S SOCAL DINERS, LLC, A DELAWARE LI<br>~~4100 MACARTHUR BLVD STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ | **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S QUALITY DINERS, LLC, A DELAWARE<br>~~4100 MACARTHUR BLVD. STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ |
|---|---|---|
| **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S HUNTINGTON BEACH, LTD., A CALIFO<br>~~4100 MACARTHUR BLVD STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ | **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S LAGUNA HILLS, LTD. A CALIFORNIA<br>~~4100 MACARTHUR BLVD. STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ | **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S OCEANSIDE LTD., A CALIFORNIA LIM<br>~~4100 MACARTHUR BLVD STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ |
| **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S PALM SPRINGS, LTD., A CALIFORNIA<br>~~4100 MACARTHUR BLVD STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4819-2935-5410, v. 1