RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

RUBY'S DINER, INC., a California corporation, et al.,

Debtor.

Affects:

☐ ALL DEBTORS

☒ RUBY'S DINER, INC., ONLY

☐ RUBY'S SOCAL, DINERS, LLC, ONLY

☐ RUBY'S QUALITY DINERS, LLC, ONLY

☒ RUBY'S HUNTINGTON BEACH, LTD. ONLY

☐ RUBY'S LAGUNA HILLS, LTD. ONLY

☒ RUBY'S OCEANSIDE, LTD, ONLY

☐ RUBY'S PALM SPRINGS, LTD. ONLY

Case No. 8:18-bk-13311-SC

Chapter 7

(Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC)

DECLARATION OF RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE, IN SUPPORT OF SECOND INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS LLP

Hearing
Date: December 15, 2021
Time: 11:00 a.m.
Ctrm: 5C
Location: CourtCall or Zoom.Gov

I, RICHARD A. MARSHACK, declare and state as follows:

1. I am an individual over 18 years of age and competent to make this Declaration. I am an attorney at law licensed to practice in this state and admitted to practice in this Court.

2. I am the Chapter 7 Trustee of the Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California corporation, et al. jointly administered on September 5, 2018 as lead case no. 8:18-bk-13311-SC ("Lead Debtor" or "RDI"), with the following associated bankruptcy cases: (a) 8:18-bk-13199 SC – Ruby's Huntington Beach, Ltd., a California limited partnership; (b) 8:18-bk-13201 SC – Ruby's Oceanside Ltd., a California limited partnership. I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently testify to those facts.

3. I make this Declaration in support of the Second Interim Fee Application ("Fee Application"), filed on November 24, 2021 as Dk. No. 1155, by the law firm of Marshack Hays LLP seeking compensation and reimbursement of expenses in this case.

4. I have reviewed the Fee Application, which covers the period of January 1, 2021 through and including October 31, 2021, and have the following comments thereto:

☒ No objection.

☐ An objection is raised as set forth below:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 7, 2021.

/s/ Richard A. Marshack
RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S DECLARATION IN SUPPORT OF FEE APPLICATION BY MARSHACK HAYS LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S DINER, INC., A CALIFORNIA CORPOR
~~4100 MACARTHUR BLVD.~~
~~SUITE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S OCEANSIDE LTD., A CALIFORNIA LIM
~~4100 MACARTHUR BLVD STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S HUNTINGTON BEACH, LTD., A CALIFO
~~4100 MACARTHUR BLVD STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPIES NOT REQUIRED UNTIL FURTHER NOTICE.**
**Judge Clarkson will excuse compliance with LBR 5005-2(d) (requiring Judge's copies) until further notice.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 8, 2021 | Pamela Kraus | */s/ Pamela Kraus* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*

Main Document Page 4 of 5

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:

- Leo A Bautista leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com;Josh.Hodas@lewisbrisbois.com,ralphk@cox.net,dcavanaugh@bcccmgmt.com
- Christopher Dale Beatty cbeatty@millerbarondess.com, aransom@millerbarondess.com,docket@millerbarondess.com,lperry@millerbarondess.com,jvogel@millerbarondess.com
- Stephen C Biggs sbiggs@smith-lc.com, kdavenport@smith-lc.com
- George B Blackmar gblackmar@bpslaw.net
- Ori S Blumenfeld ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Dustin P Branch branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- Jeffrey W Broker jbroker@brokerlaw.biz
- Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM
- Carol Chow carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- John S Clifford JCLIFFORD@SMITH-LC.COM
- David P Crochetiere dcrochetiere@bautelaw.com, hwells@bautelaw.com
- David P Crochetiere , hwells@bautelaw.com
- Ashleigh A Danker Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Aaron Davis aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Caroline Djang caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- Laura E Dolan laura.blome@sdcounty.ca.gov, odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov
- Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Eric J Fromme efromme@tocounsel.com, stena@tocounsel.com
- Maria L Garcia Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
- Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- Steven T Gubner sgubner@bg.law, ecf@bg.law
- David M. Guess guessd@gtlaw.com
- Michael J Hauser michael.hauser@usdoj.gov
- D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Samy Henein samyhenein@aol.com, az@suppalaw.com
- Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com;Meir@wghlawyers.com
- Lillian Jordan ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
- David S Kupetz dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- William N Lobel wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Jessica G McKinlay mckinlay.jessica@dorsey.com
- Malcolm D Minnick dminnick@pillsburylaw.com, m.minnick@comcast.net
- Aviram Edward Muhtar aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com
- Jeffrey P Nolan jnolan@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*

- Ernie Zachary Park    ernie.park@bewleylaw.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- SAMUEL A. SCHWARTZ    saschwartz@nvfirm.com, ECF@nvfirm.com
- Lovee D Sarenas    lsarenas@sklarkirsh.com, mduran@sklarkirsh.com
- Steven C Smith    ssmith@smith-lc.com, kcanaan@smith-lc.com
- Valerie Smith    claims@recoverycorp.com
- Lawrence Treglia    ltreglia@murtaughlaw.com, lhull@murtaughlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com
- Corey R Weber    cweber@bg.law, ecf@bg.law
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*