| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>MARSHACK HAYS LLP<br> 870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☒ *Attorney for*: Chapter 7 Trustee, RICHARD A. MARSHACK | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 20 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY jle        DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *SANTA ANA* DIVISION**

| | |
|---|---|
| In re:<br><br>In re RUBY'S DINER, INC., a California corporation, et al., Debtor.<br><br>Affects:<br>☐ ALL DEBTORS<br>☒ RUBY'S DINER, INC., ONLY<br>☐ RUBY'S SOCAL, DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br>☒ RUBY'S HUNTINGTON BEACH, LTD. ONLY<br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☒ RUBY'S OCEANSIDE, LTD, ONLY<br>☐ RUBY'S PALM SPRINGS, LTD. ONLY<br><br>                                                Debtor(s). | CASE NO.: 8:18-bk-13311-SC<br>CHAPTER: 7<br>(Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: December 15, 2021<br>TIME: 1:30 p.m.<br>COURTROOM: 304<br>PLACE: 3420 Twelfth Street, Riverside, CA 92501 |

1. Name of Applicant (*specify*): GLASSRATNER ADVISORY & CAPITAL GROUP, LLC – Financial Advisor for the Chapter 7 Trustee

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
    a.  ☒ Applicant present in court: No appearances necessary per Judge's tentative.
    b.  ☐ Attorney for Applicant present in court (name):
    c.  ☐ Attorney for United States trustee present in court
    d.  ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): 11/24/21

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                  Page 1                                                  **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: $ <u>See paragraph f. below</u>.
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ <u>See paragraph f. below.</u>

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice

      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):*

      As to Second Interim Application for Compensation and Reimbursement of Expenses for the Period from April 15, 2020 through and Including September 30, 2020 – Dk. No. 1156
      **Ruby's Diner**
      Fees: $139,969.00; Expenses: $7.20
      Commission for sale of 50% In South Coast Plaza Restaurant: $24,500.00
      **TOTAL FEES**: $164,469.20; **TOTAL EXPENSES**: $7.20

      Second Interim Application for Compensation and Reimbursement of Expenses for the Period from January 1, 2021 through and Including September 30, 2021 – Dk. No. 1157
      **Ruby's Huntington Beach, Ltd. ("RHB")**
      Fees: $19,649.71; Expenses: $0.00

      **Ruby's Oceanside, Ltd. ("RO")**
      Fees: $5,836.29; Expenses: $0.00

      **TOTAL FEES COMBINED FOR RHB and RO**: $25,486.00; **TOTAL EXPENSES**: $0.00
      ###

Date: December 20, 2021

Scott C. Clarkson
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**