D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>              Debtor.<br>Affects:<br><br>☐   ALL DEBTORS<br>☒   RUBY'S DINER, INC., ONLY<br>☐   RUBY'S SOCAL, DINERS, LLC, ONLY<br>☐   RUBY'S QUALITY DINERS, LLC, ONLY<br>☐   RUBY'S HUNTINGTON BEACH, LTD. ONLY<br>☐   RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐   RUBY'S OCEANSIDE, LTD, ONLY<br>☐   RUBY'S PALM SPRINGS, LTD. ONLY | Case No. 8:18-bk-13311-SC<br><br>Chapter 7<br><br>(Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC)<br><br>NOTICE OF CONTINUED HEARING ON DE NOVO LEGAL PC's FIRST AND FINAL ADMINISTRATIVE PROFESSIONAL FEE APPLICATION<br><br>Original Hearing<br>Date: December 15, 2021<br>Time: 11:00 a.m.<br>Ctrm: 5C<br><br>Continued Hearing<br>Date: January 19, 2022<br>Time: 11:00 a.m.<br>Ctrm: 5C<br>Location: Zoom.Gov[1] |

/ / /

---

[1] Judge Clarkson will continue utilizing ZoomGov in a hybrid format holding the majority of hearings by video, with an option for in-person hearings for evidentiary hearings and trials. Parties are directed to review Judge Clarkson's self-calendaring instructions for calendaring hearings, either by ZoomGov or in-person. ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

1
NOTICE OF CONTINUED HEARING ON DE NOVO LEGAL PC ADMINISTRATIVE PROFESSIONAL FEE APPLICATION
4858-0561-1272v.1-1015-134

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNTIED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Court has continued the hearing on the First and Final Fee Application for Allowance of Fees and Costs filed by De Novo Legal PC as Intellectual Property Counsel, filed on November 24, 2021, as Dk. No. 1154, to **January 19, 2022, at 11:00 a.m**., in the above-entitled court.

DATED: December 29, 2021    MARSHACK HAYS LLP

By:  /s/ D. Edward Hays
    D. EDWARD HAYS
    LAILA MASUD
    Attorneys for the Chapter 7 Trustee
    RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF CONTINUED HEARING ON DE NOVO LEGAL PC's FIRST AND FINAL ADMINISTRATIVE PROFESSIONAL FEE APPLICATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 29, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On **December 29, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 29, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 29, 2021 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

4819-2935-5410, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; INTERESTED PARTY DOUGLAS CAVANAUGH; AND INTERESTED PARTY RALPH KOSMIDES:** Leo A Bautista leo.bautista@lewisbrisbois.com, mona.jackson@lewisbrisbois.com; Chris.Rodriguez@lewisbrisbois.com, ralphk@cox.net, dcavanaugh@bcccmgmt.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Christopher Dale Beatty cbeatty@millerbarondess.com, aransom@millerbarondess.com, docket@millerbarondess.com, lperry@millerbarondess.com, jvogel@millerbarondess.com
   - **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC; DEFENDANT LIGHTHOUSE CAFÉ LLC; AND DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Stephen C Biggs sbiggs@smith-lc.com, kdavenport@smith-lc.com
   - **ATTORNEY GEORGE B BLACKMAR**: George B Blackmar gblackmar@bpslaw.net
   - **INTERESTED PARTY COURTESY NEF:** Ori S Blumenfeld Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com; Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com
   - **ATTORNEY FOR CREDITOR STAR-WEST PARKWAY MALL, LP:** Dustin P Branch branchd@ballardspahr.com, carolod@ballardspahr.com; hubenb@ballardspahr.com
   - **INTERESTED PARTY COURTESY NEF:** Jeffrey W Broker jbroker@brokerlaw.biz
   - **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com; SDCMLFiles@DINSMORE.COM
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH AND INTERESTED PARTY RALPH KOSMIDES:** Carol Chow carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
   - **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC; DEFENDANT LIGHTHOUSE CAFÉ LLC; AND DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** John S Clifford jclifford@smith-lc.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH:** David P Crochetiere dcrochetiere@bautelaw.com, hwells@bautelaw.com
   - **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Ashleigh A Danker Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM; Katrice.ortiz@dinsmore.com; caron.burke@dinsmore.com
   - **ATTORNEY FOR CREDITOR US FOODS, INC:** Aaron Davis aaron.davis@bryancave.com, kat.flaherty@bryancave.com
   - **INTERESTED PARTY COURTESY NEF:** Caroline Djang caroline.djang@bbklaw.com, C190@ecfcbis.com; sansanee.wells@bbklaw.com; wilma.escalante@bbklaw.com
   - **ATTORNEY FOR CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR:** Laura E Dolan LAURA.DOLAN@SDCOUNTY.CA.GOV, odette.ortega@sdcounty.ca.gov; kristen.howard@sdcounty.ca.gov
   - **ATTORNEY ALAN FRIEDMAN and ATTOREY FOR CREDITOR STEVEN L CRAIG:** Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
   - **ATTORNEY FOR INTERESTED PARTY RUBY'S FANCHISE SYSTEMS, INC., A CALIFORNIA CORPORATION:** Eric J Fromme efromme@tocounsel.com, lchapman@tocounsel.com
   - **ATTORNEY FOR INTERESTED PARTIES AND DEFENDANTS BEACHCOMBER MANAGEMENT CRYSTAL COVE LLC; DOUGLAS CAVANAUGH; AND RALPH KOSMIDES:** Maria L Garcia Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Richard H Golubow rgolubow@wghlawyers.com, pj@wcghlaw.com; jmartinez@wghlawyers.com; Meir@virtualparalegalservices.com
   - **INTERESTED PARTY COURTESY NEF:** Steven T Gubner sgubner@bg.law, ecf@bg.law
   - **ATTORNEY FOR CREDITOR OPUS BANK:** David M. Guess guessd@gtlaw.com
   - **ATTORNEY FOR U.S. TRUSTEE UNITED STATES TRUSTEE (SA):** Michael J Hauser michael.hauser@usdoj.gov
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR MARVI LAND:** Samy Henein samyhenein@aol.com, az@suppalaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**

4819-2935-5410, v. 1

- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Garrick A Hollander ghollander@wghlawyers.com, pj@wcghlaw.com; jmartinez@wghlawyers.com; Meir@virtualparalegalservices.com
- **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Lillian Jordan ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **ATTORNEY FOR CREDITOR STEVEN L CRAIG:** Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **INTERESTED PARTY COURTESY NEF:** David S Kupetz dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.courtdrive.com; dkupetz@ecf.courtdrive.com
- **ATTORNEY FOR PACHULSKI STANG ZIEHL & JONES LLP, CREDITOR OPUS BANK, DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; DEBTOR RUBY'S HUNTINGTON BEACH, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR'S RUBY'S LAGUNA HILLS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S OCEANSIDE LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S PALM SPRINGS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S QUALITY DINERS, LLC, A DELAWARE LIMITED LIABILITLY COMPANY; DEBTOR RUBY'S SOCAL DINERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY:** William N Lobel wlobel@pszjlaw.com, nlockwood@pszjlaw.com; jokeefe@pszjlaw.com; banavim@pszjlaw.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CREDITORS FAMILY TREE PRODUCE, INC.; SUNRISE PRODUCE, INC.; INTERESTED PARTY LOWEY ENTERPRISES dba SUNRISE PRODUCE, A CALIFORNIA CORPORATION:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR OPUS BANK:** Jessica G McKinlay mckinlay.jessica@dorsey.com
- **ATTORNEY FOR INTERESTED PARTY PILLSBURY WINTHROP SHAW PITTMAN LLP:** Malcolm D Minnick dminnick@pillsburylaw.com, m.minnick@comcast.net
- **ATTORNEY FOR DEFENDANTS BEACHCOMBER MANAGEMENT CRYSTAL COVE LLC; DOUGLAS CAVANAUGH; AND RALPH KOSMIDES:** Aviram Edward Muhtar aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com
- **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION:** Jeffrey P Nolan jnolan@pszjlaw.com
- **ATTORNEY FOR CREDITOR THE IRVINE COMPANY:** Ernie Zachary Park ernie.park@bewleylaw.com
- **ATTORNEY FOR CREDITOR GRIT DEVELOPMENT, AGENT FOR PLAZA MERCADO, LLC:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Todd C Ringstad becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Samuel A Schwartz saschwartz@nvfirm.com, ECF@nvfirm.com
- **ATTORNEY FOR INTERESTED PARTY LOVEE D SARENAS:** Lovee D Sarenas lovee.sarenas@lewisbrisbois.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC; DEFENDANT LIGHTHOUSE CAFÉ LLC; AND DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Steven C Smith ssmith@smith-lc.com, kcanaan@smith-lc.com
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
- **ATTORNEY FOR DEFENDANT DOUGLAS CAVANAUGH AND DEFENDANT RALPH KOSMIDES:** Lawrence Treglia Jr ltreglia@murtaughlaw.com, lhull@murtaughlaw.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

4819-2935-5410, v. 1

- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Matthew S Walker matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com, docket@pillsburylaw.com
- **ATTORNEY FOR CREDITOR CITY OF HUNTINGTON BEACH:** Corey R Weber ecf@bg.law, cweber@bg.law
- **ATTORNEY FOR CREDITOR US FOODS, INC.:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Christopher K.S. Wong christopher.wong@arentfox.com, yvonne.li@arentfox.com

**2. SERVED BY UNITED STATES MAIL:** CONTINUED:

| | | |
|---|---|---|
| **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S DINER, INC., A CALIFORNIA CORPOR<br>~~4100 MACARTHUR BLVD. SUITE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ | **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S SOCAL DINERS, LLC, A DELAWARE LI<br>~~4100 MACARTHUR BLVD STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ | **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S QUALITY DINERS, LLC, A DELAWARE<br>~~4100 MACARTHUR BLVD. STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ |
| **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S HUNTINGTON BEACH, LTD., A CALIFO<br>~~4100 MACARTHUR BLVD STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ | **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S LAGUNA HILLS, LTD. A CALIFORNIA<br>~~4100 MACARTHUR BLVD. STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ | **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S OCEANSIDE LTD., A CALIFORNIA LIM<br>~~4100 MACARTHUR BLVD STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ |
| **MAIL REDIRECTED TO TRUSTEE DEBTOR**<br>RUBY'S PALM SPRINGS, LTD., A CALIFORNIA<br>~~4100 MACARTHUR BLVD STE 310~~<br>~~NEWPORT BEACH, CA 92660-2050~~ | **20 LARGEST CREDITOR - RUBY'S DINER INC.**<br>BENCHMARK HOSPITALITY INC.<br>JOHN FISHER<br>31781 CAMINO CAPISTRANO<br>SAN JUAN CAPISTRANO, CA 92675-3226 | **20 LARGEST CREDITOR - RUBY'S DINER INC.**<br>CALIFORNIA RESTAURANT MUTUAL<br>BENEFIT CORPORATION<br>DAVID JOHNSON AGENT<br>430 N VINEYARD AVE SUITE 102<br>ONTARIO, CA 91764-5453 |
| **20 LARGEST CREDITOR - RUBY'S DINER INC.**<br>CROUDACE & DIETRICH LLP<br>OFFICER DIRECTOR MANAGER OR AGENT<br>2151 MICHELSON DRIVE SUITE 162<br>IRVINE CA 92612-0305 | **RTD 06/15/20 UTF**<br>**20 LARGEST CREDITOR - RUBY'S DINER INC.**<br>DIMITRI'S RESTAURANT INC<br>JOHN GANTES AND GEORGE GANTES<br>~~30252 TOMAS~~<br>~~SUITE 200~~<br>~~RANCHO SANTA MARGARITA, CA 92688-2135~~ | **RTD 11/18/20 UTF**<br>**20 LARGEST CREDITOR - RUBY'S DINER INC.**<br>EAT AT JOES RESTAURANT INC.<br>JOE CAMPBELL<br>~~18 BLUE JAY~~<br>~~ALISO VIEJO, CA 92656-1870~~ |
| **RTD 08/25/20 UTF**<br>**20 LARGEST CREDITOR - RUBY'S DINER INC.**<br>EMANUEL AND JEAN GLASS<br>~~36 CAMINO KATIA~~<br>~~SAN CLEMENTE, CA 92672-9420~~ | **20 LARGEST CREDITOR - RUBY'S DINER INC.**<br>EMANUEL AND JEAN GLASS<br>176 MIRA DEL OESTE<br>SAN CLEMENTE, CA 92673 | **20 LARGEST CREDITOR - RUBY'S DINER INC.**<br>GLASSRATNER ADVISORY & CAPITAL GRP<br>OFFICER DIRECTOR MANAGER OR AGENT<br>19800 MACARTHUR BLVD<br>SUITE 820<br>IRVINE, CA 92612-2427 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

4819-2935-5410, v. 1

**20 LARGEST CREDITOR - RUBY'S DINER INC.**
JOHN F AND ELIZABETH KNIGHT
JOHN AND ELIZAGETH KNIGHT TRUST
DTD 01/06/2016
167 BAY SHORE AVENUE
LONG BEACH, CA 90803-3452

**20 LARGEST CREDITOR - RUBY'S DINER INC.**
JOHN P AND KATHLEEN H TEELE
THE TEELE FAMILY TRUST
1917 YACHT PURITAN
NEWPORT BEACH, CA 92660-6716

**20 LARGEST CREDITOR - RUBY'S DINER INC.**
KOHUT & KOHUT LLP C/O JACKSON TIDUS
RONALD KOHUT PARTNER
2030 MAIN STREET
12TH FLOOR
IRVINE, CA 92614-7219

**20 LARGEST CREDITOR - RUBY'S DINER INC.**
MARY ELIN AND MARK H ELLIS
ELLIS SURVIVORS TRUST
34811 CALLE FORTUNA
CAPISTRANO BEACH, CA 92624-1560

**20 LARGEST CREDITOR - RUBY'S DINER INC.**
MICHAEL AND KATHRYN MUNZ
MUNZ FAMILY TRUST
520 AVOCADO AVENUE
CORONA DEL MAR, CA 92625-1918

RTD 06/05/20 UTF
**20 LARGEST CREDITOR - RUBY'S DINER INC.**
PAUL AND BARBARA J PEBBLES
~~11862 JOHN AVE~~
~~GARDEN GROVE, CA 92840-3718~~

**20 LARGEST CREDITOR - RUBY'S DINER INC.**
RUBY'S DINER CITADEL LLC/ EUREKA FOODS LLC
STEVEN L CRAIG
4100 MACARTHUR BLVD. SUITE 200
NEWPORT BEACH, CA 92660-2064

RTD 10/29/20 UTF
**20 LARGEST CREDITOR - RUBY'S DINER INC.**
RUBY'S DINER ORANGE DEPOT LLC
~~JOHN A FISHER AND FABIO RUSSO AND~~
~~JOE CAMPBELL~~
~~1640 ORD WAY~~
~~OCEANSIDE, CA 92056-1500~~

**20 LARGEST CREDITOR - RUBY'S DINER INC.**
SNELL & WILMER LLP
OFFICER DIRECTOR MANAGER OR AGENT
600 ANTON BLVD
SUITE 1400
COSTA MESA, CA 92626-7689

**20 LARGEST CREDITOR - RUBY'S DINER INC.**
US FOODS - LA MIRADA
ATTN EVALYN FRAZIER ELSTON
15155 NORTHAM STREET
LA MIRADA, CA 90638-5754

RTD 08/09/21 UTF
**20 LARGEST CREDITOR - RUBY'S DINER INC.**
WARREN AND SHEILA NEWMAN
NEWMAN FAMILY TRUST
~~11911 LAWLER STREET~~
~~LOS ANGELES, CA 90066-2009~~

**20 LARGEST CREDITOR - RUBY'S DINER INC.**
WEILAND GOLDEN GOODRICH LLP
F/K/A LOBEL WEILAND GOLDEN FRIEDMAN
MICHAEL WEILAND, PARTNER
650 TOWN CENTER DRIVE, SUITE 600
COSTA MESA, CA 92626-7121

**20 LARGEST CREDITOR - RUBY'S DINER INC.**
WILLIAM C TAORMINA TRUSTEE OF THE
TAORMINA REV TRUST DTD 7/26/1983
128 W SYCAMORE
ANAHEIM, CA 92805-2603

RTD 12/29/20 UTF
**SECURED CREDITOR**
C & C PARTNERSHIP
~~RONALD CLEAR, PARTNER~~
~~56 TESLA~~
~~IRVINE, CA 92618-4603~~

RTD 09/22/20 UTF
**SECURED CREDITOR**
CREDIT MANAGEMENT ASSOCIATION DBA CREDIT MANAGERS ASSOCIATION
~~JULIET CHURCHILL, CALIFORNIA REGISTERED AGENT~~
~~111 N MARYLAND AVE, SUITE 200~~
~~GLENDALE, CA 91206~~

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-3.1.PROOF.SERVICE

4819-2935-5410, v. 1

| | | |
|---|---|---|
| **RTD 06/05/20 SEE NEW ADDR**<br>**SECURED CREDITOR**<br>CREDIT MANAGEMENT<br>ASSOCIATION DBA CREDIT<br>MANAGERS ASSOCIATION<br>~~KIMBERLY A. LAMBERTY,~~<br>~~NEVADA REGISTERED AGENT~~<br>~~3110 W CHEYENNE AVE, SUITE~~<br>~~100~~<br>~~N LAS VEGAS, NV 89032~~ | **NEW ADDR USPS 06/05/20**<br>**SECURED CREDITOR**<br>CREDIT MANAGEMENT ASSOCIATION<br>PO BOX 750114<br>LAS VEGAS NV 89136-0114 | **SECURED CREDITOR**<br>CREDIT MANAGERS ASSOCIATION<br>KIMBERLY LAMBERTY, PRESIDENT<br>303 NORTH GLEN OAK BLVD, SUITE 200<br>BURBANK, CA 91502 |
| **INTERESTED PARTY / EXECUTIVE VP OF OPERATIONS**<br>TAD BELSHE<br>TRN MANAGEMENT<br>25316 STAYSAIL DRIVE<br>DANA POINT, CA 92629 | **INTERESTED PARTY / SPECIAL NOTICE**<br>CALIFORNIA ATTORNEY GENERAL<br>XAVIER BACERRA<br>1300 I STREET<br>SUITE 1740<br>SACRAMENTO, CA 95814-2954 | **INTERESTED PARTY / SPECIAL NOTICE**<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>XAVIER BECERRA, ATTORNEY GENERAL<br>300 S. SPRING STREET<br>SUITE 1700<br>LOS ANGELES, CA 90013-1256 |
| **INTERESTED PARTY / SPECIAL NOTICE / POC ADDRESS**<br>CALIFORNIA DEPATERMENT OF TAX AND FEE ADMINISTRATION<br>COLLECTIONS SUPPORT BUREAU, MIC: 55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | **INTERESTED PARTY / SPECIAL NOTICE / POC ADDRESS**<br>EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92 E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | **INTERESTED PARTY / SPECIAL NOTICE / POC ADDRESS**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY<br>SECTION MS: A-340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| **INTERESTED PARTY / SPECIAL NOTICE**<br>FRANCHISE TAX BOARD CHIEF COUNSEL<br>C/O GENERAL COUNSEL SECTION<br>PO BOX 1720, MS: A-260<br>RANCHO CORDOVA CA 95741-1720 | **INTERESTED PARTY / SPECIAL NOTICE / POC ADDRESS**<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC<br>INSOLVENCY STOP 5022<br>300 N LOS ANGELES ST, RM 406<br>LOS ANGELES, CA 90012 |
| **INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC<br>OFFICE OF CHIEF COUNSEL<br>10TH STREET AND<br>PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | **INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC<br>GI CARTER LOUIS OR OTHER AGENT<br>PO BOX 145595<br>STOP 8420G<br>CINCINNATI, OH 45250-5585 | **RTD 09/11/20 UTF**<br>**INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC<br>~~PO BOX 21126~~<br>~~PHILADELPHIA, PA 19114~~ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

4819-2935-5410, v. 1

| | | |
|---|---|---|
| **RTD 07/17/20 UTF**<br>**INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC<br><s>PO BOX 21126</s><br><s>DPN 781</s><br><s>PHILADELPHIA, PA 19114</s> | **INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON, DC 20044 | **INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC AGENT<br>2970 MARKET ST<br>MAIL STOP 5-Q30133<br>PHILADELPHIA, PA 19104-5016 |
| **INTERESTED PARTY / SPECIAL NOTICE**<br>UNITED STATES ATTORNEY'S OFFICE<br>300 NORTH LOS ANGELES ST<br>FEDERAL BUILDING, ROOM 7516<br>LOS ANGELES, CA 90012 | **INTERESTED PARTY / SPECIAL NOTICE**<br>UNITED STATES DEPT. OF JUSTICE<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON DC 20044 | **INTERESTED PARTY / SPECIAL NOTICE**<br>US SECURITIES & EXCHANGE COMMISSION<br>ATTN: BANKRUPTCY COUNSEL<br>444 SOUTH FLOWER STREET, SUITE 900<br>LOS ANGELES, CA 90071 |
| **CREDITOR / RFSN**<br>OPUS BANK<br>DAVID M. GUESS<br>GREENBERG TRAURIG LLP<br>18565 JAMBOREE ROAD, SUITE 500<br>IRVINE, CA 92612 | **CREDITOR / RFSN**<br>OPUS BANK<br>ANNETTE W. JARVIS<br>GREENBERG TRAURIG LLP<br>222 SOUTH MAIN STREET, 5TH FLOOR<br>SALT LAKE CITY, UT 84101 | **CREDITOR / RFSN**<br>PLAZA BONITA LLC<br>& MISSION VALLEY SHOPPINGTOWN LLC<br>C/O GEORGE B. BLACKMAR, ESQ.,<br>BLACKMAR PRINCIPE & SCHMELTER APC<br>600 B STREET SUITE 2250<br>SAN DIEGO, CA 92101 |
| **CREDITOR / RFSN / POC ADDRESS**<br>SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BK DESK<br>1600 PACIFIC HIGHWAY ROOM 162<br>SAN DIEGO, CA 92101-2477 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            F 9013-3.1.PROOF.SERVICE

4819-2935-5410, v. 1