D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:18-bk-13311-SC |
| RUBY'S DINER, INC., a California corporation, et al., | Chapter 7 |
| Debtor. | (Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC) |
| Affects: | |
| ☐   ALL DEBTORS | NOTICE OF MOTION TO (1) SET A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS, INCLUDING CLAIMS UNDER 11 U.S.C. § 503(b); AND (2) APPROVE THE FORM, MANNER, AND SUFFICIENCY OF THE NOTICE THEREOF |
| ☐   RUBY'S DINER, INC., ONLY | |
| ☐   RUBY'S SOCAL, DINERS, LLC, ONLY | |
| ☐   RUBY'S QUALITY DINERS, LLC, ONLY | |
| ☒   RUBY'S HUNTINGTON BEACH, LTD. ONLY | |
| ☐   RUBY'S LAGUNA HILLS, LTD. ONLY | [NO HEARING REQUIRED] |
| ☐   RUBY'S OCEANSIDE, LTD, ONLY | |
| ☐   RUBY'S PALM SPRINGS, LTD. ONLY | |

/ / /

/ / /

/ / /

---

NOTICE OF MOTION TO (1) SET A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS
4858-0342-2760v.1-1015-134

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California corporation, et al. jointly administered on September 5, 2018, as lead case no. 8:18-bk-1331-SC ("RDI"), with the following associated bankruptcy cases: (a) 8:18-bk-13197-SC – Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal"); (b) 8:18-bk-13198-SC - Ruby Quality Diners, LLC., a Delaware limited liability company ("Quality"); (c) 8:18-bk-13199-SC – Ruby's Huntington Beach, Ltd., a California limited partnership ("RHB"); (d) 8:18-bk-13200-SC – Ruby's Laguna Hills, Ltd., a California limited partnership ("RLH"); (e) 8:18-bk-13201-SC – Ruby's Oceanside Ltd., a California limited partnership ("RO"); and (f) 8:18-bk-13202-SC – Ruby's Palm Springs, Ltd., a California limited partnership ("RPS") (collectively, RDI, SoCal, Quality, RHB, RO, RLH, and RPS are referred to as "Debtors") has filed a motion to (1) Set A Bar Date For Filing Administrative Expense Claims, Including Claims Under 11 U.S.C. § 503(b), And (2) Approve the Form, Manner, and Sufficiency of the Notice Thereof ("Motion")[1]. Through the Motion, the Trustee seeks an Order that finds and directs as follows:

1. Sets September 30, 2022, as the last day ("Bar Date") by which creditors must file and set for hearing requests for (i) allowance of administrative claims pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2) incurred during the period ("Postpetition Period") commencing *after* the filing of the Debtor's petition on August 29, 2018 ("Petition Date") and before entry of the Order on April 15, 2020 ("Conversion Date") converting the Case to Chapter 7 ("Postpetition Claims"), and (ii) allowance of claims that first accrued or were incurred during the period from and including twenty (20) days before August 29, 2018 (i.e., on or after August 9, 2018) and are entitled to administrative expense priority under 11 U.S.C. § 503(b)(9) ("20-Day Claims" and, collectively with the Postpetition Claims, "Chapter 11 Admin Claims");

---

[1] This Motion is specific to Ruby's Huntington Beach, Ltd. only.

2.  Sets September 30, 2022, ("Bar Date") as the last day by which creditors must file and set for hearing requests for allowance of administrative claims commencing *after* the Order on April 15, 2020 ("Conversion Date") converting the Case to Chapter 7 ("C7 Admin Claim"), *excluding* those retained professionals who are currently providing services to the Chapter 7 Trustee;

3.  Approves the form and sufficiency of the Notice of the Bar Date ("Bar Date Notice") substantially in the form attached to the Motion as **Exhibit 1**;

4.  Approves and authorizes service of the Notice attached as Exhibit 1 either via the Court's Notice of Electronic Filing system or by first-class United States mail, postage prepaid as soon as practicable after entry of an Order approving this Motion and, in any event, no later than 30 days prior to the Bar Date, on (a) all scheduled creditors of the Debtor, (b) all parties requesting special notice, if any, (c) all parties with whom Trustee has done business on behalf of the Estate as of the filing date of this Motion, (d) all persons or entities that have filed claims against the Debtor, (e) all scheduled parties to executory contracts and unexpired leases of the Debtor, if any, (f) counsel for all known parties to litigation by or against the Debtor, if any, (g) the Internal Revenue Service, (h) the California Franchise Tax Board, (i) the Los Angeles County Tax Collector, (j) the Debtor's professionals employed by Court order in this Case, and (k) the U.S. Trustee (collectively, "Notice Parties");

5.  Excludes from the Bar Date: (a) any Chapter 7 Admin Claim of the Trustee or any professional employed by Trustee, (b) any Chapter 11 Admin Claim (such as an ordinary course of business payment) that has been previously paid by Debtor or Trustee or that has otherwise been satisfied; (c) any Chapter 11 Admin Claim that has already been allowed by a prior order of the Court and on a final basis; and (d) any fees payable to the U.S. Trustee under 28 U.S.C. § 1930 or accrued interest arising under 31 U.S.C. § 3717.

6.  Requires that all motions seeking administrative claim allowance: (a) be set for hearing on or before the Bar Date; (b) will be deemed filed only when actually calendared by the Court for hearing; and (c) which motion shall be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant, written in English, denominated in United States

currency, have attached any documents on which the claim is based (or, if such documents are voluminous, attach a summary) or an explanation as to why the documents are not available. All motions for administrative claim allowance shall be filed on the main case docket (i.e. RDI).

7. Prohibits the filing or allowance of late administrative claims, *excluding* retained professionals who are currently providing services to the Chapter 7 Trustee, without leave of Court;

8. Determines that adequate notice of the Motion was given; and

9. Grants such other and further relief as the Court deems just and proper.

The Motion is made on the grounds that Trustee believes that the setting of a bar date to file administrative claims will help facilitate the administration of the case. Specifically, Trustee has recently entered a proposed settlement of the Estate's D&O claims that will result in recoveries totaling at least $3,550,000. This amount plus Trustee's other recoveries is sufficient to pay all anticipated Chapter 7 administrative claims and to make substantial distributions on account of allowed Chapter 11 administrative claims. To further efforts to make interim distributions, Trustee needs to determine all administrative claims that may exist.

PLEASE TAKE FURTHER NOTICE that Trustee submits the Motion pursuant to 11 U.S.C. §§ 105, 502(a), and 503(b) and Federal Rules of Bankruptcy Procedure ("FRBP") 3003(c)(3), 2002(a)(7), and 9007. The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and Exhibits, all documents on file with the Court, as well as any documentary evidence that may be presented in support of the Motion, and all matters of which the Court may take judicial notice.

PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the proposed employment must be in the form as required by Local Bankruptcy Rules ("LBR") 2014-1(b), 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court no later than fourteen days (14) from the date of service of this Notice, plus an additional three days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response must be served on D. Edward Hays and Laila Masud at the address indicated above and must also be served on the Office of the United States Trustee, addresses are as follows:

|   |   |
|---|---|
| **For Service on the Trustee** | **For Service on the Hon. Scott C. Clarkson** |
| D. Edward Hays, Esq. | Hon. Scott C. Clarkson |
| Laila Masud, Esq. | Ronald Reagan Federal Building |
| MARSHACK HAYS LLP | 411 W. Fourth Street, bin on 5th Fl. |
| 870 Roosevelt | Santa Ana, CA 92701 |
| Irvine, CA 92620 | |
| **For Filing with the Court** | **For Service on the Office of the** |
| Clerk's Office | **United States Trustee** |
| United States Bankruptcy Court | Office of the United States Trustee |
| 411 W. Fourth Street | 411 W. Fourth Street, Ste 7160 |
| Santa Ana, CA 92701 | Santa Ana, CA 92701 |

PLEASE TAKE FURTHER NOTICE that failure to timely respond may be deemed as acceptance of the proposed Motion. *See*, LBR 9013-1(h):

DATED: July 11, 2022      MARSHACK HAYS LLP

By: */s/ D. Edward Hays*
   D. EDWARD HAYS
   LAILA MASUD
   Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK

---

4

NOTICE OF MOTION TO (1) SET A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS
4855-2057-0919V.1-1015-134

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION BY CHAPTER 7 TRUSTEE FOR ORDER SETTING ADMINISTRATIVE CLAIMS BAR DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 11, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **July 11, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **MAIL REDIRECTED TO TRUSTEE DEBTOR** | **MAIL REDIRECTED TO TRUSTEE DEBTOR** | **MAIL REDIRECTED TO TRUSTEE DEBTOR** |
|---|---|---|
| RUBY'S DINER, INC., A CALIFORNIA CORPOR | RUBY'S HUNTINGTON BEACH, LTD., A CALIF | RUBY'S OCEANSIDE LTD, A CALIFORNIA |
| ~~4100 MACARTHUR BLVD. SUITE 310~~ | ~~4100 MACARTHUR BLVD STE 310~~ | ~~4100 MACARTHUR BLVD. STE 310~~ |
| ~~NEWPORT BEACH, CA 92660-2050~~ | ~~NEWPORT BEACH, CA 92660-2050~~ | ~~NEWPORT BEACH, CA 92660-2050~~ |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 11, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson  – via personal delivery
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5-097
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 11, 2022 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

June 2012

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- William N Lobel    wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Jessica G McKinlay    mckinlay.jessica@dorsey.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Matthew S Walker    matthewswalker1@gmail.com, renee.evans@pillsburylaw.com,
- Corey R Weber    cweber@bg.law, ecf@bg.law

2. **SERVED BY UNITED STATES MAIL**: continued:

**20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**
3 WIRE GROUP INC.
OFFICER DIRECTOR MANAGER OR AGENT
NW 7964
PO BOX 1450
MINNEAPOLIS, MN 55485-7964

**20 LARGEST CREDITOR - RUBY'S HB**
CALIFORNIA RESTAURANT MUTUAL
OFFICER DIRECTOR MANAGER AGENT
PO BOX 45783
SAN FRANCISCO, CA 94145-0783

**20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**
CITY OF HUNTINGTON BEACH
ATTN.:  DEPUTY DIRECTOR, OFFICE OF
BUSINESS DEVELOPMENT
PO BOX 190
HUNTINGTON BEACH, CA 92648-0190

**RTD 09/09/20 UTF**
**20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**
CROUDACE & DIETRICH LLP
OFFICER DIRECTOR MANAGER AGENT
4750 VON KARMAN AVE
NEWPORT BEACH, CA 92660-2123

**20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**
ECOTECH REFRIGERATION & HVAC INC
OFFICER DIRECTOR MANAGER AGENT
1630 SUNKIST STREET
SUITE R
ANAHEIM, CA 92806-5816

**20 LARGEST CREDITOR - RUBY'S HB**
FAMILY TREE PRODUCE
OFFICER DIRECTOR MANAGER AGENT
5510 E LA PALMA AVE.
ANAHEIM, CA 92807-2108

**20 LARGEST CREDITOR - RUBY'S HB**
FIRST INSURANCE FUNDING CORP
OFFICER DIRECTOR MANAGER AGENT
PO BOX 7000
CAROL STREAM, IL 60197-7000

**20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**
G&G BOOKKEEPING, INC.
OFFICER DIRECTOR MANAGER AGENT
19602 COUNTRY LAKE DRIVE
MAGNOLIA, TX 77355-1817

**20 LARGEST CREDITOR - RUBY'S HB**
GARDA CL WEST INC
OFFICER DIRECTOR MANAGER AGENT
LOCKBOX 233209
3209 MOMENTUM PLACE
CHICAGO, IL 60689-0001

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4851-1218-9040, v. 1

| | | |
|---|---|---|
| **20 LARGEST CREDITOR / POC ADDRESS - RUBY'S HB**<br>GARDAWORLD<br>AKA GARDA CL WEST INC<br>2000 NW CORPORATE BLVD<br>BOCA RATON, FL 33431-7304 | **20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**<br>HARBOR DISTRIBUTING LLC<br>DBA GATE CITY BEVERAGE DISTRIBUTION<br>OFFICER DIRECTOR MANAGER OR AGENT<br>PO BOX 842685<br>LOS ANGELES, CA 90084-2685 | **20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**<br>INTERIOR RESOURCES INC<br>OFFICER DIRECTOR MANAGER AGENT<br>489-20 JOHNSON AVENUE<br>BOHEMIA, NY 11716-2609 |
| **20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**<br>KLM MANAGEMENT CO<br>DBA AMCOM FOOD SERVICE<br>OFFICE DIRECTOR MANAGER AGENT<br>14120 E VALLEY BLVD<br>LA PUENTE, CA 91746-2802 | **20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**<br>MAINTENANCE BUILDING SERVICES<br>OFFICER DIRECTOR MANAGER OR AGENT<br>1665 E 4TH STREET<br>SUITE 104B<br>SANTA ANA, CA 92701-5156 | **20 LARGEST CREDITOR - RUBY'S HB**<br>MICHAEL ROBERT WILSON<br>DBA WILSON CONSTRUCTION<br>14302 YORBA ST.<br>TUSTIN, CA 92780-2351 |
| **20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**<br>MINUTEMAN INDUSTRIES INC<br>OFFICER DIRECTOR MANAGER OR AGENT<br>PO BOX 4983<br>GARDEN GROVE, CA 92842-4983 | **20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**<br>PURITAN BAKERY<br>OFFICER DIRECTOR MANAGER AGENT<br>1624 E CARSON ST<br>CARSON, CA 90745-2504 | **20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**<br>REEF SYSTEMS INC<br>OFFICER DIRECTOR MANAGER AGENT<br>2931 GRACE LANE<br>UNIT G<br>COSTA MESA, CA 92626-4132 |
| **20 LARGEST CREDITOR - RUBY'S HB - 1019 - CH 11**<br>SOUTHERN CALIFORNIA EDISON<br>OFFICER DIRECTOR MANAGER OR AGENT<br>PO BOX 300<br>ROSEMEAD, CA 91770-0300 | **20 LARGEST CREDITOR / POC ADDRESS - RUBY'S HB**<br>SOUTHERN CALIFORNIA EDISON COMPANY<br>1511 W SAN BERNARDINO ROAD<br>COVINA CA 91722 | **20 LARGEST CREDITOR - RUBY'S HB**<br>UNION BANK N<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 650349<br>DALLAS, TX 75265-0349 |
| **20 LARGEST CREDITOR - RUBY'S HB**<br>US FOODS - LA MIRADA<br>OFFICER DIRECTOR MANAGER AGENT<br>540 NORTHEAST LANDON ROAD<br>BELFAIR, WA 98528-9765 | **SECURED CREDITOR**<br>C & C PARTNERSHIP<br>RONALD CLEAR PARTNER<br>56 TESLA<br>IRVINE, CA 92618-4603 | **CREDITOR - RUBY'S HB**<br>JOHN S BAKER<br>DORSEY & WHITNEY LLP<br>600 ANTON BLVD.<br>SUITE 200<br>COSTA MESA, CA 92626-7650 |
| **CREDITOR / RFSN - 1019 - HB - CH 11**<br>OPUS BANK<br>JOHN S. BAKER, ESQ. & JESSICA G. MCKINLAY, ESQ.<br>DORSEY & WHITNEY LLP<br>600 ANTON BOULEVARD, SUITE 2000<br>COSTA MESA, CA 92626 | **CREDITOR / POC ADDRESS - RUBY'S HB**<br>OPUS BANK, A CALIFORNIA COMMERCIAL BANK<br>OFFICER DIRECTOR MANAGER AGENT<br>131 W. COMMONWEALTH AVENUE<br>FULLERTON, CA 92832-1808 | **CREDITOR - RUBY'S HB**<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BARBARA L CROUTCH<br>725 SOUTH FIGUEROA STREET<br>SUITE 2800<br>LOS ANGELES, CA 90017-5406 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

*June 2012*
4851-1218-9040, v. 1

**CREDITOR - RUBY'S HB**
PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTINE A SCHEUNMAN
725 SOUTH FIGUEROA STREET
SUITE 2800
LOS ANGELES, CA 90017-5406

**CREDITOR / POC ADDRESS - RUBY'S HB**
PILLSBURY WINTHROP SHAW PITTMAN LLP
MATTHEW S WALKER
12255 EL CAMINO REAL STE 300
SAN DIEGO, CA 92130-4088

**CREDITOR - RUBY'S HB**
REN R HAYHURST
BRYAN CAVE LLP
3161 MICHELSON DRIVE
SUITE 1500
IRVINE, CA 92612-4414

**CREDITOR - RUBY'S HB**
ROBERT A SCHULTZ
DORSEY & WHITNEY LLP
600 ANTON BLVD.
SUITE 2000
COSTA MESA, CA 92626-7655

**1019 - HB - CH 11**
AAA SEPTIC PLUMBING, INC.
OFFICER DIRECTOR MANAGER OR AGENT
1109 OXFORD ST
SANTA ANA, CA 92707

**CREDITOR - RUBY'S HB - 1019 - HB - CH 11**
AFP SADDINGTON LLP
OFFICER, DIRECTOR, MEMBER, AGENT
18201 VON KARMAN AVE.
SUITE 450
IRVINE, CA 92612-1195

**CREDITOR - RUBY'S HB**
AIRGAS INC
OFFICER DIRECTOR MANAGER OR AGENT
PO BOX 602792
CHARLOTTE, NC 28260-2792

**1019 - HB - CH 11**
AIRGAS INC  DBA_UT
OFFICER DIRECTOR MANAGER OR AGENT
PO BOX 602792
CHARLOTTE, NC 28260-2792

**CREDITOR - RUBY'S HB**
ANNETTE W. JARVIS, ESQ.
DORSEY & WHITNEY LLP
111 SOUTH MAIN ST., 21ST FL
SALT LAKE CITY, UT 84111-2176

**1019 - HB - CH 11**
BAR41 BEVERAGES, LLC
OFFICER DIRECTOR MANAGER OR AGENT
1050 E DOMINGUEZ ST, UNIT F
CARSON, CA 90746

**1019 - HB - CH 11**
BOARD OF EQUALIZATION - CDTFA
CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
ACCOUNT INFORMATION GROUP, MIC: 29
PO BOX 942879
SACRAMENTO, CA 94279-0029

**1019 - HB - CH 11**
BRINK'S INC.
OFFICER DIRECTOR MANAGER OR AGENT
7373 SOLUTIONS CENTER
CHICAGO, IL 60672-7003

**CREDITOR - RUBY'S HB**
BUDGET BLINDS
C/O KEVIN J. MARTIN
700 E TAFT #42
ORANGE, CA 92865

**CREDITOR - RUBY'S HB**
CA DEPARTMENT OF REVENUE
CA FRANCHISE TAX BOARD
PO BOX 1468
SACRAMENTO, CA 95812-1468

**CREDITOR - RUBY'S HB**
CA STATE BOARD OF EQUALIZATION
SPECIAL OPERATIONS BANKRUPTVCY TEAM
MIC: 74
PO BOX 942879
SACRAMENTO, CA 94279-0074

**CREDITOR - RUBY'S HB**
CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE
1220 N. STREET
SACRAMENTO, CA 95814-5643

**CREDITOR - RUBY'S HB**
CALIFORNIA DEPARTMENT OF JUSTICE
XAVIER BECERRA, ATTORNEY GENERAL
300 S. SPRING STREET
SUITE 1700
LOS ANGELES, CA 90013-1256

**CREDITOR - RUBY'S HB**
CALIFORNIA DEPT. OF CORPORATIONS
300 S. SPRING STREET
SUITE 15513
LOS ANGELES, CA 90013-1259

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4851-1218-9040, v. 1

| **1019 - HB - CH 11**<br>CINTAS CORPORATION NO 2<br>OFFICER DIRECTOR MANAGER OR AGENT<br>P.O. BOX 740855<br>CINCINNATI, OH 45274-0855 | **CREDITOR - RUBY'S HB - 1019 - HB - CH 11**<br>CITY OF HUNTINGTON BEACH<br>FINANCE DEPARTMENT<br>PO BOX 711<br>HUNTINGTON BEACH, CA 92648-0711 | **1019 - HB - CH 11**<br>CLEMSON DISTRIBUTION INC.<br>OFFICER DIRECTOR MANAGER OR AGENT<br>20722 CURRIER RD<br>CITY OF INDUSTRY, CA 91789 |
|---|---|---|
| **1019 - HB - CH 11**<br>COMPEAT INC<br>OFFICER DIRECTOR MANAGER AGENT<br>DEPT 0397<br>PO BOX 120397<br>DALLAS, TX 75312-0397 | **1019 - HB - CH 11**<br>COUNTY OF ORANGE<br>ATTN. TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA, CA 92702-1438 | **1019 - HB - CH 11**<br>COUNTY OF ORANGE<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 4515<br>SANTA ANA, CA 92702-4515 |
| **1019 - HB - CH 11**<br>COX PTO<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 53280<br>PHOENIX, AZ 85072 | **CREDITOR - RUBY'S HB**<br>CTUIT INC<br>OFFICER DIRECTOR MEMBER AGENT<br>773 SAN MARIN DRIVE<br>SUITE 2320<br>NOVATO, CA 94945-1366 | **CREDITOR - RUBY'S HB - 1019 - HB - CH 11**<br>CUSTOM BUSINESS SOLUTIONS INC<br>OFFICER DIRECTOR MANAGER AGENT<br>12 MORGAN<br>IRVINE, CA 92618-2003 |
| **CREDITOR - RUBY'S HB - 1019 - HB - CH 11**<br>DIAMOND SHARP CUTLERY INC<br>OFFICER DIRECTOR MANAGER AGENT<br>513 MERCURY LANE<br>BREA, CA 92821-4831 | **CREDITOR - RUBY'S HB - 1019 - HB - CH 11**<br>DO THANH QUYUH<br>DBA AMERICAN BEAUTY FLORIST<br>17851 BEACH BLVD.<br>HUNTINGTON BEACH, CA 92647-7130 | **CREDITOR - RUBY'S HB - 1019 - HB - CH 11**<br>ECOLAB INC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 100512<br>PASADENA, CA 91189-0003 |
| **CREDITOR - RUBY'S HB - 1019 - HB - CH 11**<br>EDISON FIRE PROTECTION<br>OFFICER DIRECTOR MANAGER AGENT<br>3621 EAGLE ROCK BLVD<br>LOS ANGELES, CA 90065-3622 | **CREDITOR - RUBY'S HB**<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | **CREDITOR - RUBY'S HB - 1019 - HB - CH 11**<br>FISHBOWL INC<br>OFFICER DIRECTOR MANAGER OR AGENT<br>DEPT AT 952733<br>ATLANTA, GA 31192-0001 |
| **CREDITOR / POC ADDRESS - RUBY'S HB - 1019 - HB - CH 11**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **CREDITOR - RUBY'S HB**<br>FRANCHISE TAX BOARD CHIEF COUNSEL<br>C/O GENERAL COUNSEL SECTION<br>PO BOX 1720, MS: A-260<br>RANCHO CORDOVA, CA 95741-1720 | **CREDITOR - RUBY'S HB - 1019 - HB - CH 11**<br>GARDA CL WEST, INC.<br>OFFICER DIRECTOR MANAGER AGENT<br>1710 TWIN SPRINGS ROAD<br>HALETHORPE, MD 21227-3522 |
| **CREDITOR - RUBY'S HB - 1019 - HB - CH 11**<br>GARDA CL WEST, INC.<br>OFFICER DIRECTOR MANAGER AGENT<br>2000 NORTHWEST CORPORATE BLVD<br>BOCA RATON, FL 33431-7304 | **1019 - HB - CH 11**<br>GENE PHELPS INC DBA US AIR CONDITIONING<br>OFFICER DIRECTOR MANAGER OR AGENT<br>4517 BIRCHWOOD AVENUE<br>SEAL BEACH, CA 90740-3112 | **CREDITOR / POC ADDRESS - RUBY'S HB**<br>GLASSRATNER ADVISORY & CAPITAL GROUP<br>19800 MACARTHUR BLVD STE 820<br>IRVINE, CA 92612-2427 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4851-1218-9040, v. 1

| | | |
|---|---|---|
| **CREDITOR - RUBY'S HB**<br>HARBOR DISTRIBUTING LLC<br>DBA GATE CITY BEVERAGE DISTRIBUTION<br>OFFICER DIRECTOR MANAGER OR AGENT<br>5901 BOLSA<br>HUNTINGTON BEACH, CA 92647-2053 | **CREDITOR - RUBY'S HB**<br>HOT SCHEDULES INC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 848472<br>DALLAS, TX 75284-8472 | **1019 - HB - CH 11**<br>IMPERIAL BAG AND PAPER CO LLC<br>DBA THE PAPER COMPANY<br>OFFICER DIRECTOR MANAGER OR AGENT<br>2825 WARNER AVE<br>IRVINE, CA 92623-7807 |
| **CREDITOR - RUBY'S HB - 1019 - HB - CH 11**<br>INTERFACE SECURITY SYSTEMS<br>OFFICER, DIRECTOR, MANAGER, AGENT<br>8339 SOLUTIONS CENTER<br>CHICAGO, IL 60677-8003 | **CREDITOR - RUBY'S HB**<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | **1019 - HB - CH 11**<br>LOEWY ENTERPRISES<br>DBA SUNRISE PRODUCE<br>OFFICER DIRECTOR MANAGER OR AGENT<br>500 BURNING TREE ROAD<br>FULLERTON, CA 92833 |
| **1019 - HB - CH 11**<br>MAGNUM MUSIC GROUP<br>OFFICER DIRECTOR MANAGER OR AGENT<br>17402 COHASSET STREET<br>VAN NUYS, CA 91406-2409 | **CREDITOR / POC ADDRESS - RUBY'S HB**<br>MICHAEL WILSON<br>C/O R. GIBSON PAGTER, JR.<br>PAGTER AND PERRY ISAACSON<br>525 N. CABRILLO PARK DRIVE, SUITE 104<br>SANTA ANA, CA 92701-5017 | **1019 - HB - CH 11**<br>MITSUBISHI ELECTRIC US INC.<br>OFFICER DIRECTOR MANAGER OR AGENT<br>5900 KATELLA AVE STE A<br>CYPRESS, CA 90630-5019 |
| **1019 - HB - CH 11**<br>MITSUBISHI ELECTRIC US INC.<br>OFFICER DIRECTOR MANAGER OR AGENT<br>25480 NETWORK PLACE<br>CHICAGO, IL 60673-1254 | **1019 - HB - CH 11**<br>NATIONAL PLASTIC CO. OF CA<br>OFFICER DIRECTOR MANAGER OR AGENT<br>3700 SAN GABRIEL RIVER PKWY.<br>PICO RIVERA, CA  90660 | **1019 - HB - CH 11**<br>NEW CARBON COMPANY LLC<br>OFFICER DIRECTOR MANAGER OR AGENT<br>PO BOX 129<br>CONCORDVILLE, PA 19331-0128 |
| **CREDITOR - RUBY'S HB - 1019 - HB - CH 11**<br>NOACK TROPHY & ENGRAVING COMPANY<br>OFFICER DIRECTOR MANAGER AGENT<br>889 W. 16TH STREET<br>NEWPORT BEACH, CA 92663-2801 | **CREDITOR - RUBY'S HB - 1019 - HB - CH 11**<br>PRUDENTIAL OVERALL SUPPLY INC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 11210<br>SANTA ANA, CA 92711-1210 | **1019 - HB - CH 11**<br>RAINBOW  DISPOSAL CO INC UT<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 78829<br>PHOENIX, AZ 85062-8829 |
| **1019 - HB - CH 11**<br>REDMOND TRADING CO LLC<br>OFFICER DIRECTOR MANAGER OR AGENT<br>PO BOX 1550<br>BELMONT, CA 94003 | **MAIL REDIRECTED TO TRUSTEE**<br>**1019 - HB - CH 11**<br>RUBYS DINER INC<br>4100 MACARTHUR BLVD.<br>SUITE 310<br>NEWPORT BEACH, CA 92660-2050 | **MAIL REDIRECTED TO TRUSTEE**<br>**CREDITOR - RUBY'S HB**<br>RUBY'S DINER INC<br>DOUGLAS S. CAVANAUGH<br>4100 MACARTHUR BLVD<br>SUITE 310<br>NEWPORT BEACH, CA 92660-2050 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

*June 2012*
4851-1218-9040, v. 1

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S DINER LAGUNA BEACH
30622 S. COAST HIGHWAY
LAGUNA BEACH, CA 92651-4240

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S DINER, INC.

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S DINER, INC.
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S DINER, INC.
DOUGLAS S. CAVANAUGH
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S HUNTINGTON BEACH LTD
DOUGLAS S. CAVANAUGH
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S LAGUNA HILLS, LTD.
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S MISSION VALLEY, LTD.
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S OCEANSIDE, LTD.
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S PALM SPRINGS, LTD
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S QUALITY DINERS, LLC
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S SOCAL DINERS, LLC
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S SOCAL DINERS, LLC
4100 MACAURTHUR BVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S HB**
RUBY'S SOCAL DINERS, LLC
4100 MCARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**CREDITOR - RUBY'S HB - 1019 - HB - CH 11**
SHARED INSIGHT
OFFICER DIRECTOR MANAGER AGENT
1501 N. SPEULVEDA BLVD.
SUITE E & F
MANHATTAN BEACH, CA 90266

**CREDITOR - RUBY'S HB - 1019 - HB - CH 11**
SHOES FOR CREWS, LLC
OFFICER DIRECTOR,MANAGER AGENT
PO BOX 504634
SAINT LOUIS, MO 63150-4634

**NO ADDR PROVIDED CREDITOR - RUBY'S HB**
SIMPLE STORAGE
OFFICER DIRECTOR MANAGER AGENT

**1019 - HB - CH 11**
SMITH ELEMENTARY PTA
C/O AGNES L. SMITH ELEMENTARY
770 17TH STREET
HUNTINGTON BEACH, CA 92648-0711

**1019 - HB - CH 11**
SOUTHERN CA GAS
OFFICER DIRECTOR MANAGER OR AGENT
PO BOX C
MONTEREY PARK, CA 91756

**1019 - HB - CH 11**
SPELLBOUND DEV GROUP INC
OFFICER, DIRECTOR, MANAGER, AGENT
PO BOX 1639
NEWPORT BEACH, CA 92659-1639

**CREDITOR - RUBY'S HB**
SPELLBOUND DEVELOPMENT GROUP INC
DBA CREWSAFE
OFFICER DIRECTOR MANAGER AGENT
PO BOX 1639
NEWPORT BEACH, CA 92659-1639

**CREDITOR - RUBY'S HB**
STATE BOARD OF EQUALIZATION
ACCOUNT INFORMATION GROUP, MIC: 29
PO BOX 942879
SACRAMENTO, CA 94279-0029

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

*June 2012*
4851-1218-9040, v. 1

**1019 - HB - CH 11**
STRAUB DISTRIBUTING COMPANY_UT
OFFICER DIRECTOR MANAGER OR AGENT
4633 E LA PALMA AVENUE
ANAHEIM, CA 92807-1909

**CREDITOR - RUBY'S HB**
SUPERIOR UNIFORM GROUP
DBA FASHION SEAL UNIFORMS
OFFICER DIRECTOR MANAGER AGENT
PO BOX 636822
CINCINNATI, OH 45263-6822

**1019 - HB - CH 11**
SUPERIOR UNIFORM GROUP INC
DBA: FASHION SEAL UNIFORMS
OFFICER DIRECTOR MANAGER OR AGENT
PO BOX 74800
CINCINNATI, OH 43274-8000

**1019 - HB - CH 11**
TAYLOR FREEZERS OF SOUTHERN
OFFICER DIRECTOR MANAGER AGENT
6825 E. WASHINGTON BLVD
COMMERCE, CA 90040

**CREDITOR - RUBY'S HB - 1019 - HB - CH 11**
TERMINEX PROCESSING CENTER
OFFICER, DIRECTOR, MANAGER, AGENT
PO BOX 742592
CINCINNATI, OH 45274-2592

**CREDITOR - RUBY'S HB**
THE RUBY RESTAURANT GROUP
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**1019 - HB - CH 11**
TIGER, INC.
OFFICER DIRECTOR MANAGER OR AGENT
1422 E 71ST STREET, SUITE J
TULSA, OK 74136-5060

**CREDITOR - RUBY'S HB - 1019 - HB - CH 11**
TIM VERPLANK DBA CLEAR EXCELLENCE WINDOW CLEANING
16852 GREEN LANE
APT. 104
HUNTINGTON BEACH, CA 92649-3540

**1019 - HB - CH 11**
TOP JANITORIAL SERVICES
OFFICER, DIRECTOR, MEMBER, AGENT
1665 E 4TH ST. SUITE 113
SANTA ANA, CA 92701

**CREDITOR - RUBY'S HB**
U.S. SECURITIES AND EXCHANGE COMMIS
ATTN: BANKRUPTCY COUNSEL
444 SOUTH FLOWER STREET
SUITE 900
LOS ANGELES, CA 90071-2934

**1019 - HB - CH 11**
UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR - RUBY'S HB**
UPS INC
OFFICER DIRECTOR MANAGER AGENT
PO BOX 894820
LOS ANGELES, CA 90189-4820

**CREDITOR / POC ADDRESS - RUBY'S HB**
US FOODS INC
BRYAN CAVE LEIGHTON PAISNER LLP
LESLIE A BAYLES
161 N CLARK ST STE 4300
CHICAGO, IL 60601-3315

**1019 - HB - CH 11**
US FOODS-LA MIRADA
BRYAN CAVE LEIGHTON PAISNER LLP
LESLIE A BAYLES
161 N CLARK ST STE 4300
CHICAGO, IL 60601-3315

**1019 - HB - CH 11**
US FOODS-LA MIRADA
REGISTERED AGENT
SECRETARY OF STATE
TOWNSEND BLDG.
SUITE 4
DOVER, DE 19901-1234

**1019 - HB - CH 11**
US FOODS-LA MIRADA
ATTN EVALYN FRAZIER ELSTON
15155 NORTHAM STREET
LA MIRADA, CA 90638-5754

**CREDITOR - RUBY'S HB - 1019 - HB - CH 11**
WASSERTROM COMPANY INC
OFFICER DIRECTOR MANAGER OR AGENT
477 S FRONT STREET
COLUMBUS, OH 43215-5625

**CREDITOR / POC ADDRESS - RUBY'S HB**
WEILAND GOLDEN GOODRICH LLP
650 TOWN CENTER DRIVE, SUITE 600
COSTA MESA, CA 92626-7121

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4851-1218-9040, v. 1

| **1019 - HB - CH 11** | **CREDITOR - RUBY'S HB - 1019 - HB - CH 11** |
|---|---|
| YOUNG ELECTRIC SIGN CO YESCO LLC DBA YESCO SIGNS LLC<br>OFFICER DIRECTOR MANAGER OR AGENT<br>PO BOX 11676<br>TACOMA, WA 98411-6676 | YOUNGS MARKET COMPANY, INC.<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 30145<br>LOS ANGELES, CA 90030-0145 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4851-1218-9040, v. 1