1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  LAILA MASUD, #311731
   lmasud@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK
7

8                    UNITED STATES BANKRUPTCY COURT

9            CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11 | In re | Case No. 8:18-bk-13311-SC |
12 | RUBY'S DINER, INC., a California corporation, et al., | Chapter 7 |
13 | | (Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC) |
14 | Debtor. | |
15 | Affects: | |
16 | ☐ ALL DEBTORS | NOTICE OF MOTION TO (1) SET A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS, INCLUDING CLAIMS UNDER 11 U.S.C. § 503(b); AND (2) APPROVE THE FORM, MANNER, AND SUFFICIENCY OF THE NOTICE THEREOF |
17 | ☐ RUBY'S DINER, INC., ONLY | |
18 | ☐ RUBY'S SOCAL, DINERS, LLC, ONLY | |
19 | ☐ RUBY'S QUALITY DINERS, LLC, ONLY | |
20 | ☐ RUBY'S HUNTINGTON BEACH, LTD. ONLY | |
21 | ☐ RUBY'S LAGUNA HILLS, LTD. ONLY | [NO HEARING REQUIRED] |
22 | ☒ RUBY'S OCEANSIDE, LTD, ONLY | |
23 | ☐ RUBY'S PALM SPRINGS, LTD. ONLY | |

24 / / /

25 / / /

26 / / /

27

28

NOTICE OF MOTION TO (1) SET A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS
4858-0342-2760v.1-1015-134

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California corporation, et al. jointly administered on September 5, 2018, as lead case no. 8:18-bk-1331-SC ("RDI"), with the following associated bankruptcy cases: (a) 8:18-bk-13197-SC – Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal"); (b) 8:18-bk-13198-SC - Ruby Quality Diners, LLC., a Delaware limited liability company ("Quality"); (c) 8:18-bk-13199-SC – Ruby's Huntington Beach, Ltd., a California limited partnership ("RHB"); (d) 8:18-bk-13200-SC – Ruby's Laguna Hills, Ltd., a California limited partnership ("RLH"); (e) 8:18-bk-13201-SC – Ruby's Oceanside Ltd., a California limited partnership ("RO"); and (f) 8:18-bk-13202-SC – Ruby's Palm Springs, Ltd., a California limited partnership ("RPS") (collectively, RDI, SoCal, Quality, RHB, RO, RLH, and RPS are referred to as "Debtors") has filed a motion to (1) Set A Bar Date For Filing Administrative Expense Claims, Including Claims Under 11 U.S.C. § 503(b), And (2) Approve the Form, Manner, and Sufficiency of the Notice Thereof ("Motion")[1]. Through the Motion, the Trustee seeks an Order that finds and directs as follows:

1. Sets September 30, 2022, as the last day ("Bar Date") by which creditors must file and set for hearing requests for (i) allowance of administrative claims pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2) incurred during the period ("Postpetition Period") commencing *after* the filing of the Debtor's petition on August 29, 2018 ("Petition Date") and before entry of the Order on April 15, 2020 ("Conversion Date") converting the Case to Chapter 7 ("Postpetition Claims"), and (ii) allowance of claims that first accrued or were incurred during the period from and including twenty (20) days before August 29, 2018 (i.e., on or after August 9, 2018) and are entitled to administrative expense priority under 11 U.S.C. § 503(b)(9) ("20-Day Claims" and, collectively with the Postpetition Claims, "Chapter 11 Admin Claims");

---

[1] This Motion is specific to Ruby's Oceanside, Ltd. only.

Case 8:18-bk-13311-SC    Doc 1231    Filed 07/11/22    Entered 07/11/22 22:22:25    Desc
Main Document    Page 3 of 13

2. Sets September 30, 2022, ("Bar Date") as the last day by which creditors must file and set for hearing requests for allowance of administrative claims commencing *after* the Order on April 15, 2020 ("Conversion Date") converting the Case to Chapter 7 ("C7 Admin Claim"), *excluding* those retained professionals who are currently providing services to the Chapter 7 Trustee;

3. Approves the form and sufficiency of the Notice of the Bar Date ("Bar Date Notice") substantially in the form attached to the Motion as **Exhibit 1**;

4. Approves and authorizes service of the Notice attached as Exhibit 1 either via the Court's Notice of Electronic Filing system or by first-class United States mail, postage prepaid as soon as practicable after entry of an Order approving this Motion and, in any event, no later than 30 days prior to the Bar Date, on (a) all scheduled creditors of the Debtor, (b) all parties requesting special notice, if any, (c) all parties with whom Trustee has done business on behalf of the Estate as of the filing date of this Motion, (d) all persons or entities that have filed claims against the Debtor, (e) all scheduled parties to executory contracts and unexpired leases of the Debtor, if any, (f) counsel for all known parties to litigation by or against the Debtor, if any, (g) the Internal Revenue Service, (h) the California Franchise Tax Board, (i) the Los Angeles County Tax Collector, (j) the Debtor's professionals employed by Court order in this Case, and (k) the U.S. Trustee (collectively, "Notice Parties");

5. Excludes from the Bar Date: (a) any Chapter 7 Admin Claim of the Trustee or any professional employed by Trustee, (b) any Chapter 11 Admin Claim (such as an ordinary course of business payment) that has been previously paid by Debtor or Trustee or that has otherwise been satisfied; (c) any Chapter 11 Admin Claim that has already been allowed by a prior order of the Court and on a final basis; and (d) any fees payable to the U.S. Trustee under 28 U.S.C. § 1930 or accrued interest arising under 31 U.S.C. § 3717.

6. Requires that all motions seeking administrative claim allowance: (a) be set for hearing on or before the Bar Date; (b) will be deemed filed only when actually calendared by the Court for hearing; and (c) which motion shall be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant, written in English, denominated in United States

2
NOTICE OF MOTION TO (1) SET A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS
4855-2057-0919V.1-1015-134

currency, have attached any documents on which the claim is based (or, if such documents are voluminous, attach a summary) or an explanation as to why the documents are not available. All motions for administrative claim allowance shall be filed on the main case docket (i.e. RDI).

7. Prohibits the filing or allowance of late administrative claims, *excluding* retained professionals who are currently providing services to the Chapter 7 Trustee, without leave of Court;

8. Determines that adequate notice of the Motion was given; and

9. Grants such other and further relief as the Court deems just and proper.

The Motion is made on the grounds that Trustee believes that the setting of a bar date to file administrative claims will help facilitate the administration of the case. Specifically, Trustee has recently entered a proposed settlement of the Estate's D&O claims that will result in recoveries totaling at least $3,550,000. This amount plus Trustee's other recoveries is sufficient to pay all anticipated Chapter 7 administrative claims and to make substantial distributions on account of allowed Chapter 11 administrative claims. To further efforts to make interim distributions, Trustee needs to determine all administrative claims that may exist.

PLEASE TAKE FURTHER NOTICE that Trustee submits the Motion pursuant to 11 U.S.C. §§ 105, 502(a), and 503(b) and Federal Rules of Bankruptcy Procedure ("FRBP") 3003(c)(3), 2002(a)(7), and 9007. The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and Exhibits, all documents on file with the Court, as well as any documentary evidence that may be presented in support of the Motion, and all matters of which the Court may take judicial notice.

PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the proposed employment must be in the form as required by Local Bankruptcy Rules ("LBR") 2014-1(b), 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court no later than fourteen days (14) from the date of service of this Notice, plus an additional three days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response must be served on D. Edward Hays and Laila Masud at the address indicated above and must also be served on the Office of the United States Trustee, addresses are as follows:

|  |  |
|---|---|
| **For Service on the Trustee** | **For Service on the Hon. Scott C. Clarkson** |
| D. Edward Hays, Esq. | Hon. Scott C. Clarkson |
| Laila Masud, Esq. | Ronald Reagan Federal Building |
| MARSHACK HAYS LLP | 411 W. Fourth Street, bin on 5th Fl. |
| 870 Roosevelt | Santa Ana, CA 92701 |
| Irvine, CA 92620 |  |
| **For Filing with the Court** | **For Service on the Office of the** |
| Clerk's Office | **United States Trustee** |
| United States Bankruptcy Court | Office of the United States Trustee |
| 411 W. Fourth Street | 411 W. Fourth Street, Ste 7160 |
| Santa Ana, CA 92701 | Santa Ana, CA 92701 |

PLEASE TAKE FURTHER NOTICE that failure to timely respond may be deemed as acceptance of the proposed Motion. *See*, LBR 9013-1(h):

DATED: July 11, 2022          MARSHACK HAYS LLP

By: */s/ D. Edward Hays*
    D. EDWARD HAYS
    LAILA MASUD
    Attorneys for Chapter 7 Trustee,
    RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION BY CHAPTER 7 TRUSTEE FOR ORDER SETTING ADMINISTRATIVE CLAIMS BAR DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 11, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **July 11, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE DEBTOR**
RUBY'S DINER, INC., A CALIFORNIA CORPOR
~~4100 MACARTHUR BLVD. SUITE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

**MAIL REDIRECTED TO TRUSTEE DEBTOR**
RUBY'S HUNTINGTON BEACH, LTD., A CALIF
~~4100 MACARTHUR BLVD STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

**MAIL REDIRECTED TO TRUSTEE DEBTOR**
RUBY'S OCEANSIDE LTD, A CALIFORNIA
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 11, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson – via personal delivery
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5-097
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 11, 2022 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

June 2012

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- William N Lobel    wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Jessica G McKinlay    mckinlay.jessica@dorsey.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Matthew S Walker    matthewswalker1@gmail.com, renee.evans@pillsburylaw.com,

2. **SERVED BY UNITED STATES MAIL**:  continued:

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - OS - CH 11**
AIRE RITE AIR CONDITIONING
OFFICER DIRECTOR MANAGER AGENT / DAVE LANGSTON
15122 BOLSA CHICA STREET
HUNTINGTON BEACH, CA 92649-1025

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - OS - CH 11**
ASAP DRAIN GUYS & PLUMBING
OFFICER DIRECTOR MEMBER AGENT
999 RANCHEROS DRIVE
SUITE B
SAN MARCOS, CA 92069-3099

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD**
CALIFORNIA RESTAURANT MUTUAL
OFFICER DIRECTOR MEMBER AGENT
PO BOX 45783
SAN FRANCISCO, CA 94145-0783

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - OS - CH 11**
CUSTOM BUSINESS SOLUTIONS INC
OFFICER DIRECTOR MEMBER AGENT
12 MORGAN
IRVINE, CA 92618-2003

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - OS - CH 11**
EDISON FIRE PROTECTION
OFFICER DIRECTOR MANAGER AGENT
3621 EAGLE ROCK BLVD
LOS ANGELES, CA 90065-3622

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD**
FAMILY TREE PRODUCE
OFFICER DIRECTOR MANAGER AGENT
5510 E. LA PALMA AVENUE
ANAHEIM, CA 92807-2108

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD**
FIRST INSURANCE FUNDING CORP
OFFICER DIRECTOR MANAGER AGENT
PO BOX 7000
CAROL STREAM, IL 60197-7000

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - OS - CH 11**
G&G BOOKKEEPING INC
OFFICER DIRECTOR MANAGER AGENT
19602 COUNTRY LAKE DRIVE
MAGNOLIA, TX 77355-1817

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD**
GARDA CL WEST INC
OFFICER DIRECTOR MANAGER AGENT
LOCKBOX 233209
3209 MOMENTUM PLACE
CHICAGO, IL 60689-0001

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD**
JANI-KING OF CALIFORNIA INC
OFFICER DIRECTOR MANAGER AGENT
FILE 749318
LOS ANGELES, CA 90074-9318

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD**
MICHAEL ROBERT WILSON
DBA WILSON CONSTRUCTION
14302 YORBA STREET
TUSTIN, CA 92780-2351

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - OS - CH 11**
MIGUEL CANTU SOLANO
DBA MCPAINTING HANDYMAN
2356 CATALINA AVENUE
VISTA, CA 92084-4808

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4851-1218-9040, v. 1

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD**
NUC02, LLC
OFFICER DIRECTOR MANAGER AGENT
PO BOX 417902
BOSTON, MA 02241-7902

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD**
OPTIMAL BIOFUELS INC
OFFICER DIRETOR MANAGER AGENT
PO BOX 10986
NEWPORT BEACH, CA 92658-5014

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - OS - CH 11**
PRUDENTIAL OVERALL SUPPLY INC
OFFICER DIRECTOR MANAGER AGENT
1661 ALTON PARKWAY
IRVINE, CA 92606-4801

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - OS - CH 11**
PURITAN BAKERY
OFFICER DIRECTOR MANAGER AGENT
1624 E. CARSON STREET
CARSON, CA 90745-2504

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - OS - CH 11**
RESCUE ROOTER
OFFICER DIRECTOR MANAGER AGENT
9895 OLSON DRIVE
SUITE A
SAN DIEGO, CA 92121-2841

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD**
SAN DIEGO COUNTY TREASURER TAX COLLECTOR
1600 PACIFIC COAST HIGHWAY
ROOM 162
SAN DIEGO, CA 92101

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - OS - CH 11**
SOUTH CITY MECHANICAL INC
OFFICER DIRECTOR MANAGER AGENT
8822 TROY STREET
SPRING VALLEY, CA 91977-2637

**20 LARGEST CREDITOR - RUBY'S OCEANSIDE LTD**
US FOODS - LA MIRADA
OFFICER DIRECTOR MANAGER AGENT
540 NORTHEAST LANDON ROAD
BELFAIR, WA 98528-9765

**SECURED CREDITOR**
C & C PARTNERSHIP
RONALD CLEAR PARTNER
56 TESLA
IRVINE, CA 92618-4603

**CREDITOR - RUBY'S OCEANSIDE LTD**
JOHN S BAKER
DORSEY & WHITNEY LLP
600 ANTON BLVD
SUITE 200
COSTA MESA, CA 92626-7650

**CREDITOR / POC ADDRESS - RUBY'S OCEANSIDE LTD**
OPUS BANK A CALIFORNIA COMMERCIAL BANK
OFFICER DIRECTOR, MANAGER AGENT
131 W. COMMONWEALTH AVENUE
FULLERTON, CA 92832-1808

**CREDITOR - RUBY'S OCEANSIDE LTD**
PILLSBURY WINTHROP SHAW PITTMAN LLP
BARBARA L CROUTCH
725 SOUTH FIGUEROA SGREET
SUITE 2800
LOS ANGELES, CA 90017-5406

**CREDITOR - RUBY'S OCEANSIDE LTD**
PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTINE A SCHEUNMAN
725 SOUTH FIGUEROA STREET
SUITE 2800
LOS ANGELES, CA 90017-5406

**CREDITOR / POC ADDRESS - RUBY'S OCEANSIDE LTD**
PILLSBURY WINTHROP SHAW PITTMAN LLP
MATTHEW S WALKER
12255 EL CAMINO REAL STE 300
SAN DIEGO, CA 92130-4088

**CREDITOR - RUBY'S OCEANSIDE LTD**
REN R HAYHURST
BRYAN CAVE LLP
3161 MICHELSON DRIVE
SUITE 1500
IRVINE, CA 92612-4414

**CREDITOR - RUBY'S OCEANSIDE LTD**
ROBERT A SCHULTZ
DORSEY & WHITNEY LLP
600 ANTON BLVD
SUITE 2000
COSTA MESA, CA 92626-7655

**CREDITOR / RFSN - 1019 - OS - CH 11**
OPUS BANK
JOHN S. BAKER, ESQ. & JESSICA G. MCKINLAY, ESQ.
DORSEY & WHITNEY LLP
600 ANTON BOULEVARD, SUITE 2000
COSTA MESA, CA 92626

**1019 - OS - CH 11**
5 NORTH MEDIA, INC.
OFFICER DIRECTOR MEMBER AGENT
8450 PRODUCTION AVE
SAN DIEGO, CA 92121

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4851-1218-9040, v. 1

| | | |
|---|---|---|
| **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>AFP SADDINGTON LLP<br>ATTN HUGH SADDINGTON<br>18201 VON KARMAN AVE.<br>SUITE 450<br>IRVINE, CA 92612-1195 | **CREDITOR - RUBY'S OCEANSIDE LTD**<br>ANNETTE W. JARVIS, ESQ.<br>DORSEY & WHITNEY LLP<br>111 SOUTH MAIN ST., 21ST FL<br>SALT LAKE CITY, UT 84111-2176 | **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>BENNETTS PLUMBING INC.<br>OFFICER DIRECTOR MEMBER AGENT<br>3030 S. FAIRVIEW STREET<br>UNIT B<br>SANTA ANA, CA 92704-6583 |
| **1019 - OS - CH 11**<br>BITTNERS RESTAURANT EQUIPMENT<br>OFFICER DIRECTOR MEMBER AGENT<br>2117 INDUSTRIAL CT<br>VISTA, CA 92801 | **1019 - OS - CH 11**<br>BOARD OF EQUALIZATION - CDTFA<br>CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION<br>ACCOUNT INFORMATION GROUP, MIC: 29<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0029 | **CREDITOR - RUBY'S OCEANSIDE LTD**<br>CITY OF OCEANSIDE<br>FINANCIAL SERVICES DEPARTMENT<br>300 N COAST HIGHWAY<br>OCEANSIDE, CA 92054-2824 |
| **1019 - OS - CH 11**<br>CITY OF OCEANSIDE_RP<br>OFFICER DIRECTOR MEMBER AGENT<br>300 NORTH COAST HWY<br>OCEANSIDE, CA 92054-2859 | **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>COMPEAT INC<br>OFFICER DIRECTOR MANAGER AGENT<br>773 SAN MARIN DRIVE<br>SUITE 2320<br>NOVATO, CA 94945-1366 | **CREDITOR - RUBY'S OCEANSIDE LTD**<br>COUNTY OF SAN DIEGO<br>OFFICE OF THE CITY TREASURER<br>PO BOX 121536<br>CA 92212 |
| **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>CREST BEVERAGE LLC<br>OFFICER DIRECTOR MEMBER AGENT<br>PO BOX 848536<br>LOS ANGELES, CA 90084-8536 | **CREDITOR - RUBY'S OCEANSIDE LTD**<br>CTUIT, INC.<br>OFFICER DIRECTOR MEMBER AGENT<br>773 SAN MARIN DRIVE<br>SUITE 2320<br>NOVATO, CA 94945-1366 | **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>DARLING INGREDIENTS INC.<br>OFFICER DIRECTOR MEMBER AGENT<br>PO BOX552210<br>DETROIT, MI 48255-2210 |
| **1019 - OS - CH 11**<br>EASTSIDE SERVICE<br>OFFICER DIRECTOR MANAGER AGENT<br>3330 E MIRALOMA AVE<br>ANAHEIM, CA 92806 | **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>ECOLAB<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 100512<br>PASADENA, CA 91189-0003 | **CREDITOR - RUBY'S OCEANSIDE LTD**<br>ECOTECH REFRIGERATION & HVAC INC<br>OFFICER DIRECTOR MANAGER AGENT<br>1630 SUNKIST STREET<br>SUITE R<br>ANAHEIM, CA 92806-5816 |
| **CREDITOR - RUBY'S OCEANSIDE LTD**<br>EDISON FIRE EXTINGUISHER CO INC<br>OFFICER DIRECTOR MANAGER AGENT<br>3621 EAGLE ROCK BLVD.<br>LOS ANGELES, CA 90065-3622 | **CREDITOR - RUBY'S OCEANSIDE LTD**<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | **CREDITOR - RUBY'S OCEANSIDE LTD**<br>EVERSOFT INC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 92769<br>CA 90800 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

*June 2012*
*4851-1218-9040, v. 1*

| | | |
|---|---|---|
| **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>FISHBOWL INC<br>OFFICER DIRECTOR MANAGER OR AGENT<br>DEPT AT 952733<br>ATLANTA, GA 31192-0001 | **CREDITOR / POC ADDRESS - RUBY'S OCEANSIDE LTD - 1019 - OS - CH 11**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **NO ADDRESS PROVIDED CREDITOR - RUBY'S OCEANSIDE LTD**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION<br>MS: A-340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| **CREDITOR - RUBY'S OCEANSIDE LTD**<br>FRANCHISE TAX BOARD CHIEF COUNSEL<br>C/O GENERAL COUNSEL SECTION<br>PO BOX 1720, MS: A-260<br>RANCHO CORDOVA, CA 95741-1720 | **1019 - OS - CH 11**<br>GARDA CL WEST INC<br>OFFICER DIRECTOR MANAGER AGENT<br>1710 TWIN SPRINGS ROAD<br>HALETHORPE, MD 21227-3522 | **1019 - OS - CH 11**<br>GARDA CL WEST INC<br>OFFICER DIRECTOR MANAGER AGENT<br>2000 NORTHWEST CORPORATE BLVD<br>BOCA RATON, FL 33431-7304 |
| **CREDITOR / POC ADDRESS - RUBY'S OCEANSIDE LTD**<br>GARDAWORLD<br>AKA GARDA CL WEST INC<br>2000 NW CORPORATE BLVD<br>BOCA RATON, FL 33431-7304 | **1019 - OS - CH 11**<br>GENE PHELPS INC DBA US AIR CONDITIONING<br>OFFICER DIRECTOR MANAGER OR AGENT<br>4517 BIRCHWOOD AVENUE<br>SEAL BEACH, CA 90740-3112 | **CREDITOR / POC ADDRESS - RUBY'S OCEANSIDE LTD**<br>GLASSRATNER ADVISORY & CAPITAL GROUP<br>19800 MACARTHUR BLVD STE 820<br>IRVINE, CA 92612-2427 |
| **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>HAULAWAY STORAGE CONTAINERS<br>OFFICER, DIRECTOR, MANAGER, AGENT<br>PO BOX 7183<br>PASADENA, CA 91109-7183 | **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>HOT SCHEDULES, INC.<br>OFFICER, DIRECTOR, MANAGER OR AGENT<br>PO BOX 848472<br>DALLAS, TX 75284-8472 | **CREDITOR - RUBY'S OCEANSIDE LTD**<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>JAMES P HIGEL<br>DBA: RETRO TIME GROUP<br>OFFICER, DIRECTOR, MANAGER OR AGENT<br>13031 6TH STREET<br>CHINO, CA 91710 | **1019 - OS - CH 11**<br>JANI-KING OF CALIFORNIA, INC. - SAN DIE<br>OFFICER, DIRECTOR, MANAGER OR AGENT<br>FILE 749318 - LOCKBOX PAYMENT<br>LOS ANGELES, CA 90074-9318 | **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>LEFT COAST REFRIGERATION<br>OFFICER DIRECTOR MANAGER AGENT<br>1175 INDUSTRIAL AVE<br>SUITE N<br>ESCONDIDO, CA 92029-1431 |
| **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>LOCK TECH MANAGEMENT TRUST UBO<br>OFFICER DIRECTOR MANAGER AGENT<br>27758 SANTA MARGARITA PKWY SUITE 189<br>MISSION VIEJO, CA 92691-6709 | **1019 - OS - CH 11**<br>LOEWY ENTERPRISES<br>DBA SUNRISE PRODUCE<br>OFFICER DIRECTOR MANAGER AGENT<br>500 BURNING TREE ROAD<br>FULLERTON, CA 92833 | **1019 - OS - CH 11**<br>MAGNUM MUSIC GROUP<br>OFFICER DIRECTOR MANAGER OR AGENT<br>17402 COHASSET STREET<br>VAN NUYS, CA 91406-2409 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

*June 2012*
4851-1218-9040, v. 1

| | | |
|---|---|---|
| **1019 - OS - CH 11**<br>MARKSTEIN BEVERAGE CO<br>OFFICER DIRECTOR MANAGER AGENT<br>505 S PACIFIC ST<br>SAN MARCOS, CA 92078-4049 | **CREDITOR / POC ADDRESS - RUBY'S OCEANSIDE LTD**<br>MARKSTEIN BEVERAGE CO<br>505 S PACIFIC ST<br>SAN MARCOS, CA 92078-4049 | **CREDITOR / POC ADDRESS - RUBY'S OCEANSIDE LTD**<br>MICHAEL WILSON<br>C/O R. GIBSON PAGTER, JR.<br>PAGTER AND PERRY ISAACSON<br>525 N. CABRILLO PARK DRIVE, SUITE 104<br>SANTA ANA, CA 92701-5017 |
| **1019 - OS - CH 11**<br>MICHAL ROBERT WILSON<br>DBA WILSON CONSTRUCTION<br>14302 YORBA STREET<br>TUSTIN, CA 92780-2351 | **1019 - OS - CH 11**<br>MINUTEMAN INDUSTRIES INC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 4983<br>GARDEN GROVE, CA 92842 | **1019 - OS - CH 11**<br>MOOD MEDIA NORTH AMERICA HOLDINGS CORP<br>2100 S INTERSTATE 35, STE 200<br>AUSTIN, TX 78704-9919 |
| **1019 - OS - CH 11**<br>NEW CARBON COMPANY LLC<br>GOLDEN MALTED<br>OFFICER DIRECTOR MEMBER AGENT<br>PO BOX 129<br>CONCORDVILLE, PA 19331 | **1019 - OS - CH 11**<br>NUCO2 LLC_UT<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 417902<br>BOSTON, MA 02241-7902 | **1019 - OS - CH 11**<br>OPTIMAL BIOFUELS INC<br>OFFICER DIRETOR MANAGER AGENT<br>PO BOX 10986<br>NEWPORT BEACH, CA 92658-5014 |
| **CREDITOR - RUBY'S OCEANSIDE LTD**<br>OTIS ELEVATOR<br>OFFICER DIRECTOR MANAGER AGENT<br>DEPT LA 21684<br>PASADENA, CA 91185-0001 | **1019 - OS - CH 11**<br>OTIS ELEVATOR CO INC<br>OFFICER DIRECTOR MANAGER AGENT<br>DEPT LA 21684<br>PASADENA, CA 91185-0001 | **CREDITOR - RUBY'S OCEANSIDE LTD**<br>PROCURE AMERICA<br>OFFICER DIRECTOR MANAGER AGENT<br>31103 RANCO VIEJO ROAD D2102<br>SAN JUAN CAPISTRANO, CA 92675-1759 |
| **1019 - OS - CH 11**<br>PROCURE AMERICA INC<br>OFFICER DIRECTOR MANAGER AGENT<br>31103 RANCO VIEJO ROAD D2102<br>SAN JUAN CAPISTRANO, CA 92675-1759 | **CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**<br>PRO-EDGE KNIFE<br>OFFICER DIRECTOR MANAGER AGENT<br>7431 MISSION GORGE ROAD<br>SAN DIEGO, CA 92120-1301 | **1019 - OS - CH 11**<br>REGAL WINE COMPANY INC<br>OFFICER DIRECTOR MANAGER AGENT<br>PO BOX 2160<br>WINDSOR, CA 95492 |
| **MAIL REDIRECTED TO TRUSTEE**<br>**1019 - OS - CH 11**<br>RUBYS DINER INC<br>4100 MACARTHUR BLVD.<br>SUITE 310<br>NEWPORT BEACH, CA 92660-2050 | **MAIL REDIRECTED TO TRUSTEE**<br>**CREDITOR - RUBY'S OCEANSIDE LTD**<br>RUBY'S DINER INC<br>DOUGLAS S CAVANAUGH<br>4100 MACARTHUR BLVD<br>SUITE 310<br>NEWPORT BEACH, CA 92660-2050 | **MAIL REDIRECTED TO TRUSTEE**<br>**CREDITOR - RUBY'S OCEANSIDE LTD**<br>RUBY'S DINER LAGUNA BEACH<br>30622 S. COAST HIGHWAY<br>LAGUNA BEACH, CA 92651-4240 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

*June 2012*
4851-1218-9040, v. 1

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S OCEANSIDE LTD**
RUBY'S DINER, INC.
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S OCEANSIDE LTD**
RUBY'S HUNTINGTON BEACH, LTD.
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S OCEANSIDE LTD**
RUBY'S LAGUNA HILLS, LTD.
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S OCEANSIDE LTD**
RUBY'S MISSION VALLEY, LTD.
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S OCEANSIDE LTD**
RUBY'S OCEANSIDE LTD
GENERAL PARTNER/LIMITED PARTNER
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S OCEANSIDE LTD**
RUBY'S PALM SPRINGS, LTD.
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S OCEANSIDE LTD**
RUBY'S QUALITY DINERS LLC
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE CREDITOR - RUBY'S OCEANSIDE LTD**
RUBY'S SOCAL DINERS LLC
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**1019 - OS - CH 11**
SAN DIEGO COUNTY
OFFICER DIRECTOR MANAGER AGENT
1600 PACIFIC HWY
SAN DIEGO, CA 92101

**1019 - OS - CH 11**
SAN DIEGO ELEVATOR
OFFICER DIRECTOR MANAGER AGENT
4694 ALVARADO CANYON RD, STE O
SAN DIEGO, CA 92120-1301

**1019 - OS - CH 11**
SAN DIEGO GAS & ELECTRIC
OFFICER DIRECTOR MANAGER AGENT
PO BOX 25111
SANTA ANA, CA 92799-5111

**1019 - OS - CH 11**
SCOTT FITZGERALD
2727 EAST VISTA WAY
OCEANSIDE, CA 92084

**CREDITOR - RUBY'S OCEANSIDE LTD**
SDG&E
PO BOX 25111
SANTA ANA CA 92799-5111

**CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**
SHARED INSIGHT
OFFICER DIRECTOR MANAGER AGENT
1501 N. SPEULVEDA BLVD.
SUITE E & F
MANHATTAN BEACH, CA 90266

**CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**
SHOES FOR CREWS LLC
OFFICER DIRECTOR MANAGER AGENT
PO BOX 504634
SAINT LOUIS, MO 63150-4634

**CREDITOR - RUBY'S OCEANSIDE LTD**
SIMPLEX GRINNELL
OFFICER DIRECTOR MANAGER AGENT
DEPT CH 10320
PALATINE, IL 60055-0001

**1019 - OS - CH 11**
SIMPLEXGRINNELL, LP
OFFICER DIRECTOR MANAGER AGENT
DEPT CH 10320
PALATINE, IL 60055-0001

**1019 - OS - CH 11**
SPELLBOUND DEV GROUP INC DBA CREWSAFE
OFFICER DIRECTOR MANAGER AGENT
PO BOX 1639
NEWPORT BEACH, CA 92663

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

*June 2012*
4851-1218-9040, v. 1

**CREDITOR - RUBY'S OCEANSIDE LTD**
SPELLBOUND DEVELOPMENT GROUP, INC.
OFFICER DIRECTOR MANAGER AGENT
PO BOX 1639
NEWPORT BEACH, CA 92659-1639

**CREDITOR - RUBY'S OCEANSIDE LTD - 1019 - CH 11**
SUPERIOR UNIFORM GROUP DBA FASHION
SEAL UNIFORMS
OFFICER DIRECTOR MANAGER AGENT
PO BOX 748000
CINCINNATI, OH 45274-8000

**1019 - OS - CH 11**
SUPERIOR UNIFORM GROUP INC DBA FASHION SEAL UNIFORMS
OFFICER DIRECTOR MANAGER AGENT
PO BOX 74800
CINCINNATI, OH 43274-8000

**1019 - OS - CH 11**
TAYLOR FREEZERS OF SOUTHERN
OFFICER DIRECTOR MANAGER AGENT
6825 E. WASHINGTON BLVD
COMMERCE, CA 90040

**1019 - OS - CH 11**
TERMINEX PROCESSING CENTER
OFFICER DIRECTOR  MANAGER AGENT
4305 MUHLHAUSER ROAD
SUITE 2
FAIRFIELD, OH 45014-2265

**CREDITOR - RUBY'S OCEANSIDE LTD**
TERMINEX PROCESSING CENTER
OFFICER DIRECTOR  MANAGER AGENT
4305 MUHLHAUSER ROAD
SUITE 2
FAIRFIELD, OH 45014-2265

**CREDITOR - RUBY'S OCEANSIDE LTD**
THE RUBY RESTAURANT GROUP
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**CREDITOR - RUBY'S OCEANSIDE LTD**
UNITED STATES DEPARTMENT OF JUSTICE
BEN FRANKLIN STATION
PO BOX 683
WASHINGTON, DC 20044-0683

**1019 - OS - CH 11**
UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR / POC ADDRESS - RUBY'S OCEANSIDE LTD - 1019 - OS - CH 11**
US FOODS INC
BRYAN CAVE LEIGHTON PAISNER LLP
LESLIE A BAYLES
161 N CLARK ST STE 4300
CHICAGO, IL 60601-3315

**1019 - OS - CH 11**
US FOODS-LA MIRADA
REGISTERED AGENT
SECRETARY OF STATE TOWNSEND BLDG.
SUITE 4
DOVER, DE 19901-1234

**1019 - OS - CH 11**
US FOODS-LA MIRADA
ATTN EVALYN FRAZIER ELSTON
15155 NORTHAM STREET
LA MIRADA, CA 90638-5754

**1019 - OS - CH 11**
WASSERSTROM COMPANY
OFFICER DIRECTOR MANAGER OR AGENT
477 S FRONT STREET
COLUMBUS, OH 43215-5625

**CREDITOR / POC ADDRESS - RUBY'S OCEANSIDE LTD**
WEILAND GOLDEN GOODRICH LLP
650 TOWN CENTER DRIVE, SUITE 600
COSTA MESA, CA 92626-7121

**CREDITOR - RUBY'S OCEANSIDE LTD**
WSK CONSTRUCTION INC.
DBA WAGNER SURE KLEEN
OFFICER DIRECTOR MANAGER AGENT
1842 MOORPARK DRIVE
BREA, CA 92821-6045

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4851-1218-9040, v. 1