```
 1  D. EDWARD HAYS, #162507
    ehays@marshackhays.com
 2  LAILA MASUD, #311731
    lmasud@marshackhays.com
 3  MARSHACK HAYS LLP
    870 Roosevelt
 4  Irvine, California 92620
    Telephone: (949) 333-7777
 5  Facsimile: (949) 333-7778

 6  Attorneys for Chapter 7 Trustee,
    RICHARD A. MARSHACK
 7
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>Debtor.<br><br>Affects:<br><br>☐ ALL DEBTORS<br>☒ RUBY'S DINER, INC., ONLY<br>☐ RUBY'S SOCAL, DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br>☐ RUBY'S HUNTINGTON BEACH, LTD. ONLY<br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐ RUBY'S OCEANSIDE, LTD, ONLY<br>☐ RUBY'S PALM SPRINGS, LTD. ONLY | Case No. 8:18-bk-13311-SC<br><br>Chapter 7<br><br>(Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC)<br><br>NOTICE OF ERRATA RE: EXHIBIT "1" IN SUPPORT OF MOTION TO (1) SET A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS, INCLUDING CLAIMS UNDER 11 U.S.C. § 503(b); AND (2) APPROVE THE FORM, MANNER, AND SUFFICIENCY OF THE NOTICE THEREOF<br><br>[MOTION FILED AS DK. NO. 1226]<br><br>[NO HEARING REQUIRED] |

/ / /

/ / /

/ / /

---

NOTICE OF ERRATA IN SUPPORT OF MOTION TO (1) SET A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS

4873-1081-9112v.1-1015-134

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on July 11, 2022, as Dk. 1226, Richard A. Marshack, , in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California corporation, et al. jointly administered on September 5, 2018, as lead case no. 8:18-bk-1331-SC ("RDI"), with the following associated bankruptcy cases: (a) 8:18-bk-13197-SC – Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal"); (b) 8:18-bk-13198-SC - Ruby Quality Diners, LLC., a Delaware limited liability company ("Quality"); (c) 8:18-bk-13199-SC – Ruby's Huntington Beach, Ltd., a California limited partnership ("RHB"); (d) 8:18-bk-13200-SC – Ruby's Laguna Hills, Ltd., a California limited partnership ("RLH"); (e) 8:18-bk-13201-SC – Ruby's Oceanside Ltd., a California limited partnership ("RO"); and (f) 8:18-bk-13202-SC – Ruby's Palm Springs, Ltd., a California limited partnership ("RPS") (collectively, RDI, SoCal, Quality, RHB, RO, RLH, and RPS are referred to as "Debtors") filed a motion to (1) Set A Bar Date For Filing Administrative Expense Claims, Including Claims Under 11 U.S.C. § 503(b), And (2) Approve the Form, Manner, and Sufficiency of the Notice Thereof ("Motion").

The Motion inadvertently contained the incorrect Exhibit "1." The correct Exhibit "1" is attached to be incorporated into the Motion.

DATED: July 11, 2022                MARSHACK HAYS LLP

By: */s/ D. Edward Hays*
D. EDWARD HAYS
LAILA MASUD
Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**EXHIBIT "1"**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>            Debtor.<br><br>Affects:<br><br>☐    ALL DEBTORS<br>☒    RUBY'S DINER, INC., ONLY<br>☐    RUBY'S SOCAL, DINERS, LLC, ONLY<br>☐    RUBY'S QUALITY DINERS, LLC, ONLY<br>☐    RUBY'S HUNTINGTON BEACH, LTD. ONLY<br>☐    RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐    RUBY'S OCEANSIDE, LTD, ONLY<br>☐    RUBY'S PALM SPRINGS, LTD. ONLY | Case No. 8:18-bk-13311-SC<br><br>Chapter 7<br><br>(Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC)<br><br>NOTICE OF SETTING BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS, INCLUDING CLAIMS UNDER 11 U.S.C. § 503(b)<br><br>**ADMINISTRATIVE CLAIM BAR DATE:**<br>**SEPTEMBER 30, 2022** |

/ / /

/ / /

/ / /

/ / /

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

**NOTICE IS HEREBY GIVEN THAT** the United States Bankruptcy Court for the Central District of California ("Court") has fixed **September 30, 2022** as the last date ("Bar Date") by which all entities, including individuals, partnerships, corporations, estates, trusts, and governmental units (collectively, a "Person") holding a Postpetition Claim (as defined below) or a 20-Day Claim (as defined below), or both, or a C7 Admin Claim against the above-captioned debtor or its estate (collectively, the "Debtor"), must file a request for allowance of such claims. Postpetition Claims, 20-Day Claims, and C7 Admin Claims are referred to herein collectively as "Admin Claims."

Any Person who asserts such an Admin Claim and wishes to have such Admin Claim allowed by the Court and, if possible, paid by Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California corporation, et al. jointly administered on September 5, 2018, as lead case no. 8:18-bk-1331-SC ("RDI"), with the following associated bankruptcy cases: (a) 8:18-bk-13197-SC – Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal"); (b) 8:18-bk-13198-SC - Ruby Quality Diners, LLC., a Delaware limited liability company ("Quality"); (c) 8:18-bk-13199-SC – Ruby's Huntington Beach, Ltd., a California limited partnership ("RHB"); (d) 8:18-bk-13200-SC – Ruby's Laguna Hills, Ltd., a California limited partnership ("RLH"); (e) 8:18-bk-13201-SC – Ruby's Oceanside Ltd., a California limited partnership ("RO"); and (f) 8:18-bk-13202-SC – Ruby's Palm Springs, Ltd., a California limited partnership ("RPS") (collectively, RDI, SoCal, Quality, RHB, RO, RLH, and RPS are referred to as "Debtors"), must file a motion seeking allowance of their purported administrative expense claim and have it set for hearing by the Bar Date.

1. **DEFINITION OF A POSTPETITION CLAIM:**

For purposes of this *Notice*, a Postpetition Claim is a Claim (defined below) for payment of an administrative expense of a kind specified in Section[1] 503(b) and entitled to priority pursuant to

---

[1] Unless otherwise noted all section references are to Title 11 of the United States Code.

1
NOTICE OF SETTING A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS
4821-3126-7570v.1-1015-134

Section 507(a)(2) arising during the period *after* the filing of the Debtor's petition on September 6, 2018 ("Petition Date") and *before* entry of the *Order* (the "Conversion Order") on April 15, 2020 ("Conversion Date"), converting the bankruptcy case to Chapter 7, including, but not limited to, the actual, necessary costs and expenses, that were incurred, or which accrued or arose, *after* the filing of the Debtor's petition on the Petition Date and *before* entry of the *Conversion Order* on the Conversion Date for preserving the Debtor's estate and operating the business of the Debtor, including wages, salaries, or commissions. Claims or causes of action arising *after* the filing of the Debtor's petition on the Petition Date and *before* entry of the *Conversion Order* on the Conversion Date from alleged personal injuries are Postpetition Claims whether or not such claim is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured. The administrative expense claims of professionals and staff retained by the Debtor and the Trustee for the Postpetition Period, including professionals retained pursuant to *Orders* of the Court who may seek fees and expenses for their services pursuant to 11 U.S.C. §§ 330 and 331 ("Professionals") are Postpetition Claims; however, as provided in Section 3, below, the Trustee's Professionals are excluded from the Bar Date and the requirement to file an Administrative Proof of Claim. This definition is for illustration purposes only and without prejudice to the Trustee's right to assert that any claim or cause of action entitled to priority pursuant to Section 507(a)(2) was required to be filed by the Chapter 11 Bar Date.

**2.     DEFINITION OF 20-DAY CLAIM AND CLAIM:**

For purposes of this *Notice*, a "20-Day Claim" is a Claim entitled to treatment in accordance with Section 503(b)(9). Specifically, 20-Day Claims are those claims for the "value of any goods received by the debtor within 20 days before [September 6, 2018 — or on or after August 17, 2018] in which the goods have been sold to the debtor in the ordinary course of such debtor's business." For purposes of this *Notice*, a "Claim" means (a) the right to payment whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, legal, equitable, secured or unsecured or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to receive payment, whether or not such right to an equitable remedy

is reduced to judgment, fixed, contingent, matured, unmatured (including potential and unmatured tort and contract claims), fully accrued, disputed, undisputed, secured or unsecured.

**3.    ADMIN CLAIMS THAT NEED *NOT* BE FILED BY BAR DATE:**

Notwithstanding the foregoing, the following Admin Claims need **not** be filed prior to the Bar Date: (a) any Chapter 7 Admin Claim of the Trustee or any professional employed by Trustee, (b) any Chapter 11 Admin Claim (such as an ordinary course of business payment) that has been previously paid by Debtor or Trustee or that has otherwise been satisfied; (c) any Chapter 11 Admin Claim that has already been allowed by a prior order of the Court and on a final basis; and (d) any fees payable to the U.S. Trustee under 28 U.S.C. § 1930 or accrued interest arising under 31 U.S.C. § 3717. .

The above Bar Date does not apply to any claims arising *before* the relief date of September 6, 2018, except the 20-Day Claims.

**4.    PROCEDURES FOR FILING MOTIONS SEEKING ALLOWANCE AND PAYMENT OF CLAIMS AS ADMINISTRATIVE EXPENSES**

(i) Admin Claims should be asserted by filing a motion seeking allowance and payment of such claim on a final basis ("Admin. Motion").

(ii) *Admin. Motions* must be filed with the Clerk of the United States Bankruptcy Court, Central District of California, Santa Ana Division, 411 W. Fourth Street, Santa Ana, California 92701. A *copy* of such Motions must be sent to counsel for the Trustee, D. Edward Hays and Laila Masud, Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620.

(iii) *Admin Motions* will be deemed timely filed when (a) set for hearing on or before the Bar Date; (b) when actually calendared by the Court for hearing on or before the ; and (c) which motion shall be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant, written in English, denominated in United States currency, have attached any documents on which the claim is based (or, if such documents are voluminous, attach a summary) or an explanation as to why the documents are not available. All motions for administrative claim allowance shall be filed on the main case docket (i.e. RDI).

(iv) *Admin Motions.* must (i) be signed; (ii) include supporting documentation (if voluminous, attach a summary) or an explanation as to why documentation is not available; (iii) be in the English language; and (iv) be denominated in United States currency. All *Administrative Proofs of Claim* shall be filed on the Claims Register for the Case, *not* the main case docket. No initial hearings shall be set.

(v) 20-Day Claim claimants must include all documents that purport to establish that such claimant supplied and that the Debtor or the Trustee received "goods" within the 20-day period before September 6, 2018 (i.e., on or after August 17, 2018), the "value" of such goods, and that such goods were "sold to the debtor in the ordinary course of the debtor's business."

**5.     CONSEQUENCES OF FAILURE TO FILE AN ADMIN CLAIM**

**ANY HOLDER OF AN ADMIN CLAIM THAT IS REQUIRED TO FILE, BUT FAILS TO FILE, A MOTION FOR ALLOWANCE OF AN CLAIM ADMINISTRATIVE IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN ON OR BEFORE THE BAR DATE: (A) WILL BE FOREVER BARRED AND ESTOPPED FROM ASSERTING THEIR ADMINISTRATIVE EXPENSE CLAIM(S) AGAINST THE DEBTOR AND/OR ITS ESTATE UNLESS SUCH CLAIMANT OBTAINS AN ORDER FROM THE BANKRUPTCY COURT AUTHORIZING SUCH LATE FILING; AND (B) UNLESS A LATE FILING IS AUTHORIZED BY BANKRUPTCY COURT ORDER, WILL NOT BE PERMITTED TO RECEIVE PAYMENT FROM THE DEBTOR'S ESTATE OR PARTICIPATE IN ANY DISTRIBUTION IN THE DEBTOR'S CASE ON ACCOUNT OF SUCH ADMIN CLAIM.**

**6.     RESERVATION OF RIGHTS**

The Trustee reserves the right to object to (i) any claim, whether filed or scheduled (e.g., as contingent, unliquidated or disputed), and (ii) any Admin Claim on any ground, or to dispute, or to assert offsets against or defenses to, any claim, as to amount, liability, classification, or otherwise, and to subsequently designate any claim as disputed, contingent and/or unliquidated.

**This *Notice* is being sent to many persons and entities that have had some relationship with or have done business with the Debtor or the Trustee but may not have an unpaid claims**

**against the Debtor or its estate. THE FACT THAT YOU HAVE RECEIVED THIS *NOTICE* DOES NOT MEAN THAT YOU HAVE AN ADMIN CLAIM, OR THAT THE TRUSTEE OR THE COURT BELIEVE THAT YOU HAVE AN ADMIN CLAIM. YOU SHOULD NOT FILE AN ADMINISTRATIVE PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTOR OR ITS ESTATE. YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE AN ADMINISTRATIVE PROOF OF CLAIM. THE ATTORNEYS FOR THE CHAPTER 7 TRUSTEE ARE NOT AUTHORIZED TO PROVIDE YOU WITH ANY LEGAL ADVICE.**

If you have any questions relating to this *Notice*, please contact counsel to the Trustee, Marshack Hays LLP, Attention: D. Edward Hays and Laila Masud, at 949-333-7777 or by e-mail at ehays@marshackhays.com and lmasud@marshackhays.com.

DATED: July 11, 2022                    MARSHACK HAYS LLP

By: _____
D. EDWARD HAYS
LAILA MASUD
Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA RE: EXHIBT "1" IN SUPPORT OF MOTION TO (1) SET A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS, INCLUDING CLAIMS UNDER 11 U.S.C. § 503(b); AND (2) APPROVE THE FORM, MANNER, AND SUFFICIENCY OF THE NOTICE THEREO**F will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 11, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **July 11, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| MAIL REDIRECTED TO TRUSTEE DEBTOR | MAIL REDIRECTED TO TRUSTEE DEBTOR | MAIL REDIRECTED TO TRUSTEE DEBTOR |
|---|---|---|
| RUBY'S DINER, INC., A CALIFORNIA CORPOR | RUBY'S HUNTINGTON BEACH, LTD., A CALIF | RUBY'S OCEANSIDE LTD, A CALIFORNIA |
| ~~4100 MACARTHUR BLVD. SUITE 310~~ | ~~4100 MACARTHUR BLVD STE 310~~ | ~~4100 MACARTHUR BLVD. STE 310~~ |
| ~~NEWPORT BEACH, CA 92660-2050~~ | ~~NEWPORT BEACH, CA 92660-2050~~ | ~~NEWPORT BEACH, CA 92660-2050~~ |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 11, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson – via personal delivery
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5-097
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 11, 2022 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Leo A Bautista    leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com
- Christopher Dale Beatty    cbeatty@millerbarondess.com, aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com
- Stephen C Biggs    sbiggs@smith-lc.com, kdavenport@smith-lc.com
- George B Blackmar    gblackmar@bpslaw.net
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- John S Clifford    JCLIFFORD@SMITH-LC.COM
- David P Crochetiere    dcrochetiere@bautelaw.com, hwells@bautelaw.com
- David P Crochetiere    , hwells@bautelaw.com
- Ashleigh A Danker    adanker731@gmail.com
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Laura E Dolan    laura.blome@sdcounty.ca.gov, odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Eric J Fromme    efromme@tocounsel.com, stena@tocounsel.com
- Maria L Garcia    Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- Alastair M Gesmundo    agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- David M. Guess    dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Samy Henein    samyhenein@aol.com, az@suppalaw.com
- Garrick A Hollander    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- David S Kupetz    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- William N Lobel    wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Jessica G McKinlay    mckinlay.jessica@dorsey.com
- Malcolm D Minnick    dminnick@pillsburylaw.com, m.minnick@comcast.net
- Aviram Edward Muhtar    aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- SAMUEL A. SCHWARTZ    saschwartz@nvfirm.com, ECF@nvfirm.com
- Steven C Smith    ssmith@smith-lc.com, kcanaan@smith-lc.com
- Valerie Smith    claims@recoverycorp.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

- Lawrence Treglia    ltreglia@murtaughlaw.com, lhull@murtaughlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Matthew S Walker    matthewswalker1@gmail.com, renee.evans@pillsburylaw.com,
- Corey R Weber    cweber@bg.law, ecf@bg.law
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Claire K Wu    claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**