LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
CHRISTOPHER D. BEATTY (State Bar No. 266466)
cbeatty@millerbarondess.com
JAMIE D. VOGEL (State Bar No. 307810)
jvogel@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Special Litigation Counsel for Plaintiff and
Chapter 7 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**JUL 20 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>Debtor.<br><br>Affects:<br>☐     ALL DEBTORS<br>☒     RUBY'S DINER, INC., ONLY<br>☐     RUBY'S SOCAL, DINERS, LLC, ONLY<br>☐     RUBY'S QUALITY DINERS, LLC, ONLY<br>☐     RUBY'S HUNTINGTON BEACH, LTD. ONLY<br>☐     RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐     RUBY'S OCEANSIDE, LTD, ONLY<br>☐     RUBY'S PALM SPRINGS, LTD. ONLY | CASE NO. 8:18-bk-13311-SC[1]<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE RICHARD A. MARSHACK'S MOTION TO (1) APPROVE COMPROMISE OF D&O LITIGATION; (2) AUTHORIZE PAYMENT OF CONTINGENCY FEE AND COSTS TO SPECIAL COUNSEL; AND (3) PERMIT PAYMENT TO RFS ESTATE**<br><br>Date:      July 12, 2022<br>Time:     11:00 a.m.<br>Ctrm:     5C<br>Address: 411 West Fourth St.<br>              Suite 5130<br>              Santa Ana, CA 92701<br><br>[UNOPPOSED MOTION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)] |

---

[1] (Jointly Administered with Case Nos. 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC).

570422.1

## ORDER

The Court has read and considered the motion ("Motion") (Dkt. No. 1206) brought by Richard A. Marshack, in his capacity as Chapter 7 Trustee for the lead bankruptcy case, Ruby's Diner, Inc., 8:18-bk-13311-SC ("RDI"), seeking an order: (1) approving his settlement agreement ("Agreement") with Defendants Douglas Cavanaugh, Ralph Kosmides, Beachcomber Management Crystal Cove, LLC, Lighthouse Café, LLC, Beachcomber at Crystal Cove, LLC, and Shake Shack Crystal Cove, LLC (collectively, "Defendants"), which settles and resolves the claims asserted by Trustee against Defendants in adversary proceeding Case No. 8:21-ap-01014-TA ("Adversary"); (2) approving payment of contingency fee to special counsel, Miller Barondess LLP; and (3) approving payment of 10% of the net recovery to the Estate of Ruby's Franchise Systems, Inc. ("RFS").

Per the Court's tentative ruling, no party filed an opposition to the Motion, and as such, it is unopposed. The Court finds, based on the Amended Proof of Service (Dkt. No. 1212) that the Motion was duly served via United States Mail on May 11, 2022 on all interested parties. Accordingly, and good cause appearing to grant the same, the Court enters its Order as follows:

**IT IS ORDERED**:

1. The Motion for Approval is **GRANTED**;

2. The Agreement attached as **Exhibit A** to the Declaration of Richard A. Marshack in Support of the Motion (Dkt. No. 1208) is **APPROVED**;

3. Trustee is authorized to provide the releases of claims specified in the Agreement;

4. Trustee is authorized to immediately pay $60,948.38 for reimbursement of costs and $1,151,387.03 (the 33% contingency fee outlined in the Court's October 9, 2020 Order) to Miller Barondess, LLP upon receipt of the settlement funds of $3,550,000;

570422.1

2

ORDER GRANTING MARSHACK'S MOTION TO APPROVE COMPROMISE; AUTHORIZE PAYMENT OF CONTINGENCY FEE AND COSTS; AND PERMIT PAYMENT TO RFS ESTATE

5. Trustee is authorized to immediately pay the 33% contingency fee outlined in the Court's October 9, 2020 Order to Miller Barondess, LLP upon receipt of any further recovery on account of the claims assigned to the Trustee against Scottsdale Insurance Company. Upon receipt of any such further recoveries, Trustee will file a statement of receipts and disbursement of the associated contingency fee;

6. Trustee is authorized to pay $233,766.46 (10% of the net recoveries in this matter after receipt of the $3,550,000 in settlement funds and associated payments to Miller Barondess, LLP) to the Estate of Ruby's Franchise Systems, Inc., pursuant to the Court's Order Approving Compromise with respect to the same entered on February 25, 2021 (Dkt. No. 1042);

7. This Court retains jurisdiction to enforce, interpret, and implement the requirements and obligations of the parties pursuant to the Agreement.

###

Date: July 20, 2022

Scott C. Clarkson
United States Bankruptcy Judge

570422.1

3

ORDER GRANTING MARSHACK'S MOTION TO APPROVE COMPROMISE; AUTHORIZE PAYMENT OF CONTINGENCY FEE AND COSTS; AND PERMIT PAYMENT TO RFS ESTATE