United States Bankruptcy Court

Central District of California

In re:  Case No. 18-13311-SC

Ruby's Diner, Inc., a California co  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 6

Date Rcvd: Jul 20, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruby's Diner, Inc., a California corporation, 4100 MacArthur Blvd., Suite 310, Newport Beach, CA 92660-2050 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Davis | on behalf of Creditor US Foods Inc. aaron.davis@bryancave.com, kat.flaherty@bryancave.com |
| Alan J Friedman | on behalf of Interested Party Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Creditor Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Interested Party Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Attorney Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alastair M Gesmundo | on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP agesmundo@wghlawyers.com, jmartinez@wghlawyers.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 6 |
| Date Rcvd: Jul 20, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Ashleigh A Danker
    on behalf of Interested Party Peter Mastan adanker731@gmail.com

Ashleigh A Danker
    on behalf of Interested Party Courtesy NEF adanker731@gmail.com

Aviram Edward Muhtar
    on behalf of Defendant Douglas Cavanaugh aviram.muhtar@lewisbrisbois.com  Nancy.Jasso@lewisbrisbois.com

Aviram Edward Muhtar
    on behalf of Interested Party Courtesy NEF aviram.muhtar@lewisbrisbois.com  Nancy.Jasso@lewisbrisbois.com

Aviram Edward Muhtar
    on behalf of Defendant Ralph Kosmides aviram.muhtar@lewisbrisbois.com  Nancy.Jasso@lewisbrisbois.com

Aviram Edward Muhtar
    on behalf of Defendant Beachcomber Management Crystal Cove  LLC aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com

Carol Chow
    on behalf of Interested Party Ralph Kosmides carol.chow@ffslaw.com  easter.santamaria@ffslaw.com

Carol Chow
    on behalf of Interested Party Douglas Cavanaugh carol.chow@ffslaw.com  easter.santamaria@ffslaw.com

Caroline Djang
    on behalf of Interested Party Courtesy NEF cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Christopher Celentino
    on behalf of Interested Party Peter Mastan chris.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Dale Beatty
    on behalf of Plaintiff Richard A. Marshack cbeatty@millerbarondess.com  aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com

Christopher Dale Beatty
    on behalf of Trustee Richard A Marshack (TR) cbeatty@millerbarondess.com  aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com

Christopher Dale Beatty
    on behalf of Interested Party Courtesy NEF cbeatty@millerbarondess.com  aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com

Christopher K.S. Wong
    on behalf of Interested Party Courtesy NEF christopher.wong@arentfox.com  yvonne.li@arentfox.com

Claire K Wu
    on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP claire.wu@pillsburylaw.com  irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

Corey R Weber
    on behalf of Interested Party Courtesy NEF cweber@bg.law  ecf@bg.law

Corey R Weber
    on behalf of Creditor City of Huntington Beach cweber@bg.law  ecf@bg.law

Craig G Margulies
    on behalf of Interested Party Casbure Management  LLC Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
    on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com  Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Financial Advisor GlassRatner Advisory & Capital Group  LLC ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David M. Guess
    on behalf of Interested Party Opus Bank dguess@buchalter.com  david-guess-9268@ecf.pacerpro.com

David M. Guess
    on behalf of Creditor Opus Bank dguess@buchalter.com  david-guess-9268@ecf.pacerpro.com

David P Crochetiere

Case 8:18-bk-13311-SC    Doc 1237    Filed 07/22/22    Entered 07/22/22 21:14:41    Desc
Imaged Certificate of Notice    Page 3 of 9

| District/off: 0973-8 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF dcrochetiere@bautelaw.com hwells@bautelaw.com |
| David P Crochetiere | |
| | on behalf of Interested Party Douglas Cavanaugh hwells@bautelaw.com |
| David P Crochetiere | |
| | on behalf of Interested Party Ralph Kosmides dcrochetiere@bautelaw.com hwells@bautelaw.com |
| David S Kupetz | |
| | on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com |
| Dustin P Branch | |
| | on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com |
| Eric J Fromme | |
| | on behalf of Interested Party Ruby's Franchise Systems Inc., a California Corporation efromme@tocounsel.com, stena@tocounsel.com |
| Ernie Zachary Park | |
| | on behalf of Creditor The Irvine Company ernie.park@bewleylaw.com |
| Garrick A Hollander | |
| | on behalf of Creditor Committee Winthrop Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| George B Blackmar | |
| | on behalf of Attorney George B Blackmar gblackmar@bpslaw.net |
| Jeffrey P Nolan | |
| | on behalf of Debtor Ruby's Diner Inc., a California corporation jnolan@pszjlaw.com |
| Jeffrey W Broker | |
| | on behalf of Interested Party Jeffrey W. Broker jbroker@brokerlaw.biz |
| Jessica G McKinlay | |
| | on behalf of Creditor Opus Bank mckinlay.jessica@dorsey.com |
| John S Clifford | |
| | on behalf of Defendant Beachcomber at Crystal Cove LLC JCLIFFORD@SMITH-LC.COM |
| John S Clifford | |
| | on behalf of Defendant Lighthouse Cafe LLC JCLIFFORD@SMITH-LC.COM |
| John S Clifford | |
| | on behalf of Defendant Shake Shack Crystal Cove LLC JCLIFFORD@SMITH-LC.COM |
| Laila Masud | |
| | on behalf of Special Counsel Fitzgerald & Mule LLP lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Financial Advisor Glassratner Advisory & Capital Group LLC lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Attorney Marshack Hays LLP lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laura E Dolan | |
| | on behalf of Creditor San Diego County Treasurer-Tax Collector laura.blome@sdcounty.ca.gov odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov |
| Lawrence Treglia, Jr | |
| | on behalf of Defendant Ralph Kosmides ltreglia@murtaughlaw.com lhull@murtaughlaw.com |
| Lawrence Treglia, Jr | |

| District/off: 0973-8 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Defendant Douglas Cavanaugh ltreglia@murtaughlaw.com lhull@murtaughlaw.com

Leo A Bautista
on behalf of Defendant Beachcomber Management Crystal Cove LLC leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com

Leo A Bautista
on behalf of Defendant Douglas Cavanaugh leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com

Leo A Bautista
on behalf of Interested Party Douglas Cavanaugh leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com

Leo A Bautista
on behalf of Defendant Ralph Kosmides leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com

Leo A Bautista
on behalf of Interested Party Ralph Kosmides leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com

Lillian Jordan
on behalf of Interested Party Courtesy NEF ENOTICES@DONLINRECANO.COM RMAPA@DONLINRECANO.COM

Lillian Jordan
on behalf of Other Professional Donlin Recano & Company Inc. ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM

Malcolm D Minnick
on behalf of Interested Party Courtesy NEF dminnick@pillsburylaw.com m.minnick@comcast.net

Malcolm D Minnick
on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP dminnick@pillsburylaw.com m.minnick@comcast.net

Maria L Garcia
on behalf of Defendant Beachcomber Management Crystal Cove LLC Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com

Maria L Garcia
on behalf of Defendant Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com

Maria L Garcia
on behalf of Interested Party Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com

Maria L Garcia
on behalf of Defendant Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com

Maria L Garcia
on behalf of Interested Party Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com

Matthew S Walker
on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP matthewswalker1@gmail.com renee.evans@pillsburylaw.com,

Matthew S Walker
on behalf of Interested Party Courtesy NEF matthewswalker1@gmail.com renee.evans@pillsburylaw.com,

Michael J Hauser
on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Richard A Marshack (TR)
pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Rika Kido
on behalf of Creditor Steven L Craig rkido@shulmanbastian.com avernon@shulmanbastian.com

Robert S Marticello
on behalf of Interested Party Courtesy NEF Rmarticello@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello
on behalf of Creditor SUNRISE PRODUCE INC. Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello
on behalf of Interested Party Lowey Enterprises d/b/a Sunrise Produce a California corporation Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello
on behalf of Creditor Family Tree Produce Inc. Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

SAMUEL A. SCHWARTZ

Case 8:18-bk-13311-SC    Doc 1237    Filed 07/22/22    Entered 07/22/22 21:14:41    Desc
Imaged Certificate of Notice    Page 5 of 9

| District/off: 0973-8 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF saschwartz@nvfirm.com ECF@nvfirm.com |
| SAMUEL A. SCHWARTZ | on behalf of Interested Party Casbure Management LLC saschwartz@nvfirm.com, ECF@nvfirm.com |
| Samy Henein | on behalf of Creditor Marvi Land samyhenein@aol.com az@suppalaw.com |
| Sharon Z. Weiss | on behalf of Creditor US Foods Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Stephen C Biggs | on behalf of Defendant Shake Shack Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com |
| Stephen C Biggs | on behalf of Defendant Lighthouse Cafe LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com |
| Stephen C Biggs | on behalf of Defendant Beachcomber at Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com |
| Steven C Smith | on behalf of Defendant Lighthouse Cafe LLC ssmith@smith-lc.com, kcanaan@smith-lc.com |
| Steven C Smith | on behalf of Defendant Shake Shack Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com |
| Steven C Smith | on behalf of Defendant Beachcomber at Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com |
| Steven T Gubner | on behalf of Interested Party Courtesy NEF sgubner@bg.law ecf@bg.law |
| Thomas J Polis | on behalf of Creditor Grit Development Agent for Plaza Mercado, LLC tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com |
| Tinho Mang | on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| Tinho Mang | on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| Todd C. Ringstad | on behalf of Interested Party Interested Party becky@ringstadlaw.com arlene@ringstadlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |
| William N Lobel | on behalf of Debtor Ruby's Quality Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Debtor Ruby's Huntington Beach Ltd., a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Debtor Ruby's SoCal Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Debtor Ruby's Palm Springs Ltd., a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Debtor Ruby's Laguna Hills Ltd. a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Creditor Opus Bank wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP wlobel@tocounsel.com |

District/off: 0973-8 | User: admin | Page 6 of 6
Date Rcvd: Jul 20, 2022 | Form ID: pdf042 | Total Noticed: 1

stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel

on behalf of Debtor Ruby's Oceanside Ltd. a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel

on behalf of Debtor Ruby's Diner Inc., a California corporation wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

TOTAL: 106

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
CHRISTOPHER D. BEATTY (State Bar No. 266466)
cbeatty@millerbarondess.com
JAMIE D. VOGEL (State Bar No. 307810)
jvogel@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Special Litigation Counsel for Plaintiff and
Chapter 7 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**JUL 20 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>Debtor.<br><br>Affects:<br>☐ ALL DEBTORS<br>☒ RUBY'S DINER, INC., ONLY<br>☐ RUBY'S SOCAL, DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br>☐ RUBY'S HUNTINGTON BEACH, LTD. ONLY<br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐ RUBY'S OCEANSIDE, LTD, ONLY<br>☐ RUBY'S PALM SPRINGS, LTD. ONLY | CASE NO. 8:18-bk-13311-SC[1]<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE RICHARD A. MARSHACK'S MOTION TO (1) APPROVE COMPROMISE OF D&O LITIGATION; (2) AUTHORIZE PAYMENT OF CONTINGENCY FEE AND COSTS TO SPECIAL COUNSEL; AND (3) PERMIT PAYMENT TO RFS ESTATE**<br><br>Date:     July 12, 2022<br>Time:     11:00 a.m.<br>Ctrm:     5C<br>Address: 411 West Fourth St.<br>              Suite 5130<br>              Santa Ana, CA 92701<br><br>[UNOPPOSED MOTION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)] |

---

[1] (Jointly Administered with Case Nos. 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC).

570422.1

ORDER GRANTING MARSHACK'S MOTION TO APPROVE COMPROMISE; AUTHORIZE PAYMENT OF
CONTINGENCY FEE AND COSTS; AND PERMIT PAYMENT TO RFS ESTATE

**ORDER**

The Court has read and considered the motion ("Motion") (Dkt. No. 1206) brought by Richard A. Marshack, in his capacity as Chapter 7 Trustee for the lead bankruptcy case, Ruby's Diner, Inc., 8:18-bk-13311-SC ("RDI"), seeking an order: (1) approving his settlement agreement ("Agreement") with Defendants Douglas Cavanaugh, Ralph Kosmides, Beachcomber Management Crystal Cove, LLC, Lighthouse Café, LLC, Beachcomber at Crystal Cove, LLC, and Shake Shack Crystal Cove, LLC (collectively, "Defendants"), which settles and resolves the claims asserted by Trustee against Defendants in adversary proceeding Case No. 8:21-ap-01014-TA ("Adversary"); (2) approving payment of contingency fee to special counsel, Miller Barondess LLP; and (3) approving payment of 10% of the net recovery to the Estate of Ruby's Franchise Systems, Inc. ("RFS").

Per the Court's tentative ruling, no party filed an opposition to the Motion, and as such, it is unopposed. The Court finds, based on the Amended Proof of Service (Dkt. No. 1212) that the Motion was duly served via United States Mail on May 11, 2022 on all interested parties. Accordingly, and good cause appearing to grant the same, the Court enters its Order as follows:

**IT IS ORDERED**:

1. The Motion for Approval is **GRANTED**;

2. The Agreement attached as **Exhibit A** to the Declaration of Richard A. Marshack in Support of the Motion (Dkt. No. 1208) is **APPROVED**;

3. Trustee is authorized to provide the releases of claims specified in the Agreement;

4. Trustee is authorized to immediately pay $60,948.38 for reimbursement of costs and $1,151,387.03 (the 33% contingency fee outlined in the Court's October 9, 2020 Order) to Miller Barondess, LLP upon receipt of the settlement funds of $3,550,000;

570422.1

2

5. Trustee is authorized to immediately pay the 33% contingency fee outlined in the Court's October 9, 2020 Order to Miller Barondess, LLP upon receipt of any further recovery on account of the claims assigned to the Trustee against Scottsdale Insurance Company. Upon receipt of any such further recoveries, Trustee will file a statement of receipts and disbursement of the associated contingency fee;

6. Trustee is authorized to pay $233,766.46 (10% of the net recoveries in this matter after receipt of the $3,550,000 in settlement funds and associated payments to Miller Barondess, LLP) to the Estate of Ruby's Franchise Systems, Inc., pursuant to the Court's Order Approving Compromise with respect to the same entered on February 25, 2021 (Dkt. No. 1042);

7. This Court retains jurisdiction to enforce, interpret, and implement the requirements and obligations of the parties pursuant to the Agreement.

###

Date: July 20, 2022

Scott C. Clarkson
United States Bankruptcy Judge

570422.1

3

ORDER GRANTING MARSHACK'S MOTION TO APPROVE COMPROMISE; AUTHORIZE PAYMENT OF CONTINGENCY FEE AND COSTS; AND PERMIT PAYMENT TO RFS ESTATE