D. EDWARD HAYS, #162507
ehays@marshackhays.com
KRISTINE A. THAGARD, #94401
kthagard@marshackhays,com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**AUG 17 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte         DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>            Debtor.<br><br>Affects:<br><br>☐    ALL DEBTORS<br>☒    RUBY'S DINER, INC., ONLY<br>☐    RUBY'S SOCAL, DINERS, LLC, ONLY<br>☐    RUBY'S QUALITY DINERS, LLC, ONLY<br>☐    RUBY'S HUNTINGTON BEACH, LTD. ONLY<br>☐    RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐    RUBY'S OCEANSIDE, LTD, ONLY<br>☐    RUBY'S PALM SPRINGS, LTD. ONLY | Case No. 8:18-bk-13311-SC<br><br>Chapter 7<br><br>(Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC)<br><br>ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF PROCEDURES TO CONFIRM THE IDENTIFICATION OF AND AMOUNTS OWED TO EACH SECURED NOTEHOLDER<br><br>[MOTION FILED AS DK. NO. 1238]<br><br>Date: August 16, 2022<br>Time: 11:00 a.m.<br>Courtroom: 5C<br>Location: 411 West Fourth Street, Santa Ana, CA 92701-4593 |

1

4860-3979-3710V.1-1015-134

A hearing was held on August 16, 2022, at 11:00 a.m., before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California, in Courtroom 5C, located at 411 West Fourth Street, Santa Ana, CA, on Richard A. Marshack's, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California corporation ("RDI"),[1] motion ("Motion")[2] for order approving procedures to confirm the identification of and amounts owed to each secured noteholder ("Secured Noteholders"), filed on July 26, 2022, as Dk. No. 1238. No appearances were made because the parties submitted on the Court's posted tentative ruling.

The Court having read and considered the Motion, and Declarations of Richard A. Marshack, Kristine A. Thagard, and Kathleen Frederick in support, and for the reasons set forth in the Motion, and the tentative ruling, which is attached as Exhibit 1, the Court enters its Order as follows:

IT IS ORDERED that the Motion is granted as modified by the tentative ruling, and Trustee is authorized as follows:

1. Any party-in-interest who believes that the Exhibit 1, which is attached to the Motion, List of Secured Noteholders does not accurately identify all such secured creditors and the amounts of their claims shall have 60 days from the date of the service of entry of this order approving the Motion to serve on Trustee's counsel (listed in the upper left corner of the 1st page) the form attached as Exhibit "2" to the Marshack Decl., which is attached to the Motion, together with all supporting evidence;

2. If the Trustee receives any response necessitating a hearing, the Trustee shall utilize the Court's self-set calendar and file and serve on all interested parties, at least 21 days prior to the hearing, his reply and proposed resolution.

---

[1] The RDI case is jointly administered with the following associated bankruptcy cases: (a) 8:18-bk-13197-SC – Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal"); (b) 8:18-bk-13198-SC - Ruby Quality Diners, LLC., a Delaware limited liability company ("Quality"); (c) 8:18-bk-13199-SC – Ruby's Huntington Beach, Ltd., a California limited partnership ("RHB"); (d) 8:18-bk-13200-SC – Ruby's Laguna Hills, Ltd., a California limited partnership ("RLH"); (e) 8:18-bk-13201-SC – Ruby's Oceanside Ltd., a California limited partnership ("RO"); and (f) 8:18-bk-13202-SC – Ruby's Palm Springs, Ltd., a California limited partnership ("RPS").

[2] All capitalized terms not defined herein shall have the same definition as in the Motion.

2

4860-3979-3710V.1-1015-134

3. Any party that does not agree with Trustee's proposed resolution of any dispute may file a response by no later than 7 days prior to the hearing and shall appear at the hearing and present their evidence and argument to the Court; and

4. Once Trustee has a final list of the Secured Noteholders approved by this Court, he will file a separate motion seeking authorization to make interim distributions to such parties.

###

Date: August 17, 2022

Scott C. Clarkson
United States Bankruptcy Judge

3

4860-3979-3710V.1-1015-134

# United States Bankruptcy Court
# Central District of California
Santa Ana
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

**Tuesday, August 16, 2022**                                                                 Hearing Room    **5C**

<u>11:00 AM</u>
**8:18-13311**    **Ruby's Diner, Inc., a California corporation**                                       Chapter 7

**#7.10**
Hearing RE:  Trustee's Motion For Approval Of Procedures To Confirm The Identification Of And Amounts Owed To Each Secured Noteholder (Motion filed 7/26/2022)

Docket    1238

**Tentative Ruling:**

Tentative for 8/16/22:

The Motion is GRANTED, with the following modifications:

1.    Any party-in-interest who believes that the Exhibit 1 List of Secured Noteholders does not accurately identify all such secured creditors and the amounts of their claims shall have 60 days from the date of the service of entry of the order approving this Motion to serve on Trustee's counsel (listed in the upper left corner of the 1st page) the form attached as Exhibit "2" to the Marshack Decl., together with all supporting evidence;

2.    If the Trustee receives any response necessitating a hearing, the Trustee shall utilize the Court's self-set calendar and file and serve on all interested parties, at least 21 days prior to the hearing, his reply and proposed resolution.

3.    Any party that does not agree with Trustee's proposed resolution of any dispute may file a response by no later than 7 days prior to the hearing and shall appear at the hearing and present their evidence and argument to the Court; and

4.    Once Trustee has a final list of the Secured Noteholders approved by this Court, he will file a separate motion seeking authorization to make interim distributions to such parties.

Note: This matter appears to be uncontested. Accordingly, no court appearance by Movant is required if Movant agrees with the foregoing.

# United States Bankruptcy Court
# Central District of California
Santa Ana
Scott Clarkson, Presiding
Courtroom 5C Calendar

**Tuesday, August 16, 2022**                                    Hearing Room        5C

11:00 AM
**CONT...**     **Ruby's Diner, Inc., a California corporation**                          **Chapter 7**

Should an opposing party file a late opposition or appear at the hearing, the Court will determine whether further hearing is required and Movant will be so notified.

The courtroom will be locked; parties wishing to make an appearance must do so by Zoom for Government, a free service that provides audioconference capabilities, using the following information.

Audioconference Tel. No.: +1 (669) 254 5252 or +1 (646) 828 7666

Meeting ID:            161 599 6641

Password:              975484

Parties making telephonic appearances are reminded to have all relevant filings/information easily accessible during the hearing.

Movant to lodge an order within seven (7) days.

|  Party Information  |
|---|

**Debtor(s):**

   Ruby's Diner, Inc., a California        Represented By
                                                   William N Lobel
                                                   Jeffrey P Nolan

**Trustee(s):**

   Richard A Marshack (TR)                Represented By
                                                   Laila  Masud
                                                   D Edward Hays
                                                   Tinho  Mang
                                                   Christopher Dale Beatty