United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 18-13311-SC |
| Ruby's Diner, Inc., a California co | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 6 |
| Date Rcvd: Aug 17, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ruby's Diner, Inc., a California corporation, 4100 MacArthur Blvd., Suite 310, Newport Beach, CA 92660-2050 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 19, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Davis | on behalf of Creditor US Foods Inc. aaron.davis@bryancave.com, kat.flaherty@bryancave.com |
| Alan J Friedman | on behalf of Interested Party Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Creditor Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Interested Party Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Attorney Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alastair M Gesmundo | on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP agesmundo@wghlawyers.com, |

District/off: 0973-8 | User: admin | Page 2 of 6
Date Rcvd: Aug 17, 2022 | Form ID: pdf042 | Total Noticed: 1

jmartinez@wghlawyers.com

Ashleigh A Danker
on behalf of Interested Party Peter Mastan adanker731@gmail.com

Ashleigh A Danker
on behalf of Interested Party Courtesy NEF adanker731@gmail.com

Aviram Edward Muhtar
on behalf of Defendant Douglas Cavanaugh aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com

Aviram Edward Muhtar
on behalf of Interested Party Courtesy NEF aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com

Aviram Edward Muhtar
on behalf of Defendant Ralph Kosmides aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com

Aviram Edward Muhtar
on behalf of Defendant Beachcomber Management Crystal Cove LLC aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com

Carol Chow
on behalf of Interested Party Ralph Kosmides carol.chow@ffslaw.com easter.santamaria@ffslaw.com

Carol Chow
on behalf of Interested Party Douglas Cavanaugh carol.chow@ffslaw.com easter.santamaria@ffslaw.com

Caroline Djang
on behalf of Interested Party Courtesy NEF cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Christopher Celentino
on behalf of Interested Party Peter Mastan chris.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Dale Beatty
on behalf of Interested Party Courtesy NEF cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com

Christopher Dale Beatty
on behalf of Plaintiff Richard A. Marshack cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com

Christopher Dale Beatty
on behalf of Trustee Richard A Marshack (TR) cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com

Christopher K.S. Wong
on behalf of Interested Party Courtesy NEF christopher.wong@arentfox.com yvonne.li@arentfox.com

Claire K Wu
on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP claire.wu@pillsburylaw.com irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

Corey R Weber
on behalf of Interested Party Courtesy NEF cweber@bg.law ecf@bg.law

Corey R Weber
on behalf of Creditor City of Huntington Beach cweber@bg.law ecf@bg.law

Craig G Margulies
on behalf of Interested Party Casbure Management LLC Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

D Edward Hays
on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David M Goodrich
on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com

David M Goodrich

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 6 |
| Date Rcvd: Aug 17, 2022 | Form ID: pdf042 | Total Noticed: 1 |

|   |   |
|---|---|
| | on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com |
| David M. Guess | |
| | on behalf of Interested Party Opus Bank dguess@buchalter.com david-guess-9268@ecf.pacerpro.com |
| David M. Guess | |
| | on behalf of Creditor Opus Bank dguess@buchalter.com david-guess-9268@ecf.pacerpro.com |
| David P Crochetiere | |
| | on behalf of Interested Party Courtesy NEF dcrochetiere@bautelaw.com hwells@bautelaw.com |
| David P Crochetiere | |
| | on behalf of Interested Party Douglas Cavanaugh hwells@bautelaw.com |
| David P Crochetiere | |
| | on behalf of Interested Party Ralph Kosmides dcrochetiere@bautelaw.com hwells@bautelaw.com |
| David S Kupetz | |
| | on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com |
| Dustin P Branch | |
| | on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com |
| Eric J Fromme | |
| | on behalf of Interested Party Ruby's Franchise Systems Inc., a California Corporation efromme@tocounsel.com, stena@tocounsel.com |
| Ernie Zachary Park | |
| | on behalf of Creditor The Irvine Company ernie.park@bewleylaw.com |
| Garrick A Hollander | |
| | on behalf of Creditor Committee Winthrop Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| George B Blackmar | |
| | on behalf of Attorney George B Blackmar gblackmar@bpslaw.net |
| Jeffrey P Nolan | |
| | on behalf of Debtor Ruby's Diner Inc., a California corporation jnolan@pszjlaw.com |
| Jeffrey W Broker | |
| | on behalf of Interested Party Jeffrey W. Broker jbroker@brokerlaw.biz |
| Jessica G McKinlay | |
| | on behalf of Creditor Opus Bank mckinlay.jessica@dorsey.com |
| John S Clifford | |
| | on behalf of Defendant Beachcomber at Crystal Cove LLC JCLIFFORD@SMITH-LC.COM |
| John S Clifford | |
| | on behalf of Defendant Lighthouse Cafe LLC JCLIFFORD@SMITH-LC.COM |
| John S Clifford | |
| | on behalf of Defendant Shake Shack Crystal Cove LLC JCLIFFORD@SMITH-LC.COM |
| Laila Masud | |
| | on behalf of Special Counsel Fitzgerald & Mule LLP lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Financial Advisor Glassratner Advisory & Capital Group LLC lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Attorney Marshack Hays LLP lmasud@marshackhays.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 6 |
| Date Rcvd: Aug 17, 2022 | Form ID: pdf042 | Total Noticed: 1 |

lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laura E Dolan

on behalf of Creditor San Diego County Treasurer-Tax Collector laura.blome@sdcounty.ca.gov odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov

Lawrence Treglia, Jr

on behalf of Defendant Ralph Kosmides ltreglia@murtaughlaw.com  lhull@murtaughlaw.com

Lawrence Treglia, Jr

on behalf of Defendant Douglas Cavanaugh ltreglia@murtaughlaw.com  lhull@murtaughlaw.com

Leo A Bautista

on behalf of Defendant Beachcomber Management Crystal Cove  LLC leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com

Leo A Bautista

on behalf of Defendant Douglas Cavanaugh leo.bautista@lewisbrisbois.com  Sondra.Sweeney@lewisbrisbois.com

Leo A Bautista

on behalf of Interested Party Douglas Cavanaugh leo.bautista@lewisbrisbois.com  Sondra.Sweeney@lewisbrisbois.com

Leo A Bautista

on behalf of Defendant Ralph Kosmides leo.bautista@lewisbrisbois.com  Sondra.Sweeney@lewisbrisbois.com

Leo A Bautista

on behalf of Interested Party Ralph Kosmides leo.bautista@lewisbrisbois.com  Sondra.Sweeney@lewisbrisbois.com

Lillian Jordan

on behalf of Interested Party Courtesy NEF ENOTICES@DONLINRECANO.COM  RMAPA@DONLINRECANO.COM

Lillian Jordan

on behalf of Other Professional Donlin Recano & Company  Inc. ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM

Malcolm D Minnick

on behalf of Interested Party Courtesy NEF dminnick@pillsburylaw.com  m.minnick@comcast.net

Malcolm D Minnick

on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP dminnick@pillsburylaw.com  m.minnick@comcast.net

Maria L Garcia

on behalf of Defendant Beachcomber Management Crystal Cove  LLC Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com

Maria L Garcia

on behalf of Defendant Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com  Nancy.jasso@lewisbrisbois.com

Maria L Garcia

on behalf of Interested Party Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com  Nancy.jasso@lewisbrisbois.com

Maria L Garcia

on behalf of Defendant Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com  Nancy.jasso@lewisbrisbois.com

Maria L Garcia

on behalf of Interested Party Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com  Nancy.jasso@lewisbrisbois.com

Matthew S Walker

on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP matthewswalker1@gmail.com  renee.evans@pillsburylaw.com,

Matthew S Walker

on behalf of Interested Party Courtesy NEF matthewswalker1@gmail.com  renee.evans@pillsburylaw.com,

Michael J Hauser

on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Richard A Marshack (TR)

pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow

on behalf of Creditor Committee Winthrop Couchot Golubow Hollander  LLP rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Rika Kido

on behalf of Creditor Steven L Craig rkido@shulmanbastian.com  avernon@shulmanbastian.com

Robert S Marticello

on behalf of Creditor Family Tree Produce  Inc. Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello

on behalf of Interested Party Courtesy NEF Rmarticello@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

District/off: 0973-8 | User: admin | Page 5 of 6
Date Rcvd: Aug 17, 2022 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| Robert S Marticello | on behalf of Creditor SUNRISE PRODUCE INC. Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| Robert S Marticello | on behalf of Interested Party Lowey Enterprises d/b/a Sunrise Produce a California corporation Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| SAMUEL A. SCHWARTZ | on behalf of Interested Party Courtesy NEF saschwartz@nvfirm.com ECF@nvfirm.com |
| SAMUEL A. SCHWARTZ | on behalf of Interested Party Casbure Management LLC saschwartz@nvfirm.com, ECF@nvfirm.com |
| Samy Henein | on behalf of Creditor Marvi Land samyhenein@aol.com az@suppalaw.com |
| Sharon Z. Weiss | on behalf of Creditor US Foods Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Stephen C Biggs | on behalf of Defendant Shake Shack Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com |
| Stephen C Biggs | on behalf of Defendant Lighthouse Cafe LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com |
| Stephen C Biggs | on behalf of Defendant Beachcomber at Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com |
| Steven C Smith | on behalf of Defendant Lighthouse Cafe LLC ssmith@smith-lc.com, kcanaan@smith-lc.com |
| Steven C Smith | on behalf of Defendant Shake Shack Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com |
| Steven C Smith | on behalf of Defendant Beachcomber at Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com |
| Steven T Gubner | on behalf of Interested Party Courtesy NEF sgubner@bg.law ecf@bg.law |
| Thomas J Polis | on behalf of Creditor Grit Development Agent for Plaza Mercado, LLC tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com |
| Tinho Mang | on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| Tinho Mang | on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| Todd C. Ringstad | on behalf of Interested Party Interested Party becky@ringstadlaw.com arlene@ringstadlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |
| William N Lobel | on behalf of Debtor Ruby's Quality Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Debtor Ruby's Huntington Beach Ltd., a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Debtor Ruby's SoCal Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Debtor Ruby's Palm Springs Ltd., a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Debtor Ruby's Laguna Hills Ltd. a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |

District/off: 0973-8 | User: admin | Page 6 of 6
Date Rcvd: Aug 17, 2022 | Form ID: pdf042 | Total Noticed: 1

William N Lobel
    on behalf of Creditor Opus Bank wlobel@tocounsel.com  stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Financial Advisor GlassRatner Advisory & Capital Group  LLC wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Attorney Pachulski Stang Ziehl & Jones LLP wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Debtor Ruby's Oceanside Ltd.  a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Debtor Ruby's Diner  Inc., a California corporation wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

TOTAL: 108

D. EDWARD HAYS, #162507
ehays@marshackhays.com
KRISTINE A. THAGARD, #94401
kthagard@marshackhays,com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**AUG 17 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>　　　　　　Debtor.<br><br>Affects:<br><br>☐　ALL DEBTORS<br><br>☒　RUBY'S DINER, INC., ONLY<br><br>☐　RUBY'S SOCAL, DINERS, LLC, ONLY<br><br>☐　RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐　RUBY'S HUNTINGTON BEACH, LTD. ONLY<br><br>☐　RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐　RUBY'S OCEANSIDE, LTD, ONLY<br><br>☐　RUBY'S PALM SPRINGS, LTD. ONLY | Case No. 8:18-bk-13311-SC<br><br>Chapter 7<br><br>(Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC)<br><br>ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF PROCEDURES TO CONFIRM THE IDENTIFICATION OF AND AMOUNTS OWED TO EACH SECURED NOTEHOLDER<br><br>[MOTION FILED AS DK. NO. 1238]<br><br>Date: August 16, 2022<br>Time: 11:00 a.m.<br>Courtroom: 5C<br>Location: 411 West Fourth Street, Santa Ana, CA 92701-4593 |

1

4860-3979-3710V.1-1015-134

A hearing was held on August 16, 2022, at 11:00 a.m., before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California, in Courtroom 5C, located at 411 West Fourth Street, Santa Ana, CA, on Richard A. Marshack's, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California corporation ("RDI"),[1] motion ("Motion")[2] for order approving procedures to confirm the identification of and amounts owed to each secured noteholder ("Secured Noteholders"), filed on July 26, 2022, as Dk. No. 1238. No appearances were made because the parties submitted on the Court's posted tentative ruling.

The Court having read and considered the Motion, and Declarations of Richard A. Marshack, Kristine A. Thagard, and Kathleen Frederick in support, and for the reasons set forth in the Motion, and the tentative ruling, which is attached as Exhibit 1, the Court enters its Order as follows:

IT IS ORDERED that the Motion is granted as modified by the tentative ruling, and Trustee is authorized as follows:

1. Any party-in-interest who believes that the Exhibit 1, which is attached to the Motion, List of Secured Noteholders does not accurately identify all such secured creditors and the amounts of their claims shall have 60 days from the date of the service of entry of this order approving the Motion to serve on Trustee's counsel (listed in the upper left corner of the 1st page) the form attached as Exhibit "2" to the Marshack Decl., which is attached to the Motion, together with all supporting evidence;

2. If the Trustee receives any response necessitating a hearing, the Trustee shall utilize the Court's self-set calendar and file and serve on all interested parties, at least 21 days prior to the hearing, his reply and proposed resolution.

---

[1] The RDI case is jointly administered with the following associated bankruptcy cases: (a) 8:18-bk-13197-SC – Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal"); (b) 8:18-bk-13198-SC - Ruby Quality Diners, LLC., a Delaware limited liability company ("Quality"); (c) 8:18-bk-13199-SC – Ruby's Huntington Beach, Ltd., a California limited partnership ("RHB"); (d) 8:18-bk-13200-SC – Ruby's Laguna Hills, Ltd., a California limited partnership ("RLH"); (e) 8:18-bk-13201-SC – Ruby's Oceanside Ltd., a California limited partnership ("RO"); and (f) 8:18-bk-13202-SC – Ruby's Palm Springs, Ltd., a California limited partnership ("RPS").

[2] All capitalized terms not defined herein shall have the same definition as in the Motion.

4860-3979-3710V.1-1015-134

3. Any party that does not agree with Trustee's proposed resolution of any dispute may file a response by no later than 7 days prior to the hearing and shall appear at the hearing and present their evidence and argument to the Court; and

4. Once Trustee has a final list of the Secured Noteholders approved by this Court, he will file a separate motion seeking authorization to make interim distributions to such parties.

###

Date: August 17, 2022

Scott C. Clarkson
United States Bankruptcy Judge

3

4860-3979-3710V.1-1015-134

# United States Bankruptcy Court
# Central District of California
Santa Ana
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

---

**Tuesday, August 16, 2022**                                                           **Hearing Room**      **5C**

---

<u>11:00 AM</u>
**8:18-13311**       **Ruby's Diner, Inc., a California corporation**                                    **Chapter 7**

      **#7.10**

                Hearing RE:  Trustee's Motion For Approval Of Procedures To Confirm The Identification Of And Amounts Owed To Each Secured Noteholder (Motion filed 7/26/2022)

                                Docket     1238

**Tentative Ruling:**

      Tentative for 8/16/22:

      The Motion is GRANTED, with the following modifications:

      1.      Any party-in-interest who believes that the Exhibit 1 List of Secured Noteholders does not accurately identify all such secured creditors and the amounts of their claims shall have 60 days from the date of the service of entry of the order approving this Motion to serve on Trustee's counsel (listed in the upper left corner of the 1st page) the form attached as Exhibit "2" to the Marshack Decl., together with all supporting evidence;

      2.      If the Trustee receives any response necessitating a hearing, the Trustee shall utilize the Court's self-set calendar and file and serve on all interested parties, at least 21 days prior to the hearing, his reply and proposed resolution.

      3.      Any party that does not agree with Trustee's proposed resolution of any dispute may file a response by no later than 7 days prior to the hearing and shall appear at the hearing and present their evidence and argument to the Court; and

      4.      Once Trustee has a final list of the Secured Noteholders approved by this Court, he will file a separate motion seeking authorization to make interim distributions to such parties.

      Note: This matter appears to be uncontested. Accordingly, no court appearance by Movant is required if Movant agrees with the foregoing.

---

# United States Bankruptcy Court
# Central District of California
Santa Ana
Scott Clarkson, Presiding
Courtroom 5C Calendar

| Tuesday, August 16, 2022 | Hearing Room 5C |
|---|---|

**11:00 AM**
**CONT...**  Ruby's Diner, Inc., a California corporation                                  Chapter 7

Should an opposing party file a late opposition or appear at the hearing, the Court will determine whether further hearing is required and Movant will be so notified.

The courtroom will be locked; parties wishing to make an appearance must do so by Zoom for Government, a free service that provides audioconference capabilities, using the following information.

Audioconference Tel. No.: +1 (669) 254 5252 or +1 (646) 828 7666

Meeting ID:                161 599 6641

Password:                  975484

Parties making telephonic appearances are reminded to have all relevant filings/information easily accessible during the hearing.

Movant to lodge an order within seven (7) days.

| Party Information |
|---|

**Debtor(s):**

Ruby's Diner, Inc., a California          Represented By
                                          William N Lobel
                                          Jeffrey P Nolan

**Trustee(s):**

Richard A Marshack (TR)                   Represented By
                                          Laila  Masud
                                          D Edward Hays
                                          Tinho  Mang
                                          Christopher Dale Beatty