United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 18-13311-SC |
| Ruby's Diner, Inc., a California co | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 6 |
| Date Rcvd: Aug 19, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ruby's Diner, Inc., a California corporation, 4100 MacArthur Blvd., Suite 310, Newport Beach, CA 92660-2050 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 21, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Davis | on behalf of Creditor US Foods Inc. aaron.davis@bryancave.com, kat.flaherty@bryancave.com |
| Alan J Friedman | on behalf of Interested Party Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Creditor Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Interested Party Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Attorney Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alastair M Gesmundo | on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP agesmundo@wghlawyers.com, |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 6 |
| Date Rcvd: Aug 19, 2022 | Form ID: pdf042 | Total Noticed: 1 |

jmartinez@wghlawyers.com

Ashleigh A Danker
 on behalf of Interested Party Peter Mastan adanker731@gmail.com

Ashleigh A Danker
 on behalf of Interested Party Courtesy NEF adanker731@gmail.com

Aviram Edward Muhtar
 on behalf of Defendant Douglas Cavanaugh aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com

Aviram Edward Muhtar
 on behalf of Interested Party Courtesy NEF aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com

Aviram Edward Muhtar
 on behalf of Defendant Ralph Kosmides aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com

Aviram Edward Muhtar
 on behalf of Defendant Beachcomber Management Crystal Cove LLC aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com

Carol Chow
 on behalf of Interested Party Ralph Kosmides carol.chow@ffslaw.com easter.santamaria@ffslaw.com

Carol Chow
 on behalf of Interested Party Douglas Cavanaugh carol.chow@ffslaw.com easter.santamaria@ffslaw.com

Caroline Djang
 on behalf of Interested Party Courtesy NEF cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Christopher Celentino
 on behalf of Interested Party Peter Mastan chris.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Dale Beatty
 on behalf of Interested Party Courtesy NEF cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com

Christopher Dale Beatty
 on behalf of Plaintiff Richard A. Marshack cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com

Christopher Dale Beatty
 on behalf of Trustee Richard A Marshack (TR) cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com

Christopher K.S. Wong
 on behalf of Interested Party Courtesy NEF christopher.wong@arentfox.com yvonne.li@arentfox.com

Claire K Wu
 on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP claire.wu@pillsburylaw.com irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

Corey R Weber
 on behalf of Interested Party Courtesy NEF cweber@bg.law ecf@bg.law

Corey R Weber
 on behalf of Creditor City of Huntington Beach cweber@bg.law ecf@bg.law

Craig G Margulies
 on behalf of Interested Party Casbure Management LLC Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
 on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

D Edward Hays
 on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
 on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
 on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David M Goodrich
 on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com

David M Goodrich

Case 8:18-bk-13311-SC    Doc 1247    Filed 08/21/22    Entered 08/21/22 21:14:20    Desc
Imaged Certificate of Notice    Page 3 of 9

| District/off: 0973-8 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Aug 19, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com |
| David M. Guess | |
| | on behalf of Interested Party Opus Bank dguess@buchalter.com david-guess-9268@ecf.pacerpro.com |
| David M. Guess | |
| | on behalf of Creditor Opus Bank dguess@buchalter.com david-guess-9268@ecf.pacerpro.com |
| David P Crochetiere | |
| | on behalf of Interested Party Courtesy NEF dcrochetiere@bautelaw.com hwells@bautelaw.com |
| David P Crochetiere | |
| | on behalf of Interested Party Douglas Cavanaugh hwells@bautelaw.com |
| David P Crochetiere | |
| | on behalf of Interested Party Ralph Kosmides dcrochetiere@bautelaw.com hwells@bautelaw.com |
| David S Kupetz | |
| | on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com |
| Dustin P Branch | |
| | on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com |
| Eric J Fromme | |
| | on behalf of Interested Party Ruby's Franchise Systems Inc., a California Corporation efromme@tocounsel.com, stena@tocounsel.com |
| Ernie Zachary Park | |
| | on behalf of Creditor The Irvine Company ernie.park@bewleylaw.com |
| Garrick A Hollander | |
| | on behalf of Creditor Committee Winthrop Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| George B Blackmar | |
| | on behalf of Attorney George B Blackmar gblackmar@bpslaw.net |
| Jeffrey P Nolan | |
| | on behalf of Debtor Ruby's Diner Inc., a California corporation jnolan@pszjlaw.com |
| Jeffrey W Broker | |
| | on behalf of Interested Party Jeffrey W. Broker jbroker@brokerlaw.biz |
| Jessica G McKinlay | |
| | on behalf of Creditor Opus Bank mckinlay.jessica@dorsey.com |
| John S Clifford | |
| | on behalf of Defendant Beachcomber at Crystal Cove LLC JCLIFFORD@SMITH-LC.COM |
| John S Clifford | |
| | on behalf of Defendant Lighthouse Cafe LLC JCLIFFORD@SMITH-LC.COM |
| John S Clifford | |
| | on behalf of Defendant Shake Shack Crystal Cove LLC JCLIFFORD@SMITH-LC.COM |
| Kristine A Thagard | |
| | on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Special Counsel Fitzgerald & Mule LLP lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Financial Advisor Glassratner Advisory & Capital Group LLC lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com |

| | |
|---|---|
| | lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | on behalf of Attorney Marshack Hays LLP lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laura E Dolan | on behalf of Creditor San Diego County Treasurer-Tax Collector laura.blome@sdcounty.ca.gov odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov |
| Lawrence Treglia, Jr | on behalf of Defendant Ralph Kosmides ltreglia@murtaughlaw.com lhull@murtaughlaw.com |
| Lawrence Treglia, Jr | on behalf of Defendant Douglas Cavanaugh ltreglia@murtaughlaw.com lhull@murtaughlaw.com |
| Leo A Bautista | on behalf of Defendant Beachcomber Management Crystal Cove LLC leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com |
| Leo A Bautista | on behalf of Defendant Douglas Cavanaugh leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com |
| Leo A Bautista | on behalf of Interested Party Douglas Cavanaugh leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com |
| Leo A Bautista | on behalf of Defendant Ralph Kosmides leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com |
| Leo A Bautista | on behalf of Interested Party Ralph Kosmides leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com |
| Lillian Jordan | on behalf of Interested Party Courtesy NEF ENOTICES@DONLINRECANO.COM RMAPA@DONLINRECANO.COM |
| Lillian Jordan | on behalf of Other Professional Donlin Recano & Company Inc. ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM |
| Malcolm D Minnick | on behalf of Interested Party Courtesy NEF dminnick@pillsburylaw.com m.minnick@comcast.net |
| Malcolm D Minnick | on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP dminnick@pillsburylaw.com m.minnick@comcast.net |
| Maria L Garcia | on behalf of Defendant Beachcomber Management Crystal Cove LLC Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com |
| Maria L Garcia | on behalf of Defendant Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com |
| Maria L Garcia | on behalf of Interested Party Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com |
| Maria L Garcia | on behalf of Defendant Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com |
| Maria L Garcia | on behalf of Interested Party Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com |
| Matthew S Walker | on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP matthewswalker1@gmail.com renee.evans@pillsburylaw.com, |
| Matthew S Walker | on behalf of Interested Party Courtesy NEF matthewswalker1@gmail.com renee.evans@pillsburylaw.com, |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Richard A Marshack (TR) | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Richard H Golubow | on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Rika Kido | on behalf of Creditor Steven L Craig rkido@shulmanbastian.com avernon@shulmanbastian.com |
| Robert S Marticello | on behalf of Creditor Family Tree Produce Inc. Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |

| | |
|---|---|
| District/off: 0973-8 | User: admin |
| Date Rcvd: Aug 19, 2022 | Form ID: pdf042 |

Page 5 of 6
Total Noticed: 1

Robert S Marticello
    on behalf of Interested Party Courtesy NEF Rmarticello@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello
    on behalf of Creditor SUNRISE PRODUCE INC. Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello
    on behalf of Interested Party Lowey Enterprises d/b/a Sunrise Produce a California corporation Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Interested Party Courtesy NEF saschwartz@nvfirm.com ECF@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Interested Party Casbure Management LLC saschwartz@nvfirm.com, ECF@nvfirm.com

Samy Henein
    on behalf of Creditor Marvi Land samyhenein@aol.com az@suppalaw.com

Sharon Z. Weiss
    on behalf of Creditor US Foods Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Stephen C Biggs
    on behalf of Defendant Shake Shack Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com

Stephen C Biggs
    on behalf of Defendant Lighthouse Cafe LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com

Stephen C Biggs
    on behalf of Defendant Beachcomber at Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com

Steven C Smith
    on behalf of Defendant Lighthouse Cafe LLC ssmith@smith-lc.com, kcanaan@smith-lc.com

Steven C Smith
    on behalf of Defendant Shake Shack Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com

Steven C Smith
    on behalf of Defendant Beachcomber at Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com

Steven T Gubner
    on behalf of Interested Party Courtesy NEF sgubner@bg.law ecf@bg.law

Thomas J Polis
    on behalf of Creditor Grit Development Agent for Plaza Mercado, LLC tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Tinho Mang
    on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
    on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Todd C. Ringstad
    on behalf of Interested Party Interested Party becky@ringstadlaw.com arlene@ringstadlaw.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Valerie Smith
    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

William N Lobel
    on behalf of Debtor Ruby's Quality Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Debtor Ruby's Huntington Beach Ltd., a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Debtor Ruby's SoCal Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Debtor Ruby's Palm Springs Ltd., a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

District/off: 0973-8 | User: admin | Page 6 of 6
Date Rcvd: Aug 19, 2022 | Form ID: pdf042 | Total Noticed: 1

William N Lobel
    on behalf of Debtor Ruby's Laguna Hills  Ltd. a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Creditor Opus Bank wlobel@tocounsel.com  stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Financial Advisor GlassRatner Advisory & Capital Group  LLC wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Attorney Pachulski Stang Ziehl & Jones LLP wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Debtor Ruby's Oceanside Ltd.  a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Debtor Ruby's Diner  Inc., a California corporation wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

TOTAL: 109

```
 1  D. EDWARD HAYS, #162507
    ehays@marshackhays.com
 2  LAILA MASUD, # 311731
    lmasud@marshackhays.com
 3  MARSHACK HAYS LLP
    870 Roosevelt
 4  Irvine, California 92620
    Telephone: (949) 333-7777
 5  Facsimile: (949) 333-7778

 6  Attorneys for Chapter 7 Trustee,
    RICHARD A. MARSHACK
 7
```

**FILED & ENTERED**

AUG 19 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **bolte**    DEPUTY CLERK

```
 8              UNITED STATES BANKRUPTCY COURT

 9         CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10
```

| | |
|---|---|
| In re | Case No. 8:18-bk-13311-SC |
| RUBY'S DINER, INC., a California corporation, et al., | Chapter 7 |
| Debtor. | (Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; **8:18-bk-13199-SC**; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC) |
| Affects: | |
| ☐ ALL DEBTORS | ORDER GRANTING MOTION TO (1) SET A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS, INCLUDING CLAIMS UNDER 11 U.S.C. SECTION 503(B) AND (2) APPROVE THE FORM, MANNER, AND SUFFICIENCY OF THE NOTICE THEREOF |
| ☒ RUBY'S DINER, INC., ONLY | |
| ☐ RUBY'S SOCAL, DINERS, LLC, ONLY | |
| ☐ RUBY'S QUALITY DINERS, LLC, ONLY | |
| ☐ RUBY'S HUNTINGTON BEACH, LTD. ONLY | [NO HEARING REQUIRED] |
| ☐ RUBY'S LAGUNA HILLS, LTD. ONLY | [UNOPPOSED MOTION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)] |
| ☐ RUBY'S OCEANSIDE, LTD, ONLY | |
| ☐ RUBY'S PALM SPRINGS, LTD. ONLY | |

The Court has read and considered Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") for the lead bankruptcy case Ruby's Diner, Inc., 8:18-bk-13311-SC ("RDI"), Ruby's Huntington Beach, Ltd.-8:18-bk-13199 ("RHB"); and Ruby's Oceanside, Ltd.-8:18-bk-13201 ("RO") motion ("Motion") to (1) Set a Bar Date for Filing Administrative Expense Claims, Including Claims Under 11 U.S.C. Section 503(b) and (2) Approve the Form, Manner, and

1

4892-9394-2319v.1-1015-134

Sufficiency of the Notice thereof, filed on July 11, 2022, as Dk. No. 1226 ("Motion"). The Court finds, based upon the Declaration that no Party Requested a Hearing on Motion, filed by Laila Masud, Esq. on August 19, 2022, as Dk. No. 1244, that proper notice of the Motion, filed on July 11, 2022, as Dk. No. 1227, has been given. Accordingly, the Court finds good cause to grant the Motion, and the Court enters its Order as follows:

IT IS ORDERED:

1. The Motion is granted;[1]

2. September 30, 2022, is the last day by which any potential administrative priority claimant must file and set for hearing a motion seeking allowance of said administrative claim. This deadline will also apply to professionals retained by the Estate whose compensation is subject to 11 U.S.C. §§ 328 and 330, excluding (a) retained professionals who are currently providing services to the Chapter 7 Trustee; or (b) chapter 11 administrative professionals with entered orders already approving their compensation on a final basis;

3. September 30, 2022, ("Bar Date") is the last day by which creditors must file and set for hearing requests for allowance of administrative claims commencing after the Order on April 15, 2020 ("Conversion Date") converting the Case to Chapter 7 ("C7 Admin Claims");

4. The form and sufficiency of the Notice of Administrative Claim Bar Date substantially in the form attached as Exhibit 1 to the Motion is approved;

5. Service of the Notice attached as Exhibit 1 to the Motion is approved and authorized either via the Court's Notice of Electronic Filing system or by first-class United States mail, postage prepaid as soon as practicable after entry of this Order approving the Motion and, in any event, no later than 30 days prior to the Bar Date, on (a) all scheduled creditors of the Debtor, (b) all parties requesting special notice, if any, (c) all parties with whom Trustee has done business on behalf of the Estate as of the filing date of the Motion, (d) all persons or entities that have filed claims against the Debtor, (e) all scheduled parties to executory contracts and unexpired leases of the Debtor, if any, (f) counsel for all known parties to litigation by or against the Debtor, if any, (g) the Internal Revenue

---

[1] All terms not defined herein are used as they are defined in the Motion.

2

Service, (h) the California Franchise Tax Board, (i) the Los Angeles County Tax Collector, (j) the Debtor's professionals employed by Court order in this Case, and (k) the U.S. Trustee (collectively, "Notice Parties");

6. The Bar Date will not apply to: (a) any Chapter 7 Admin Claim of the Trustee or any professional employed by Trustee, (b) any Chapter 11 Admin Claim (such as an ordinary course of business payment) that has been previously paid by Debtor or Trustee or that has otherwise been satisfied; (c) any Chapter 11 Admin Claim that has already been allowed by a prior order of the Court and on a final basis; and (d) any fees payable to the U.S. Trustee under 28 U.S.C. § 1930 or accrued interest arising under 31 U.S.C. § 3717.

7. All motions seeking administrative claim allowance: (a) must have a hearing for approval set on or before the Bar Date; (b) will be deemed filed only when actually calendared by the Court for hearing; and (c) which motion shall be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant, written in English, denominated in United States currency, have attached any documents on which the claim is based (or, if such documents are voluminous, attach a summary) or an explanation as to why the documents are not available. All motions for administrative claim allowance shall be filed on the main case docket (i.e. RDI).

8. The filing or allowance of late administrative claims is prohibited, excluding retained professionals who are currently providing services to the Chapter 7 Trustee, without leave of Court.

9. Adequate notice of the Motion, procedures, and proposed deadlines have been given.

###

Date: August 19, 2022

Scott C. Clarkson
United States Bankruptcy Judge

3

4892-9394-2319v.1-1015-134