FILED
AUG 29 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**REQUESTOR'S NAME:** Virginia Franks

**ADDRESS:** 3 Pursuit

Aliso Viejo, California 92656

**TELEPHONE NO.:** 949-813-6782

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | CASE NO.: 8:18-bk-13311-CB |
|---|---|
| Ruby's Diner, Inc., | Chapter 7 ✔  11 ___  13 ___ |
| Debtor. | **CHANGE OF ADDRESS** |
| Affects: Ruby's Diner, Inc. | ___ DEBTOR    **CHECK ONLY ONE** |
| | ✔ CREDITOR |

(Please print or type)

**MUST BE FILED IN DUPLICATE**

**NAME:** Virginia Franks

**NEW MAILING ADDRESS:** 32158 Camino Capistrano, Suite A, #407

San Juan Capistrano, California 92675

Dated: 08/24/20

Signature: *Virginia L. Franks by Tamara Hallen, daughter and executor*

Title (Corporation officer, partner or agent)

**All future notices shall be sent to the above address.**

B-1098
Revised 03/03