|  | FOR COURT USE ONLY<br><br>**FILED**<br>AUG 3 0 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**** ||
| Name of Debtor(s) listed on the bankruptcy case:<br><br>RUBY'S DINER, INC., ONLY | CASE NO.: 8:18 bk-13311-SC<br>CHAPTER: 7 |
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): JAMES W MACDONALD FAMILY TRUST, DARLENE H. MACDONALD
   Mailing Address: 835 W. SOUTH LINKS DRIVE
   City, State, Zip Code: WASHINGTON, UT 84780

3. **New Address:**
   Mailing Address: 154 N. RED STONE ROAD #8
   City, State, Zip Code: WASHINGTON, UT 84780

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____
   Joint Debtor's DeBN account number _____

   Date: 8-25-2022    DARLENE H. MACDONALD
   Requestor's printed name(s)

   /s/ Darlene H. MacDonald
   Requestor's signature(s)

   _____
   Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                                    F 1002-1.3.CHANGE.ADDRESS