| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Ira D. Kharasch (CA Bar No. 109084)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: ikharasch@pszjlaw.com | FOR COURT USE ONLY |
|---|---|
| ☒ *Attorney for Debtors, Ruby's Diner, Inc., et al.*<br>☐ *Chapter 7 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Ruby's Diner, Inc., a California corporation, et al.<br><br><br><br>Debtor(s). | CASE NO.: 8:18-bk-13311-SC<br>CHAPTER: 7<br><br>**NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF:**<br><br>☐ **INTERIM FEES AND/OR EXPENSES**<br>☒ **FINAL FEES AND/OR EXPENSES**<br><br>**[11 U.S.C. § 331 OR § 330]** |
|---|---|

TO ALL INTERESTED PARTIES: NOTICE IS GIVEN that on the following date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving a fee and/or expense application(s):

1. **Application Information**:    ☐ See attached page for information on additional applicants
   a. Name of Applicant *(specify)*: PACHULSKI STANG ZIEHL & JONES LLP
   b. Amount of fees requested: $4,601,142.00
   c. Amount of costs requested: $62,826.08
   d. Period covered by Application *(specify)*: August 29, 2018 - April 15, 2020
   e. Address of Applicant *(specify)*: 10100 Santa MOnica Blvd., 13th Floor, Los Angeles, CA 90067

   *(If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant)*

2. | Hearing Date November 1, 2022    Time 11:00 a.m.    Courtroom 5C    Floor ____ |
   | ☐ 255 East Temple Street, Los Angeles, CA 90012     ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
   | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101 |
   | ☐ 3420 Twelfth Street, Riverside, CA 92501 |

3. **Deadline for Opposition Papers**: If you wish to object to the application(s), you must file a written objection with the court and serve a copy of it upon the Applicant(s), the Debtor's attorney, and trustee's attorney, if any, no less than 14 days prior to the above hearing date. If you fail to file a written objection to the application(s) within such time period, the court may treat such failure as a waiver of your right to object to the application(s) and may approve the application(s). If you wish to review the full application(s), you may review the application(s) on file with the court or obtain a copy from Applicant(s).

4. **Deadline for Filing Other Professional Fee Applications**: If the above application(s) are for payment of interim fees, pursuant to LBR 2016-1, other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Date: September 27, 2022

PACHULSKI STANG ZIEHL & JONES LLP
Print name of law firm

/s/ Ira D. Kharasch
Signature

Ira D. Kharasch
Print name of attorney

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*  Page 2  **F 2016-1.1.NOTICE.HEARING.APP.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Floor, Los Angeles, cA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF INTERIM OR FINAL FEES AND/OR EXPENSES UNDER 11 U.S.C. § 331 OR § 330** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* __09/27/22__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* __09/27/22__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
VIA OVERNIGHT MAIL – PRESIDING JUDGE'S COPY
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/27/22 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Case No. 8:18-bk-13311-SC**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- **Leo A Bautista**     leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com
- **Christopher Dale Beatty**     cbeatty@millerbarondess.com, aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com
- **Stephen C Biggs**     sbiggs@smith-lc.com, kdavenport@smith-lc.com
- **George B Blackmar**     gblackmar@bpslaw.net
- **Dustin P Branch**     branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Jeffrey W Broker**     jbroker@brokerlaw.biz
- **Christopher Celentino**     chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Carol Chow**     carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **John S Clifford**     JCLIFFORD@SMITH-LC.COM
- **David P Crochetiere**     dcrochetiere@bautelaw.com, hwells@bautelaw.com
- **David P Crochetiere**     , hwells@bautelaw.com
- **Ashleigh A Danker**     adanker731@gmail.com
- **Aaron Davis**     aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Caroline Djang**     cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Laura E Dolan**     laura.blome@sdcounty.ca.gov, odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov
- **Alan J Friedman**     afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Eric J Fromme**     efromme@tocounsel.com, stena@tocounsel.com
- **Maria L Garcia**     Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- **Alastair M Gesmundo**     agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
- **Richard H Golubow**     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David M Goodrich**     dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Steven T Gubner**     sgubner@bg.law, ecf@bg.law
- **David M. Guess**     dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
- **Michael J Hauser**     michael.hauser@usdoj.gov
- **D Edward Hays**     ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Samy Henein**     samyhenein@aol.com, az@suppalaw.com
- **Garrick A Hollander**     ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Lillian Jordan**     nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- **Rika Kido**     rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **David S Kupetz**     David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **William N Lobel**     wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- **Tinho Mang**     tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Craig G Margulies**     Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Richard A Marshack (TR)**     pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Robert S Marticello**     Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Laila Masud**     lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Jessica G McKinlay**     mckinlay.jessica@dorsey.com
- **Malcolm D Minnick**     dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Carl Mueller**     cmueller@maloneyfirm.com, llarios@maloneyfirm.com;mamini@maloneyfirm.com
- **Aviram Edward Muhtar**     amuhtar@andradefirm.com
- **Jeffrey P Nolan**     jnolan@pszjlaw.com
- **Ernie Zachary Park**     ernie.park@bewleylaw.com
- **Thomas J Polis**     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Todd C. Ringstad**     becky@ringstadlaw.com, arlene@ringstadlaw.com
- **SAMUEL A. SCHWARTZ**     saschwartz@nvfirm.com, ECF@nvfirm.com
- **Steven C Smith**     ssmith@smith-lc.com, kcanaan@smith-lc.com
- **Valerie Smith**     claims@recoverycorp.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                           Page 3                                              **F 2016-1.1.NOTICE.HEARING.APP.FEES**

- **Kristine A Thagard**    kthagard@marshackhays.com, kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Lawrence Treglia**    ltreglia@murtaughlaw.com, lhull@murtaughlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Matthew S Walker**    matthewswalker1@gmail.com, renee.evans@pillsburylaw.com,
- **Corey R Weber**    cweber@bg.law, ecf@bg.law
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Claire K Wu**    claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: **CONTINUED**:

**VIA EMAIL**:
- Financial Advisor for Trustee: J. Michael Issa – missa@glassratner.com; missa@brileyfin.com
- Accountant for Trustee: Howard Grobstein – hgrobstein@gtllp.com;jteeple@gtllp.com
- Special Counsel for Trustee: Christopher D. Beatty – cbeatty@millerbarondess.com
- Advisor to Committee: Brian Weiss – bweiss@force10partners.com
- Noticing and Ballot Agent**:** Donlin Recano & Company, Inc. – Roland Romforde – rtomforde@donlinrecano.com
- Agents for Trustee:
    - Bicher & Associates – Robert Bicher – rfbicher@earthlink.net
    - TRN Management, LLC – Tad Belshe – tbelshe@rubys.com
    - James Elliott – jelliott@rubys.com
    - Ron Surak – rsurak@rubys.com