**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone:  714-445-1000
Facsimile:  714-445-1002

Attorneys for Donlin, Recano & Company, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S DINER, INC., a California corporation, *et al.,*[1]<br><br>　　　Debtors,<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-SC<br><br>Chapter 7<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC)<br><br>**MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM OF DONLIN, RECANO & COMPANY, INC., AS CLAIMS, NOTICING AND BALLOTING AGENT FOR THE DEBTORS; DECLARATION OF NELLWYN VOORHIES IN SUPPORT THEREOF**<br><br>**Hearing Date and Time**:<br>DATE:　　　October 25, 2022<br>TIME:　　　11:00 a.m.<br>CTRM:　　　5C (hearing by Zoom)<br>Address:　　411 West Fourth Street<br>　　　　　　Santa Ana, CA 92701 |

*///*

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diners, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC 1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

2917689.1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES ENTITLED TO NOTICE**:

1.     Donlin, Recano & Company, Inc. ("**DRC**") hereby requests the entry of an order pursuant to 11 U.S.C. § 503(b)(1)(A) allowing it a chapter 11 administrative expense claim in the amount of $131,266.84 for its services as the claims agent in these cases, and directing payment thereof, as follows:

## JURISDICTION

2.     On August 19, 2018, Ruby's SoCal Diners, LLC ("**SoCal Diners**"), Ruby's Quality Diners, LLC ("**Quality**"), Ruby's Huntington Beach, Ltd. ("**Ruby's Huntington Beach**"), Ruby's Laguna Hills, Ltd. ("**Ruby's Laguna Hills**"), Ruby's Oceanside, Ltd. ("**Ruby's Oceanside**"); and Ruby's Palm Springs, Ltd. ("**Ruby's Palm Springs**") (collectively, SoCal Diners, Quality, Ruby's Huntington Beach, Ruby's Laguna Hills, Ruby's Oceanside and Ruby's Palm Springs are referred to herein as the "**SoCal Debtors**" and, together with RDI (as defined below, the "**Debtors**") each filed a petition for voluntary relief under Chapter 11 of title 11 of the United States Code. (the "**Bankruptcy Code**") (the "**SoCal Debtors' Petition Date**").   On September 5, 2018, Ruby's Diner, Inc. ("**RDI**") filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**RDI Petition Date**" and, together with the SoCal Debtors Petition Date, the "**Petition Dates**").

3.     This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334 (b).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## STATEMENT OF RELEVANT FACTS

4.     On June 19, 2018 DRC and the Debtors entered into the Standard Claims Administration and Noticing Agreement (the "**Engagement Agreement**").   A copy of the Engagement Agreement is attached as Exhibit A.

2917689.1

5.     The cases were jointly administered pursuant to the *Order Granting Motion to Approve Joint Administration of Cases* entered on September 5, 2018 (Docket No. 6 in case No. 18-bk-13311-CB [Docket No. 6], with RDI designated as the "Lead Case."

6.     On September 28, 2018, the Debtors filed the *Application of Debtors And Debtors In Possession To Employ Donlin, Recano & Company, Inc. As Claims, Noticing And Balloting Agent To Debtors, Effective As Of The Petition Dates; Declaration Of Nellwyn Voorhies Attached Hereto* [Docket No. 96] (the "**Employment Application**").  The Employment Application sought employment of DRC pursuant to section 156(c) of title 28 of the United States Code,

7.     On April 9, 2019, the Court entered the *Order Approving In Part And Denying In Part Debtors And Debtors-In-Possession's Application To Employ Donlin, Recano & Company, Inc. As Claims, Noticing and Balloting Agent* (the "**Retention Order**") [Docket No. 331].  A copy of the Retention Order is attached as Exhibit B.   The Retention Order provides that to the extent DRC is unpaid for its services, it will hold an administrative claim.

8.     On April 15, 2020, the Court entered the *Order On Debtor's Motion To Convert Case Under 11 U.S.C. §§ 706(a) or 1112(a)* [Docket No. 577].

9.     On April 16, 2020, pursuant to 11 U.S.C. § 701 and 11 U.S.C. § 322, Richard A. Marshack was appointed as the Chapter 7 trustee of the Debtors [Docket No. 578].

10.     Until DRC's termination, DRC acted as claims and noticing agent in these cases and fulfilled its obligations to the Debtors and this Court pursuant to the Engagement Agreement and the Retention Order, which included among other things, assuming responsibility for (i) serving as the Debtors' notice agent to mail certain notices to the estates' creditors and parties-in-interest; (ii) providing computerized claims, claims objections and database services; and (iii) providing expertise, consultation and assistance with claims processing and other administration information related to these cases (the "**DRC Services**"). From the Petition Dates up to the April 15, 2022 conversion date (the "**Administrative Expense Fee Period**"), DRC incurred various fees and expenses in connection with the DRC Services for which it agreed to defer payment.  Copies

2917689.1

of the unpaid DRC invoices showing the fees and expenses incurred during the Administrative Expense Fee Period are attached as Exhibit C.  As a result of the DRC Services, DRC asserts this Chapter 11 Administrative Expense claim totaling $131,266.84 for unpaid fees and expenses in connection with the DRC Services.[2]

11.    This Court set a deadline of September 30 to file and set a hearing on a motion request

## **LEGAL ARGUMENT**

12.    DRC respectfully requests that this Court allow DRC's chapter 11 administrative expense in the amount of $131,266.84, representing approximately 20 months of fees and expenses in connection with DRC's service as the Debtors' claims, noticing and solicitation agent during the Administrative Expense Fee Period.

13.    Bankruptcy Code § 503(b)(1)(A) provides, in part, that:  "After notice and a hearing, there shall be allowed administrative expenses . . . the actual necessary costs and expenses of preserving the estate."  11 U.S.C. § 503(b)(1)(A).

14.    DRC acted as the Debtors' claims and noticing and solicitation agent during the pendency of its chapter 11 cases and prior to conversion (for approximately 20 months), and in doing so, and performing the DRC Services as described above and in the Engagement Agreement, assisted the Debtors in meeting their fiduciary obligations under chapter 11 of the Bankruptcy Code.  Accordingly, the DRC fees and expenses were incurred by the Debtors in connection with preserving their estates and should be allowed as a chapter 11 administrative expense claim.  This treatment was contemplated by its Retention Order.

**WHEREFORE**, DRC requests that the Court enter an order (i) allowing DRC's chapter 11 administrative expense claim in the amount of $131,266.84 and authorizing its payment pursuant to section 503(b)(1)(A) of the Bankruptcy Code; and (ii) granting such other and further

---

[2] With respect to Invoice #5, DRC received a partial payment in the amount of $894.99. Thus, the Chapter 11 Administrative Expense claim is $131,266.84 as opposed to $132,161.83.

2917689.1

relief as may be just and proper under the circumstances.

DATED: September 29, 2022

Respectfully submitted,

SMILEY WANG-EKVALL, LLP

/s/ Kyra E. Andrassy_____
KYRA E. ANDRASSY
Attorneys for Donlin, Recano & Company, Inc.

2917689.1

MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM

## DECLARATION OF NELLWYN VOORHIES

I, Nellwyn Voorhies, declare:

1.      I know the facts contained in this declaration of my own personal knowledge and, if called as a witness, could and would competently testify with respect thereto.  I am the president of Donlin, Recano & Company, Inc., and submit this declaration in support of its motion for allowance and payment of its chapter 11 administrative claim in the jointly-administered cases of Ruby's Diner, Inc. (together, the "Debtors").

2.      Attached as Exhibit "A" is a true and correct copy of our engagement agreement with the Debtors regarding our services as claims and noticing agent in their chapter 11 cases.

3.      Attached as Exhibit "B" is a true and correct copy of the *Order Approving in Part and Denying in Part Debtors and Debtors-in-Possession's Application to Employ Donlin, Recano & Company, Inc. as Claims, Noticing, and Ballot Agent*.

4.      Attached as Exhibit "C" are true and correct copies of the invoices for the services provided by Donlin, Recano & Company, which reflect an unpaid balance of $131,266.84.  We received a partial payment of $894.99 on invoice number 5.  The services that we provided included: (i) serving as the Debtors' notice agent to mail certain notices to the estates' creditors and parties-in-interest; (ii) providing computerized claims, claims objections and database services; and (iii) providing expertise, consultation and assistance with claims processing and other administration information related to these cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of September, 2022, at Del Mar, California.

Nellwyn Voorhies
President

2917689.1

MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM

**EXHIBIT A**

**ENGAGEMENT AGREEMENT**

MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM

## Donlin, Recano & Company, Inc.

### STANDARD CLAIMS ADMINISTRATION AND NOTICING AGREEMENT

### TERMS AND CONDITIONS

**Donlin, Recano & Company, Inc.** (hereinafter called "DRC") agrees to provide Ruby's Holdings, including but not limited to any and all bankruptcy cases filed by any affiliate of Ruby's Holdings (hereinafter called the "Client") and Client agrees to purchase Services, (as defined below) upon the terms and conditions and other provisions stated herein. Client agrees and understands that none of the services constitute legal advice.

**1. SERVICES:** DRC agrees to provide the Client with consulting services regarding communications, noticing and claims management and reconciliation, and any other services agreed upon by the parties or otherwise required by applicable law, government regulations, or court rules or orders. A more detailed description of the types of services offered by DRC, as well as the fees charged for such services, is annexed hereto as Schedule A.

**2. CHARGES**: All charges shall be based upon the time and materials incurred by DRC, billed at the DRC then prevailing standard rate unless another rate schedule is specifically and mutually agreed upon herein. DRC reserves its rights to adjust its standard rates in January of each year to reflect changes in the business and economic environment. In the event that rates are based other than on time and materials, and such other basis for rates is set forth herein, the Client agrees to pay, in addition to those rates, for all charges, incurred by DRC as a result of Client error or omission as determined by DRC. Such charges shall include but shall not be limited to re-runs and any additional clerical work, phone calls, travel expenses, or any other disbursements. When possible, DRC will notify Client in advance of any additional charges. Checks are accepted subject to collection and the date of collection shall be deemed the date of payment. Any check received from Client may be applied by DRC against any obligation owing by Client to DRC, and an acceptance by DRC of any partial payment shall not constitute a waiver of DRC's right to pursue the collection of any remaining balance. DRC requires advance deposits for all noticing, newspaper publishing or other significant expenditures as defined by DRC. In addition, Client shall reimburse DRC for all actual out-of-pocket expenses reasonably incurred by DRC. The out-of-pocket expenses may include, but are not limited to, postage, delivery services, travel, meals and other similar costs and expenses. In addition to all charges for services and materials hereunder, Client shall pay to DRC all taxes, however designated, levied or based that are applicable to this Agreement or are measured directly by payments made under this Agreement and are required to be collected by DRC or paid by DRC to taxing authorities. This provision, includes but is not limited to, sales, use and excise taxes, but does not include personal property taxes or taxes based on net income. In the event the Client files for protection pursuant to chapter 11 of title 11 of the United States Code, the parties intend that DRC shall be employed pursuant to 28 U.S.C §156(c), and that all fees and expenses due under this agreement shall be paid as administrative expenses of the Client's chapter 11 estate(s). In the event the Client's bankruptcy case(s) is converted to a chapter 7 case(s), any unpaid fees and costs with respect to this Agreement shall be treated as a chapter 11 administrative expense claim.

**3. TRANSPORTATION OF DATA**: Data submitted by the Client to DRC for processing shall be transported at the Client's risk and expense to and from the DRC office. In the event the Client fails to deliver the input data to DRC at the time scheduled, the Client agrees that DRC may extend, as necessary, the time for the completion of processing of such data. Client further agrees that the time for the completion or processing of such data may be extended because of the following holidays in addition to any Bank holidays recognized in the city in which DRC is located: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day. In any event, DRC does not warrant or represent that shipment or availability dates will be met, but will use its best efforts to do so. If DRC is required to stay open to perform required tasks on such days, an additional mutually agreed upon cost may be required by DRC.

**Donlin, Recano & Company, Inc.**

4. **EVERGREEN RETAINER & INVOICES**:    At the commencement of this engagement, the Client shall pay to DRC an advance payment retainer (the "Retainer") in the amount of $10,000. The Retainer shall be an "evergreen" retainer and shall be applied to the payment of the final invoice from DRC for this engagement. DRC may apply the Retainer to any other invoice in its absolute discretion, and upon notice thereof from DRC, the Client shall replenish the Retainer.  Invoices for pre-petition services shall be paid in full, and may be satisfied, in the absolute discretion of DRC, out of the Retainer, which shall be replenished upon notice thereof to the Client.  DRC, in its absolute discretion, may suspend or discontinue services after filing of a petition if pre-petition invoices are not paid in full, or if the Retainer is not replenished when request therefore is made. DRC may require the Client to increase the Retainer if the average amount of monthly invoices for three consecutive months is 10% greater than the amount of the Retainer.  Client shall pay the charges set forth in Schedule A, attached hereto.  DRC shall invoice the Client monthly for all services rendered during the preceding month.  Charges for a partial month's service shall be prorated based on a thirty (30) day month. Terms are net 20 days following the date of billing.  Failure to pay any fees, costs or other amounts to DRC shall be a breach of this Agreement (a "Failure to Pay").  Notwithstanding anything else contained in this Agreement, in the event of a Failure to Pay, DRC reserves the right to withhold reports and materials of the Client, in addition to all other remedies available to DRC.  Upon a Failure to Pay, DRC may assess a late charge at a rate of one and one-half percent (1-1/2%) per month or the highest rate permitted by law, whichever is less, on all unpaid amounts until paid in full. DRC shall also have the right, at its option, to terminate this agreement for non payment of invoices after 30 days from the date unpaid invoices are rendered (a "Non-Payment Breach"). If the invoice amount is disputed, notice shall be given to DRC within ten (10) days of receipt of the invoice by the Client.  The undisputed portion of the invoice will remain due and payable.  Late charges shall not accrue on any amounts in dispute.  Notwithstanding anything contained in this agreement to the contrary, a Failure to Pay shall under no circumstances be construed as an agreement by DRC to reduce or waive DRC's fees and expenses.  The Client shall not agree or otherwise consent to a unilateral reduction or waiver of DRC fees and expenses without the explicit written consent of DRC and any such agreement or consent to such reduction or waiver by the Client without DRC's explicit written consent shall be deemed null and void and constitute a breach of this Agreement (a "Material Breach").  Notwithstanding anything contained in this agreement to the contrary, upon the occurrence of a Material Breach, DRC shall have the right, at its option, to terminate this agreement upon five (5) business days notice to the Client.

5. **STORAGE**:  Client shall assume the risks and DRC shall not be responsible for any damages, liability or expenses incurred in connection with any delay in delivery of or damage to cards, disks, magnetic tapes or any input data furnished by Client unless DRC has agreed in writing to assume such responsibility.  Forms storage at DRC beyond a normal 90 day supply will be billed at standard warehousing rates established by DRC.

6. **E-MAIL COMMUNICATIONS**:  DRC and the Client and its agents acknowledge that they may wish to communicate electronically with each other at a business e-mail address.  However, the electronic transmission of information cannot be guaranteed to be secure or error free and such information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete or otherwise be adversely affected or unsafe to use. Accordingly, each party agrees to use commercially reasonable procedures to check for the then most commonly known viruses and to check the integrity of data before sending information to the other electronically, but each party recognizes that such procedures cannot be a guarantee that transmissions will be virus-free.  It remains the responsibility of the party receiving an electronic communication from the other to carry out a virus check on any attachments before launching any documents, whether received on disk or otherwise.

7. **SUPPLIES**:  All supplies shall be furnished at Client's expense.

8. **WARRANTY AND RELIANCE**:  Client acknowledges and agrees that DRC will take direction from the Client's representatives, employees, agents and/or professionals (collectively, the "Client Parties") with respect

**Donlin, Recano & Company, Inc.**

to services being provided under this Agreement.  Client and DRC agree that DRC may rely upon, and the Client agrees to be bound by, any requests, advice or information provided by the Client Parties to the same extent as if such requests, advice or information were provided by the Client.  DRC shall have the right to rely on the accuracy of all data provided by the Client and the Client Parties to DRC.  Client is responsible for the accuracy of all programs, data and other information it submits to DRC.  The DRC warranty under this agreement shall be limited to the re-running at its expense, of any inaccurate reports provided that such inaccuracies were caused solely as a result of performance hereunder and provided further that DRC shall receive written notice of such inaccuracies within thirty (30) days of delivery of such report.  If said notice is not made to DRC within the prescribed time limit Client is due and liable for all charges. Client agrees that the foregoing constitutes the exclusive remedy available to it.

**9. TERM**:  This agreement shall be effective from the date upon which it is accepted by DRC as set forth herein and shall remain in force until terminated by either party upon thirty days' written notice to the other party or by DRC upon occurrence of a Non-Payment Breach or a Material Breach, as defined in paragraph 4 above.  In the event that a chapter 7 trustee, chapter 11 trustee or chapter 11 liquidating trustee is appointed, this agreement will remain in effect until an order of the Bankruptcy Court is entered discharging DRC from service and responsibility under this Agreement.  The payment obligation and the indemnity obligation set forth in sections 4 and 11 herein, respectively, shall survive termination of this Agreement.  In the event this Agreement is terminated, DRC shall coordinate with the Client and, to the extent applicable, the Office of the Clerk of the Bankruptcy Court, for an orderly transfer of record keeping functions and shall provide all necessary staff, services and assistance required for such orderly transfer.  Client agrees to pay for such services in accordance with DRC's then existing fees for such services.  If termination of this Agreement occurs following entry of an order by the Bankruptcy Court approving DRC's retention under 28 U.S.C. § 156 (c), then the Client shall immediately seek entry of an order (in form and substance reasonably acceptable to DRC) that discharges DRC from service and responsibility under this Agreement and 28 U.S.C. § 156 (c).

**10. TERMS OF AGREEMENT**:  The terms of this Agreement prevail over any and all terms contained in Client's purchase order or authorization and no waiver, discharge, or modification of the terms of this Agreement shall bind DRC unless in writing and signed by an authorized representative of DRC.

**11. INDEMNIFICATION**:  The Client shall indemnify and hold DRC and its affiliates, officers, directors, agents, employees, consultants, and subcontractors (collectively, the "Indemnified Parties") harmless, to the fullest extent permitted by applicable law, from and against any and all losses, claims, damages, liabilities, costs, obligations, judgments, causes of action, charges (including, without limitation, costs of preparation and attorneys' fees) and expenses as incurred (collectively, "Losses"), arising out of or relating to (a) this Agreement or DRC's rendering of services pursuant hereto (including any erroneous instructions or information provided to DRC by the Client or the Client Parties for use in providing services under this Agreement), (b) any breach or alleged breach of this Agreement by Client, or (c) any negligence or willful or reckless actions or misconduct of Client or Client Parties with respect to this Agreement, other than Losses resulting solely from DRC's gross negligence or willful misconduct.  Without limiting the generality of the foregoing, "Losses" includes any liabilities resulting from claims by third persons against any Indemnified Parties.  The Client shall notify DRC in writing promptly of the institution, threat or assertion of any claim of which the Client is aware with respect to the services provided by DRC under this Agreement. Such indemnity shall remain in full force and effect regardless of any investigation made by or on behalf of DRC and shall survive the termination of this Agreement until the expiration of all applicable statutes of limitation with respect to DRC's liabilities.

**12. CONFIDENTIALITY:**  Each of DRC and the Client, on behalf of themselves and their respective employees, agents, professionals and representatives, agrees to keep confidential all non-public records, systems, procedures, software and other information received from the other party in connection with the services provided under this Agreement; provided, however, that if either party reasonably believes that it is



**Donlin, Recano & Company, Inc.**

required to produce any such information by order of any governmental agency or other regulatory body, it may, upon not less than five (5) business days' written notice to the other party, release the required information.

**13. OWNERSHIP OF PROGRAMS:** Unless otherwise agreed in writing, all programs developed by DRC in connection with any services to be performed under this Agreement shall remain the sole property of DRC. All programs and/or systems documentation in the possession of DRC which DRC has agreed in writing to return to the Client, prepared for the Client by DRC, shall be returned to the Client upon demand providing all charges for such programming and/or systems documentation have been paid in full.

**14. SYSTEMS IMPROVEMENTS:** DRC's policy is to provide continuous improvements in the quality of service to its clients. DRC, therefore, reserves the right to make changes in operating procedures, operating systems, programming languages, application programs, time period of accessibility, equipment, and the DRC data center serving the Client, so long as any such changes do not materially interfere with ongoing services provided to the Client in connection with the Client's chapter 11 case.

**15. UNUSUAL MEASURES:** Where the Client requires measures that are unusual and beyond the normal business practice and hours of DRC such as, but not limited to, CPA Audit, Errors and Omissions Insurance, and/or Off-Premises Storage of Data, the cost of such measures, if provided by DRC, shall be charged to the Client. Said charges may be required in advance if DRC deems it appropriate.

**16. JURISDICTION.** In the event that Client commences a case under title 11 of the United States Code, this Agreement shall be subject to approval by the United States Bankruptcy Court for the district in which the Client commences its case (the "Bankruptcy Court") and such court shall retain jurisdiction over all matters regarding this Agreement.

**17. FORCE MAJEURE.** Whenever performance by DRC of any of its obligations hereunder is substantially prevented by reason of any act of God, strike, lock out or other industrial or transportational disturbance, fire, lack of materials, law, regulation or ordinance, war or war conditions, or by reasons of any other matter beyond DRC's reasonable control, then such performance shall be excused and this Agreement shall be deemed suspended during the continuation of such prevention and for a reasonable time thereafter.

**18. NOTICE.** Any notice or other communication required or permitted hereunder shall be in writing and shall be delivered personally, or sent by registered mail, postage prepaid, or overnight courier. Any such notice shall be deemed given when so delivered personally, or, if mailed, five days after the date of deposit in the United States mail, or, if sent by overnight courier, one business day after delivery to such courier, as follows: if to DRC, to Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, New York, New York 11219, Attention: Nellwyn Voorhies, Esq.; if to the Client, to Pachulski Stang Ziehl & Jones LLP, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626, Attention: William N. Lobel, Esq

**19. GOVERNING LAW.** This Agreement will be governed by and construed in accordance with the laws of the State of New York (without reference to its conflict of laws provisions).

**20. SEVERABILITY.** All clauses and covenants contained in this Agreement are severable and in the event any of them are held to be invalid by any court, such clause or covenant shall be valid and enforced to the maximum extent as to which it may be valid and enforceable, and this Agreement will be interpreted as if such invalid clauses or covenants were not contained herein.

**21. ASSIGNMENT.** This Agreement and the rights and obligations of DRC and the Client hereunder shall bind and inure to the benefit of any successors or assigns thereto.



**Donlin, Recano & Company, Inc.**

**22. GENERAL**:  The terms and conditions of this Agreement may be modified by DRC upon one (1) month's prior written notice to Client.  Client will not employ any DRC employee within two (2) years from the termination of this Agreement.  The term "this Agreement" as used herein includes any future written amendments, modifications, supplements or schedules duly executed by Client and DRC.  This Agreement contains the entire agreement between the parties with respect to the subject matter hereof.  This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one in the same instrument. A facsimile copy, photocopy or imaged copy of this Agreement shall be considered an original copy.  The Client shall file an application with the Bankruptcy Court seeking approval of this Agreement (the "Application"), the form and substance of which shall be reasonably acceptable to DRC.  If an order is entered approving such Application (the "Order"), any discrepancies between this Agreement, the Application and the Order shall be controlled by the Application and Order.

Accepted and Approved:

Donlin, Recano & Company, Inc.
6201 15th Avenue
Brooklyn, New York 11219

By:           _Nellwyn Voorhies_____

Signature:  _____

Title:        _Executive Director_____

Date:        _6/19/18_____


Accepted and Approved:

Ruby's Holdings

By:           _TAD BELSHE_____

Signature:  _____

Title:        _EVP_____

Date:        _6-19-18_____


This Agreement is subject to the terms and conditions set forth herein.  Client acknowledges reading and understanding it and agrees to be bound by its terms and conditions and further agrees that it is the complete and exclusive statement of the Agreement between the parties, which supersedes all proposals oral or written and other prior communications between the parties relating to the subject matter of this Agreement.

## Donlin, Recano & Company, Inc.

### SCHEDULE A
### Ruby's Holdings
### Fee Schedule

| Professional Service | Hourly Rates |
|---|---|
| Senior Bankruptcy Consultant | $175 |
| Case Manager | $140 |
| Technology/Programming Consultant | $110 |
| Consultant/Analyst | $90 |
| Clerical | $45 |

| Noticing Service | |
|---|---|
| Laser Printing/ Photocopies | $.09 per Image |
| Personalization/ Labels | WAIVED |
| Fax (Incoming) | WAIVED |
| Fax Noticing | $.08 per Page |
| Postage and Overnight Delivery | At Cost |
| Electronic Noticing | WAIVED |
| Publication Services | At Cost |

| Solicitation, Balloting, Schedule/SOFA | |
|---|---|
| Print and Mail Ballots/Plan Disbursements | Print/hourly fees above – Plan/DS media varies |
| Set-up Tabulation & Vote Verification | $90 - $175 as needed |
| Public Securities Solicitation | N/A |
| Schedule/SOFA preparation | $90 - $195 per Hour |

| Claims Docketing and Management | |
|---|---|
| Website Development | $90 per Hour |
| Web Hosting | WAIVED |
| Creditor Data Storage/ Electronic Document Storage | $.05 per record monthly |
| Document Imaging | $.08 per Image |
| Electronic Claims filing | No Set-up charge or per claim charge |

| Data Room Services | |
|---|---|
| DRC DocuLinks™ Virtual Data Room Services | Hosting WAIVED |
| Data Room Development | $90 per Hour |

| Miscellaneous | |
|---|---|
| Out-of-Pocket Expenses (including any required travel) | At Cost |
| Call Center Operators | $65 per hour |
| Strategic Communications | $395 per hour |

**EXHIBIT B**

**RETENTION ORDER**

2917689.1

William N. Lobel, SBN 93202
Pachulski Stang Ziehl & Jones LLP
650 Town Center Drive, Suite 1500
Costa Mesa, California  92626
Tel: 714-384-4740
Fax: 714-384-4741
wlobel@pszjlaw.com

Attorneys for Ruby's Diners, Inc., et al.
Debtors and Debtors-in-Possession

**FILED & ENTERED**

**APR 09 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY le          DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RUBY'S DINERS, INC., a California corporation, *et al.,*<br><br>          Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S DINERS, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13311-CB<br><br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)<br><br>**ORDER APPROVING IN PART AND DENYING IN PART DEBTORS AND DEBTORS-IN-POSSESSION'S APPLICATION TO EMPLOY DONLIN, RECANO & COMPANY, INC. AS CLAIMS, NOTICING AND BALLOTING AGENT**<br><br>**Hearing Date and Time:**<br><br>Date:          April 3, 2019<br>Time:          10:00 a.m.<br>Courtroom:  5D<br>Address:      411 West Fourth Street<br>                    Santa Ana, CA  92701 |

A hearing was held on April 3, 2019, at 10:00 a.m., before the Honorable Catherine E. Bauer,
United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at
411 West Fourth Street, Santa Ana, California, on the Debtors and Debtors-in-Possession's

1

1  Application to Employ Donlin Recano & Company, Inc. ("DRC") as Claims, Noticing and Balloting

2  Agent, Effective as of the Petition Date, filed September 28, 2018 as Docket #96 (the

3  "Application").[1]  Appearances were made as noted on the record.

4         The Court having read and considered the Application, heard the statements from counsel,

5  and with good cause shown,

6         IT IS ORDERED:

7      1.  The Application is approved in part and denied in part as follows:

8          a.  The services of DRC are limited to those services that the Debtors request and

9            have the ability to pay for, unless DRC agrees to defer payment until the effective

10            date of the Debtors' chapter 11 plan.

11          b.  If DRC agrees to defer payment, it will be allowed an administrative expense

12            claim for those deferred amounts.

13                  ###

24  Date: April 9, 2019

Catherine Bauer
United States Bankruptcy Judge

---

28  [1] All capitalized terms which are not defined in this Order shall have the same meanings as provided to such terms in the Application..

**EXHIBIT C**

**OUTSTANDING INVOICES**

2917689.1



**DONLIN RECANO**

An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

October 12, 2018

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-05** in the amount of $50,382.40 for services rendered to RH during September, 2018. This invoice includes the cost for performing 11 services to approximately 11,264 parties in interest via First Class mail, USPS, FedEx, email and fax. A chart of all mailings is included for your information.

You may make your check payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

|  |  |
|---|---|
| Account Name: | Donlin, Recano & Company, Inc. |
| Account #: | 590872834 |
| Bank Name: | HSBC Bank USA |
|  | 452 Fifth Avenue |
|  | New York, NY  10038 |
| ABA #: | 021 001 088 |
| Contact: | James F. Conti |
| Telephone #: | (212) 525-6677 |
| Email: | james.f.conti@us.hsbc.com |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:    Pachulski Stang Ziehl, & Jones LLP
       William N. Lobel, Esq.
       650 Town Center Drive, Suite 1500
       Costa Mesa, CA 92626

email:

## Ruby's Diner, Inc. et al.
### Mailings for September, 2018

| Item # | Date | Description | Mailing # | Total | First Class | USPS | FedEx | Email | Fax |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Sep-04 | Notice of Joint Administration of Cases and Requirements for Filing Documents | 2 | 4,860 | 4,860 | 0 | 0 | 0 | 0 |
| 2 | Sep-04 | Order Granting Motion for an Order Authorizing the Debtors to Honor Certain Prepetition Gift Card Obligations to Customers and to Otherwise Continue Certain Gift Card Programs in the Ordinary Course of Business on a Postpetition Basis and to Continue Honoring Quality Assurance Cards for a Limited Period (Docket No. 30); Order Granting Motion for Order Pursuant to 11 U.S.C. §§ 105(A) and 366: (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, (II) Determining Adequate Assurance of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (Docket No. 31); Order Granting Debtors' Motion for Order Limiting Scope of Notice (Docket No. 32); Stipulation for Order (A) Authorizing Interim Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief (Docket No. 33); Interim Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief (Docket No. 34); Order Granting Motion to Approve Joint Administration Cases – Ruby's SoCal Diners, LLC, | 3 | 96 | 96 | 0 | 0 | 0 | 0 |
| 3 | Sep-05 | First Day Service for Ruby's Diner, Inc.- Ch. 11 Case No. 18-13311 Dkt. Nos. 2, 7, 8, 9, 10, 11, 12. | 4 | 98 | 0 | 8 | 52 | 38 | 0 |
| 4 | Sep-07 | Notice of Joint Administration of Cases and Requirements for Filing Documents | 5 | 5,465 | 5,465 | 0 | 0 | 0 | 0 |
| 5 | Sep-12 | Notice of Ex Parte Motion and Ex Parte Motion for an Order Extending Time Within Which Debtors Must  File Schedules of Assets and Liabilities and Statements of Financial Affairs and Other Required Documents as Listed in the Court's Deficiency Notice Pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007 – 1(b); Memorandum of Points and Authorities Attached Hereto; Declaration of Douglas S. Cavanaugh in Support Attached Hereto (Docket No. 49) | 6 | 121 | 121 | 0 | 0 | 0 | 0 |
| 6 | Sep-13 | Order Setting Scheduling and Case Management Conference (Docket No. 46) | 7 | 122 | 122 | 0 | 0 | 0 | 0 |
| 7 | Sep-17 | Chapter 11 Status Report; Declaration of Douglas S. Cavanaugh in Support Thereof (Docket No. 65) | 8 | 123 | 123 | 0 | 0 | 0 | 0 |
| 8 | Sep-18 | RDI Request for Insider Compensation Re Douglas Cavanaugh; RDI Request for Insider Compensation Re Ralph Kosmides; RDI Request for Insider Compensation Re Tad Belshe | 9 | 56 | 56 | 0 | 0 | 0 | 0 |

| | | Ruby's Diner, Inc. et al. Mailings for September, 2018 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item # | Date | Description | Mailing # | Total | First Class | USPS | FedEx | Email | Fax |
| 9 | Sep-20 | Notice of Motion and Motion of Debtors for Authority to Enter Into Insurance Premium Finance Agreement and to Provide Adequate Protection; Declaration of Douglas S. Cavanaugh in Support Thereof (Docket No. 70); Application for Order Shortening Time for Hearing on Motion of Debtors for Authority to Enter into Insurance Premium Finance Agreement and to Provide Adequate Protection; Declaration of Douglas S. Cavanaugh in Support (Docket No. 71); Granting Application and Setting Hearing on Shortened Notice Denying Application for Order Setting Hearing on Shortened Notice (Docket No. 72); Notice of Hearing on Shortened Time on Motion of Debtors for Authority to Enter Into Insurance Premium Finance Agreement and to Provide Adequate Protection (Docket No. 74) | 10 | 111 | 0 | 19 | 36 | 54 | 2 |
| 10 | Sep-26 | Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest (Docket No. 91); Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest (Docket No. 92); Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest (Docket No. 93) | 11 | 106 | 106 | 0 | 0 | 0 | 0 |
| 11 | Sep-28 | Application of Debtors and Debtors in Possession to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective as of the Petition Date; Declaration of William N. Lobel Attached Hereto (Docket No. 94); Notice of Filing of Application of Debtors and Debtors in Possession to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective as of the Petition Dates (Docket No. 95); Application of Debtors and Debtors in Possession to Employ Donlin, Recano & Company, Inc. as Claims, Noticing and Balloting Agent to Debtors, Effective as of the Petition Dates; Declaration of Nellwyn Voorhies Attached Hereto (Docket No. 96); Notice of filing of application of Debtors and Debtors In Possession to Employ Donlin, Recano & Company, Inc. as Claims, Noticing and Balloting Agent to Debtors, Effective as of the Petition Dates (Docket No. 97) | 12 | 106 | 106 | 0 | 0 | 0 | 0 |
| | | Total | | 11,264 | 11,055 | 27 | 88 | 92 | 2 |

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
<u>**Invoice # 5 - September, 2018**</u>

## I. SYSTEM USAGE

A. Database Storage   (September)
(5,429 creditors @ $0.05/creditor)                                    $271.45

B. Programming
19.4 hours @ $110.00/hour                                             2,134.00
(database updates, downloads to Excel, e-notification, miscellaneous
tasks, noticing database, noticing files, parsing and uploading,
reports/exhibits, website updates)

C. Electronic Document Storage    (September)
(3,007 images @ $0.05/image)                                         150.35

D. Permitted Users
(0 users @ $200/user)                                               <u>Waived</u>

**SUB TOTAL - System Usage**                                    **2,555.80**

## II. SUPPORT SERVICES

A. Claims Examinations/Docketing
(0 claims @ $0.25/claim)                                            Waived

B. Data Entry       5.3 hours @ $45.00/hour                          238.50
(RPOs, etc.)

C. Photocopies
(95,614 pages @ $0.09/page)                                        8,605.26

D. Scanning
(1,176 docs/1,289 images @ $0.08/image)                             103.12

E. Reports/Labels
Laser Print 190 pages  @ $0.09/page                                 17.10
Print 0 Labels @ $0.05/each                                        Waived
Print 0 POC Forms @ $0.18/each                                      0.00

F. Communication Services
24/7 Online Access to Case Website ($200 per month)                Waived
Outgoing Email Attachments (6,454 pages @ $0.02/page)              Waived
Fax Noticing (0 pages @ $0.08/page)                                 0.00

G. Administrative Services
6.7 hours @ $65.00/hour                                             435.50
(Call Center)

65.0 hours @ $45.00/hour                                           <u>2,925.00</u>
(case administration, creditor updates, mail processing, photocopying &
mailing, RPO processing)

**SUB TOTAL - Support Services**                               **12,324.48**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
<u>**Invoice # 5 - September, 2018**</u>

**III.  CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)**

| | |
|---|---:|
| 23.5 hours @ $450.00/hour | 10,575.00 |
| 32.0 hours @ $175.00/hour | 5,600.00 |
| 55.7 hours @ $140.00/hour | 7,798.00 |
| 18.9 hours @ $90.00/hour | <u>1,701.00</u> |

**SUB TOTAL - Consulting Fees**                            **25,674.00**

**IV.  OUT OF POCKET EXPENSES**

| | |
|---|---:|
| Federal Express | 995.54 |
| PACER | 253.90 |
| Postage | 6,547.53 |
| Press Releases | 1,343.00 |
| USPS Pick Up and Delivery | <u>688.15</u> |

**SUB TOTAL - Out Of Pocket Expenses**                  <u>**9,828.12**</u>

**TOTAL CHARGES - September,2018**                      **$50,382.40**

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jennifer Mercer - September 2018</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 9-4 | BK prep. | 4.0 |
| 9-5 | Bk filing, additional entities. Press release. | 6.0 |
| 9-6 | BK filing, media report, take media calls. | 5.0 |
| 9-7 | BK media report. Take media calls. | 2.0 |
| 9-11 | Media report. | 2.0 |
| 9-13 | Media calls. | 0.5 |
| 9-20 | Determine social media strategy. Work w/OC Biz Journal on story. | 3.0 |
| 9-21 | Work with OC Biz Journal on story. | <u>1.0</u> |

|  | | |
|---|---|---|
| | TOTAL HOURS - September 2018 | <u>23.5</u> |
| | TOTAL CHARGES @ $ 450/hour | <u>$10,575.00</u> |

Exhibit A

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Andrew Logan - September 2018</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-4 | Follow up on case filing for RDI. | 0.1 |
| 9-4 | Follow up on requests for service of 1st day orders and notice of joint administration. | 0.4 |
| 9-4 | Review e-mail from counsel re telephonic notice and respond to same and draft script for telephonic notice and transmit to counsel for review and comment (0.8). Review comments from counsel and follow up on same and review and revise script for telephonic noticing and coordinate process with DRC personnel (0.4). | 1.2 |
| 9-4 | Review correspondences and 1st day service lists for RDI from counsel and attend to update to creditor files for first day service and draft 1st day service chart and proof same, including phone # for telephonic notice (2.6). Compile list of parties names, addresses and telephone numbers for telephonic noticing (0.6). | 3.2 |
| 9-4 | Supervise addition of 3 parties to service list manager database. | 0.2 |
| 9-5 | Attend to updates to case website re additional debtor filing and proofing of same (0.9). Attend to update to case website with change in hearing time (0.1). Coordinate update to case website with change in case caption due to joint administration order (0.5). Attend to update to case website with press release (0.3). | 1.8 |
| 9-5 | Follow up with DRC team re additional case filing (0.2). Review and revise 1st day service chart and follow up and oversee service of 1st day pleadings for RDI (0.6). | 0.8 |
| 9-5 | Review and revise script for telephonic noticing based upon comments from counsel (0.2). Follow up with counsel on 1st day service/noticing question (0.2). Attend to updates to call script based upon conversation with counsel and coordinate calls with DRC team (0.4). | 0.8 |
| 9-5 | Follow up with counsel on creditor matrix for RDI and coordinate uploading to DRC database. | 0.3 |
| 9-5 | Follow up with DRC team re call script and creditor information for telephonic noticing (0.4). Attend to updates to DRC database re 1st day service for RDI (0.3). Attend to updates to case captions for Proof of Service and case website (0.4). Drafting template for new Proof of service and language for telephonic notice and coordinate production of proof of service of 1st day motions for RDI (0.8). | 1.9 |
| 9-5 | Supervise addition of 4 parties to service list manager database. | 0.2 |
| 9-6 | Follow up on preparation of proof of service for 1st day motions for RDI (0.1). Review proof of service and e-mail to Debtors' counsel (0.2). | 0.3 |

**Exhibit A**

## DONLIN, RECANO & COMPANY, INC. ("DRC")

### Ruby's Diner, Inc. et al. ("RH")

<u>Timesheets - Andrew Logan - September 2018</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 9-10 | Supervise addition of single party to service list manager database. | 0.2 |
| 9-11 | Attend to updates to case website with notice of chapter 11 bankruptcy case and meeting of creditors for RDI and proofing of same. | 0.4 |
| 9-12 | Coordinate update to case website. | 0.2 |
| 9-12 | Coordinate updates to master service list and debtor and debtors' counsel service lists (0.2). Attend to updates to creditor matrix and core service list based upon request from creditor (0.2). | 0.4 |
| 9-12 | Follow up on service request and review and comment on same and follow up with DRC personnel re same. | 0.4 |
| 9-12 | Supervise addition of single party to service list manager database. | 0.2 |
| 9-13 | Follow up with Debtors' counsel on status of DRC retention application and additional language required by clerk of court. | 0.3 |
| 9-13 | Follow up on service request and classify all secured parties for service. | 0.5 |
| 9-14 | Supervise addition of single party to service list manager database. | 0.2 |
| 9-17 | Follow up on modified procedures for entering filed Notices of appearances. | 0.2 |
| 9-17 | Review court docket re status of case. | 0.2 |
| 9-18 | Attend to update to creditor address. | 0.2 |
| 9-19 | Follow up with DRC Team re service regarding emergency hearing and possible telephonic notice. | 0.6 |
| 9-19 | Supervise addition of 65 parties to service list manager database. | 0.2 |
| 9-20 | Attend to update to case website re scheduled hearing information. | 0.1 |
| 9-20 | Review order shortening time and follow up on service of documents in connection with hearing, including drafting script for telephonic notice and seeking approval of counsel re same and compiling list of parties for telephonic notice. | 0.6 |
| 9-20 | Compile list of parties for telephonic notice and review and revise script for telephonic notice of expedited hearing and coordinate telephonic notice and follow up with counsel regarding e-mail, fax notice and hard copy service (1.1). Prepare exhibit for telephonic noticing for proof of service and follow up on on preparation of proof of service (0.6). | 1.7 |
| 9-24 | Follow up on DRC's retention pleadings (0.2). Follow up on creditor inquiry (0.1). | 0.3 |
| 9-25 | Attend to updates to case website re scheduled hearings. | 0.3 |

**Exhibit A**

## DONLIN, RECANO & COMPANY, INC. ("DRC")

### Ruby's Diner, Inc. et al. ("RH")

Timesheets - Andrew Logan - September 2018

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-26 | Review and comment and mark up draft of DRC's retention application and affidavit of disinterestedness in connection therewith. | 2.1 |
| 9-26 | Supervise addition of single party to service list manager database. | 0.2 |
| 9-27 | Continue review and revisions to and proofing draft of DRC's retention application and affidavit of disinterestedness in connection therewith and transmit comments to Debtors' counsel. | 1.7 |
| 9-28 | Redline and review revised draft of application to retain DRC as claims and noticing and balloting agent and coordinate execution of declaration of disinterestedness. | 0.4 |
| 9-28 | Follow up on service requests. | 0.1 |
| 9-28 | Review court docket re status of case. | 0.2 |
| 9-28 | Attend to downloading and posting of Schedules & Statements to case website and proofing of same. | 0.4 |

TOTAL HOURS - September 2018     23.5

TOTAL CHARGES @ $ 175/hour     $4,112.50

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rebecca Marshall - September 2018</u>

### III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 9-5 | Provided strategic crisis communications guidance and advice - Ruby's press release editing and putting out over PRN. | 0.5 |
| 9-6 | Provided strategic crisis communications guidance and advice -media monitoring. | <u>0.6</u> |
| | TOTAL HOURS - September 2018 | <u>1.1</u> |
| | TOTAL CHARGES @ $ 175/hour | <u>$192.50</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Jung Song - September 2018

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-4 | Attend matter re service of various of 1st day orders and pleadings. | 0.5 |
| 9-4 | Attend matter re service of telephonic notice of the 1st Day service. | 0.3 |
| 9-4 | Supervise AOS filing and verify accuracy regarding mailing numbers 2, 3. | 0.2 |
| 9-5 | Attend matter re service of various 1-Day pleadings. | 0.5 |
| 9-5 | Supervise AOS filing and verify accuracy regarding mailing #4. | 0.1 |
| 9-7 | Attend matter re service of Notice of Joint Administration of Cases and Requirements for Filing Documents. | 0.3 |
| 9-7 | Supervise AOS filing and verify accuracy regarding mailing #5. | 0.1 |
| 9-12 | Coordinated to set-up 800 hotline for Spanish speaking creditors. | 0.7 |
| 9-12 | Attend matter re service of Notice of Ex Parte Motion and Ex Parte Motion for an Order Extending Time Within Which Debtors Must File Schedules of Assets and Liabilities and Statements of Financial Affairs and Other Required Documents as Listed in the Court's Deficiency Notice Pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007 – 1(b); Memorandum of Points and Authorities Attached Hereto; Declaration of Douglas S. Cavanaugh in Support Attached Hereto (Docket No. 49). | 0.3 |
| 9-12 | Supervise AOS filing and verify accuracy regarding mailing #6. | 0.1 |
| 9-13 | Attend matter re service of Order Setting Scheduling and Case Management Conference (Docket No. 46). | 0.3 |
| 9-13 | Supervise AOS filing and verify accuracy regarding mailing #7. | 0.1 |
| 9-17 | Attend matter re service of Chapter 11 Status Report; Declaration of Douglas S. Cavanaugh in Support Thereof (Docket No. 65). | 0.3 |
| 9-17 | Supervise AOS filing and verify accuracy regarding mailing #8. | 0.1 |
| 9-18 | Attend matter re service of RDI Request for Insider Compensation Re Douglas Cavanaugh; RDI Request for Insider Compensation Re Ralph Kosmides; RDI Request for Insider Compensation Re Tad Belshe. | 0.3 |
| 9-18 | Supervise AOS filing and verify accuracy regarding mailing #9. | 0.1 |
| 9-20 | Coordinate to perform telephonic service in connection with Docket Nos. 70-72. | 0.8 |
| 9-20 | Attend matter re service of Notice of Motion and Motion of Debtors for Authority to Enter Into Insurance Premium Finance Agreement and to Provide Adequate Protection; Declaration of Douglas S. Cavanaugh in Support Thereof (Docket No. 70). | 0.3 |
| 9-20 | Supervise AOS filing and verify accuracy regarding mailing #10. | 0.1 |

Exhibit A

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Jung Song - September 2018

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-26 | Attend matter re service of Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest (Docket No. 91); Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest (Docket No. 92); Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest (Docket No. 93). | 0.3 |
| 9-26 | Supervise AOS filing and verify accuracy regarding mailing #11. | 0.1 |
| 9-28 | Attend matter re service of Application of Debtors and Debtors in Possession to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective as of the Petition Date; Declaration of William N. Lobel Attached Hereto (Docket No. 94); Notice of Filing of Application of Debtors and Debtors in Possession to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective as of the Petition Dates (Docket No. 95); Application of Debtors and Debtors in Possession to Employ Donlin, Recano & Company, Inc. as Claims, Noticing and Balloting Agent to Debtors, Effective as of the Petition Dates; Declaration of Nellwyn Voorhies Attached Hereto (Docket No. 96); Notice of filing of application of Debtors and Debtors In Possession to Employ Donlin, Recano & Company, Inc. as Claims, Noticing and Balloting Agent to Debtors, Effective as of the Petition Dates (Docket No. 97). | 0.3 |

TOTAL HOURS - September 2018    6.2

TOTAL CHARGES @ $ 175/hour    $1,085.00

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Roland Tomforde - September 2018

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-5 | First day telephonic noticing. | 1.2 |
|  | TOTAL HOURS - September 2018 | 1.2 |
|  | TOTAL CHARGES @ $ 175/hour | $210.00 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - John Burlacu - September 2018</u>

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-13 | Directed service of Summary of Order Setting Scheduling and Case Management Conference. | 1.1 |
| 9-13 | Drafted affidavit of service re Order Setting Scheduling and Case Management Conference  and assembled exhibit pages to same. | 0.6 |
| 9-13 | Ensured Declaration was accurately scanned/OCRed/filed in DRC database for future reference and forwarded same for filing with USBC. | <u>0.2</u> |

TOTAL HOURS - September 2018    <u>1.9</u>

TOTAL CHARGES @ $ 140/hour    <u>$266.00</u>

Exhibit A

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Edward Calderon - September 2018</u>

**III. CONSULTING FEES**

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 9-4 | Coordinated mailing of Order Granting Motion for an Order Authorizing the Debtors to Honor Certain Prepetition Gift Card Obligations to Customers and to Otherwise Continue Certain Gift Card Programs in the Ordinary Course of Business on a Postpetition Basis and to Continue Honoring Quality Assurance Cards for a Limited Period (Docket No. 30); Order Granting Motion for Order Pursuant to 11 U.S.C. §§ 105(A) and 366: (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, (II) Determining Adequate Assurance of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (Docket No. 31); Order Granting Debtors' Motion for Order Limiting Scope of Notice (Docket No. 32); Stipulation for Order (A) Authorizing Interim Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief (Docket No. 33); Interim Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief (Docket No. 34); Order Granting Motion to Approve Joint Administration Cases – Ruby's SoCal Diners, LLC, a Delaware limited liability company [Docket No. 29]; Order Granting Motion to Approve Joint Administration Cases – Ruby's Huntington Beach, Ltd. – Case No. 18-8-bk-13199-CB [Docket No. 27]; Order Granting Motion to Approve Joint Administration Cases – Ruby's Laguna Hills, Ltd. – Case No. 18-8-bk-13200-CB [Docket No. 27]; Order Granting Motion to Approve Joint Administration Cases – Ruby's Oceanside, Ltd. – Case No. 18-8-bk-13201-CB [Docket No. 27]; Order Granting Motion to Approve Joint Administration Cases – Ruby's Palm Springs, Ltd. – Case No. 18-8-bk-13202-CB [Docket No. 27]  to ensure accuracy / completeness and ability to testify to same. | 1.5 |
| 9-4 | Coordinated mailing of Notice of Joint Administration of Cases and Requirements for Filing Documents to ensure accuracy / completeness and ability to testify to same. | 2.4 |
| 9-4 | Coordinated mailing of Order Granting Motion for Order Pursuant to 11 U.S.C. §§ 105(A) and 366: (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, (II) Determining Adequate Assurance of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (Docket No. 31); to ensure accuracy / completeness and ability to testify to same. | 0.2 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Edward Calderon - September 2018</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|---|---|---|
| 9-4 | Directed service of Order Granting Motion for an Order Authorizing the Debtors to Honor Certain Prepetition Gift Card Obligations to Customers and to Otherwise Continue Certain Gift Card Programs in the Ordinary Course of Business on a Postpetition Basis and to Continue Honoring Quality Assurance Cards for a Limited Period (Docket No. 30) (0.3). Assemble affidavit of service in connection re same (0.2).    Ensured Declaration was accurately scanned/OCRed/filed in DRC database for future reference and forwarded same for filing with USBC (0.2). Coordinated mailing to ensure accuracy/completeness and ability to testify to same (0.3). | 1.0 |
| 9-5 | Coordinate first day mailing service for docket number(s) 2, 7, 8, 9, 10, 11 and 12:  production of relevant document(s), organize and proof printed sample for quality control review prior to insertion. | 0.5 |
| 9-7 | Coordinated mailing of Notice of Joint Administration of Cases and Requirements for Filing Documents to ensure accuracy / completeness and ability to testify to same. | 0.5 |
| 9-12 | Coordinated mailing of Notice of Ex Parte Motion and Ex Parte Motion for an Order Extending Time Within Which Debtors Must File Schedules of Assets and Liabilities and Statements of Financial Affairs and Other Required Documents as Listed in the Court's Deficiency Notice Pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007 – 1(b); Memorandum of Points and Authorities Attached Hereto; Declaration of Douglas S. Cavanaugh in Support Attached Hereto (Docket No. 49) to ensure accuracy / completeness and ability to testify to same. | 0.5 |
| 9-13 | Coordinated mailing of Order Setting Scheduling and Case Management Conference (Docket No. 46) to ensure accuracy/completeness and ability to testify to same. | 0.5 |
| 9-17 | Coordinated mailing of Chapter 11 Status Report; Declaration of Douglas S. Cavanaugh in Support Thereof (Docket No. 65) to ensure accuracy / completeness and ability to testify to same. | 1.5 |
| 9-18 | Coordinated mailing of RDI Request for Insider Compensation Re Douglas Cavanaugh; RDI Request for Insider Compensation Re Ralph Kosmides; RDI Request for Insider Compensation Re Tad Belshe to ensure accuracy / completeness and ability to testify to same. | 0.4 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Edward Calderon - September 2018</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 9-20 | Coordinated mailing of Notice of Motion and Motion of Debtors for Authority to Enter Into Insurance Premium Finance Agreement and to Provide Adequate Protection; Declaration of Douglas S. Cavanaugh in Support Thereof (Docket No. 70); Application for Order Shortening Time for Hearing on Motion of Debtors for Authority to Enter into Insurance Premium Finance Agreement and to Provide Adequate Protection; Declaration of Douglas S. Cavanaugh in Support (Docket No. 71); Granting Application and Setting Hearing on Shortened Notice Denying Application for Order Setting Hearing on Shortened Notice (Docket No. 72); Notice of Hearing on Shortened Time on Motion of Debtors for Authority to Enter Into Insurance Premium Finance Agreement and to Provide Adequate Protection (Docket No. 74) to ensure accuracy/ completeness and ability to testify to same. | 0.7 |
| 9-26 | Coordinated mailing of Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest (Docket No. 91); Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest (Docket No. 92); Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest (Docket No. 93) to ensure accuracy / completeness and ability to testify to same. | 2.0 |
| 9-28 | Coordinated mailing of Application of Debtors and Debtors in Possession to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective as of the Petition Date; Declaration of William N. Lobel Attached Hereto (Docket No. 94); Notice of Filing of Application of Debtors and Debtors in Possession to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective as of the Petition Dates (Docket No. 95); Application of Debtors and Debtors in Possession to Employ Donlin, Recano & Company, Inc. as Claims, Noticing and Balloting Agent to Debtors, Effective as of the Petition Dates; Declaration of Nellwyn Voorhies Attached Hereto (Docket No. 96); Notice of filing of application of Debtors and Debtors In Possession to Employ Donlin, Recano & Company, Inc. as Claims, Noticing and Balloting Agent to Debtors, Effective as of the Petition Dates (Docket No. 97) to ensure accuracy/ completeness and ability to testify to same. | <u>1.5</u> |

TOTAL HOURS - September 2018 <u>13.2</u>

TOTAL CHARGES @ $ 140/hour <u>$1,848.00</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Calvin Dickson - September 2018

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-4 | Attention to detail re various orders to be served. | 1.0 |
| 9-7 | Attention to detail re service of notice of joint administration to creditor matrix. | 0.8 |
| 9-7 | Reviewed docket and new motions filed. | 0.3 |
| 9-20 | Reviewed latest docket entries to update files. | 0.2 |
| | TOTAL HOURS - September 2018 | 2.3 |
| | TOTAL CHARGES @ $ 140/hour | $322.00 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jolly Estrada - September 2018</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-4 | Prepared files for update of creditor data. Updated/verified the website case information data in light of request for courtesy notice. | 0.4 |
| 9-5 | Prepared files for update of creditor data. Updated/verified the website case information data in light of request for courtesy notice. | 1.4 |
| 9-6 | Review all recent docket entries for updates. | 0.3 |
| 9-6 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 9-7 | Review all recent docket entries for updates. | 0.3 |
| 9-7 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 9-10 | Prepared files for update of creditor data. Updated/verified the website case information data in light of NOA's. | 0.7 |
| 9-10 | Review all recent docket entries for updates. | 0.3 |
| 9-10 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 9-11 | Review all recent docket entries for updates. | 0.2 |
| 9-11 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 9-12 | Review all recent docket entries for updates. | 0.3 |
| 9-12 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 9-13 | Review all recent docket entries for updates. | 0.3 |
| 9-14 | Prepared files for update of creditor data. Updated/verified the website case information data in light of request for courtesy notice of electronic filing. | 0.4 |
| 9-14 | Review all recent docket entries for updates. | 0.3 |
| 9-14 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 9-17 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 9-18 | Review all recent docket entries for updates. | 0.2 |
| 9-18 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 9-19 | Prepared files for update of creditor data. Updated/verified the website case information data in light of NOA's. | 0.4 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jolly Estrada - September 2018</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-19 | Review all recent docket entries for updates. | 0.3 |
| 9-19 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 9-20 | Review all recent docket entries for updates. | 0.3 |
| 9-20 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 9-24 | Prepared files for update of creditor data. Updated/verified the website case information data in light of request for update of creditors' addresses. | 1.1 |
| 9-24 | Review all recent docket entries for updates. | 0.3 |
| 9-25 | Review all recent docket entries for updates. | 0.3 |
| 9-25 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 9-26 | Review all recent docket entries for updates. | 0.3 |
| 9-26 | Prepared files for update of creditor data. Updated/verified the website case information in light of NOA's. | 0.4 |
| 9-27 | Review all recent docket entries for updates. | 0.3 |
| 9-27 | Updated/verified website case information. Ensured consistency between DRC and court websites. | <u>0.3</u> |

TOTAL HOURS - September 2018 <u>12.4</u>

TOTAL CHARGES @ $ 140/hour <u>$1,736.00</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jennifer Goode - September 2018</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-4 | Coordinated mailing of the Notice of Joint Administration of Cases and Requirements for Filing Documents to the creditor matrix (0.5). Attended to details on the creating of mailing files (0.2). Verified for accuracy (0.3). Attended to details on the reproduction of the document and envelopes (0.3). Verified sample envelope for accuracy (0.1). | 1.4 |
| 9-7 | Coordinated mailing of the Notice of Joint Administration of Cases and Requirements for Filing Documents to the creditor database (0.4). Attended to details on the preparation of mailing files (0.1). Reviewed for accuracy (0.2). Attended to details on the reproduction of the notice and envelopes (0.2). Reviewed sample envelopes (0.1). | 1.0 |
| 9-7 | Prepared the Proof of Service re the mailing of the Notice of Joint Administration of Cases and Requirements for Filing Documents (0.5). Reviewed upon completion for accuracy (0.2). Forwarded to N. Lockwood of Pachulski, Stang et al. for court filing (0.2). | 0.9 |
| 9-17 | Prepared Affidavit of Service re the mailing of the Notice of Joint Administration of Cases and Requirements for Filing Documents to all creditors (0.7). Reviewed for accuracy (0.2). Forwarded affidavit to N. Lockwood of Pachulski, Stang et al. for court filing (0.1). | <u>1.0</u> |

TOTAL HOURS - September 2018    <u>4.3</u>

TOTAL CHARGES @ $ 140/hour    <u>$602.00</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Rommel Mapa - September 2018

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-4 | Handled/researched/processed RPOs. | 0.1 |
| 9-4 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 9-5 | Attend to issue re ecf notification set-up. | 0.2 |
| 9-6 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 9-7 | Verified latest docket entries affecting claims are reviewed and addressed. | 0.1 |
| 9-11 | Attend to issues re call center set-up. | 0.4 |
| 9-12 | Follow-up on setting up of Call Center for Spanish speaking Employees. | 0.3 |
| 9-12 | Handled/researched/processed RPOs. | 0.2 |
| 9-12 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 9-13 | Follow-up on testing Spanish Call Center. | 0.2 |
| 9-20 | Telephonic notice. | 2.0 |
| 9-24 | Researched information requested re DRC retention order/motion. | 0.2 |
| 9-27 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 9-28 | Ensured accuracy of scanning report. | 0.2 |

TOTAL HOURS - September 2018    4.7

TOTAL CHARGES @ $ 140/hour    $658.00

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Nora Morales - September 2018</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 9-5 | Coordinate First Day Service of various Motions, draft Job Tickets, review Job Tickets and approve final Service. | 8.8 |
| 9-6 | Drafted/finalized Declaration of Mailing for First Day Service of Motions and Orders. Ensured declaration was accurately scanned/OCRed/filed in database/forwarded to Counsel for filing with USBC. | 1.6 |
| 9-12 | Telephone conference with various Employees regarding Filing of Notice of Commencement of Ch. 11. | 1.2 |
| 9-13 | Returned calls regarding Notice of Ch. 11 Bankruptcy filing. | 0.4 |
| 9-21 | Returned calls regarding Notice of filing of Ch. 11 Bankruptcy. | 0.5 |
| 9-26 | Returned calls regarding Notice of Ch. 11 filing. | <u>0.4</u> |

TOTAL HOURS - September 2018     <u>12.9</u>

TOTAL CHARGES @ $ 140/hour     <u>$1,806.00</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Winnie Yeung - September 2018</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 9-5 | Prepared instructions to parse and upload creditor records for Ruby's Diner, Inc. (0.3). Researched/verified data uploaded in database (0.5). | 0.8 |
| 9-6 | Created debtor records in claims database. | 0.4 |
| 9-12 | Prepared/posted current Master Service List in .xls and word format on client website. | 0.5 |
| 9-12 | Prepared instructions to add MSL parties from Ruby's Socal Diners LLC to Ruby's Diner (0.3). Downloaded excel file of all MSL parties for verification to ensure accuracy and completeness (0.5). | 0.8 |
| 9-14 | Prepared/posted current Master Service List in .xls and word format on client website. | 0.5 |
| 9-19 | Prepared/posted current Master Service List in .xls and word format on client website. | 0.5 |
| 9-27 | Prepared/posted current Master Service List in .xls and word format on client website. | <u>0.5</u> |

TOTAL HOURS - September 2018 <u>4.0</u>

TOTAL CHARGES @ $ 140/hour <u>$560.00</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Tina Carr - September 2018</u>

### III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 9-5 | Telephonic Notice to creditors. | 1.0 |
| 9-14 | Boxed RPO's for storage. | 0.2 |
| 9-20 | Telephonic calls re hearing. | 0.8 |
| 9-25 | Reviewed/responded to creditors email correspondence. | 0.4 |
| 9-26 | Handled/processed service list RPOs. | 0.1 |
| 9-28 | Boxed RPO's for storage. | <u>0.2</u> |

|  | TOTAL HOURS - September 2018 | <u>2.7</u> |
|---|---|---|
|  | TOTAL CHARGES @ $ 90/hour | <u>$243.00</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Lillian Jordan - September 2018

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-5 | Telephonic calls to creditors. | 1.0 |

|  | | |
|--|--|--|
| | TOTAL HOURS - September 2018 | 1.0 |
| | TOTAL CHARGES @ $ 90/hour | $90.00 |

Exhibit A

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Sung Kim - September 2018

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-12 | Directed service of Notice of Ex Parte Motion for an Order Extending Time Within Which Debtors Must File Schedules of Assets and Liabilities and Statements of Financial Affairs to ensure accuracy/completeness and ability to testify to same if required (1.2). Drafted affidavit of service re same (0.4). Assemble affidavit of service in connection re same (0.2). Ensured Declaration was accurately scanned/OCRed/filed in DRC database for future reference and forwarded same for filing with USBC (0.4). | 2.2 |
| 9-18 | Directed service of RDI Requests for Insider Compensation Re Douglas Cavanaugh; Ralph Kosmides; and Tad Belshe to ensure accuracy/completeness and ability to testify to same if required (1.2). Drafted affidavit of service re same (0.4). Assemble affidavit of service in connection re same (0.2). Ensured Declaration was accurately scanned/OCRed/filed in DRC database for future reference and forwarded same for filing with USBC (0.4). | 2.2 |
| 9-18 | Directed service of Chapter 11 Status Report to ensure accuracy/completeness and ability to testify to same if required (1.3). Drafted affidavit of service re same (0.4). Assemble affidavit of service in connection re same (0.2). Ensured Declaration was accurately scanned/OCRed/filed in DRC database for future reference and forwarded same for filing with USBC (0.4). | 2.3 |
| 9-20 | Directed service of Notice of Motion and Motion of Debtors for Authority to Enter Into Insurance Premium Finance Agreement; Application for Order Shortening Time for Hearing on Motion; Granting Application and Setting Hearing on Shortened Notice; and Notice of Hearing to ensure accuracy/completeness and ability to testify to same if required (1.5). Drafted affidavit of service re same (0.7). Assemble affidavit of service in connection re same (0.3). Ensured Declaration was accurately scanned/OCRed/filed in DRC database for future reference and forwarded same for filing with USBC (0.4). Updated/verified the website case information data with Notice of Hearing (0.4). | 3.3 |
| 9-26 | Directed service of Periodic Reports Regarding Value, Operations, and Profitability of Entities for Ruby's Diner; Ruby's SoCal Diners; and Ruby's Quality Diners to ensure accuracy/completeness and ability to testify to same if required (1.2). Drafted affidavit of service re same (0.4). Assemble affidavit of service in connection re same (0.2). Ensured Declaration was accurately scanned/OCRed/filed in DRC database for future reference and forwarded same for filing with USBC (0.4). | 2.2 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Sung Kim - September 2018</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 9-27 | Updated website case information field with Committee Counsel for Ruby's Diner. | 0.8 |
| 9-28 | Directed service of Application and Notice to Employ Pachulski Stang; and Application and Notice to Employ Donlin Recano to ensure accuracy/completeness and ability to testify to same if required (1.2). Drafted affidavit of service re same (0.4). Assemble affidavit of service in connection re same (0.2). Ensured Declaration was accurately scanned/ OCRed/filed in DRC database for future reference and forwarded same for filing with USBC (0.4). | 2.2 |

TOTAL HOURS - September 2018    <u>15.2</u>

TOTAL CHARGES @ $ 90/hour    <u>$1,368.00</u>

# DONLIN RECANO

### An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

November 14, 2018

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

## Re: Ruby's Holdings ("RH")

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-06** in the amount of $8,853.11 for services rendered to RH during October, 2018. This invoice includes the cost for performing 2 services to approximately 203 parties in interest via First Class mail and email. A chart of all mailings is included for your information.

You may make your check payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

| | |
|---|---|
| Account Name: | Donlin, Recano & Company, Inc. |
| Account #: | 590872834 |
| Bank Name: | HSBC Bank USA |
| | 452 Fifth Avenue |
| | New York, NY 10038 |
| ABA #: | 021 001 088 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:   Pachulski Stang Ziehl, & Jones LLP
      William N. Lobel, Esq.
      650 Town Center Drive, Suite 1500
      Costa Mesa, CA 92626

email:

---

Donlin Recano & Company, Inc.  PO Box 192042, Blythebourne Station, Brooklyn, NY  11219

## Ruby's Diner, Inc. et al.
## Mailings for October, 2018

| Item # | Date | Description | Mailing # | Total | First Class | USPS | FedEx | Email | Fax |
|--------|------|-------------|-----------|-------|-------------|------|-------|-------|-----|
| 1 | Oct-02 | Application of Ruby's Diner, Inc., Debtor and Debtor in Possession, to Employ GlassRatner Advisory & Capital Group LLC as Financial Advisor to Ruby's Diner, Inc. Only, as of the Petition Date; Declaration of J. Michael Issa in Support (Docket No. 100); Debtor's Application to Employ Boyle & Leonard (Docket No. 101) | 13 | 41 | 41 | 0 | 0 | 0 | 0 |
| 2 | Oct-15 | Updated Chapter 11 Status Report Dated October 15, 2018; Declaration Of Douglas S. Cavanaugh In Support Thereof (Docket No. 114) | 14 | 162 | 106 | 0 | 0 | 56 | 0 |
| | | Total | | 203 | 147 | 0 | 0 | 56 | 0 |

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
**Invoice # 6 - October, 2018**

**I. SYSTEM USAGE**

A. Database Storage    (October)
   (5,443 creditors @ $0.05/creditor)                                    $272.15

B. Programming
   3.4 hours @ $110.00/hour                                               374.00
   (e-notification, miscellaneous tasks, noticing database, noticing files,
    parsing and uploading, reports/exhibits)

C. Electronic Document Storage    (October)
   (2,796 images @ $0.05/image)                                          139.80

D. Permitted Users
   (0 users @ $200/user)                                                 <u>Waived</u>

   **SUB TOTAL - System Usage**                                    **785.95**

**II. SUPPORT SERVICES**

A. Claims Examinations/Docketing
   (0 claims @ $0.25/claim)                                              Waived

B. Data Entry    0.5 hours @ $45.00/hour                                  22.50
   (RPOs, etc.)

C. Photocopies
   (4,693 pages @ $0.09/page)                                           422.37

D. Scanning
   (600 docs/600 images @ $0.08/image)                                   48.00

E. Reports/Labels
   Laser Print 243 pages  @ $0.09/page                                   21.87
   Print 0 Labels @ $0.05/each                                          Waived
   Print 0 POC Forms @ $0.18/each                                       Waived

F. Communication Services
   24/7 Online Access to Case Website ($200 per month)                  Waived
   Outgoing Email Attachments (1,404 pages @ $0.02/page)                Waived
   Fax Noticing (0 pages @ $0.08/page)                                    0.00

G. Administrative Services
   5.0 hours @ $65.00/hour                                              325.00
   (Call Center)

   24.4 hours @ $45.00/hour                                           <u>1,098.00</u>
   (case administration, mail processing, photocopying & mailing, RPO
    processing)

   **SUB TOTAL - Support Services**                               **1,937.74**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
Ruby's Diner, Inc. et al.  ("RH")
<u>Invoice # 6 - October, 2018</u>

### III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | | |
|---|---|---|
| 2.0 hours @ $175.00/hour | 350.00 | |
| 29.8 hours @ $140.00/hour | 4,172.00 | |
| 11.2 hours @ $90.00/hour | <u>1,008.00</u> | |
| **SUB TOTAL - Consulting Fees** | | **5,530.00** |

### IV. OUT OF POCKET EXPENSES

| | | |
|---|---|---|
| AmFax | 31.92 | |
| Federal Express | 22.73 | |
| PACER | 197.00 | |
| Postage | 213.63 | |
| USPS Pick Up and Delivery | <u>134.14</u> | |
| **SUB TOTAL - Out Of Pocket Expenses** | | <u>**599.42**</u> |
| **TOTAL CHARGES - October, 2018** | | **$8,853.11** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Andrew Logan - October 2018

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 10-15 | Follow up on inquiries from noteholders and responses thereto (0.2). | 0.2 |
| 10-16 | Attend to updates to case website (0.2). | 0.2 |
| 10-23 | Attend to update to case website with scheduled hearing information (0.2). | 0.2 |
| 10-25 | Follow up with counsel on entry of order retaining DRC (0.2). | 0.2 |
| 10-25 | Review court docket re case status (0.2). | 0.2 |
| 10-26 | Attend to filing of electronic correspondences (0.2). | 0.2 |
| | TOTAL HOURS - October 2018 | 1.2 |
| | TOTAL CHARGES @ $ 175/hour | $210.00 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Jung Song - October 2018

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 10-2 | Attend matter re service of Application of Ruby's Diner, Inc., Debtor and Debtor in Possession, to Employ GlassRatner Advisory & Capital Group LLC as Financial Advisor to Ruby's Diner, Inc. Only, as of the Petition Date; Declaration of J. Michael Issa in Support (Docket No. 100) | 0.3 |
| 10-2 | Supervise AOS filing and verify accuracy regarding mailing #13 | 0.1 |
| 10-15 | Attend matter re service of Updated Chapter 11 Status Report Dated October 15, 2018; Declaration Of Douglas S. Cavanaugh In Support Thereof (Docket No. 114) | 0.3 |
| 10-15 | Supervise AOS filing and verify accuracy regarding mailing #14 | 0.1 |

TOTAL HOURS - October 2018    0.8

TOTAL CHARGES @ $ 175/hour    $140.00

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Edward Calderon - October 2018</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 10-2 | Coordinated mailing of Application of Ruby's Diner, Inc., Debtor and Debtor in Possession, to Employ GlassRatner Advisory & Capital Group LLC as Financial Advisor to Ruby's Diner, Inc. Only, as of the Petition Date; Declaration of J. Michael Issa in Support (Docket No. 100) to ensure accuracy / completeness and ability to testify to same | 0.5 |
| 10-15 | Quality assurance verification for Updated Chapter 11 Status Report Dated October 15, 2018; Declaration Of Douglas S. Cavanaugh In Support Thereof (Docket No. 114). | <u>0.5</u> |

TOTAL HOURS - October 2018    <u>1.0</u>

TOTAL CHARGES @ $ 140/hour    <u>$140.00</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Calvin Dickson - October 2018</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 10-25 | Attention to detail re uploading of schedules of assets liabilities into database. | <u>0.7</u> |
| | TOTAL HOURS - October 2018 | <u>0.7</u> |
| | TOTAL CHARGES @ $ 140/hour | <u>$98.00</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Jolly Estrada - October 2018

**III. CONSULTING FEES**

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 10-1 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 10-1 | Review all recent docket entries for updates | 0.2 |
| 10-2 | Review all recent docket entries for updates | 0.3 |
| 10-2 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 10-3 | Review all recent docket entries for updates | 0.3 |
| 10-3 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 10-4 | Prepared files for update of creditor data. Updated/verified the website case information data in light of change of the address of some creditors per instruction from debtors' counsel. | 0.9 |
| 10-8 | Review all recent docket entries for updates | 0.3 |
| 10-8 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 10-9 | Prepared files for update of creditor data. Updated creditor's address as per instruction of Debtors' counsel. | 0.4 |
| 10-10 | Review all recent docket entries for updates | 0.3 |
| 10-10 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 10-12 | Review all recent docket entries for updates | 0.2 |
| 10-12 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 10-15 | Review all recent docket entries for updates | 0.3 |
| 10-15 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 10-16 | Review all recent docket entries for updates | 0.3 |
| 10-16 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 10-17 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 10-18 | Review all recent docket entries for updates | 0.3 |
| 10-18 | Prepared files for update of creditor data. Updated/verified the website case information data in light of creditor's address change. | 0.4 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Jolly Estrada - October 2018

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 10-22 | Review all recent docket entries for updates | 0.3 |
| 10-22 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 10-23 | Review all recent docket entries for updates | 0.2 |
| 10-23 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 10-25 | Review all recent docket entries for updates | 0.3 |
| 10-25 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 10-29 | Review all recent docket entries for updates | 0.3 |
| 10-29 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |

TOTAL HOURS - October 2018    9.2

TOTAL CHARGES @ $ 140/hour    $1,288.00

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rommel Mapa - October 2018</u>

### III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 10-9 | Created, docketed NEF form to set-up DRC to receive electronic docket notices. | 0.5 |
| 10-10 | Worked with MIS re setting up of client for claims download. | 0.2 |
| 10-11 | Created NEF's and docket same too receive docket notices. | 0.6 |
| 10-12 | Follow-up on setting up DRC to receive docket notifications. | 0.2 |
| 10-15 | Verified latest docket entries to update files are reviewed and addressed. | 0.1 |
| 10-19 | Verified latest docket entries to update files are reviewed and addressed. | 0.1 |
| 10-19 | Updated Call Center guide to reflect client. | 0.1 |
| 10-26 | Filed and catalogued documents for future reference. | 0.2 |
| 10-31 | Verified latest docket entries to update files are reviewed and addressed. | 0.1 |
| 10-31 | Ensured accuracy of scanning report | <u>0.1</u> |

|  | TOTAL HOURS - October 2018 | <u>2.2</u> |
|--|----------------------------|-----|
|  | TOTAL CHARGES @ $ 140/hour | <u>$308.00</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Winnie Yeung - October 2018

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|---|---|---|
| 10-1 | Produced Schedules of Assets and Liabilities. | 0.4 |
| 10-1 | Emailed N. Lockwood of PSZJ re schedules and statements data files in excel file for upload. | 0.2 |
| 10-16 | Attended to open issues on updating website content. | 0.2 |
| 10-25 | Attended to open issues on creditor's inquiry. | 0.2 |
| 10-25 | Researched creditor records listed on Schedules D, E/F and G and identified number for creditor records matched in database (3.8). Created new creditor records as required (0.4). | 4.2 |
| 10-26 | Researched creditor records listed on Schedules D, E/F and G and identified number for creditor records matched in database (3.0). Created new creditor records as required (0.4). Prepared excel file for schedules data upload (2.3). | 5.7 |
| 10-30 | Prepared excel file and instructions for schedules data upload re Schedules D, F and G. | 2.3 |
| 10-31 | Verified liability and contract records uploaded re Schedules D, F and G (2.3). Printed detailed liability reports and reconciled totals (0.5). Updated database as required (0.7). | 3.5 |

TOTAL HOURS - October 2018    16.7

TOTAL CHARGES @ $ 140/hour    $2,338.00

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Tina Carr - October 2018</u>

### III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|-----------------------------------------|-----|
| 10-9 | Handled/processed service list RPOs. | 0.1 |
| 10-10 | Prepared spreadsheet and entered RPO's (341 Notice) mailed by court. | 0.8 |
| 10-11 | Researched creditor information for 341 Notice mailed by USBC; updated RPO spreadsheet for returns from USBC. | 1.8 |
| 10-12 | Prepared spreadsheet and entered RPO's (341 Notice) mailed by court. | 1.0 |
| 10-15 | Handled/processed service list RPOs. | 0.1 |
| 10-16 | Boxed RPO's for storage. | 0.2 |
| 10-17 | Handled/processed service list RPOs. | 0.1 |
| 10-18 | Reviewed/responded to creditors email correspondence. | 0.4 |
| 10-23 | Handled/processed service list RPOs. | 0.1 |
| 10-26 | Boxed RPO's for storage. | <u>0.1</u> |

TOTAL HOURS - October 2018 <u>4.7</u>

TOTAL CHARGES @ $ 90/hour <u>$423.00</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Lillian Jordan - October 2018

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 10-4 | Corresponded with the U.S.B.C- canb re the motion to employ DRC as claims agent and to verified our user and password was still active. (1.0) Reviewed motion to employ DRC (0.7) | 1.7 |
| 10-9 | Reviewed NEF application for ecf notification | 0.2 |

|  | TOTAL HOURS - October 2018 | 1.9 |
|--|----------------------------|-----|
|  | TOTAL CHARGES @ $ 90/hour | $171.00 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Sung Kim - October 2018</u>

### III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 10-2 | Directed service of Application to Employ GlassRatner Advisory & Capital Group LLC to ensure accuracy/completeness and ability to testify to same if required (1.2).  Drafted affidavit of service re same (0.4).  Assemble affidavit of service in connection re same (0.2).  Ensured Declaration was accurately scanned/OCRed/filed in DRC database for future reference and forwarded same for filing with USBC (0.4). | 2.2 |
| 10-15 | Directed service of Updated Chapter 11 Status Report to ensure accuracy/completeness and ability to testify to same if required (1.4).  Drafted affidavit of service re same (0.4).  Assemble affidavit of service in connection re same (0.2).  Ensured Declaration was accurately scanned/OCRed/filed in DRC database for future reference and forwarded same for filing with USBC (0.4). | <u>2.4</u> |

|  | TOTAL HOURS - October 2018 | <u>4.6</u> |
|---|---|---|
|  | TOTAL CHARGES @ $ 90/hour | <u>$414.00</u> |

# DONLIN RECANO

### An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

December 17, 2018

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-07** in the amount of $4,478.35 for services rendered to RH during November, 2018.

You may make your check payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

|  |  |
|---|---|
| Account Name: | Donlin, Recano & Company, Inc. |
| Account #: | 590872834 |
| Bank Name: | HSBC Bank USA |
|  | 452 Fifth Avenue |
|  | New York, NY 10038 |
| ABA #: | 021 001 088 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:    Pachulski Stang Ziehl, & Jones LLP
       William N. Lobel, Esq.
       650 Town Center Drive, Suite 1500
       Costa Mesa, CA 92626

email:

## DONLIN, RECANO & COMPANY, INC. ("DRC")
### Ruby's Diner, Inc. et al.  ("RH")
<u>**Invoice # 7 - November, 2018**</u>

**I. SYSTEM USAGE**

A. Database Storage    (November)
   (5,445 creditors @ $0.05/creditor)                                    $272.25

B. Programming
   1.1 hours @ $110.00/hour                                               121.00
   (database updates, noticing files)

C. Electronic Document Storage    (November)
   (3,107 images @ $0.05/image)                                          155.35

D. Permitted Users
   (0 users @ $200/user)                                            <u>Waived</u>

   **SUB TOTAL - System Usage**                                         **548.60**

**II. SUPPORT SERVICES**

A. Claims Examinations/Docketing
   (0 claims @ $0.25/claim)                                           Waived

B. Data Entry          0.0 hours @ $45.00/hour                            0.00

C. Photocopies
   (0 pages @ $0.09/page)                                                0.00

D. Scanning
   (25 docs/27 images @ $0.08/image)                                     2.16

E. Reports/Labels
   Laser Print 90 pages  @ $0.09/page                                    8.10
   Print 0 Labels @ $0.05/each                                        Waived
   Print 0 POC Forms @ $0.18/each                                     Waived

F. Communication Services
   24/7 Online Access to Case Website ($200 per month)               Waived
   Outgoing Email Attachments (16 pages @ $0.02/page)                Waived
   Fax Noticing (0 pages @ $0.08/page)                                   0.00

G. Administrative Services
   0.7 hours @ $65.00/hour                                               45.50
   (Call Center)

   4.5 hours @ $45.00/hour                                        <u>202.50</u>
   (case administration, mail processing, photocopying & mailing, RPO
    processing)

   **SUB TOTAL - Support Services**                                     **258.26**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
<u>**Invoice # 7 - November, 2018**</u>

**III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)**

| | | |
|---|---|---|
| 1.5 hours @ $175.00/hour | 262.50 | |
| 22.6 hours @ $140.00/hour | 3,164.00 | |
| 0.6 hours @ $90.00/hour | <u>54.00</u> | |
| **SUB TOTAL - Consulting Fees** | | **3,480.50** |

**IV. OUT OF POCKET EXPENSES**

| | | |
|---|---|---|
| PACER | 190.10 | |
| Postage | <u>0.89</u> | |
| **SUB TOTAL - Out Of Pocket Expenses** | | <u>**190.99**</u> |
| **TOTAL CHARGES - November, 2018** | | **$4,478.35** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Andrew Logan - November 2018</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 11-1 | Review and respond to counsel regarding listing of investors on case website with scheduled amount. | 0.2 |
| 11-6 | Follow-up on DRC retention. | 0.1 |
| 11-8 | Supervise addition of single party to service list manager database. | 0.2 |
| 11-16 | Supervise and verify 4 edits to claim database. | 0.1 |
| 11-19 | Follow-up with Debtors' counsel on order retaining DRC. | 0.1 |
| 11-26 | Supervise addition of single party to service list manager database. | 0.2 |
| 11-29 | Attend to updates to case website re scheduled hearings. | 0.2 |
| 11-29 | Review court docket re status of case. | 0.2 |
| 11-30 | Attend to filing of electronic correspondences. | <u>0.1</u> |

TOTAL HOURS - November 2018      <u>1.4</u>

TOTAL CHARGES @ $ 175/hour      <u>$245.00</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jung Song - November 2018</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 11-16 | Supervise and verify 11 edits to creditor database. | <u>0.1</u> |

|  | | |
|---|---|---|
| | TOTAL HOURS - November 2018 | <u>0.1</u> |
| | TOTAL CHARGES @ $ 175/hour | <u>$17.50</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Calvin Dickson - November 2018</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 11-1 | Attention to detail re uploading of scheduled secured and unsecured claims of investors. | 0.7 |
| 11-5 | Reviewed second notice addresses re schedule d files. | <u>0.3</u> |
| | TOTAL HOURS - November 2018 | <u>1.0</u> |
| | TOTAL CHARGES @ $ 140/hour | <u>$140.00</u> |

Exhibit A

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Jolly Estrada - November 2018

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 11-1 | Review all recent docket entries for updates. | 0.3 |
| 11-1 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 11-5 | Review all recent docket entries for updates. | 0.3 |
| 11-6 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 11-8 | Prepared files for update of creditor data. Updated/verified the website case information data in light of NOA's. | 0.5 |
| 11-8 | Review all recent docket entries for updates. | 0.3 |
| 11-8 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 11-9 | Review all recent docket entries for updates. | 0.3 |
| 11-12 | Review all recent docket entries for updates. | 0.2 |
| 11-14 | Review all recent docket entries for updates. | 0.3 |
| 11-14 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 11-15 | Review all recent docket entries for updates. | 0.3 |
| 11-16 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 11-20 | Review all recent docket entries for updates. | 0.2 |
| 11-21 | Review all recent docket entries for updates. | 0.3 |
| 11-26 | Prepared files for update of creditor data. Updated/verified the website case information data in light of request for courtesy notification of electronic filing. | 0.4 |
| 11-26 | Review all recent docket entries for updates. | 0.3 |
| 11-26 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Jolly Estrada - November 2018

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 11-28 | Review all recent docket entries for updates. | 0.3 |
| 11-29 | Review all recent docket entries for updates. | 0.3 |
| 11-30 | Review all recent docket entries for updates. | 0.3 |
| 11-30 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |

| | | |
|---|---|---|
| TOTAL HOURS - November 2018 | | 6.7 |
| TOTAL CHARGES @ $ 140/hour | | $938.00 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rommel Mapa - November 2018</u>

### III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 11-30 | Ensured accuracy of scanning report. | <u>0.1</u> |

|  | TOTAL HOURS - November 2018 | <u>0.1</u> |
|--|----------------------------|-----|
|  | TOTAL CHARGES @ $ 140/hour | <u>$14.00</u> |

Exhibit A

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Winnie Yeung - November 2018</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 11-1 | Verified liability and contract records uploaded re Schedules D, F and G (2.0). Updated database as required (0.4). | 2.4 |
| 11-1 | Emailed N. Lockwood of PSZJ re open issues posting scheduled claim information on website. | 0.2 |
| 11-2 | Verified liability and contract records uploaded re Schedules D, F and G (3.8). Researched/updated database as required re secondary addresses (1.1). | 4.9 |
| 11-5 | Verified liability and contract records uploaded re Schedules D, F and G (0.8). Prepared instructions to add secondary addresses re sane (0.6). | 1.4 |
| 11-5 | Researched/prepared excel file of list of claims scheduled at $0.00 (0.4). Created new claim category re same and updated database as required (0.3). | 0.7 |
| 11-5 | Verified liquidated and CUD scheduled claims created in database (0.6). Created claim category for CUD scheduled claims (0.2). Reviewed claims summary totals report and reconciled scheduled claim amounts by debtor (0.7). | 1.5 |
| 11-5 | Prepared instructions and excel file re creating claim records in 100,000 claim series for scheduled disputed/contingent/unliquidated liabilities and 50,000 claim series for scheduled liquidated liabilities. | 1.5 |
| 11-7 | Researched/updated database as required re unknown liability amounts and contingent flags re Scheduled F. | 1.0 |
| 11-8 | Prepared/posted current Master Service List in .xls and word format on client website. | 0.5 |
| 11-8 | Followed up re updated claims information on website. | 0.2 |
| 11-29 | Prepared/posted current Master Service List in .xls and word format on client website. | <u>0.5</u> |

TOTAL HOURS - November 2018 <u>14.8</u>

TOTAL CHARGES @ $ 140/hour <u>$2,072.00</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Tina Carr - November 2018</u>

<u>III. CONSULTING FEES</u>

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 11-1 | Researched/responded to creditor inquiries. | 0.3 |
| 11-8 | Handled/processed service list RPOs. | 0.1 |
| 11-9 | Boxed RPO's for storage. | 0.1 |
| 11-16 | Boxed RPO's for storage. | <u>0.1</u> |

|  | TOTAL HOURS - November 2018 | <u>0.6</u> |
|--|------------------------------|------|
|  | TOTAL CHARGES @ $ 90/hour | <u>$54.00</u> |

# DONLIN RECANO

## An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

January 24, 2019

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-08** in the amount of $2,534.69 for services rendered to RH during December, 2018. This invoice includes the cost for performing 1 noticing service to approximately 169 parties in interest via First Class mail and email. A chart of all mailings is included for your information.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|-----------|------|--------|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| Total | | $ 72,818.87 |

You may make your check in the amount of $75,353.56 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account Name:  Donlin, Recano & Company, Inc.
Account #:  590872834
Bank Name:  HSBC Bank USA
452 Fifth Avenue
New York, NY  10038
ABA #:  021 001 088

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:  Pachulski Stang Ziehl, & Jones LLP
William N. Lobel, Esq.
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626

email:

## Ruby's Diner, Inc. et al.
## Mailings for December, 2018

| Item # | Date | Description | Mailing # | Total | First Class | USPS | FedEx | Email | Fax |
|--------|------|-------------|-----------|-------|-------------|------|-------|-------|-----|
| 1 | Dec-07 | Updated Chapter 11 Status Report Dated December 7, 2018; Declaration of Douglas S. Cavanaugh in Support Thereof (Docket No. 151) | 15 | 169 | 111 | 0 | 0 | 58 | 0 |
| | | **Total** | | 169 | 111 | 0 | 0 | 58 | 0 |

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
**Invoice # 8 - December, 2018**

## I. SYSTEM USAGE

A. Database Storage    (December)
   (5,445 creditors @ $0.05/creditor)                                      $272.25

B. Programming
   1.4 hours @ $110.00/hour                                                154.00
   (e-notification, miscellaneous tasks, noticing database, noticing files,
    reports/exhibits)

C. Electronic Document Storage    (December)
   (3,541 images @ $0.05/image)                                           177.05

D. Permitted Users
   (0 users @ $200/user)                                                  Waived

                      **SUB TOTAL - System Usage**                       **603.30**

## II. SUPPORT SERVICES

A. Claims Examinations/Docketing
   (0 claims @ $0.25/claim)                                               Waived

B. Data Entry          0.0 hours @ $45.00/hour                            0.00

C. Photocopies
   (2,000 pages @ $0.09/page)                                            180.00

D. Scanning
   (7 docs/55 images @ $0.08/image)                                        4.40

E. Reports/Labels
   Laser Print 16 pages  @ $0.09/page                                      1.44
   Print 0 Labels @ $0.05/each                                           Waived
   Print 0 POC Forms @ $0.18/each                                          0.00

F. Communication Services
   24/7 Online Access to Case Website ($200 per month)                   Waived
   Outgoing Email Attachments (1,620 pages @ $0.02/page)                 Waived
   Fax Noticing (0 pages @ $0.08/page)                                    0.00

G. Administrative Services
   0.6 hours @ $65.00/hour                                                39.00
   (Call Center)

   5.2 hours @ $45.00/hour                                               234.00
   (case administration, claims processing, mail processing, photocopying &
    mailing, RPO processing)

                      **SUB TOTAL - Support Services**                   **458.84**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
<u>**Invoice # 8 - December, 2018**</u>

### III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | | |
|---|---:|---:|
| 0.8 hours @ $175.00/hour | 140.00 | |
| 5.7 hours @ $140.00/hour | 798.00 | |
| 2.4 hours @ $90.00/hour | <u>216.00</u> | |
| **SUB TOTAL - Consulting Fees** | | **1,154.00** |

### IV. OUT OF POCKET EXPENSES

| | | |
|---|---:|---:|
| PACER | 174.50 | |
| Postage | 77.58 | |
| USPS Pick Up and Delivery | <u>66.47</u> | |
| **SUB TOTAL - Out Of Pocket Expenses** | | <u>**318.55**</u> |
| **TOTAL CHARGES - December, 2018** | | **$2,534.69** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Andrew Logan - December 2018

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 12-14 | Review court docket re case status. | 0.1 |
| 12-18 | Review e-mail from counsel and attend to update to creditor address. | 0.2 |
| 12-19 | Attend to update to case website re scheduled hearings. | 0.1 |
| | TOTAL HOURS - December 2018 | 0.4 |
| | TOTAL CHARGES @ $ 175/hour | $70.00 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jung Song - December 2018</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 12-7 | Attend matter re service of Updated Chapter 11 Status Report Dated December 7, 2018; Declaration of Douglas S. Cavanaugh in Support Thereof (Docket No. 151). | 0.3 |
| 12-7 | Supervise AOS filing and verify accuracy regarding mailing #15. | <u>0.1</u> |

| | | |
|---|---|---|
| | TOTAL HOURS - December 2018 | <u>0.4</u> |
| | TOTAL CHARGES @ $ 175/hour | <u>$70.00</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Edward Calderon - December 2018</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 12-7 | Quality assurance verification for Updated Chapter 11 Status Report Dated December 7, 2018; Declaration of Douglas S. Cavanaugh in Support Thereof (Docket No. 151). | <u>0.3</u> |
| | TOTAL HOURS - December 2018 | <u>0.3</u> |
| | TOTAL CHARGES @ $ 140/hour | <u>$42.00</u> |

Exhibit A

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Jolly Estrada - December 2018

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|---|---|---|
| 12-6 | Review all recent docket entries for updates. | 0.3 |
| 12-6 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 12-10 | Review all recent docket entries for updates. | 0.3 |
| 12-10 | Prepared files for update of creditor data. Updated/verified the website case information data in light of request for notice of electronic filing. | 0.4 |
| 12-10 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 12-11 | Review all recent docket entries for updates. | 0.3 |
| 12-12 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 12-13 | Review all recent docket entries for updates. | 0.3 |
| 12-14 | Review all recent docket entries for updates. | 0.2 |
| 12-17 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 12-18 | Review all recent docket entries for updates. | 0.3 |
| 12-19 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 12-20 | Review all recent docket entries for updates. | 0.3 |
| 12-21 | Review all recent docket entries for updates. | 0.3 |
| 12-21 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 12-31 | Review all recent docket entries for updates. | 0.3 |

|  | TOTAL HOURS - December 2018 | 4.8 |
|---|---|---|
|  | TOTAL CHARGES @ $ 140/hour | $672.00 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Rommel Mapa - December 2018

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 12-31 | Ensured accuracy of scanning report. | 0.1 |

|  | TOTAL HOURS - December 2018 | 0.1 |
|--|------------------------------|-----|
|  | TOTAL CHARGES @ $ 140/hour | $14.00 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Nora Morales - December 2018

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 12-21 | Handled/researched/processed RPOs. | 0.2 |

|  |  |  |
|--|--|--|
|  | TOTAL HOURS - December 2018 | 0.2 |
|  | TOTAL CHARGES @ $ 140/hour | $28.00 |

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Winnie Yeung - December 2018</u>

### III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 12-28 | Attended to open issues re creditors' calls. | <u>0.3</u> |
| | TOTAL HOURS - December 2018 | <u>0.3</u> |
| | TOTAL CHARGES @ $ 140/hour | <u>$42.00</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Sung Kim - December 2018</u>

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 12-7 | Directed service of Updated Chapter 11 Status Report Dated December 7, 2018; Declaration of Douglas S. Cavanaugh in Support Thereof to ensure accuracy/completeness and ability to testify to same if required (1.4). Drafted affidavit of service re same (0.4).  Assemble affidavit of service in connection re same (0.2).   Ensured Declaration was accurately scanned/ OCRed/filed in DRC database for future reference and forwarded same for filing with USBC (0.4). | <u>2.4</u> |

TOTAL HOURS - December 2018 <u>2.4</u>

TOTAL CHARGES @ $ 90/hour <u>$216.00</u>

# DONLIN RECANO

### An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

February 28, 2019

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-09** in the amount of $2,403.93 for services rendered to RH during January, 2019.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|-----------|-----------|-------------|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| Total | | $ 75,353.56 |

You may make your check in the amount of $77,757.49 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account Name:  Donlin, Recano & Company, Inc.
Account #:  590872834
Bank Name:  HSBC Bank USA
ABA #:  021 001 088

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:  Pachulski Stang Ziehl, & Jones LLP
William N. Lobel, Esq.
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626

email:

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
**Invoice # 9 - January, 2019**

## I. SYSTEM USAGE

A.   Database Storage    (January)
    (5,448 creditors @ $0.05/creditor)                             $272.40

B.   Programming
    0.0 hours @ $116.00/hour                                0.00

C.   Electronic Document Storage    (January)
    (4,638 images @ $0.05/image)                             231.90

D.   Permitted Users
    (0 users @ $200/user)                                     Waived

                    **SUB TOTAL - System Usage**                    **504.30**

## II. SUPPORT SERVICES

A.   Claims Examinations/Docketing
    (0 claims @ $0.25/claim)                             Waived

B.   Data Entry          0.0 hours @ $45.00 / hour          0.00

C.   Photocopies
    (0 pages @ $0.09/page)                              0.00

D.   Scanning
    (13 docs/32 images @ $0.08/image)                  2.56

E.   Reports/Labels
    Laser Print 15 pages  @ $0.09/page               1.35
    Print 0 Labels @ $0.05/each                     Waived
    Print 0 POC Forms @ $0.18/each                 0.00

F.   Communication Services
    24/7 Online Access to Case Website ($200 per month)    Waived
    Outgoing Email Attachments (0 pages @ $0.02/page)     Waived
    Fax Noticing (0 pages @ $0.08/page)                 0.00

G.   Administrative Services
    1.0 hours @ $69.00/hour                        69.00
    (Call Center)

    3.6 hours @ $48.00/hour                       172.80
    (case administration, mail processing, photocopying & mailing, RPO
    processing)

                    **SUB TOTAL - Support Services**                 **245.71**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
<u>**Invoice # 9 - January, 2019**</u>

### III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | |
|---|---:|
| 0.4 hours @ $184.00/hour | 73.60 |
| 1.4 hours @ $147.00/hour | 205.80 |
| 0.4 hours @ $95.00/hour | <u>38.00</u> |
| **SUB TOTAL - Consulting Fees** | **317.40** |

### IV. OUT OF POCKET EXPENSES

| | | |
|---|---:|---:|
| PACER | 204.80 | |
| Postage | <u>1.42</u> | |
| **SUB TOTAL - Out Of Pocket Expenses** | | <u>**206.22**</u> |
| **TOTAL CHARGES - January, 2019** | | **$1,273.63** |
| **1.5% on Outstanding Fees** | | <u>**$1,130.30**</u> |
| **GRAND TOTAL** | | **$2,403.93** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Andrew Logan - January 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 1-15 | Supervise addition of single party to service list manager database. | 0.2 |
| 1-17 | Supervise addition of single party to service list manager database. | 0.2 |

|  |  |
|---|---|
| TOTAL HOURS - January 2019 | 0.4 |
| TOTAL CHARGES @ $ 184/hour | $73.60 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jolly Estrada - January 2019</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 1-2 | Updated/verified website case information. Ensured consistency between DRC and court websites. | 0.3 |
| 1-4 | Review all recent docket entries for updates | 0.3 |
| 1-4 | Updated/verified website case information. Ensured consistency between DRC and court websites. | <u>0.3</u> |
| | TOTAL HOURS - January 2019 | <u>0.9</u> |
| | TOTAL CHARGES @ $ 147/hour | <u>$132.30</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rommel Mapa - January 2019</u>

### III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 1-15 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 1-29 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 1-31 | Ensured accuracy of scanning report | <u>0.1</u> |

|  |  |
|---|---|
| TOTAL HOURS - January 2019 | <u>0.5</u> |
| TOTAL CHARGES @ $ 147/hour | <u>$73.50</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Tina Carr - January 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 1-10 | Boxed RPO's for storage. | 0.1 |
| 1-16 | Boxed RPO's for storage. | 0.1 |
| 1-17 | Boxed RPO's for storage. | 0.1 |
| 1-17 | Handled/processed service list RPOs. | 0.1 |

|  | TOTAL HOURS - January 2019 | 0.4 |
|--|----------------------------|-----|
|  | TOTAL CHARGES @ $ 95/hour | $38.00 |

# DONLIN RECANO

## An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

March 21, 2019

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-10** in the amount of $3,978.96 for services rendered to RH during February, 2019.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|---|---|---|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| Total | | $ 77,757.49 |

You may make your check in the amount of $81,736.45 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

|  |  |
|---|---|
| Account Name: | Donlin, Recano & Company, Inc. |
| Account #: | 590872834 |
| Bank Name: | HSBC Bank USA |
| ABA #: | 021 001 088 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:  Pachulski Stang Ziehl, & Jones LLP
     William N. Lobel, Esq.
     650 Town Center Drive, Suite 1500
     Costa Mesa, CA 92626

email:

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
<u>**Invoice # 10 - February, 2019**</u>

**I. SYSTEM USAGE**

A. Database Storage    (February)
(5,472 creditors @ $0.05/creditor)                                  $273.60

B. Programming
1.4 hours @ $116.00/hour                                            162.40
(creditor matrix, downloads to Excel, noticing files)

C. Electronic Document Storage    (February)
(6,061 images @ $0.05/image)                                       303.05

D. Permitted Users
(0 users @ $200/user)                                             <u>Waived</u>

                    **SUB TOTAL - System Usage**                        **739.05**

**II. SUPPORT SERVICES**

A. Claims Examinations/Docketing
(0 claims @ $0.25/claim)                                          Waived

B. Data Entry      1.4 hours @ $45.00/hour                            63.00
(claims, RPOs, etc.)

C. Photocopies
(0 pages @ $0.09/page)                                             0.00

D. Scanning
(77 docs/1,210 images @ $0.08/image)                              96.80

E. Reports/Labels
Laser Print 65 pages  @ $0.09/page                                 5.85
Print 0 Labels @ $0.05/each                                      Waived
Print 0 POC Forms @ $0.18/each                                     0.00

F. Communication Services
24/7 Online Access to Case Website ($200/month)                  Waived
Outgoing Email Attachments (0 pages @ $0.02/page)                Waived
Fax Noticing (0 pages @ $0.08/page)                                0.00

G. Administrative Services
2.9 hours @ $69.00/hour                                           200.10
(Call Center)

13.6 hours @ $48.00/hour                                         <u>652.80</u>
(case administration, claims processing, creditor updates, mail processing,
RPO processing, scanning)

                    **SUB TOTAL - Support Services**                  **1,018.55**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
**Invoice # 10 - February, 2019**

## III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | |
|---|---:|
| 1.5 hours @ $184.00/hour | 276.00 |
| 3.2 hours @ $147.00/hour | 470.40 |
| 0.8 hours @ $95.00/hour | 76.00 |
| **SUB TOTAL - Consulting Fees** | **822.40** |

## IV. OUT OF POCKET EXPENSES

| | |
|---|---:|
| PACER | 232.60 |
| **SUB TOTAL - Out Of Pocket Expenses** | **232.60** |
| **TOTAL CHARGES - February, 2019** | **$2,812.60** |
| **1.5% on Outstanding Fees** | **1,166.36** |
| **Grand Total** | **$3,978.96** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Andrew Logan - February 2019</u>

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 2-15 | Supervise and verify 136 edits to claim database. | 0.7 |
| 2-26 | Review bar date pleadings in anticipation of entry of order approving DRC's engagement and setting deadline to file claims. | 0.3 |
| 2-28 | Supervise and verify 14 edits to claim database. | <u>0.1</u> |
|  | TOTAL HOURS - February 2019 | <u>1.1</u> |
|  | TOTAL CHARGES @ $ 184/hour | <u>$202.40</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Jung Song - February 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 2-15 | Supervise and verify 53 edits to creditor database. | 0.3 |
| 2-28 | Supervise and verify 4 edits to creditor database. | 0.1 |
| | TOTAL HOURS - February 2019 | 0.4 |
| | TOTAL CHARGES @ $ 184/hour | $73.60 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rommel Mapa - February 2019</u>

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 2-6 | Reviewed latest docket entries to update files. | 0.2 |
| 2-11 | Reviewed court claims register, uploaded POC entries to update files. | 0.5 |
| 2-28 | Ensured accuracy of scanning report. | <u>0.2</u> |

|  |  |
|---|---|
| TOTAL HOURS - February 2019 | <u>0.9</u> |
| TOTAL CHARGES @ $ 147/hour | <u>$132.30</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Winnie Yeung - February 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 2-1 | Prepared instructions to create creditor matrix and MSL in word and .pdf formats (0.4). Attended to open claim issues (0.3). Reviewed/verified word and .pdf files for accuracy and completeness (0.5). Emailed requested files to N. Lockwood of Pachulski Stang Ziehl & Jones (0.2). | 1.4 |
| 2-26 | Researched/e-mailed N. Lockwood of PSZJ re open issues on creditor matrix files. | 0.1 |
| 2-27 | Prepared instructions to create updated creditor matrix and MSL in .pdf format (0.2). Attended to open claim issues (0.3). Reviewed/verified word and .pdf files for accuracy and completeness (0.2). Emailed requested files to N. Lockwood of Pachulski Stang Ziehl & Jones (0.1). | 0.8 |

TOTAL HOURS - February 2019    2.3

TOTAL CHARGES @ $ 147/hour    $338.10

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Tina Carr - February 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 2-20 | Handled/processed service list RPOs. | <u>0.1</u> |

|  | TOTAL HOURS - February 2019 | <u>0.1</u> |
|--|------------------------------|-----|
|  | TOTAL CHARGES @ $ 95/hour | <u>$9.50</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Lillian Jordan - February 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 2-8 | Reviewed incoming claims to ensure receipt and proper processing. | 0.5 |
| 2-14 | Reviewed incoming claims to ensure receipt and proper processing. | 0.2 |
| | TOTAL HOURS - February 2019 | 0.7 |
| | TOTAL CHARGES @ $ 95/hour | $66.50 |

# DONLIN RECANO

**An AST Company**

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

April 25, 2019

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-11** in the amount of $3,047.02 for services rendered to RH during March, 2019.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|-----------|------|--------|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| Total | | $ 81,736.45 |

You may make your check in the amount of $84,783.47 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account Name:   Donlin, Recano & Company, Inc.
Account #:   590872834
Bank Name:   HSBC Bank USA
ABA #:   021 001 088

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:   Pachulski Stang Ziehl, & Jones LLP
William N. Lobel, Esq.
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626

email:

**Donlin Recano & Company, Inc.** PO Box 192042, Blythebourne Station, Brooklyn, NY 11219

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
**<u>Invoice # 11 - March, 2019</u>**

## I.  SYSTEM USAGE

| | | |
|---|---|---|
| A. | Database Storage    (March)<br>(5,473 creditors @ $0.05/creditor) | $273.65 |
| B. | Programming<br>0.1 hours @ $116.00/hour<br>(downloads to Excel) | 11.60 |
| C. | Electronic Document Storage    (March)<br>(6,859 images @ $0.05/image) | 342.95 |
| D. | Permitted Users<br>(0 users @ $200/user) | <u>Waived</u> |

**SUB TOTAL - System Usage**                                              **628.20**

## II.  SUPPORT SERVICES

| | | |
|---|---|---|
| A. | Claims Examinations/Docketing<br>(0 claims @ $0.25/claim) | Waived |
| B. | Data Entry        0.2 hours @ $45.00/hour<br>(claims, etc.) | 9.00 |
| C. | Photocopies<br>(0 pages @ $0.09/page) | 0.00 |
| D. | Scanning<br>(4 docs/15 images @ $0.08/image) | 1.20 |
| E. | Reports/Labels<br>Laser Print 33 pages  @ $0.09/page<br>Print 0 Labels @ $0.05/each<br>Print 0 POC Forms @ $0.18/each | 2.97<br>Waived<br>0.00 |
| F. | Communication Services<br>24/7 Online Access to Case Website ($200/month)<br>Outgoing Email Attachments (0 pages @ $0.02/page)<br>Fax Noticing (0 pages @ $0.08/page) | Waived<br>Waived<br>0.00 |
| G. | Administrative Services<br>0.9 hours @ $69.00/hour<br>(Call Center) | 62.10 |
| | 3.6 hours @ $48.00/hour<br>(case administration, claims processing, mail processing, photocopying &<br>mailing, RPO processing) | <u>172.80</u> |

**SUB TOTAL - Support Services**                                          **248.07**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
Ruby's Diner, Inc. et al.  ("RH")
<u>Invoice # 11 - March, 2019</u>

## III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | |
|---|---:|
| 2.0 hours @ $184.00/hour | 368.00 |
| 1.8 hours @ $147.00/hour | 264.60 |
| 1.2 hours @ $95.00/hour | <u>114.00</u> |
| **SUB TOTAL - Consulting Fees** | **746.60** |

## IV. OUT OF POCKET EXPENSES

| | |
|---|---:|
| PACER | 195.80 |
| Postage | <u>2.30</u> |
| **SUB TOTAL - Out Of Pocket Expenses** | <u>**198.10**</u> |
| **TOTAL CHARGES - March, 2019** | **$1,820.97** |
| **1.5% on Outstanding Fees** | <u>**1,226.05**</u> |
| **Grand Total** | **$3,047.02** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Andrew Logan - March 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 3-14 | Supervise addition of single party to service list manager database. | 0.2 |
| 3-15 | Supervise and verify 1 edit to claim database. | 0.1 |
| 3-27 | Attend to updates to case website re filing claims with Court as opposed to DRC and correspondences with counsel re same. | 0.4 |
| 3-27 | Follow-up on DRC's retention (0.2).  Follow-up with DRC claims dept. re procedure for filing claims (0.1). | 0.3 |
| 3-29 | Supervise and verify 37 edits to claim database. | <u>0.2</u> |

|  | TOTAL HOURS - March 2019 | <u>1.2</u> |
|---|---|---|
|  | TOTAL CHARGES @ $ 184/hour | <u>$220.80</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jung Song - March 2019</u>

### III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 3-7 | Conducted strategic cost analysis for the life of the case. | 0.6 |
| 3-15 | Supervise and verify 1 edit to creditor database. | 0.1 |
| 3-29 | Supervise and verify 6 edits to creditor database. | <u>0.1</u> |

| | | |
|---|---|---|
| | TOTAL HOURS - March 2019 | <u>0.8</u> |
| | TOTAL CHARGES @ $ 184/hour | <u>$147.20</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Calvin Dickson - March 2019

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 3-11 | Responded to creditor inquiries re motion rejected contracts. | 0.3 |

|  | TOTAL HOURS - March 2019 | 0.3 |
|--|--------------------------|-----|
|  | TOTAL CHARGES @ $ 147/hour | $44.10 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jolly Estrada - March 2019</u>

### III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 3-14 | Prepared files for update of creditor data. Updated/verified the website case information data in light of request for courtesy notice of electronic filing. | <u>0.7</u> |
| | TOTAL HOURS - March 2019 | <u>0.7</u> |
| | TOTAL CHARGES @ $ 147/hour | <u>$102.90</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rommel Mapa - March 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 3-29 | Ensured accuracy of scanning report. | <u>0.1</u> |
| | TOTAL HOURS - March 2019 | <u>0.1</u> |
| | TOTAL CHARGES @ $ 147/hour | <u>$14.70</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Winnie Yeung - March 2019</u>

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 3-13 | Researched/emailed N. Lockwood of PSZJ re open issues on creditor matrix files from the Court. | 0.4 |
| 3-14 | Attended to open issues re case status. | 0.1 |
| 3-27 | Emailed N. Lockwood of PSZJ re request for court information for claims filing. | <u>0.2</u> |
| | TOTAL HOURS - March 2019 | <u>0.7</u> |
| | TOTAL CHARGES @ $ 147/hour | <u>$102.90</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Lillian Jordan - March 2019</u>

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 3-27 | Reviewed motion to employee DRC. | 0.2 |
| 3-29 | Administrative tasks. | <u>1.0</u> |
| | TOTAL HOURS - March 2019 | <u>1.2</u> |
| | TOTAL CHARGES @ $ 95/hour | <u>$114.00</u> |

# DONLIN RECANO

**An AST Company**

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

May 17, 2019

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-12** in the amount of $6,260.59 for services rendered to RH during April, 2019.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|-----------|------------|-------------|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| 11 | 4/25/2019 | 3,047.02 |
| Total | | $ 84,783.47 |

You may make your check in the amount of $91,044.06 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account Name:    Donlin, Recano & Company, Inc.
Account #:    590872834
Bank Name:    HSBC Bank USA
ABA #:    021 001 088

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:    Pachulski Stang Ziehl, & Jones LLP
William N. Lobel, Esq.
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626

email:

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
**Invoice # 12 - April, 2019**

**I. SYSTEM USAGE**

| | | |
|---|---|---:|
| A. | Database Storage    (April)<br>(5,495 creditors @ $0.05/creditor) | $274.75 |
| B. | Programming<br>0.5 hours @ $116.00/hour<br>(database updates, noticing files) | 58.00 |
| C. | Electronic Document Storage    (April)<br>(9,671 images @ $0.05/image) | 483.55 |
| D. | Permitted Users<br>(0 users @ $200/user) | Waived |

**SUB TOTAL - System Usage**                          **816.30**

**II. SUPPORT SERVICES**

| | | |
|---|---|---:|
| A. | Claims Examinations/Docketing<br>(0 claims @ $0.25/claim) | Waived |
| B. | Data Entry    5.3 hours @ $45.00/hour<br>(claims, etc.) | 238.50 |
| C. | Photocopies<br>(0 pages @ $0.09/page) | 0.00 |
| D. | Scanning<br>(30 docs/1,968 images @ $0.08/image) | 157.44 |
| E. | Reports/Labels<br>Laser Print 0 pages  @ $0.09/page<br>Print 0 Labels @ $0.05/each<br>Print 0 POC Forms @ $0.18/each | 0.00<br>Waived<br>0.00 |
| F. | Communication Services<br>24/7 Online Access to Case Website ($200/month)<br>Outgoing Email Attachments (0 pages @ $0.02/page)<br>Fax Noticing (0 pages @ $0.08/page) | Waived<br>Waived<br>0.00 |
| G. | Administrative Services<br>1.6 hours @ $69.00/hour<br>(Call Center) | 110.40 |
| | 19.1 hours @ $48.00/hour<br>(case administration, claims processing, mail processing, photocopying &<br>mailing, scanning) | 916.80 |

**SUB TOTAL - Support Services**                          **1,423.14**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
<u>**Invoice # 12 - April, 2019**</u>

**III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)**

| | |
|---|---:|
| 5.4 hours @ $184.00/hour | 993.60 |
| 7.8 hours @ $147.00/hour | 1,146.60 |
| 3.3 hours @ $95.00/hour | <u>313.50</u> |

| | |
|---|---:|
| **SUB TOTAL - Consulting Fees** | **2,453.70** |

**IV. OUT OF POCKET EXPENSES**

| | |
|---|---:|
| PACER | <u>295.70</u> |

| | |
|---|---:|
| **SUB TOTAL - Out Of Pocket Expenses** | <u>**295.70**</u> |
| **TOTAL CHARGES - April, 2019** | **$4,988.84** |
| **1.5% on Outstanding Fees** | <u>**$1,271.75**</u> |
| **Grand Total** | **$6,260.59** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Andrew Logan - April 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 4-5 | Follow up with counsel on DRC's retention (0.1). | 0.1 |
| 4-11 | Attend to update to case website with bar date materials and information and proofing of same and various correspondences with Debtors' counsel re same (0.7). | 0.7 |
| 4-15 | Follow up on counsel's request for translation to Spanish re bar date mailing (0.1). | 0.1 |
| 4-18 | Follow up on translation of script to Spanish for bar date service and posting of same to DRC case website and follow up with DRC call center personnel re same (1.2). | 1.2 |
| 4-19 | Supervise and verify 91 edits to claim database. | 0.5 |
| 4-23 | Review court docket re status of case and necessary updates to case website, if needed (0.2). | 0.2 |
| 4-23 | Attend to update to case website with updated bar date notice and proofing of same (0.2). | 0.2 |
| 4-25 | Telephone call with counsel on claims process and follow up on same with claims department (0.6). | 0.6 |
| 4-29 | Attend to update to case website re DS statement hearing information and date and proofing of same (0.4). | 0.4 |
| 4-30 | Attend to filing of electronic correspondences (0.2). | 0.2 |
| 4-30 | Supervise and verify 59 edits to claim database. | <u>0.3</u> |

TOTAL HOURS - April 2019     <u>4.5</u>

TOTAL CHARGES @ $ 184/hour     <u>$828.00</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jung Song - April 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 4-19 | Supervise and verify 6 edits to creditor database. | 0.1 |
| 4-30 | Supervise and verify claims register report to the court. | 0.3 |
| 4-30 | Supervise and verify 14 edits to creditor database. | <u>0.1</u> |

|  | TOTAL HOURS - April 2019 | <u>0.5</u> |
|--|--------------------------|------|
|  | TOTAL CHARGES @ $ 184/hour | <u>$92.00</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Roland Tomforde - April 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 4-17 | Managed website translation | 0.4 |

| | | |
|---|---|---|
| TOTAL HOURS - April 2019 | | 0.4 |
| TOTAL CHARGES @ $ 184/hour | | $73.60 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Jolly Estrada - April 2019

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 4-18 | Prepared files for update of creditor data. Updated/verified the website case information data in light of change of address of counsel. | 0.4 |
| | TOTAL HOURS - April 2019 | 0.4 |
| | TOTAL CHARGES @ $ 147/hour | $58.80 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jennifer Goode - April 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 4-22 | E-mail correspondence with N. Lockwood of Pachulski Stang et al. on the request of a claims register. | 0.1 |
| 4-23 | Downloaded the claims register into excel (0.2). Formatted file and incorporated the PDF claim links for filed claims into the register (0.7). Reviewed file upon completion for accuracy (0.2). Forwarded file to N. Lockwood of Pachulski Stang et al. as requested (0.2). | <u>1.3</u> |
| | TOTAL HOURS - April 2019 | <u>1.4</u> |
| | TOTAL CHARGES @ $ 147/hour | <u>$205.80</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rommel Mapa - April 2019</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 4-17 | Reconciled court claims against DRC claims database. | 4.0 |
| 4-24 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 4-25 | Attend to issues re open claim issue. | 0.1 |
| 4-25 | Worked with MIS Department re posting of POC's filed in the DRC website. | 0.2 |
| 4-30 | Ensured accuracy of scanning report | 0.4 |
| 4-30 | Supervise and validate incoming overnight packages for processing. | <u>0.2</u> |

TOTAL HOURS - April 2019 <u>5.1</u>

TOTAL CHARGES @ $ 147/hour <u>$749.70</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Winnie Yeung - April 2019

**III. CONSULTING FEES**

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 4-10 | Updated database to reflect withdrawals of claims. | 0.2 |
| 4-25 | Printed/reviewed Plan/DS and vote solicitation motion (0.3). Emailed N. Lockwood of PSZJ re open issues on possible mailing of DSH Notice and vote solicitation mailing (0.1). | 0.4 |
| 4-25 | Followed up/emailed N. Lockwood of PSZJ re creating user ID and password for access to full .pdf files of filed claims. | 0.3 |
| | TOTAL HOURS - April 2019 | 0.9 |
| | TOTAL CHARGES @ $ 147/hour | $132.30 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Tina Carr - April 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 4-16 | Handled/processed service list RPOs. | 0.1 |
| 4-17 | Reviewed latest court claims register entries to update files. | <u>0.3</u> |
| | TOTAL HOURS - April 2019 | <u>0.4</u> |
| | TOTAL CHARGES @ $ 95/hour | <u>$38.00</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Lillian Jordan - April 2019

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 4-11 | Reviewed/responded to creditor correspondence. | 0.4 |
| 4-18 | Reviewed/responded to creditor correspondence. | 0.2 |
| 4-22 | Reviewed incoming claims to ensure receipt and proper processing | 0.4 |
| 4-23 | Reviewed incoming claims to ensure receipt and proper processing | 1.0 |
| 4-29 | Reviewed incoming claims to ensure receipt and proper processing | 0.3 |
| 4-29 | Reviewed court claims registers and uploaded recently filed claims, quality assurance: Proofed claims and pdf files to ensure accuracy.". | 0.6 |

|  | TOTAL HOURS - April 2019 | 2.9 |
|--|--------------------------|-----|
|  | TOTAL CHARGES @ $ 95/hour | $275.50 |

# DONLIN RECANO

### An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

June 21, 2019

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-13** in the amount of $9,302.04 for services rendered to RH during May, 2019.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|---|---|---|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| 11 | 4/25/2019 | 3,047.02 |
| 12 | 5/17/2019 | 6,260.59 |
| Total | | $ 91,044.06 |

You may make your check in the amount of $100,346.10 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account Name:   Donlin, Recano & Company, Inc.
Account #:   590872834
Bank Name:   HSBC Bank USA
ABA #:   021 001 088

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:   Pachulski Stang Ziehl, & Jones LLP
William N. Lobel, Esq.
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626

email:

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
**Invoice # 13 - May, 2019**

## I. SYSTEM USAGE

A. Database Storage    (May)
   (5,556 creditors @ $0.05/creditor)                                      $277.80

B. Programming
   6.0 hours @ $116.00/hour                                                696.00
   (cred matrix, database updates, e-notification, miscellaneous tasks,
   noticing files)

C. Electronic Document Storage    (May)
   (14,196 images @ $0.05/image)                                           709.80

D. Permitted Users
   (0 users @ $0.00/user)                                                  Waived

                      **SUB TOTAL - System Usage**              **1,683.60**

## II. SUPPORT SERVICES

A. Claims Examinations/Docketing

   (0 claims @ $0.00/claim)                                                Waived

B. Data Entry       6.2 hours @ $48.00/hour                                297.60
   (claims,etc.)

C. Photocopies
   (0 pages @ $0.09/page)                                                  0.00

D. Scanning
   (112 docs/4,322 images @ $0.08/image)                                   345.76

E. Reports/Labels
   Laser Print 8 pages  @ $0.09/page                                      0.72
   Print 0 Labels @ $0.00/each                                             Waived
   Print 0 POC Forms @ $0.00/each                                          Waived

F. Communication Services
   24/7 Online Access to Case Website ($0.00 per month)                   Waived
   Outgoing Email Attachments (0 pages @ $0.00/page)                      Waived
   Fax Noticing (0 pages @ $0.08/page)                                    0.00

G. Administrative Services
   2.2 hours @ $69.00/hour                                                 151.80
   (Call Center)

   30.6 hours @ $48.00/hour                                                1,468.80
   (case administration, claims processing, mail processing, photocopying &
   mailing, RPO processing, scanning)

                     **SUB TOTAL - Support Services**            **2,264.68**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
**Invoice # 13 - May, 2019**

### III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | | |
|---|---|---|
| 5.7 hours @ $184.00/hour | 1,048.80 | |
| 15.8 hours @ $147.00/hour | 2,322.60 | |
| 2.9 hours @ $95.00/hour | 275.50 | |
| **SUB TOTAL - Consulting Fees** | | **3,646.90** |

### IV. OUT OF POCKET EXPENSES

| | | |
|---|---|---|
| PACER | 338.60 | |
| Postage | 2.60 | |
| **SUB TOTAL - Out Of Pocket Expenses** | | **341.20** |
| **TOTAL CHARGES - May, 2019** | | **$7,936.38** |
| **1.5% on Outstanding Fees** | | **$1,365.66** |
| **GRAND TOTAL** | | **$9,302.04** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Andrew Logan - May 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 5-3 | Supervise addition of single party to service list manager database. | 0.2 |
| 5-17 | Attend to filing of electronic correspondences (0.1). | 0.1 |
| 5-17 | Supervise and verify 162 edits to claim database. | 0.8 |
| 5-31 | Review court docket re status of case (0.2). | 0.2 |
| 5-31 | Supervise and verify 331 edits to claim database. | 0.8 |
| | TOTAL HOURS - May 2019 | 2.1 |
| | TOTAL CHARGES @ $ 184/hour | $386.40 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jung Song - May 2019</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 5-1 | Supervise and verify claims register report to the court. | 0.3 |
| 5-2 | Supervise and verify claims register report to the court. | 0.3 |
| 5-3 | Supervise and verify claims register report to the court. | 0.3 |
| 5-6 | Supervise and verify claims register report to the court. | 0.3 |
| 5-7 | Supervise and verify claims register report to the court. | 0.3 |
| 5-10 | Supervise and verify claims register report to the court. | 0.3 |
| 5-14 | Supervise and verify claims register report to the court. | 0.3 |
| 5-16 | Supervise and verify claims register report to the court. | 0.3 |
| 5-17 | Supervise and verify 34 edits to creditor database. | 0.2 |
| 5-20 | Supervise and verify claims register report to the court. | 0.3 |
| 5-22 | Supervise and verify claims register report to the court. | 0.3 |
| 5-29 | Supervise and verify claims register report to the court. | 0.3 |
| 5-31 | Supervise and verify 19 edits to creditor database. | <u>0.1</u> |

TOTAL HOURS - May 2019 <u>3.6</u>

TOTAL CHARGES @ $ 184/hour <u>$662.40</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jolly Estrada - May 2019</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 5-3 | Prepared files for update of creditor data. Updated/verified the website case information data in light of request for courtesy notice of electronic filing. | 0.4 |
| | TOTAL HOURS - May 2019 | 0.4 |
| | TOTAL CHARGES @ $ 147/hour | $58.80 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rommel Mapa - May 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 5-2 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 5-8 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 5-9 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 5-13 | Attend to issues re release of pdf files of claims. | 0.4 |
| 5-14 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 5-16 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 5-21 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 5-23 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 5-28 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 5-29 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 5-30 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 5-31 | Ensured accuracy of scanning report | <u>0.2</u> |

TOTAL HOURS - May 2019 <u>2.6</u>

TOTAL CHARGES @ $ 147/hour <u>$382.20</u>

Exhibit A

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Winnie Yeung - May 2019

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 5-8 | Prepared instructions to create excel file of all creditors in database (0.2). Reviewed/emailed excel file to N. Lockwood of PSZJ per request (0.4). | 0.6 |
| 5-9 | Reviewed email notification of newly filed claims. | 0.5 |
| 5-14 | Reviewed email notification of newly filed claims. | 0.3 |
| 5-20 | Prepared/posted current Master Service List in .xls and word format on client website. | 0.5 |
| 5-21 | Downloaded/reviewed excel file of current claims register, matched scheduled claims to corresponding filed claims, reviewed .pdf files of claims and updated database as required re amended and duplicate claims. | 3.8 |
| 5-21 | Merge liabilities with corresponding claims. | 0.5 |
| 5-21 | Reviewed email notification of newly filed claims. | 0.3 |
| 5-21 | Attended to open claim issues. | 0.3 |
| 5-22 | Downloaded/reviewed excel file of current claims register, matched scheduled claims to corresponding filed claims and reviewed .pdf files of claims. Merged creditor records. | 1.9 |
| 5-29 | Downloaded/reviewed excel file of current claims register, matched scheduled claims to corresponding filed claims, reviewed .pdf files of claims and updated database as required re amended and duplicate claims. | 2.8 |
| 5-31 | Downloaded/reviewed excel file of current claims register, matched scheduled claims to corresponding filed claims and reviewed .pdf files of claims. Merged creditor records. | <u>1.3</u> |

TOTAL HOURS - May 2019     <u>12.8</u>

TOTAL CHARGES @ $ 147/hour     <u>$1,881.60</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Tina Carr - May 2019</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 5-17 | Boxed filed claims for storage. | 0.4 |
| 5-24 | Researched/responded to creditor inquiries | <u>0.3</u> |
|  | TOTAL HOURS - May 2019 | <u>0.7</u> |
|  | TOTAL CHARGES @ $ 95/hour | <u>$66.50</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Lillian Jordan - May 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 5-6 | Reviewed incoming claims to ensure receipt and proper processing | 0.2 |
| 5-14 | Reviewed incoming claims to ensure receipt and proper processing | 1.0 |
| 5-29 | Reviewed incoming claims to ensure receipt and proper processing | 0.5 |
| 5-31 | Reviewed incoming claims to ensure receipt and proper processing | <u>0.5</u> |

TOTAL HOURS - May 2019 <u>2.2</u>

TOTAL CHARGES @ $ 95/hour <u>$209.00</u>

# DONLIN RECANO

### An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

July 29, 2019

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-14** in the amount of $4,646.43 for services rendered to RH during June, 2019.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|-----------|------|--------|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| 11 | 4/25/2019 | 3,047.02 |
| 12 | 5/17/2019 | 6,260.59 |
| 13 | 6/21/2019 | 9,302.04 |
| Total | | $ 100,346.10 |

You may make your check in the amount of $104,992.53 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account Name:    Donlin, Recano & Company, Inc.
Account #:    590872834
Bank Name:    HSBC Bank USA
ABA #:    021 001 088

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:    Pachulski Stang Ziehl, & Jones LLP
William N. Lobel, Esq.
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626

email:

Donlin Recano & Company, Inc.  PO Box 192042, Blythebourne Station, Brooklyn, NY  11219

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
**Invoice # 14 - June, 2019**

## I. SYSTEM USAGE

A.  Database Storage    (June)                                          $278.95
    (5,579 creditors @ $0.05/creditor)

B.  Programming                                                          220.40
    1.9 hours @ $116.00/hour
    (e-notification, miscellaneous tasks)

C.  Electronic Document Storage    (June)                                724.50
    (14,490 images @ $0.05/image)

D.  Permitted Users                                                      <u>Waived</u>
    (0 users @ $200/user)

                 **SUB TOTAL - System Usage**                       **1,223.85**

## II. SUPPORT SERVICES

A.  Claims Examinations/Docketing
    (0 claims @ $0.25/claim)                                            Waived

B.  Data Entry        2.7 hours @ $48.00/hour                           129.60
    (claims, etc.)

C.  Photocopies
    (0 pages @ $0.09/page)                                               0.00

D.  Scanning
    (41 docs/2,609 images @ $0.08/image)                               208.72

E.  Reports/Labels
    Laser Print 23 pages  @ $0.09/page                                   2.07
    Print 0 Labels @ $0.05/each                                        Waived
    Print 0 POC Forms @ $0.18/each                                       0.00

F.  Communication Services
    24/7 Online Access to Case Website ($200/month)                    Waived
    Outgoing Email Attachments (0 pages @ $0.02/page)                  Waived
    Fax Noticing (0 pages @ $0.08/page)                                  0.00

G.  Administrative Services
    8.0 hours @ $48.00/hour                                           <u>384.00</u>
    (case administration, claims processing, mail processing, photocopying &
    mailing, scanning)

                 **SUB TOTAL - Support Services**                      **724.39**

## DONLIN, RECANO & COMPANY, INC. ("DRC")
### Ruby's Diner, Inc. et al.  ("RH")
### Invoice # 14 - June, 2019

### I.  SYSTEM USAGE

A.  Database Storage    (June)
   (5,579 creditors @ $0.05/creditor)          $278.95

B.  Programming
   1.9 hours @ $116.00/hour          220.40
   (e-notification, miscellaneous tasks)

C.  Electronic Document Storage    (June)
   (14,490 images @ $0.05/image)          724.50

D.  Permitted Users
   (0 users @ $200/user)          Waived

**SUB TOTAL - System Usage**          **1,223.85**

### II.  SUPPORT SERVICES

A.  Claims Examinations/Docketing
   (0 claims @ $0.25/claim)          Waived

B.  Data Entry    2.7 hours @ $48.00/hour          129.60
   (claims, etc.)

C.  Photocopies
   (0 pages @ $0.09/page)          0.00

D.  Scanning
   (41 docs/2,609 images @ $0.08/image)          208.72

E.  Reports/Labels
   Laser Print 23 pages  @ $0.09/page          2.07
   Print 0 Labels @ $0.05/each          Waived
   Print 0 POC Forms @ $0.18/each          0.00

F.  Communication Services
   24/7 Online Access to Case Website ($200/month)          Waived
   Outgoing Email Attachments (0 pages @ $0.02/page)          Waived
   Fax Noticing (0 pages @ $0.08/page)          0.00

G.  Administrative Services
   8.0 hours @ $48.00/hour          384.00
   (case administration, claims processing, mail processing, photocopying &
   mailing, scanning)

**SUB TOTAL - Support Services**          **724.39**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
Ruby's Diner, Inc. et al.  ("RH")
<u>Invoice # 14 - June, 2019</u>

**III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)**

| | | |
|---|---|---|
| 2.7 hours @ $184.00/hour | 496.80 | |
| 2.9 hours @ $147.00/hour | 426.30 | |
| 0.4 hours @ $95.00/hour | <u>38.00</u> | |
| **SUB TOTAL - Consulting Fees** | | **961.10** |

**IV. OUT OF POCKET EXPENSES**

| | | |
|---|---|---|
| PACER | 230.60 | |
| Postage | <u>1.30</u> | |
| **SUB TOTAL - Out Of Pocket Expenses** | | <u>**231.90**</u> |
| **TOTAL CHARGES - June, 2019** | | **$3,141.24** |
| **1.5% Late Charge on Outstanding Fees** | | <u>**1,505.19**</u> |
| **Grand Total** | | **$4,646.43** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Andrew Logan - June 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 6-5 | Attend to update to case website with scheduled hearing information. | 0.2 |
| 6-13 | Attend to update to case website with scheduled hearing information. | 0.1 |
| 6-17 | Review court docket re status of case. | 0.2 |
| 6-21 | Supervise and verify 142 edits to claim database. | <u>0.7</u> |

TOTAL HOURS - June 2019     <u>1.2</u>

TOTAL CHARGES @ $ 184/hour     <u>$220.80</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jung Song - June 2019</u>

<u>III. CONSULTING FEES</u>

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 6-3 | Supervise and verify claims register report to the court. | 0.3 |
| 6-4 | Supervise and verify claims register report to the court. | 0.3 |
| 6-6 | Supervise and verify claims register report to the court. | 0.3 |
| 6-21 | Supervise and verify claims register report to the court. | 0.3 |
| 6-21 | Supervise and verify 52 edits to creditor database. | <u>0.3</u> |

TOTAL HOURS - June 2019 <u>1.5</u>

TOTAL CHARGES @ $ 184/hour <u>$276.00</u>

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rommel Mapa - June 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 6-4 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 6-5 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 6-18 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 6-20 | Supervise and validate incoming overnight packages for processing. | 0.2 |
| 6-28 | Ensured accuracy of scanning report. | <u>0.3</u> |

|  | TOTAL HOURS - June 2019 | <u>1.1</u> |
|--|--------------------------|-----|
|  | TOTAL CHARGES @ $ 147/hour | <u>$161.70</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Winnie Yeung - June 2019</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 6-3 | Researched/emailed N. Lockwood of PSZJ re open claim issues for bar date (0.2). Attended to open claim issues (0.1). | 0.3 |
| 6-5 | Downloaded/reviewed excel file of current claims register, matched scheduled claims to corresponding filed claims and reviewed .pdf files of claims. Merged creditor records. | <u>1.5</u> |

|  | TOTAL HOURS - June 2019 | <u>1.8</u> |
|--|--------------------------|------|
|  | TOTAL CHARGES @ $ 147/hour | <u>$264.60</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Tina Carr - June 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 6-17 | Researched/responded to creditor inquiries. | 0.4 |

|  | TOTAL HOURS - June 2019 | 0.4 |
|--|-------------------------|-----|
|  | TOTAL CHARGES @ $ 95/hour | $38.00 |

# DONLIN RECANO

## An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

August 15, 2019

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-15** in the amount of $4,451.86 for services rendered to RH during July, 2019.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|---|---|---|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| 11 | 4/25/2019 | 3,047.02 |
| 12 | 5/17/2019 | 6,260.59 |
| 13 | 6/21/2019 | 9,302.04 |
| 14 | 7/29/2019 | 4,646.43 |
| Total | | $ 104,992.53 |

You may make your check in the amount of $109,444.39 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account Name:   Donlin, Recano & Company, Inc.
Account #:   590872834
Bank Name:   HSBC Bank USA
ABA #:   021 001 088

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:   Pachulski Stang Ziehl, & Jones LLP
William N. Lobel, Esq.
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626

email:

Donlin Recano & Company, Inc.  PO Box 192042, Blythebourne Station, Brooklyn, NY  11219

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
<u>**Invoice # 15 - July, 2019**</u>

**I. SYSTEM USAGE**

A. Database Storage    (July)
   (5,582 creditors @ $0.05/creditor)        $279.10

B. Programming
   1.8 hours @ $116.00/hour        208.80
   (e-notification, miscellaneous tasks)

C. Electronic Document Storage    (July)
   (14,584 images @ $0.05/image)        729.20

D. Permitted Users
   (0 users @ $200/user)        <u>Waived</u>

         **SUB TOTAL - System Usage**        **1,217.10**

**II. SUPPORT SERVICES**

A. Claims Examinations/Docketing
   (0 claims @ $0.25/claim)        Waived

B. Data Entry    0.7 hours @ $48.00/hour        33.60
   (claims, etc.)

C. Photocopies
   (0 pages @ $0.09/page)        0.00

D. Scanning
   (10 docs/81 images @ $0.08/image)        6.48

E. Reports/Labels
   Laser Print 11 pages  @ $0.09/page        0.99
   Print 0 Labels @ $0.05/each        Waived
   Print 0 POC Forms @ $0.18/each        0.00

F. Communication Services
   24/7 Online Access to Case Website ($200/month)        Waived
   Outgoing Email Attachments (0 pages @ $0.02/page)        Waived
   Fax Noticing (0 pages @ $0.08/page)        0.00

G. Administrative Services
   0.3 hours @ $69.00/hour        20.70
   (Call Center)

   15.2 hours @ $48.00/hour        <u>729.60</u>
   (case administration, claims processing, mail processing, photocopying &
   mailing, RPO processing, scanning)

         **SUB TOTAL - Support Services**        **791.37**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
<u>**Invoice # 15 - July, 2019**</u>

### III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | | |
|---|---|---|
| 1.1 hours @ $184.00/hour | 202.40 | |
| 2.9 hours @ $147.00/hour | 426.30 | |
| 0.7 hours @ $95.00/hour | <u>66.50</u> | |
| **SUB TOTAL - Consulting Fees** | | **695.20** |

### IV. OUT OF POCKET EXPENSES

| | | |
|---|---|---|
| PACER | 172.00 | |
| Postage | <u>1.30</u> | |
| **SUB TOTAL - Out Of Pocket Expenses** | | <u>**173.30**</u> |
| **TOTAL CHARGES - July, 2019** | | **$2,876.97** |
| **1.5% Late Charge on Outstanding Fees** | | <u>**$1,574.89**</u> |
| **GRAND TOTAL** | | **$4,451.86** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Andrew Logan - July 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 7-18 | Review court docket re status of case (0.1). | 0.1 |
| 7-19 | Supervise and verify 23 edits to claim database. | 0.1 |
| 7-25 | Attend to update to case website with status hearing information (0.1). | 0.1 |
| 7-31 | Supervise and verify 19 edits to claim database. | 0.1 |

| | | |
|---|---|---|
| | TOTAL HOURS - July 2019 | 0.4 |
| | TOTAL CHARGES @ $ 184/hour | $73.60 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets – Jung Song – July 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 7-12 | Supervise and verify claims register report to the court. | 0.3 |
| 7-19 | Supervise and verify 3 edits to creditor database. | 0.1 |
| 7-30 | Supervise and verify claims register report to the court. | <u>0.3</u> |

|  |  |  |
|---|---|---|
| | TOTAL HOURS - July 2019 | <u>0.7</u> |
| | TOTAL CHARGES @ $ 184/hour | <u>$128.80</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rommel Mapa - July 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 7-26 | Reconciled court claims register against DRC claims database. | 0.4 |
| 7-31 | Ensured accuracy of scanning report | <u>0.1</u> |
| | TOTAL HOURS - July 2019 | <u>0.5</u> |
| | TOTAL CHARGES @ $ 147/hour | <u>$73.50</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Winnie Yeung - July 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 7-9 | Attended to open issues on setting up credentials to access full .pdf files of claims on website (0.2). Emailed J. Nolan of PSZJ re same (0.1). | 0.3 |
| 7-10 | Updated database to reflect withdrawals of claims. | 0.2 |
| 7-10 | Reviewed newly filed claims and matched scheduled claims to corresponding filed claims. | 0.3 |
| 7-25 | Prepared/emailed excel file of current claims register by debtor and list of late-filed claims to R. Mori of Pachulski Stang per request (1.1). Reviewed .pdf files of claims and updated database as required re amended claims (0.2). Attended to open claim issues (0.2). | 1.5 |
| 7-30 | Reviewed email notification of newly filed claims. | <u>0.1</u> |

|  | TOTAL HOURS - July 2019 | <u>2.4</u> |
|---|---|---|
|  | TOTAL CHARGES @ $ 147/hour | <u>$352.80</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Tina Carr - July 2019</u>

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 7-11 | Researched/responded to creditor inquiries | 0.4 |
| 7-12 | Researched/responded to creditor inquiries | <u>0.3</u> |
| | TOTAL HOURS - July 2019 | <u>0.7</u> |
| | TOTAL CHARGES @ $ 95/hour | <u>$66.50</u> |

# DONLIN RECANO

### An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

September 25, 2019

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-16** in the amount of $3,245.57 for services rendered to RH during August, 2019.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|---|---|---|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2018 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| 11 | 4/25/2019 | 3,047.02 |
| 12 | 5/17/2019 | 6,260.59 |
| 13 | 6/21/2019 | 9,302.04 |
| 14 | 7/29/2019 | 4,646.43 |
| 15 | 8/15/2019 | 4,451.86 |
| Total | | $ 109,444.39 |

You may make your check in the amount of $112,689.96 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

|  |  |
|---|---|
| Account Name: | Donlin, Recano & Company, Inc. |
| Account #: | 590872834 |
| Bank Name: | HSBC Bank USA |
| ABA #: | 021 001 088 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:    Pachulski Stang Ziehl, & Jones LLP
        William N. Lobel, Esq.
        650 Town Center Drive, Suite 1500
        Costa Mesa, CA 92626

email:

Donlin Recano & Company, Inc.  PO Box 192042, Blythebourne Station, Brooklyn, NY  11219

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
**Invoice # 16 - August, 2019**

## I. SYSTEM USAGE

A. Database Storage    (August)
(5,583 creditors @ $0.05/creditor)                                        $279.15

B. Programming
1.6 hours @ $116.00/hour                                                    185.60
(e-notification, miscellaneous tasks)

C. Electronic Document Storage    (August)
(15,189 images @ $0.05/image)                                              759.45

D. Permitted Users
(0 users @ $200/user)                                                     Waived

SUB TOTAL - System Usage                                                 **1,224.20**

## II. SUPPORT SERVICES

A. Claims Examinations/Docketing
(0 claims @ $0.25/claim)                                                  Waived

B. Data Entry           0.0 hours @ $48.00/hour                             0.00

C. Photocopies
(0 pages @ $0.09/page)                                                     0.00

D. Scanning
(2 docs/36 images @ $0.08/image)                                           2.88

E. Reports/Labels
Laser Print 3 pages  @ $0.09/page                                          0.27
Print 0 Labels @ $0.05/each                                              Waived
Print 0 POC Forms @ $0.18/each                                             0.00

F. Communication Services
24/7 Online Access to Case Website ($200/month)                          Waived
Outgoing Email Attachments (0 pages @ $0.02/page)                        Waived
Fax Noticing (0 pages @ $0.08/page)                                        0.00

G. Administrative Services
0.1 hours @ $69.00/hour                                                     6.90
(Call Center)

2.0 hours @ $48.00/hour                                                    96.00
(case administration, claims processing, filing, photocopying & mailing)

SUB TOTAL - Support Services                                              **106.05**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
<u>**Invoice # 16 - August, 2019**</u>

## III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | | |
|---|---|---|
| 0.3 hours @ $184.00/hour | 55.20 | |
| 0.3 hours @ $147.00/hour | <u>44.10</u> | |
| **SUB TOTAL - Consulting Fees** | | **99.30** |

## IV. OUT OF POCKET EXPENSES

| | | |
|---|---|---|
| PACER | 173.20 | |
| Postage | <u>1.15</u> | |
| **SUB TOTAL - Out Of Pocket Expenses** | | <u>**174.35**</u> |
| **TOTAL CHARGES - August, 2019** | | **$1,603.90** |
| **1.5% on Outstanding Fees** | | <u>**1,641.67**</u> |
| **Grand Total** | | **$3,245.57** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Andrew Logan - August 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 8-29 | Attend to update to case website re scheduled hearing. | 0.1 |
| 8-30 | Supervise and verify 13 edits to claim database. | 0.1 |
| | TOTAL HOURS - August 2019 | 0.2 |
| | TOTAL CHARGES @ $ 184/hour | $36.80 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Jung Song - August 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 8-30 | Supervise and verify 2 edits to creditor database. | 0.1 |

|  | TOTAL HOURS - August 2019 | 0.1 |
|--|---------------------------|-----|
|  | TOTAL CHARGES @ $ 184/hour | $18.40 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Jennifer Goode - August 2019

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 8-26 | Reviewed new filed claims to ensure accuracy. | 0.1 |
| | TOTAL HOURS - August 2019 | 0.1 |
| | TOTAL CHARGES @ $ 147/hour | $14.70 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Rommel Mapa - August 2019

**III. CONSULTING FEES**

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 8-30 | Ensured accuracy of scanning report. | 0.1 |

|  |  |  |
|--|--|--|
| | TOTAL HOURS - August 2019 | 0.1 |
| | TOTAL CHARGES @ $ 147/hour | $14.70 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Winnie Yeung - August 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 8-13 | Researched/emailed excel file of claims register to N. Lockwood of PSZJ. | 0.1 |
| | TOTAL HOURS - August 2019 | 0.1 |
| | TOTAL CHARGES @ $ 147/hour | $14.70 |

# DONLIN RECANO

**An AST Company**

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

October 30, 2019

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-17** in the amount of $3,055.89 for services rendered to RH during September, 2019.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|-----------|------|--------|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| 11 | 4/25/2019 | 3,047.02 |
| 12 | 5/17/2019 | 6,260.59 |
| 13 | 6/21/2019 | 9,302.04 |
| 14 | 7/29/2019 | 4,646.43 |
| 15 | 8/15/2019 | 4,451.86 |
| 16 | 9/25/2019 | 3,245.57 |
| Total | | $ 112,689.96 |

You may make your check in the amount of $115,745.85 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account Name:  Donlin, Recano & Company, Inc.
Account #:  590872834
Bank Name:  HSBC Bank USA
ABA #:  021 001 088

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:    Pachulski Stang Ziehl, & Jones LLP
William N. Lobel, Esq.
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626

Donlin Recano & Company, Inc.  PO Box 192042, Blythebourne Station, Brooklyn, NY  11219

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
<u>**Invoice # 17 - September, 2019**</u>

**I.  SYSTEM USAGE**

A.  Database Storage    (September)
(5,583 creditors @ $0.05/creditor)                                    $279.15

B.  Programming
0.0 hours @ $116.00/hour                                              0.00

C.  Electronic Document Storage    (September)
(15,500 images @ $0.05/image)                                        775.00

D.  Permitted Users
(0 users @ $200/user)                                          <u>Waived</u>

**SUB TOTAL - System Usage**                              **1,054.15**

**II.  SUPPORT SERVICES**

A.  Claims Examinations/Docketing
(0 claims @ $0.25/claim)                                       Waived

B.  Data Entry            0.0 hours @ $48.00/hour                  0.00

C.  Photocopies
(0 pages @ $0.09/page)                                         0.00

D.  Scanning
(2 docs/2 images @ $0.08/image)                                0.16

E.  Reports/Labels
Laser Print 12 pages  @ $0.09/page                           1.08
Print 0 Labels @ $0.05/each                                   Waived
Print 0 POC Forms @ $0.18/each                                0.00

F.  Communication Services
24/7 Online Access to Case Website ($200/month)              Waived
Outgoing Email Attachments (0 pages @ $0.02/page)            Waived
Fax Noticing (0 pages @ $0.08/page)                           0.00

G.  Administrative Services
1.3 hours @ $48.00/hour                                    <u>62.40</u>
(case administration, mail processing, photocopying & mailing, RPO
processing)

**SUB TOTAL - Support Services**                            **63.64**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
<u>**Invoice # 17 - September, 2019**</u>

### III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | | |
|---|---|---|
| 0.4 hours @ $184.00/hour | 73.60 | |
| 0.1 hours @ $147.00/hour | <u>14.70</u> | |
| **SUB TOTAL - Consulting Fees** | | **88.30** |

### IV. OUT OF POCKET EXPENSES

| | | |
|---|---|---|
| PACER | 158.30 | |
| Postage | <u>1.15</u> | |
| **SUB TOTAL - Out Of Pocket Expenses** | | <u>**159.45**</u> |
| **TOTAL CHARGES - September, 2019** | | **$1,365.54** |
| **1.5% Late Charge on Outstanding Fees** | | <u>**1,690.35**</u> |
| **Grand Total** | | **$3,055.89** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Andrew Logan - September 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 9-19 | Attend to update to case website with scheduled hearing information. | 0.1 |
| 9-20 | Attend to update to case website with information regarding continued disclosure statement hearing. | 0.2 |
| 9-27 | Attend to update to case website with scheduled hearing information. | <u>0.1</u> |
| | TOTAL HOURS - September 2019 | <u>0.4</u> |
| | TOTAL CHARGES @ $ 184/hour | <u>$73.60</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Rommel Mapa - September 2019

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 9-30 | Ensured accuracy of scanning report. | 0.1 |
|      | TOTAL HOURS - September 2019 | 0.1 |
|      | TOTAL CHARGES @ $ 147/hour | $14.70 |

# DONLIN RECANO

**An AST Company**

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

November 22, 2019

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-18** in the amount of $3,328.54 for services rendered to RH during October, 2019.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|-----------|------------|--------------|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| 11 | 4/25/2019 | 3,047.02 |
| 12 | 5/17/2019 | 6,260.59 |
| 13 | 6/21/2019 | 9,302.04 |
| 14 | 7/29/2019 | 4,646.43 |
| 15 | 8/15/2019 | 4,451.86 |
| 16 | 9/25/2019 | 3,245.57 |
| 17 | 10/30/2019 | 3,055.89 |
| Total | | $115,745.85 |

You may make your check in the amount of $119,074.39 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

| | |
|---|---|
| Account Name: | Donlin, Recano & Company, Inc. |
| Account #: | 590872834 |
| Bank Name: | HSBC Bank USA |
| ABA #: | 021 001 088 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:    Pachulski Stang Ziehl, & Jones LLP
       William N. Lobel, Esq.
       650 Town Center Drive, Suite 1500
       Costa Mesa, CA 92626

**Donlin Recano & Company, Inc.** PO Box 192042, Blythebourne Station, Brooklyn, NY 11219

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
Ruby's Diner, Inc. et al.  ("RH")
<u>Invoice # 18 - October, 2019</u>

**I. SYSTEM USAGE**

| | | |
|---|---|---:|
| A. | Database Storage    (October)<br>(5,583 creditors @ $0.05/creditor) | $279.15 |
| B. | Programming<br>0.0 hours @ $116.00/hour | 0.00 |
| C. | Electronic Document Storage    (October)<br>(16,410 images @ $0.05/image) | 820.50 |
| D. | Permitted Users<br>(0 users @ $200/user) | <u>Waived</u> |
| | **SUB TOTAL - System Usage** | **1,099.65** |

**II. SUPPORT SERVICES**

| | | |
|---|---|---:|
| A. | Data Entry        0.0 hours @ $48.00/hour | 0.00 |
| B. | Photocopies<br>(0 pages @ $0.09/page) | 0.00 |
| C. | Scanning<br>(3 docs/49 images @ $0.08/image) | 3.92 |
| D. | Reports/Labels<br>Laser Print 7 pages  @ $0.09/page<br>Print 0 Labels @ $0.05/each<br>Print 0 POC Forms @ $0.18/each | 0.63<br>Waived<br>0.00 |
| E. | Communication Services<br>24/7 Online Access to Case Website ($200/month)<br>Outgoing Email Attachments (0 pages @ $0.02/page)<br>Fax Noticing (0 pages @ $0.08/page) | Waived<br>Waived<br>0.00 |
| F. | Administrative Services<br>1.8 hours @ $48.00/hour<br>(case administration, claims processing, mail processing, photocopying &<br>mailing, RPO processing) | <u>86.40</u> |
| | **SUB TOTAL - Support Services** | **90.95** |

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
<u>Invoice # 18 - October, 2019</u>

**III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)**

0.5 hours @ $147.00/hour          <u>73.50</u>

**SUB TOTAL - Consulting Fees**      **73.50**

**IV. OUT OF POCKET EXPENSES**

| | |
|---|---|
| PACER | 176.10 |
| Postage | 2.15 |
| Supplies | <u>150.00</u> |

**SUB TOTAL - Out Of Pocket Expenses**     <u>**328.25**</u>

**TOTAL CHARGES - October, 2019**     **$1,592.35**

**1.5% on Outstanding Fees**     <u>**$1,736.19**</u>

**Grand Total**     **$3,328.54**

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rommel Mapa - October 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 10-31 | Ensured accuracy of scanning report | <u>0.1</u> |

| | | |
|---|---|---|
| | TOTAL HOURS - October 2019 | <u>0.1</u> |
| | TOTAL CHARGES @ $ 147/hour | <u>$14.70</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Winnie Yeung - October 2019</u>

### III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 10-2 | Printed/reviewed draft of the Amended Plan/Disclosure Statement and vote solicitation motion (0.3). Emailed N. Lockwood of PSZJ re vote solicitation mailing (0.1). | <u>0.4</u> |

|  | TOTAL HOURS - October 2019 | <u>0.4</u> |
|--|----------------------------|------|
|  | TOTAL CHARGES @ $ 147/hour | <u>$58.80</u> |

# DONLIN RECANO

### An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

December 19, 2019

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-19** in the amount of $3,320.49 for services rendered to RH during November, 2019.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|-----------|------------|-------------|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| 11 | 4/25/2019 | 3,047.02 |
| 12 | 5/17/2019 | 6,260.59 |
| 13 | 6/21/2019 | 9,302.04 |
| 14 | 7/29/2019 | 4,646.43 |
| 15 | 8/15/2019 | 4,451.86 |
| 16 | 9/25/2019 | 3,245.57 |
| 17 | 10/30/2019 | 3,055.89 |
| 18 | 11/22/2019 | 3,328.54 |
| Total | | $119,074.39 |

You may make your check in the amount of $122,394.88 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account Name:  Donlin, Recano & Company, Inc.
Account #:  590872834
Bank Name:  HSBC Bank USA
ABA #:  021 001 088

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:    Pachulski Stang Ziehl, & Jones LLP
William N. Lobel, Esq.
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626

Donlin Recano & Company, Inc.  PO Box 192042, Blythebourne Station, Brooklyn, NY  11219

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
<u>**Invoice # 19 - November, 2019**</u>

**I. SYSTEM USAGE**

| | | |
|---|---|---:|
| A. | Database Storage    (November)<br>(5,583 creditors @ $0.05/creditor) | $279.15 |
| B. | Programming<br>0.6 hours @ $116.00/hour<br>(e-notification, miscellaneous tasks) | 69.60 |
| C. | Electronic Document Storage    (November)<br>(16,408 images @ $0.05/image) | 820.40 |
| D. | Permitted Users<br>(0 users @ $200/user) | <u>Waived</u> |

**SUB TOTAL - System Usage**                                          **1,169.15**

**II. SUPPORT SERVICES**

| | | |
|---|---|---:|
| A. | Data Entry          0.0 hours @ $48.00/hour | 0.00 |
| B. | Photocopies<br>(0 pages @ $0.09/page) | 0.00 |
| C. | Scanning<br>(11 images @ $0.08/image) | 0.88 |
| D. | Reports/Labels<br>Laser Print 1 page  @ $0.09/page<br>Print 0 Labels @ $0.05/each<br>Print 0 POC Forms @ $0.18/each | 0.09<br>Waived<br>0.00 |
| E. | Communication Services<br>24/7 Online Access to Case Website ($200/ month)<br>Outgoing Email Attachments (0 pages @ $0.02/page)<br>Fax Noticing (0 pages @ $0.08/page) | Waived<br>Waived<br>0.00 |
| F. | Administrative Services<br>0.8 hours @ $48.00/hour<br>(case administration, filing, photocopying & mailing) | <u>38.40</u> |

**SUB TOTAL - Support Services**                                          **39.37**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
<u>**Invoice # 19 - November, 2019**</u>

**III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)**

| | | |
|---|---:|---:|
| 0.4 hours @ $184.00/hour | 73.60 | |
| 0.6 hours @ $147.00/hour | <u>88.20</u> | |
| **SUB TOTAL - Consulting Fees** | | **161.80** |

**IV. OUT OF POCKET EXPENSES**

| | | |
|---|---:|---:|
| PACER | 161.90 | |
| Postage | <u>2.15</u> | |
| **SUB TOTAL - Out Of Pocket Expenses** | | <u>**164.05**</u> |
| **TOTAL CHARGES - November, 2019** | | **$1,534.37** |
| **1.5% on Outstanding Fees** | | <u>**1,786.12**</u> |
| **Grand Total** | | **$3,320.49** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Andrew Logan - November 2019</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 11-7 | Review court docket re status of case and filings. | 0.2 |
| 11-20 | Attend to update to case website with scheduled hearing information. | <u>0.2</u> |

|  | TOTAL HOURS - November 2019 | <u>0.4</u> |
|--|------------------------------|------|
|  | TOTAL CHARGES @ $ 184/hour | <u>$73.60</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Rommel Mapa - November 2019

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 11-18 | Verified latest docket entries affecting claims are reviewed and addressed. | 0.3 |

|  | TOTAL HOURS - November 2019 | 0.3 |
|--|------------------------------|-----|
|  | TOTAL CHARGES @ $ 147/hour | $44.10 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Winnie Yeung - November 2019</u>

### III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 11-5 | Updated database to reflect withdrawals of claims. | 0.1 |
| 11-5 | Reviewed email notification of newly filed claim (0.1). Updated database as required re amended claim (0.1). | <u>0.2</u> |
| | TOTAL HOURS - November 2019 | <u>0.3</u> |
| | TOTAL CHARGES @ $ 147/hour | <u>$44.10</u> |

# DONLIN RECANO

### An AST Company

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

January 23, 2020

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-20** in the amount of $3,424.13 for services rendered to RH during December, 2019.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|---|---|---|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| 11 | 4/25/2019 | 3,047.02 |
| 12 | 5/17/2019 | 6,260.59 |
| 13 | 6/21/2019 | 9,302.04 |
| 14 | 7/29/2019 | 4,646.43 |
| 15 | 8/15/2019 | 4,451.86 |
| 16 | 9/25/2019 | 3,245.57 |
| 17 | 10/30/2019 | 3,055.89 |
| 18 | 11/22/2019 | 3,328.54 |
| 19 | 12/19/2019 | 3,320.49 |
| Total | | $122,394.88 |

You may make your check in the amount of $125,819.01 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account Name:  Donlin, Recano & Company, Inc.
Account #:  590872834
Bank Name:  HSBC Bank USA
ABA #:  021 001 088

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:   Pachulski Stang Ziehl, & Jones LLP
      William N. Lobel, Esq.
      650 Town Center Drive, Suite 1500
      Costa Mesa, CA 92626

Donlin Recano & Company, Inc.  PO Box 192042, Blythebourne Station, Brooklyn, NY  11219

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
**Invoice # 20 - December, 2019**

## I. SYSTEM USAGE

A.  Database Storage     (December)
    (5,583 creditors @ $0.05/creditor)                                    $279.15

B.  Programming
    0.6 hours @ $116.00/hour                                               69.60
    (e-notification, miscellaneous tasks)

C.  Electronic Document Storage     (December)
    (17,614 images @ $0.05/image)                                         880.70

D.  Permitted Users
    (0 users @ $200/user)                                                 Waived

                    **SUB TOTAL - System Usage**                    **1,229.45**

## II. SUPPORT SERVICES

A.  Data Entry          0.0 hours @ $48.00/hour                            0.00

B.  Photocopies
    (0 pages @ $0.09/page)                                                 0.00

C.  Scanning
    (1 docs/4 images @ $0.08/image)                                        0.32

D.  Reports/Labels
    Laser Print 41 pages  @ $0.09/page                                     3.69
    Print 0 Labels @ $0.05/each                                           Waived
    Print 0 POC Forms @ $0.18/each                                         0.00

E.  Communication Services
    24/7 Online Access to Case Website ($200/month)                      Waived
    Outgoing Email Attachments (0 pages @ $0.02/page)                    Waived
    Fax Noticing (0 pages @ $0.08/page)                                    0.00

F.  Administrative Services
    0.3 hours @ $69.00/hour                                                20.70
    (Call Center)

    1.4 hours @ $48.00/hour                                                67.20
    (case administration, claims processing, photocopying & mailing)

                    **SUB TOTAL - Support Services**                   **91.91**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
<u>**Invoice # 20 - December, 2019**</u>

**III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)**

| | |
|---|---:|
| 0.2 hours @ $184.00/hour | 36.80 |
| 0.3 hours @ $147.00/hour | <u>44.10</u> |
| **SUB TOTAL - Consulting Fees** | **80.90** |

**IV. OUT OF POCKET EXPENSES**

| | |
|---|---:|
| PACER | 184.80 |
| Postage | <u>1.15</u> |
| **SUB TOTAL - Out Of Pocket Expenses** | <u>**185.95**</u> |
| **TOTAL CHARGES - December, 2019** | **$1,588.21** |
| **1.5% on Outstanding Fees** | <u>**$1,835.92**</u> |
| **GRAND TOTAL** | **$3,424.13** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Andrew Logan - December 2019</u>

<u>III. CONSULTING FEES</u>

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 12-6 | Supervise addition of single party to service list manager database. | <u>0.2</u> |
|      | TOTAL HOURS - December 2019 | <u>0.2</u> |
|      | TOTAL CHARGES @ $ 184/hour | <u>$36.80</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Rommel Mapa - December 2019

III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 12-31 | Ensured accuracy of scanning report | 0.1 |

|  | TOTAL HOURS - December 2019 | 0.1 |
|--|------------------------------|-----|
|  | TOTAL CHARGES @ $ 147/hour | $14.70 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Winnie Yeung - December 2019

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 12-13 | Reviewed email notification of newly filed claim (0.1). Updated database as required re amended claim (0.1). | 0.2 |
| | TOTAL HOURS - December 2019 | 0.2 |
| | TOTAL CHARGES @ $ 147/hour | $29.40 |

# DONLIN RECANO

**An AST Company**

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

February 21, 2020

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-21** in the amount of $3,844.10 for services rendered to RH during January, 2020.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|---|---|---|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| 11 | 4/25/2019 | 3,047.02 |
| 12 | 5/17/2019 | 6,260.59 |
| 13 | 6/21/2019 | 9,302.04 |
| 14 | 7/29/2019 | 4,646.43 |
| 15 | 8/15/2019 | 4,451.86 |
| 16 | 9/25/2019 | 3,245.57 |
| 17 | 10/30/2019 | 3,055.89 |
| 18 | 11/22/2019 | 3,328.54 |
| 19 | 12/19/2019 | 3,320.49 |
| 20 | 1/23/2020 | 3,424.13 |
| Total | | $125,819.01 |

You may make your check in the amount of $129,663.11 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account Name:  Donlin, Recano & Company, Inc.
Account #:  590872834
Bank Name:  HSBC Bank USA
ABA #:  021 001 088

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:  Pachulski Stang Ziehl, & Jones LLP
     William N. Lobel, Esq.
     650 Town Center Drive, Suite 1500
     Costa Mesa, CA 92626

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al. ("RH")**
**Invoice # 21 - January, 2020**

**I.  SYSTEM USAGE**

| | | |
|---|---|---:|
| A. | Database Storage    (January)<br>(5,583 creditors @ $0.05/creditor) | $279.15 |
| B. | Programming<br>0.0 hours @ $122.00/hour | 0.00 |
| C. | Electronic Document Storage    (January)<br>(19,126 images @ $0.05/image) | 956.30 |
| D. | Permitted Users<br>(0 users @ $200/user) | <u>Waived</u> |

**SUB TOTAL - System Usage**           **1,235.45**

**II.  SUPPORT SERVICES**

| | | |
|---|---|---:|
| A. | Data Entry        0.0 hours @ $48.00/hour | 0.00 |
| B. | Photocopies<br>(0 pages @ $0.09/page) | 0.00 |
| C. | Scanning<br>(11 images @ $0.08/image) | 0.88 |
| D. | Reports/Labels<br>Laser Print 2 pages  @ $0.09/page<br>Print 0 Labels @ $0.05/each<br>Print 0 POC Forms @ $0.18/each | 0.18<br>Waived<br>0.00 |
| E. | Communication Services<br>24/7 Online Access to Case Website ($200/month)<br>Outgoing Email Attachments (0 pages @ $0.02/page)<br>Fax Noticing (0 pages @ $0.08/page) | Waived<br>Waived<br>0.00 |
| F. | Administrative Services<br>0.1 hours @ $72.00/hour<br>(Call Center) | 7.20 |
| | 0.6 hours @ $50.00/hour<br>(case administration, claims processing, photocopying & mailing) | <u>30.00</u> |

**SUB TOTAL - Support Services**           **38.26**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
**Invoice # 21 - January, 2020**

## III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | |
|---|---:|
| 1.0 hours @ $193.00/hour | 193.00 |
| 1.6 hours @ $154.00/hour | 246.40 |
| 0.4 hours @ $100.00/hour | 40.00 |
| **SUB TOTAL - Consulting Fees** | **479.40** |

## IV. OUT OF POCKET EXPENSES

| | |
|---|---:|
| PACER | 202.50 |
| Postage | 1.20 |
| **SUB TOTAL - Out Of Pocket Expenses** | **203.70** |
| **TOTAL CHARGES - January, 2020** | **$1,956.81** |
| **1.5% on Outstanding Fees** | **1,887.29** |
| **Grand Total** | **$3,844.10** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Andrew Logan - January 2020

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 1-7 | Attend to updates to case website with information on continued disclosure statement hearing and order related thereto. | 0.2 |
| 1-24 | Attend to update to case website with scheduled hearing information. | 0.1 |
| 1-28 | Attend to update to case website with confirmation hearing information, including notice of confirmation hearing and plan and disclosure statement. | 0.6 |
| 1-30 | Review case court docket. | 0.1 |
| | TOTAL HOURS - January 2020 | 1.0 |
| | TOTAL CHARGES @ $ 193/hour | $193.00 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Calvin Dickson - January 2020

## III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 1-22 | Printed/reviewed amended disclosure statement and plan and reviewed classes of claim. | 0.4 |

|  | TOTAL HOURS - January 2020 | 0.4 |
|--|---------------------------|-----|
|  | TOTAL CHARGES @ $ 154/hour | $61.60 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rommel Mapa - January 2020</u>

<u>III. CONSULTING FEES</u>

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 1-7 | Reviewed court's claims register for any new filed claims. | 0.4 |
| 1-8 | Updated client reference report. | <u>0.2</u> |
| | TOTAL HOURS - January 2020 | <u>0.6</u> |
| | TOTAL CHARGES @ $ 154/hour | <u>$92.40</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Winnie Yeung - January 2020

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 1-3 | Updated database to reflect withdrawals of claims. | 0.1 |
| 1-29 | Reviewed pdf files of filed claims and updated database as required re amended claim. | 0.2 |
| 1-29 | Reviewed latest docket entries to update files. | 0.3 |
| | TOTAL HOURS - January 2020 | 0.6 |
| | TOTAL CHARGES @ $ 154/hour | $92.40 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Tina Carr - January 2020</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 1-9 | Researched/responded to creditor inquiries. | 0.2 |
| 1-13 | Researched/responded to creditor inquiries. | <u>0.2</u> |

TOTAL HOURS - January 2020    <u>0.4</u>

TOTAL CHARGES @ $ 100/hour    <u>$40.00</u>

# DONLIN RECANO

**An AST Company**

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

March 12, 2020

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-22** in the amount of $3,825.35 for services rendered to RH during February, 2020.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|-----------|------|--------|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| 11 | 4/25/2019 | 3,047.02 |
| 12 | 5/17/2019 | 6,260.59 |
| 13 | 6/21/2019 | 9,302.04 |
| 14 | 7/29/2019 | 4,646.43 |
| 15 | 8/15/2019 | 4,451.86 |
| 16 | 9/25/2019 | 3,245.57 |
| 17 | 10/30/2019 | 3,055.89 |
| 18 | 11/22/2019 | 3,328.54 |
| 19 | 12/19/2019 | 3,320.49 |
| 20 | 1/23/2020 | 3,424.13 |
| 21 | 2/21/2020 | 3,844.10 |
| Total | | $129,663.11 |

You may make your check in the amount of $133,488.46 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

|  |  |
|---|---|
| Account Name: | Donlin, Recano & Company, Inc. |
| Account #: | 590872834 |
| Bank Name: | HSBC Bank USA |
| ABA #: | 021 001 088 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:  Pachulski Stang Ziehl, & Jones LLP
William N. Lobel, Esq.
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626

Donlin Recano & Company, Inc.  PO Box 192042, Blythebourne Station, Brooklyn, NY  11219

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
<u>**Invoice # 22 - February, 2020**</u>

## I. SYSTEM USAGE

A. Database Storage    (February)
   (5,583 creditors @ $0.05/creditor)                                $279.15

B. Programming
   0.0 hours @ $122.00/hour                                            0.00

C. Electronic Document Storage    (February)
   (19,345 images @ $0.05/image)                                    <u>967.25</u>

   **SUB TOTAL - System Usage**                                              **1,246.40**

## II. SUPPORT SERVICES

A. Data Entry    0.4 hours @ $48.00/hour                             19.20
   (claims, etc.)

B. Photocopies
   (0 pages @ $0.09/page)                                            0.00

C. Scanning
   (1 docs/1 image @ $0.08/image)                                    0.08

D. Labels
   Laser Print 8 pages  @ $0.09/page                                 0.72
   Print 0 Labels @ $0.05/each                                     Waived
   Print 0 POC Forms @ $0.18/each                                    0.00

E. Communication Services
   24/7 Online Access to Case Website ($200/ month)               Waived
   Outgoing Email Attachments (0 pages @ $0.02/page)              Waived
   Fax Noticing (0 pages @ $0.08/page)                               0.00

F. Administrative Services
   0.5 hours @ $72.00/hour                                          36.00
   (Call Center)

   1.1 hours @ $50.00/hour                                         <u>55.00</u>
   (case administration, claims processing, photocopying & mailing)

   **SUB TOTAL - Support Services**                                          **111.00**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Ruby's Diner, Inc. et al.  ("RH")**
**Invoice # 22 - February, 2020**

### III. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | | |
|---|---:|---:|
| 0.6 hours @ $193.00/hour | 115.80 | |
| 1.7 hours @ $154.00/hour | 261.80 | |
| **SUB TOTAL - Consulting Fees** | | **377.60** |

### IV. OUT OF POCKET EXPENSES

| | | |
|---|---:|---:|
| PACER | 144.20 | |
| Postage | 1.20 | |
| **SUB TOTAL - Out Of Pocket Expenses** | | **145.40** |
| **TOTAL CHARGES - February, 2020** | | **$1,880.40** |
| **1.5% on Outstanding Fees** | | **1,944.95** |
| **Grand Total** | | **$3,825.35** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Andrew Logan - February 2020</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 2-7 | Review case docket re case happenings. | 0.1 |
| 2-19 | Supervise addition of single party to service list manager database. | <u>0.2</u> |
| | TOTAL HOURS - February 2020 | <u>0.3</u> |
| | TOTAL CHARGES @ $ 193/hour | <u>$57.90</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Roland Tomforde - February 2020</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 2-19 | Supervise and verify claims register report to the court. | <u>0.3</u> |

|  | TOTAL HOURS - February 2020 | <u>0.3</u> |
|--|------------------------------|-----------|
|  | TOTAL CHARGES @ $ 193/hour | <u>$57.90</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Jolly Estrada - February 2020</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 2-19 | Prepared files for update of creditor data. Updated/verified the website case information data in light of NOA's. | <u>0.4</u> |
| | TOTAL HOURS - February 2020 | <u>0.4</u> |
| | TOTAL CHARGES @ $ 154/hour | <u>$61.60</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Rommel Mapa - February 2020</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 2-13 | Verified latest docket entries affecting claims are reviewed and addressed. | 0.2 |
| 2-25 | Filed and catalogued documents for future reference. | 0.2 |
| 2-28 | Verified latest docket entries affecting claims are reviewed and addressed. | 0.2 |
| 2-28 | Ensured accuracy of scanning report. | <u>0.1</u> |
| | TOTAL HOURS - February 2020 | <u>0.7</u> |
| | TOTAL CHARGES @ $ 154/hour | <u>$107.80</u> |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

<u>Timesheets - Winnie Yeung - February 2020</u>

## III. CONSULTING FEES

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|---|---|---|
| 2-20 | Prepared/posted current Master Service List in .xls and word format on client website. | 0.5 |
| 2-28 | Reviewed email notification of newly filed claim. | <u>0.1</u> |
| | TOTAL HOURS - February 2020 | <u>0.6</u> |
| | TOTAL CHARGES @ $ 154/hour | <u>$92.40</u> |

# DONLIN RECANO

### An AST Company

**Tel: 212.481.1411**
**Fax: 212.481.1416**
**www.donlinrecano.com**

April 20, 2020

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-23** in the amount of $4,057.50 for services rendered to RH during March, 2020.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|---|---|---|
| 4B | 9/26/2018 | $ 9,105.01 |
| 5 | 10/12/2018 | 50,382.40 |
| 6 | 11/14/2018 | 8,853.11 |
| 7 | 12/17/2018 | 4,478.35 |
| 8 | 01/24/2019 | 2,534.69 |
| 9 | 2/28/2019 | 2,403.93 |
| 10 | 3/21/2019 | 3,978.96 |
| 11 | 4/25/2019 | 3,047.02 |
| 12 | 5/17/2019 | 6,260.59 |
| 13 | 6/21/2019 | 9,302.04 |
| 14 | 7/29/2019 | 4,646.43 |
| 15 | 8/15/2019 | 4,451.86 |
| 16 | 9/25/2019 | 3,245.57 |
| 17 | 10/30/2019 | 3,055.89 |
| 18 | 11/22/2019 | 3,328.54 |
| 19 | 12/19/2019 | 3,320.49 |
| 20 | 1/23/2020 | 3,424.13 |
| 21 | 2/21/2020 | 3,844.10 |
| 22 | 3/12/2020 | 3,825.35 |
| Total | | $133,488.46 |

You may make your check in the amount of $137,545.96 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

| | |
|---|---|
| Account Name: | Donlin, Recano & Company, Inc. |
| Account #: | 590872834 |
| Bank Name: | HSBC Bank USA |
| ABA #: | 021 001 088 |

Feel free to call if you have any questions or *are in need* of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

**Donlin Recano & Company, Inc.**  PO Box 192042, Blythebourne Station, Brooklyn, NY  11219

Enclosures
1397

cc:    Pachulski Stang Ziehl, & Jones LLP
William N. Lobel, Esq.
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al.  ("RH")**

**<u>Invoice # 23 - March, 2020</u>**

**I.  SYSTEM USAGE**

| | | |
|---|---|---:|
| A. | Database Storage     (March) | |
| | (5,583 creditors @ $0.05/creditor) | $279.15 |
| B. | Programming | |
| | 1.2 hours @ $122.00/hour | 146.40 |
| | (e-notification, miscellaneous tasks) | |
| C. | Electronic Document Storage     (March) | |
| | (20,188 images @ $0.05/image) | <u>1,009.40</u> |

**SUB TOTAL - System Usage**                                **1,434.95**

**II.  SUPPORT SERVICES**

| | | |
|---|---|---:|
| A. | Data Entry          0.3 hours @ $48.00/hour | 14.40 |
| | (claims, etc.) | |
| B. | Photocopies | |
| | (0 pages @ $0.09/page) | 0.00 |
| C. | Scanning | |
| | (3 docs/19 images @ $0.08/image) | 1.52 |
| D. | Labels | |
| | Laser Print 10 pages  @ $0.09/page | 0.90 |
| | Print 0 Labels @ $0.05/each | Waived |
| | Print 0 POC Forms @ $0.18/each | 0.00 |
| E. | Communication Services | |
| | 24/7 Online Access to Case Website ($200/month) | Waived |
| | Outgoing Email Attachments (0 pages @ $0.02/page) | Waived |
| F. | Administrative Services | |
| | 2.6 hours @ $50.00/hour | <u>130.00</u> |
| | (case administration, claims processing, mail processing) | |

**SUB TOTAL - Support Services**                                **146.82**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al.  ("RH")**

**Invoice # 23 - March, 2020**

**III.  CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)**

| | | |
|---|---|---|
| 0.8 hours @ $193.00/hour | 154.40 | |
| 0.8 hours @ $154.00/hour | 123.20 | |
| **SUB TOTAL - Consulting Fees** | | **277.60** |

**IV.  OUT OF POCKET EXPENSES**

| | | |
|---|---|---|
| PACER | 194.60 | |
| Postage | 1.20 | |
| **SUB TOTAL - Out Of Pocket Expenses** | | **195.80** |
| **TOTAL CHARGES - March, 2020** | | **$2,055.17** |
| **1.5% on Outstanding Fees** | | **$2,002.33** |
| **GRAND TOTAL** | | **$4,057.50** |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Andrew Logan - March 2020

**III. CONSULTING FEES**

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 3-11 | Review case docket re status of case. | 0.2 |
| 3-20 | Supervise and verify 15 edits to claim database. | 0.1 |
| 3-31 | Supervise and verify 6 edits to claim database. | 0.1 |

|  | TOTAL HOURS - March 2020 | 0.4 |
|--|--------------------------|-----|
|  | TOTAL CHARGES @ $ 193/hour | $77.20 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Roland Tomforde - March 2020

### III. CONSULTING FEES

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 3-9 | Supervise and verify claims register report to the court. | 0.3 |
| 3-31 | Supervise and verify 1 edit to creditor database. | 0.1 |
| | TOTAL HOURS - March 2020 | 0.4 |
| | TOTAL CHARGES @ $ 193/hour | $77.20 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Rommel Mapa - March 2020

**III. CONSULTING FEES**

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 3-12 | Ensured that latest docket entries affecting claims are reviewed and addressed. | 0.2 |
| 3-30 | Ensured that latest docket entries affecting claims are reviewed and addressed. | 0.2 |
| 3-31 | Ensured accuracy of scanning report. | 0.1 |
| | TOTAL HOURS - March 2020 | 0.5 |
| | TOTAL CHARGES @ $ 154/hour | $77.00 |

**Exhibit A**

**DONLIN, RECANO & COMPANY, INC. ("DRC")**

**Ruby's Diner, Inc. et al. ("RH")**

Timesheets - Winnie Yeung - March 2020

**III. CONSULTING FEES**

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 3-17 | Reviewed email notification of newly filed claims (0.1). Updated database as required re amended claims (0.2). | 0.3 |
| | TOTAL HOURS - March 2020 | 0.3 |
| | TOTAL CHARGES @ $ 154/hour | $46.20 |

**DONLIN RECANO**

*An AST Company*

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

May 18, 2020

Ruby's Holdings
Tad Belshe
tbelshe@ruby's.com

**Re: Ruby's Holdings ("RH")**

Dear Mr. Belshe:

Enclosed please find our **Invoice #1397-24** in the amount of $3,720.88 for services rendered to RH during April, 2020 in connection with its Chapter 11 filing.

In addition, the following invoices are open and we would appreciate payment at this time:

| Invoice # | Date | Amount |
|---|---|---|
| 4A | 9/26/2018 | $1,009.00 |
| 4B | 9/26/2018 | $8,096.01 |
| 5 | 10/12/2018 | $50,382.40 |
| 6 | 11/14/2018 | $8,853.11 |
| 7 | 12/17/2018 | $4,478.35 |
| 8 | 1/24/2019 | $2,534.69 |
| 9 | 2/28/2019 | $2,403.93 |
| 10 | 3/21/2019 | $3,978.96 |
| 11 | 4/25/2019 | $3,047.02 |
| 12 | 5/17/2019 | $6,260.59 |
| 13 | 6/21/2019 | $9,302.04 |
| 14 | 7/29/2019 | $4,646.43 |
| 15 | 8/15/2019 | $4,451.86 |
| 16 | 9/25/2019 | $3,245.57 |
| 17 | 10/30/2019 | $3,055.89 |
| 18 | 11/22/2019 | $3,328.54 |
| 19 | 12/19/2019 | $3,320.49 |
| 20 | 1/23/2020 | $3,424.13 |
| 21 | 2/21/2020 | $3,844.10 |
| 22 | 3/12/2020 | $3,825.35 |
| 23 | 4/20/2020 | $4,057.50 |
| Total | | $137,545.96 |

You may make your check in the amount of $141,266.84 payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

| | |
|---|---|
| Account #: | 590872834 |
| Account Name: | Donlin, Recano & Company, Inc. |
| Bank Name: | HSBC Bank USA |
| ABA #: | 021 001 088 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Nellwyn Voorhies
Executive Director

Enclosures
1397

cc:   Pachulski Stang Ziehl, &
Jones LLP
William N. Lobel, Esq.
650 Town Center Drive,
Suite 1500
Costa Mesa, CA 92626

**DONLIN, RECANO & COMPANY, INC. ('DRC')**

**Ruby's Diner, Inc. et al.**

<u>**Invoice # 24 - April, 2020**</u>

**I.  System Usage**

    A.  Database Storage     (April)

        (5,583 creditors @ $0.05/creditor)            279.15

    B.  Programming

        0.0 hours @ $122.00/hour            0.00

    C.  Electronic Document Storage     (April)

        (21,342 images @ $0.05/image)         <u>1,067.10</u>

             **SUB TOTAL -  System Usage**         **1,346.25**

**II.  Support Services**

    A.  Data Entry         0.0 hours @ $48.00 / hour          0.00

    B.  Photocopies

        (0 pages @ $0.09/page)          0.00

    C.  Scanning

        (0 images @ $0.08/image)          0.00

    D.  Labels

        Laser Print 16 pages  @ $0.09/page          1.44

    E.  Communication Services

        Fax Noticing (0 pages @ 0.08/page)          0.00

    F.  Administrative Services

        0.3 hours @ $50.00/hour         <u>15.00</u>

        (photocopying & mailing)

             **SUB TOTAL -   Support Services**         **16.44**

**III.  Consulting Fees (See Exhibit A for details)**

        0.2 hours @ $193.00/hour          38.60

        0.5 hours @ $154.00/hour         <u>77.00</u>

             **SUB TOTAL -  Consulting Fees**         **115.60**

**IV.  Out Of Pocket Expenses**

        Pacer          179.40

        Postage         <u>0.00</u>

             **SUB TOTAL -  Out Of Pocket Expenses**         <u>**179.40**</u>

             **TOTAL CHARGES - April, 2020**         **$1,657.69**

             **1.5% on Outstanding Fees**         <u>**$2,063.19**</u>

             **GRAND TOTAL**         **$3,720.88**

**DONLIN, RECANO & COMPANY, INC. ('DRC')**
**Ruby's Diner, Inc. et al.**
TimeSheets - Andrew Logan - April, 2020

**III.CONSULTING FEES**

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 04-11 | Supervise addition of 2 parties to service list manager database. | 0.2 |

|  | Total Hours - April, 2020 | **0.2** |
|--|---------------------------|--------|
|  | Total Charges @ 193.00/hour | **$38.60** |

**DONLIN, RECANO & COMPANY, INC. ('DRC')**
**Ruby's Diner, Inc. et al.**
<u>TimeSheets - Winnie Yeung - April, 2020</u>

**III.CONSULTING FEES**

| <u>DATE</u> | <u>ACTIVITY</u> | <u>HOURS</u> |
|------|----------|-------|
| 04-13 | Prepared/posted current Master Service List in .xls and word format on client website. | <u>0.5</u> |

|  | Total Hours - April, 2020 | <u>**0.5**</u> |
|--|----------------------------|----------|
|  | Total Charges @ 154.00/hour | <u>**$77.00**</u> |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim of Donlin, Recano & Company, Inc., as Claim, Noticing and Balloting Agent for the Debtors; Declaration of Nellwyn Voorhies in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/29/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **9/29/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Laila Masud
Ed Hays
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/29/2022 | Lynnette Garrett | /s/ Lynnette Garrett |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Leo A Bautista    leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com
- Christopher Dale Beatty    cbeatty@millerbarondess.com,
  aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com
- Stephen C Biggs    sbiggs@smith-lc.com, kdavenport@smith-lc.com
- George B Blackmar    gblackmar@bpslaw.net
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- John S Clifford    JCLIFFORD@SMITH-LC.COM
- David P Crochetiere    dcrochetiere@bautelaw.com, hwells@bautelaw.com
- David P Crochetiere    , hwells@bautelaw.com
- Ashleigh A Danker    adanker731@gmail.com
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Laura E Dolan    laura.blome@sdcounty.ca.gov,
  odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Eric J Fromme    efromme@tocounsel.com, stena@tocounsel.com
- Maria L Garcia    Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- Alastair M Gesmundo    agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- David M Goodrich    dgoodrich@go2.law,
  kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- David M. Guess    dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.court
  drive.com
- Samy Henein    samyhenein@aol.com, az@suppalaw.com
- Garrick A Hollander    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Lillian Jordan    nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- David S Kupetz    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- William N Lobel    wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- Tinho Mang    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Richard A Marshack (TR)    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Robert S Marticello    Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Jessica G McKinlay    mckinlay.jessica@dorsey.com
- Malcolm D Minnick    dminnick@pillsburylaw.com, m.minnick@comcast.net
- Aviram Edward Muhtar    amuhtar@andradefirm.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

- SAMUEL A. SCHWARTZ    saschwartz@nvfirm.com, ECF@nvfirm.com
- Steven C Smith    ssmith@smith-lc.com, kcanaan@smith-lc.com
- Valerie Smith    claims@recoverycorp.com
- Kristine A Thagard    kthagard@marshackhays.com,
  kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Matthew S Walker    matthewswalker1@gmail.com, renee.evans@pillsburylaw.com,
- Corey R Weber    cweber@bg.law, ecf@bg.law
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Claire K Wu    claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**