1  RICHARD A. MARSHACK
   rmarshack@marshackhays.com
2  MARSHACK HAYS LLP
   870 Roosevelt
3  Irvine, CA 92620
   Telephone: (949) 333-7777
4  Facsimile: (949) 333-7778

5  Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re | Case No. 8:18-bk-13311-SC |
|---|---|
| RUBY'S DINER, INC., a California corporation, et al., | Chapter 7 |
| Debtor. | (Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC) |
| Affects: | STATUS REPORT RE: REMAINING ASSETS AND FUNDS ON HAND |
| ☐ ALL DEBTORS | |
| ☒ RUBY'S DINER, INC., ONLY | |
| ☐ RUBY'S SOCAL, DINERS, LLC, ONLY | |
| ☐ RUBY'S QUALITY DINERS, LLC, ONLY | |
| ☒ RUBY'S HUNTINGTON BEACH, LTD. ONLY | |
| ☐ RUBY'S LAGUNA HILLS, LTD. ONLY | |
| ☒ RUBY'S OCEANSIDE, LTD, ONLY | |
| ☐ RUBY'S PALM SPRINGS, LTD. ONLY | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

CHAPTER 7 TRUSTEE'S STATUS REPORT RE: REMAINING ASSETS AND FUNDS ON HAND
4829-0751-2233, v. 1/1015-134

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California corporation, et al. jointly administered on September 5, 2018 as lead case no. 8:18-bk-1331-SC ("Lead Debtor" or "RDI"), with the following associated bankruptcy cases: (a) 8:18-bk-13199-SC – Ruby's Huntington Beach, Ltd., a California limited partnership ("HB"); and (b) 8:18-bk-13201-SC – Ruby's Oceanside Ltd., a California limited partnership ("OS"); (collectively with Lead Debtor, referred to as "Debtors"), submits this Status Report re: funds on hand and remaining assets to be administered:

**1.    Ruby's Diner Inc.**

- Funds on Hand - $4,231,718.39
- <u>Remaining Assets/ Trustee's Intentions</u>

(1) *Scottsdale Insurance Policy* - Trustee reached a compromise of the claims alleged against Debtor's former principals and their related companies involving decades-long breaches of fiduciary duty and related misconduct in managing RDI. The settlement was reached between the parties after a long mediation overseen by the Honorable Stephen J. Sunvold (Ret.). The settlement resulted in an immediate cash payment to the estate in the amount of $3,550,000, as well as assistance from the certain defendant-insureds in obtaining further payment from Scottsdale Insurance Company ("Scottsdale"), which had previously refused to provide a defense to those defendant-insureds. The –defendant-insureds have assigned their claims against Scottsdale for its refusal to defend to the Trustee, and have stipulated to a $20 million judgment in favor of the Estate, which will serve as the baseline for damages sought from Scottsdale.  Scottsdale has filed a declaratory relief action seeking a declaration that its refusal to defend was proper.  Trustee is in the process of responding to that claim and asserting its newly-assigned claims against Scottsdale for $20,000,000.

(2) *50/50 Revenue Split.* In this case, Trustee liquidated the intellectual property ("IP"). Part of the terms of sale provided that the buyer of the IP was to pay the Estate one-half of the net revenues that otherwise would have become payable under the terms of the Amended and Restated License Agreement ("License Agreement") for the three-year period of January 1, 2022, through December 31, 2024. Under the Revenue Split, the Estate is relieved of all obligations under the License Agreement including all monetary obligations to defend the intellectual property which costs will be funded by buyer and deducted from revenues received prior to distributing one-half of the net. Currently, Trustee is collecting the funds owed under the revenue split but is also working with his agents to determine whether to sell the revenue stream back to buyer.

- Upcoming Hearings

    (1) On November 1, 2022, Trustee will seek court authorization to (a) pay chapter 7 administrative creditors in the approximate amount of $490,800; (b) pay chapter 11 professionals and other unpaid chapter 11 expenses an interim distribution in the approximate amount of $950,000.

    (2) Prior to the end of the year, Trustee is endeavoring to make a distribution to secured noteholders pursuant to the procedures approved by the court. *See*, Dk. Nos. 1242, 1243. The funds segregated for payment to the secured noteholders is $2,000,000 (subject to a possible surcharge pursuant to 11 U.S.C. §506(c)).

    (3) Pachulski Stang Ziehl & Jones, LLP ("Pachulski") has filed a fee application which is set for hearing on November 1, 2022. Moreover, Trustee and his general counsel, will be filing fee applications to be heard on November 1, 2022.

2.  **Ruby's Huntington Beach**

    - Funds on Hand - $1,050,704.76

    - Administration is now complete and no assets remain to be liquidated.

    - Upcoming Hearings:

        (1) On November 1, 2022, Trustee will seek to (a) make a payment to chapter 7 administrative creditors in the approximate amount of $200,000; (b) make an interim

distribution to chapter 11 professionals and other unpaid chapter 11 expenses in the approximate amount of $450,000. (A substantial amount of the funds received from the sale of the Huntington Beach lease was paid to secured creditors).

(2) Pachulski Stang Ziehl & Jones, LLP ("Pachulski") has filed a fee application which is set for hearing on November 1, 2022. Within the Application, Pachulski is seeking approval to: (i) pay to the Trustee $50,800 to be earmarked for general unsecured creditors which should result in approximately 35% distribution to general unsecured creditors. If Trustee concludes his settlement with Weiland, Golden, Goodrich with respect to reducing their claim from $184,000 such that they only receive $10,000 on account of WGG prepetition claim; and (ii) share pro rata payment from Ruby's Huntington Beach with all other chapter 11 professionals whose employment was not approve in the Huntington Bach case but was approved in the Lead Debtor's case. Trustee commends the Pachulski firm for the generosity as set for above.

(3) Trustee and his general counsel will be filing fee applications to be heard on November 1, 2022.

3. **Ruby's Oceanside**

- Funds on Hand - $167,095.91
- Administration is now complete and no assets remain to be liquidated.
- Upcoming Hearings:

(1) On November 15, 2022, Trustee will seek to make payment to chapter 7 administrative professionals in the approximate amount of $130,000. After payment of chapter 7 administrative expenses approximately $37,000 will remain to pay creditors. Trustee will pay these amounts either through a final report or a motion for dismissal.

(2) Trustee and his general counsel will be filing fee applications to be heard on November 15, 2022.

DATED: September 30, 2022            MARSHACK HAYS LLP

By: /s/ Richard A. Marshack
    Chapter 7 Trustee for the Estates of Debtors
    RICHARD A. MARSHACK

4

CHAPTER 7 TRUSTEE'S STATUS REPORT RE: REMAINING ASSETS AND FUNDS ON HAND
4829-0751-2233, v. 1/1015-134

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **STATUS REPORT RE: REMAINING ASSETS AND FUNDS ON HAND** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 30, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On **September 30, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 30, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, 5-097
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 30, 2022 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

4889-9785-7590, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Kyra E Andrassy kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR DEFENDANTS BEACHCOMBER MANAGEMENT CRYSTAL COVE, LLC; DEFENDANT DOUGLAS CAVANAUGH; AND DEFENDANT RALPH KOSMIDES:** Leo A Bautista leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com
   - **ATTORNEY FOR PLAINTIFF TRUSTEE RICHARD A MARSHACK (TR):** Christopher Dale Beatty cbeatty@millerbarondess.com, aransom@millerbarondess.com, docket@millerbarondess.com, jvogel@millerbarondess.com
   - **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC; DEFENDANT LIGHTHOUSE CAFÉ LLC; AND DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Stephen C Biggs sbiggs@smith-lc.com, kdavenport@smith-lc.com
   - **ATTORNEY GEORGE B BLACKMAR**: George B Blackmar gblackmar@bpslaw.net
   - **ATTORNEY FOR CREDITOR STAR-WEST PARKWAY MALL, LP:** Dustin P Branch branchd@ballardspahr.com, carolod@ballardspahr.com; hubenb@ballardspahr.com
   - **INTERESTED PARTY COURTESY NEF:** Jeffrey W Broker jbroker@brokerlaw.biz
   - **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH AND INTERESTED PARTY RALPH KOSMIDES:** Carol Chow carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
   - **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC; DEFENDANT LIGHTHOUSE CAFÉ LLC; AND DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** John S Clifford jclifford@smith-lc.com
   - **ATTORNEY FOR INTERESTED PARTIES DOUGLAS CAVANAUGH and RALPH KOSMIDES:** David P Crochetiere dcrochetiere@bautelaw.com, hwells@bautelaw.com
   - **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Ashleigh A Danker adanker731@gmail.com
   - **ATTORNEY FOR CREDITOR US FOODS, INC:** Aaron Davis aaron.davis@bryancave.com, kat.flaherty@bryancave.com
   - **INTERESTED PARTY COURTESY NEF:** Caroline Djang cdjang@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
   - **ATTORNEY FOR CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR:** Laura E Dolan laura.blome@sdcounty.ca.gov, odette.ortega@sdcounty.ca.gov; kristen.howard@sdcounty.ca.gov
   - **ATTORNEY ALAN FRIEDMAN and ATTOREY FOR CREDITOR STEVEN L CRAIG:** Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
   - **ATTORNEY FOR INTERESTED PARTY RUBY'S FANCHISE SYSTEMS, INC., A CALIFORNIA CORPORATION:** Eric J Fromme efromme@tocounsel.com, stena@tocounsel.com
   - **ATTORNEY FOR DEFENDANTS BEACHCOMBER MANAGEMENT CRYSTAL COVE LLC; DEFENDANT DOUGLAS CAVANAUGH; AND DEFENDANT RALPH KOSMIDES:** Maria L Garcia Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **INTERESTED PARTY COURTESY NEF:** Steven T Gubner sgubner@bg.law, ecf@bg.law
   - **ATTORNEY FOR CREDITOR OPUS BANK:** David M. Guess dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
   - **ATTORNEY FOR U.S. TRUSTEE UNITED STATES TRUSTEE (SA):** Michael J Hauser michael.hauser@usdoj.gov
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR MARVI LAND:** Samy Henein samyhenein@aol.com, az@suppalaw.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4889-9785-7590, v. 1

- **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Lillian Jordan ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **ATTORNEY FOR CREDITOR STEVEN L CRAIG:** Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **INTERESTED PARTY COURTESY NEF:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **ATTORNEY FOR PACHULSKI STANG ZIELH & JONES LLP, CREDITOR OPUS BANK, DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; DEBTOR RUBY'S HUNTINGTON BEACH, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR'S RUBY'S LAGUNA HILLS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S OCEANSIDE LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S PALM SPRINGS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S QUALITY DINERS, LLC, A DELAWARE LIMITED LIABILITLY COMPANY; DEBTOR RUBY'S SOCAL DINERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY:** William N Lobel wlobel@tocounsel.com, stena@tocounsel.com; sschuster@tocounsel.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CREDITOR FAMILY TREE PRODUCE, INC.; CREDITOR SUNRISE PRODUCE, INC.; INTERESTED PARTY LOWEY ENTERPRISES dba SUNRISE PRODUCE, A CALIFORNIA CORPORATION:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR OPUS BANK:** Jessica G McKinlay mckinlay.jessica@dorsey.com
- **ATTORNEY FOR INTERESTED PARTY PILLSBURY WINTHROP SHAW PITTMAN LLP:** Malcolm D Minnick dminnick@pillsburylaw.com, m.minnick@comcast.net
- **ATTORNEY FOR DEFENDANT BEACHCOMBER MANAGEMENT CRYSTAL COVE LLC; DEFENDANT DOUGLAS CAVANAUGH; AND DEFENDANT RALPH KOSMIDES:** Aviram Edward Muhtar aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com
- **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION:** Jeffrey P Nolan jnolan@pszjlaw.com
- **ATTORNEY FOR CREDITOR THE IRVINE COMPANY:** Ernie Zachary Park ernie.park@bewleylaw.com
- **ATTORNEY FOR CREDITOR GRIT DEVELOPMENT, AGENT FOR PLAZA MERCADO, LLC:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Todd C Ringstad becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Samuel A Schwartz saschwartz@nvfirm.com, ECF@nvfirm.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC; DEFENDANT LIGHTHOUSE CAFÉ LLC; AND DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Steven C Smith ssmith@smith-lc.com, kcanaan@smith-lc.com
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
- **ATTORNEY FOR DEFENDANT DOUGLAS CAVANAUGH AND DEFENDANT RALPH KOSMIDES:** Lawrence Treglia Jr ltreglia@murtaughlaw.com, lhull@murtaughlaw.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Matthew S Walker matthewswalker1@gmail.com, renee.evans@pillsburylaw.com,
- **ATTORNEY FOR CREDITOR CITY OF HUNTINGTON BEACH:** Corey R Weber cweber@bg.law, ecf@bg.law
- **ATTORNEY FOR CREDITOR US FOODS, INC.:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4889-9785-7590, v. 1

- **INTERESTED PARTY COURTESY NEF:** Christopher K.S. Wong christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Claire K Wu claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com; docket@pillsburylaw.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S DINER, INC., A CALIFORNIA CORPORATION
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S HUNTINGTON BEACH, LTD., A CALIFORNIA CORPORATION
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S OCEANSIDE, LTD., A CALIFORNIA CORPORATION
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**

4889-9785-7590, v. 1