1  HOWARD B. GROBSTEIN, CPA
2  Grobstein Teeple, LLP
   6300 Canoga Avenue, Suite 1500W
3  Woodland Hills, California 91367
   Telephone:   (818) 532-1020
4  Facsimile:   (818) 532-1120
   Email:   hgrobstein@gtllp.com, documents@gtllp.com
5
6  Accountants for Richard A. Marshack, Chapter 7 Trustee
7
8                  **UNITED STATES BANKRUPTCY COURT**
9                  **CENTRAL DISTRICT OF CALIFORNIA**
10                       **SANTA ANA DIVISION**

| 11 | In re | Case No.: 8:18-bk-13311-SC |
|---|---|---|
| 12 | **RUBY'S DINER, INC.,** a California corporation, et al., | Chapter 7 |
| 13 | Debtor. | Jointly Administered with Case Nos: |
| 14 | | 8:18-bk-13197-SC; 8:18-bk-13198-SC; |
| 15 | Affects: | 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; and 8:18-bk-13202-SC |
| 16 | ☐ ALL DEBTORS<br>☒ **RUBY'S DINER, INC., ONLY** | |
| 17 | ☐ RUBY'S SOCAL DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY | **SECOND INTERIM APPLICATION FOR COMPENSATION AND** |
| 18 | ☐ RUBY'S HUNTINGTON BEACH, LTD, ONLY | **REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS** |
| 19 | ☐ RUBY'S LAGUNA HILLS, LTD, ONLY<br>☐ RUBY'S OCEANSIDE, LTD, ONLY | **ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE; DECLARATION OF** |
| 20 | ☐ RUBY'S PALM SPRINGS, LTD, ONLY | **KERMITH BOFFILL IN SUPPORT THEREOF** |
| 21 | | |
| 22 | | <u>Hearing Information:</u> |
| 23 | Debtor. | Date:  November 1, 2022 |
| 24 | | Time: 11:00 a.m.<br>Ctrm:  5C |
| 25 | | Location:  CourtCall or Zoom |
| 26 | | |
| 27 | | |
| 28 | | |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

GROBSTEIN TEEPLE LLP ("Applicant" or "GT" or the "Firm"), accountants for the Chapter 7 Trustee of Ruby's Diner, Inc. a California Corporation, ("RDI" or "Lead Debtor"), represents the following in support of this *Second Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants for the Chapter 7 Trustee* ("Second Application"). The Application requests a total of $9,489.50 for fees and $107.23 for expenses incurred during the period of November 1, 2021 through September 30, 2022 (the "Second Application Period").

RDI is being jointly administered with the following cases:

1.    Ruby's SoCal Diners, LLC ("RSD"), Case No.:  8:18-bk-13197-SC;

2.    Ruby's Quality Diners, LLC ("RQD"), Case No.: 8:18-bk-13198-SC;

3.    Ruby's Huntington Beach, LTD ("RHB"), Case No.:  8:18-bk-13199-SC;

4.    Ruby's Laguna Hills, LTD, Case No.:  8:18-bk-13200-SC;

5.    Ruby's Oceanside, LTD ("ROS"), 8:18-bk-13201-SC; and

6.    Ruby's Palm Springs, LTD ("RPS") 8:18-bk-13202-SC

The within Application is seeking compensation for RDI only.

## I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

1.    Applicant: GROBSTEIN TEEPLE LLP

2.    Application Period: November 1, 2021 through September 30, 2022

3.    Date of Entry of Order Authorizing Employment: August 3, 2020 [effective June 24, 2020]

4.    Date Services Commenced:  June 24, 2020

5.    Dates of Prior Fee Hearings: December 15, 2021

6.    Advance Fee Payment Received: $0.00

7.    Advance Fee Payment Remaining: $0.00

8.    Fees Paid Pursuant to Prior Fee Applications: $70,671.00 (Further explained in paragraphs 6 and 7)

9.    Expenses Paid Pursuant to Prior Fee Applications: $74.62 (Further explained in paragraphs 6 and 7)

10.    Amount Remaining to be Paid to Pursuant to Prior Applications: $0.00

RUBY'S DINER, INC., a California corporation, et al.    Case #8:18-BK-13311-SC

2

11.    Amount Reserved Pending Final Fee Application: $0.00

12.    Total Amount of Fees Requested for this Application Period: $9,489.50

13.    Total Amount of Expenses Requested for this Application Period: $107.23

14.    Cash on hand: $4,231,595.20 (of which $2,000,000.00 is segregated for secured noteholders)

## II.

## INTRODUCTION

1.    This Application is filed in accordance with Section 330 of the United States Bankruptcy Code, Local Bankruptcy Rule 2016(1), and the Guidelines of the Office of the United States Trustee for the Central District of California (the "Guidelines").

2.    On September 5, 2018, RDI filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Petition Date").  On the same date, as Docket #2, counsel filed an ex-parte application for joint administration with all other related debtors as captioned above (collectively referred to as "the Debtors and Debtors-in Possession"), and designation of RDI as the Lead Debtor ("Joint Administration").  On the same date, as Docket #6, an order granting the Joint Administration was entered.

3.    On April 15, 2020, the Lead Debtor's motion to convert the case to a Chapter 7 case was granted, and Richard A. Marshack was appointed as the Chapter 7 Trustee on April 16, 2020 (the "Trustee").

4.    Pursuant to the order entered authorizing the employment of GT as accountants, Applicant began work on June 24, 2020.

5.    Applicant was employed to provide accounting related assistance including: obtain and evaluate financial records; reconstruct financial records, if necessary; evaluate assets and liabilities of the Debtors and Estates; evaluate tax issues related to the Debtors and Estates; prepare tax returns; provide litigation consulting if required; provide expert witness services as required; prepare expert reports, testify at depositions and trials if required; and provide accounting and consulting services requested by the Trustee and his counsel.

///

6.    Applicant's First Interim Application for Compensation and Reimbursement of Expenses ("First Application" filed as Doc#1152), filed November 24, 2021, sought approval of compensation for the periods of June 24, 2020, through and including October 31, 2021 ("First Application Period"), and requested allowance of fees and expenses as follows for RDI as well as RHB and ROS, two jointly administered cases:

| Case Name | Case No. | Requested Fees | Requested Expenses |
|---|---|---|---|
| Ruby's Diner, Inc. | 8:18-bk-13311-SC | $70,671.00 | $74.62 |
| Ruby's Huntington Beach | 8:18-bk-13199-SC | $3,676.00 | $70.30 |
| Ruby's Oceanside, LTD | 8:18-bk-13201-SC | $3,635.50 | $41.96 |

7.    Pursuant to the Order approving the First Application entered 01/03/2022 [Doc#1178], fees and expenses were approved as requested.  Payment has been received in full.

8.    This is Applicant's second interim application in connection with this case and only applies to RDI.  Applicant seeks approval of compensation for the Second Application Period.  The requested amount of compensation is based upon a total of 32.7 hours of accounting services, resulting in fees totaling $9,489.50.  In addition, Applicant incurred expenses in the amount of $107.23. The Trustee is currently holding cash on hand as follows: $4,231,595.20 (of which $2,000,000.00 is segregated for secured noteholders).

9.    The professional services which are the subject of this Application were rendered by the Applicant in connection with providing services for the benefit of the estate and not for any other entity. All the expenses which are the subject of this Application were incurred by Applicant in connection with providing services for the benefit of the estate.

10.    Applicant maintains time records of professionals and support personnel on a contemporaneous basis.  Such time records are prepared by the professionals who have rendered the services.  Time records and this Application were reviewed by the project manager assigned to the case.

11.    **Exhibit "A"** provides a grand total of fees by subject area incurred during the period.

///

RUBY'S DINER, INC., a California corporation, et al.                Case #8:18-BK-13311-SC

4

12.      A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B"**.  The hourly rates in **Exhibit "B"**, as well as those reported in **Exhibit "C"**, reflect the rates in effect on the dates those services were performed.  Therefore, certain professionals may reflect multiple rates if there were rate adjustments during the period.

13.      Attached hereto as **Exhibit "C"** and incorporated herein by this reference is a statement detailing the services and expenses rendered by the Applicant for the Application Period.  **Exhibit "C"** is transcribed from the Applicant's contemporaneous time records, and shows the professional services rendered, the date the services were performed, the person performing the service and the amount of time incurred.  **Exhibit "C"** categorizes the professional fees by subject work areas.

14.      Applicant has no agreement or understanding for a division of fees between Applicant and any other party or parties involved in this matter.  No retainer or advance fee payment has been received by Applicant and Applicant has not received, nor intends to receive, a lien or any other interest in the property of the Debtor or any other third party to secure payments of Applicant's fees.  Applicant is aware of the risk that there may be insufficient assets from which it may be compensated.

15.      Attached as **Exhibit "D"** is biographical information concerning the professionals providing services during the period covered by this Application.

## III.

## SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT DURING THIS SECOND APPLICATION PERIOD

**Accounting Services**

16.      During the Second Application Period, Applicant continued to participate in numerous correspondences with the Trustee related to the administration of the case.

17.      Applicant reviewed the claims register to determine the liability adjustments to be made to the trial balance, and prepared and reconciled 2021 and 2022 trial balances and adjusting journal entries.  Trial balances are necessary for the preparation of income tax returns as it categorizes each receipt and disbursement in its proper revenue and expense account for reporting purposes.

RUBY'S DINER, INC., a California corporation, et al.                              Case #8:18-BK-13311-SC

5

18.     In order to prepare the 2021 and 2022 income tax returns for RDI, certain related single member LLCs also needed pro-forma income tax returns prepared.  Ruby's South Coast Plaza, RQD, and RSD are entities where RDI is the single member.  Therefore, their financial activity and taxable income and expenses are reported on RDI's income tax returns.

19.     Applicant assembled and provided completed 2021 federal and California income tax returns for the Estate to the Trustee and the taxing authorities.  Applicant also prepared letters requesting prompt determination from the tax agencies for the filed income tax returns.

20.     As of September 30, 2022, the 2022 RDI tax return has not been filed yet.  It will be filed upon instruction by the Trustee that all assets have been administered.

21.     During this Second Application Period, Applicant incurred 13.8 hours under the category of Accounting Services, resulting in fees totaling $3,813.50.  This results in a blended hourly rate of $276.34.

**Fee/Employment Application**

22.     During this Second Application Period, Applicant prepared and filed the first interim fee application and incurred 2.4 hours under the category of Fee/Employment Application, resulting in fees totaling $228.00.  This results in a blended hourly rate of $95.00.

**Tax Issues**

23.     Applicant reviewed notices received by the IRS.  Following the review of the notices, Applicant communicated with the Trustee regarding the notices and the options for addressing the notices.

24.     Applicant communicated with the Trustee regarding payroll tax overpayment and refunds.  It was necessary for Applicant to obtain a power of attorney from the Trustee in order to discuss the issue with the IRS.

25.     Applicant reviewed emails and notices from the CDTFA regarding sales tax issues. Applicant corresponded and advised the Trustee with regard to resolving the issues with the CDTFA.

26.     Throughout the case, Applicant participated in communications with the Trustee regarding the impact to the Estate of numerous potential sales or asset abandonments. Applicant

estimated the impact to the Estate with the facts discussed.

27.    During this Second Application Period, Applicant incurred 7.5 hours under the category of Tax Issues, resulting in fees totaling $2,516.00.  This results in a blended hourly rate of $335.47.

**Tax Return Preparation**

28.    Before knowing that the Debtor prepared the 2018 and 2019 income tax returns for RDI, Applicant did prepare those returns.  During the Second Application Period, applicant reviewed the 2018 and 2019 tax returns before determining that they did not need to be filed by the Trustee.

29.    Using the Trustee's Form 1 & 2 and the summarized information noted above, Applicant prepared the required 2021 federal and state income tax returns and the necessary forms reporting income and expenses. This included preparing the RQD, RSD, and Ruby's South Coast Plaza returns to be reported on the RDI return.  Applicant reviewed the supporting documentation, including court pleadings and correspondence to verify that the transactions were being treated and reported properly on the income tax returns.

30.    As of September 30, 2022, the 2022 RDI tax return has not been filed yet.  It will be filed upon instruction by the Trustee that all assets have been administered.

31.    During this Second Application Period, Applicant incurred 9.0 hours under the category of Tax Return Preparation, resulting in fees totaling $2,932.00.  This results in a blended hourly rate of $325.78.

**Expenses**

32.    During the Second Application Period, Applicant incurred expenses for postage and delivery charges in the amount of $107.23, for which reimbursement was sought.

**IV.**

**SECOND REQUEST FOR INTERIM COMPENSATION**

33.    During the Second Application Period, Applicant incurred a total of 32.7 hours as accountants for the Chapter 7 Trustee.  Applicant submits that all its time was reasonable and necessary.  Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate

1    than needed for any particular task. The blended hourly rate for the Second Application Period is

2    $290.20.

3        34.    Applicant is requesting compensation in the amount of $9,489.50 for services rendered.

4    This amount is based upon the normal hourly rates charged by its professionals at the time the work

5    was performed. This amount does not include any enhancements or bonuses. Expenses were incurred

6    in the amount of $107.23 during this Second Application Period.

7        **WHEREFORE, GROBSTEIN TEEPLE LLP** requests that this Court, after proper notice

8    and hearing, allow fees totaling $9,489.50 and reimbursement of expenses in the amount of $107.23

9    for the Second Application Period. This would result in a total payment of $9,596.73 to GROBSTEIN

10   TEEPLE LLP for the Second Application Period.

11

12   Dated: October _6_, 2022               By  _____

13                                               Howard B. Grobstein

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUBY'S DINER, INC., a California corporation, et al.                    Case #8:18-BK-13311-SC

## DECLARATION OF KERMITH BOFFILL

I, **KERMITH BOFFILL**, declare and state as follows:

1.      I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California.  I am a member in good standing of the American Institute of Certified Public Accountants (AICPA) and am a partner of GROBSTEIN TEEPLE LLP ("GT"), accountants for the Chapter 7 Trustee.

2.      I am the accountant principally responsible for the services performed in this matter on behalf of the Chapter 7 Trustee.  The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office.  The time records and this Application were reviewed by the project manager assigned to the case.  If called as a witness, I could and would testify competently thereto.

3.      I have reviewed the foregoing Second Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants for the Chapter 7 Trustee (the "Application").

4.      **Exhibit "A"** provides a grand total of fees by subject area incurred.

5.      A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B".**

6.      **Exhibit "C"** represents a detail of fees and expenses incurred by Applicant. **Exhibit "C"** was prepared in conformance with Guideline B of the Office of the United States Trustee. Applicant's request for reimbursement of costs and the computation of the costs reflect photocopying at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page. All costs from outside parties such as messengers, Federal Express, mail and long distance telephone charges are charged at Applicant's cost.

7.      Attached as **Exhibit "D"** is biographical information concerning the professionals providing these services.

///

///

///

///

RUBY'S DINER, INC., a California corporation, et al.          Case #8:18-BK-13311-SC

9

1       I declare under penalty of perjury that the foregoing is true and correct to the best of my

2 knowledge, information and belief, and that this declaration was executed on this __7__ day of

3 October, 2022 at ___Woodland Hills_____, California.

4                                             _____

                                            KERMITH BOFFILL

RUBY'S DINER, INC., a California corporation, et al.                    Case #8:18-BK-13311-SC

10

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

*P.O. Box 253, Woonsocket, RI 02895*

A true and correct copy of the foregoing document entitled (*specify*): **SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE; DECLARATION OF KERMITH BOFFILL IN SUPPORT THEREOF WITH PROOF OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ____October 7, 2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ___October 7, 2022_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Ruby's Diner, Inc., a California corporation
4100 MacArthur Blvd., Suite 310
Newport Beach, CA 92660-2050

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 7, 2022 | Denise Weiss | *Denise Weiss* |
|---|---|---|
| *Date* | *Typed Name* | *Signature* |

RUBY'S DINER, INC., a California corporation, et al.                                    Case #8:18-BK-13311-SC

11

## NEF SERVICE LIST

- Aaron Davis on behalf of Creditor US Foods Inc. aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Alan J Friedman on behalf of Interested Party Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com
- Alan J Friedman on behalf of Creditor Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com
- Alan J Friedman on behalf of Interested Party Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com
- Alan J Friedman on behalf of Attorney Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com
- Alastair M Gesmundo on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
- Ashleigh A Danker on behalf of Interested Party Peter Mastan adanker731@gmail.com
- Ashleigh A Danker on behalf of Interested Party Courtesy NEF adanker731@gmail.com
- Aviram Edward Muhtar on behalf of Defendant Douglas Cavanaugh aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com
- Aviram Edward Muhtar on behalf of Interested Party Courtesy NEF aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com
- Aviram Edward Muhtar on behalf of Defendant Ralph Kosmides aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com
- Aviram Edward Muhtar on behalf of Defendant Beachcomber Management Crystal Cove LLC aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com
- Carol Chow on behalf of Interested Party Ralph Kosmides carol.chow@ffslaw.com easter.santamaria@ffslaw.com
- Carol Chow on behalf of Interested Party Douglas Cavanaugh carol.chow@ffslaw.com easter.santamaria@ffslaw.com
- Caroline Djang on behalf of Interested Party Courtesy NEF cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com
- Christopher Celentino on behalf of Interested Party Peter Mastan chris.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Dale Beatty on behalf of Interested Party Courtesy NEF cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com
- Christopher Dale Beatty on behalf of Plaintiff Richard A. Marshack cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com
- Christopher Dale Beatty on behalf of Trustee Richard A Marshack (TR) cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com
- Christopher K.S. Wong on behalf of Interested Party Courtesy NEF christopher.wong@arentfox.com yvonne.li@arentfox.com
- Claire K Wu on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP claire.wu@pillsburylaw.com irene.hooper@pillsburylaw.com;docket@pillsburylaw.com
- Corey R Weber on behalf of Interested Party Courtesy NEF cweber@bg.law ecf@bg.law
- Corey R Weber on behalf of Creditor City of Huntington Beach cweber@bg.law ecf@bg.law
- Craig G Margulies on behalf of Interested Party Casbure Management LLC Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Craig G Margulies on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- D Edward Hays on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

- D Edward Hays on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC ehays@marshackhays.com,ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- D Edward Hays on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- David M Goodrich on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- David M Goodrich on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- David M. Guess on behalf of Interested Party Opus Bank dguess@buchalter.com david-guess-9268@ecf.pacerpro.com
- David M. Guess on behalf of Creditor Opus Bank dguess@buchalter.com david-guess-9268@ecf.pacerpro.com
- David P Crochetiere on behalf of Interested Party Courtesy NEF dcrochetiere@bautelaw.com hwells@bautelaw.com
- David P Crochetiere on behalf of Interested Party Douglas Cavanaugh hwells@bautelaw.com
- David P Crochetiere on behalf of Interested Party Ralph Kosmides dcrochetiere@bautelaw.com hwells@bautelaw.com
- David S Kupetz on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com
- Dustin P Branch on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- Eric J Fromme on behalf of Interested Party Ruby's Franchise Systems Inc., a California Corporation efromme@tocounsel.com, stena@tocounsel.com
- Ernie Zachary Park on behalf of Creditor The Irvine Company ernie.park@bewleylaw.com
- Garrick A Hollander on behalf of Creditor Committee Winthrop Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- George B Blackmar on behalf of Attorney George B Blackmar gblackmar@bpslaw.net
- Jeffrey P Nolan on behalf of Debtor Ruby's Diner Inc., a California corporation jnolan@pszjlaw.com
- Jeffrey W Broker on behalf of Interested Party Jeffrey W. Broker jbroker@brokerlaw.biz Jessica
- G McKinlay on behalf of Creditor Opus Bank mckinlay.jessica@dorsey.com
- John S Clifford on behalf of Defendant Beachcomber at Crystal Cove LLC JCLIFFORD@SMITH-LC.COM
- John S Clifford on behalf of Defendant Lighthouse Cafe LLC JCLIFFORD@SMITH-LC.COM
- John S Clifford on behalf of Defendant Shake Shack Crystal Cove LLC JCLIFFORD@SMITH-LC.COM
- Kristine A Thagard on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Laila Masud on behalf of Special Counsel Fitzgerald & Mule LLP lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Laila Masud on behalf of Financial Advisor Glassratner Advisory & Capital Group LLC lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Laila Masud on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Laila Masud on behalf of Attorney Marshack Hays LLP lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

RUBY'S DINER, INC., a California corporation, et al.                    Case #8:18-BK-13311-SC

13

- Laura E Dolan on behalf of Creditor San Diego County Treasurer-Tax Collector laura.blome@sdcounty.ca.gov odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov
- Lawrence Treglia, Jr on behalf of Defendant Ralph Kosmides ltreglia@murtaughlaw.com lhull@murtaughlaw.com
- Lawrence Treglia, Jr on behalf of Defendant Douglas Cavanaugh ltreglia@murtaughlaw.com lhull@murtaughlaw.com
- Leo A Bautista on behalf of Defendant Beachcomber Management Crystal Cove LLC leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com
- Leo A Bautista on behalf of Defendant Douglas Cavanaugh leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com
- Leo A Bautista on behalf of Interested Party Douglas Cavanaugh leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com
- Leo A Bautista on behalf of Defendant Ralph Kosmides leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com
- Leo A Bautista on behalf of Interested Party Ralph Kosmides leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com
- Lillian Jordan on behalf of Interested Party Courtesy NEF ENOTICES@DONLINRECANO.COM RMAPA@DONLINRECANO.COM
- Lillian Jordan on behalf of Other Professional Donlin Recano & Company Inc. ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Malcolm D Minnick on behalf of Interested Party Courtesy NEF dminnick@pillsburylaw.com m.minnick@comcast.net
- Malcolm D Minnick on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP dminnick@pillsburylaw.com m.minnick@comcast.net
- Maria L Garcia on behalf of Defendant Beachcomber Management Crystal Cove LLC Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- Maria L Garcia on behalf of Defendant Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com
- Maria L Garcia on behalf of Interested Party Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com
- Maria L Garcia on behalf of Defendant Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com
- Maria L Garcia on behalf of Interested Party Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com
- Matthew S Walker on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP matthewswalker1@gmail.com renee.evans@pillsburylaw.com
- Matthew S Walker on behalf of Interested Party Courtesy NEF matthewswalker1@gmail.com renee.evans@pillsburylaw.com
- Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov
- Richard A Marshack (TR) pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Richard H Golubow on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Rika Kido on behalf of Creditor Steven L Craig rkido@shulmanbastian.com avernon@shulmanbastian.com
- Robert S Marticello on behalf of Creditor Family Tree Produce Inc. Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Robert S Marticello on behalf of Interested Party Courtesy NEF Rmarticello@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Robert S Marticello on behalf of Creditor SUNRISE PRODUCE INC. Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

- Robert S Marticello on behalf of Interested Party Lowey Enterprises d/b/a Sunrise Produce a California corporation Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- SAMUEL A. SCHWARTZ on behalf of Interested Party Courtesy NEF saschwartz@nvfirm.com ECF@nvfirm.com
- SAMUEL A. SCHWARTZ on behalf of Interested Party Casbure Management LLC saschwartz@nvfirm.com, ECF@nvfirm.com
- Samy Henein on behalf of Creditor Marvi Land samyhenein@aol.com az@suppalaw.com
- Sharon Z. Weiss on behalf of Creditor US Foods Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Stephen C Biggs on behalf of Defendant Shake Shack Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com
- Stephen C Biggs on behalf of Defendant Lighthouse Cafe LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com
- Stephen C Biggs on behalf of Defendant Beachcomber at Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com
- Steven C Smith on behalf of Defendant Lighthouse Cafe LLC ssmith@smith-lc.com, kcanaan@smith-lc.com
- Steven C Smith on behalf of Defendant Shake Shack Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com
- Steven C Smith on behalf of Defendant Beachcomber at Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com
- Steven T Gubner on behalf of Interested Party Courtesy NEF sgubner@bg.law ecf@bg.law
- Thomas J Polis on behalf of Creditor Grit Development Agent for Plaza Mercado, LLC tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Tinho Mang on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Tinho Mang on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Todd C. Ringstad on behalf of Interested Party Interested Party becky@ringstadlaw.com arlene@ringstadlaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Valerie Smith on behalf of Interested Party Courtesy NEF claims@recoverycorp.com
- William N Lobel on behalf of Debtor Ruby's Quality Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Huntington Beach Ltd., a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's SoCal Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Palm Springs Ltd., a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Laguna Hills Ltd. a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Creditor Opus Bank wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Attorney Pachulski Stang Ziehl & Jones LLP wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Oceanside Ltd. a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Diner Inc., a California corporation wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



Ruby's Diner, Inc.

**Summary of Professional Fees and Expenses**

**Fee Application Period: November 1, 2021 through September 30, 2022**

**Category of Work**

| | | |
|---|---|---|
| 001 - Accounting Services | 13.80 | $3,813.50 |
| 009 - Fee/Employment Application | 2.40 | $228.00 |
| 014 - Tax Issues | 7.50 | $2,516.00 |
| 015 - Tax Return Preparation | 9.00 | $2,932.00 |
| Total Professional Fees | 32.70 | $9,489.50 |

**Expenses**

| | |
|---|---|
| 405 - Client Postage/Delivery | $90.43 |
| 406 - Client Photocopies/Printing | $16.80 |
| Total Expenses | $107.23 |

| | |
|---|---|
| **Total Professional Fees and Expenses** | **$9,596.73** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

## Invoice

**Invoice Date:** 10/05/2022
**Invoice Number:** 077713
**Billing Through:** 10/05/2022

**IN RE: Ruby's Diner, Inc.**

### Professional Fees by Employee

**Fee Application Period: November 1, 2021 - September 30, 2022**

| Employee | Rate | Hours | Amount |
|---|---:|---:|---:|
| Brooke M Borba | $145.00 | 1.30 | $188.50 |
| Denise Weiss | $95.00 | 2.40 | $228.00 |
| Kermith B Boffill | $375.00 | 0.90 | $337.50 |
| Kermith B Boffill | $390.00 | 5.60 | $2,184.00 |
| Lucia Mier | $225.00 | 0.40 | $90.00 |
| Michael E McCarthy | $290.00 | 20.60 | $5,974.00 |
| Silva Chamichyan | $325.00 | 1.50 | $487.50 |
| Totals | | 32.70 | $9,489.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**     10/05/2022
**Invoice Number:**   077713
**Billing Through:**  10/05/2022

IN RE: Ruby's Diner, Inc.

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **001 - Accounting Services** | | | | | |
| 08/05/2022 | Michael E McCarthy | Review prior year returns to report status to KB and identifiy 2021 tax issues. | $290.00 | 1.70 | $493.00 |
| 08/09/2022 | Michael E McCarthy | Conference call with KB and SC regarding open tax return projects. | $290.00 | 0.30 | $87.00 |
| 08/10/2022 | Michael E McCarthy | Rollforward trial balance from 2020 to 2021, adjustments for Ruby's South Coast Plaza to be reported on Ruby's Diner return. | $290.00 | 2.30 | $667.00 |
| 08/10/2022 | Michael E McCarthy | Review prior year tax returns and other docs on file for preparation of 2021 and 2022 tax returns. | $290.00 | 1.10 | $319.00 |
| 08/11/2022 | Michael E McCarthy | Trial balance preparation: Ruby's Coast Plaza activity to be reported on Ruby's Diner return. | $290.00 | 1.70 | $493.00 |
| 08/12/2022 | Michael E McCarthy | Calculate M-1 tax penalty adjustment. | $290.00 | 0.40 | $116.00 |
| 08/12/2022 | Michael E McCarthy | Discussion with Trustee Administrator regarding case status and plan for closing the case in subsequent periods. | $290.00 | 0.40 | $116.00 |
| 08/12/2022 | Michael E McCarthy | Reclassification entry and M-2 Adjustment. | $290.00 | 0.70 | $203.00 |
| 08/12/2022 | Michael E McCarthy | Compile journal entry adjusting current items to the income statement. | $290.00 | 0.60 | $174.00 |
| 08/12/2022 | Michael E McCarthy | Reconcile beginning cash balances to prior year tax return and calculate the prior period adjustment. | $290.00 | 1.20 | $348.00 |
| 08/12/2022 | Michael E McCarthy | Schedule 2022 activity into tax trial balance. | $290.00 | 2.10 | $609.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/05/2022
**Invoice Number:** 077713
**Billing Through:** 10/05/2022

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/26/2022 | Brooke M Borba | Assembly and UPS mailing of 2021 tax return, signature page, prompt determination letters, and T-letters to trustee with pre-paid certified mailing envelope back to GT office. | $145.00 | 0.30 | $43.50 |
| 08/30/2022 | Brooke M Borba | Assemble and UPS mailing of 2021 tax returns, signature pages, prompt determination letters, T-letters and pre-paid mailing envelope to GT office. | $145.00 | 0.50 | $72.50 |
| 09/12/2022 | Brooke M Borba | Assembly and certified mailing of 2021 tax returns to IRS and FTB. | $145.00 | 0.50 | $72.50 |
| | | **001 - Accounting Services Total:** | | **13.80** | **$3,813.50** |
| **009 - Fee/Employment Application** | | | | | |
| 11/23/2021 | Denise Weiss | Preparation of first interim fee application. | $95.00 | 1.30 | $123.50 |
| 11/24/2021 | Denise Weiss | Finalize first interim fee application; prepare for filing and service. | $95.00 | 0.90 | $85.50 |
| 12/13/2021 | Denise Weiss | Review tentative; prepare draft order approving fees. | $95.00 | 0.20 | $19.00 |
| | | **009 - Fee/Employment Application Total:** | | **2.40** | **$228.00** |
| **014 - Tax Issues** | | | | | |
| 12/20/2021 | Kermith B Boffill | Review of IRS overpayments; call with Pam | $375.00 | 0.90 | $337.50 |
| 12/20/2021 | Lucia Mier | Review of IRS correspondence regarding payroll tax | $225.00 | 0.40 | $90.00 |
| 12/20/2021 | Michael E McCarthy | Discussion with KB and LM regarding IRS refund for 940 taxes. | $290.00 | 0.40 | $116.00 |
| 01/05/2022 | Kermith B Boffill | Review of Tax notices and respond to Trustee administrator PK | $390.00 | 0.40 | $156.00 |
| 01/05/2022 | Michael E McCarthy | Prepare Form 2848 (POA) for Trustee signature - 940 inquiry. | $290.00 | 0.30 | $87.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/05/2022
**Invoice Number:** 077713
**Billing Through:** 10/05/2022

IN RE: Ruby's Diner, Inc.

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/05/2022 | Michael E McCarthy | Inquiry to IRS regarding 2018 940 refund. | $290.00 | 0.40 | $116.00 |
| 01/07/2022 | Kermith B Boffill | Issues related to CDTFA returns 1Q21 | $390.00 | 0.60 | $234.00 |
| 01/21/2022 | Kermith B Boffill | Call to discuss return and reporting of South Coast plaza sale | $390.00 | 0.70 | $273.00 |
| 07/18/2022 | Michael E McCarthy | Review response from IRS regarding payroll tax refunds, response to Trustee Administrator. | $290.00 | 0.60 | $174.00 |
| 08/09/2022 | Silva Chamichyan | Call with Mike and Kermith to discuss outstanding tax return projects | $325.00 | 0.30 | $97.50 |
| 08/12/2022 | Michael E McCarthy | Calculate gain on sale of intellectual property. | $290.00 | 0.30 | $87.00 |
| 08/12/2022 | Michael E McCarthy | Calculate loss on abandonment of fixed assets. | $290.00 | 0.40 | $116.00 |
| 08/29/2022 | Kermith B Boffill | Review updated treatment of various sales and updated tax treatment. | $390.00 | 1.10 | $429.00 |
| 09/12/2022 | Michael E McCarthy | Response to California Tax and Fee Administration regarding sales tax returns. | $290.00 | 0.70 | $203.00 |
| | | **014 - Tax Issues Total:** | | **7.50** | **$2,516.00** |

**015 - Tax Return Preparation**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/09/2022 | Kermith B Boffill | Review of 2018 return (.4); review of 2019 return (.4) | $390.00 | 0.80 | $312.00 |
| 08/10/2022 | Michael E McCarthy | Ruby's Quality Diner: Prepare 2021 tax return and associated instruction and prompt determination letters. | $290.00 | 0.80 | $232.00 |
| 08/10/2022 | Michael E McCarthy | Ruby's SoCal Diner: Prepare 2021 tax return and associated instruction and prompt determination letters. | $290.00 | 0.70 | $203.00 |
| 08/10/2022 | Silva Chamichyan | Reviewing 2021 state tax return for Ruby's Quality Diners and Ruby's SoCal Diners | $325.00 | 0.60 | $195.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/05/2022
**Invoice Number:** 077713
**Billing Through:** 10/05/2022

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/12/2022 | Michael E McCarthy | Prepare and reconcile 2021 tax return and associated instruction and prompt determination letters. | $290.00 | 1.70 | $493.00 |
| 08/13/2022 | Silva Chamichyan | Reviewing 2018-2020 tax returns and workpapers | $325.00 | 0.60 | $195.00 |
| 08/25/2022 | Kermith B Boffill | Review Ruby's SoCal LLC 2021 | $390.00 | 0.40 | $156.00 |
| 08/25/2022 | Kermith B Boffill | Review Quality Diners LLC 2021 return | $390.00 | 0.30 | $117.00 |
| 08/26/2022 | Kermith B Boffill | Review tax TB of 2021 return (.3); review of return (.4) | $390.00 | 0.70 | $273.00 |
| 08/29/2022 | Kermith B Boffill | Final review of 2021 tax return. | $390.00 | 0.60 | $234.00 |
| 08/29/2022 | Michael E McCarthy | Revise tax treatment of investment in partnerships and shareholder loans. | $290.00 | 1.80 | $522.00 |
| | | **015 - Tax Return Preparation Total:** | | **9.00** | **$2,932.00** |
| | | **Total Professional Fees:** | | **32.70** | **$9,489.50** |

**Expenses:**

| Date | Employee | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| **405 - Client Postage/Delivery** | | | | | |
| 11/24/2021 | Denise Weiss | Service of fee application upon Debtor and Judge. | 2 | $2.56 | $5.12 |
| 08/26/2022 | Brooke M Borba | UPS mailing of 2021 tax returns, signature pages, T-letters and prompt determination letters with pre-paid mailing envelope back to GT office. | 1 | $5.50 | $5.50 |
| 08/30/2022 | Brooke M Borba | UPS mailing of 2021 tax returns, signature pages, prompt determination letters, T-letters and pre-paid mailing envelope to GT office. | 1 | $45.34 | $45.34 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/05/2022
**Invoice Number:** 077713
**Billing Through:** 10/05/2022

**IN RE: Ruby's Diner, Inc.**

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| 09/12/2022 | Brooke M Borba | Certified mailing of 2021 tax returns to IRS and FTB. | 1 | $22.82 | $22.82 |
| 09/15/2022 | Brooke M Borba | Certified mailing of 2021 Check to FTB. | 1 | $11.65 | $11.65 |
| | | **405 - Client Postage/Delivery Total:** | | | **$90.43** |
| **406 - Client Photocopies/Printing** | | | | | |
| 11/24/2021 | Denise Weiss | Service of fee application upon Debtor and Judge. | 84 | $0.20 | $16.80 |
| | | **406 - Client Photocopies/Printing Total:** | | | **$16.80** |
| | | **Total Expenses:** | | | **$107.23** |

| | |
|---|---|
| **Total Professional Fees:** | **$9,489.50** |
| **Total Expenses:** | **$107.23** |
| **Total Amount Due This Invoice:** | **$9,596.73** |

## GROBSTEIN TEEPLE LLP
## PROFESSIONAL BIOGRAPHIES

**KERMITH BOFFILL, CPA,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm.  Mr. Boffill has worked in private and public accounting on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**SILVA CHAMICHYAN,** University of California, Northridge (B.S. - Accounting) is a Senior Accountant in the firm. Ms. Chamichyan has experience in corporation tax returns and private equity.  Ms. Chamichyan is currently a CPA Candidate with the California Board of Accountancy.

**MICHAEL E. McCARTHY, CPA, CFE**, California State University, Fullerton (Master of Business Administration, Generalist, 1995) and Michigan State University (Bachelor of Arts, Hotel, Restaurant and Institutional Management, 1978) is a Senior Manager with the Firm.  He has extensive experience in tax preparation, audit and attestation, litigation support, fraud investigation, and has provided expert witness testimony in Bankruptcy Court, California Superior Court and before various commissions and boards.  He is a member of the American Institute of Certified Public Accountants, the California Society of Certified Public Accountants, the American Bankruptcy Institute, and the Association of Certified Fraud Examiners.

**LUCIA MIER,** Santa Monica Community College (A.A. - Accounting) is a Consultant in the firm. Ms. Mier has experience with assisting in preparation of tax return for entities and individuals.

**BROOKE BORBA**, University of California, Santa Cruz, (B.A.  - English Language and Literature) is a Tax Administrator with the firm. Ms. Borba is also a licensed notary in California.

**DENISE WEISS** is an Assistant Trustee Administrator with the firm.