GLASSRATNER
ADVISORY & CAPITAL GROUP,LLC
19800 MacArthur Blvd. Ste 820
Irvine, CA 92612
Telephone: (949) 407-6621

Financial Advisor to the Trustee
Ruby's Diner, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| RUBY'S DINER, INC., a California corporation, *et al.*,<br><br>　　　Debtors and Debtors in Possession.<br><br>Affects:<br><br>☐ All Debtors<br><br>☒ RUBY'S DINER, INC., ONLY<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Chapter 7<br><br>Case No. 8:18-bk-13311-CB (RDI)<br><br>Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB<br><br>**THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR FOR THE TRUSTEE FOR THE PERIOD OCTOBER 1, 2021 THROUGH AUGUST 31, 2022**<br><br>**Fee App Hearing:**<br><br>Date: November 1, 2022<br>Time: 11:00 a.m.<br>Ctrm: 5C<br>Location: CourtCall or Zoom.Gov1 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANRKUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE CHAPTER 7 TRUSTEE AND HIS COUNSEL OF RECORD, AND OTHER PARTIES IN INTEREST:**

GlassRatner Advisory & Capital Group LLC ("GlassRatner"), financial advisor to Ruby's Diner, Inc. (the "Debtor"), hereby submits its *THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR FOR TRUSTEE FOR THE PERIOD OCTOBER 1, 2021 THROUGH AUGUST 31, 2022* (the "Application") for services rendered to the Debtor during the period of October 1, 2021 through and including August 31, 2022 (the "Application Period"). GlassRatner seeks approval in the total amount of **$15,413.00**, which represents **$15,413.00** in professionals' hourly fees, and **$0.00** in expenses incurred during the Application Period.

GlassRatner submits this Application pursuant to sections 330 and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule 2016-1, and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (with any amendments, the "UST Guidelines").

### I.
### INTRODUCTORY STATEMENT

Local Bankruptcy Rule 2016-1(1)(a) sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs. Additional standards to be employed in the review of fee applications are set forth in the UST Guidelines. Finally, cases interpreting sections 330 and 331 of the Bankruptcy Code have required that courts consider the twelve (12) factors that the Ninth Circuit Court of Appeals articulated in *Kerr v. Screen Extras Guild*, 526 F.2d 67, 70 (9th Cir. 1975), cert. denied, 425 U.S. 951, 96 S.Ct. 726 (1976). The Ninth Circuit's

primary method used to determine the reasonableness of fees is to calculate the "lodestar." *In re Charles Russell Buckridge, Jr.*, 367 B.R. 191, 201 (C.D. Cal. 2007). The lodestar is ascertained by multiplying the number of hours reasonably expended by a reasonable hourly rate. *Law Offices of David A. Boone v. Derham-Burk* (In re Eliapo), 468 F.3d 592, 598 (9th Cir. 2006). As set forth more fully herein, this Application complies with all statutory guidelines and Court-imposed requirements.

## II.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

The Firm provides the following summary information in accordance with Local Bankruptcy Rule 2016-1 and the UST Guidelines:

1. **Order Approving GlassRatner Employment**: On July 7, 2020, the Court entered its order authorizing GlassRatner's employment [Docket No. 739].
2. **Period Covered by this Application:** October 1, 2021 through August 31, 2022.
3. **Hours of Professional Time Subject to the Application:** 48.80
4. **Hourly Fee Requested by this Application:** $15,413.00, representing all of the fees billed during the Application Period.
5. **Commission Requested by this Application:** $0
6. **Expenses Requested by this Application:** $0.00
7. **Total Fees and Expenses Requested to be Allowed on an Interim Basis by this Application:** $15,413.00
8. **Amount of Prepetition Retainer Balance:** $0.00
9. **Current Retainer Balance:** $0.00
10. **Amount of Fees and Expenses Paid Post-petition from RDI:** $82,241.70

| Time Period | Hours | Fees & Expenses |
|---|---|---|
| **2021** | | |
| Oct | 14.20 | $ 4,342.00 |
| Nov | 10.60 | $ 2,943.00 |
| Dec | 6.00 | $ 2,652.00 |
| **2022** | | |
| Mar | 1.20 | $ 642.00 |
| Apr | 1.60 | $ 701.00 |
| May | 10.40 | $ 2,743.00 |
| Jul | 2.80 | $ 630.00 |
| Aug | 2.00 | $ 760.00 |
| **Grand Total** | **48.80** | **$ 15,413.00** |

**Summary of monthly fee notices**

11. **Unpaid balance of fees and expenses requested: $15,413.00**

12. **Blended Rate:**    $315.84/Hour (excluding expenses and commission)

### III.

### NARRATIVE OF SERVICES RENDERED

Pursuant to the UST Guidelines and Local Bankruptcy Rule 2016-1(a)(1)(D), the Applicant has classified all services performed for which compensation is sought for the Application Period into one of several major categories. The Applicant attempted to place the services performed in the category that best relates to the service provided. However, because certain services may relate to more than one category, services pertaining to one category may in fact be included in another category. As a firm, GlassRatner has established the following billing categories, addressed in greater detail below:

1. **Category 010: "Asset Analysis"**

    (Fees: $495.00; Hours: 2.20)

This Category includes assistance related to the valuation of the estate's assets and the analysis of trustee's recovered funds distributions. During the Application Period, GlassRatner provided analysis on the recovery of funds and the distribution of such funds to different creditors.

**2. Category 030: "Business Analysis"**

(Fees: $2,272.50; Hours: 10.10)

This Category includes assistance related to analyzing the Debtor's business viability. During the Application Period, GlassRatner had communicated directly and provided documents to the trustee and creditors on D&O analysis and trench payments to different type of creditors.

Additionally, GlassRatner has been assisting the Trustee in settlement with US Foods.

**3. Category 040: "Case Administration"**

(Fees: $5,533.00; Hours: 16.60)

This Category includes assistance related to administrative matters in the Debtor's Chapter 7 case. These activities include distribution analysis waterfall, update 1019 form, review claims and preparation to close case.

**4. Category 050: "Claims Administration"**

(Fees: $881.00; Hours: 2.40)

This Category included assistance related to Claims of the Debtor. During the Application Period, GlassRatner assisted the Trustee in preparing the list of creditors' outstanding amounts, and analysis on post-petition gift card claims.

**5. Category 060: "Employment/Fee Apps"**

(Fees: $2,272.50; Hours: 10.10)

This Category included work related to our employment and fee application. During the Application Period, GlassRatner has prepared the second interim fee app and the declaration of the fee app.

**6. Category 090: "Creditor Meetings/Communications"**

(Fees: $2,942.50; Hours: 5.50)

This category involves activities that are related to communications with creditors in the RDI CH 7 case. During the Application Period, GlassRatner participated in the settlement agreement with U.S. Foods.

7. **Category 120 "Data Analysis"**

   (Fees: $267.50; Hours: 0.50)

This category is data analysis for the CH 7 case. GlassRatner has performed support in reviewing potential payments to claimants.

8. **Category 130 "Litigation"**

   (Fees: $749.00; Hours: 1.40)

This Category is for litigation support for the Trustee and D&O special counsel. This category includes time for GlassRatner reviewing policy limits and supporting trustee and counsel in litigation against insurance carrier.

**Summary**

| Categories | Hours | Billable |
|---|---:|---:|
| 010 Asset Analysis | 2.20 | $ 495.00 |
| 030 Business Analysis | 10.10 | $ 2,272.50 |
| 040 Case Administration | 15.60 | $ 4,998.00 |
| 040 Case Adminitration | 1.00 | $ 535.00 |
| 050 Claims Administration | 2.40 | $ 881.00 |
| 060 Employment/Fee Apps | 10.10 | $ 2,272.50 |
| 090 Creditor Meetings/Communications | 5.50 | $ 2,942.50 |
| 120 Data Analysis | 0.50 | $ 267.50 |
| 130 Litigation | 1.40 | $ 749.00 |
| **Grand Total** | **48.80** | **$ 15,413.00** |

## CONCLUSION

WHEREFORE, GlassRatner respectfully requests that this Court enter an order:

(1) Approving, on a interim basis, GlassRatner's fees of $15,413.00 and expense of $0.00 incurred during the Application Period.

(2) Granting such other and further relief as the Court deems just and proper.

Dated: September 23, 2022

**GLASSRATNER ADVISORY & CAPITAL GROUP LLC**

By: _____

J. Michael Issa, Principal

## DECLARATION OF J. MICHAEL ISSA

I, J. Michael Issa, declare as follows:

1. I am a Principal of GlassRatner Advisory & Capital Group (the "Firm"), financial advisor to Ruby's Diner ("Debtor"). I have personal knowledge of the following or have gained such knowledge from my review of the records of the Debtor, which are obtained, created, and maintained in the ordinary course of business, and, if called as a witness, I could and would testify competently thereto.

2. I have personally reviewed the information contained in the Application and believe its contents to be true and correct to the best of my knowledge, information and belief.

3. Pursuant to the Application, seeks an order allowing of fees and expenses for services rendered as financial advisor of the Debtor during the period of October 1, 2021 through and including August 31, 2022 (the "Application Period").

4. Pursuant to the order of this Court entered on July 7, 2020 [Docket No. 739] ("Order") approving the Debtor's Motion for Entry of an Order Authorizing the Debtor to employ GlassRatner Advisory and Capital Group as Financial Advisor.

5. During the Application Period, GlassRatner incurred fees in the total amount of $15,413.00 and expense of $0.00.

6. GlassRatner believes the foregoing rates are at or below the market rates that the majority of financial advisory firms charge clients for such services.

7. I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information, and belief.

8. All services for which GlassRatner requests payment, and all expenses for which reimbursement is sought have been rendered and spent on behalf of the Debtor and no other persons or parties, and the compensation is requested strictly for professional services rendered.

9. After reasonable inquiry and to the best of my knowledge, information and belief, the Application complies with the Bankruptcy Rules, the Local Rules of Bankruptcy Procedure, the Fee Guide, and the Guidelines of this Court.

10. Neither GlassRatner, nor any GlassRatner professional, has any agreement or

understanding of any kind or nature to divide, pay over or share any portion of the fees to be awarded to GlassRatner with any other person or professional, except as among the professionals of GlassRatner.

11. GlassRatner has provided professional services to the Debtor with an effort to keep all costs to a minimum and believes that its billing rates are reasonable and well within the scope of fees charged by professionals for services of a similar nature.

12. Attached hereto as Exhibit "A" is a detailed report of times and tasks performed by professionals in the Application Period. The Applicant's time reports are initially handwritten or recorded via computer by the professionals performing the described services. Also included in this exhibit is the expenses incurred.

13. Attached as Exhibit "B" to the Issa Declaration is summary of rates and total billable for each Applicant's professional.

14. I have reviewed the requirements of Local Bankruptcy Rule 2016-1 and the Application complies with Local Bankruptcy Rule 2016-1.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of September 2022 at Irvine, California.

_____
J. Michael Issa

EXHIBIT "A"

**RDI CH 7**

**Exhibit A: Fee App Detail**

| Professional Full Name | Activity | Reference Nickname 1 | Date | Description | Time | Billed Value |
|---|---|---|---|---|---|---|
| Wen Tan | Consulting | 010 Asset Analysis | 10/15/2021 | update worksheet on distribution. | 0.70 | $157.50 |
| Wen Tan | Consulting | 010 Asset Analysis | 10/15/2021 | analyze distribution worksheet and scenarios. | 1.00 | $225.00 |
| Wen Tan | Consulting | 010 Asset Analysis | 10/16/2021 | analyze outstanding claims. | 0.50 | $112.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/18/2021 | zoom meeting to discuss D&O. | 1.00 | $225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 10/18/2021 | update analysis worksheet. | 0.30 | $67.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/19/2021 | update analysis worksheet. | 0.80 | $180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 10/19/2021 | update Analysis worksheet. | 0.50 | $112.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/19/2021 | US Foods analysis. | 0.80 | $180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 10/20/2021 | update Analysis worksheet. | 0.70 | $157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 10/29/2021 | analyze Ruby's US Foods settlement. | 1.50 | $337.50 |
| Wen Tan | Consulting | 030 Business Analysis | 11/1/2021 | update analysis worksheet. | 0.70 | $157.50 |
| Wen Tan | Consulting | 030 Business Analysis | 11/1/2021 | call with trustee to discuss scenarios | 1.00 | $225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 11/2/2021 | call with lawyers to discuss LB action. | 0.80 | $180.00 |
| Wen Tan | Consulting | 030 Business Analysis | 4/28/2022 | Call with Tad on 1019 form. | 0.50 | $112.50 |
| Wen Tan | Consulting | 030 Business Analysis | 7/6/2022 | Review RDI gift cards program post-petition. | 1.00 | $225.00 |
| Wen Tan | Consulting | 030 Business Analysis | 7/15/2022 | discuss with Tad in regard to post petition gift cards. | 0.50 | $112.50 |
| Wen Tan | Consulting | 040 Case Administration | 11/22/2021 | provide insurance info. | 0.70 | $157.50 |
| Mike Issa | Consulting | 040 Case Administration | 12/6/2021 | analsysis and discussion of case open issues with Trustee including US Foods settlement, D&O litigation, Sec. Noteholders' distributions, claims | 2.10 | $1,123.50 |
| Mike Issa | Consulting | 040 Case Administration | 12/9/2021 | fee app discussions and Issa declaration | 1.50 | $802.50 |
| Mike Issa | Consulting | 040 Case Administration | 3/29/2022 | call to review claims and prep to close cases | 1.20 | $642.00 |
| Wen Tan | Consulting | 040 Case Administration | 5/4/2022 | Update 1019 form. | 1.30 | $292.50 |
| Wen Tan | Consulting | 040 Case Administration | 5/5/2022 | Finalize 1019 form with new information from Tad. | 1.00 | $225.00 |
| Wen Tan | Consulting | 040 Case Administration | 5/11/2022 | update distribution spreadsheet. | 1.00 | $225.00 |
| Wen Tan | Consulting | 040 Case Administration | 5/11/2022 | Draft version 10 of the distribution spreadsheet. | 0.80 | $180.00 |
| Wen Tan | Consulting | 040 Case Administration | 5/12/2022 | update spreadsheet to match receipt and distribution output from system. | 0.60 | $135.00 |
| Wen Tan | Consulting | 040 Case Administration | 5/13/2022 | Finalize version 13 of the distribution waterfall. | 1.30 | $292.50 |
| Wen Tan | Consulting | 040 Case Administration | 5/13/2022 | Finalize version 14 of the distribution waterfall. | 0.70 | $157.50 |
| Wen Tan | Consulting | 040 Case Administration | 5/13/2022 | discussion with Laila and make changes to the distribution waterfall. | 0.80 | $180.00 |
| Wen Tan | Consulting | 040 Case Administration | 5/17/2022 | Draft fee approval order. | 1.00 | $225.00 |
| Wen Tan | Consulting | 040 Case Administration | 5/17/2022 | Update court order form. | 0.60 | $135.00 |
| Wen Tan | Consulting | 040 Case Administration | 8/1/2022 | call with Richard and Pam. | 0.20 | $45.00 |
| Wen Tan | Consulting | 040 Case Administration | 8/1/2022 | Research GR claims and unsecured creditor claims. | 0.80 | $180.00 |
| Mike Issa | Consulting | 050 Claims Administration | 4/1/2022 | claims reconciliation | 1.10 | $588.50 |
| Wen Tan | Consulting | 050 Claims Administration | 7/7/2022 | analyze claims for post-petition gift cards. | 1.30 | $292.50 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 10/6/2021 | prepare billing info for Ch 7 and Ch 11. | 1.70 | $382.50 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 10/6/2021 | provide additional information for Ruby's settlement. | 1.00 | $225.00 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 11/22/2021 | Prepare draft of second interim fee app. | 1.30 | $292.50 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 11/22/2021 | update second interim fee app. | 2.20 | $495.00 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 11/22/2021 | Adjustments to the second interim fee app. | 0.80 | $180.00 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 11/24/2021 | finalize second interim fee app. | 1.30 | $292.50 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 12/8/2021 | preparing additional declaration and explanation for fee application. | 1.00 | $225.00 |
| Wen Tan | Consulting | 060 Employment/Fee Apps | 12/9/2021 | update declaration to supplement fee application. | 0.80 | $180.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 10/21/2021 | work on US Foods settlement with Trustee and atty for US Foods, run financial analysis/scenarios | 1.60 | $856.00 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communications | 10/22/2021 | work on US Foods settlement with Trustee and atty for US Foods, run financial analysis/scenarios | 2.10 | $1,123.50 |
| Mike Issa | Consulting | 090 Creditor Meetings/Communica | 11/1/2021 | work on USF settlement, spreadsheet and calls with Trustee and counsel | 1.80 | $963.00 |
| Mike Issa | Consulting | 120 Data Analysis | 5/17/2022 | review distribution waterfall | 0.50 | $267.50 |
| Mike Issa | Consulting | 130 Litigation | 12/6/2021 | review policy limits demands | 0.60 | $321.00 |
| Mike Issa | Consulting | 130 Litigation | 5/17/2022 | calls with Trustee and counsel | 0.80 | $428.00 |
| Mike Issa | Consulting | 040 Case Adminitration | 8/29/2022 | call with Trustee | 0.40 | $214.00 |
| Mike Issa | Consulting | 040 Case Adminitration | 8/30/2022 | update call with Trustee and counsel | 0.60 | $321.00 |

**EXHIBIT A**
**Page 10**

EXHIBIT "B"

**RDI CH 7**

**Exhibit B: Professional Rate & Billable**

| Professional | Hours | Rate | Total Billed |
|---|---|---|---|
| Mike Issa | 14.30 | $ 535.00 | $ 7,650.50 |
| Wen Tan | 34.50 | $ 225.00 | $ 7,762.50 |
| **Grand Total** | **48.80** | **$ 535.00** | **$ 15,413.00** |

**EXHIBIT B**

**Page 11**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **THIRD INTERIM APPLICATION FOR FEES AND EXPENSES BY GLASSRATNER ADVISORY & CAPITAL GROUP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 11, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S DINER, INC., A CALIFORNIA CORPORATION
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 11, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, 5-097
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 11, 2022 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Kyra E Andrassy kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Leo A Bautista leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com
   - **ATTORNEY FOR PLAINTIFF TRUSTEE RICHARD A MARSHACK (TR):** Christopher Dale Beatty cbeatty@millerbarondess.com, aransom@millerbarondess.com, docket@millerbarondess.com, jvogel@millerbarondess.com
   - **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Stephen C Biggs sbiggs@smith-lc.com, kdavenport@smith-lc.com
   - **ATTORNEY GEORGE B BLACKMAR**: George B Blackmar gblackmar@bpslaw.net
   - **ATTORNEY FOR CREDITOR STAR-WEST PARKWAY MALL, LP:** Dustin P Branch branchd@ballardspahr.com, carolod@ballardspahr.com; hubenb@ballardspahr.com
   - **INTERESTED PARTY COURTESY NEF:** Jeffrey W Broker jbroker@brokerlaw.biz
   - **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Carol Chow carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
   - **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** John S Clifford jclifford@smith-lc.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** David P Crochetiere dcrochetiere@bautelaw.com, hwells@bautelaw.com
   - **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Ashleigh A Danker adanker731@gmail.com
   - **ATTORNEY FOR CREDITOR US FOODS, INC:** Aaron Davis aaron.davis@bryancave.com, kat.flaherty@bryancave.com
   - **INTERESTED PARTY COURTESY NEF:** Caroline Djang cdjang@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
   - **ATTORNEY FOR CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR:** Laura E Dolan laura.blome@sdcounty.ca.gov, odette.ortega@sdcounty.ca.gov; kristen.howard@sdcounty.ca.gov
   - **ATTORNEY ALAN FRIEDMAN and ATTOREY FOR CREDITOR STEVEN L CRAIG:** Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
   - **ATTORNEY FOR INTERESTED PARTY RUBY'S FANCHISE SYSTEMS, INC., A CALIFORNIA CORPORATION:** Eric J Fromme efromme@tocounsel.com, stena@tocounsel.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Maria L Garcia Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **INTERESTED PARTY COURTESY NEF:** David M Goodrich dgoodrich@go2.law, kadele@wgllp.com; lbracken@wgllp.com; wgllp@ecf.courtdrive.com; gestrada@wgllp.com
   - **INTERESTED PARTY COURTESY NEF:** Steven T Gubner sgubner@bg.law, ecf@bg.law
   - **ATTORNEY FOR CREDITOR OPUS BANK:** David M. Guess dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
   - **ATTORNEY FOR U.S. TRUSTEE UNITED STATES TRUSTEE (SA):** Michael J Hauser michael.hauser@usdoj.gov
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR MARVI LAND:** Samy Henein samyhenein@aol.com, az@suppalaw.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Lillian Jordan nefrecipients@donlinrecano.com, rmapa@donlinrecano.com
   - **ATTORNEY FOR CREDITOR STEVEN L CRAIG:** Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
   - **INTERESTED PARTY COURTESY NEF:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
   - **ATTORNEY FOR PACHULSKI STANG ZIEHL & JONES LLP, CREDITOR OPUS BANK, DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; DEBTOR RUBY'S HUNTINGTON BEACH, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR'S RUBY'S LAGUNA HILLS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S OCEANSIDE LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S PALM SPRINGS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S QUALITY DINERS, LLC, A DELAWARE LIMITED LIABILITLY COMPANY; DEBTOR RUBY'S SOCAL DINERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY:** William N Lobel wlobel@tocounsel.com, stena@tocounsel.com; sschuster@tocounsel.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CREDITOR FAMILY TREE PRODUCE, INC.; CREDITOR SUNRISE PRODUCE, INC.; AND INTERESTED PARTY LOWEY ENTERPRISES dba SUNRISE PRODUCE, A CALIFORNIA CORPORATION:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR OPUS BANK:** Jessica G McKinlay mckinlay.jessica@dorsey.com
- **ATTORNEY FOR INTERESTED PARTY PILLSBURY WINTHROP SHAW PITTMAN LLP:** Malcolm D Minnick dminnick@pillsburylaw.com, m.minnick@comcast.net
- **INTERESTED PARTY COURTESY NEF:** Aviram Edward Muhtar aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com
- **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION:** Jeffrey P Nolan jnolan@pszjlaw.com
- **ATTORNEY FOR CREDITOR THE IRVINE COMPANY:** Ernie Zachary Park ernie.park@bewleylaw.com
- **ATTORNEY FOR CREDITOR GRIT DEVELOPMENT, AGENT FOR PLAZA MERCADO, LLC:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Todd C Ringstad becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Samuel A Schwartz saschwartz@nvfirm.com, ECF@nvfirm.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Steven C Smith ssmith@smith-lc.com, kcanaan@smith-lc.com
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Matthew S Walker matthewswalker1@gmail.com, renee.evans@pillsburylaw.com,
- **ATTORNEY FOR CREDITOR CITY OF HUNTINGTON BEACH:** Corey R Weber cweber@bg.law, ecf@bg.law
- **ATTORNEY FOR CREDITOR US FOODS, INC.:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Christopher K.S. Wong christopher.wong@afslaw.com, yvonne.li@arentfox.com
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Claire K Wu claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com; docket@pillsburylaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**