D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:18-bk-13311-SC |
| RUBY'S DINER, INC., a California corporation, et al., | Chapter 7 |
| Debtor. | (Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC) |

Affects:

☐    ALL DEBTORS

☒    RUBY'S DINER, INC., ONLY

☐    RUBY'S SOCAL, DINERS, LLC, ONLY

☐    RUBY'S QUALITY DINERS, LLC, ONLY

☐    RUBY'S HUNTINGTON BEACH, LTD. ONLY

☐    RUBY'S LAGUNA HILLS, LTD. ONLY

☐    RUBY'S OCEANSIDE, LTD, ONLY

☐    RUBY'S PALM SPRINGS, LTD. ONLY

THIRD INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF D. EDWARD HAYS IN SUPPORT

Date:  November 1, 2022
Time:  11:00 a.m.
Ctrm:  5C
Location: ZoomGov[1]

/ / /

---

[1] Notwithstanding the opening of the Courthouse to in-person proceedings, in light of the overwhelming support by the Bar for continued virtual appearances, Judge Clarkson will continue utilizing ZoomGov in a hybrid format, holding the majority of hearings by video, with an option for in-person hearings. Please see the calendaring instructions which may be located in the Self-Calendaring section of Judge Clarkson's page for more details and effective dates.

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT
JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED
PARTIES:

Marshack Hays LLP ("Firm"), counsel for the Chapter 7 Trustee ("Trustee") for the
Bankruptcy Estate of the Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California
corporation, et al. jointly administered on September 5, 2018, as lead case no. 8:18-bk-1331-SC
("Lead Debtor" or "RDI"), with the following associated bankruptcy cases: (a) 8:18-bk-13197-SC –
Ruby's SoCal Diners, LLC, a Delaware limited liability company; (b) 8:18-bk-13198-SC - Ruby
Quality Diners, LLC., a Delaware limited liability company; (c) 8:18-bk-13199-SC – Ruby's
Huntington Beach, Ltd., a California limited partnership ("RHB"); (d) 8:18-bk-13200-SC – Ruby's
Laguna Hills, Ltd., a California limited partnership; (e) 8:18-bk-13201-SC – Ruby's Oceanside Ltd.,
a California limited partnership ("RO"); and (f) 8:18-bk-13202-SC – Ruby's Palm Springs, Ltd., a
California limited partnership ("RPS") (collectively with Lead Debtor, referred to as "Debtors"),
files this Third Interim Application for Allowance of Fees and Costs ("Application") seeking
$146,352 in fees and $16,206.21 in costs, for a total of $162,558.21. This Application encompasses
services rendered and expenses paid or incurred during the approximate eleven month period of
November 1, 2021, through September 30, 2022 ("Third Reporting Period"). Concurrently, with this
Application, Trustee has also filed a distribution motion, filed as Dk. No. 1264.

## 1.    Summary of Professional Services

A bankruptcy court may authorize compensation of a retained professional if the requested
fees are reasonable and if the services rendered were beneficial to the estate. During this Third
Reporting Period, the Firm (i) consummated the $2 million sale of IP and separate $1 million
agreement with the buyer; (ii) assisted Trustee and his special litigation counsel in negotiating and
documenting a settlement with RDI's former Directors and Officers resulting in an immediate
payment of $3.5 million plus a policy demand limits on Scottsdale of $2 million for a total recovery
of $5.5 million; (iii) negotiated and obtained court approval of a compromise between Trustee and
vendor US Foods which resulted in a $522,000 reduction of its asserted administrative claim for

foods delivered during the Chapter 11 but never paid by Debtors; and (iv) obtained disallowance of an approximate $375,000 administrative claim asserted by Mamo LBMP Investors I LLC for unpaid lease charges. The Firm submits that its $146,352 in fees and $16,206.21 in costs are reasonable and that its services provided substantial benefit creditors.

## 2.    Local Bankruptcy Rule 2016-1 Requirements

Pursuant to Local Bankruptcy Rule 2016-1, the following is a brief narrative history and report concerning the status of the case. Should any additional information be requested by the Office of the United States Trustee, the Court, or any party in interest, the Firm will provide a supplemental declaration prior to the hearing on this Application.

### A.    Status of Administration of the Estate

The Estate is close but not yet in a position to close.

### B.    Factual and Procedural Background

#### i.    Bankruptcy Filings

On August 29, 2018, RO and RHB filed voluntary petitions seeking relief under Chapter 11 of Title 11 of the United States Code. On September 5, 2018, RDI filed a voluntary petition for bankruptcy under Chapter 11 of Title 11 of the United States Code. On the same date, as Dk. No. 2, Debtors' counsel filed an *ex parte* application for joint administration and designation of RDI as lead Debtor ("Joint Administration"). On the same date, as Dk. No. 6, an order granting the motion for Joint Administration was entered.

#### ii.    Conversion to Chapter 7 and Appointment of a Trustee

On April 3, 2020, as Dk. No. 560, the court entered an order to show cause whether Debtors' cases should not be dismissed or converted or why a Trustee should not be appointed ("OSC"). The basis of the OSC was as follows: the Court had been informed on multiple occasions that all of the issues necessary to formulate/confirm a plan after 19 months after the filing of the bankruptcies were resolved only to find out that they had not been resolved.

On April 10, 2020, as Dk. No. 571, Lead Debtor filed a motion to convert case from Chapter 11 to 7 ("Motion to Convert"). Similar motions were filed all Debtors' bankruptcy cases.

THIRD INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4884-8991-3654v.3-1015-134

1    On April 15, 2020, as Dk. No. 577, the Court entered an order granting Lead Debtor's

2  Motion to Convert. Similar orders were entered in all Debtors' bankruptcy cases.

3    On April 16, 2020, as Dk. No. 578, a notice of appointment and acceptance of trustee was

4  filed by Richard A. Marshack. Similar notices were entered in all Debtors' bankruptcy cases.

5  ### C.    Funds on Hand in the Estate

6    Pursuant to LBR 2016-1(a)(1)(A)(iii), "applicant must disclose the amount of money on hand

7  in the estate and the estimated amount of other accrued expenses of administration."

8    At this time, the Estate is holding approximately $4,231,718.39 in funds. Of this amount, $2

9  million represents the proceeds of sale of intellectual property which was the subject of various

10  secured claims. As such, Trustee is holding $2,231,718.39 in unencumbered funds.

11    The Firm is aware of the following Chapter 7 administrative expenses totaling $449,547.26[2]:

12  (i) Marshack Hays LLP in the amount of $162,558.21 ($146,352 in fees and $16,206.21 in

13  expenses)[3]; (ii) Grobstein Teeple, LLP in the amount of $9,596.73 ($9,489.50 in fees and $107.23 in

14  expenses)[4]; (iii) GlassRatner Advisory & Capital Group, LLC, in the amount of $15,413 in fees and

15  expenses[5]; (iv) United States Trustee Claim 293 in the amount of $21,526.56[6]; (v) Franchise Tax

16  Board, administrative claims 207-208; 2019-20 in the amount of $1,796,46[7]; and (vi) Trustee's

17  compensation in the amount of $238,656.30 in fees and expenses[8].

18    The Firm Is also aware of the following Chapter 11 administrative expenses totaling

19  $7,049,578.92[9]: (i) Pachulski Stang Ziehl & Jones LLP in the amount of $4,663,968.08 ($4,601,142

20  in fees and $62,826.08 in expenses)[10]; (ii) Donlin, Recano & Company in the amount of

21

22

23

24  [2] On October 11, 2022, as Dk. No. 1264, Trustee filed a distribution motion. Trustee has proposed an
overall distribution of $377,950.37 for Chapter 7 administrative expenses.

25  [3] Trustee has proposed a distribution for the Firm of $167,059.41.
[4] Trustee has proposed a distribution of $9,596.73 to Grobstein Teeple.

26  [5] Trustee has proposed a distribution for GlassRatner of $15,413.
[6] To be paid in full.

27  [7] To be paid in full.
[8] Trustee has proposed a distribution of $167,059.41.

28  [9] Trustee has a proposed an overall distribution of $1,242,051.43 for Chapter 11 administrative
expenses.
[10] Trustee has proposed a distribution of $821,735.35 for Pachulski et al.

4

$131,266.84[11] for its services as the claims agent in these cases; (iii) GlassRatner Advisory &

Capital Group, LLC, in the amount of $885,688 for fees and expenses[12]; (iv) Winthrop Golubow

Holland, LLP in the amount of $862,533 for fees and expenses[13]; (v) Force 10 in the amount of

$338,123 for fees and expenses[14] and (vi) US Foods pursuant to a court-approved compromise in the

amount of $188,000.

### D.    Employment of the Firm

Pursuant to LBR 2016-1(a)(1)(B), the Application must include "the date of entry of the

order approving the employment of the individual or firm for whom payment of fees or expenses is

sought, and the date of the last fee application for the professional."

On June 25, 2020, the Court entered as Dk. No. 709 an Order approving Trustee's

application to employ Marshack Hays LLP as general counsel for the Estate. A true and correct copy

of the Order Authorizing Employment of Counsel is attached as **Exhibit 1** to the Declaration of

D. Edward ("Hays Declaration") in support of this Application.

### E.    Previous Fees and Expenses

Pursuant to LBR 2016-1(a)(1)(C), the Application must include "a listing of the amount of

fees and expenses previously requested, those approved by the court, and how much has been

received."

On January 27, 2021, as Dk. No. 1001, the Firm filed an interim fee application for fees and

costs ("First Interim Application") requesting fees in the amount of $186,810, and expenses in the

amount of $11,323.22 for the reporting period of 4/15/2020 to 12/31/2020 ("First Reporting

Period").[15]

---

[11] Trustee has proposed a distribution of $23,127.65 for Donlin.
[12] Trustee has proposed a distribution of $152,523.86 for GlassRatner.
[13] Trustee has proposed a distribution of $151,967.99 for Winthrop Golubow Hollander, LLP.
[14] Trustee has proposed a distribution of $59,573.23 for Force 10.
[15] On February 12, 2021, as Dk. No. 1025, Trustee filed his declaration in support of the First Interim Application. On February 19, 2021, as Dk. No. 1033, the Court entered a combined order granting the interim applications for RDI, RHB, and RO allowance of fees and costs. RDI, requested and was granted $186,810 in fees and $11,323.22 in costs.

5

1  On November 24, 2021, as Dk. No. 1155, the Firm filed its second interim fee application for

2  fees and costs ("Second Interim Application") requesting fees in the amount of $147,327.50, and

3  expenses in the amount of $11,311.75 for the reporting period of 1/1/2021 to 10/31/2021 ("Second

4  Reporting Period").[16]

5  **3.    The Firm's Efforts**

6     **A.    Application to Employ the Firm**

7  On May 18, 2020, as Dk. No. 602, the Firm filed an application on behalf of Trustee to

8  employ the Firm. On June 25, 2020, as Dk. No. 709, the Court entered an order granting the

9  employment of the Firm.

10    **B.    Compensation Application of Special Counsel De Novo Legal PC[17]**

11 On November 24, 2021, as Dk. No. 1154, counsel for Trustee in conjunction with De Novo

12 Legal PC, filed De Novo's ("De Novo") first and final application for fees and costs ("De Novo

13 Application"). De Novo served as intellectual property counsel to RDI. De Novo sought fees in the

14 amount of $25,325 and costs in the amount of $4,284.05, for a total of $29,609.05. On December 8,

15 2021, as Dk. No. 1163, Trustee filed his declaration in support of the De Novo Application. At the

16 hearing on December 15, 2021, the Judge ordered the hearing on the De Novo Application to be

17 continued with supplemental briefing to further explain De Novo's post-petition but pre-conversion

18 fees as well as post-conversation to Chapter 7. On January 5, 2022, as Dk. No. 1179, counsel for

19 Trustee once again worked with De Novo to file a supplemental brief to the De Novo Application. In

20 short, counsel for Trustee worked with De Novo to get paid post-petition but pre-conversion and

21 post-conversion to Chapter 7.[18]

22

23

24
[16] On December 8, 2021, as DK. No. 1164, Trustee filed his declaration in support of the Second Interim Application. On December 20, 2021, as Dk. No. 1170, the Court entered an order granting the Second Interim Application, allowing fees in the amount of $147,327.50, and $11,311.75 in costs.

25
[17] On February 19, 2021, as Dk. No. 1030, counsel for Trustee prepare an application to employ De Novo as special intellectual property counsel. In this case, Trustee required the assistance of special counsel to advice regarding drafting

26 and negotiating agreement s concerning RDI's intellectual property, registration and licensing of RDI's trademarks, and management of RDI's portfolio. On May 27, 2021, as DK. No. 1079, the Court entered an order granting De Novo's

27 employment with an effective date of April 16, 2020 (Trustee's appointment date).

28
[18] On January 20, 2022, as Dk. No. 1187, the Court entered an order granting to De Novo fees in the amount of $25,325, and costs in the amount of $4,284.05.

### C.    Compensation Application of Marshack Hays LLP-Second Interim

On November 24, 2021, as Dk. No. 1155, counsel for Trustee filed its second interim fee application for allowance of fees and costs. On December 8, 2021, as Dk. No. 1164, Trustee filed a declaration in support of the Firm's second interim fee application. On December 20, 2021, as Dk. No. 1170, the Court entered order granting the Firm's second interim fee application. The Court granted allowance of fees in the amount of $147,327.50, and expenses in the amount of $11,311.75.

### D.    Objection to Claim No. 309 by Claimant Mamo LBMP Investors LLC

On February 11, 2022, as Dk. No. 1193, counsel for Trustee filed a motion objection to proof of claim 309-1 filed on March 31, 2021, by Mamo LBMP Investors I LLC ("Mamo") in the alleged and disputed amount of $376,379.75. In this case, because Debtor was not a lessee, and was not in possession of a leased premises, and did not receive any benefit from the leased premises a guaranty did not give rise to an administrative claim. Upon Trustee's further investigation, on March 2, 2022, as Dk. No. 1202, counsel for Trustee filed a notice of voluntary dismissal of a contested matter.

### E.    Trustee's Motion to Approve Compromise of Directors and Officers Litigation by Special Counsel

On May 2, 2022, as Dk. No. 1206, counsel for Trustee worked with special litigation counsel to file Trustee's motion to approve compromise of D&O litigation; authorize payment of contingency fee and costs to special counsel; and to permit payment to Ruby's Franchise Systems ("D&O 9019 Motion"). A hearing was held on July 12, 2022. At the hearing, the Court granted the D&O 9019 Motion.[19]

### F.    Motion to Approve Compromise with Trustee and US Foods

On May 11, 2022, as Dk. No. 1213, counsel for Trustee filed a 9019 motion with US Foods ("USF 9019 Motion"). Briefly, USF sold and delivered goods including perishable food to RHB and RO as part of their restaurant operations. Neither RHB nor RO paid USF in full. As such, USF likely

---

[19] On July 13, 2022, as Dk. No. 1234, Special Counsel lodged, with a notice of lodgment an order granting the D&O 9019 Motion. On July 20, 2022, as Dk. No. 1236, the Court entered an order granting the D&O 9019 Motion.

had administrative claims against RHB and RO for goods delivered during the 20 days prior to bankruptcy and post-petition during the Chapter 11 phase of this case while the debtors remained in possession. USF also asserted an administrative claim against RDI.

After extensive settlement discussions, and to avoid the risks associated with litigation, Trustee and USF reached a settlement which resolved their various disputes. In exchange for certain releases, USF accepted a $50,000 cash payment in full satisfaction of its administrative expense claims against RHB and RO to be paid by Trustee from those estates in a manner determined by Trustee in his business judgment ("Settlement Amount"). Furthermore, USF agreed to reduce its alleged approximate $710,000 administrative expense claim against RDI to a $188,000 Chapter 11 administrative expense claim to be paid pro rata with other allowed Chapter 11 administrative claims if and when Trustee makes such distributions.[20]

## G.    Final Report of Post-Petition Debts and Account – Rule 1019

On June 14, 2022, as Dk. Nos. 1222, 1223, and 1224, Pachulski Stang Ziehl & Jones LLP, counsel for RDI, RHB and RO, filed notices of submission of Chapter 7 Trustee's Scheduled of Unpaid Debtors of RDI, RHB and RO pursuant to F.R.B.P. 1019(5)(a)(1).

## H.    Trustee's Motion to Set a Bar Date for Filing Administrative Claims

On July 11, 2022, as Dk. No. 1226, counsel for Trustee filed a motion to set a bar date for filing administrative expense claims, including claims under 11 U.S.C. Section 503(b) and to approve the form, manner and sufficiency of the notice thereof ("Bar Date Motion").[21] In this case, Trustee had entered a proposed settlement of the Estate's D&O claims that resulted in recoveries totaling at least $3,550,000. The amount plus Trustee's other recoveries was sufficient to pay all anticipated Chapter 7 administrative claims and to make substantial distributions on account of allowed Chapter 11 administrative claims. To further efforts to make those interim distributions,

---

[20] On June 7, 2022, as Dk. No. 1218, counsel for Trustee filed a declaration that no party requested a hearing on the USF 9019 Motion. On June 8, 2022, as Dk. No. 1219, the Court entered an order granting the USF 9019 Motion.

[21] Similar Bar Date Motions were also filed in RHB and RO.

THIRD INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4884-8991-3654v.3-1015-134

1  Trustee needed to determine all administrative claims that may exist. To that end, the Bar Date

2  Motion sought an order (1) setting an administrative claims bar date of September 30, 2022 ("Bar

3  Date") which bar date will apply to all claimants seeking allowance of an administrative expense

4  claim, excluding (a) retained professionals who are currently providing services to the Chapter 7

5  Trustee; or (b) chapter 11 administrative professionals with entered orders already approving their

6  compensation on a final basis; and (2) approving a notice of administrative claims Bar Date to be

7  served on all creditors. On August 19, 2022, as Dk. No. 1244, counsel for Trustee filed a declaration

8  ("Declaration") that no party requested a hearing on the Bar Date Motion.[22]

9      ## I.    Trustee's Motion for Approval of Procedures to Confirm the

10         ## Identification of and Amounts Owed to Each Secured Noteholders

11         On July 26, 2022, as Dk No. 1238, counsel for Trustee filed a motion for approval of

12  procedures to confirm the identification of and amounts owed to each secured noteholder

13  ("Procedures Motion"). In this case, the purpose of the Procedures Motion was to give parties-in-

14  interest the opportunity to challenge the accuracy of the list of Secured Noteholders and the amount

15  of their claims as was set forth in an attached exhibit to the Procedures Motion. On August 16, 2022,

16  a hearing was held on the Procedures Motion.[23] On August 19, 2022, as Dk. No. 1243, counsel for

17  Trustee filed and served to all interested parties, a notice of entered order on the Procedures Motion.

18  On August 19, 2022, as Dk. No. 1245, the Court entered an order granting the Bar Date Motion.[24]

19  On August 25, 2022, as Dk. No. 1249, counsel for Trustee filed a notice of setting bar date for filing

20  administrative expense claims including claims under 11 U.S.C. Section 503(b).[25]

21      ## J.    Trustee's Status Report on Remaining Assets and Funds on Hand

22         On September 30, 2022, as Dk. No. 1259, Trustee filed a status report re: remaining assets,

23  funds on hand, and upcoming hearings.[26]

24

25

26  [22] Similar Declarations were filed in RHB and RO.
    [23] On August 17, 2022, as Dk. No. 1242, the Court entered an order granting the Procedures Motion.
27  [24] Similar orders were entered in RHB and RO.
    [25] Similar notices were filed in RHB and RO.
28  [26] Funds on hand for RDI - $4,231,718.39. Funds on hand for RHB - $1,050,704.76. Funds on hand

9

## K.    Notice to Retained Professionals

On September 16, 2022, as Dk. No. 1252, counsel for Trustee filed a notice to retained

professionals on interim fee applications.[27]

## L.    Description of Services Rendered

Pursuant to LBR 2016-1(a)(1)(D), the Application must include "a brief narrative statement

of the services rendered and the time expended during the period covered by the application."

The Firm has represented Trustee on behalf of the estate from approximately April, 2020, to

the present, which includes the Third Reporting Period. Descriptions of the types of services

rendered by the Firm in this Third Reporting Period are set forth (i) above in Section 2D; and

(ii) below pursuant to the categories recommended by the Office of the United States Trustee. The

blended hourly rate for all services performed by the Firm is $432. In summary, the Firm assisted

Trustee in the following major milestones:

(1) Settlement with the Director's and Officers;
(2) Settlement with US Foods;
(3) Approval of Procedures to Pay Secured Noteholders;
(4) Approval of an Administrative Claims Bar Date; and
(5) Objection to Administrative Expense Claim of Mamo LBMP Investors I LLC.

## i.    Asset Analysis and Recovery

During the Reporting Period, the Firm spent 4.0 hours performing services in connection

with Asset Analysis and Recovery. The Firm's fees charged for these services are $1,578, which

represents 1% of the total fees sought by this Application. The blended hourly rate for these services

is $395 per hour. Services performed in this category are detailed in Exhibit "2" attached to the Hays

Declaration.

---

for RO - $167,095.91.

[27] On September 27, 2022, as DK. No. 1253, Pachulski Stang Ziehl & Jones LLP filed a first and final application for fees and costs to be heard on November 1, 2022.
On September 29, 2022, as Dk. No. 1256, Donlin Recano & Company ("DRC") filed a motion for allowance and payment of Chapter 11 administrative expense claim of DRC as claims, noticing and balloting agent for the Debtors to be heard on October 25, 2022.
On October 7, 2022, as Dk. No. 1262, Grobstein Teeple, LLP as accountants for Chapter 7 Trustee filed their second interim fee application in the amount of $9,489.50, and costs in the amount of $107.23 to be heard on November 1, 2022.

10

### ii.    Litigation

During the Reporting Period, the Firm spent 121 hours performing services in connection with Litigation. The Firm's fees charged for these services are $55,902, which represents 38% of the total fees sought by this Application. The blended hourly rate for these services is $462 per hour. Services performed in this category are detailed in Exhibit "2" attached to the Hays Declaration.

### iii.    Secured Note Holders

During the Reporting Period, the Firm spent 74.50 hours performing services in connection with Secured Note Holders. The Firm's fees charged for these services are $35,766, which represents 24% of the total fees sought by this Application. The blended hourly rate for these services is $480 per hour. Services performed in this category are detailed in Exhibit "2" attached to the Hays Declaration

### iv. Asset Disposition

During the Reporting Period, the Firm spent 4.20 hours performing services in connection with Asset Disposition. The Firm's fees charged for these services are $2,417, which represents 2% of the total fees sought by this Application. The blended hourly rate for these services is $575 per hour. Services performed in this category are detailed in Exhibit "2" attached to the Hays Declaration.

### v.    Case Administration

During the Reporting Period, the Firm spent 8 hours performing services in connection with Case Administration. The Firm's fees charged for these services are $2,962, which represents 2% of the total fees sought by this Application. The blended hourly rate for these services is $370 per hour. Services performed in this category are detailed in Exhibit "2" attached to the Hays Declaration.

### vi.    Claims Administration and Objections

During the Reporting Period, the Firm spent 65.50 hours performing services in connection with Claims Administration and Objections. The Firm's fees charged for these services are $27,969, which represents 19% of the total fees sought by this Application. The blended hourly rate for these services is $427 per hour. Services performed in this category are detailed in Exhibit "2" attached to

the Hays Declaration.

## vii.    Employment/Fee Applications

During the Reporting Period, the Firm spent approximately 61.30 hours performing services in connection with Employment Applications. The Firm's fees charged for these services are $19,758, which represents 14% of the total fees sought by this Application. The blended hourly rate for these services is approximately $322 per hour. Services performed in this category are detailed in Exhibit "2" attached to the Hays Declaration.

## G.    Descriptive and Detailed Statement of Services Performed

Pursuant to LBR 2016-1(a)(1)(E), "the application must contain a detailed listing of all time spent by the professional on matters for which compensation is sought" including date service was rendered, detailed description of service, amount of time spent, and identification of person who rendered service.

Attached to the Hays Declaration as Exhibit 2 is a copy of all of the Firm's billing records in connection with this case, as kept in the ordinary course of business during the Reporting Period. Attached to the Hays Declaration as Exhibit 3 is a summary schedule of the fees requested as recommended in the U.S. Trustee Guidelines.

The persons who rendered services in connection with the Firm's representation of the Estate are identified in the billing detail by their initials. Those persons are:

|  | Timekeeper |
|---|---|
| DEH | D. Edward Hays |
| CVH | Chad V. Haes |
| DAW | David A. Wood |
| KAT | Kristine A. Thagard |
| LM | Laila Masud |
| TM | Tinho Mang |
| BNB | Brad Barnhardt |
| PK | Pam Kraus |
| CM | Chanel Mendoza |
| CB | Cynthia Bastida |
| KF | Kathleen Frederick |

There have been intra-office conferences billed by attorneys. The Firm believes that, at times, intra-office conferencing is a necessary part of its ability to efficiently and effectively represent a

THIRD INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4884-8991-3654v.3-1015-134

1   debtor by assembling a "team" of lawyers to work on the case. As a part of this team approach to

2   representing a debtor, the supervising partner analyzes the needs of the client and assigns to the

3   associates or paralegal tasks based upon the level of expertise and experience needed to complete the

4   task. A key to the team concept is communication among the members of the team. While it may not

5   be necessary for all team members to be aware of all of the intricacies of the case, the supervising

6   partner must be informed of all aspects of the case. Moreover, from time to time, it is essential for

7   the partner supervising the case to provide to junior members of the team advice on matters which

8   arise in the course of the representation of a debtor.

9        The Firm has made every effort to exclude from its billed services clerical and "overhead"

10  tasks. To the extent that the Court finds that any of the billing entries set forth in Exhibit 2 are for

11  tasks constituting clerical or overhead tasks, the Firm consents to the striking of such entries and the

12  proportionate reduction of its requested fees.

13  ## H.    Descriptive and Detailed Statement of Costs Incurred

14       Pursuant to LBR 2016-1(a)(1)(F), "an application that seeks reimbursement of actual and

15  necessary expenses must include a summary listing of all expenses by category (i.e., long distance

16  telephone, photocopy costs, facsimile charges, travel, messenger, and computer research). As to each

17  unusual or costly expense item, the application must state: (i) The date the expense was incurred;

18  (ii) A description of the expense; (iii) The amount of the expense; and (iv) An explanation of the

19  expense."

20       Attached to the Hays Declaration as Exhibit 4 is a schedule of costs and expenses incurred or

21  paid by the Firm during the relevant time period but not yet reimbursed. Attached to the Hays

22  Declaration as Exhibit 5 is a summary schedule of costs as recommended by the United States

23  Trustee's Office. The costs and expenses are reasonable under the circumstances of this case.

24       During the Reporting Period, the Firm incurred unreimbursed expenses of $16,206.21 on

25  behalf of the estate for which the Firm seeks reimbursement. These expenses were actual expenses

26  incurred in connection with the services rendered on behalf of the estate. Expenses of this type are

27  billed to and paid by the Firm's clients who pay monthly without contingency as to payment, and as

28

THIRD INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4884-8991-3654v.3-1015-134

such are properly reimbursed by the estate. The Firm has not included such expenses in its overhead and such expenses are not encompassed by its billing rates.

### i.    Document Reproduction

The Firm incurred $4,328.20 in document reproduction expenses, *i.e.* for copying and scanning, during the Reporting Period. All document reproductions are made after the attorney or paralegal enters the case number into a computer system that tracks and calculates the number of copies or scans by page. The Firm charges all clients $0.20 per page for copies and $0.10 per page for document scanning.

### ii.    Outside Printing

The Firm incurred $7,877.68 during the Reporting Period in costs related to outside printing.

### iii.    Telephone

The Firm incurred $317.80 during the Reporting Period in costs related to telephone calls.

### iv.    Online Research

The Firm incurred $679.43 during the Reporting Period in costs related to online computer research including Westlaw, Lexis, and Pacer.

### v.    Delivery Service and Messengers

The Firm incurred $510.56 during the Reporting Period in costs related to "attorney services" including courier deliveries to the Court.

### vi.    Postage

The Firm incurred $2,371.79 during the Reporting Period in postage charges for mailing. The Firm charges postage to clients when multiple envelopes are being mailed at a single time. The paralegal or legal assistant enters the client code and precise postage into a cost recovery system in the mail room. The Firm then records these charges on the client account.

### vii.    Trial Transcripts

The Firm incurred $90.75 in costs related to "trial transcripts" during the Reporting Period.

### I.    Hourly Rates

Pursuant to LBR 2016-1(a)(1)(G), "unless employment has been approved on a fixed fee,

1 percentage fee, or contingent fee basis, the application must contain a listing of the hourly rates

2 charged by each person whose services form a basis for the fees requested in the application. The

3 application must contain a summary indicating for each attorney by name: (i) The hourly rate and the

4 periods each rate was in effect; (ii) The total hours in the application for which compensation is

5 sought; and (iii) The total fee requested in the application."

| Timekeeper | Rate/Period | Total Hours | Total Fees |
|---|---|---|---|
| Bradford N. Barnhardt | 12/01/2021 to 01/31/2022 | | |
| | $320 | 17.2 | 5,504.00 |
| | NC | 0.0 | 0.00 |
| D. Edward Hays | 01/01/2021 to 03/31/2022 | | |
| | $650 | 29.2 | 18,980.00 |
| | NC | 0.3 | 0.00 |
| | 04/01/2022 to 09/30/2022 | | |
| | $680 | 15.7 | 10,676.00 |
| | NC | 0.0 | 0.00 |
| Chad V. Haes | 11/01/2021 to 11/31/2021 | | |
| | $490 | 0.0 | 0.00 |
| | NC | 0.4 | 0.00 |
| David A. Wood | 09/01/2022 to 09/30/2022 | | |
| | $490 | 0.6 | 294.00 |
| | NC | 0.0 | 0.00 |
| Kristine A. Thagard | 11/01/2021 to 09/30/2022 | | |
| | $550 | 103.0 | 56,650.00 |
| | NC | 0.0 | 0.00 |
| Laila Masud | 11/01/2021 to 03/31/2022 | | |
| | $390 | 30.0 | 11,700.00 |
| | NC | 0.3 | 0.00 |
| | 04/01/2022 to 09/30/2022 | | |
| | $420 | 39.9 | 16,758.00 |
| | NC | 0.0 | 0.00 |
| Tinho Mang | 11/01/2021 to 02/28/2022 | | |
| | $350 | 2.5 | 875.00 |
| | NC | 3.7 | 0.00 |
| | 04/01/2022 to 07/31/2022 | | |
| | $390 | 2.9 | 1,131.00 |
| | NC | 0.6 | 0.00 |
| Pamela Kraus | 02/01/2022 to 09/30/2022 | | |
| | $280 | 7.9 | 2,212.00 |
| | NC | 0.2 | 0.00 |
| Chanel Mendoza | 11/01/2021 to 01/31/2022 | | |

THIRD INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4884-8991-3654v.3-1015-134

| | | | |
|---|---|---|---|
| | $260 | 1.9 | 494.00 |
| | NC | 0.1 | 0.00 |
| Cynthia Bastida | 11/01/2021 to 09/30/2022 | | |
| | $260 | 79.3 | 20,618.00 |
| | NC | 0.5 | 0.00 |
| Kathleen Frederick | 03/01/2022 to 08/31/2022 | | |
| | $200 | 2.3 | 460.00 |
| | NC | 0.0 | 0.00 |
| **Totals:** | | **338.5** | **146,352.00** |

## J.      Professional Education and Experience

Pursuant to LBR 2016-1(a)(1)(H), the Application must include "a description of the professional education and experience of each of the individuals rendering services, including identification of the professional school attended, year of graduation, year admitted to practice, publications or other achievements, and explanation of any specialized background or expertise in bankruptcy-related matters."

A brief biographical description of the attorneys who rendered services for which compensation is sought by this Application is attached to the Hays Declaration as Exhibit 6.

## K.      Change in Professional Rates

Pursuant to LBR 2016-1(a)(1)(I), "if the hourly rate has changed during the period covered by the application, the application must specify the rate that applies to the particular hours for which compensation is sought." During the Reporting Period, the Firm's professional rates for this case are noted in the chart above.

## L.      Client Declaration

Pursuant to LBR 2016-1(a)(1)(J), the Application must include "a separately filed declaration from the client indicating that the client has reviewed the fee application and has no objection to it."

The Declaration of Chapter 7 Trustee Richard A. Marshack indicating that he has reviewed the Application and has no objection to it will be filed within two weeks of this Application. *See* Hays Declaration ¶17.

THIRD INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4884-8991-3654v.3-1015-134

## M.    Statement of Compliance

Pursuant to LBR 2016-1(a)(1)(J), the Application must include "a statement that the applicant has reviewed the requirements of this rule and that the application complies with this rule."

The Hays Declaration includes at ¶ 19 a statement that Mr. Hays as a partner of the Firm has reviewed the requirements of this rule and that the application complies with this rule.

## 4.    Legal Argument

### A.    The Court Has Authority to and Should Approve the Application in its Entirety

The Bankruptcy Code provides that the Court can authorize payment of reasonable and necessary compensation and reimbursement of expenses.

> (a)(1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, an examiner, a professional person employed under section 327 or 1103 –
> (A)  reasonable compensation for actual, necessary services rendered by Trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and
> (B)  reimbursement for actual, necessary expenses.

11 U.S.C. §330.

In the Ninth Circuit, the test for calculating a reasonable attorney's fee under 11 U.S.C. §330 is the lodestar method. "The primary method used to determine a reasonable attorney fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate." *Id*. at 1471. *In re Yermakov*, 718 F.2d 1465, 1471 (9th Cir. 1983). This lodestar or basic fee, if warranted, can then be adjusted upward or downward. *In re Powerine Oil* Co., 71 B.R. 767 (9th Cir. BAP 1986).

### i.    Current Amount Requested for Compensation and Reimbursement

As set forth above and in the attached exhibits, during the Third Reporting Period the Firm incurred fees in the amount of $146,352 and $16,206.21 in costs, for a total of $162,558.21. This Application encompasses services rendered and expenses paid or incurred during the period November 1, 2021, through September 30, 2022 (as defined above as "Third Reporting Period").

1    The Firm requests that the Court enter an order ***allowing*** all of the Firm's incurred fees and

2    costs through September 30, 2022, for the total allowed fees of $146,352, and $16,206.21 for costs.

3    Based upon the above points and authorities and the declaration and exhibits submitted in

4    support of this Application, the Firm believes that its requested fees and costs are reasonable given

5    the benefit conferred on the estate. The Firm has assisted Trustee in making a meaningful recovery

6    for the estate and in administering assets for the benefit of creditors.

7    **5.    Conclusion**

8    The Firm respectfully requests that this Court enter an Order:

9    1.    Approving and allowing the Firm's interim fees during the Third Reporting Period in

10    the amount of $146,352;

11    2.    Approving and allowing as final reimbursement of the Firm's interim costs during the

12    Reporting Period in the amount of $16,206.21;

13    3.    Authorizing Trustee to pay the Firm the fees approved/allowed during the Interim

14    Reporting Period;

15    4.    Authorizing Trustee to pay the Firm the costs approved/allowed during the Interim

16    Reporting Period; and

17    5.    For any other and further relief that the Court deems proper.

18

19    DATED: October 11, 2022                    MARSHACK HAYS LLP

20

21                                    By: */s/ D. Edward Hays*
                                        D. EDWARD HAYS
22                                      LAILA MASUD
                                        General Counsel for
23                                      Richard A. Marshack,
                                        Chapter 7 Trustee for the Jointly Administered
24                                      Bankruptcy Estate of Ruby's Diner, Inc.

25

26

27

28

THIRD INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4884-8991-3654v.3-1015-134

# Declaration of D. Edward Hays

I, D. EDWARD HAYS, declare:

1.     I am an individual over the age of eighteen and am competent to make this declaration.

2.     I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify to these facts.

3.     I am an attorney licensed to practice in the State of California and have been admitted to practice before this Court.

4.     I am a partner in the law firm of Marshack Hays LLP ("Firm"), which maintains offices at 870 Roosevelt, Irvine, California, 92620.

5.     I make this Declaration in support of the Firm's Interim Application for Allowance of Fees and Costs.

6.     The Firm has represented Trustee Richard A. Marshack from approximately April, 2020, to the Present.

7.     A true and correct copy of the Order authorizing Trustee to employ the Firm is attached as Exhibit 1.

8.     The Application encompassed services rendered and expenses paid or incurred during the period November 1, 2021, through September 30, 2022 ("Third Reporting Period").

9.     I have reviewed the Court's PACER docket and electronic case files for this case to refresh my memory as to the specific filing and entry dates of the documents referenced in this Application. The information referenced in this Application from the pleadings filed in this case is true and accurate.

10.     I am the designated professional responsible for overseeing the billing in this matter and for assuring compliance with the Guidelines for the United States Trustee related to billing.

11.     With the exception of the general sharing of compensation between members and employees of the Firm, no agreement or understanding exists between the Firm and any other

1 individual or entity for the sharing of compensation to be received for services rendered or the

2 reimbursement of costs incurred in or in connection with this case.

3      12.    A true and correct copy of attorney time records for services rendered by

4 professionals in this firm on behalf of the Estate in the above entitled matter during the period of

5 November 1, 2021, to September 30, 2022 is attached as Exhibit 2.

6      13.    Certain summary schedules as recommended by the U.S. Trustee Guidelines are

7 attached as Exhibit 3.

8      14.    A true and correct copy of this firm's billing records reflecting costs incurred by the

9 Firm as attorneys for the Estate in the above-entitled matter during the Reporting Period is attached

10 as Exhibit 4.

11      15.    A summary schedule of costs as recommended by the U.S. Trustee Guidelines is

12 attached as Exhibit 5.

13      16.    A brief biographical description of the attorneys who rendered services for which

14 compensation is sought by the Application is attached as Exhibit 6.

15      17.    The Declaration of Richard A. Marshack indicating that he has reviewed the

16 Application will be filed within two weeks of the filing of this Application.

17      18.    I believe that the Application covering the Third Reporting Period complies with the

18 United States Trustee Guide for Applications for Professional Fee Compensation.

19      19.    I have reviewed the requirements of Rule 2016-1 of the Local Bankruptcy Rules. I

20 have reviewed this Application, the attached billing records, and the attached records of costs, in

21 detail, and I believe that this Application complies with the provisions of Rule 2016-1 of the Local

22 Bankruptcy Rules.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

THIRD INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4884-8991-3654v.3-1015-134

20.     The Firm requests that the Court enter an order allowing all of the Firm's incurred fees and costs through September 30, 2022 ($146,352 in fees and $16,206.21 in costs, a total of $162,558.21). In addition to any remaining fees accrued in connection with the Third Reporting Period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2022.

*/s/  D. Edward Hays*
D. Edward Hays

THIRD INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4884-8991-3654v.3-1015-134

Exhibit "1"

1   D. Edward Hays, SBN 162507
    ehays@marshackhays.com
2   Laila Masud, SBN 311731
    lmasud@marshackhays.com
3   Marshack Hays LLP
    870 Roosevelt
4   Irvine, California 92620
    Tel: 949-333-7777
5   Fax: 949-333-7778

6   Attorneys for Richard A. Marshack
    as Chapter 7 Trustee,

**FILED & ENTERED**

**JUN 25 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

**CHANGES MADE BY COURT**

7

8                    UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11  In re                                    Case No. 8:18-bk-13311-CB

12  RUBY'S DINER, INC., a California corporation,    Chapter 7
    et al.,
13                                           (Jointly Administered with Case Nos.:
             Debtor.                         8:18-bk-13197-CB; 8:18-bk-13198-CB;
14                                           8:18-bk-13199-CB; 8:18-bk-13200-CB;
    Affects:                                 8:18-bk-13201-CB; 8:18-bk-13202-CB)
15
    ☒    ALL DEBTORS                         ORDER APPROVING CHAPTER 7
16                                           TRUSTEE'S APPLICATION TO EMPLOY
    ☐    RUBY'S DINER, INC., ONLY            MARSHACK HAYS LLP AS GENERAL
17                                           COUNSEL
    ☐    RUBY'S SOCAL, DINERS, LLC, ONLY
18
    ☐    RUBY'S QUALITY DINERS, LLC, ONLY
19
    ☐    RUBY'S HUNTINGTON BEACH, LTD.
20       ONLY

21  ☐    RUBY'S LAGUNA HILLS, LTD. ONLY

22  ☐    RUBY'S OCEANSIDE, LTD, ONLY

23  ☐    RUBY'S PALM SPRINGS, LTD. ONLY

24

25      The Court having read and considered the Chapter 7 Trustee's Application to Employ Marshack

26  Hays LLP as General Counsel filed May 18, 2019 as Docket #602 ("Application"), noting the lack of

27  opposition and with good cause shown,

28

                                    1

**Exhibit "1"**
**Page 22**

IT IS ORDERED:

1.)    The Application is approved and effective as of April 15, 2020.

2.)    Employment is authorized pursuant to 11 U.S.C. §327 and compensation is subject to

further application, determination and approval of this Court pursuant to 11 U.S.C. §330

or §331.

### 

Date: June 25, 2020

Catherine Bauer
United States Bankruptcy Judge

**Exhibit "1"**
**Page 23**

Exhibit "2"



MARSHACK HAYS LLP
ATTORNEYS AT LAW
LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

October 10, 2022

| | | |
|---|---|---|
| Richard Marshack, Trustee | Invoice # | 14156 |
| 870 Roosevelt Avenue | Client # | 1015 |
| Irvine, CA  92620 | Matter # | 134 |

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: September 30, 2022

**Re:  Ruby's Diner Inc.**

| | |
|---|---|
| Current Fees | $ 146,352.00 |
| Current Disbursements | $ 16,206.21 |
| **TOTAL CURRENT CHARGES** | **$ 162,558.21** |

## MARSHACK HAYS LLP

Richard Marshack, Trustee                                                                          October 10, 2022
Client-Matter# 1015-134                                                                          Invoice # 14156

## FEES

1 Asset Analysis and Recovery

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/21 | LM | Telephone conference with Richard A. Marshack, Mike Issa and Wen Tan re: Long Beach landlord administration claim (.20); Telephone conferences (x2) with D. Edward Hays re: same (.30); Research landlord administrative expense claim under 365(d)(3) and Ninth Circuit authority in (1.0); | 1.50 | 390.00 | 585.00 |
| 11/02/21 | LM | Review and analyze authority on guarantys and post petition administrative claims under 365(d)(3) with correspondence to Richard A. Marshack, D. Edward Hays and financial advisors re: same; | .90 | 390.00 | 351.00 |
| 11/04/21 | LM | Written correspondences with Pam Kraus re: turnover of overpaid worker's compensation premiums under 11 U.S.C. § 542; | .30 | 390.00 | 117.00 |
| 12/06/21 | LM | Written correspondence with Richard A. Marshack re: status of Ruby's case administration and outstanding items (.20); Review and revise objection to long beach landlord claim (.10); | .30 | 390.00 | 117.00 |
| 2/03/22 | LM | Written correspondence with Jamie Vogel, D. Edward Hays, Chris Beatty and Tinho Mang re: corporate ownership structure of RDI; | .20 | 390.00 | 78.00 |
| 3/29/22 | LM | Written correspondence with Kristine A. Thagard and Pam Kraus re: revenue split checks from Intellectual property sale; | .20 | 390.00 | 78.00 |
| 6/07/22 | LM | Written correspondence with D. Edward Hays and Pam Kraus re: receipt of revenue split check from IP and basis for same; | .20 | 420.00 | 84.00 |
| 9/23/22 | LM | Review written correspondence from Richard A. Marshack re: audit rights re: IP revenue stream (.10); Review and analyze amendment to IP agreement for same (.20); Draft written correspondence to Richard A. Marshack et al re: same (.10); | .40 | 420.00 | 168.00 |
| | | **Sub-Total Fees:** | **4.00** | | **$ 1,578.00** |

10 Litigation

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/22/21 | DEH | Written correspondence with Tad re: Ruby's South Coast Plaza; | .10 | 650.00 | 65.00 |

2

Exhibit "2"
Page 25

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/22/21 | DEH | Written correspondence with Brian Brown re: Ruby's South Coast Plaza; | .20 | 650.00 | 130.00 |
| 4/28/21 | DEH | Written correspondence with Tinho Mang and Cynthia Bastida re: RDI: Marshack v. Cavanaugh - Request for Courtesy Notice and Calendaring; (No Charge) | .20 | 650.00 | N/C |
| 5/10/21 | DEH | Written correspondence with Kathleen Frederick re: QUESTION - FW: New filing in Marshack v. Cavanaugh et al; (No Charge) | .10 | 650.00 | N/C |
| 11/01/21 | CB | Ghadiri v Ruby's - Review e-mail from Laila Masud re: approval of updated state report (.10); Revise and finalize re: same (.20); Identify and mark exhibit in support of same (.10); E-mail to Laila Masud re: same (.10); | .50 | 260.00 | 130.00 |
| 11/02/21 | DEH | Telephone conference with Richard A. Marshack, Laila Masud, Mike Issa, and Wen Tan re: negative capital accounts for Long Beach including potential claims against third parties for capital call etc, and landlord claim objection; | .60 | 650.00 | 390.00 |
| 11/02/21 | DEH | Written correspondence with Richard A. Marshack, Tinho Mang, and Laila Masud re: court's Order to Show Cause and defenses; | .30 | 650.00 | 195.00 |
| 11/02/21 | DEH | Telephone conference with Richard A. Marshack re: order to show cause and strategy for response (.40); Written correspondence with Chris Beatty re: same (.10); | .50 | 650.00 | 325.00 |
| 11/02/21 | CB | Marshack v Cavanaugh - Telephone conversation with Tinho Mang re: order to show cause (.10); Prepare telephonic appearance re: D. Edward Hays (.10); Prepare telephonic listen only re: Laila Masud (.10); E-mail to D. Edward Hays and Laila Masud re: same (.10); | .40 | 260.00 | 104.00 |
| 11/02/21 | CB | Marshack v Cavanaugh - E-mail to Richard A. Marshack re: hearing binder; | .10 | 260.00 | 26.00 |
| 11/02/21 | LM | Telephone conference with D. Edward Hays, Richard A. Marshack, and Mike Issa and Wen Tan re: negative capital accounts for long beach, including potential claims against third parties for capital call etc, and landlord claim objection; | .50 | 390.00 | 195.00 |
| 11/02/21 | LM | Written correspondences with D. Edward Hays, Richard A. Marshack and Tinho Mang re: order to show cause appearance in Cavanaugh proceeding and background facts and need for general counsel appearance for oversight; | .20 | 390.00 | 78.00 |
| 11/02/21 | TM | Review order to show cause re: dismissal for unclean hands and written correspondence to Richard A. Marshack and Chris Beatty re: same; | .10 | 350.00 | 35.00 |
| 11/03/21 | DEH | Written correspondence with Rich Pachulski, Garrick Hollander, and Richard A. Marshack re: court's Order to Show Cause; | .40 | 650.00 | 260.00 |

3

### MARSHACK HAYS LLP

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | October 10, 2022 |
| Client-Matter# 1015-134 | | | | | Invoice # 14156 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/04/21 | DEH | Written correspondence with Tinho Mang re: homestead issues and review of cases cited by defendants' counsel; | .30 | 650.00 | 195.00 |
| 11/04/21 | DEH | Review and revise response to order to show cause and defendants' motion and written correspondence with Chris Beatty and Tinho Mang re: same; | .30 | 650.00 | 195.00 |
| 11/04/21 | TM | Revise draft opposition from special counsel re: attachment lien and written correspondence with Chris Beatty and D. Edward Hays re: same; | .90 | 350.00 | 315.00 |
| 11/04/21 | TM | Multiple written correspondences with D. Edward Hays re: attachment lien and homestead issues, discussion of release of attachment lien in connection with voluntary sale, research re: case cited by Kosmides; | .30 | 350.00 | 105.00 |
| 11/05/21 | KAT | Telephone conference with Richard A. Marshack re: hearing on order to show cause and writ (.50); Review homestead issue and moving papers (part) (.50); | 1.00 | 550.00 | 550.00 |
| 11/05/21 | TM | Review tentative ruling and filed omnibus opposition, written correspondence to Murad Salim re: service of opposition; | .50 | 350.00 | 175.00 |
| 11/07/21 | KAT | Review and analyze of motions and e-mail correspondence to Richard A. Marshack and D. Edward Hays re: same (.50); | .50 | 550.00 | 275.00 |
| 11/08/21 | DEH | Telephone conference with Richard A. Marshack re: trial strategy; | .50 | 650.00 | 325.00 |
| 11/08/21 | DEH | Courtcall re: hearing on court's order to show cause; | 3.50 | 650.00 | 2,275.00 |
| 11/08/21 | KAT | Preparation for order to show cause hearing (1.80); Attend hearing on order to show cause (3.50); | 5.30 | 550.00 | 2,915.00 |
| 11/08/21 | CB | Review and respond to e-mail from Laila Masud re: hearing on Marshack v Cavanuagh (.10); E-mail to Tinho Mang re: same (.10); | .20 | 260.00 | 52.00 |
| 11/08/21 | CB | E-mail to D. Edward Hays re: order to show cause hearing (.10); Review and respond to e-mail from D. Edward Hays re: same ( .10); | .20 | 260.00 | 52.00 |
| 11/08/21 | CB | Telephone conversation with D. Edward Hays re: continued hearing in Marshack v Cavanaugh (.10); Prepare telephone appearance for D. Edward Hays re: same (.10); Prepare telephonic appearance for Richard A. Marshack re: same (.10); E-mail to D. Edward Hays and Richard A. Marshack re: same ( .10); | .40 | 260.00 | 104.00 |
| 11/08/21 | CVH | Written correspondence re: hearing status (.20) (No Charge); | .20 | 490.00 | N/C |
| 11/08/21 | TM | Observe evidentiary hearing on order to show cause (No Charge); | 3.20 | 350.00 | N/C |
| 11/09/21 | DEH | Draft outline for closing argument; | 2.20 | 650.00 | 1,430.00 |
| 11/09/21 | DEH | Courtcall re: second and final day of evidentiary hearing; | 2.90 | 650.00 | 1,885.00 |

4

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/09/21 | CM | Review and analyze e-mail between Cynthia Bastida and Laila Masud re: preparation of objection (.10); Review case file for facts to support motion (.20); Prepare draft notice of motion and motion objecting to proof of claim no. 309-1 of Mamo LBMP Investors I LLC; memorandum of points and authorities; declaration of Richard A. Marshack in support (1.30); Draft e-mail to Cynthia Bastida re: same (.10); | 1.70 | 260.00 | 442.00 |
| 11/09/21 | KAT | Telephone conference with D. Edward Hays re: hearing (.20); Attend hearing and participate in post conference meeting (4.70); | 4.90 | 550.00 | 2,695.00 |
| 11/09/21 | TM | Written correspondence with D. Edward Hays re: outcome of evidentiary hearing and order to show cause; | .10 | 350.00 | 35.00 |
| 11/10/21 | KAT | Telephone conference with D. Edward Hays re: insurance issues (.30); Quick review of Travelers case and E-mail correspondence to D. Edward Hays re: same (.30); Telephone conference with Richard A. Marshack re: Travelers case and E-mail to Richard A. Marshack re: same (.20); Telephone call to Larry Treglia re: insurance (.10); Review E-mail correspondence with Chris Beatty, Skip Miller, Richard A. Marshack, D. Edward Hays and Richard Pachulski (20+) (.40); | 1.30 | 550.00 | 715.00 |
| 11/10/21 | CVH | Conference with D. Edward Hays re: trial (.20) (No Charge); | .20 | 490.00 | N/C |
| 11/10/21 | TM | Research re: citation to attachment lien unpublished case cited by court in vacating attachments and written correspondence with D. Edward Hays re: same; | .20 | 350.00 | 70.00 |
| 11/11/21 | DEH | Research re: exemptions and attachments re: appeal (.80); Written correspondence with Chris Beatty re: same (.30); | 1.20 | 650.00 | 780.00 |
| 11/11/21 | DEH | Review and revise proposed order after hearing vacating RTAOs and review order to show cause and notes from court's ruling re: same (.30); Written correspondence with Chris Beatty re: same (.20); | .50 | 650.00 | 325.00 |
| 11/11/21 | KAT | Telephone conference with Larry Treglia re: mediation and insurance issues (lengthy) and prepare memo re: same (1.30); Telephone conference with Richard A. Marshack re: insurance issues (.20); | 1.50 | 550.00 | 825.00 |
| 11/15/21 | DEH | Telephone conference with Richard A. Marshack re: issues re: form of order lodged by defendants; | .20 | 650.00 | 130.00 |
| 11/15/21 | DEH | Conference call with Richard A. Marshack, Chris Beatty, and Murad Salim re: objection to form of order; | .50 | 650.00 | 325.00 |
| 11/18/21 | KAT | Telephone conference with Larry Treglia re: insolvency information (.30); E-mail correspondence to Richard A. Marshack and D. Edward Hays re: documents (.20); | .50 | 550.00 | 275.00 |

**Exhibit "2"**
**Page 28**

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/18/21 | CB | Review e-mail from Bankruptcy Trustee Administrator re: Jeff Yoss and question on insurance (.10); E-mail to Laila Masud re: same (.10); Review and respond to e-mail from Laila Masud re: same (.10); | .30 | 260.00 | 78.00 |
| 11/18/21 | CB | Review and respond to e-mail from Laila Masud to Tad TRN Management re: insurance question; | .10 | 260.00 | 26.00 |
| 11/18/21 | LM | Review written correspondence from front office re: call from Jeffrey Yoss re: Hughes state court action (.10); Telephone conference with D. Edward Hays re: response to counsel's inquiry (.10); Leave voicemail for Tad Belshe re: same (.10); Draft written correspondence to Tad Belshe re: same (.10); | .40 | 390.00 | 156.00 |
| 11/18/21 | TM | Review entered sanctions order and written correspondence to Richard A. Marshack re: courtesy copy; (No Charge) | .10 | 350.00 | N/C |
| 11/19/21 | LM | Written correspondence with Jeff Yoss and D. Edward Hays re: responses to inquiries re: insurance concerning stayed state court litigation (.20); Draft written correspondence to Wen Tan re: same (.10); | .30 | 390.00 | 117.00 |
| 11/22/21 | DEH | Written correspondence with Wen Tan and Laila Masud re: RDI insurance policies; | .20 | 650.00 | 130.00 |
| 11/22/21 | KAT | Telephone conference with Chris Beatty re: documents needed for insurance demand (lengthy) (.50); | .50 | 550.00 | 275.00 |
| 11/22/21 | LM | Review and analyze written correspondence from Jeff Nolan re: subpoena served by defendants on debtor's former counsel and potential attorney client privilege issues (.10); Draft written correspondence to D. Edward Hays re: same (.10); | .20 | 390.00 | 78.00 |
| 11/23/21 | CB | Review and respond to e-mail from Laila Masud re: settlement agreement with US Foods and draft 9019; | .10 | 260.00 | 26.00 |
| 11/23/21 | LM | Review and analyze state court docket, complaint and correspondences from Tad Belshe and Wen Tan re: insurance to cover Hughes v. RDI action and potential stay violation due to filing of complaint post petition (.50); Draft written correspondence to Jeff Yoss re: same (.10); | .60 | 390.00 | 234.00 |
| 12/01/21 | KAT | Review and provide comments on policy limit demand to Cavanaugh and Kosmides (.90); | .90 | 550.00 | 495.00 |
| 12/01/21 | CB | Review case file in preparation for draft settlement agreement with US Food (.10); Prepare draft settlement re: same (.10); | .20 | 260.00 | 52.00 |

6

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/03/21 | KAT | E-mail correspondence with Larry Treglia (.20); E-mail correspondence to Chris Beatty re: Larry Treglia (.10); Review revised policy limits demand (.40); E-mail correspondence to D. Edward Hays and Richard A. Marshack re: authorization (.10); E-mail correspondence to Chris Beatty re: timing, parties and authority (.30); Telephone conference with Richard A. Marshack re: authority and timing (.20); E-mail correspondence with Chris Beatty re: second letter and timing (.20); Quick review or exhibits to demand (.40); E-mail correspondence from Richard A. Marshack re: approvals (multiple) (.10); | 2.00 | 550.00 | 1,100.00 |
| 12/03/21 | CB | Review and respond to e-mail from Bankruptcy Trustee Administrator re: voicemail from Ruby's creditor re: payment and status of case; | .10 | 260.00 | 26.00 |
| 12/05/21 | KAT | Review issues related to policy limits demand for discussion with Chris Beatty (.80); | .80 | 550.00 | 440.00 |
| 12/06/21 | DEH | Telephone conference with Richard A. Marshack re: litigation issues; | .30 | 650.00 | 195.00 |
| 12/06/21 | DEH | Draft written correspondence to Sam Schwartz re: resolving open issues; | .20 | 650.00 | 130.00 |
| 12/06/21 | CM | Review and analyze multiple e-mails from Kristine A. Thagard re: exhibits from Christopher Beatty and finalizing policy demand letter (.10); Draft e-mail to Cynthia Bastida and Kristine A. Thagard re: same (.10); | .20 | 260.00 | 52.00 |
| 12/06/21 | KAT | E-mail correspondence to Chris Beatty re: demand letter and potential issues (.30); Telephone conference with Larry Treglia re: coverage and pleading issues (.40); E-mail correspondence to Cynthia Bastida re: demand letter and exhibits (.10);  Telephone conference with Chris Beatty re: demand letter (.30); | 1.10 | 550.00 | 605.00 |
| 12/06/21 | CB | Marshack v. Cavanaugh - Review e-mail from Kathleen Frederick re: exhibits in support of demand policy demand to Larry Treglia (.10); Review voluminous exhibits in support of same (.20); Review and finalize draft letter re: same (.10); E-mail to Kristine A. Thagard re: approval of same (.10); | .50 | 260.00 | 130.00 |
| 12/07/21 | KAT | E-mail correspondence to Chris Beatty re: demand letters (.10); Review revised demand letter and second letter to "Restaurants" carrier (.40); | .50 | 550.00 | 275.00 |
| 12/07/21 | CB | E-mail to Kristine A. Thagard re: status of Marshack v Cavanaugh policy demand letter; | .10 | 260.00 | 26.00 |
| 12/07/21 | CB | Review and respond to e-mail from Kristine A. Thagard re: Marshack v Cavanaugh letter with exhibits to be sent out; | .10 | 260.00 | 26.00 |

Exhibit "2"
Page 30

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 12/08/21 | KAT | Telephone conference with Cynthia Bastida re: exhibits to letters (.10); E-mail correspondence to Chris Beatty re: authorization and exhibits (.20); Review E-mail correspondence re: demand letters (10+) (.30); Review first policy limit demand letter with exhibits, including redactions (.30); Telephone conference with Cynthia Bastida re: letters and exhibits (.30); Follow-up e-mail to Chris Beatty re: exhibits for "restaurants" letter (.10); Review final letters with exhibits (.30); E-mail correspondence to Larry Treglia with demand letters (.20); | 1.80 | 550.00 | 990.00 |
| 12/08/21 | CB | Review and revise e-mail from Kristine A. Thagard re: exhibits in support of policy demand letter to Larry Treglia (.10); Review and mark exhibits in support of same (.30); E-mail to Kristine A. Thagard re: same (.10); Finalize letter re: same (.20); E-mail to Kristine A. Thagard re: same (.10); | .80 | 260.00 | 208.00 |
| 12/08/21 | CB | Review e-mail from Christopher Beatty re: policy demand letter (.10); Review and respond to e-mail from Kristine A. Thagard re: same (.10); Review exhibits for identifying information (.20); Redact exhibit H re: same (.20); Identify and mark exhibits in support of same (.30); Revise and finalize letter re: same (.20); E-mail to Kristine A. Thagard re: same (.10); Further revisions to letter (.10); Finalize and e-mail to Kristine A. Thagard re: same (.10); | 1.40 | 260.00 | 364.00 |
| 12/08/21 | CB | Revise policy demand letter re: Beachcomber - Marshack v Cavanaugh (.20); Telephone conversation with Kristine A. Thagard re: same (.10); E-mail to Kristine A. Thagard re: same (.10); | .40 | 260.00 | 104.00 |
| 12/08/21 | LM | Review written correspondence from D. Edward Hays to counsel for US Foods re: settlement agreement; | .10 | 390.00 | 39.00 |
| 12/09/21 | KAT | E-mail correspondence with Chris Beatty re: policy limit demand (multiple) (.20); Telephone conference with Larry Treglia re: demand letters and mediation (.20); E-mail correspondence to Chris Beatty re: positions and mediation (.20); Telephone conference with Richard A. Marshack re: mediation (.20); | .80 | 550.00 | 440.00 |
| 12/09/21 | CB | Review and respond to e-mail from Tinho Mang re: withdrawal of lis pendens; | .10 | 260.00 | 26.00 |
| 12/13/21 | KAT | Telephone conference with Larry Treglia (multiple) re: demand and notes of issues (.30); Telephone conference with Chris Beatty re: mediation and advisability (.60); | .90 | 550.00 | 495.00 |
| 12/14/21 | KAT | E-mail correspondence with Larry Treglia re: briefs and policy limits (multiple) (.20); E-mail correspondence with Chris Beatty re: brief (.10); Telephone conference with Richard A. Marshack re: mediation; E-mail correspondence from Chris Beatty re: statement of appeal and e-mail correspondence from D. Edward Hays re: same (.20); | .60 | 550.00 | 330.00 |

8

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/15/21 | KAT | Telephone conference with Jamie Vogel re: briefs and mediation (.20); Review and analyze mediation brief of Cavanaugh and Kosmides (.70); Review and analyze mediation brief of Plaintiff (.40); E-mail correspondence with Chris Beatty re: remaining policy (.10); Conference with Richard A. Marshack re: mediation (.10); | 1.50 | 550.00 | 825.00 |
| 12/17/21 | KAT | Attend and participate in mediation (part) (6.50); | 6.50 | 550.00 | 3,575.00 |
| 12/18/21 | KAT | E-mail correspondence with Larry Treglia re: mediation and settlement (.20); | .20 | 550.00 | 110.00 |
| 1/01/22 | CB | Review and respond to e-mail from Holly Martens re: transcript for April 7, 2021 hearing on De Novo final fee application (.10); E-mail to D. Edward Hays and Brad N. Barnhardt re: same (.10); | .20 | 260.00 | 52.00 |
| 1/11/22 | CB | Review and respond to e-mail from Laila Masud re: e-mail from secured or unsecured creditor and update on Ruby's case; | .10 | 260.00 | 26.00 |
| 1/13/22 | CB | E-mail to Kevin re: status of Ruby's diner (.10); E-mail to Laila Masud and D. Edward Hays re: same (.10); Review and respond to e-mail from Kevin re: same (.10); E-mail to Laila Masud and D. Edward Hays re: same (.10); | .40 | 260.00 | 104.00 |
| 1/18/22 | DEH | Written correspondence with Aaron Davis and Laila Masud re: settlement agreement; | .20 | 650.00 | 130.00 |
| 2/01/22 | KAT | Telephone conference from Larry Treglia re: settlement agreement (.20); E-mail correspondence to Chris Beatty re: settlement agreement (.10); | .30 | 550.00 | 165.00 |
| 2/02/22 | DEH | Written correspondence with Aaron Davis re: settlement (.20); Written correspondence with Laila Masud re: motion to approve compromise (.10); | .30 | 650.00 | 195.00 |
| 2/02/22 | CB | Review and respond to e-mail from Laila Masud re: status of 9019 motion with US Foods (.10); Review case file in preparation re: same (.10); Prepare draft 9019 motion re: same (.40); E-mail to Laila Masud re: same (.10); | .70 | 260.00 | 182.00 |
| 2/02/22 | TM | Review and research re: proposed appellate brief draft in RDI appeal and written correspondence with D. Edward Hays re: same; | .40 | 350.00 | 140.00 |
| 2/03/22 | KAT | Telephone conference with Chris Beatty re: settlement (.30); Review and analyze revisions of D. Edward Hays to appeal and issues re: writs (.30); Telephone conference with Larry Treglia re: delay in settlement comments (.20); | .80 | 550.00 | 440.00 |
| 2/03/22 | CB | Review and respond to e-mail from Kathleen Frederick re:; service of Rub's LB landlord claim objection; | .10 | 260.00 | 26.00 |
| 2/04/22 | KAT | E-mail correspondence with Larry Treglia re: appellate brief and settlement agreement (.20); | .20 | 550.00 | 110.00 |

9

### MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/14/22 | DEH | Written correspondence with Chris Beatty re: settlement and appeal; | .20 | 650.00 | 130.00 |
| 2/14/22 | DEH | Written correspondence with Aaron Davis re: form of settlement agreement; | .20 | 650.00 | 130.00 |
| 2/14/22 | KAT | E-mail correspondence from Larry Treglia re: settlement agreement and E-mail correspondence to Chris Beatty re: same (.20); E-mail correspondence from Chris Beatty re: appeal deadlines and offer for extension and E-mail correspondence to Larry Treglia re: same (.20); Review of proposed settlement agreement and review issues related to stipulated judgment (1.30). | 1.70 | 550.00 | 935.00 |
| 2/15/22 | KAT | Telephone conference with Richard A. Marshack re: settlement agreement parties (.20); Review of Lloyd's Policy and Scottsdale policy for purposes of settlement agreement (1.80); Analysis of issues from policy and draft lengthy letter re: same and prepare proposed revisions (3.50); | 5.50 | 550.00 | 3,025.00 |
| 2/16/22 | KAT | Review and analyze response of Chris Beatty to proposed revisions and prepare for Telephone conference (.40); Telephone conference with Chris Beatty re: settlement agreement and stipulation (.70); Review organization chart of RDI and e-mail correspondence to Chris Beatty re: same (.10); | 1.20 | 550.00 | 660.00 |
| 2/23/22 | DEH | Review and analyze settlement agreement between RDI and RFS trustees re: insiders' contention that settlement of D&O claims extend to Mastan's claims to recover on shareholder loans (.20); Written correspondence with Peter Mastan and Richard A. Marshack re: same (.20); Written correspondence with Chris Beatty, Jamie Vogel, and Kristine A. Thagard re: structuring language of releases to avoid releases that purport to release claims not held by RDI estate (.20); | .60 | 650.00 | 390.00 |
| 2/23/22 | KAT | E-mail correspondence with Chris Beatty and D. Edward Hays re: status of revision to settlement agreement (multiple) (.20); Telephone conference with Larry Treglia re: settlement and writ issues and notes re: same (.30); E-mail correspondence to Chris Beatty and D. Edward Hays issues (.30); E-mail correspondence with Chris Beatty re: writs (.10); | .90 | 550.00 | 495.00 |
| 3/01/22 | CB | E-mail to D. Edward Hays and Laila Masud re: status of remaining amount owed to Maria DeNovo; | .10 | 260.00 | 26.00 |
| 3/02/22 | CB | Review and respond to e-mail from Holly Martens outstanding invoice (.10); E-mail to accounting re: same (.10); | .20 | 260.00 | 52.00 |
| 3/02/22 | CB | Revise and finalize voluntary dismissal (.30); Prepare judge's copy re: same (.10); E-mail to Laila Masud re: same (.10); | .50 | 260.00 | 130.00 |
| 3/04/22 | CB | Review case file to obtain motion for reconsideration (.30); Prepare shell re: same (.20); E-mail to Maria Johnson re: same (.10); | .60 | 260.00 | 156.00 |
| 3/08/22 | CB | Review e-mail from Maria Johnson re: motion for reconsideration; | .10 | 260.00 | 26.00 |

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/09/22 | DEH | Written correspondence with Richard A. Marshack and Kristine A. Thagard re: settlement and scope of releases; | .30 | 650.00 | 195.00 |
| 3/09/22 | KAT | E-mail correspondence with Ed Hays re: settlement agreement and issues (multiple) (.20); | .20 | 550.00 | 110.00 |
| 3/13/22 | KAT | Review correspondence from Larry Treglia re: settlement agreement (.10); Review proposed stipulation and judgment (.10); Review and analyze revised settlement agreement (.80); | 1.00 | 550.00 | 550.00 |
| 3/14/22 | KAT | Review Lloyds policy and prepare comments to current settlement agreement draft (.70); E-mail correspondence to Chris Beatty re: comments (.30); Telephone conference with Laila Masud re: potential assignment and agreements (.40); Review 9019 motion and attached agreements for potential assignment (.40); Telephone conference with Richard A. Marshack re: assignment and e-mail correspondence to Richard A. Marshack re: same (.20); | 2.00 | 550.00 | 1,100.00 |
| 3/14/22 | LM | Telephone conference with Kristine A. Thagard re: netdown agreement, license agreement, and compromise between relief from stay Trustee and estate and potential assignment of claims (.20); Written correspondences (x4) with Tinho Mang and Kristine A. Thagard re: same (.20); | .40 | 390.00 | 156.00 |
| 3/15/22 | KAT | E-mail correspondence with Chris Beatty re: assignment (.10); | .10 | 550.00 | 55.00 |
| 3/15/22 | CB | Telephone conversation with staff re: signed assignment (.10); E-mail to staff re: same (.10); | .20 | 260.00 | 52.00 |
| 3/17/22 | CB | Review e-mail from Maria Johnson re: motion for reconsideration (10); Telephone conversation with Laila Masud re: same (.10); E-mail to Megan Soltysinski re: same (.10); | .30 | 260.00 | 78.00 |
| 3/28/22 | DEH | Telephone conference with Laila Masud re: US Foods' request to include reciprocal releases in settlement agreement and recommendation to Trustee re: same; | .20 | 650.00 | 130.00 |
| 3/29/22 | CB | Telephone conversation Kathleen Frederick re: service list of distribution motion; | .20 | 260.00 | 52.00 |
| 3/29/22 | CB | Telephone conversation with Laila Masud re: distribution motion, execution settlement agreement with director's and officers, and motion with US foods; | .20 | 260.00 | 52.00 |
| 3/29/22 | CB | E-mail to D. Edward Hays re: fully executed settlement agreement with directors and officers; | .10 | 260.00 | 26.00 |
| 3/29/22 | LM | Telephone conference with D. Edward Hays, Pam Kraus and Richard A. Marshack re: strategy moving forward on expediting payment to secure noteholders and surcharge for adminsitrative costs associated with benefit provided; | .50 | 390.00 | 195.00 |

Exhibit "2"
Page 34

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/29/22 | LM | Telephone conference with Cynthia Bastida re: status of various anticipated filings in coming weeks including directors and officers settlement agreement/9019, motion for distribution to secured noteholders and US Foods settlement; | .20 | 390.00 | 78.00 |
| 3/31/22 | CB | E-mail to Kathleen Frederick re: service of interim distribution motion; | .10 | 260.00 | 26.00 |
| 4/05/22 | DEH | Telephone conference with Laila Masud re: settlement agreement and motion to approve compromise with US Foods; | .20 | 680.00 | 136.00 |
| 4/05/22 | CB | Review and respond to correspondence from Laila Masud re: status of fully executed settlement agreement with Directors and Officers (.10); E-mail to D. Edward Hays re: same (.10); | .20 | 260.00 | 52.00 |
| 4/05/22 | LM | Written correspondence with D. Edward Hays and Cynthia Bastida re: 9019 on directors and officers settlement and executed agreement; | .10 | 420.00 | 42.00 |
| 4/06/22 | CB | Telephone conversation with Laila Masud re: fully executed settlement agreement from Chris Beatty; | .10 | 260.00 | 26.00 |
| 4/06/22 | LM | Conference with Tinho Mang re: executed directors and officers settlement agreement (.10); Written correspondence with Cynthia Bastida re: obtaining copy from special litigation counsel (.10); Review written correspondence from D. Edward Hays re: same (.10); | .30 | 420.00 | 126.00 |
| 4/08/22 | CB | E-mail to Laila Masud re: status of D&O 9019 motion; | .10 | 260.00 | 26.00 |
| 4/11/22 | CB | Review and respond to e-mail from Laila Masud re: follow up on executed settlement agreement in US Foods (.10); E-mail to Aaron Davis re: same (.10); | .20 | 260.00 | 52.00 |
| 4/11/22 | CB | Review and respond to e-mail from Aaron Davis re: status of execution of settlement agreement with US Foods; (No Charge) | .10 | 260.00 | N/C |
| 4/12/22 | CB | Review e-mail from Aaron Davis re: status of executed settlement agreement (.10); E-mail to Laila Masud re: same (.10); (No Charge) | .20 | 260.00 | N/C |
| 4/12/22 | CB | Review case file in preparation for draft 9019 motion with directors and officers (.10); Prepare draft re: same (.50); E-mail to Laila Masud re: same (.10); | .70 | 260.00 | 182.00 |
| 4/12/22 | CB | Review and respond to e-mail from Laila Masud re: 9019 motion with US Foods and response to Aaron Davis; | .10 | 260.00 | 26.00 |
| 4/12/22 | LM | Written correspondences (x5) with Aaron Davis and Cynthia Bastida re: US foods settlement and responses to inquiries re: status of directors and officers litigation; | .20 | 420.00 | 84.00 |
| 4/13/22 | CB | Review and respond to e-mail from Laila Masud re: status of 9019 motion with US foods (.10); E-mail to Kathleen Frederick re: same (.10); | .20 | 260.00 | 52.00 |

12

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/13/22 | LM | Draft, revise and supplement 9019 re: directors and officers claims; | 1.90 | 420.00 | 798.00 |
| 4/18/22 | CB | Correspondence to Laila Masud re: status of executed agreement with US Food (.10); E-mail to Aaron Davis re: status of same (.10); | .20 | 260.00 | 52.00 |
| 4/20/22 | CB | E-mail to Bankruptcy Trustee Administrator re: service envelopes in support of notice of 9019 motion with US Foods; | .10 | 260.00 | 26.00 |
| 4/20/22 | CB | Review correspondence from Laila Masud re: notice of motion and motion to set administrative Chapter 11 claims bar date (.10); Review case file re: same (.10); E-mail to Laila Masud re: same (.10); | .30 | 260.00 | 78.00 |
| 4/21/22 | CB | E-mail to Aaron Davis re: status of executed agreement with US Foods (.10); Telephone call to Aaron Davis re: same (.10); E-mail to Laila Masud re: same (.10); Review and respond to e-mail from Aaron Davis re: status of same (.10); | .40 | 260.00 | 104.00 |
| 4/27/22 | LM | Review, analyze, and outline claims and defenses to same for 9019 motion analysis of A&C factors by reviewing prior filed pleadings in adversary; | 2.20 | 420.00 | 924.00 |
| 4/29/22 | CB | Telephone conversation with Tinho Mang re: 9019 motion with directors and officers; | .10 | 260.00 | 26.00 |
| 4/29/22 | LM | Review written correspondence from Tinho Mang re: revisions to 9019 re: directors and officers settlement (.10); Review and analyze written correspondence from Chris Beatty re: same (.10); Telephone conference with Tinho Mang re: same (.10); Review written correspondence from Tinho Mang re: filing deadline of May 2 per agreement (.10); Written correspondence D. Edward Hays re: review of same for Monday filing (.10); | .50 | 420.00 | 210.00 |
| 4/29/22 | TM | Review and propose revisions to settlement motion from Chris Beatty (2.0); Telephone conferences with Richard A. Marshack (.10), Laila Masud (.10), and Pam Kraus (.20) re: same; | 2.40 | 390.00 | 936.00 |
| 5/02/22 | DEH | Review and supplement motion to approve compromise of D&O litigation (1.60); Written correspondence with Chris Beatty and Richard A. Marshack re: same (.20); | 1.80 | 680.00 | 1,224.00 |
| 5/02/22 | DEH | Research re: authority of Trustee to utilize longer reach-back periods available to IRS and federal government and authority to pay special counsel contingency fee of settlement recoveries to supplement motion to approve compromise; | 1.20 | 680.00 | 816.00 |
| 5/02/22 | DEH | Telephone conference with Richard A. Marshack re: RDI motion to approve compromise; | .20 | 680.00 | 136.00 |
| 5/02/22 | DEH | Telephone conference with Richard A. Marshack and Chris Beatty re: revisions and supplement to motion to approve compromise; | .50 | 680.00 | 340.00 |

### MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 5/02/22 | DEH | Draft insert to motion to approve compromise of D&O claims to request authority for Trustee to pay 10% of the net recoveries to the RFS estate pursuant to the court-approved compromise (.50); Written correspondence with Chris Beatty and Richard A. Marshack re: same (.20); | .70 | 680.00 | 476.00 |
| 5/02/22 | CB | E-mail to Kathleen Frederick re: 9019 motion with Trustee and Directors and Officers (.10); Review and respond to e-mail from Kathleen Frederick re: same (.10); | .20 | 260.00 | 52.00 |
| 5/02/22 | CB | Review settlement agreement (.10); E-mail to D. Edward Hays re: status of fully executed agreement (.10); | .20 | 260.00 | 52.00 |
| 5/02/22 | CB | E-mail to D. Edward Hays re: 9019 motion with directors and officers; | .10 | 260.00 | 26.00 |
| 5/02/22 | CB | E-mail to Kathleen Frederick re: special counsel handling filing of 9019 motion with directors and officers; | .10 | 260.00 | 26.00 |
| 5/02/22 | CB | Review and respond to e-mail from Tinho Mang re: fully executed settlement agreement with Trustee and directors and officers; | .10 | 260.00 | 26.00 |
| 5/02/22 | TM | Review written correspondences between Chris Beatty and D. Edward Hays re: revisions to settlement motion and review revisions (No Charge); | .20 | 390.00 | N/C |
| 5/02/22 | TM | Review and comment proposed declaration of Richard A. Marshack from special counsel and written correspondence with Chris Beatty and Murad Salim re: same; | .10 | 390.00 | 39.00 |
| 5/02/22 | TM | Telephone conference with Richard A. Marshack re: review and revision of declaration in support of compromise motion; | .20 | 390.00 | 78.00 |
| 5/02/22 | TM | Multiple written correspondences with Murad Salim re: service requirements for motion (No Charge); | .10 | 390.00 | N/C |
| 5/03/22 | LM | Written correspondences with Richard A. Marshack re: filing of directors and officers settlement and hearing date of July 12; | .10 | 420.00 | 42.00 |
| 5/03/22 | LM | Review written correspondences from Tinho Mang, Pam Kraus, Richard Pachulski and Richard A. Marshack re: estimated timing of payment on directors and officers settlement and anticipated interim motion for distribution; | .20 | 420.00 | 84.00 |
| 5/03/22 | TM | Further written correspondence with Murad Salim re: service requirements (No Charge); | .10 | 390.00 | N/C |
| 5/03/22 | TM | Telephone conference with Richard A. Marshack re: hearing on compromise motion and interplay with sanctions; | .10 | 390.00 | 39.00 |
| 5/04/22 | CB | E-mail to Aaron David re: status of executed agreement with US Foods; | .10 | 260.00 | 26.00 |

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 5/06/22 | DEH | Written correspondence with Chapter 11 administrative claimants re: projected recoveries and distributions; | .20 | 680.00 | 136.00 |
| 5/06/22 | CB | Review e-mail from Murad Salim re: service of 9019 motion (.10); Review and respond to e-mail from Kristine A. Thagard re: same (.10); | .20 | 260.00 | 52.00 |
| 5/09/22 | DEH | Review and revise motion set administrative claims bar date (.70); Written correspondence with Laila Masud re: same (.20); | .90 | 680.00 | 612.00 |
| 5/09/22 | CB | Review and respond to e-mail from Kristine A. Thagard re: service list on 9019 motion with directors and officers (.10); E-mail to Kathleen Frederick re: same (.10); Telephone conversation with Kathleen Frederick re: same (.20); | .40 | 260.00 | 104.00 |
| 5/09/22 | CB | Telephone conversation with Kathleen Frederick re: motion for administrative claims bar dates (.10); E-mail to Kathleen Frederick re: same (.10); | .20 | 260.00 | 52.00 |
| 5/09/22 | CB | E-mail to Aaron Davis re: status of 9019 with US foods; | .10 | 260.00 | 26.00 |
| 5/09/22 | CB | Review and respond to e-mail from Laila Masud re: 9019 motion with US foods on negative notice; | .10 | 260.00 | 26.00 |
| 5/09/22 | CB | Review and respond to e-mail from Laila Masud re: status of Chapter 11 administrative claims bar date; | .10 | 260.00 | 26.00 |
| 5/09/22 | LM | Review written correspondences (x5) from Pam Kraus and D. Edward Hays re: funding for directors and officers settlement and W-9 to be provided; | .20 | 420.00 | 84.00 |
| 5/10/22 | CB | E-mail to Kathleen Frederick re: service list for US Foods (.10); E-mail to Kathleen Frederick re: same (.10); | .20 | 260.00 | 52.00 |
| 5/11/22 | CB | E-mail to Laila Masud re: master distribution agreement and letter agreement (.10); Review and respond to e-mail from Laila Masud re: same (.10); E-mail to D. Edward Hays re: same (.10); E-mail to Laila Masud re: status of same and approval for call to counsel for US Foods (.10); | .40 | 260.00 | 104.00 |
| 5/11/22 | CB | Prepare draft notice of 9019 motion with US Foods (.20); E-mail to Laila Masud re: approval of same (.10); | .30 | 260.00 | 78.00 |
| 5/11/22 | CB | Telephone conversation with Aaron Davis re: master distribution agreement and letter agreement and 9019 motion with directors and officers (.20); Review 9019 motion with directors and officers re: distribution to unsecured creditors (.10); E-mail to Aaron Davis re: same (.10); | .40 | 260.00 | 104.00 |
| 5/11/22 | CB | E-mail to D. Edward Hays and Laila Masud re: request of non use of master distribution agreement and letter agreement and/or protective order required (.10); Review and respond to e-mail from Laila Masud re: same (.10); | .20 | 260.00 | 52.00 |

15

Exhibit "2"
Page 38

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 5/11/22 | CB | E-mail to Trustee re: execution of declaration in support of 9019 motion with US Foods and execution of settlement agreement in support; | .10 | 260.00 | 26.00 |
| 5/11/22 | CB | E-mail to Kathleen Frederick re: preparation of service of 9019 motion with US Foods; | .10 | 260.00 | 26.00 |
| 5/11/22 | CB | Review and respond to e-mail from Aaron Davis re: executed settlement agreement from US Foods and status of MDA and LA being pulled out as exhibits (.10); E-mail to Laila Masud re: same (.10); | .20 | 260.00 | 52.00 |
| 5/11/22 | CB | E-mail to Pam Kraus re: request for execution of declaration and settlement agreement for 9019 motion with US Foods (.10); Review and respond to e-mail from Pam Kraus re: same (.10); | .20 | 260.00 | 52.00 |
| 5/11/22 | CB | Review and respond to e-mail from Aaron Davis re: hand signature on settlement agreement (.10); Review further e-mail from Aaron Davis re: digital signature on settlement agreement (.10); | .20 | 260.00 | 52.00 |
| 5/11/22 | CB | Revise 9019 motion with US Foods to include footnote on confidentiality of MDA and LA (.10); Revise notice of motion re: same (.10); E-mail to Laila Masud re: approval of same (.10); | .30 | 260.00 | 78.00 |
| 5/11/22 | CB | Review and respond to e-mail from Richard A. Marshack re: signature on declaration and settlement agreement; | .10 | 260.00 | 26.00 |
| 5/11/22 | CB | Review and respond to e-mail from Laila Masud re: approval of notice of 9019 motion with US Foods; | .10 | 260.00 | 26.00 |
| 5/11/22 | CB | E-mail to Bankruptcy Trustee Administrator re: service of 9019 motion with US Foods (.10); Review and respond to e-mail from Bankruptcy Trustee Administrator re: same (.10); | .20 | 260.00 | 52.00 |
| 5/11/22 | CB | Revise and finalize 9019 motion with US Foods (.50); Identify and mark exhibits in support of same (.40); Revise and finalize notice of motion re: same (.40); E-mail to Laila Masud re: same (.10); | 1.40 | 260.00 | 364.00 |
| 5/11/22 | CB | E-mail to Mike Gregoire re: service project for 9019 motion and notice of motion with US Foods; | .10 | 260.00 | 26.00 |
| 5/11/22 | CB | Review of case file to obtain master distribution agreement and agreement letter; | 1.00 | 260.00 | 260.00 |
| 5/13/22 | CB | Review docket to determine if 1029 reports have been filed (.10); E-mail to Laila Masud re: same (.10); Telephone call to Mr. Pachulski re: status of same (.10); Further e-mail to Laila Masud re: same (.10); | .40 | 260.00 | 104.00 |
| 5/13/22 | CB | Review and respond to e-mail from Layla Buchanan re: Ruby's Trustee document for ABC; | .10 | 260.00 | 26.00 |
| 5/16/22 | DEH | Written correspondence with Richard A. Marshack re: interim fee applications and timing for payment of claims; | .20 | 680.00 | 136.00 |

16

**Exhibit "2"**
**Page 39**

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 5/16/22 | CB | Review and respond to e-mail from Bankruptcy Trustee Administrator re: message from Marcia Clark; | .10 | 260.00 | 26.00 |
| 5/16/22 | CB | Review and respond to e-mail from Laila Masud re: 1019 reports to be filed by Pachulski's office; | .10 | 260.00 | 26.00 |
| 5/18/22 | CB | Telephone conversation with Connie Wilson re: promissory note under deceased husband's name (.30); E-mail to Pam Kraus re: same (.10); Review and respond to e-mail from Pam Kraus re: same (.10); | .50 | 260.00 | 130.00 |
| 5/19/22 | CB | Review and respond to e-mail from Pam Kraus re: telephone call with Connie Wilson; | .10 | 260.00 | 26.00 |
| 5/19/22 | CB | E-mail to Mr. Pachulski re: status of 1019 report; | .10 | 260.00 | 26.00 |
| 6/06/22 | CB | E-mail to Mr. Pachulski re: status of 1019 reports (.10); E-mail to Laila Masud re: same (.10); | .20 | 260.00 | 52.00 |
| 6/07/22 | CB | Review and respond to e-mail from Kristine A. Thagard re: motion to approve procedure for confirmation of list (.10); Review motion re: same (.50); E-mail to Kristine A. Thagard re: same (.10); | .70 | 260.00 | 182.00 |
| 6/07/22 | CB | Telephone conversation with Laila Masud re: order granting 9019 motion with US Food (.10); Review and respond to e-mail from Laila Masud re: same (.10); Review further e-mail from Laila Masud re: approval of language of order re: same (.10); | .30 | 260.00 | 78.00 |
| 6/07/22 | CB | Revise and finalize declaration that no party has requested hearing on 9019 motion with US Foods (.20); Identify and mark exhibits in support of same (.10); Revise and finalize order granting same (.20); Prepare judge's copy re: same (.10); E-mail to Laila Masud re:; same (.10); | .70 | 260.00 | 182.00 |
| 6/08/22 | CB | Review and respond to e-mail from Laila Masud re: order approving 9019 motion; | .10 | 260.00 | 26.00 |
| 6/13/22 | TM | Review appellate docket and written correspondence to Chris Beatty re: hearing coverage on Thursday (No Charge); | .10 | 390.00 | N/C |
| 6/15/22 | CB | Telephone conversation with Laila Masud re: revise setting claim bar motion on Ruby's Diner, Ruby's Oceanside and Ruby's Huntington Beach; | .10 | 260.00 | 26.00 |
| 6/15/22 | CB | E-mail to Kathleen Frederick re: update of address of Debbie Simmons (.10); Review and respond to e-mail from Kathleen Frederick re: same (.10); | .20 | 260.00 | 52.00 |
| 6/15/22 | LM | Conference with Richard A. Marshack re: status of settlement re: directors and officers and payment to secured noteholders; | .30 | 420.00 | 126.00 |
| 7/08/22 | TM | Written correspondence with Murad Salim re: tentative for compromise motion and lodging order; | .10 | 390.00 | 39.00 |

17

### MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/11/22 | DEH | Written correspondence with Murad Salim re: proposed revisions to order (.20); Review and revise proposed order granting motion to approve compromise (.20); | .40 | 680.00 | 272.00 |
| 7/11/22 | CB | Review and respond to e-mail from Kristine A. Thagard re: interim distribution motion; | .10 | 260.00 | 26.00 |
| 7/12/22 | CB | Review and respond to e-mail from Kristine A. Thagard re: status of motion to approve procedure for confirmation of list; | .10 | 260.00 | 26.00 |
| 7/12/22 | CB | Review and respond to e-mail from Kathleen Frederick re: revisions to chart of secured noteholders to be included in motion; | .10 | 260.00 | 26.00 |
| 7/12/22 | CB | Review motion to approve procedure for confirmation list (.10); Review judge's self-calendaring dates (.10); E-mail to Kristine A.Thagard re: same (.10); | .30 | 260.00 | 78.00 |
| 7/13/22 | CB | Review and respond to e-mail from Kristine A. Thagard re: change of hearing date to August 16, 2022 on motion to approve procedures; | .10 | 260.00 | 26.00 |
| 7/18/22 | CB | E-mail to Kristine A. Thagard re: status of motion to approve procedures; | .10 | 260.00 | 26.00 |
| 7/21/22 | CB | Revise motion to approve procedures for secured noteholder list (.50); Review multiple documents to determine exhibits in support of motion (1.50); | 2.00 | 260.00 | 520.00 |
| 8/15/22 | KAT | Review and revise stipulation for dismissal of adversary proceeding and proposed order (.50); E-mail correspondence re: proposed dismissal (multiple) (.20); Review demand letter and declaratory relief action (part) and e-mail correspondence re: same (.50); | 1.20 | 550.00 | 660.00 |
| 8/29/22 | DEH | Written correspondence with Chris Beatty, Murad Salim, and Kristine A. Thagard re: assignment of claims; | .20 | 680.00 | 136.00 |
| 8/29/22 | DEH | Review and revise assignment of claims (.40); Written correspondence with Chris Beatty and Murad Salim re: same (.20); | .60 | 680.00 | 408.00 |
| 9/12/22 | LM | Telephone conference with Richard A. Marshack and Pam Kraus re: 9019s with Donlin and Golden Goodrich; | .30 | 420.00 | 126.00 |
| 9/13/22 | KAT | Review Assignment of Claim agreement and E-mail correspondence with D. Edward Hays and Chris Beatty re: same (.30); | .30 | 550.00 | 165.00 |
| | | **Sub-Total Fees:** | **121.00** | | **$ 55,902.00** |

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

15 Secured Note Holders

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/21 | KAT | E-mail correspondence with Len Shulman re: documents concerning secured note holders (multiple) (.30); E-mail correspondence from Chuck Klaus re: committee (.10); Review and analyze collateral agent and Intercreditor agreement (.70); Review and analyze credit agreement (.60); | 1.70 | 550.00 | 935.00 |
| 11/02/21 | KAT | Review original Security Agreement and First Amendment (.80); Review Amended and Restated Secured Promissory Note (.70); Review additional documents from Len Shulman (.50); Prepare notes on relevant provisions of documents from distribution analysis (.70); | 2.80 | 550.00 | 1,540.00 |
| 11/11/21 | KAT | Analysis of issues with secured not holder lists (.30); Telephone conference with Kathleen Frederick re: various lists and calculation of percentages (.20); review secured creditor chart and numbers (.30); | .80 | 550.00 | 440.00 |
| 11/23/21 | KAT | Analysis of needed motion and e-mail correspondence to Cynthia Bastida re: same (.40); | .40 | 550.00 | 220.00 |
| 11/24/21 | CB | Review and respond to e-mail from Kristine A. Thagard re: motion to authorize distribution to secured note holders; | .10 | 260.00 | 26.00 |
| 12/06/21 | KAT | Review outline for distribution motion, prior sale and draft list of issues for motion (1.80); E-mail correspondence to Richard A. Marshack re: motion (.20); | 2.00 | 550.00 | 1,100.00 |
| 12/14/21 | LM | Telephone conference with John Hanna re: update on potential distribution prior to end of year to secured investors; | .10 | 390.00 | 39.00 |
| 1/22/22 | KAT | Review information on secured note holders (.50); Draft motion for distribution to secured note holders (.90); | 1.40 | 550.00 | 770.00 |
| 3/29/22 | KAT | Telephone conference with Richard A. Marshack, Pam Kraus, Laila Masud and Mike Issa re: secured note holders (.20); E-mail correspondence to Mike Issa re: information for motion (.10); E-mail correspondence with Kathleen Frederick re: information for motion (.20); E-mail correspondence to Richard A. Marshack, Pam Kraus and Laila Masud re: secured noteholders and percentages (.10); E-mail correspondence to Mike Issa re: costs (.10); E-mail Chris Beatty re: insider settlement (.10); Research authority for charging costs (.60); Revise and supplement motion for distribution to secured creditors (2.50); Review declaration of Kathleen Frederick and outline additional information (.40); | 4.30 | 550.00 | 2,365.00 |
| 3/29/22 | KF | Draft declaration re: list of secured noteholders and method for gathering and maintaining information; | .80 | 200.00 | 160.00 |

19

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/31/22 | KAT | E-mail correspondence with Richard A. Marshack, Bill Pope and Dick Silva re: secured note amount (multiple); E-mail correspondence to Kathleen Frederick re: secured note lists (.10); | .30 | 550.00 | 165.00 |
| 4/01/22 | KAT | E-mail correspondence from William Pope re: notes (.10); E-mail correspondence to Kathleen Frederick re: spreadsheet and notes (.10); | .20 | 550.00 | 110.00 |
| 4/18/22 | KAT | Telephone conference with Richard A. Marshack re: motion to approve distribution and sources of information for secured noteholders (.50). | .50 | 550.00 | 275.00 |
| 4/21/22 | KAT | Review sources and information of secured note holders and e-mail correspondence with Kathleen Frederick re: review of claims files (.60); | .60 | 550.00 | 330.00 |
| 4/26/22 | KAT | Review Pope claim to additional secured note and e-mail correspondence with Kathleen Frederick re: same (.50); | .50 | 550.00 | 275.00 |
| 4/27/22 | KAT | Telephone conference Kathleen Frederick re: confirmation of list (.20); | .20 | 550.00 | 110.00 |
| 5/09/22 | KAT | E-mail correspondence with Richard A. Marshack, Pam Kraus and Richard Pachulski re: claims of noteholders (multiple) (.20); | .20 | 550.00 | 110.00 |
| 5/11/22 | KAT | Telephone conference Richard A. Marshack and D. Edward Hays (part) re: secured note holders, including review of documents (UCC, lists, CMA information etc.) (.70); Telephone conference Richard A. Marshack and Mike Issa re: secured note holders (.20); Review schedules for secured interests and E-mail correspondence to Kathleen Frederick re: same (.30); | 1.20 | 550.00 | 660.00 |
| 5/17/22 | KAT | Telephone conference with Richard A. Marshack and Wen Tan (part) re: disclosure statement lists (.20); Review exhibit G to third amended disclosure statement to list prepared by Kathleen Frederick and notes re: differences (1.10); | 1.30 | 550.00 | 715.00 |
| 5/18/22 | KAT | Review proofs of claim for inconsistencies on lists (.50); | .50 | 550.00 | 275.00 |
| 5/23/22 | KAT | Telephone conference with Richard A. Marshack re: discrepancies in lists and motion (.20). | .20 | 550.00 | 110.00 |
| 5/24/22 | KAT | Analysis of spreadsheet and cross checking (.80); Commence drafting motion for approval of distribution procedures (1.70); | 2.50 | 550.00 | 1,375.00 |
| 5/25/22 | KAT | Review bankruptcy docket (schedules and plan disclosure) for RDI secured debt information and e-mail correspondence to Richard A. Marshack and Pam Kraus re: same (1.70); | 1.70 | 550.00 | 935.00 |
| 5/26/22 | KAT | Draft and revise motion for distribution procedure (.90); | .90 | 550.00 | 495.00 |

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 5/30/22 | KAT | Review note history and documents and prepare summary for motion and also prepare argument and example on effect of interest payment (2.30); E-mail correspondence with Pam Kraus re: IRS and cash on hand (multiple 6+) (.30); | 2.60 | 550.00 | 1,430.00 |
| 6/01/22 | KAT | Revise and supplement motion to approve procedure to confirm list (1.50); | 1.50 | 550.00 | 825.00 |
| 6/02/22 | KAT | Revise motion to approve list of Secured Noteholders and Conference with Richard A. Marshack re: same (.80); | .80 | 550.00 | 440.00 |
| 6/07/22 | KAT | Telephone conference with Richard A. Marshack re: motion (.20); Review revisions and e-mail correspondence to Richard A. Marshack and D. Edward Hays re: motion (.30); | .50 | 550.00 | 275.00 |
| 6/15/22 | KAT | Telephone conference Laila Masud re: secured noteholder motion (.20); Review and revise chart and e-mail correspondence to Kathleen Frederick and Laila Masud re: information to add (.30); | .50 | 550.00 | 275.00 |
| 6/15/22 | LM | Telephone conference with Kristine A. Thagard re: status of noteholder distribution motion (.20); Review written correspondence from Kristine A. Thagard re: same (.10); | .30 | 420.00 | 126.00 |
| 6/22/22 | KAT | E-mail correspondence with Richard A. Marshack re: spreadsheet of secured noteholders (.20); | .20 | 550.00 | 110.00 |
| 6/23/22 | DEH | Written correspondence with Richard A. Marshack, Laila Masud, and Pam Kraus re: case issues and motion re: secured note holders; | .20 | 680.00 | 136.00 |
| 6/25/22 | PK | Review and analysis of current and past timekeeper entries to locate and separate time related to the sale of the IP, negotiations with Steve Craig and Sam Schwartz, and treatment of secured noteholders; | 3.60 | 280.00 | 1,008.00 |
| 6/25/22 | KAT | Review proofs of claims filed by secured creditors (part) (1.80); | 1.80 | 550.00 | 990.00 |
| 6/26/22 | PK | Continue review and analysis of current and past timekeeper entries to locate and separate time related to the sale of the IP, negotiations with Steve Craig and Sam Schwartz, and treatment of secured noteholders, special IP counsel employment, fee applications and invoices; | 1.70 | 280.00 | 476.00 |
| 6/26/22 | KAT | Continue review of secured creditor proof of claims (1.70); | 1.70 | 550.00 | 935.00 |
| 6/27/22 | DEH | Telephone conference with Richard A. Marshack re: motion to resolve secured creditor issues; | .40 | 680.00 | 272.00 |
| 6/29/22 | DEH | Telephone conference with Richard A. Marshack and Kristine A. Thagard re: secured creditor motion; | .20 | 680.00 | 136.00 |
| 6/29/22 | KAT | Telephone conference with Richard A. Marshack and D. Edward Hays re: motion and spreadsheet (.20); | .20 | 550.00 | 110.00 |

**Exhibit "2"**
**Page 44**

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/02/22 | KAT | Analysis of discrepancies between proofs of claim, plan list and Briley list and categorize (1.3); Further review of claims of secured and unsecured and missing notes (.80); Review motion and update discrepancies and e-mail correspondence to D. Edward Hays and Laila Masud re: same (.70); | 2.80 | 550.00 | 1,540.00 |
| 7/05/22 | DEH | Telephone conference with Richard A. Marshack and Kristine A. Thagard re: final revisions to motion; | .30 | 680.00 | 204.00 |
| 7/05/22 | KAT | Telephone conference Richard A. Marshack and D. Edward Hays (part)re: secured creditor motion and lists (.30); Review and revise motion, including adding additional discrepancies (.80); Draft Exhibit 2 (.60); | 1.70 | 550.00 | 935.00 |
| 7/06/22 | KAT | Supplement motion with additional discrepancies and revise portions, including draft and revise creditor statement and master chart (1.80); | 1.80 | 550.00 | 990.00 |
| 7/07/22 | DEH | Review and revise updated motion for order establishing procedures re: identification and amounts owed to secured creditors (.50); Written correspondence with Richard A. Marshack and Kristine A. Thagard re: same (.20); | .70 | 680.00 | 476.00 |
| 7/07/22 | KAT | Review revisions and e-mail correspondence with D. Edward Hays and Pam Kraus re: additional items and updating numbers (.40); | .40 | 550.00 | 220.00 |
| 7/11/22 | KAT | Draft declaration of Richard A. Marshack in support of motion to approved procedure for approval of list of secured noteholders (2.20); E-mail correspondence with Laila Massud re: CMA and numbers for motion (multiple) (.30); Review and revised declaration of Kathleen Fredericks in support of motion and E-mail correspondence with Kathleen Fredericks (.30); Draft declaration of Kristine A. Thagard in support of motion (.80); | 3.60 | 550.00 | 1,980.00 |
| 7/11/22 | LM | Written correspondence with Kristine A. Thagard re: estimated administration claims for motion to pay secured noteholders; | .20 | 420.00 | 84.00 |
| 7/12/22 | KAT | Telephone conference with Kathleen Frederick re: spreadsheet for motion (.30); E-mail correspondence to Cynthia Bastida re: motion and declarations (.10); Telephone conference Kathleen Frederick re: letters to creditors with issues and review the creditor statement (.20); Telephone conference with Kathleen Frederick re: secured vs. unsecured proofs of claim and chart (.20); Review chart from Kathleen Frederick for Motion, revise and Telephone conference re: same (.90); | 1.60 | 550.00 | 880.00 |
| 7/13/22 | KAT | E-mail correspondence with Richard Marshack re: hearing on motion (.20); Telephone conference with Richard Marshack and D. Edward Hays (part) re: hearing on motion and procedures (.20); E-mail correspondence to Cynthia Bastida re: hearing and notice (.10); | .50 | 550.00 | 275.00 |
| 7/14/22 | KAT | Telephone conference with Cynthia Bastida re: motion, exhibits and revisions of Kathleen Frederick (.20); | .20 | 550.00 | 110.00 |

22

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/22/22 | KAT | E-mail correspondence with Cynthia Bastida and Laila Masud re: exhibits and review documents for reply (.40); | .40 | 550.00 | 220.00 |
| 7/22/22 | CB | E-mail to Kristine A. Thagard re: status of motion to approve procedure to determine secured noteholder list (.10); Further review of files to determine exhibits to motion (1.80); E-mail to Kristine A. Thagard re: approval of same (.10); | 2.00 | 260.00 | 520.00 |
| 7/22/22 | LM | Telephone conference with Cynthia Bastida re: exhibit re: secured noteholder exemplar (.10); Review written correspondence from Kristine A. Thagard and Cynthia Bastida re: same (.10); | .20 | 420.00 | 84.00 |
| 7/25/22 | KAT | Telephone conference with Cynthia Bastida re: motion (.10) Review final exhibits to motion and e-mail correspondence to Cynthia Bastida re: revisions to BReily list (.50); Telephone conference with Cynthia Bastida re: exhibits and revisions to Exhibits 1, 2 and 9 (.50); Review motion and exhibits (.40); Review and revise Notice and incorporate key exhibits (.50); E-mail correspondence with Cynthia Bastida re: revisions (.10); Additional Telephone conference with Cynthia Bastida,  review and revisions to Notice and Motion (.70); | 2.80 | 550.00 | 1,540.00 |
| 7/25/22 | CB | Telephone conversation with Kristine A. Thagard re: service list for motion to confirm secured noteholders amount (.30); Review and respond to multiple mails confirming service list (.10); E-mail to Mike Gregoire re: same (.10); | .50 | 260.00 | 130.00 |
| 7/25/22 | CB | Review and respond to e-mail from Kristine A. Thagard re: revisions to exhibit 10 to motion to confirm secured noteholders; Revise exhibit 10 re: same and e-mail to Kristine A. Thagard re: same; | .30 | 260.00 | 78.00 |
| 7/25/22 | CB | Prepare draft notice of motion to approve procedure for confirmation of list; | .30 | 260.00 | 78.00 |
| 7/25/22 | CB | Further revisions to motion to approve procedure for confirmation of list; | 1.10 | 260.00 | 286.00 |
| 7/25/22 | CB | Further revisions to exhibits to motion to confirm procedure for secured creditor list; | .50 | 260.00 | 130.00 |
| 7/25/22 | CB | E-mail to Trustee re: approval of motion to confirm procedure of secured creditor list; | .10 | 260.00 | 26.00 |
| 7/26/22 | CB | Review and respond to e-mail from client re: motion to approve procedure for confirmation of list; | .10 | 260.00 | 26.00 |
| 7/26/22 | CB | Review and respond to e-mail from Mike Gregoire re: status of service project on motion of confirmation of secured creditor service list and multiple conversation re: same; | .20 | 260.00 | 52.00 |
| 7/26/22 | CB | Multiple e-mails to Mike Gregoire re: detailed instructions of service of motion confirming secured creditor list; | .30 | 260.00 | 78.00 |

23

Exhibit "2"
Page 46

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/26/22 | CB | Revise and finalize motion to approve procedure for confirmation list; Revise and finalize notice re: same; | 2.10 | 260.00 | 546.00 |
| 7/27/22 | CB | Review and respond to e-mail from Mike Gregorie re: service project; | .10 | 260.00 | 26.00 |
| 8/01/22 | CB | Review and respond to e-mail from Trustee's administrator re: secured creditor address update; | .20 | 260.00 | 52.00 |
| 8/01/22 | CB | Review and respond to e-mail from Pam Kraus re: secured creditor address update; | .10 | 260.00 | 26.00 |
| 8/12/22 | KAT | Draft and revise letter to secured noteholders with discrepancies in amounts owned and e-mail correspondence with Kathleen Frederick re: same (.60); | .60 | 550.00 | 330.00 |
| 8/15/22 | KAT | Review and analyze tentative ruling on motion to approve procedures and e-mail correspondence with Cynthia Bastida re: order (.30); | .30 | 550.00 | 165.00 |
| 8/16/22 | KAT | Review and revise proposed order (.20); Telephone conference Richard A. Marshack re: order and revision by the court (.20); E-mail correspondence with Cynthia Bastida re: revised order (.10); | .50 | 550.00 | 275.00 |
| 8/16/22 | CB | Review and respond to assignment from Kristine A. Thagard re: order granting motion to set procedures based on tentative ruling; Review tentative ruling on motion to set procedures; and draft order granting motion re: same; | .60 | 260.00 | 156.00 |
| 8/16/22 | CB | E-mail to Kathleen Frederick re: service of entered order granting motion to approve procedure for confirmation of list; | .10 | 260.00 | 26.00 |
| 8/16/22 | CB | E-mail to Mike Gregoire re: service project for order granting motion to approval procedure for confirmation of list; | .10 | 260.00 | 26.00 |
| 8/16/22 | CB | Revise and finalize order granting motion to approve procedure; | .20 | 260.00 | 52.00 |
| 8/17/22 | KAT | E-mail correspondence with D. Edward Hays, Cynthia Bastida and Kathleen Frederick re: entry of order, notice, service and letters (multiple 6+) (.20); Telephone conference with Cynthia Bastida re: procedures re: service of notice and order (.20); Review and approve notice of entry of order (.10); E-mail correspondence with Kathleen Frederick re: letters and matrix (.10); | .60 | 550.00 | 330.00 |
| 8/17/22 | CB | Review and respond to e-mail from Kristine A. Thagard re: notice of hearing and service to all creditors; | .10 | 260.00 | 26.00 |
| 8/17/22 | CB | Prepare draft notice of entered order granting motion to approve procedure for confirmation of list; and e-mail to Kristine A. Thagard re: approval of same; | .30 | 260.00 | 78.00 |
| 8/18/22 | KAT | E-mail correspondence with Kathy Frederick re: letter to disputed amount note holders and changes to be made based on order (.20); | .20 | 550.00 | 110.00 |

## MARSHACK HAYS LLP

Richard Marshack, Trustee

Client-Matter# 1015-134

October 10, 2022

Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/18/22 | CB | Telephone conversation re: application to employ agent and order re: same; Review case file to obtain same; E-mail to Trustee re: same; | .20 | 260.00 | 52.00 |
| 8/18/22 | CB | E-mail to Mike Gregoire re: project for service of notice of entered order on Trustee's motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder; | .10 | 260.00 | 26.00 |
| 8/19/22 | KAT | Telephone conference with Kathy Frederick re: Secure note holders (.10); | .10 | 550.00 | 55.00 |
| 8/19/22 | CB | Revise and finalize notice of entered order granting motion to approve procedure for confirmation of list; Identify exhibit in support of same; prepare judge's copy re: same; and discussion with Mike Gregoire re: service of same; | .90 | 260.00 | 234.00 |
| 8/19/22 | KF | Draft and finalize letters to secured noteholders with discrepancies in their listed interests; | 1.50 | 200.00 | 300.00 |
| 8/22/22 | KAT | Telephone conference with R. Hannah re: letter (.20); Create chart and add notes from R. Hannah conversation and D. Edward Hays prior conversations (.30); E-mail correspondence to Laila Masud, Cynthia Bastida and Kathleen Frederick re: tracking calls (.20); | .70 | 550.00 | 385.00 |
| 8/30/22 | LM | Review written correspondence from Bob Stebe re: confirmation of secured amount (.10); Draft written correspondence to Kristine A. Thagard and D. Edward Hays re: response to same and Cynthia Bastida, Pam Kraus re: confirmation of address for service purposes (.10); | .20 | 420.00 | 84.00 |
| 9/15/22 | KAT | Reviewed secured creditor statement from Cathy Campbell and prepare notes to chart (.20); | .20 | 550.00 | 110.00 |
| 9/16/22 | KAT | Telephone conference with Richard A. Marshack re: secured creditor motion and procedure (.20); Prepare summary of procedure and e-mail correspondence to Richard A. Marshack re: same (.30); | .50 | 550.00 | 275.00 |
| | | **Sub-Total Fees:** | **74.50** | | **$ 35,766.00** |

### 2 Asset Disposition

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/21 | DEH | Written correspondence with Randy Michelson re: taxes to transfer liquor licenses; | .20 | 650.00 | 130.00 |
| 11/23/21 | DEH | Telephone conference with Richard A. Marshack re: settlement with US Foods (.20); Draft written correspondence to Garrick and Brian re: same (.20); | .40 | 650.00 | 260.00 |

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/03/22 | DEH | Written correspondence with Randy Michelson re: liquor licenses; | .20 | 650.00 | 130.00 |
| 1/03/22 | DEH | Telephone conference with Chanel Mendoza re: letter to ABC re: transfer of liquor licenses; | .20 | 650.00 | 130.00 |
| 1/03/22 | LM | Telephone conference with Chanel Mendoza re: correspondence to ABC are liquor license; | .10 | 390.00 | 39.00 |
| 2/14/22 | DEH | Written correspondence with Sam Schwartz re: amendment to assignment (.20); Review and analyze proposed amendment re: same (.20); | .40 | 650.00 | 260.00 |
| 2/14/22 | LM | Written correspondence with D. Edward Hays re: amendment requested by RDFS re: assignment with analysis of sale order (.30); Review written correspondence from D. Edward Hays and Samuel Schwartz re: same (.20); | .50 | 390.00 | 195.00 |
| 2/23/22 | LM | Review written correspondences (x6) from D. Edward Hays, Samuel Schwartz and Richard A. Marshack re: amendment to assignment re: change of assignee for sale of intellectual property; | .30 | 390.00 | 117.00 |
| 2/24/22 | DEH | Written correspondence with Sam Schwartz re: fully executed assignment; | .20 | 650.00 | 130.00 |
| 5/02/22 | KAT | Review multiple emails re: pending motions and revisions (15+) (.40); Review burning limits language of Lloyd's policy and e-mail correspondence to Chris Beatty re: same (.40); | .80 | 550.00 | 440.00 |
| 5/09/22 | KAT | E-mail correspondence with Cynthia Bastida and Kathleen Frederick re: service lists for 9019 (multiple) (.20); | .20 | 550.00 | 110.00 |
| 5/16/22 | DEH | Review documents to sign for transfer of liquor licenses (.20); Telephone conference with Richard A. Marshack re: same (.20); | .40 | 680.00 | 272.00 |
| 9/13/22 | DEH | Review and analyze revised assignment (.20); Written correspondence with Murad Salim and Tinho Mang re: same (.10); | .30 | 680.00 | 204.00 |
| | | **Sub-Total Fees:** | **4.20** | | **$ 2,417.00** |

4 Case Administration

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/29/21 | LM | Review written correspondence from Richard A. Marshack re: Trustee final report to be filed next year and next steps to accomplish same with review of prior correspondences re: settlements with various parties; | .20 | 390.00 | 78.00 |

26

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/21/22 | PK | Draft notice of change in hourly rates and forward to attorney; (No Charge) | .10 | 280.00 | N/C |
| 2/23/22 | PK | Revise notice of increased hourly rates; (No Charge) | .10 | 280.00 | N/C |
| 4/18/22 | LM | Telephone conference with Richard A. Marshack and Mike Issa re: outstanding/pending issues; | .30 | 420.00 | 126.00 |
| 4/18/22 | LM | Review and analyze lengthy written correspondence from Richard A. Marshack re: list of outstanding items to proceed with case closure including open settlements, litigation, assets etc; | .20 | 420.00 | 84.00 |
| 4/20/22 | LM | Written correspondence with Cynthia Bastida re: motion to set Chapter 11 administrative claims bar date (.10); Written correspondence with D. Edward Hays re: same (.10); | .20 | 420.00 | 84.00 |
| 4/20/22 | LM | Telephone conference with Pam Kraus re: U.S. Trustee annual report and pending assets and claims analysis; | .40 | 420.00 | 168.00 |
| 4/20/22 | LM | Draft, revise and supplement U.S. Trustee annual report; | 1.10 | 420.00 | 462.00 |
| 5/03/22 | TM | Written correspondence with Richard A. Marshack re: hearing date for compromise motion (No Charge); | .10 | 390.00 | N/C |
| 6/23/22 | LM | Telephone conference with Richard A. Marshack re: outstanding to do list to expedite case closure (.20); Review and analyze written correspondence from Richard A. Marshack re: same and D. Edward Hays comments on same (.10); | .30 | 420.00 | 126.00 |
| 7/07/22 | PK | Review 1019 report and create mail matrix for Chapter 11 debts (1.20); Combine with original mail service database (.70); | 1.90 | 280.00 | 532.00 |
| 9/30/22 | LM | Draft, revise and supplement status report re: funds on hand in the estate (.80); Draft written correspondence to Pam Kraus re: same (.10); Telephone conference with Richard A. Marshack re: same (.10); Telephone conference with Pam Kraus re: same (.10); Telephone conferences (x2) with Richard A. Marshack re: same (.20); Telephone conference with Richard A. Marshack re: revisions to status report (.80); Written correspondences (x6) with Chris Beatty and Richard A. Marshack re: same (.30); Written correspondences (x15) with Richard A. Marshack, Cynthia Bastida and Pam Kraus re: same (.60); Telephone conference with chambers of Judge Clarkson re: filing of report (.10); | 3.10 | 420.00 | 1,302.00 |
| | | **Sub-Total Fees:** | **8.00** | | **$ 2,962.00** |

Exhibit "2"
Page 50

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

5 Claims Administration and Objections

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/21 | DEH | Prepare for and meeting with Mike Issa, Wen, and Richard A. Marshack; | .90 | 650.00 | 585.00 |
| 11/01/21 | DEH | Multiple telephone conference with Mike Issa and Richard A. Marshack re: US Foods settlement; | .50 | 650.00 | 325.00 |
| 11/01/21 | DEH | Telephone conference with Laila Masud re: researching whether landlord has administrative claim for rent for Beach Ventures guaranteed by RDI; | .30 | 650.00 | 195.00 |
| 11/01/21 | DEH | Written correspondence with Mike Issa re: claims analysis; | .30 | 650.00 | 195.00 |
| 11/01/21 | DEH | Review and revise claims analysis; | .70 | 650.00 | 455.00 |
| 11/02/21 | DEH | Written correspondence with Laila Masud and Richard A. Marshack re: research re: administration claim for guarantor liability; | .30 | 650.00 | 195.00 |
| 11/02/21 | DEH | Telephone conference with Richard A. Marshack re: US Foods claim and analysis; | .50 | 650.00 | 325.00 |
| 11/02/21 | CB | Review and respond to e-mail from Laila Masud re: objection to Long Beach administrative claim; | .10 | 260.00 | 26.00 |
| 11/09/21 | CB | E-mail to Chanel Mendoza re: preparation of claim objection; | .10 | 260.00 | 26.00 |
| 11/10/21 | CB | E-mail to Laila Masud re: objection to proof of claim no 309 of Mamo LBMP Investors; | .10 | 260.00 | 26.00 |
| 11/23/21 | LM | Review written correspondence from D. Edward Hays re: shell 9019 and settlement agreement re: US foods claim (.10); Telephone conference with D. Edward Hays re: same (.10); Draft written correspondence to Cynthia Bastida re: shell agreement and underlying language (.10); | .30 | 390.00 | 117.00 |
| 12/01/21 | LM | Review and revise settlement agreement with US Foods re: proofs of claims filed (.80); Draft written correspondence to D. Edward Hays re: final review of same (.10); | .90 | 390.00 | 351.00 |
| 12/06/21 | CB | Review e-mail from D. Edward Hays re: status of objection to claim; | .10 | 260.00 | 26.00 |
| 12/08/21 | DEH | Review and revise settlement agreement with US Foods (.40); Telephone conference with Richard A. Marshack re: same (.20); Draft written correspondence to Aaron Davis re: same (.20); | .80 | 650.00 | 520.00 |
| 12/21/21 | LM | Draft, revise and supplement objection to claim held by Long Beach landlord; | 1.50 | 390.00 | 585.00 |

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/11/22 | LM | Review written correspondence from Kevin (investor in Rubys) (.10); Draft written correspondence to Cynthia Bastida re: call back to response to inquiries (.10); | .20 | 390.00 | 78.00 |
| 1/18/22 | LM | Written correspondence with (x5) Richard A. Marshack, Chris Beatty and Mike Issa re: claims analysis and objection to same and potential additional assets/sources of recovery; | .30 | 390.00 | 117.00 |
| 1/18/22 | LM | Telephone conference with Cynthia Bastida re: status of claim objection to Long Beach landlord claim and status of US food settlement re: claim held by it; | .20 | 390.00 | 78.00 |
| 1/19/22 | LM | Research, draft, revise and supplement objection to claim of long beach landlord; | 3.40 | 390.00 | 1,326.00 |
| 1/20/22 | LM | Revise and finalize claim objection to Long Beach Landlord claim (.90); Written correspondence with D. Edward Hays re: same (.10); | 1.00 | 390.00 | 390.00 |
| 1/26/22 | DEH | Review and revise objection to landlord's administrative claim; | .20 | 650.00 | 130.00 |
| 2/02/22 | DEH | Review and revise objection to administrative claim filed by landlord (.60); Research re: Ninth Circuit authority requiring motion and notice and a hearing for allowance of administrative claim and not proof of claim (.40); Written correspondence with Laila Masud re: same (.20); | 1.20 | 650.00 | 780.00 |
| 2/09/22 | LM | Written correspondence with D. Edward Hays re: amended proof of claim filed by Pillsbury and whether it is in accordance with earlier agreement (.20; Review written correspondence from D. Edward Hays to Claire Wu and Matt Walker re: amendment required or not (.10); | .30 | 390.00 | 117.00 |
| 2/10/22 | CB | Review and respond to e-mail from Laila Masud re: approval of Ruby's Long Beach landlord claim objection; | .10 | 260.00 | 26.00 |
| 2/10/22 | CB | Review and revise objection to proof of claim (.10); E-mail to M. Issa re: approval signature of declaration in support of objection to proof of claim for Long Beach landlord (.10); E-mail to Richard A. Marshack re: approval and signature of same (.10); Review and respond to e-mail from M. Issa re: executed declaration in support of same (.10); Review and respond to e-mail from Richard A. Marshack re: executed declaration in support of same (.10); | .50 | 260.00 | 130.00 |
| 2/10/22 | LM | Draft, revise and supplement objection to mamo claim (1.70); Written correspondence with Cynthia Bastida re: same (.20); | 1.90 | 390.00 | 741.00 |
| 2/11/22 | CB | Telephone conversation with clerk re: correct category code to use in objection to claim (.10); Revise and finalize objection to claim re: LBMP Investors (.40); Identify and mark exhibits in support of same (.20); Prepare judge's copy (.10); E-mail to Laila Masud re: same (.10); | .90 | 260.00 | 234.00 |

**Exhibit "2"**
**Page 52**

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/14/22 | LM | Review written correspondences D. Edward Hays and Aaron Davis re: release requested of Trustee in connection with US Foods settlement; | .10 | 390.00 | 39.00 |
| 2/23/22 | LM | Written correspondence with Shaheen Etemadi re: amended proof of claim to be filed by Mamo to avoid hearing on claim objection (.10); Draft written correspondence to Richard A. Marshack re: same (.10); | .20 | 390.00 | 78.00 |
| 2/24/22 | DEH | Review and analyze amended claim filed by Long Beach landlord and written correspondence with Shawn Etemadi re: same; | .20 | 650.00 | 130.00 |
| 2/24/22 | LM | Review and analyze amended proof of claim filed my Mamo (.10); Written correspondence with Richard A. Marshack re: same and guarantor obligation (.10); Review written correspondence from Shaheen Etmadi re: same (.10); Draft written correspondence to D. Edward Hays re: amended claim (.10); | .40 | 390.00 | 156.00 |
| 2/25/22 | DEH | Telephone conference with Laila Masud re: amended proof of claim filed by Mamo and issue re: security deposit with rejection damages language (.10); Written correspondence with Shaheen Etamadi re: same (.10); | .20 | 650.00 | 130.00 |
| 2/25/22 | DEH | Written correspondence with Shawn Etemadi re: amended proof of claim; | .20 | 650.00 | 130.00 |
| 2/25/22 | LM | Telephone conference with D. Edward Hays re: amended proof of claim filed by Mamo and issue re: security deposit with rejection damages language (.10); Draft written correspondence to Shaheen Etamadi re: same (.10); | .20 | 390.00 | 78.00 |
| 2/25/22 | LM | Written correspondences (x4) with Shawn Etemadi re: further amendment of mamo claim; | .20 | 390.00 | 78.00 |
| 2/28/22 | LM | Written correspondence with D. Edward Hays and Cynthia Bastida re: notice of voluntary dismissal of claim objection to Mamo in light of amendment; | .20 | 390.00 | 78.00 |
| 3/01/22 | CB | Review FRBP 7041(a) re: voluntary dismissal (.10); Review rule on contested matters (.10); Review case file re: same (.10); Prepare draft voluntary dismissal re: objection to Mamo claim (.20); E-mail to Laila Masud re: approval of same (.10); | .60 | 260.00 | 156.00 |
| 3/01/22 | LM | Review written correspondence from Pam Kraus re: status of preliminary claims analysis; | .10 | 390.00 | 39.00 |
| 3/02/22 | DEH | Review and revise notice of voluntary dismissal of objection to landlord's priority administrative claim and written correspondence with Laila Masud and Cynthia Bastida re: same; | .20 | 650.00 | 130.00 |
| 3/02/22 | CB | Review and respond to e-mail from Laila Masud re: approval of voluntary dismissal (.10); E-mail to Kathleen Frederick re: service of same (.10); | .20 | 260.00 | 52.00 |

### MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/02/22 | LM | Written correspondence with Cynthia Bastida re: Local Bankruptcy Rules on notice of dismissal of a pending motion and notification of parties to motion and court re: same (.10); Review and revise notice of same (.10); Draft written correspondence to Cynthia Bastida re: filing of notice and informing court (.10); | .30 | 390.00 | 117.00 |
| 3/03/22 | CB | Telephone conversation with clerk re: voluntary dismissal of claim objection of Mamo (.10); Telephone conversation with counsel for Mamo re: same (.10); E-mail to Laila Masud re: same (.10); E-mail to counsel for Mamo re: same (.10); | .40 | 260.00 | 104.00 |
| 3/29/22 | DEH | Telephone conference with Richard A. Marshack, Laila Masud, and Pam Kraus re: motion to surcharge IP secured creditors, finalizing settlement with US Foods, and other case issues; | .50 | 650.00 | 325.00 |
| 3/29/22 | LM | Telephone conference with Garrick Hollander and Richard A. Marshack re: payment to secured noteholders and anticipated distribution to Chapter 11 admins; | .10 | 390.00 | 39.00 |
| 3/29/22 | LM | Telephone conference with Richard A. Marshack and Pam Kraus re: outstanding matters in order to proceed with case closure (.30); Telephone conference with Richard A. Marshack, Wen Tan, Mike Issa and Pam Kraus re: same (.40); Telephone conference with Kristine A. Thagard, Richard A. Marshack, Wen Tan, Mike Issa, and Pam Kraus re: secured noteholder distribution (.20); Telephone conference with Richard A. Marshack, Pam Kraus, Mike Issa and Wen Tan re: distribution and 1019 report required and priority claims potential wage ones (.10); Telephone conference with Pam Kraus and Richard A. Marshack re: claims review (.20); Telephone conference with D. Edward Hays, Richard A. Marshack and Pam Kraus re: same (.10); | 1.30 | 390.00 | 507.00 |
| 4/05/22 | LM | Review and revise settlement agreement with US Foods (.20); Draft written correspondence to Aaron Davis re: releases and execution as revised (.10); Draft, revise and supplement 9019 seeking approval of same and supporting declaration of Richard A. Marshack as well as request for judicial notice (2.80); Telephone conference with D. Edward Hays re: final review of same (.10); | 3.20 | 420.00 | 1,344.00 |
| 4/06/22 | DEH | Review and revise motion to approve compromise with US Foods (.90); Written correspondence with Richard A. Marshack and Laila Masud re: same (.20); | 1.10 | 680.00 | 748.00 |
| 4/07/22 | LM | Telephone conference with Harold Meany re: case status and distributions to creditors; | .20 | 420.00 | 84.00 |
| 4/13/22 | LM | Revise and finalize 9019 re: US Foods settlement (.60); Written correspondence with Cynthia Bastida re: finalization of same (.10); | .70 | 420.00 | 294.00 |
| 4/18/22 | LM | Written correspondence with Cynthia Bastida re: status of US foods filing with review for follow up correspondence to Andrew Davis; | .20 | 420.00 | 84.00 |

31

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/18/22 | LM | Telephone conference with Richard A. Marshack re: royalty payment subject to noteholder claim and potential future trust fund with disbursing agent; | .10 | 420.00 | 42.00 |
| 5/03/22 | LM | Review and analyze priority proof of claim filed by Franchise Tax Board; | .10 | 420.00 | 42.00 |
| 5/09/22 | DEH | Written correspondence with Laila Masud re: revisions to motion to set administration claims bar date; | .30 | 680.00 | 204.00 |
| 5/09/22 | LM | Review written correspondences (15) from Garrick Hollander, Richard Pachulski, Richard A. Marshack, D. Edward Hays and Pam Kraus re: directors and officers settlement and potential interim distribution to Chapter 11 and 7 administrative claimants and bar date for same to determine world of unknown claims (.50); Written correspondence with D. Edward Hays re: same (.20); Review and analyze proposed revisions to motion for Chapter 11 bar date (.20); Written correspondence with Cynthia Bastida re: form proof of claim for administrative claimants and updating service per soon to be filed 1019s (.20); | 1.10 | 420.00 | 462.00 |
| 5/10/22 | CB | Review case file to obtain administrative proof of claim (.10); E-mail to Laila Masud re: approval of same (.10); | .20 | 260.00 | 52.00 |
| 5/13/22 | LM | Review lengthy written correspondences (x4) from Wen Tan, Richard A. Marshack and Richard Pachulski re: potential further inquires to update distribution analysis; | .50 | 420.00 | 210.00 |
| 5/13/22 | LM | Telephone conference with Richard A. Marshack and Wen Tan re: distribution to Rubys Franchise Systems from directors and officers litigation and updated information re: noteholder security in royalty funds; | .40 | 420.00 | 168.00 |
| 5/13/22 | LM | Telephone conference with Wen Tan and Richard A. Marshack re: analysis of distributions to be paid in case based on current amounts in bank and known variables re: adminsitrative claims and forecasting of unknown; | 1.00 | 420.00 | 420.00 |
| 5/16/22 | LM | Review written correspondence from Richard A. Marshack and Richard Pachulski re: possible substantive consolidation and agreement for payment of Chapter 11 adminsitrative fees; | .20 | 420.00 | 84.00 |
| 5/16/22 | LM | Review written correspondences (x4) from Richard A. Marshack, Michael Issa, and Wen Tan re: Chapter 11 administrative fees and costs of Glass Ratner and order on same (.20); Written correspondences (x4) with Cynthia Bastida re: same (.20); | .40 | 420.00 | 168.00 |
| 5/17/22 | LM | Written correspondences (x4) with Richard A. Marshack, Mike Issa, Wen Tan, and Cynthia Bastida re: Chapter 11 adminsitrative claim of GlassRatner and order on same for submission; | .20 | 420.00 | 84.00 |

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 5/17/22 | LM | Telephone conferences (x2) with Cynthia Bastida re: order approving fees of GlassRatner for Chapter 11 period (.50); Written correspondences with Wen Tan re: same (.20); Written correspondence with Cynthia Bastida and Wen tan re: entered order (.20); | .90 | 420.00 | 378.00 |
| 5/19/22 | CB | Telephone conversation with Marcia Clark re: status of payment relating to her two secured loans (.20); E-mail to Pam Kraus re: same (.10); E-mail to Bankruptcy Trustee Administrator re: same (.10); Review and respond to e-mail from Pam Kraus re: same (.10); | .50 | 260.00 | 130.00 |
| 5/19/22 | CB | Review and respond to e-mail from Bankruptcy Trustee Administrator re: telephone call from Joel Rothman; | .10 | 260.00 | 26.00 |
| 5/24/22 | CB | Review and respond to e-mail from Bankruptcy Trustee Administrator re: Marti Clark re: status of case; | .10 | 260.00 | 26.00 |
| 6/07/22 | DEH | Telephone conference with Richard A. Marshack re: motion to pay IP secured creditors; | .20 | 680.00 | 136.00 |
| 6/07/22 | LM | Telephone conference with Cynthia Bastida re: revisions to declaration of non-opposition re: USF settlement (.10); Review and revise order re: same (.20); | .30 | 420.00 | 126.00 |
| 6/13/22 | CB | Review and respond to e-mail from Laila Masud re: status of telephone call to Marcia Clark; | .10 | 260.00 | 26.00 |
| 6/13/22 | CB | Review and respond to e-mail from Laila Masud re: telephone conversation with Connie Wilson; | .10 | 260.00 | 26.00 |
| 6/13/22 | LM | Written correspondences (x6) with Richard A. Marshack, Pam Kraus and Wen Tan re: 1019 reports, word version and pdf, and filing of same delayed despite follow ups; | .30 | 420.00 | 126.00 |
| 6/13/22 | LM | Written correspondences with Cynthia Bastida and Pam Kraus re: status of secured claim payment of Marsha and Jack Clark and Connie and John Wilson; | .20 | 420.00 | 84.00 |
| 6/15/22 | CB | Telephone conversation with Laila Masud re: secured noteholder phone call (.20); E-mail to Laila Masud re: same (.10); | .30 | 260.00 | 78.00 |
| 6/15/22 | CB | Further conversation with Laila Masud re: secured noteholder phone call (.10); E-mail to Laila Masud re: same (.10); | .20 | 260.00 | 52.00 |
| 6/15/22 | CB | Telephone discussion with Laila Masud re: Hal Meany (.10); E-mail to Laila Masud re: same (.10); | .20 | 260.00 | 52.00 |
| 6/16/22 | CB | Telephone conversation with Hal Meany, secured noteholder (.20); E-mail to Laila Masud re: same (.10); | .30 | 260.00 | 78.00 |
| 6/16/22 | LM | Telephone conference with John Zaylor re: Petrucci secured noteholder claims, status of case and anticipated motion to pay on account of secured claims (.40); | .40 | 420.00 | 168.00 |

MARSHACK HAYS LLP

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | October 10, 2022 |
| Client-Matter# 1015-134 | | | | | Invoice # 14156 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 6/16/22 | LM | Telephone conference with Cynthia Bastida re: Harold Meany call re: settlement of directors and officers claim and call back re: fraud (.10); Written correspondence with Cynthia Bastida re: same (.10); | .20 | 420.00 | 84.00 |
| 6/17/22 | LM | Review written correspondence from Pam Kraus re: Mary Blaha and John Blaha claim; | .10 | 420.00 | 42.00 |
| 6/20/22 | DEH | Revise and supplement motion re: secured noteholders; | .70 | 680.00 | 476.00 |
| 6/21/22 | CB | E-mail to Laila Masud re: notice of setting administrative Chapter 11 claims bar date; | .10 | 260.00 | 26.00 |
| 6/21/22 | CB | Revise notice of motion and motion to set administrative Chapter 11 claims bar date re: Ruby's Diner (.40); Revise exhibit 1 notice of setting administrative Chapter 11 claims bar date (.20); Revise exhibit 2 administrative proof of claim (.20); E-mail to Laila Masud re: same (.10); | .90 | 260.00 | 234.00 |
| 6/21/22 | CB | E-mail to Kathleen Frederick re: service list for motion to set claims bar date; | .10 | 260.00 | 26.00 |
| 6/22/22 | LM | Review and revise motion for administrative claims bar date; | 2.40 | 420.00 | 1,008.00 |
| 6/23/22 | CB | E-mail to Kathleen Frederick re: status of service of claims bar motions; | .10 | 260.00 | 26.00 |
| 6/23/22 | LM | Telephone conference with Richard A. Marshack and Pam Kraus re: motion for adminsitrative claims bar date and potential expanded notice or procedure to account for gift card claims; | 1.00 | 420.00 | 420.00 |
| 6/28/22 | CB | Telephone discussion with Laila Masud re: motion for interim distribution; | .10 | 260.00 | 26.00 |
| 7/06/22 | CB | Review and respond to e-mail from Laila Masud re: separate administrative bar date motions; | .10 | 260.00 | 26.00 |
| 7/07/22 | DEH | Telephone conference with Laila Masud re: motion to establish administrative claims bar date, Trustee's supporting declaration, and timing for filing; | .10 | 680.00 | 68.00 |
| 7/07/22 | DEH | Written correspondence with Pam Kraus, Cynthia Bastida, and Laila Masud re: motion to establish administrative claims bar date; | .20 | 680.00 | 136.00 |
| 7/07/22 | CB | Telephone discussion with Laila Masud re: status of claims bar motion; | .10 | 260.00 | 26.00 |
| 7/07/22 | CB | E-mail to Pam Kraus re: service of motion to set administrative claims bar date; | .10 | 260.00 | 26.00 |
| 7/07/22 | CB | E-mail to D. Edward Hays re: revisions to motion setting administrative claims bar date; | .10 | 260.00 | 26.00 |

Exhibit "2"
Page 57

## MARSHACK HAYS LLP

Richard Marshack, Trustee                                      October 10, 2022
Client-Matter# 1015-134                                        Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/07/22 | CB | Revise motion to set administrative claims bar date (.50); Revise administrative proof of claim (.10); Revise notice of setting administrative claims bar date (.10); E-mail to D. Edward Hays re: same (.10); | .80 | 260.00 | 208.00 |
| 7/07/22 | LM | Telephone conference with Richard A. Marshack, Pam Kraus and Michael Issa re: motion for administrative claims bar date (.60); Telephone conferences (x3) with Pam Kraus re: same (.10); Telephone conference with Cynthia Bastida re: same (.10); Telephone conference with D. Edward Hays re: same (.10); Written correspondence with Cynthia Bastida re: same (.20); Written correspondence with D. Edward Hays re: same (.20); | 1.30 | 420.00 | 546.00 |
| 7/07/22 | LM | Review written correspondence from Richard A. Marshack re: gift cards sold and potential pre and post bankruptcy claims (.10); Written correspondence with D. Edward Hays and Richard A. Marshack re: same (.20); | .30 | 420.00 | 126.00 |
| 7/08/22 | PK | Prepare proofs of service - to include all creditors, parties, and 1019 parties for the Trustee's motion to set administrative claim bar date; | .40 | 280.00 | 112.00 |
| 7/08/22 | CB | E-mail to D. Edward Hays re: motion to set administrative claims bar date; | .10 | 260.00 | 26.00 |
| 7/11/22 | DEH | Review and revise motion to set administrative claims bar date (1.10); Telephone conference with Laila Masud re: same (.20); | 1.30 | 680.00 | 884.00 |
| 7/11/22 | DEH | Telephone conference with Laila Masud re: final revisions to motion to set administrative claims bar date; | .20 | 680.00 | 136.00 |
| 7/11/22 | DEH | Revise and finalize notice of motion, motion to set bar date, and notice of bar date; | .30 | 680.00 | 204.00 |
| 7/11/22 | CB | Review and respond to e-mail from Trustee's administrator re: service list for motion setting administrative claims bar date; | .10 | 260.00 | 26.00 |
| 7/11/22 | CB | Instructions and multiple e-mails with staff re: service of motion setting administrative claims bar date; | .10 | 260.00 | 26.00 |
| 7/11/22 | CB | Review and respond to e-mail from Laila Masud re: approval of motion to set administrative claims bar date; | .10 | 260.00 | 26.00 |
| 7/11/22 | CB | Telephone conversation with Trustee and Trustee's administrator re: execution of declaration in support of motion to set administrative claims bar date; | .10 | 260.00 | 26.00 |
| 7/11/22 | CB | Revise and finalize motion to set administrative claims date(.50); Identify and mark exhibits in support of same (.20); Revise and finalize notice of motion re: same (.50); Prepare and finalize notice of errata re: exhibit 1 (.20); Prepare judge's copies re: same (.20); E-mail to D. Edward Hays and Laila Masud re: same (.10); E-mail to Mike Gregoire re: same (.10); | 1.80 | 260.00 | 468.00 |

35

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/11/22 | CB | Multiple conversations and e-mails with Laila Masud re: motion to set administrative claims bar date; | .20 | 260.00 | 52.00 |
| 7/11/22 | LM | Written correspondence with D. Edward Hays re: finalization of administration motion (.20); Telephone conference with D. Edward Hays re: same (.20); Revise and supplement motion for claims bar date (2.70); Written correspondence with D. Edward Hays re: same (.20); Telephone conference with D. Edward Hays re: same (.30); Telephone conference with Cynthia Bastida re: same (.10); Telephone conference with D. Edward Hays re: final revisions and approval for filing (.10); Review written correspondence from Richard A. Marshack re: executed declaration (.10); | 3.90 | 420.00 | 1,638.00 |
| 7/12/22 | DEH | Telephone conference with Laila Masud re: notices of motions to establish administrative claims bar dates to be filed in separate case numbers notwithstanding joint administration; | .20 | 680.00 | 136.00 |
| 7/13/22 | DEH | Telephone conference with Richard A. Marshack and Kristine A. Thagard re: hearing on motion re: list of secured creditors; | .20 | 680.00 | 136.00 |
| 7/19/22 | CB | Review and respond to e-mail from Pam Kraus and Bankruptcy Trustee Administrator re: voice message from Marcia Clark; | .10 | 260.00 | 26.00 |
| 7/26/22 | LM | Conference with Bankruptcy Trustee Administrator re: gift card claimants and claims of entitlement to refunds; | .10 | 420.00 | 42.00 |
| 7/27/22 | LM | Conference with Bankruptcy Trustee Administrator re: secured noteholder Gordon Trust beneficiary and inquiry by accountant re: payment; | .10 | 420.00 | 42.00 |
| 8/15/22 | DEH | Written correspondence with Ron Glenane re: parents' investment and whether it was secured; | .30 | 680.00 | 204.00 |
| 8/17/22 | DEH | Review entered order granting motion to set procedures re: secured noteholders (.10); Written correspondence with Richard A. Marshack, Laila Masud, and Pam Kraus re: service of notice of entry of order and bar date re: same (.10); | .20 | 680.00 | 136.00 |
| 8/18/22 | CB | E-mail to Mike Gregoire re: instructions of service of 1,500 mailer of notice of entered order to confirm list; | .10 | 260.00 | 26.00 |
| 8/18/22 | CB | Telephone conversation and e-mail to Mike Gregoire re: project on notice of entered order to confirm list; | .10 | 260.00 | 26.00 |
| 8/18/22 | LM | Telephone conference with Ira Kharack and Richard A. Marshack re: potential administration claim held by claims agent and basis for work done in Chapter 11 and potential claims against restaurant debtors; | .20 | 420.00 | 84.00 |
| 8/19/22 | DEH | Telephone conferences with Richard A. Marshack and Laila Masud re: Chapter 11 vendor administrative claims, bar date, and projected distributions; | .30 | 680.00 | 204.00 |

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/19/22 | CB | Telephone conversation with Laila Masud re: application to employ Donlin as agent to Debtor; review case file re: same; and e-mail to Trustee re: same; | .30 | 260.00 | 78.00 |
| 8/19/22 | CB | Prepare draft template of letter to administrative creditors listed on 1019 report; | .20 | 260.00 | 52.00 |
| 8/19/22 | CB | Prepare and finalize declaration that no party requested a hearing on motion to set a bar date for filing administrative expense claims; and Prepare and finalize order granting same; | .90 | 260.00 | 234.00 |
| 8/19/22 | CB | E-mail re: service instructions of preparation of service of administrative claims bar date notice; | .10 | 260.00 | 26.00 |
| 8/19/22 | LM | Telephone conference with Richard A. Marshack and Pam Kraus re: orders on motion for administration claim bar date, potential 1019 claimants, thoughts on service of bar date on same and further correspondence to accompany notice, and Trustee final report inclusion of such claims; | .20 | 420.00 | 84.00 |
| 8/19/22 | LM | Telephone conference with Richard A. Marshack and D. Edward Hays re: concerns of administration claims that are lower in amount and cost of motion and order being obtained for approval of low amounts deterring claimants from filing motions; | .30 | 420.00 | 126.00 |
| 8/19/22 | LM | Written correspondence with Kathleen Frederick and Cynthia Bastida re: entered order on administration bar date motion and service of same; | .20 | 420.00 | 84.00 |
| 8/19/22 | LM | Review and analyze application to employ claims noticing agent for potential claim and joint/several liability and order on same (.50); Written correspondence with Richard A. Marshack re: analysis of same and next steps to verify claim (.20); | .70 | 420.00 | 294.00 |
| 8/22/22 | LM | Telephone conference with Pam Kraus re: service list additions for administration claims motion to include persons who Chapter 7 Trustee did business with during Chapter 7 operations; | .10 | 420.00 | 42.00 |
| 8/22/22 | LM | Review and revise correspondence to potential administration claimants on 1019 list; | .20 | 420.00 | 84.00 |
| 8/23/22 | CB | Telephone discussion re: notice of administrative claims bar date; and service of same; | .30 | 260.00 | 78.00 |
| 8/23/22 | CB | Telephone discussion with Laila Masud re: service of administrative claims bar date and letter to potential administrative creditors; | .10 | 260.00 | 26.00 |
| 8/23/22 | CB | Prepare finalized version of notice of setting bar date for filing administrative claims; E-mail to Laila Masud re: approval of same; | .10 | 260.00 | 26.00 |
| 8/23/22 | LM | Telephone conference with Cynthia Bastida re: mailer status for 1019 creditors and others re: administration bar date; | .10 | 420.00 | 42.00 |

Exhibit "2"
Page 60

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/24/22 | CB | Telephone discussion with Mike Gregoire re: service of notice of claims bar date; E-mail re: same; | .10 | 260.00 | 26.00 |
| 8/24/22 | CB | Prepare and finalize 62 letters re: potential administrative creditors listed on 1019 report; Prepare and finalize exhibits in support of same; E-mail to Mike Gregoire re: service re: same; | 1.50 | 260.00 | 390.00 |
| 8/25/22 | CB | Prepare judge's copy re: notice of setting administrative claim bar date; E-mail to attorney service re: service of same; | .20 | 260.00 | 52.00 |
| 8/29/22 | LM | Review and analyze secured creditor statement (.10); Draft written correspondence to front office staff, Pam Kraus, Kristine A. Thagard, Cynthia Bastida and D. Edward Hays re: forthcoming creditor claims forms and sorting and organization of same (.20); | .30 | 420.00 | 126.00 |
| 8/31/22 | LM | Telephone conference with Hal Meany re: status of secured noteholder distribution and director and officer litigation; | .30 | 420.00 | 126.00 |
| 9/07/22 | DEH | Telephone conference with Richard A. Marshack re: objection to administrative claims; | .30 | 680.00 | 204.00 |
| 9/07/22 | LM | Written correspondence with Lori Guathier and Pam Kraus re: administration claim held by Steve Craig per 1019 report and returning of form; | .20 | 420.00 | 84.00 |
| 9/07/22 | LM | Review written correspondence from Nellwyn Voorhies and Richard A. Marshack re: Donlin and Recano administration claim; | .10 | 420.00 | 42.00 |
| 9/12/22 | LM | Telephone conference with Richard A. Marshack and Pam Kraus re: claims analysis; | 1.00 | 420.00 | 420.00 |
| 9/14/22 | DEH | Telephone conference with Richard A. Marshack re: claim issues and projected distributions; | .20 | 680.00 | 136.00 |
| 9/19/22 | LM | Telephone conference with Pam Kraus re: claims analysis for Chapter 11 administration claims; | .20 | 420.00 | 84.00 |
| 9/29/22 | LM | Review and analyze projected distributions and motions for administration claim filed by Donlin with written correspondences to Richard A. Marshack re: same (.50); Telephone conference with Cynthia Bastida re: fee application and motion for interim distribution (.10); | .60 | 420.00 | 252.00 |
| 9/29/22 | LM | Telephone conference with Richard A. Marshack re: proof of claim filed by golden; | .10 | 420.00 | 42.00 |
| | | **Sub-Total Fees:** | **65.50** | | **$ 27,969.00** |

38

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

7 Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/21 | DEH | Telephone conference with Laila Masud re: interim fee applications; | .10 | 650.00 | 65.00 |
| 11/01/21 | CB | Discussion with Laila Masud re: upcoming fee applications; | .10 | 260.00 | 26.00 |
| 11/01/21 | LM | Telephone conference with Cynthia Bastida re: fee application content and time span; | .10 | 390.00 | 39.00 |
| 11/01/21 | LM | Telephone conference with Cynthia Bastida re: fee application for De Novo Legal; | .20 | 390.00 | 78.00 |
| 11/02/21 | DEH | Telephone conference with Laila Masud re: international invoices; | .10 | 650.00 | 65.00 |
| 11/02/21 | CB | Telephone discussion with Laila Masud re: fee applications with Maria De Novo; | .20 | 260.00 | 52.00 |
| 11/02/21 | CB | Review and respond to e-mail from Laila Masud re: additional international counsel to costs; | .10 | 260.00 | 26.00 |
| 11/02/21 | LM | Telephone conference with D. Edward Hays re: international invoices (.10); Telephone conference with Cynthia Bastida re: payment of international IP counsel invoices as costs for general IP counsel (.20); Written correspondence with Pam Kraus and Raisa at De Novo Law re: same (.30); Draft written correspondence to Cynthia Bastida re: same (.10); | .70 | 390.00 | 273.00 |
| 11/02/21 | TM | Telephone conference with Laila Masud re: payment issues for foreign counsel (No Charge); | .40 | 350.00 | N/C |
| 11/04/21 | LM | Written correspondences (x4) with Ashley at Froese law re: international invoice payment and timing of same; | .20 | 390.00 | 78.00 |
| 11/10/21 | CB | Review case file in preparation for special counsel, De Novo fee application (.10); Review invoices from De Novo and international counsel (.10); Begin draft fee application re: same (.50); | .70 | 260.00 | 182.00 |
| 11/16/21 | CB | E-mail to Pam Kraus re: Trustee's fees and costs in preparation for second interim fee application (.10); Review and respond to e-mail from Pam Kraus re: same (.10); | .20 | 260.00 | 52.00 |
| 11/16/21 | CB | Review and organize invoice from international counsel Montaury to include in first and final fee application for Maria Johnson (.40); Review and organize invoices from De Novo PC re: same (.30); Review invoice from AA Thornton (.10); Review invoices from Angara (.20); Review invoices from Froese Law (.20); | 1.20 | 260.00 | 312.00 |
| 11/17/21 | CB | Review case file in preparation for first and final fee application of DeNovo PC (.20); Prepare application re: same (.90); Identify exhibits in support of same (.30); E-mail to Laila Masud re: same (.10); | 1.50 | 260.00 | 390.00 |

39

## MARSHACK HAYS LLP

Richard Marshack, Trustee                                                 October 10, 2022
Client-Matter# 1015-134                                                   Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/17/21 | CB | Review and respond to e-mail from Laila Masud re: Marshack Hays second interim fee application; | .10 | 260.00 | 26.00 |
| 11/18/21 | CB | E-mail to accounting re: final fee application; | .10 | 260.00 | 26.00 |
| 11/19/21 | CB | Review e-mail from Estefany Rodriguez re: second interim fee application; | .10 | 260.00 | 26.00 |
| 11/19/21 | CB | E-mail to Laila Masud re: first and final fee application re: special counsel De Novo; | .10 | 260.00 | 26.00 |
| 11/19/21 | LM | Review and revise first application for compensation of De Novo Law (.50); Draft written correspondence to D. Edward Hays re: final review of same (.10); Written correspondence with Cynthia Bastida re: same (.20); | .80 | 390.00 | 312.00 |
| 11/21/21 | CB | Prepare draft second interim fee application (2.40); E-mail to Laila Masud re: same (.10); | 2.50 | 260.00 | 650.00 |
| 11/22/21 | CB | E-mail to Maria Johnson re: status of finalize first and final fee application (.10); E-mail to D. Edward Hays re: same (.10); | .20 | 260.00 | 52.00 |
| 11/22/21 | CB | E-mail to Kathleen Frederick re: service of second interim fee application and DeNovo's first and finalize fee application; | .10 | 260.00 | 26.00 |
| 11/22/21 | CB | Telephone conversation with Raisa at Denovo PC re: firm's first and final fee application; | .10 | 260.00 | 26.00 |
| 11/22/21 | CB | Prepare draft notice of fee hearing (.20); E-mail to Laila Masud re: same (.10); | .20 | 260.00 | 52.00 |
| 11/22/21 | CB | Telephone conversation with Maria Johnson re: status of first and final fee application (.10); Telephone discussion with Laila Masud re: same (.10); E-mail to Maria Johnson re: draft of same (.10); | .30 | 260.00 | 78.00 |
| 11/22/21 | CB | Review e-mail from Denise Weiss re: fees and expenses for Grobstein Teeple fee application; | .10 | 260.00 | 26.00 |
| 11/22/21 | CB | E-mail to Pam Kraus re: GlassRatner fee application (.10); E-mail to Kathleen Frederick re: same (.10); | .20 | 260.00 | 52.00 |
| 11/22/21 | LM | Telephone conference with Cynthia Bastida re: draft fee application for review by De Novo law; | .10 | 390.00 | 39.00 |
| 11/22/21 | LM | Draft, revise and supplement second interim application for fees and cost of Marshack Hays; | .50 | 390.00 | 195.00 |
| 11/23/21 | CB | E-mail to Laila Masud re: confirmation of October 31, 2021 date end for final fee application of DeNovo PC (.10); E-mail to Maria Johnson re: same (.10); Review and respond to e-mail from Laila Masud re: September 2, 2021 billing goes to Todd from DeNovo PC (.10); E-mail to Maria Johnson re: same (.10); | .40 | 260.00 | 104.00 |

Exhibit "2"
Page 63

## MARSHACK HAYS LLP

Richard Marshack, Trustee

Client-Matter# 1015-134

October 10, 2022

Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/23/21 | LM | Written correspondence with Cynthia Bastida re: time period for first interim fee application for De Novo law group; | .20 | 390.00 | 78.00 |
| 11/23/21 | LM | Telephone conference with Cynthia Bastida re: filing deadline for fee application for Marshack Hays and De Novo Law Group; | .10 | 390.00 | 39.00 |
| 11/23/21 | LM | Review and revise second application for fees and costs of Marshack Hays (1.0); Draft written correspondence to D. Edward Hays re: final review of same (.10); Review and revise notice of fee applications for hearing on 12/14 (.10); | 1.20 | 390.00 | 468.00 |
| 11/24/21 | DEH | Review and revise interim fee application; | .60 | 650.00 | 390.00 |
| 11/24/21 | DEH | Review and revise Marshack Hays LLP second interim fee application; | .50 | 650.00 | 325.00 |
| 11/24/21 | CB | Multiple e-mails to and from Kathleen Frederick re: status of service list on notice of fee hearings and applications; | .20 | 260.00 | 52.00 |
| 11/24/21 | CB | E-mail to Wen Tan re: status of fee application of GlassRatner (.10); Review and respond to e-mail from Wen Tan re: same (.10); E-mail to Kathleen Frederick re: assembly of same (.10); Review and respond to e-mail from Kathleen Frederick re: same (.10); Revise and finalize GlassRatner application (.20); Prepare judge's copy re: same (.10); | .70 | 260.00 | 182.00 |
| 11/24/21 | CB | E-mail to Denis Weiss re: status of fee application (.10); Review and respond to e-mail from Denise Weiss re: same (.10); | .20 | 260.00 | 52.00 |
| 11/24/21 | CB | E-mail to Maria Johnson re: status of executed declaration in support of final fee application (.10); Review multiple e-mails and invoices from Maria Johnson re: bills to be included in final fee application (.20); | .30 | 260.00 | 78.00 |
| 11/24/21 | CB | Telephone discussion with Laila Masud re: approval of notice of fee hearings (.10); E-mail to D. Edward Hays re: same (.10); Review and respond to e-mail from D. Edward Hays re: same (.10); | .30 | 260.00 | 78.00 |
| 11/24/21 | CB | Multiple revisions to DeNovo PC's final fee application (.50); Revise and finalize final fee application (.50); Identify and mark exhibits in support of same (.20); Prepare judge's copy re: same (.10); | 1.30 | 260.00 | 338.00 |
| 11/24/21 | CB | Telephone discussion with Laila Masud re: Marshack Hays LLP second interim fee application (.10); Revise and finalize second interim fee application (.90); Identify and mark exhibits in support of same (.30); Prepare judge's copy re: same (.10); | 1.40 | 260.00 | 364.00 |
| 11/24/21 | CB | Review and respond to e-mail from Maria Johnson re: further invoices to be included in final fee application (.10); Review invoices to confirm calculations are correct (.20); E-mail to Maria Johnson re: same (.10); E-mail to Maria Johnson re: revised final fee application (.10); | .50 | 260.00 | 130.00 |

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/24/21 | CB | Multiple revisions to notice of fee hearings (.20); Revise and finalize notice of hearing re: same (.50); Prepare judge's copy (.10); | .80 | 260.00 | 208.00 |
| 11/24/21 | CB | E-mail to Laila Masud and D. Edward Hays re: fee applications and notice of fee hearing (.10); E-mail to staff re: same (.10); | .20 | 260.00 | 52.00 |
| 11/24/21 | CB | E-mail to staff re: judge's copies on fee application for Marshack Hays LLP, GlassRatner, and Denovo Law; | .10 | 260.00 | 26.00 |
| 11/24/21 | LM | Telephone conference with Cynthia Bastida re: outstanding invoice for payments for De Novo (.20); Telephone conference with Cynthia Bastida re: revision to include August 2021 invoice in De Novo application and revision to reporting period (.10); | .30 | 390.00 | 117.00 |
| 11/24/21 | LM | Review written correspondence from Wen Tan re: financial advisor fee applications (.10); Telephone conference with Cynthia Bastida re: same (.10); | .20 | 390.00 | 78.00 |
| 11/24/21 | LM | Written correspondence with D. Edward Hays re: De Novo law fee application (.10); Review and analyze proposed revisions to same (.10); Draft written correspondence to Cynthia Bastida re: same (.10); Review written correspondences (x10) between D. Edward Hays, Cynthia Bastida and other administrative professionals re: fee applications and invoices for inclusion in notice to creditors (.40); | .80 | 390.00 | 312.00 |
| 11/24/21 | LM | Written correspondence with D. Edward Hays re: payment received on first interim application for fees and costs of Marshack Hays (.10); Draft written correspondence to accounting department re: payment on account of first interim application for fees and costs; | .20 | 390.00 | 78.00 |
| 12/13/21 | DEH | Telephone conference with Richard A. Marshack re: tentative ruling on fee applications (.20); Written correspondence with Richard A. Marshack re: same (.10); | .30 | 650.00 | 195.00 |
| 12/13/21 | DEH | Written correspondence with Laila Masud and Pam Kraus re: court tentative rulings and continuance of hearing on fee application filed by DeNovo Legal; | .20 | 650.00 | 130.00 |
| 12/13/21 | LM | Written correspondence with Pam Kraus and D. Edward Hays re: application for fees and costs of Marshack Hays approved and continuance of De Novo fees; | .20 | 390.00 | 78.00 |
| 12/17/21 | CB | Review case file in preparation for order granting second interim fees for Marshack Hays LLP (.10); Prepare draft order re: same (.10); E-mail to Laila Masud re: same (.10); Review e-mail from Laila Masud re: approval of same (.10); Revise and finalize re: same (.10); E-mail to Laila Masud re: same (.10); | .60 | 260.00 | 156.00 |

## MARSHACK HAYS LLP

Richard Marshack, Trustee

Client-Matter# 1015-134

October 10, 2022

Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/17/21 | CB | Review case file in preparation for order granting interim fees for GlassRatner (.10); Prepare draft order re: same (.10); E-mail to Laila Masud re: same (.10); Review e-mail from Laila Masud re: approval of same (.10); Revise and finalize re: same (.10); E-mail to Laila Masud re: same (.10); | .60 | 260.00 | 156.00 |
| 12/17/21 | LM | Review and revise order approving second interim application for fees and costs of Marshack Hays (.10); Draft written correspondence to Cynthia Bastida re: same (.10); | .20 | 390.00 | 78.00 |
| 12/21/21 | CB | Review entered order re: interim fees on Marshack Hays LLP (.10); Review entered order re: interim fees on GlassRatner Advisory & Capital Group, LLC (.10); E-mail to Laila Masud re: same (.10); Review and respond to e-mail from Pam Kraus re: same (.10); | .40 | 260.00 | 104.00 |
| 12/21/21 | CB | E-mail to Laila Masud re: notice of continued hearing on De Novo's fee application and supplement brief (.10); Review and respond to e-mail from Laila Masud re: same (.10); | .20 | 260.00 | 52.00 |
| 12/29/21 | CB | Review and respond to e-mail from Maria Johnson re: payment of invoices (.10); Review tentative for 12-15-21 hearing (.10); E-mail to Maria Johnson re: same (.10); | .30 | 260.00 | 78.00 |
| 12/29/21 | CB | Review case file in preparation for draft notice of continue De Novo fee hearing (.10); Prepare draft notice re: same (.10); E-mail to D. Edward Hays re: same (.10); E-mail to Kathleen Frederick re: same (.10); Review and respond to e-mail from D. Edward Hays re: approval of same (.10); Revise and finalize notice of continued De Novo fee hearing (.40); E-mail to D. Edward Hays re: same (.10); Prepare judge's copy re: same (.10); E-mail to staff re: service of same (.10); | 1.20 | 260.00 | 312.00 |
| 12/29/21 | CB | Review case file in preparation for draft supplement briefing for De Novo first and final fee application (.10); Review tentative ruling (.10); Prepare supplemental briefing shell (.30); E-mail to D. Edward Hays re: same (.10); | .60 | 260.00 | 156.00 |
| 12/29/21 | BNB | Written correspondence with D. Edward Hays and Cynthia Bastida re: supplement to De Novo Legal PC's fee application; | .10 | 320.00 | 32.00 |
| 12/30/21 | DEH | Telephone conference with Brad N. Barnhardt re: issues identified in tentative ruling to be addresses in supplemental briefing; | .20 | 650.00 | 130.00 |
| 12/30/21 | DEH | Telephone conference with Brad N. Barnhardt re: research results and further research (.20); Written correspondence with Cynthia Bastida re: transcript from initial hearing on DeNovo's employment (.10); | .30 | 650.00 | 195.00 |
| 12/30/21 | CB | Revise and respond to e-mail from D. Edward Hays re: transcript for April 7, 2021 hearing on De Novo employment (.10); Prepare order form re: same (.20); E-mail to D. Edward Hays re: same (.10); Review and respond to e-mail from Holly Martens re: same (.10); | .50 | 260.00 | 130.00 |

43

**Exhibit "2"**
**Page 66**

### MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/30/21 | BNB | Review record re: De Novo Legal PC employment and fee applications (1.30); Telephone conference with D. Edward Hays re: supplement to De Novo fee application (.20); Research re: approval of De Novo's pre-conversion fees (3.50); Telephone conferences with D. Edward Hays re: research (.40); | 5.40 | 320.00 | 1,728.00 |
| 12/30/21 | BNB | Draft supplement to De Novo Legal PC's fee application; | 2.50 | 320.00 | 800.00 |
| 12/31/21 | BNB | Draft supplement to De Novo Legal PC's fee application; | 1.00 | 320.00 | 320.00 |
| 1/02/22 | BNB | Draft supplement to De Novo Legal PC's fee application; | .80 | 320.00 | 256.00 |
| 1/03/22 | CM | Telephone conference with D. Edward Hays re: obtaining Richard A. Marshack's original signature; (No Charge) | .10 | 260.00 | N/C |
| 1/03/22 | LM | Telephone conference with Brad N. Barnhardt re: supplemental brief in support of fee application for De Novo; | .20 | 390.00 | 78.00 |
| 1/03/22 | BNB | Written correspondence with D. Edward Hays re: supplement to De Novo Legal PC's fee application (.40); Draft supplement to fee application (1.0); Telephone conferences with Maria Johnson and Laila Masud re: supplement to fee application (.30); | 1.70 | 320.00 | 544.00 |
| 1/03/22 | BNB | Prepare breakdown of De Novo Legal PC's requested compensation by category; | 1.50 | 320.00 | 480.00 |
| 1/04/22 | LM | Telephone conference with Brad N. Barnhardt re: De Novo supplement and potential substitution categorization by country/project as well as potential entries needing to be re-categorized; | .20 | 390.00 | 78.00 |
| 1/04/22 | LM | Telephone conference with Brad N. Barnhardt re: De Novo supplement and further categorization and chart sent by De Novo re: projects done (.20); Review and analyze written correspondence from Maria Johnson re: same (.10); | .30 | 390.00 | 117.00 |
| 1/04/22 | BNB | Written correspondence and telephone conference with Laila Masud re: breakdown of De Novo Legal PC's requested compensation (.50); Written correspondence with Maria Johnson of De Novo Legal PC re: breakdown of compensation (.10); Prepare breakdown of De Novo Legal PC's requested compensation (3.10); | 3.70 | 320.00 | 1,184.00 |
| 1/05/22 | DEH | Review and revise supplemental brief re: DeNovo; | .80 | 650.00 | 520.00 |
| 1/05/22 | CB | Review e-mail from Brad N. Barnhardt re: De Novo Fee Application (.10); E-mail to Brad N. Barnhardt re: status of Maria Johnson signing declaration (.10); Review and respond to e-mail from Brad N. Barnhardt re: same (.10); | .30 | 260.00 | 78.00 |
| 1/05/22 | CB | E-mail to Kathleen Frederick re: service of supplement to DeNovo fee application (.10); Review and respond to e-mail from Kathleen Frederick re: same (.10); | .20 | 260.00 | 52.00 |

44

**Exhibit "2"**
**Page 67**

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/05/22 | CB | Review and respond to e-mail from Holly Steinhauer re: transcript (.10); E-mail to accounting re: same (.10); (No Charge) | .20 | 260.00 | N/C |
| 1/05/22 | CB | Telephone discussion with Maria Johnson re: status of supplement (.20); Review and respond to e-mail from D. Edward Hays re: supplement ready to be finalized (.10); Revise supplement (.10); E-mail to Maria Johnson re: same (.10); Review e-mail from Maria Johnson re: executed declaration (.10); | .60 | 260.00 | 156.00 |
| 1/05/22 | CB | Review e-mail from Brad N. Barnhardt re: color coding De Novo invoices and costs (.10); Review chart re: same (.20); Revise invoices re: same (.50); E-mail to Brad N. Barnhardt re: confirmation of same (.10); Review and respond to e-mail from Brad N. Barnhardt re: approval of same (.10); | 1.00 | 260.00 | 260.00 |
| 1/05/22 | CB | Revise and finalize supplement (.50); Identify and mark exhibits in support of same (.20); Prepare judge's copy re: same (.10); E-mail to D. Edward Hays re: same (.10); E-mail to Maria Johnson re: same (.10); | 1.00 | 260.00 | 260.00 |
| 1/05/22 | LM | Written correspondences (x8) with Brad N. Barnhardt, D. Edward Hays and Cynthia Bastida re: De Novo supplement and execution of declaration of Maria Johnson in support thereof; (No Charge) | .30 | 390.00 | N/C |
| 1/05/22 | BNB | Written correspondence with D. Edward Hays, Laila Masud, and Cynthia Bastida re: revising and filing supplemental brief in support of De Novo Legal PC's fee application; | .40 | 320.00 | 128.00 |
| 1/10/22 | DEH | Written correspondence with Ashlee Froese re: continued hearing on fee application; | .20 | 650.00 | 130.00 |
| 1/18/22 | DEH | Review and analyze tentative ruling granting fee application and written correspondence with Richard A. Marshack, Laila Masud, and Maria Johnson re: same; | .20 | 650.00 | 130.00 |
| 1/18/22 | CB | Telephone conversation with Laila Masud re: tentative ruling granting De Novo legal fees and costs; | .10 | 260.00 | 26.00 |
| 1/18/22 | LM | Telephone conference with Cynthia Bastida re: fee order on De Novo application and chart of international counsel to be reimbursed by primary PI counsel (.10); Written correspondence with D. Edward Hays and Brad N. Barnhardt re: same (.10); | .20 | 390.00 | 78.00 |
| 1/18/22 | BNB | Written correspondence with D. Edward Hays and Laila Masud re: Court's tentative ruling for January 19, 2022, hearing on De Novo Legal's fee application; | .10 | 320.00 | 32.00 |
| 1/19/22 | CB | Prepare draft order granting De Novo fees and costs (.20); E-mail to Laila Masud re: approval of same (.10); Review and respond to e-mail from Laila Masud re: approval of same (.10); Revise and finalize order re: same (.20); E-mail to Laila Masud re: same (.10); | .70 | 260.00 | 182.00 |

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/19/22 | LM | Review and revise order granting application for compensation of De Novo Law Group (.10); Written correspondence with Cynthia Bastida re: upload of same and revisions with instructions to De Novo re: payment of international costs (.10); | .20 | 390.00 | 78.00 |
| 1/20/22 | CB | Review and respond to e-mail from Pam Kraus re: entered order on application for payment of final fees and expenses; | .10 | 260.00 | 26.00 |
| 1/21/22 | CB | E-mail to Maria Johnson re: entered order granting fees and costs (.10); Review case file to confirm distribution of expenses to international counsel (.10). | .20 | 260.00 | 52.00 |
| 1/25/22 | CB | Review and respond to e-mail from Maria Johnson re: status of payment (.10); E-mail to Trustee's administrator re: same (.10); Review and respond to e-mail from Trustee's administrator re: same (.10); E-mail to Maria Johnson re: same (.10); Review further e-mail from Maria Johnson re: breakdown of fees, costs and costs owed to international counsel (.10); Review costs and fees re: same (.10); E-mail to Maria Johnson re: same (.10); E-mail to Laila Masud re: same (.10); | .80 | 260.00 | 208.00 |
| 1/25/22 | LM | Review written correspondences (x8) from Cynthia Bastida and Maria Johnson re: payment of fees and expenses and instruction on payment to international counsel; | .20 | 390.00 | 78.00 |
| 2/17/22 | CB | Review and respond to e-mail from Maria Johnson re: status of remaining funds on application (.10); Review final fee application re: same (.30); E-mail to Laila Masud re: status of same (.10); | .50 | 260.00 | 130.00 |
| 2/23/22 | LM | Revise and finalize notice of rate change for Marshack Hays; | .10 | 390.00 | 39.00 |
| 2/24/22 | CB | Review and respond to e-mail from Laila Masud re: discrepancy of De Novo fees; | .10 | 260.00 | 26.00 |
| 2/24/22 | LM | Written correspondence with Cynthia Bastida re: invoice issue with De Novo Law Group and payment; | .20 | 390.00 | 78.00 |
| 2/28/22 | CB | E-mail to D. Edward Hays and Laila Masud re: status of remaining fees claimed by Maria De Novo; | .10 | 260.00 | 26.00 |
| 3/01/22 | DEH | Written correspondence with Laila Masud and Cynthia Bastida re: DeNovo's request for additional costs after final fee application and order; | .20 | 650.00 | 130.00 |
| 3/01/22 | LM | Written correspondences (x6) with D. Edward Hays and Cynthia Bastida re: De Novo request for $4k; | .30 | 390.00 | 117.00 |
| 3/02/22 | CB | Review and respond to e-mail from Laila Masud re: disputed amount to DeNovo (.10); E-mail to Maria Johnson re: same (.10); Telephone discussion with Laila Masud re: same (.10); | .30 | 260.00 | 78.00 |

### MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/02/22 | LM | Draft written correspondence to Maria Johnson at De Novo Law Group re: further notice to professionals and potential reconsideration under 60(b) (.10); Telephone conference with Richard A. Marshack re: same (.10); Telephone conference with Cynthia Bastida re: shell of same to be provided (.10); | .30 | 390.00 | 117.00 |
| 3/02/22 | LM | Written correspondence with Maria Johnson re: issue with requesting further funds on account of missing invoice (.10); Telephone conference with Maria Johnson re: same (.10); Telephone conference with Cynthia Bastida re: same (.20); Telephone conference with Richard A. Marshack re: same (.10); | .50 | 390.00 | 195.00 |
| 3/18/22 | CB | Review and respond to e-mail from Maria Johnson re: upcoming telephone conference at 1:30 p.m. on procedures for motion for reconsideration (.10); Telephone conversation with Megan re: same (.30); | .40 | 260.00 | 104.00 |
| 3/18/22 | LM | Review written correspondence from Maria Johnson re: motion for reconsideration (.10); Telephone conference with Cynthia Bastida re: same and aftermath of call (.10); | .20 | 390.00 | 78.00 |
| 3/22/22 | CB | Review court's website to obtain information on ECF registration (.20); E-mail to Megan at DeNovo law firm in preparation for motion for reconsideration filing (.10); Review and respond to e-mail from Maria Johnson re: same (.10); E-mail to Laila Masud re: same (.10); | .50 | 260.00 | 130.00 |
| 5/13/22 | LM | Telephone conference with Richard A. Marshack re: fees and costs Chapter 11 administrative professionals; | .30 | 420.00 | 126.00 |
| 5/13/22 | LM | Telephone conference with Richard A. Marshack re: US foods settlement and distributions (.40); Telephone conference with Wen Tan re: distributions spreadsheet and revisions to same (.30); Telephone conference with accounting department re: administration claims paid to counsel (.10); Written correspondences (x6) with Wen Tan, accounting department and Marshack Hays re: revisions to same and updated ratios per restaurant sales versus lease (.60); | 1.40 | 420.00 | 588.00 |
| 5/16/22 | CB | Review and respond to e-mail from Laila Masud re: order on GlassRatner approving fees and expenses; | .10 | 260.00 | 26.00 |
| 5/16/22 | CB | Review and respond to e-mail from Laila Masud re: comparison of order with application and order granting fee application; | .10 | 260.00 | 26.00 |
| 5/16/22 | CB | Review docket to determine status of approval of fees and expenses with GlassRatner; | .50 | 260.00 | 130.00 |
| 5/17/22 | CB | Review and respond to e-mail from Laila Masud re: order to be lodged once approved (.10); Telephone conversation with Laila Masud re: same (.40); | .50 | 260.00 | 130.00 |

47

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 5/17/22 | CB | Review and respond to e-mail from Wen re: revised order granting payment of fees to GlassRatner (.10); Revise and finalize order re: same (.20); E-mail to Laila Masud re: same (.10); E-mail to Wen Tan re: same (.10); | .50 | 260.00 | 130.00 |
| 9/13/22 | DAW | Review and analyze multiple lengthy e-mail correspondence from Trustee re: the outstanding fees and strategy to moving the case to a close (.30); Conference with Trustee re: same (.10); | .40 | 490.00 | 196.00 |
| 9/13/22 | DAW | Conference with Trustee re: timing for interim distributions and strategy moving the case to completion; | .20 | 490.00 | 98.00 |
| 9/14/22 | PK | Draft 45-day notice to professionals; | .30 | 280.00 | 84.00 |
| 9/16/22 | LM | Telephone conference with Cynthia Bastida re: 45 day notice approval (.10); Review and analyze same (.10); | .20 | 420.00 | 84.00 |
| 9/29/22 | CB | Telephone conversation with Laila Masud re: interim fee application and motion for interim distribution; | .20 | 260.00 | 52.00 |
| | | **Sub-Total Fees:** | **61.30** | | **$ 19,758.00** |

**TOTAL FEES**                                    **$ 146,352.00**

Exhibit "2"
Page 71

Exhibit "3"

### MARSHACK HAYS LLP

Richard Marshack, Trustee

October 10, 2022

Client-Matter# 1015-134

Invoice # 14156

## FEE RECAP BY TASK CODE

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| 1 | Asset Analysis and Recovery | 4.00 | 1,578.00 |
| 10 | Litigation | 121.00 | 55,902.00 |
| 15 | Secured Note Holders | 74.50 | 35,766.00 |
| 2 | Asset Disposition | 4.20 | 2,417.00 |
| 4 | Case Administration | 8.00 | 2,962.00 |
| 5 | Claims Administration and Objections | 65.50 | 27,969.00 |
| 7 | Fee/Employment Applications | 61.30 | 19,758.00 |
| | Sub-Total of Fees: | 338.50 | $ 146,352.00 |

**Exhibit "3"**
**Page 72**

## MARSHACK HAYS LLP

Richard Marshack, Trustee                                                          October 10, 2022
Client-Matter# 1015-134                                                           Invoice # 14156

### FEE RECAP BY ATTORNEY

| Name | Atty | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| Bradford N. Barnhardt | BNB | Associate | 17.20 | 320.00 | 5,504.00 |
| D. Edward Hays | DEH | Partner | 15.70 | 680.00 | 10,676.00 |
| D. Edward Hays | DEH | Partner | 29.20 | 650.00 | 18,980.00 |
| David A. Wood | DAW | Partner | .60 | 490.00 | 294.00 |
| Kristine A. Thagard | KAT | Of Counsel | 103.00 | 550.00 | 56,650.00 |
| Laila Masud | LM | Associate | 39.90 | 420.00 | 16,758.00 |
| Laila Masud | LM | Associate | 30.00 | 390.00 | 11,700.00 |
| Tinho Mang | TM | Associate | 2.90 | 390.00 | 1,131.00 |
| Tinho Mang | TM | Associate | 2.50 | 350.00 | 875.00 |
| Pamela Kraus | PK | Paralegal | 7.90 | 280.00 | 2,212.00 |
| Chanel Mendoza | CM | Paralegal | 1.90 | 260.00 | 494.00 |
| Cynthia Bastida | CB | Paralegal | 79.30 | 260.00 | 20,618.00 |
| Kathleen Frederick | KF | Paralegal | 2.30 | 200.00 | 460.00 |
| **Total** | | | **332.40** | | **$ 146,352.00** |

## MARSHACK HAYS LLP

Richard Marshack, Trustee                                    October 10, 2022
Client-Matter# 1015-134                                      Invoice # 14156

**FEE RECAP BY MONTH**

**Bradford N. Barnhardt**

| | | | |
|---|---|---:|---:|
| | 12/2021 | 9.00 | 2,880.00 |
| | 01/2022 | 8.20 | 2,624.00 |
| | **Subtotal for Bradford N. Barnhardt** | **17.20** | **$ 5,504.00** |

**D. Edward Hays**

| | | | |
|---|---|---:|---:|
| | 01/2021 | .30 | 195.00 |
| | 11/2021 | 19.50 | 12,675.00 |
| | 12/2021 | 2.30 | 1,495.00 |
| | 01/2022 | 2.00 | 1,300.00 |
| | 02/2022 | 3.70 | 2,405.00 |
| | 03/2022 | 1.40 | 910.00 |
| | 04/2022 | 1.30 | 884.00 |
| | 05/2022 | 6.40 | 4,352.00 |
| | 06/2022 | 1.70 | 1,156.00 |
| | 07/2022 | 3.90 | 2,652.00 |
| | 08/2022 | 1.60 | 1,088.00 |
| | 09/2022 | .80 | 544.00 |
| | **Subtotal for D. Edward Hays** | **44.90** | **$ 29,656.00** |

**David A. Wood**

| | | | |
|---|---|---:|---:|
| | 09/2022 | .60 | 294.00 |
| | **Subtotal for David A. Wood** | **.60** | **$ 294.00** |

**Kristine A. Thagard**

| | | | |
|---|---|---:|---:|
| | 11/2021 | 21.20 | 11,660.00 |
| | 12/2021 | 19.60 | 10,780.00 |
| | 01/2022 | 1.40 | 770.00 |
| | 02/2022 | 10.60 | 5,830.00 |
| | 03/2022 | 7.90 | 4,345.00 |
| | 04/2022 | 2.00 | 1,100.00 |
| | 05/2022 | 12.10 | 6,655.00 |
| | 06/2022 | 7.20 | 3,960.00 |
| | 07/2022 | 15.80 | 8,690.00 |
| | 08/2022 | 4.20 | 2,310.00 |
| | 09/2022 | 1.00 | 550.00 |
| | **Subtotal for Kristine A. Thagard** | **103.00** | **$ 56,650.00** |

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

**Laila Masud**

| | | |
|---|---|---|
| 11/2021 | 11.00 | 4,290.00 |
| 12/2021 | 3.30 | 1,287.00 |
| 01/2022 | 6.50 | 2,535.00 |
| 02/2022 | 4.80 | 1,872.00 |
| 03/2022 | 4.40 | 1,716.00 |
| 04/2022 | 11.80 | 4,956.00 |
| 05/2022 | 7.00 | 2,940.00 |
| 06/2022 | 6.00 | 2,520.00 |
| 07/2022 | 6.10 | 2,562.00 |
| 08/2022 | 2.80 | 1,176.00 |
| 09/2022 | 6.20 | 2,604.00 |
| **Subtotal for Laila Masud** | **69.90** | **$ 28,458.00** |

**Tinho Mang**

| | | |
|---|---|---|
| 11/2021 | 2.10 | 735.00 |
| 02/2022 | .40 | 140.00 |
| 04/2022 | 2.40 | 936.00 |
| 05/2022 | .40 | 156.00 |
| 07/2022 | .10 | 39.00 |
| **Subtotal for Tinho Mang** | **5.40** | **$ 2,006.00** |

**Pamela Kraus**

| | | |
|---|---|---|
| 06/2022 | 5.30 | 1,484.00 |
| 07/2022 | 2.30 | 644.00 |
| 09/2022 | .30 | 84.00 |
| **Subtotal for Pamela Kraus** | **7.90** | **$ 2,212.00** |

**Chanel Mendoza**

| | | |
|---|---|---|
| 11/2021 | 1.70 | 442.00 |
| 12/2021 | .20 | 52.00 |
| **Subtotal for Chanel Mendoza** | **1.90** | **$ 494.00** |

**Cynthia Bastida**

| | | |
|---|---|---|
| 11/2021 | 17.20 | 4,472.00 |
| 12/2021 | 8.20 | 2,132.00 |
| 01/2022 | 5.70 | 1,482.00 |
| 02/2022 | 3.00 | 780.00 |
| 03/2022 | 5.00 | 1,300.00 |
| 04/2022 | 2.70 | 702.00 |
| 05/2022 | 11.40 | 2,964.00 |
| 06/2022 | 4.80 | 1,248.00 |
| 07/2022 | 14.20 | 3,692.00 |
| 08/2022 | 6.90 | 1,794.00 |
| 09/2022 | .20 | 52.00 |
| **Subtotal for Cynthia Bastida** | **79.30** | **$ 20,618.00** |

Exhibit "3"
Page 75

## MARSHACK HAYS LLP

Richard Marshack, Trustee                                                October 10, 2022
Client-Matter# 1015-134                                                  Invoice # 14156

**Kathleen Frederick**

| | | |
|---|---|---|
| 03/2022 | .80 | 160.00 |
| 08/2022 | 1.50 | 300.00 |
| **Subtotal for Kathleen Frederick** | **2.30** | **$ 460.00** |

Exhibit "4"

### MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

## DISBURSEMENTS

### E101 Copying

| Date | Description | Amount |
|---|---|---|
| 11/01/21 | Document Copies re: Ghadiri v Ruby's October 2021 status report | .90 |
| 11/24/21 | Document Copies re: second interim fee application for allowance of fees and costs filed by Marshack Hays LLP, notice of hearing on administrative professionals fee applications, first and final fee application for allowance of fees and costs filed by De Novel Legal PC | 120.90 |
| 11/29/21 | Document Copies re: Judge's copies - First and final fee application for allowance of fees and costs. -Second interim fee application -Second interim application for compensation and reimbursement - Ruby's Huntington Beach/ Oceanside - Second interim application for compensation and reimbursement -Notice of hearing | 28.40 |
| 12/21/21 | Electronic copying re: return mail sent to Garda CL West Inc - notice of hearing on administrative professional fee applications | .20 |
| 12/21/21 | Electronic copying re: return mail sent to John R Wilson Jr - notice of hearing on administrative professional fee applications | .20 |
| 12/29/21 | Document Copies re: notice of continued hearing on De Novo Legal PC's first and final administrative professional fee application | 8.70 |
| 12/30/21 | Document Copies re: Judge copy - Notice of continued hearing on De Novo Legal PC's first and final administrative professional fee application | 1.80 |
| 1/05/22 | Document Copies re: De Novo supplement to first and final fee application re special counsel, Judge copy included | 15.70 |
| 2/07/22 | Document Copies re: notice of motion and motion for approval of cash disbursements by the trustee | 31.00 |
| 2/11/22 | Document Copies  re: objection to proof of claim no 309 of Mamo LBMP Investors I LLC, Judge copy included | 54.90 |
| 3/03/22 | Document Copies re: voluntary dismissal of objection proof of claim | 2.90 |
| 4/18/22 | Electronic copying re: returned mail sent to California Restaurant Mutual - notice of continued hearing on De Novo Legal PC first and final administrative fee applications | .20 |
| 5/23/22 | Electronic copying re: return mail sent to Harvey and Joyce Jensen - Notice of motion to approve compromise with US Foods Inc | .20 |
| 5/23/22 | Electronic copying re: return mail sent to Davifd R & Arlene A Belt - Notice of motion to approve compromise with US Foods Inc | .20 |
| 5/23/22 | Electronic copying re: return mail sent to Benchmark Hospitality Inc - Notice of motion to approve compromise with US Foods Inc | .20 |
| 5/31/22 | Electronic copying re: return mail sent to 3 Wire Group Inc - Notice of motion to approve compromise with US Foods Inc | .20 |
| 5/31/22 | Electronic copying re: return mail sent to David Wells - Notice of motion to approve compromise with US Foods Inc | .20 |
| 5/31/22 | Electronic copying re: return mail sent to Credit Management Association - Notice of motion to approve compromise with US Foods Inc | .20 |
| 6/08/22 | Document Copies re: declaration that no party requested a hearing on motion re: trustee's motion to approve compromise with US Foods (including judge copy | 57.20 |
| 7/12/22 | Document Copies re: motion to (1) set a bar date for filing administrative expense claims and (2) approve the form, manner, and sufficiency of the notice thereof; memorandum of points and authorities; declaration of RAM in support | 3.00 |

## MARSHACK HAYS LLP

Richard Marshack, Trustee                                                    October 10, 2022
Client-Matter# 1015-134                                                      Invoice # 14156

| | | |
|---|---|---:|
| 7/12/22 | Document Copies re: notice of errata re: exhibit "1" in support of motion to (1) set a bar date for filing administrative expense claims and (2) approve the form, manner, and sufficiency of the notice thereof | 2.10 |
| 7/12/22 | Document Copies re: notice of motion and motion to (1) set a bar date for filing administrative expense claims and (2) approve the form, manner, and sufficiency of the notice thereof | 9.20 |
| 7/26/22 | Document Copies re: notice of Trustee's motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | 1,555.40 |
| 7/26/22 | Document Copies  re: Trustee's motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | 1,015.20 |
| 8/19/22 | Document Copies re: notice of entered order on motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | 1,441.20 |
| 8/19/22 | Document Copies re: letter to secured noteholders to confirm amounts owed | 5.60 |
| 8/29/22 | Electronic copying re: secured creditor statement by Jean Glass | .30 |
| 8/30/22 | Electronic copying re: return mail sent to Cesar Eduardo Perez Castilla - notice of motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | .20 |
| 8/30/22 | Electronic copying re: return mail - notice of entered order on trustee's motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder; sent to Gary Parrish dba Vision Window Cleaning, California Newspapers Partnership, William and Jeannette M Simek, Dylan Durham, Jose Arredondo, Opus Bank, California Dept of Industrial Relations | 1.40 |
| 9/02/22 | Electronic copying re: return mail sent to Nextiva Inc - notice of motion to set a bar date for filing chapter 11 administrative expense claims | .20 |
| 9/02/22 | Electronic copying re: return mail sent to Adriana Luz Sanchez - notice of motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | .20 |
| | **Sub-Total of Disbursements** | **$ 4,358.20** |

E102 Outside Printing

| Date | Description | Amount |
|---:|---|---:|
| 7/15/22 | Outside copy service for filing and delivery services for documents, Ruby's Diner Notice Motion to Set Administrative Chapter 11 Claims Bar Date, Ruby's HB Notice Motion to Set Administrative Chapter 11 Claims Bar Date, and Ruby's OS Notice Motion to Set Administrative Chapter 11 Claims Bar Date - Digicopy, Inc. | 1,638.71 |
| 7/15/22 | Outside copy service for final revised motion to approve procedure for confirmation of list, revised notice of motion to approve procedure for confirmation of list, - Digicopy, Inc. | 2,157.61 |
| 8/21/22 | Outside copy service of envelopes for Notice of Entered Order Re Secured Noteholders, Notice of entered order granting Motion to approve procedure for confirmation of list - Digicopy, Inc. | 1,958.29 |
| 8/26/22 | Outside copy service for envelopes for Notice of Administrative Claims Bar Date on 08/23/22 & 08/24/22, Ruby's Diner - Letter to Administrative Creditors, RHB - Letter to Potential Administrative Creditors, RO - Letter to Potential Administrative Creditors, and envelopes for 1019 Creditors - Digicopy, Inc. | 2,123.07 |
| | **Sub-Total of Disbursements** | **$ 7,877.68** |

Exhibit "4"
Page 78

## MARSHACK HAYS LLP

Richard Marshack, Trustee                                          October 10, 2022
Client-Matter# 1015-134                                              Invoice # 14156

### E105 Telephone

| Date | Description | Amount |
|------|-------------|--------|
| 11/15/21 | Telephonic court conference with Honorable Mark S. Wallace on 11/09/21 - Laila Masud - CourtCall, LLC | 82.25 |
| 11/15/21 | Telephonic court conference with Honorable Mark S. Wallace on 11/09/21 - D. Edward Hays - CourtCall, LLC | 82.25 |
| 11/15/21 | Telephonic court conference with Honorable Mark S. Wallace on 11/10/21 - D. Edward Hays - CourtCall, LLC | 76.65 |
| 11/15/21 | Telephonic court conference with Honorable Mark S. Wallace on 11/10/21 - Richard A. Marshack - CourtCall, LLC | 76.65 |
| | **Sub-Total of Disbursements** | **$ 317.80** |

### E106 Online Research

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/21 | Computer Research re: Pacer usage, October 2021 | 7.20 |
| 12/01/21 | Computer Research re: Pacer, November 2021; | 7.80 |
| 12/01/21 | Computer Research re: LexisNexis, November 2021; | 152.06 |
| 1/01/22 | Computer Research re: LexisNexis, December 2021; | 124.01 |
| 1/01/22 | Computer Research re: Pacer, December 2021; | 8.00 |
| 1/01/22 | Computer Research re: Pacer, 4th Quarter; | 4.30 |
| 2/01/22 | Computer Research re: LexisNexis, January 2022; | 49.28 |
| 2/01/22 | Computer Research re: Pacer, January 2022; | 1.10 |
| 2/28/22 | Computer Research; Lexis, February 2022; | 102.40 |
| 2/28/22 | Computer Research; Lexis, February 2022; | 95.57 |
| 3/31/22 | Computer Research; Pacer, March 2022; | .40 |
| 3/31/22 | Computer Research; Pacer, March 2022; | .60 |
| 4/29/22 | Computer Research; Lexis, April 2022; | 6.50 |
| 5/02/22 | Computer Research, Lexis, May 2022; | 22.74 |
| 5/09/22 | Computer Research, May 2022; | .40 |
| 5/11/22 | Computer Research, May 2022; | .40 |
| 6/22/22 | Computer Research, Lexis, June 2022; | 55.03 |
| 7/11/22 | Computer Research; Pacer, July 2022; | .90 |
| 7/12/22 | Computer Research; Pacer, July 2022; | .10 |
| 7/25/22 | Computer Research; Pacer for July 2022; | .50 |
| 8/31/22 | Computer Research; Lexis, August 2022; | 40.14 |
| | **Sub-Total of Disbursements** | **$ 679.43** |

Exhibit "4"
Page 79

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

E107 Delivery Services/Messenger

| Date | Description | Amount |
|------|-------------|-------:|
| 12/31/21 | Deliver notice of continued hearing on De Novo Legal PC's first and final administrative professionals to Honorable Scott C. Clarkson on 12/30/21 - Nationwide Legal, Inc. | 7.50 |
| 1/15/22 | Deliver supplement to first and final fee application for allowance of fees and costs filed to Honorable Scott C. Clarkson on 01/06/22 - Nationwide Legal, Inc. | 7.50 |
| 3/03/22 | Deliver notice of voluntary dismissal of a contested matter to United States Bankruptcy Court/Santa Ana, CA on 03/03/22 | 7.50 |
| 5/12/22 | Deliver packaged documents and send via USPS | 362.76 |
| 6/08/22 | Deliver courtesy copy of, Declaration that no party requested a hearing on motion regarding Trustee's motion, to Judge CLarkson/Santa Ana, CA. | 7.50 |
| 8/19/22 | Courtesy copies of Notice of entered order on Trustee's motion for approval of procedures to Judge Clarkson/Santa Ana, CA on 08/19/22  - Nationwide Legal, Inc. | 7.50 |
| 8/25/22 | Judge's copy od document #1249 to United States Bankruptcy Court/Santa Ana, CA on 08/25/22  - Nationwide Legal, Inc. | 110.30 |
| | **Sub-Total of Disbursements** | **$ 510.56** |

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

E108 Postage

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/21 | Postage re: Ghadiri v Ruby's October 2021 status report | .53 |
| 11/24/21 | Postage re: second interim fee application for allowance of fees and costs filed by Marshack Hays LLP, notice of hearing on administrative professionals fee applications, first and final fee application for allowance of fees and costs filed by De Novel Legal PC | 117.13 |
| 12/29/21 | Postage re: notice of continued hearing on De Novo Legal PC's first and final administrative professional fee application | 20.67 |
| 1/05/22 | Postage re: De Novo supplement to first and final fee application re special counsel, | 2.36 |
| 2/07/22 | Postage re: notice of motion and motion for approval of cash disbursements by the trustee | 45.26 |
| 2/11/22 | Postage re: objection to proof of claim no 309 of Mamo LBMP Investors I LLC, | 14.85 |
| 3/03/22 | Postage re: voluntary dismissal of objection proof of claim | 1.59 |
| 5/11/22 | Postage re: motion to approve compromise with US Foods | 132.69 |
| 6/08/22 | Postage re: declaration that no party requested a hearing on motion re: trustee's motion to approve compromise with US Foods (including judge copy) | 10.68 |
| 7/26/22 | Postage re: notice of Trustee's motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | 805.98 |
| 7/26/22 | Postage re: Trustee's motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | 293.28 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Zoee Gallego - notice to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Steve Chu - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Bailey Brooklyn - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Sydney Alessa Meiner - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Linda Morgan - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Ashley Robertson - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Bridgette Roberts - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Kalani Townsend - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Flores Mario Rosas - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to California Farm Management - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |

### MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

| Date | Description | Amount |
|------|-------------|--------|
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Webster Kaplan - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Sabrina K. Elkins - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Drew and Napier LLC - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | 1.40 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to Clyde and Co LLP - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | 1.40 |
| 8/19/22 | Postage re: notice of entered order on motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | 904.59 |
| 8/19/22 | Postage re: letter to secured noteholders to confirm amounts owed | 10.26 |
| 9/02/22 | Postage re: Resent Mail 09-02-22 Ruby's 18-13311 - Sent to Alan Alonzo - Notice of entered order on motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | .57 |
| 9/02/22 | Postage re: Resent Mail 09-02-22 Ruby's 18-13311 - Sent to Raechelle Apodaca - Notice of motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | .57 |
| 9/02/22 | Postage re: Resent Mail 09-02-22 Ruby's 18-13311 - Sent to Interior Resources Inc - Notice of entered order on motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | .57 |
| 9/02/22 | Postage re: Resent Mail 09-02-22 Ruby's 18-13311 - Sent to Gonzalo Felix - Notice of setting bar date for filing administrative expense claims | .57 |
| | **Sub-Total of Disbursements** | **$ 2,371.79** |

### E116 Trial Transcripts

| Date | Description | Amount |
|------|-------------|--------|
| 1/06/22 | Original transcript of proceedings (x15) for hearing date 04/07/21 - Briggs Reporting Company, Inc., | 90.75 |
| | **Sub-Total of Disbursements** | **$ 90.75** |

### CURRENT DISBURSEMENTS                     $ 16,206.21

Exhibit "5"

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-134

October 10, 2022
Invoice # 14156

**DISBURSEMENT RECAP BY TASK CODE**

| Task | Description | Amount |
|------|-------------|--------|
| E101 | Copying | 4,358.20 |
| E102 | Outside Printing | 7,877.68 |
| E105 | Telephone | 317.80 |
| E106 | Online Research | 679.43 |
| E107 | Delivery Services/Messenger | 510.56 |
| E108 | Postage | 2,371.79 |
| E116 | Trial Transcripts | 90.75 |
|      | Sub-Total of Disbursements | $ 16,206.21 |

**TOTAL CURRENT CHARGES**            **$ 162,558.21**

**Exhibit "5"**
**Page 83**

Exhibit "6"

## PARTNERS

## RICHARD A. MARSHACK

Richard A. Marshack is a founding member of the firm of Marshack Hays LLP. He was born in Las Vegas, Nevada, June 21, 1958. He graduated from University of California at Irvine in 1979 with a Bachelor of Arts degree and California Western School of Law (J.D. Magna Cum Laude, 1982). Recipient, American Jurisprudence Award: Agency and Partnership. Staff Writer, 1980-1981 and Lead Articles Editor, 1981-1982 California Western Law Review. He was admitted to the California Bar in 1982 and the U. S. District Court, Central and Southern Districts of California and U. S. Court of Appeals, Ninth Circuit, 1984.

Mr. Marshack was Law Clerk to the Honorable Folger Johnson, Chief Judge, United States Bankruptcy Court, District of Oregon, 1982-1984, and an Adjunct Professor: Bankruptcy Law, Western States University College of Law, Bankruptcy Law, 1993; Bankruptcy Law, University of California, Irvine, 1985-1992.

Mr. Marshack has authored several articles, including: "The Toxic Claim: Using Bankruptcy Law to Limit Environmental Liabilities," California Bankruptcy Journal, Volume 19, Number 3, 1991; "Recent Developments Under Section 546 of the Bankruptcy Code," Tactics for Unsecured Creditors of Bankrupt Debtors," California Lawyer 21, August, 1984; "Adequate Protection for the Unsecured Creditor Under the Bankruptcy Code", Commercial Law Journal 621, December 1983; "Recent Developments for Reclaiming Goods Under the Bankruptcy Code and the Uniform Commercial Code, "Uniform Commercial Code Law Journal 187, July, 1983; "Reclamation of Goods Under the Bankruptcy Code," Oregon Debtor-Creditor News Letter, I, July 1983; "*Sindell vs. Abbot Laboratories*: Is Market Share Liability the Best Remedy to the DES Controversy" California Western Law Review 143, 1981.

Memberships: Orange County Bankruptcy Forum, Director and President 1995-96; Orange County Bar Association (Commercial Law & Bankruptcy Section), Chairman, 1989; California State Bar Association; Commercial Law League of America; Los Angeles Bankruptcy Forum.

*Panel Bankruptcy Trustee for U.*S. *Bankruptcy Court, Central District of California,* 1985 - *Present.*

## D. EDWARD HAYS

D. Edward Hays, is a founding member of the firm of Marshack Hays LLP. He was born in Los Angeles, California. He graduated with honors from California State University at Fullerton in 1989 with a Bachelor of Arts degree in Business. He graduated from the University of Southern California Law Center in 1992 where he was a member of the Hale Moot Court Honors program. Mr. Hays was admitted to practice in 1992. Ed is certified as a bankruptcy law specialist by the State Bar of California.

Ed focuses his practice on bankruptcy and litigation matters. In 2000 and 2017, he was the Chair of the Commercial Law & Bankruptcy Section of the Orange County Bar Association. He also

serves or has served as a Director or member of the following organizations: the Inland Empire Bankruptcy Forum; the Orange County Bankruptcy Forum; the William P. Gray Legion Lex American Inns of Court, the Federal Bar Association, and the Executive Council for the College of Business at Cal State Fullerton. In 1998 and 1999, Mr. Hays also served as a Judge Pro Tem for the Superior Court of the State of California, County of Los Angeles.

Ed has been selected on numerous occasions to present continuing education lectures at nationwide conferences including the National Conference of Bankruptcy Judges, the National Association of Bankruptcy Trustees, and the National Association of Consumer Bankruptcy Attorneys. He has also spoken on various legal topics for statewide and local bankruptcy associations including the California Bankruptcy Forum, the Orange County Bankruptcy Forum, the Commercial Law and Bankruptcy Section of the Orange County Bar Association, the Inland Empire Bankruptcy Forum.

In 2004, Ed won the State Bar 5k race and, in 2005 and 2006, was the runner-up. He also actively participates in endurance events completing full-distance Ironman Triathlons in 2000 and 2003; eight half-Ironman races between 1999 and 2016; a 50-mile ultra-run in 2009; multiple 50k running races, and multiple marathons across the world including Boston, New York, Los Angeles, Rome, St. George, and the Madison Valley in Montana.

Ed's published cases include: *In re Brace*, 9 Cal.5th 903 (Cal. Supreme Court 2020); *In re Brace*, 979 F.3d 1228 (9th Cir. 2020); *Jue v. Liu (In re Liu)*, 611 B.R. 864 (9th Cir. BAP 2020); *In re Nolan*, 618 B.R. 860 (Bankr. C.D.Cal. 2020); *In re Roger*, 393 F.Supp.3d 940 (Distr. Cal. 2019); *Naylor v. Farrell (In re Farrell)*, 610 B.R. 317 (Bankr. C.D.Cal. 2019); *Slaieh v. Simons*, 548 B.R. 28 (Distr. Cal. 2018); *Brace v. Speier*, 908 F.3d 531 (9th Cir. 2018); *Cal. Corr. Peace Officers Ass'n Ben. Trust Fund v. Corbett (In re Corbett)*, 2017 U.S.Distr. Lexis 108925 (E.D.Cal. 2017), *Brace v. Speier (In re Brace)*, 566 B.R. 13 (9th Cir. BAP 2017); *In re DRI Cos.*, 552 B.R. 195 (Bankr. C.D.Cal. 2016); *Stahl v. Whelan Elec., Inc. (In re Modtech Holdings)*, 503 B.R. 737 (Bankr. C.D.Cal. 2013); *In re Cusimano*, 2013 WL 9736597 (Bankr. C.D.Cal. 2013); *In re Cass*, 476 B.R. 602 (Bankr. C.D. Cal. 2012); *In re Four Star Financial Services, Inc.*, 444 B.R. 428 (Bankr. C.D. Cal. 2011) *rev'd* 469 B.R. 30 (C.D. Cal. 2012); *In re Rinard*, 451 B.R. 12 (Bankr. C.D. Cal. 2011); *In re Dick Cepek*, 339 B.R. 730 (9th Cir. BAP 2006); *In re Dudley*, 249 F.3d 1170 (9th Cir. 2001); *In re Kim*, 257 B.R. 680 (9th Cir. BAP 2000); *In re Kuraishi*, 237 B.R. 172 (Bankr. C.D. Cal. 1999); *Blonder v. Cumberland Engineering*, (1999) 71 Cal.App.4th 1057, 84 Cal.Rptr.2d 216; *In re Metz*, 225 B.R. 173 (9th Cir. BAP 1998); *In re National Environmental Waste Corporation*, 191 B.R. 832 (Bankr. C.D. Cal. 1996) *aff'd* 129 F.3d 1052 (9th Cir. 1997); *In re Turner*, 186 B.R. 108 (9th Cir. BAP 1995); and *In re Continental Capital & Credit*, 158 B.R. 828 (Bankr. C.D. Cal. 1993).

Ed and his wife, Sarah Cate Hays, have also co-authored the following law review articles published in the California Bankruptcy Journal:

- *The Client Without a Remedy and the Windfall Estate – The Case for Debtor Ownership of Malpractice Claims Against Bankruptcy Counsel* (32 Cal. Bank. J. 65 (2012));
- *The Same Love – Marriage Equality in Bankruptcy Post-DOMA and the Evolving Rights of Registered Domestic Partners* (33 Cal. Bank. J. 49 (2014)); and
- *Good Help is Hard to Fund: The Problem of Earned Upon Receipt Retainers and Pre-Funded Litigation in Bankruptcy* (33 Cal. Bankr. J. 421 (2016)).

**CHAD V. HAES**

Chad V. Haes focuses his practice areas include bankruptcy litigation, business and civil litigation, lender liability, and creditors' rights. Mr. Haes' litigation experience includes representing institutional lenders in actions related to lien priority and wrongful foreclosure, prosecuting and enforcing mechanic's liens, seeking unlawful detainer judgments on behalf of secured lenders and representing creditors, debtors and trustees in the bankruptcy context.

Mr. Haes is a California native who earned his Bachelor of Arts degree from Azusa Pacific University in 2004 and his law degree from Southwestern Law School in 2008. Prior to joining Marshack Hays, Mr. Haes served a two-year term as the judicial law clerk to the Honorable Meredith A. Jury of the United States Bankruptcy Court for the Central District of California, Riverside Division. Mr. Haes also externed for Honorable Samuel L. Bufford of the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

While in law school, Mr. Haes was a member of the Moot Court Honors Program and the recipient of the John J. Schumacher full-tuition scholarship, the Equal Justice America fellowship, the Wiley W. Manuel Award for Pro Bono Legal Services and the CALI Excellence Award for Constitutional Law. Mr. Haes was also selected as a finalist oralist and finalist writer in the Southwestern First-Year Intramural Moot Court Competition and a finalist oralist in the Rendigs National Products Liability Moot Court Competition.

**DAVID A. WOOD**

David A. Wood focuses his practice areas include bankruptcy litigation, business and civil litigation, lender liability, and creditors' rights.

Mr. Wood earned his Bachelor of Arts degree from Biola University in 2003, where he graduated magna cum laude. Thereafter, Mr. Wood was a senior associate at Alfred Gobar Associates, a firm specializing in developing econometric modeling systems to evaluate land development opportunities, and the existence of economic blight. He earned his law degree from Chapman University School of Law in 2010, where he graduated in the top 6% of his class. Prior to joining Marshack Hays, Mr. Wood served a two-and-a-half year term as the judicial law clerk to the Honorable Erithe A. Smith of the United States Bankruptcy Court for the Central District of California, Santa Ana Division. Mr. Wood also externed for Honorable Theodor C. Albert of the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

While in law school, Mr. Wood was a symposium editor for the Chapman Law Review and the recipient of the CALI Excellence Award for Immigration Law and Select Topics in American Law.

**<u>ATTORNEYS</u>**

**KRISTINE A. THAGARD** focuses her practice on contract, construction, loan enforcement (including lender's right to insurance proceeds and guarantees), purchase and sale transactions, partnership dispute, toxic cleanup and environmental contamination, broker malfeasance, fiduciary duty (broker/agent, partnership and trust), and insurance (negotiation, bad faith, and

declaratory relief). She has significant litigation experience in multi-party complex construction defect actions, all aspects of general/commercial liability defense (construction, product and premise liability), subrogation, and real estate (broker/agent, contract, title, contract and fraud).

Ms. Thagard was born in Lynwood, California and graduated cum laude from Menlo College where she served on the Board of Trustees for 9 years. She received her J.D. from the University of Southern California in 1980. While in law school she served as a judicial extern to the Honorable Robert Kingsly, Second Appellate District Court of Appeal. She is admitted to practice in both California (1980) and Nevada (2001) as well as the Federal Courts of both states. She also holds a California Real Estate Broker's License.

**MATTHEW W. GRIMSHAW** focuses his practice on insolvency law and litigation. He represents parties in all aspects of bankruptcy matters and out-of-court restructurings. He also has significant experience litigating and advising clients on issues resulting from the debtor-creditor relationship, including the enforcement of notes and guarantees, writs of attachment, receiverships, wrongful foreclosures, mortgage elimination scams, and injunctions.

Mr. Grimshaw was born in Mesa, Arizona. He graduated from Brigham Young University with a Bachelor of Arts degree in Economics. He graduated with honors from Willamette University College of Law, where he served as the editor-in-chief of the school's Journal of International Law and Dispute Resolution. Mr. Grimshaw was admitted to practice law in California in 2000.

Mr. Grimshaw served a two-year term as a judicial law clerk to the Honorable John E. Ryan. During his first year, Mr. Grimshaw served as Judge Ryan's trial law clerk. During his second year, when Judge Ryan was the chief judge of the Bankruptcy Appellate Panel of the Ninth Circuit Court of Appeals, Mr. Grimshaw served as his appellate law clerk.

Mr. Grimshaw has been asked on many occasions to present lectures on various subjects, including bankruptcy, creditors' rights, and legal ethics. He has published numerous articles on bankruptcy-related topics. In 2006, he was also appointed by Ninth Circuit Court of Appeals to serve on the committee that evaluated candidates and made recommendations as to who should fill existing vacancies on the United States Bankruptcy Court for the Central District of California.

Mr. Grimshaw is a long-time member of the Board of Directors for the Orange County Bankruptcy Forum. He also served as Chair of the Commercial Law and Bankruptcy Section of the Orange County Bar Association.

Mr. Grimshaw enjoys spending time with his family, reading, and traveling. Mr. Grimshaw is conversant in Spanish. He is an Eagle Scout and continues to be actively involved with the Boy Scouts of America.

**JUDITH E. MARSHACK** is an Associate with Marshack Hays LLP. She was born in Inglewood, CA. Ms. Marshack graduated from the California State University, Long Beach in 1982 and from Western State University, College of Law in 1992, and was admitted to practice law in 1992.

**LAILA MASUD** focuses her practice in bankruptcy and business litigation, including lender liability and creditors' rights.

Ms. Masud graduated cum laude from the University of California, Irvine in 2012. She earned her law degree from Pepperdine University School of Law in 2016. She was admitted to practice law in California in 2016. Prior to joining Marshack Hays, Ms. Masud served as a judicial law clerk to the Honorable Thomas B. Donovan at the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

During law school, as an extern for the Honorable Vincent P. Zurzolo at the United States Bankruptcy Court for the Central District of California, Los Angeles Division, she served on the Rules Committee where she conducted research and wrote on various issues of bankruptcy law, including local court forms, rules and procedures. She also served as a student leader and was nominated for The Parris Institute for Professional Formation Award for Excellence in Leadership and Excellence in Peacemaking. In 2020, Ms. Masud served as the youngest President of the OCBA's Commercial Law and Bankruptcy Section. Ms. Masud is also a member of the International Women's Insolvency & Restructuring Confederation and in August 2020 Ms. Masud was profiled in the Orange County Business Journal for Woman in Law. Ms. Masud is conversant in Spanish, Urdu and Hindi.

**TINHO MANG** is an attorney at Marshack Hays. He recently earned his Juris Doctorate from the University of Southern California, Gould School of Law, and prior to that, graduated *magna cum laude* from the University of California, Los Angeles. While at law school, Mr. Mang served as the Executive Senior Editor of the Southern California Review of Law and Social Justice. He also served two full-time summers and one part-time fall semester as an extern in the United States Bankruptcy Court for the Central District of California for the Honorable Scott C. Clarkson. During his externship in bankruptcy court, Mr. Mang developed a deep appreciation for the intricacies of bankruptcy practice, participating substantially in a wide variety of bankruptcy matters ranging from Chapter 11 confirmations, adversarial proceedings for lien avoidance, and a trial seeking to avoid a preferential or fraudulent transfer.

Mr. Mang was sworn in as a member of the California State Bar on November 27, 2018.

**BRADFORD N. BARNHARDT** is an associate attorney at Marshack Hays. Before joining the firm, he completed a two-year judicial law clerkship for the Honorable Sandra R. Klein at the U.S. Bankruptcy Court in Los Angeles. Brad graduated with honors and in the top 10% of his class from Emory University School of Law and served as a Notes & Comments Editor for the Emory Bankruptcy Developments Journal. He received a Bachelor of Arts, summa cum laude, in English and mathematics from the University of Missouri and was elected to Phi Beta Kappa during his junior year.

Mr. Barnhardt was sworn in as a member of the California State Bar on December 23, 2019.

**SARAH R. HASSELBERGER** is an associate attorney at Marshack Hays. Before joining the firm as an attorney, she served as a judicial law clerk for the Honorable Scott H. Yun at the United States Bankruptcy Court for the Central District of California.

4820-8433-8821, v. 2/9999-100

Sarah received a full tuition merit scholarship and earned her law degree with an emphasis in business law from Chapman University Dale E. Fowler School of Law, where she graduated cum laude and in the top 7% of her class. She was admitted to practice law in California in 2021.

During law school, Sarah worked as a law clerk for Marshack Hays and served as a judicial extern for the Honorable Scott H. Yun and the Honorable Theodor C. Albert in the United States Bankruptcy Court for the Central District of California. She excelled academically and received CALI Excellence for the Future Awards for receiving the highest grade in Bankruptcy Practice & Procedure, Evidence, Secured Transactions, Legal and Equitable Remedies, and Torts. She assisted professors in Evidence and Torts as an academic fellow.

Sarah received her Bachelor of Science, cum laude, in Arts Administration from Wagner College in Staten Island, New York.

## PARALEGALS AND TRUSTEE ADMINISTRATORS

**PAMELA KRAUS**, Trustee Case Administrator and Paralegal 1990 to Present; Education: Coastline Community College, Costa Mesa (A.A. 2004); Legal Assistant Training Program, Coastline Community College, American Bar Association Certification (Completion 2004). Member: Orange County Paralegal Association; Orange County Bankruptcy Forum; National Association of Bankruptcy Trustees.

**CHANEL MENDOZA**, Experience: Ms. Mendoza is a seasoned litigation and bankruptcy Legal Assistant/Paralegal. She has more than twenty years of law related experience comprising of workers' compensation, personal injury, business litigation, employment law, and bankruptcy, all while working under the direct supervision of active members of the California State Bar. Ms. Mendoza has also worked fourteen of those years under the direction and supervision of Marshack Hays LLP's founding partner, D. Edward Hays. Ms. Mendoza has federal and state court experience, including extensive trial and appellate knowledge. Ms. Mendoza is a former Board Member of NALS and is a current member of the National Notary Association and Orange County Legal Secretaries Association, Inc.

**LAYLA BUCHANAN**, Experience: Ms. Buchanan is a Senior Paralegal with Marshack Hays LLP and has over twenty years of law related experience. Ms. Buchanan has worked extensively in civil, bankruptcy and family law, working under the direct supervision of active members of the California State Bar. Ms. Buchanan obtained her Paralegal Certificate from Coastline Community College's ABA accredited program. Member: Orange County Legal Secretaries Association, Orange County Paralegal Association, and a current member of the National Notary Association. Ms. Buchanan has extensive knowledge in all aspects of state and federal court litigation and bankruptcy practices.

**CYNTHIA BASTIDA**, Experience: Ms. Bastida has over twenty years of experience working as a Legal Assistant/Paralegal. She has her Paralegal Certificate (completion in 1991) and earned a Bachelor of Arts in Psychology from California State University Fullerton in 2004. She has a wide range of experience from civil litigation, bankruptcy, product liability, lemon law, real estate and

corporate law as well as eminent domain. Her skills include: Legal research, trial preparation along with drafting numerous fee applications, petitions, proofs of claim, notices, motions and discovery. Cynthia is a member of Orange County Legal Secretary Association (OCLSA).

**KATHLEEN FREDERICK**, Experience: Mrs. Frederick is a Junior Paralegal with Marshack Hays LLP. Mrs. Frederick graduated from the University of California, Los Angeles in 2008 with a bachelor's degree in English. She obtained her Paralegal Certificate from Coastline Community College's ABA accredited program in May of 2018. She has been working with the firm for more than five years and has over ten years legal experience. Mrs. Frederick is a member of the Orange County Paralegal Association and the National Association of Legal Assistants.

Billing Rates:

| Partners | Rates | Associates | Rate | Paralegals | Rates |
|---|---|---|---|---|---|
| Richard A. Marshack | $680 | Judith E. Marshack | $410 | Pamela Kraus | $280 |
| D. Edward Hays | $680 | Laila Masud | $420 | Chanel Mendoza | $260 |
| Chad V. Haes | $490 | Tinho Mang | $390 | Layla Buchanan | $260 |
| David A. Wood | $490 | Bradford N. Barnhardt | $320 | Cynthia Bastida | $260 |
| Of Counsel | | Sarah R. Hasselberger | $310 | Kathleen Frederick | $200 |
| Kristine A. Thagard | $550 | | | | |
| Matthew W. Grimshaw | $550 | | | | |

**Exhibit "6"**
**Page 91**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **THIRD INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF D. EDWARD HAYS IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 11, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **October 11, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

<u>MAIL REDIRECTED TO TRUSTEE</u>
<u>DEBTOR</u>
RUBY'S DINER, INC., A CALIFORNIA CORPORATION
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 11, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

<u>VIA PERSONAL DELIVERY:</u>
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, 5-097
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 11, 2022 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4889-4565-1768, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Kyra E Andrassy kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Leo A Bautista leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com
- **ATTORNEY FOR PLAINTIFF TRUSTEE RICHARD A MARSHACK (TR):** Christopher Dale Beatty cbeatty@millerbarondess.com, aransom@millerbarondess.com, docket@millerbarondess.com, jvogel@millerbarondess.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Stephen C Biggs sbiggs@smith-lc.com, kdavenport@smith-lc.com
- **ATTORNEY GEORGE B BLACKMAR:** George B Blackmar gblackmar@bpslaw.net
- **ATTORNEY FOR CREDITOR STAR-WEST PARKWAY MALL, LP:** Dustin P Branch branchd@ballardspahr.com, carolod@ballardspahr.com; hubenb@ballardspahr.com
- **INTERESTED PARTY COURTESY NEF:** Jeffrey W Broker jbroker@brokerlaw.biz
- **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Carol Chow carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** John S Clifford jclifford@smith-lc.com
- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** David P Crochetiere dcrochetiere@bautelaw.com, hwells@bautelaw.com
- **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Ashleigh A Danker adanker731@gmail.com
- **ATTORNEY FOR CREDITOR US FOODS, INC:** Aaron Davis aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **INTERESTED PARTY COURTESY NEF:** Caroline Djang cdjang@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
- **ATTORNEY FOR CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR:** Laura E Dolan laura.blome@sdcounty.ca.gov, odette.ortega@sdcounty.ca.gov; kristen.howard@sdcounty.ca.gov
- **ATTORNEY ALAN FRIEDMAN and ATTOREY FOR CREDITOR STEVEN L CRAIG:** Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **ATTORNEY FOR INTERESTED PARTY RUBY'S FANCHISE SYSTEMS, INC., A CALIFORNIA CORPORATION:** Eric J Fromme efromme@tocounsel.com, stena@tocounsel.com
- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Maria L Garcia Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **INTERESTED PARTY COURTESY NEF:** David M Goodrich dgoodrich@go2.law, kadele@wgllp.com; lbracken@wgllp.com; wggllp@ecf.courtdrive.com; gestrada@wgllp.com
- **INTERESTED PARTY COURTESY NEF:** Steven T Gubner sgubner@bg.law, ecf@bg.law
- **ATTORNEY FOR CREDITOR OPUS BANK:** David M. Guess dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
- **ATTORNEY FOR U.S. TRUSTEE UNITED STATES TRUSTEE (SA):** Michael J Hauser michael.hauser@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR MARVI LAND:** Samy Henein samyhenein@aol.com, az@suppalaw.com
- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Lillian Jordan nefrecipients@donlinrecano.com, rmapa@donlinrecano.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

4889-4565-1768, v. 1

- **ATTORNEY FOR CREDITOR STEVEN L CRAIG:** Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **INTERESTED PARTY COURTESY NEF:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **ATTORNEY FOR PACHULSKI STANG ZIELH & JONES LLP, CREDITOR OPUS BANK, DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; DEBTOR RUBY'S HUNTINGTON BEACH, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR'S RUBY'S LAGUNA HILLS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S OCEANSIDE LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S PALM SPRINGS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S QUALITY DINERS, LLC, A DELAWARE LIMITED LIABILITLY COMPANY; DEBTOR RUBY'S SOCAL DINERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY:** William N Lobel wlobel@tocounsel.com, stena@tocounsel.com; sschuster@tocounsel.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CREDITOR FAMILY TREE PRODUCE, INC.; CREDITOR SUNRISE PRODUCE, INC.; AND INTERESTED PARTY LOWEY ENTERPRISES dba SUNRISE PRODUCE, A CALIFORNIA CORPORATION:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR OPUS BANK:** Jessica G McKinlay mckinlay.jessica@dorsey.com
- **ATTORNEY FOR INTERESTED PARTY PILLSBURY WINTHROP SHAW PITTMAN LLP:** Malcolm D Minnick dminnick@pillsburylaw.com, m.minnick@comcast.net
- **INTERESTED PARTY COURTESY NEF:** Aviram Edward Muhtar aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com
- **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION:** Jeffrey P Nolan jnolan@pszjlaw.com
- **ATTORNEY FOR CREDITOR THE IRVINE COMPANY:** Ernie Zachary Park ernie.park@bewleylaw.com
- **ATTORNEY FOR CREDITOR GRIT DEVELOPMENT, AGENT FOR PLAZA MERCADO, LLC:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Todd C Ringstad becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Samuel A Schwartz saschwartz@nvfirm.com, ECF@nvfirm.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Steven C Smith ssmith@smith-lc.com, kcanaan@smith-lc.com
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Matthew S Walker matthewswalker1@gmail.com, renee.evans@pillsburylaw.com,
- **ATTORNEY FOR CREDITOR CITY OF HUNTINGTON BEACH:** Corey R Weber cweber@bg.law, ecf@bg.law
- **ATTORNEY FOR CREDITOR US FOODS, INC.:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Christopher K.S. Wong christopher.wong@afslaw.com, yvonne.li@arentfox.com
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Claire K Wu claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com; docket@pillsburylaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

4889-4565-1768, v. 1

**F 9013-3.1.PROOF.SERVICE**