D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:18-bk-13311-SC |
| RUBY'S DINER, INC., a California corporation, et al., | Chapter 7 |
| Debtor. | (Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC) |
| Affects: | |
| ☐ ALL DEBTORS | NOTICE RE: HEARING ON FEE APPLICATIONS |
| ☒ RUBY'S DINER, INC., ONLY | |
| ☐ RUBY'S SOCAL, DINERS, LLC, ONLY | Hearing<br>Date: November 1, 2022<br>Time: 11:00 a.m.<br>Ctrm: 5C<br>Location: CourtCall or Zoom.Gov[1] |
| ☐ RUBY'S QUALITY DINERS, LLC, ONLY | |
| ☒ RUBY'S HUNTINGTON BEACH, LTD. ONLY | |
| ☐ RUBY'S LAGUNA HILLS, LTD. ONLY | |
| ☐ RUBY'S OCEANSIDE, LTD, ONLY | |
| ☐ RUBY'S PALM SPRINGS, LTD. ONLY | |

---

[1] Notwithstanding the opening of the Courthouse to in-person proceedings, in light of the overwhelming support by the Bar for continued virtual appearances, Judge Clarkson will continue utilizing ZoomGov in a hybrid format, holding the majority of hearings by video, with an option for in-person hearings. Please see the calendaring instructions which may be located in the Self-Calendaring section of Judge Clarkson's page for more details and effective dates.

1
NOTICE RE: HEARING ON INTERIM FEE APPLICATIONS
4895-2326-1752

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNTIED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on November 1, 2022, at 11:00 a.m., in Courtroom 5C of the United States Bankruptcy Court for the Central District of California, Santa Ana Division, located at 411 W. Fourth Street, Santa Ana, California, before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, the following professionals will seek an order allowing payment of fees and costs for professional services as follows:

| Professional | Fees Requested | Expenses Requested |
| --- | --- | --- |
| Marshack Hays LLP<br>General Counsel for Trustee<br>Third Interim Application<br>November 1, 2021 through September 30, 2022 | RDI<br>$146,352.00<br><br>Huntington<br>$25,381.00<br><br>Total<br>$171,733.00 | $16,206.21<br><br><br>$183.22<br><br><br>Total<br>$16,389.43 |
| GlassRatner Advisory & Capital Group LLC<br>Financial Advisor to Trustee<br>Third Interim Application<br>October 1, 2021 through August 31, 2022 | RDI<br>$15,413.00 | $0 |
| Grobstein Teeple, LLP<br>Accountant for Trustee<br>Second Interim Application<br>November 1, 2021 through September 30, 2022 | RDI<br>$9,489.50 | $107.23 |
| Richard A. Marshack<br>Chapter 7 Trustee<br>First Interim Report<br>April 15, 2020 through September 30, 2022 | RDI<br>$238,656.30<br><br>HB<br>$156,039.77 | $1,039.29<br><br><br>$0.00 |

The applications for compensation ("Applications") by the above professionals will be filed with the Clerk of the above-entitled Court and may be reviewed Monday through Friday from 9:00 a.m. to 4:00 p.m. Copies of the Applications may also be obtained by written request to the appropriate professional:

2

4895-2326-1752

| Marshack Hays LLP<br>D. Edward Hays<br>Laila Masud<br>949-333-7777<br>ehays@marshackhays.com<br>lmasud@marshackhays.com | GlassRatner Advisory<br>& Capital Group LLC<br>J. Michael Issa<br>949-407-6621<br>missa@brileyfin.com | Richard A. Marshack<br>949-333-7777<br>rmarshack@marshackhays.com |
|---|---|---|

**PLEASE TAKE FURTHER NOTICE** that any opposition or other responsive pleading to any of the Applications must be in the form as required by Rules 9013-1(f) and (o) of the Local Bankruptcy Rules ("LBR") and filed with the Clerk of the above-entitled Court no later than fourteen days (14) prior to the hearing with a copy served on the professional(s) at the address(es) indicated above. A copy must also be served on the Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, California 92701. Failure to timely respond may be deemed as acceptance of the relief requested. See LBR 2016-1(a)(3) and 9013-1(f).

DATED: October 11, 2022                 MARSHACK HAYS LLP

                                        By:  */s/ D. Edward Hays*
                                             D. EDWARD HAYS
                                             LAILA MASUD
                                             Attorneys for the Chapter 7 Trustee
                                             RICHARD A. MARSHACK

4895-2326-1752

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE RE: HEARING ON FEE APPLICATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 11, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **October 11, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S DINER, INC., A CALIFORNIA CORPORATION
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S HUNTINGTON BEACH, LTD., A CALIFORNIA CORPORATION
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 11, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, 5-097
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 11, 2022 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

4878-2315-1160, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Kyra E Andrassy kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Leo A Bautista leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com
   - **ATTORNEY FOR PLAINTIFF TRUSTEE RICHARD A MARSHACK (TR):** Christopher Dale Beatty cbeatty@millerbarondess.com, aransom@millerbarondess.com, docket@millerbarondess.com, jvogel@millerbarondess.com
   - **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Stephen C Biggs sbiggs@smith-lc.com, kdavenport@smith-lc.com
   - **ATTORNEY GEORGE B BLACKMAR**: George B Blackmar gblackmar@bpslaw.net
   - **ATTORNEY FOR CREDITOR STAR-WEST PARKWAY MALL, LP:** Dustin P Branch branchd@ballardspahr.com, carolod@ballardspahr.com; hubenb@ballardspahr.com
   - **INTERESTED PARTY COURTESY NEF:** Jeffrey W Broker jbroker@brokerlaw.biz
   - **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Carol Chow carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
   - **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** John S Clifford jclifford@smith-lc.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** David P Crochetiere dcrochetiere@bautelaw.com, hwells@bautelaw.com
   - **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Ashleigh A Danker adanker731@gmail.com
   - **ATTORNEY FOR CREDITOR US FOODS, INC:** Aaron Davis aaron.davis@bryancave.com, kat.flaherty@bryancave.com
   - **INTERESTED PARTY COURTESY NEF:** Caroline Djang cdjang@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
   - **ATTORNEY FOR CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR:** Laura E Dolan laura.blome@sdcounty.ca.gov, odette.ortega@sdcounty.ca.gov; kristen.howard@sdcounty.ca.gov
   - **ATTORNEY ALAN FRIEDMAN and ATTOREY FOR CREDITOR STEVEN L CRAIG:** Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
   - **ATTORNEY FOR INTERESTED PARTY RUBY'S FANCHISE SYSTEMS, INC., A CALIFORNIA CORPORATION:** Eric J Fromme efromme@tocounsel.com, stena@tocounsel.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Maria L Garcia Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **INTERESTED PARTY COURTESY NEF:** David M Goodrich dgoodrich@go2.law, kadele@wgllp.com; lbracken@wgllp.com; wggllp@ecf.courtdrive.com; gestrada@wgllp.com
   - **INTERESTED PARTY COURTESY NEF:** Steven T Gubner sgubner@bg.law, ecf@bg.law
   - **ATTORNEY FOR CREDITOR OPUS BANK:** David M. Guess dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
   - **ATTORNEY FOR U.S. TRUSTEE UNITED STATES TRUSTEE (SA):** Michael J Hauser michael.hauser@usdoj.gov
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR MARVI LAND:** Samy Henein samyhenein@aol.com, az@suppalaw.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Lillian Jordan nefrecipients@donlinrecano.com, rmapa@donlinrecano.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

4878-2315-1160, v. 1

- **ATTORNEY FOR CREDITOR STEVEN L CRAIG:** Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **INTERESTED PARTY COURTESY NEF:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **ATTORNEY FOR PACHULSKI STANG ZIEHL & JONES LLP, CREDITOR OPUS BANK, DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; DEBTOR RUBY'S HUNTINGTON BEACH, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR'S RUBY'S LAGUNA HILLS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S OCEANSIDE LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S PALM SPRINGS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S QUALITY DINERS, LLC, A DELAWARE LIMITED LIABILITLY COMPANY; DEBTOR RUBY'S SOCAL DINERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY:** William N Lobel wlobel@tocounsel.com, stena@tocounsel.com; sschuster@tocounsel.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CREDITOR FAMILY TREE PRODUCE, INC.; CREDITOR SUNRISE PRODUCE, INC.; AND INTERESTED PARTY LOWEY ENTERPRISES dba SUNRISE PRODUCE, A CALIFORNIA CORPORATION:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR OPUS BANK:** Jessica G McKinlay mckinlay.jessica@dorsey.com
- **ATTORNEY FOR INTERESTED PARTY PILLSBURY WINTHROP SHAW PITTMAN LLP:** Malcolm D Minnick dminnick@pillsburylaw.com, m.minnick@comcast.net
- **INTERESTED PARTY COURTESY NEF:** Aviram Edward Muhtar aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com
- **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION:** Jeffrey P Nolan jnolan@pszjlaw.com
- **ATTORNEY FOR CREDITOR THE IRVINE COMPANY:** Ernie Zachary Park ernie.park@bewleylaw.com
- **ATTORNEY FOR CREDITOR GRIT DEVELOPMENT, AGENT FOR PLAZA MERCADO, LLC:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Todd C Ringstad becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Samuel A Schwartz saschwartz@nvfirm.com, ECF@nvfirm.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Steven C Smith ssmith@smith-lc.com, kcanaan@smith-lc.com
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Matthew S Walker matthewswalker1@gmail.com, renee.evans@pillsburylaw.com,
- **ATTORNEY FOR CREDITOR CITY OF HUNTINGTON BEACH:** Corey R Weber cweber@bg.law, ecf@bg.law
- **ATTORNEY FOR CREDITOR US FOODS, INC.:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Christopher K.S. Wong christopher.wong@afslaw.com, yvonne.li@arentfox.com
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Claire K Wu claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com; docket@pillsburylaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4878-2315-1160, v. 1

**2. SERVED BY UNITED STATES MAIL**: CONTINUED:

**MAIL REDIRECTED TO TRUSTEE DEBTOR**
RUBY'S DINER, INC., A CALIFORNIA CORPOR
4100 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660-2050

**MAIL REDIRECTED TO TRUSTEE DEBTOR**
RUBY'S HUNTINGTON BEACH, LTD., A CALIFO
4100 MACARTHUR BLVD STE 310
NEWPORT BEACH, CA 92660-2050

**RTD 11/04/20 UTF**
**RDI - 20 LARGEST CREDITOR/CH11(1019)**
CROUDACE & DIETRICH
OFFICER DIRECTOR MANAGER AGENT
4750 VON KARMAN AVE
NEWPORT BEACH, CA 92660-2123

**RDI - 20 LARGEST CREDITOR/POC ADDRESS/CH11(1019)**
CROUDACE & DIETRICH LLP
OFFICER DIRECTOR MANAGER OR AGENT
2151 MICHELSON DRIVE SUITE 162
IRVINE CA 92612-0305

**RTD 11/04/20 UTF**
**RDI - 20 LARGEST CREDITOR**
BENCHMARK HOSPITALITY INC.
JOHN FISHER
31781 CAMINO CAPISTRANO
SAN JUAN CAPISTRANO, CA 92675-3226

**NEW ADDR PER CA SOS**
**RDI - 20 LARGEST CREDITOR**
BENCHMARK HOSPITALITY INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
25909 PALA #300
MISSION VIEJO, CA 92691

**NEW ADDR PER CA SOS**
**RDI - 20 LARGEST CREDITOR**
BENCHMARK HOSPITALITY INC.
C/O THOMAS BORCHARD, AGENT
25909 PALA, SUITE 300
MISSION VIEJO, CA 92691

**RTD 07/30/21 UTF**
**RDI - 20 LARGEST CREDITOR**
CALIFORNIA RESTAURANT MUTUAL BENEFIT CORPORATION
DAVID JOHNSON AGENT
430 N VINEYARD AVE SUITE 102
ONTARIO, CA 91764-5453

**RDI - 20 LARGEST CREDITOR**
CALIFORNIA RESTAURANT MUTUAL
OFFICER DIRECTOR MANAGER OR AGENT
PO BOX 45783
SAN FRANCISCO, CA 94145-0783

**RDI - 20 LARGEST CREDITOR/POC ADDRESS**
CALIFORNIA RESTAURANT MUTUAL BENEFIT CORPORATION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1481 S. BALBOA AVE
ONTARIO, CA 91761

**RDI - 20 LARGEST CREDITOR/POC ADDRESS**
CALIFORNIA RESTAURANT MUTUAL BENEFIT CORPORATION
C/O RICHARD A. LAPPING, TRODELLA & LAPPING LLP
540 PACIFIC AVE
SAN FRANCISCO, CA 94133

**RTD 08/28/20 UTF**
**RDI - 20 LARGEST CREDITOR**
DIMITRI'S RESTAURANT INC
JOHN GANTES AND GEORGE GANTES
30252 TOMAS
SUITE 200
RANCHO SANTA MARGARITA, CA 92688-2135

**RDI - 20 LARGEST CREDITOR**
DIMITRI'S RESTAURANT INC.
RUBY'S DINER TUSTIN
OFFICER DIRECTOR MANAGER OR AGENT
PO BOX 52230
IRVINE, CA 92619-2230

**RTD 09/22/20 UTF**
**RDI - 20 LARGEST CREDITOR**
EAT AT JOES RESTAURANT INC.
JOE CAMPBELL
18 BLUE JAY
ALISO VIEJO, CA 92656-1870

**RDI - 20 LARGEST CREDITOR/INVESTOR**
EMANUEL AND JEAN GLASS
176 MIRA DEL OESTE
SAN CLEMENTE, CA 92673

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                  **F 9013-3.1.PROOF.SERVICE**

4878-2315-1160, v. 1

**RTD 08/25/20 UTF**
**RDI - 20 LARGEST CREDITOR/INVESTOR/POC ADDRESS**
EMANUEL AND JEAN GLASS
36 CAMINO KATIA
SAN CLEMENTE, CA 92672-9420

**RDI - 20 LARGEST CREDITOR**
GLASSRATNER ADVISORY & CAPITAL GRP
OFFICER DIRECTOR MANAGER OR AGENT
19800 MACARTHUR BLVD
SUITE 820
IRVINE, CA 92612-2427

**RDI - 20 LARGEST CREDITOR**
GLASSRATNER ADVISORY & CAPITAL GRP
OFFICER, DIRECTOR, MANAGER, AGENT
3445 PEACHTREE ROAD
SUITE 1225
ATLANTA, GA 30326-3241

**RDI - 20 LARGEST CREDITOR**
JOHN F AND ELIZABETH KNIGHT
JOHN AND ELIZAGETH KNIGHT TRUST
DTD 01/06/2016
167 BAY SHORE AVENUE
LONG BEACH, CA 90803-3452

**RDI - 20 LARGEST CREDITOR**
JOHN P AND KATHLEEN H TEELE
THE TEELE FAMILY TRUST
1917 YACHT PURITAN
NEWPORT BEACH, CA 92660-6716

**RDI - 20 LARGEST CREDITOR**
KOHUT & KOHUT LLP C/O JACKSON TIDUS
RONALD KOHUT PARTNER
2030 MAIN STREET
12TH FLOOR
IRVINE, CA 92614-7219

**RDI - 20 LARGEST CREDITOR**
MARY ELIN AND MARK H ELLIS
ELLIS SURVIVORS TRUST
34811 CALLE FORTUNA
CAPISTRANO BEACH, CA 92624-1560

**RDI - 20 LARGEST CREDITOR/INVESTOR**
MICHAEL AND KATHRYN MUNZ
MUNZ FAMILY TRUST
520 AVOCADO AVENUE
CORONA DEL MAR, CA 92625-1918

**RTD 08/13/21 UTF**
**RDI - 20 LARGEST CREDITOR**
PAUL AND BARBARA J PEBBLES
11862 JOHN AVE
GARDEN GROVE, CA 92840-3718

**RDI - 20 LARGEST CREDITOR**
RUBY'S DINER CITADEL LLC/ EUREKA FOODS LLC
STEVEN L CRAIG
4100 MACARTHUR BLVD. SUITE 200
NEWPORT BEACH, CA 92660-2064

**RTD 10/29/20 UTF**
**RDI - 20 LARGEST CREDITOR**
RUBY'S DINER ORANGE DEPOT LLC
JOHN A FISHER AND FABIO RUSSO AND
JOE CAMPBELL
1640 ORD WAY
OCEANSIDE, CA 92056-1500

**RTD 08/16/21 UTF**
**RDI - 20 LARGEST CREDITOR**
RUBY'S DINER ORANGE DEPOT, LLC
OFFICER, DIRECTOR, MANAGER, AGENT
186 N. ATCHISON
YORBA LINDA, CA 92886

**RDI - 20 LARGEST CREDITOR**
SNELL & WILMER LLP
MANAGING PARTNER
ONE ARIZONA CENTER
PHOENIX, AZ 85004-2281

**RDI - 20 LARGEST CREDITOR/POC ADDRESS**
SNELL & WILMER LLP
OFFICER DIRECTOR MANAGER OR AGENT
600 ANTON BLVD
SUITE 1400
COSTA MESA, CA 92626-7689

**RDI - 20 LARGEST CREDITOR**
US FOODS - LA MIRADA
ATTN EVALYN FRAZIER ELSTON
15155 NORTHAM STREET
LA MIRADA, CA 90638-5754

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4878-2315-1160, v. 1

| | | |
|---|---|---|
| **RDI - 20 LARGEST CREDITOR/POC ADDRESS**<br>WEILAND GOLDEN GOODRICH LLP<br>F/K/A LOBEL WEILAND GOLDEN FRIEDMAN<br>MICHAEL WEILAND, PARTNER<br>650 TOWN CENTER DRIVE, SUITE 600<br>COSTA MESA, CA 92626-7121 | **RDI - 20 LARGEST CREDITOR/POC ADDRESS**<br>WILLIAM C AND CYNTHIA LYNN TAORMINA<br>CO TRUSTEES OF TAORMINA REVOCABLE INTER-VIVOS TRUST U/T/D J<br>TAORMINA FAMILY VENTURE FUND LLC<br>611 E ADELE ST<br>ANAHEIM, CA 92805-3044 | **RTD 11/04/20 UTF**<br>**RDI - 20 LARGEST CREDITOR**<br>WILLIAM C TAORMINA TRUSTEE OF THE<br>TAORMINA REV TRUST DTD 7/26/1983<br>128 W SYCAMORE<br>ANAHEIM, CA 92805-2603 |
| **RTD 08/01/22 UTF**<br>**RHB - 20 LARGEST CREDITOR/CH11(1019)**<br>3 WIRE GROUP INC.<br>OFFICER DIRECTOR MANAGER OR AGENT<br>NW 7964<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-7964 | **RHB - 20 LARGEST CREDITOR/CH11(1019)**<br>CITY OF HUNTINGTON BEACH<br>ATTN.:  DEPUTY DIRECTOR, OFFICE OF<br>BUSINESS DEVELOPMENT<br>PO BOX 190<br>HUNTINGTON BEACH, CA 92648-0190 | **RTD 09/09/20 UTF**<br>**RHB - 20 LARGEST CREDITOR/CH11(1019)**<br>CROUDACE & DIETRICH LLP<br>OFFICER DIRECTOR MANAGER AGENT<br>4750 VON KARMAN AVE<br>NEWPORT BEACH, CA 92660-2123 |
| **RHB - 20 LARGEST CREDITOR/CH11(1019)**<br>ECOTECH REFRIGERATION & HVAC INC<br>OFFICER DIRECTOR MANAGER AGENT<br>1630 SUNKIST STREET<br>SUITE R<br>ANAHEIM, CA 92806-5816 | **RHB - 20 LARGEST CREDITOR/CH11(1019)**<br>G&G BOOKKEEPING, INC.<br>OFFICER DIRECTOR MANAGER AGENT<br>19602 COUNTRY LAKE DRIVE<br>MAGNOLIA, TX 77355-1817 | **RHB - 20 LARGEST CREDITOR/CH11(1019)**<br>HARBOR DISTRIBUTING LLC<br>DBA GATE CITY BEVERAGE DISTRIBUTION<br>OFFICER DIRECTOR MANAGER OR AGENT<br>PO BOX 842685<br>LOS ANGELES, CA 90084-2685 |
| **RHB - 20 LARGEST CREDITOR/CH11(1019)**<br>INTERIOR RESOURCES INC<br>OFFICER DIRECTOR MANAGER AGENT<br>489-20 JOHNSON AVENUE<br>BOHEMIA, NY 11716-2609 | **RHB - 20 LARGEST CREDITOR/CH11(1019)**<br>KLM MANAGEMENT CO<br>DBA AMCOM FOOD SERVICE<br>OFFICE DIRECTOR MANAGER AGENT<br>14120 E VALLEY BLVD<br>LA PUENTE, CA 91746-2802 | **RHB - 20 LARGEST CREDITOR/CH11(1019)**<br>MAINTENANCE BUILDING SERVICES<br>OFFICER DIRECTOR MANAGER OR AGENT<br>1665 E 4TH STREET<br>SUITE 104B<br>SANTA ANA, CA 92701-5156 |
| **RHB - 20 LARGEST CREDITOR/CH11(1019)**<br>MINUTEMAN INDUSTRIES INC<br>OFFICER DIRECTOR MANAGER OR AGENT<br>PO BOX 4983<br>GARDEN GROVE, CA 92842-4983 | **RHB - 20 LARGEST CREDITOR/CH11(1019)**<br>PURITAN BAKERY<br>OFFICER DIRECTOR MANAGER AGENT<br>1624 E CARSON ST<br>CARSON, CA 90745-2504 | **RHB - 20 LARGEST CREDITOR/CH11(1019)**<br>REEF SYSTEMS INC<br>OFFICER DIRECTOR MANAGER AGENT<br>2931 GRACE LANE<br>UNIT G<br>COSTA MESA, CA 92626-4132 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                      F 9013-3.1.PROOF.SERVICE

4878-2315-1160, v. 1

**RHB - 20 LARGEST CREDITOR/CH11(1019)**
SOUTHERN CALIFORNIA EDISON
OFFICER DIRECTOR MANAGER OR AGENT
PO BOX 300
ROSEMEAD, CA 91770-0300

**RHB - 20 LARGEST CREDITOR**
CALIFORNIA RESTAURANT MUTUAL
OFFICER DIRECTOR MANAGER AGENT
PO BOX 45783
SAN FRANCISCO, CA 94145-0783

**RHB - 20 LARGEST CREDITOR**
FAMILY TREE PRODUCE
OFFICER DIRECTOR MANAGER AGENT
5510 E LA PALMA AVE.
ANAHEIM, CA 92807-2108

**RHB - 20 LARGEST CREDITOR**
FIRST INSURANCE FUNDING CORP
OFFICER DIRECTOR MANAGER AGENT
PO BOX 7000
CAROL STREAM, IL 60197-7000

**RTD 12/20/21 UTF**
**RHB - 20 LARGEST CREDITOR**
GARDA CL WEST INC
OFFICER DIRECTOR MANAGER AGENT
LOCKBOX 233209
3209 MOMENTUM PLACE
CHICAGO, IL 60689-0001

**RHB - 20 LARGEST CREDITOR/POC ADDRESS**
GARDAWORLD
AKA GARDA CL WEST INC
2000 NW CORPORATE BLVD
BOCA RATON, FL 33431-7304

**RHB - 20 LARGEST CREDITOR**
MICHAEL ROBERT WILSON
DBA WILSON CONSTRUCTION
14302 YORBA ST.
TUSTIN, CA 92780-2351

**RHB - 20 LARGEST CREDITOR/POC ADDRESS**
SOUTHERN CALIFORNIA EDISON COMPANY
1511 W SAN BERNARDINO ROAD
COVINA CA 91722

**RHB - 20 LARGEST CREDITOR**
UNION BANK N
OFFICER DIRECTOR MANAGER AGENT
PO BOX 650349
DALLAS, TX 75265-0349

**RHB - 20 LARGEST CREDITOR**
US FOODS - LA MIRADA
OFFICER DIRECTOR MANAGER AGENT
540 NORTHEAST LANDON ROAD
BELFAIR, WA 98528-9765

**RTD 12/29/20 UTF**
**SECURED CREDITOR**
C & C PARTNERSHIP
RONALD CLEAR, PARTNER
56 TESLA
IRVINE, CA 92618-4603

**RTD 09/22/20 UTF**
**SECURED CREDITOR**
CREDIT MANAGEMENT ASSOCIATION DBA CREDIT MANAGERS ASSOCIATION
JULIET CHURCHILL, CALIFORNIA REGISTERED AGENT
111 N MARYLAND AVE, SUITE 200
GLENDALE, CA 91206

**RTD 06/05/20 SEE NEW ADDR**
**SECURED CREDITOR**
CREDIT MANAGEMENT ASSOCIATION DBA CREDIT MANAGERS ASSOCIATION
KIMBERLY A. LAMBERTY, NEVADA REGISTERED AGENT
3110 W CHEYENNE AVE, SUITE 100
N LAS VEGAS, NV 89032

**NEW ADDR USPS 06/05/20**
**SECURED CREDITOR**
CREDIT MANAGEMENT ASSOCIATION
PO BOX 750114
LAS VEGAS NV 89136-0114

**SECURED CREDITOR**
CREDIT MANAGERS ASSOCIATION
KIMBERLY LAMBERTY, PRESIDENT
303 NORTH GLEN OAK BLVD, SUITE 200
BURBANK, CA 91502

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

4878-2315-1160, v. 1

| | | |
|---|---|---|
| **INTERESTED PARTY / EXECUTIVE VP OF OPERATIONS**<br>TAD BELSHE<br>TRN MANAGEMENT<br>25316 STAYSAIL DRIVE<br>DANA POINT, CA 92629 | **INTERESTED PARTY / SPECIAL NOTICE**<br>CALIFORNIA ATTORNEY GENERAL<br>XAVIER BACERRA<br>1300 I STREET<br>SUITE 1740<br>SACRAMENTO, CA 95814-2954 | **INTERESTED PARTY / SPECIAL NOTICE**<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>XAVIER BECERRA, ATTORNEY GENERAL<br>300 S. SPRING STREET<br>SUITE 1700<br>LOS ANGELES, CA 90013-1256 |
| **INTERESTED PARTY / SPECIAL NOTICE / POC ADDRESS**<br>CALIFORNIA DEPATERMENT OF TAX AND FEE ADMINISTRATION COLLECTIONS SUPPORT BUREAU, MIC: 55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | **INTERESTED PARTY / SPECIAL NOTICE / POC ADDRESS**<br>EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92 E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | **INTERESTED PARTY / SPECIAL NOTICE / POC ADDRESS**<br>FRANCHISE TAX BOARD BANKRUPTCY<br>SECTION MS: A-340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| **INTERESTED PARTY / SPECIAL NOTICE**<br>FRANCHISE TAX BOARD CHIEF COUNSEL<br>C/O GENERAL COUNSEL SECTION<br>PO BOX 1720, MS: A-260<br>RANCHO CORDOVA CA 95741-1720 | **INTERESTED PARTY / SPECIAL NOTICE / POC ADDRESS**<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC<br>INSOLVENCY STOP 5022<br>300 N LOS ANGELES ST, RM 406<br>LOS ANGELES, CA 90012 |
| **INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC<br>OFFICE OF CHIEF COUNSEL<br>10TH STREET AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | **INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC<br>GI CARTER LOUIS OR OTHER AGENT<br>PO BOX 145595<br>STOP 8420G<br>CINCINNATI, OH 45250-5585 | **RTD 09/11/20 UTF INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 |
| **RTD 07/17/20 UTF INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC<br>PO BOX 21126<br>DPN 781<br>PHILADELPHIA, PA 19114 | **INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON, DC 20044 | **INTERESTED PARTY / SPECIAL NOTICE**<br>INTERNAL REVENUE SVC AGENT<br>2970 MARKET ST<br>MAIL STOP 5-Q30133<br>PHILADELPHIA, PA 19104-5016 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

4878-2315-1160, v. 1

| **INTERESTED PARTY / SPECIAL NOTICE**<br>UNITED STATES ATTORNEY'S OFFICE<br>300 NORTH LOS ANGELES ST<br>FEDERAL BUILDING, ROOM 7516<br>LOS ANGELES, CA 90012 | **INTERESTED PARTY / SPECIAL NOTICE**<br>UNITED STATES DEPT. OF JUSTICE<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON DC 20044 | **INTERESTED PARTY / SPECIAL NOTICE**<br>US SECURTIES & EXCHANGE COMMISSION<br>ATTN: BANKRUPTCY COUNSEL<br>444 SOUTH FLOWER STREET, SUITE 900<br>LOS ANGELES, CA 90071 |
|---|---|---|
| **RTD 08/25/22 UTF CREDITOR / RFSN**<br>OPUS BANK<br>DAVID M. GUESS<br>GREENBERG TRAURIG LLP<br>18565 JAMBOREE ROAD, SUITE 500<br>IRVINE, CA 92612 | **CREDITOR / RFSN**<br>OPUS BANK<br>ANNETTE W. JARVIS<br>GREENBERG TRAURIG LLP<br>222 SOUTH MAIN STREET, 5TH FLOOR<br>SALT LAKE CITY, UT 84101 | **CREDITOR / RFSN**<br>PLAZA BONITA LLC<br>& MISSION VALLEY SHOPPINGTOWN LLC<br>C/O GEORGE B. BLACKMAR, ESQ.,<br>BLACKMAR PRINCIPE & SCHMELTER APC<br>600 B STREET SUITE 2250<br>SAN DIEGO, CA 92101 |
| **CREDITOR / RFSN / POC ADDRESS**<br>SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BK DESK<br>1600 PACIFIC HIGHWAY ROOM 162<br>SAN DIEGO, CA 92101-2477 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**

4878-2315-1160, v. 1