

**FILED & ENTERED**

**OCT 12 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Ruby's Diner, Inc., a California corporation<br><br>Affects all Debtors.<br><br>              Debtor(s). | Case No.: 8:18-bk-13311-SC<br><br>CHAPTER 7<br><br>**ORDER CONTINUING HEARING [DK. 1256]**<br><br>New Date:<br>Date:         November 1, 2022<br>Time:         11:00 AM<br>Courtroom:  5C |

    The hearing on the Motion For Allowance And Payment Of Chapter 11 Administrative Expense Claim Of Donlin, Recano And Company, Inc., As Claims, Noticing And Balloting Agent For The Debtors [Dk. 1256] is hereby CONTINUED to November 1, 2022, at 11:00 a.m.

    IT IS SO ORDERED.

Date: October 12, 2022

                                                Scott C. Clarkson
                                                United States Bankruptcy Judge