United States Bankruptcy Court
Central District of California

In re:  Case No. 18-13311-SC
Ruby's Diner, Inc., a California co  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 5
Date Rcvd: Oct 12, 2022     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruby's Diner, Inc., a California corporation, 4100 MacArthur Blvd., Suite 310, Newport Beach, CA 92660-2050 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Davis | on behalf of Creditor US Foods Inc. aaron.davis@bryancave.com, kat.flaherty@bryancave.com |
| Alan J Friedman | on behalf of Creditor Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Interested Party Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Attorney Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Interested Party Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |
| Alastair M Gesmundo | on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP agesmundo@wghlawyers.com, |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 5 |
| Date Rcvd: Oct 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

jmartinez@wghlawyers.com

Ashleigh A Danker
    on behalf of Interested Party Peter Mastan adanker731@gmail.com

Ashleigh A Danker
    on behalf of Interested Party Courtesy NEF adanker731@gmail.com

Aviram Edward Muhtar
    on behalf of Interested Party Courtesy NEF amuhtar@andradefirm.com

Carol Chow
    on behalf of Interested Party Ralph Kosmides carol.chow@ffslaw.com easter.santamaria@ffslaw.com

Carol Chow
    on behalf of Interested Party Douglas Cavanaugh carol.chow@ffslaw.com easter.santamaria@ffslaw.com

Caroline Djang
    on behalf of Interested Party Courtesy NEF cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Christopher Celentino
    on behalf of Interested Party Peter Mastan chris.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Dale Beatty
    on behalf of Trustee Richard A Marshack (TR) cbeatty@millerbarondess.com
    aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com

Christopher Dale Beatty
    on behalf of Interested Party Courtesy NEF cbeatty@millerbarondess.com
    aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com

Christopher Dale Beatty
    on behalf of Plaintiff Richard A. Marshack cbeatty@millerbarondess.com
    aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com

Christopher K.S. Wong
    on behalf of Interested Party Courtesy NEF christopher.wong@afslaw.com yvonne.li@arentfox.com

Claire K Wu
    on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP claire.wu@pillsburylaw.com
    irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

Corey R Weber
    on behalf of Creditor City of Huntington Beach cweber@bg.law ecf@bg.law

Corey R Weber
    on behalf of Interested Party Courtesy NEF cweber@bg.law ecf@bg.law

Craig G Margulies
    on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com
    Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
    on behalf of Interested Party Casbure Management LLC Craig@MarguliesFaithlaw.com,
    Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

D Edward Hays
    on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC ehays@marshackhays.com,
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David M Goodrich
    on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
    kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com

David M Goodrich
    on behalf of Interested Party Interested Party dgoodrich@go2.law
    kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com

David M. Guess
    on behalf of Interested Party Opus Bank dguess@buchalter.com david-guess-9268@ecf.pacerpro.com

David M. Guess
    on behalf of Creditor Opus Bank dguess@buchalter.com david-guess-9268@ecf.pacerpro.com

David P Crochetiere

Case 8:18-bk-13311-SC    Doc 1281    Filed 10/14/22    Entered 10/14/22 21:17:54    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-8 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF dcrochetiere@bautelaw.com hwells@bautelaw.com |
| David P Crochetiere | |
| | on behalf of Interested Party Douglas Cavanaugh hwells@bautelaw.com |
| David P Crochetiere | |
| | on behalf of Interested Party Ralph Kosmides dcrochetiere@bautelaw.com hwells@bautelaw.com |
| David S Kupetz | |
| | on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com |
| Dustin P Branch | |
| | on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com |
| Eric J Fromme | |
| | on behalf of Interested Party Ruby's Franchise Systems Inc., a California Corporation efromme@tocounsel.com, stena@tocounsel.com |
| Ernie Zachary Park | |
| | on behalf of Creditor The Irvine Company ernie.park@bewleylaw.com |
| Garrick A Hollander | |
| | on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Committee Winthrop Golubow Hollander LLP ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| George B Blackmar | |
| | on behalf of Attorney George B Blackmar gblackmar@bpslaw.net |
| Jeffrey P Nolan | |
| | on behalf of Debtor Ruby's Diner Inc., a California corporation jnolan@pszjlaw.com |
| Jeffrey W Broker | |
| | on behalf of Interested Party Jeffrey W. Broker jbroker@brokerlaw.biz |
| Jessica G McKinlay | |
| | on behalf of Creditor Opus Bank mckinlay.jessica@dorsey.com |
| John S Clifford | |
| | on behalf of Defendant Beachcomber at Crystal Cove LLC JCLIFFORD@SMITH-LC.COM |
| John S Clifford | |
| | on behalf of Defendant Shake Shack Crystal Cove LLC JCLIFFORD@SMITH-LC.COM |
| Kristine A Thagard | |
| | on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Kyra E Andrassy | |
| | on behalf of Other Professional Donlin Recano & Company Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Laila Masud | |
| | on behalf of Special Counsel Fitzgerald & Mule LLP lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Financial Advisor Glassratner Advisory & Capital Group LLC lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Attorney Marshack Hays LLP lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laura E Dolan | |
| | on behalf of Creditor San Diego County Treasurer-Tax Collector laura.blome@sdcounty.ca.gov odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov |

Case 8:18-bk-13311-SC    Doc 1281    Filed 10/14/22    Entered 10/14/22 21:17:54    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0973-8 | User: admin | Page 4 of 5 |
| --- | --- | --- |
| Date Rcvd: Oct 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
| --- | --- |
| Leo A Bautista | on behalf of Interested Party Douglas Cavanaugh leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com |
| Leo A Bautista | on behalf of Interested Party Ralph Kosmides leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com |
| Lillian Jordan | on behalf of Interested Party Courtesy NEF nefrecipients@donlinrecano.com RMAPA@DONLINRECANO.COM |
| Lillian Jordan | on behalf of Other Professional Donlin Recano & Company Inc. nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM |
| Malcolm D Minnick | on behalf of Interested Party Courtesy NEF dminnick@pillsburylaw.com m.minnick@comcast.net |
| Malcolm D Minnick | on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP dminnick@pillsburylaw.com m.minnick@comcast.net |
| Maria L Garcia | on behalf of Interested Party Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com |
| Maria L Garcia | on behalf of Interested Party Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com |
| Matthew S Walker | on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP matthewswalker1@gmail.com renee.evans@pillsburylaw.com, |
| Matthew S Walker | on behalf of Interested Party Courtesy NEF matthewswalker1@gmail.com renee.evans@pillsburylaw.com, |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Richard A Marshack (TR) | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Richard H Golubow | on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Rika Kido | on behalf of Creditor Steven L Craig rkido@shulmanbastian.com avernon@shulmanbastian.com |
| Robert S Marticello | on behalf of Interested Party Courtesy NEF Rmarticello@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| Robert S Marticello | on behalf of Creditor SUNRISE PRODUCE INC. Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| Robert S Marticello | on behalf of Interested Party Lowey Enterprises d/b/a Sunrise Produce a California corporation Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| Robert S Marticello | on behalf of Creditor Family Tree Produce Inc. Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| SAMUEL A. SCHWARTZ | on behalf of Interested Party Courtesy NEF saschwartz@nvfirm.com ECF@nvfirm.com |
| SAMUEL A. SCHWARTZ | on behalf of Interested Party Casbure Management LLC saschwartz@nvfirm.com, ECF@nvfirm.com |
| Samy Henein | on behalf of Creditor Marvi Land samyhenein@aol.com az@suppalaw.com |
| Sharon Z. Weiss | on behalf of Creditor US Foods Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Stephen C Biggs | on behalf of Defendant Shake Shack Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com |
| Stephen C Biggs | on behalf of Defendant Beachcomber at Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com |
| Steven C Smith | on behalf of Defendant Shake Shack Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com |
| Steven C Smith | |

Case 8:18-bk-13311-SC    Doc 1281    Filed 10/14/22    Entered 10/14/22 21:17:54    Desc
Imaged Certificate of Notice    Page 5 of 6

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 5 |
| Date Rcvd: Oct 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Beachcomber at Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com |
| Steven T Gubner | |
| | on behalf of Interested Party Courtesy NEF sgubner@bg.law ecf@bg.law |
| Thomas J Polis | |
| | on behalf of Creditor Grit Development Agent for Plaza Mercado, LLC tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com |
| Tinho Mang | |
| | on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| Tinho Mang | |
| | on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| Todd C. Ringstad | |
| | on behalf of Interested Party Interested Party becky@ringstadlaw.com arlene@ringstadlaw.com |
| United States Trustee (SA) | |
| | ustpregion16.sa.ecf@usdoj.gov |
| Valerie Smith | |
| | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |
| William N Lobel | |
| | on behalf of Debtor Ruby's SoCal Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | |
| | on behalf of Debtor Ruby's Palm Springs Ltd., a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | |
| | on behalf of Debtor Ruby's Laguna Hills Ltd. a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | |
| | on behalf of Creditor Opus Bank wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | |
| | on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | |
| | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | |
| | on behalf of Debtor Ruby's Oceanside Ltd. a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | |
| | on behalf of Debtor Ruby's Diner Inc., a California corporation wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | |
| | on behalf of Debtor Ruby's Huntington Beach Ltd., a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | |
| | on behalf of Debtor Ruby's Quality Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com |

TOTAL: 96

**FILED & ENTERED**

**OCT 12 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Ruby's Diner, Inc., a California corporation<br><br>Affects all Debtors.<br><br>Debtor(s). | Case No.: 8:18-bk-13311-SC<br><br>CHAPTER 7<br><br>**ORDER CONTINUING HEARING [DK. 1256]**<br><br>New Date:<br>Date:        November 1, 2022<br>Time:       11:00 AM<br>Courtroom: 5C |

    The hearing on the Motion For Allowance And Payment Of Chapter 11 Administrative Expense Claim Of Donlin, Recano And Company, Inc., As Claims, Noticing And Balloting Agent For The Debtors [Dk. 1256] is hereby CONTINUED to November 1, 2022, at 11:00 a.m.

    IT IS SO ORDERED.

Date: October 12, 2022

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

-1-