Dan McAllister
San Diego County Tax Collector
1600 Pacific Highway, Room 162
San Diego, CA 92101

**FILED**
OCT 17 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
Central District of California
411 West Fourth Street
Santa Ana, CA 92701

**In Re:**

**Ruby's Diner, Inc., a California corporation**
**4100 MacArthur Blvd.**
**Suite 310**
**Newport Beach, CA 92660**

BANKRUPTCY NO.: 18-13311- SC

## NOTICE OF WITHDRAWAL OF CLAIM BY SECURED CREDITOR COUNTY OF SAN DIEGO, CALIFORNIA

**YOU ARE HEREBY NOTIFIED** that Dan McAllister, San Diego County Treasurer-Tax Collector, submits a WITHDRAWAL OF CLAIM. Claim NO. 336, filed on 07/22/2022 in an error.

Dated: 10/11/2022

/s/      Edward King
_____
Edward King (Senior Treasurer-Tax Collector Specialist)

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of San Diego. I am over the age of eighteen years, and not a party to the within action; my business address is 1600 Pacific Highway, Room 162, San Diego, CA 92101.

On October 11, 2022, I served the within REQUEST FOR SPECIAL NOTICE BY SECURED CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed to those parties indicated below:

William N Lobel
Theodora Oringher
535 Anton Blvd, Ninth Floor
Costa Mesa, CA 92626

**Richard A Marshack (TR)**
**Marshack Hays LLP**
**870 Roosevelt**
**Irvine, CA 92620**

**United States Bankruptcy Court**
**Central District of California**
**411 West Fourth Street**
**Santa Ana, CA 92701**

☒ **BY REGULAR MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

☐ **BY FACSIMILE TRANSMISSION:** I transmitted the above-listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, Edward King, declare that I am employed in the office at whose direction this mailing is made. Executed on October 11, 2022, in San Diego, California.

Edward King (SR. TTC Specialist)