1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOWARD B. GROBSTEIN, CPA
Grobstein Teeple, LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367
Telephone:   (818) 532-1020
Facsimile:    (818) 532-1120
Email:     hgrobstein@gtllp.com, documents@gtllp.com

Accountants for Richard A. Marshack, Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**RUBY'S DINER, INC.,** a California corporation, et al.,<br>　　　　　　　　　　Debtor.<br><br>Affects:<br>☐ ALL DEBTORS<br>☐ RUBY'S DINER, INC. ONLY<br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br>☐ RUBY'S HUNTINGTON BEACH, LTD. ONLY<br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br>☒ **RUBY'S OCEANSIDE, LTD, ONLY**<br>☐ RUBY'S PALM SPRINGS, LTD. ONLY<br><br><br><br><br><br>　　　　　　　　　　Debtor. | Case No.: 8:18-BK-13311-SC<br><br>Chapter 7<br><br>Jointly Administered with Case Nos:<br>8:18-bk-13197-SC; 8:18-bk-13198-SC;<br>8:18-bk-13199-SC; 8:18-bk-13200-SC;<br>8:18-bk-13201-SC; and 8:18-bk-13202-SC<br><br><br>**SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE; DECLARATION OF KERMITH BOFFILL IN SUPPORT THEREOF** |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

GROBSTEIN TEEPLE LLP ("Applicant" or "GT" or the "Firm"), accountants for the Chapter 7 Trustee of Ruby's Diner, Inc. a California Corporation, ("RDI" or "Lead Debtor"), represents the following in support of this *Second and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants for the Chapter 7 Trustee – Ruby's Oceanside, LTD* ("Application").  The Application requests a total of $3,418.00 for fees and $50.18 for expenses incurred during the period of November 1, 2021, through and including October 4, 2022 (the "Final Application Period") for Ruby's Oceanside, LTD.

RDI is being jointly administered with the following cases:

1.     Ruby's SoCal Diners, LLC ("RSD"), Case No.:  8:18-bk-13197-SC;

2.     Ruby's Quality Diners, LLC ("RQD"), Case No.: 8:18-bk-13198-SC;

3.     Ruby's Huntington Beach, LTD ("RHB"), Case No.:  8:18-bk-13199-SC;

4.     Ruby's Laguna Hills, LTD, Case No.:  8:18-bk-13200-SC;

5.     Ruby's Oceanside, LTD ("ROS"), 8:18-bk-13201-SC; and

6.     Ruby's Palm Springs, LTD ("RPS") 8:18-bk-13202-SC

The within Application is seeking final compensation with regard to ROS only.


## I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

1.     Applicant: GROBSTEIN TEEPLE LLP

2.     Application Period: November 1, 2021 through October 4, 2022

3.     Date of Entry of Order Authorizing Employment: August 3, 2020 [effective June 24, 2020]

4.     Date Services Commenced:  June 24, 2020

5.     Dates of Prior Fee Hearings: December 15, 2021

6.     Advance Fee Payment Received: $0.00

7.     Advance Fee Payment Remaining: $0.00

8.     Fees Paid Pursuant to Prior Fee Applications: $3,635.60 (Further explained in paragraphs 6 and 7)

9.     Expenses Paid Pursuant to Prior Fee Applications: $41.96 (Further explained in paragraphs 6 and 7)

RUBY'S DINER, INC., a California corporation, et al.                          Case #8:18-BK-13311-SC

2

10.    Amount Remaining to be Paid to Pursuant to Prior Applications: $0.00

11.    Amount Reserved Pending Final Fee Application: $0.00

12.    Total Amount of Fees Requested for this Application Period: $3,418.00

13.    Total Amount of Expenses Requested for this Application Period: $50.18

14.    Cash on hand: approximately $167,508.41.

## II.

## INTRODUCTION

1.    This Application is filed in accordance with Section 330 of the United States Bankruptcy Code, Local Bankruptcy Rule 2016(1), and the Guidelines of the Office of the United States Trustee for the Central District of California (the "Guidelines").

2.    On September 5, 2018, RDI filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Petition Date").  On the same date, as Docket #2, counsel filed an ex-parte application for joint administration with all other related debtors as captioned above (collectively referred to as "the Debtors and Debtors-in Possession"), and designation of RDI as the Lead Debtor ("Joint Administration").  On the same date, as Docket #6, an order granting the Joint Administration was entered.

3.    On April 15, 2020, the Lead Debtor's motion to convert the case to a Chapter 7 case was granted, and Richard A. Marshack was appointed as the Chapter 7 Trustee on April 16, 2020 (the "Trustee").

4.    Pursuant to the order entered authorizing the employment of GT as accountants, Applicant began work on June 24, 2020.

5.    Applicant was employed to provide accounting related assistance including: obtain and evaluate financial records; reconstruct financial records, if necessary; evaluate assets and liabilities of the Debtors and Estates; evaluate tax issues related to the Debtors and Estates; prepare tax returns; provide litigation consulting if required; provide expert witness services as required; prepare expert reports, testify at depositions and trials if required; and provide accounting and consulting services requested by the Trustee and his counsel.

RUBY'S DINER, INC., a California corporation, et al.                                    Case #8:18-BK-13311-SC

3

6.      Applicant's First Interim Application for Compensation and Reimbursement of Expenses ("First Application" filed as Doc#1152), filed November 24, 2021, sought approval of compensation for the periods of June 24, 2020, through and including October 31, 2021 ("First Application Period"), and requested allowance of fees and expenses as follows for RDI as well as RHB and ROS, two jointly administered cases:

| Case Name | Case No. | Requested Fees | Requested Expenses |
|---|---|---|---|
| Ruby's Diner, Inc. | 8:18-bk-13311-SC | $70,671.00 | $74.62 |
| Ruby's Huntington Beach | 8:18-bk-13199-SC | $3,676.00 | $70.30 |
| Ruby's Oceanside, LTD | 8:18-bk-13201-SC | $3,635.50 | $41.96 |

7.      Pursuant to the Order approving the First Application entered 01/03/2022 [Doc#1178], fees and expenses were approved as requested.  Payment has been received in full.

8.      This is Applicant's second and final application in connection with this case and only applies to ROS only.  Applicant seeks approval of compensation for the Final Application Period.  The requested amount of compensation is based upon a total of 12.8 hours of accounting services, resulting in fees totaling $3,418.00.  In addition, Applicant incurred expenses in the amount of $50.18. The Trustee is currently holding cash on hand as follows: approximately $ 167,508.41.

9.      The professional services which are the subject of this Application were rendered by the Applicant in connection with providing services for the benefit of the estate and not for any other entity. All of the expenses which are the subject of this Application were incurred by Applicant in connection with providing services for the benefit of the estate.

10.      Applicant maintains time records of professionals and support personnel on a contemporaneous basis.  Such time records are prepared by the professionals who have rendered the services.  Time records and this Application were reviewed by the project manager assigned to the case.

11.      **Exhibit "A"** provides a grand total of fees by subject area incurred during the period.

12.      A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B".**  The hourly rates in **Exhibit "B"**, as well as those reported in

**Exhibit "C"**, reflect the rates in effect on the dates those services were performed. Therefore, certain professionals may reflect multiple rates if there were rate adjustments during the period.

13.     Attached hereto as **Exhibit "C"** and incorporated herein by this reference is a statement detailing the services and expenses rendered by the Applicant for the Final Application Period. **Exhibit "C"** is transcribed from the Applicant's contemporaneous time records, and shows the professional services rendered, the date the services were performed, the person performing the service and the amount of time incurred. **Exhibit "C"** categorizes the professional fees by subject work areas.

14.     Applicant has no agreement or understanding for a division of fees between Applicant and any other party or parties involved in this matter. No retainer or advance fee payment has been received by Applicant and Applicant has not received, nor intends to receive, a lien or any other interest in the property of the Debtor or any other third party to secure payments of Applicant's fees. Applicant is aware of the risk that there may be insufficient assets from which it may be compensated.

15.     Attached as **Exhibit "D"** is biographical information concerning the professionals providing services during the period covered by this Application.

## III.

## SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT DURING THE FIRST APPLICATION PERIOD

**Accounting Services**

16.     Applicant was engaged by the Trustee to provide consulting services which included evaluating books and records, gathering and analyzing available documents and electronic data, and performing financial and other analyses. Applicant reviewed the Debtors' financial records and the Debtors' petition and schedules filed with the Court. Applicant participated in numerous correspondence with the Trustee related to the administration of the case.

17.     Applicant reviewed, sorted, and indexed documents provided for 20 different entities related to prior tax years to determine which income tax returns needed to be filed and to prepare a list of other documents and information needed to prepare those income tax returns. In order to do

RUBY'S DINER, INC., a California corporation, et al.                          Case #8:18-BK-13311-SC

5

this efficiently, Applicant prepared a schedule to identify items received, work to be completed, and the ownership structure of the various entities involved.

18.    Additional accounting services were provided by Applicant relating to current and prior period accounting issues. These services included assistance in reviewing and preparing information to assist RDI in preparing and filing its bankruptcy schedules and obtaining, sorting, and reconciling the Debtors' financials records for preparation of tax returns for RDI, RHB, and ROS and analyses as described in the litigation support section below.

19.    During the First Application Period fees and expenses were incurred on the cases individually, under the category of Accounting Services, as follows:

| Debtor | Time Incurred | Amount |
|--------|---------------|--------|
| RDI | 16.2 | $3,423.00 |
| RHB | 0.4 | $54.00 |
| ROS | 1.6 | $222.00 |
| **TOTAL** | **18.2** | **$3,699.00** |

20.    During the First Application Period, Applicant incurred a total of 18.2 hours under the category of Accounting Services, resulting in fees totaling $3,699.00. This resulted in a blended hourly rate of $203.24.

**Fee/Employment Application**

21.    Applicant prepared and filed it employment application and started preparation of its First Interim Application.  During the First Application Period fees and expenses were incurred on the cases individually, under the category of Fee/Employment Application, as follows:

| Debtor | Time Incurred | Amount |
|--------|---------------|--------|
| RDI | 3.3 | $388.50 |
| RHB | 0.0 | $0.00 |
| ROS | 0.0 | $0.00 |
| **TOTAL** | **3.3** | **$388.50** |

22.    During the First Application Period, Applicant incurred a total of 3.3 hours under the category of Fee/Employment Application, resulting in fees totaling $388.50. This resulted in a blended hourly rate of $117.73.

RUBY'S DINER, INC., a California corporation, et al.                    Case #8:18-BK-13311-SC

6

**Litigation Consulting**

23.     Applicant participated in numerous calls with the Debtors' counsel, the Debtors' accountants, the Trustee, and the Trustee's counsel to understand the potential litigation matters involving RDI and to determine the financial records required to complete requested projects.

24.     Applicant performed services related to bankruptcy litigation matters involving the RDI, including a corporate opportunity analysis, a financial reconstruction, and insider payment analysis.    Applicant and Trustee's counsel had a meeting to discuss the recordation of certain transactions reported on the Monthly Operating Reports filed by RDI and financial reports provided by Trustee's counsel for RDI.  Applicant was asked to provide an analysis on expenses paid for non-debtor entities by RDI, and whether RDI was properly reimbursed by these entities.

25.     Applicant reviewed RDI's general ledgers, profit & loss statements, balance sheets, and 18 monthly operating reports filed by RDI.  Utilizing those records, Applicant prepared comparisons and summaries of the profit & loss statements and balance sheets to analyze RDI's, RHB's, and ROS's revenue stream and assets.

26.     Applicant received four years of general ledgers, banks statements for approximately 33 banks accounts, and credit card statements for approximately six credit cards covering a four-year period.  Applicant was asked to reconstruct RDI's financials using the bank and credit card statements by counsel for the Trustee due to the fact that RDI's financials were not reliable and inconsistent.  For example, Applicant discovered that RDI had two sets of general ledgers for multiple years identified as "new" and "old" for each year with overlapping dates.  Applicant requested an explanation through Trustee's counsel but did not receive an adequate explanation, therefore Applicant had to reconstruct RDI's financials. The work completed by Applicant is further described in detail below.

27.     Applicant prepared a reconciliation of the payments made to and on behalf of the insiders of RDI for 2016, 2017, 2018, and 2019, along with a deposit analysis of funds deposited into RDI's multiple accounts to determine whether the funds were actual revenue or transferred from other debtor and non-debtor entities.  Applicant reviewed seven general ledgers containing over 150,000 entries.

///

28.     As requested by counsel for the Trustee, Applicant prepared an analysis of RDI's reimbursement accounts using the general ledgers, bank statements, and credit card statements.

29.     In addition, Applicant prepared analysis of RDI's transactions with related entities using the general ledgers and bank statements provided by the Debtor.

30.     Applicant received "old" and "new" general ledgers that were maintained by RDI from 2016 - 2019.  Applicant reviewed the general ledgers to determine if the transactions in the "old" ledgers were duplicated in the "new" ledgers.  Upon instruction from counsel, Applicant then prepared an analyses of transactions between the RDI and Shake Shack and RDI and Beachcomber using the "old" and "new" ledgers.  The analysis included a reconciliation of the transactions found in the general ledgers with RDI's bank statements.

31.     Finally, Applicant was asked to prepare an analysis of funds received by RDI from related entities that had not filed for bankruptcy, and subsequently trace the funds to identify how the funds were used by RDI.

32.     During the First Application Period, fees and expenses were incurred on the cases individually, under the category of Litigation Consulting, as follows:

| Debtor | Time Incurred | Amount |
|--------|---------------|--------|
| RDI | 178.8 | $40,632.50 |
| RHB | 5.7 | $910.50 |
| ROS | 7.1 | $1,095.00 |
| TOTAL | 191.6 | $42,638.00 |

33.     During the First Application Period, Applicant incurred a total of 191.6 hours under the category of Litigation Consulting, resulting in fees totaling $42,638.00. This resulted in a blended hourly rate of $225.54.

**Tax Issues**

34.     Applicant reviewed the case documents to identify case issues and prepared an open items list. Applicant further reviewed documents and emails related to sales issues and advised Trustee accordingly. In addition, Applicant was asked to review documents and financials related to the sale of Ruby's South Coast Plaza.  Applicant participated in discussions with the Trustee and

counsel for the Trustee regarding the sale.

35.    Applicant reviewed emails and notices from the California Department of Tax and Fee Administration ("CDTFA") regarding sales tax issues. Applicant corresponded and advised the Trustee with regard to resolving the issues with the CDTFA.

36.    During the First Application Period fees and expenses have been incurred on the cases individually, under the category of Tax Issues, as follows:

| Debtor | Time Incurred | Amount |
|--------|---------------|--------|
| RDI | 3.8 | $1,535.00 |
| RHB | 0.0 | $0.00 |
| ROS | 0.0 | $0.00 |
| TOTAL | 3.8 | $1,535.00 |

37.    During the First Application Period, Applicant incurred a total of 3.8 hours under the category of Tax Issues, resulting in fees totaling $1,535.00. This resulted in a blended hourly rate of $403.95.

**Tax Return Preparation**

38.    Applicant prepared tax returns for multiple years (2017 – 2020) for RDI, RHB, and ROS.  Applicant reviewed prior year income tax returns for each of the entities and created a list of documents and information required to prepare the income tax returns.

39.    Applicant prepared appropriate schedules for each of the entities that were used to prepare tax returns for the respective Debtors.

40.    Applicant prepared and filed income tax return extensions for RDI, RHB, and ROS for the 2020 tax year, and then prepared and filed the 2020 income tax returns for RDI, RHB, and ROS once all of the required information was received.

41.    During the First Application Period fees and expenses have been incurred on the cases individually, under the category of Tax Return Preparation, as follows:

///

///

///

| Debtor | Time Incurred | Amount |
|--------|---------------|--------|
| RDI | 32.5 | $6,092.00 |
| RHB | 14.4 | $2,711.50 |
| ROS | 11.4 | $2,318.50 |
| **TOTAL** | **58.3** | **$11,122.00** |

42.    During the First Application Period, Applicant incurred a total of 58.3 hours under the category of Tax Return Preparation, resulting in fees totaling $11,122.00. This resulted in a blended hourly rate of $190.77.

**Valuation**

43.    Applicant performed services related to projections and valuation of RDI's license fee income associated with royalties anticipated from all of the Debtors. Applicant was asked to conduct this valuation to facilitate the potential sale of this asset.

44.    Applicant participated in numerous telephonic correspondence regarding the documents required to prepare the valuation and to address issues with the production of the requested documentation and information.

45.    In order to prepare the valuation, Applicant had to conduct market and industry research; prepare an analysis of guideline company transactions; prepare a detailed analysis of historical revenues by franchise location; prepare an analysis of the impacts of the COVID-19 pandemic on historical and projected revenues; and participate in communications with the Debtor's financial advisors to gather relevant financial data and to better understand the Debtor's financial position and operating performance.

46.    In valuing the license fee asset, Applicant applied both, the discounted cash flow and guideline transactions methods. Applicant created a template to efficiently evaluate the data needed to value the license royalty income.

47.    For the discounted cash flow method, Applicant had to (1) develop a long-term forecast of net license fee income based on historical and anticipated revenue performance and as assumed recovery from pandemic-impacted recent revenues, and (2) discount those future cash flows to the present using a discount rate reflective of the risk of achieving forecasted profitability.

///

RUBY'S DINER, INC., a California corporation, et al.                                    Case #8:18-BK-13311-SC

10

48.     In applying the guideline transactions method, Applicant identified transactions of reasonably similar restaurant franchises, developed an EDITDA multiple from the data analyzed, and applied said multiple to a measure of normalized EBITDA for the business.

49.     Applicant then reconciled the above measurements to arrive at a conclusion of value.

50.     Throughout this process, Applicant communicated with financial experts and updated its assumptions as additional documentation and information was provided.

51.     During the First Application Period fees and expenses have been incurred on the cases individually, under the category of Valuation, as follows:

| Debtor | Time Incurred | Amount |
|--------|---------------|--------|
| RDI    | 47.2          | $18,600.00 |
| RHB    | 0.00          | $0.00 |
| ROS    | 0.00          | $0.00 |
| **TOTAL** | **47.2**   | **$18,600.00** |

52.     During the First Application Period, Applicant incurred a total of 47.2 hours under the category of Valuation, resulting in fees totaling $18,600.00. This resulted in a blended hourly rate of $394.07.

**Expenses**

53.     During the First Application Period, Applicant incurred expenses for postage and delivery charges in the amount of $186.88, for which reimbursement was sought, as follows:

| Debtor | Expenses |
|--------|----------|
| RDI    | $74.62   |
| RHB    | $70.30   |
| ROS    | $41.96   |
| **TOTAL** | **$186.88** |

///

///

///

///

///

///

**IV.**

**SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT DURING THE SECOND AND FINAL APPLICATION PERIOD**

**Accounting Services**

54.    During the Final Application Period, Applicant continued to participate in numerous correspondences with the Trustee related to the administration of the case.

55.    Applicant reviewed the claims register to determine the liability adjustments to be made to the trial balance, and prepared and reconciled 2021 and 2022 trial balances and adjusting journal entries.  Trial balances are necessary for the preparation of income tax returns as it categorizes each receipt and disbursement in its proper revenue and expense account for reporting purposes.

56.    Applicant assembled and provided completed 2021 and 2022 federal and California income tax returns for the Estate to the Trustee and the taxing authorities. Applicant also prepared letters requesting prompt determination from the tax agencies for the filed income tax returns.

57.    During the Final Application Period, Applicant incurred a total of 7.8 hours under the category of Accounting Services, resulting in fees totaling $2,088.00.  This results in a blended hourly rate of $267.69.

**Fee/Employment Application**

58.    During the Final Application Period, Applicant prepared its Second Application for Compensation and incurred a total of 1.9 hours under the category of Fee/Employment Application, resulting in fees totaling $286.50.  This results in a blended hourly rate of $150.79.

**Tax Issues**

59.    Applicant communicated with and assisted the Trustee in resolving issues with the California Department of Tax and Fee Administration and the California Employment Development Department.

60.    During the Final Application Period, Applicant incurred a total of 0.4 hours under the category of Tax Issues, resulting in fees totaling $156.00.  This results in a blended hourly rate of $390.00.

///

RUBY'S DINER, INC., a California corporation, et al.    Case #8:18-BK-13311-SC

**Tax Return Preparation**

61.     Using the Trustee's Form 1 & 2 and the summarized information noted above, Applicant prepared the required 2021 and 2022 federal and state income tax returns and the necessary forms reporting income and expenses.  Applicant reviewed the supporting documentation, including court pleadings and correspondence to verify that the transactions were being treated and reported properly on the income tax returns.

62.     During the Final Application Period, Applicant incurred a total of 2.7 hours under the category of Tax Return Preparation, resulting in fees totaling $887.50.  This results in a blended hourly rate of $328.70.

**Expenses**

63.     During the Final Application Period, Applicant incurred expenses for postage and delivery charges for the forwarding of tax returns to the proper taxing authorities in the amount of $50.18, for which reimbursement was sought.


# V.

## REQUEST FOR SECOND AND FINAL COMPENSATION

64.     During the Final Application Period for ROS, Applicant incurred a total of 12.8 hours as accountants for the Chapter 7 Trustee.  Applicant submits that all its time was reasonable and necessary.  Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate than needed for any particular task.  The blended hourly rate for the Final Application Period is $267.03.

65.     Applicant is requesting compensation in the amount of $3,418.00 for services rendered for ROS.  This amount is based upon the normal hourly rates charged by its professionals at the time the work was performed.  This amount does not include any enhancements or bonuses.  Expenses were incurred in the amount of $50.18 during this Final Application Period.

**WHEREFORE, GROBSTEIN TEEPLE LLP** requests that this Court, after proper notice and hearing, approve on a final basis the previously allowed and paid interim fees and expenses in the amounts of $3,635.50 and $41.96, respectively; and allow fees totaling $3,418.00 and reimbursement

1   of expenses in the amount of $50.18 for the Second Application Period on a final basis for Ruby's

2   Oceanside, LTD.   This would result in a total and final payment of $3,468.18 to GROBSTEIN

3   TEEPLE LLP for the Final Application Period.

4

5   Dated: October ⁄6 , 2022             By  _____

6                                               Howard B. Grobstein

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUBY'S DINER, INC., a California corporation, et al.                            Case #8:18-BK-13311-SC

14

## DECLARATION OF KERMITH BOFFILL

I, **KERMITH BOFFILL**, declare and state as follows:

1.      I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California.  I am a member in good standing of the American Institute of Certified Public Accountants (AICPA) and am a partner of GROBSTEIN TEEPLE LLP ("GT"), accountants for the Chapter 7 Trustee.

2.      I am the accountant principally responsible for the services performed in this matter on behalf of the Chapter 7 Trustee.  The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office.  The time records and this Application were reviewed by the project manager assigned to the case.  If called as a witness, I could and would testify competently thereto.

3.      I have reviewed the foregoing Second and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants for the Chapter 7 Trustee (the "Application").

4.      **Exhibit "A"** provides a grand total of fees by subject area incurred.

5.      A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B".**

6.      **Exhibit "C"** represents a detail of fees and expenses incurred by Applicant. **Exhibit "C"** was prepared in conformance with Guideline B of the Office of the United States Trustee.  Applicant's request for reimbursement of costs and the computation of the costs reflect photocopying at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page.  All costs from outside parties such as messengers, Federal Express, mail and long -distance telephone charges are charged at Applicant's cost.

7.      Attached as **Exhibit "D"** is biographical information concerning the professionals providing these services.

///

///

///

///

RUBY'S DINER, INC., a California corporation, et al.                              Case #8:18-BK-13311-SC

15

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief, and that this declaration was executed on this __18th__ day of October, 2022 at __Woodland Hills_____, California.

_____
KERMITH BOFFILL

RUBY'S DINER, INC., a California corporation, et al.                    Case #8:18-BK-13311-SC

16

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

*P.O. Box 253, Woonsocket, RI 02895*

A true and correct copy of the foregoing document entitled (*specify*): **SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE; DECLARATION OF KERMITH BOFFILL IN SUPPORT THEREOF WITH PROOF OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ___October 19, 2022___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On ___October 19, 2022___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
Ruby's Diner, Inc., a California corporation
4100 MacArthur Blvd., Suite 310
Newport Beach, CA 92660-2050

Ruby's Oceanside, Inc.
4100 MacArthur Blvd., Suite 310
Newport Beach, CA 92660-2050

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 19, 2022 | Denise Weiss | *Denise Weiss* |
|---|---|---|
| *Date* | *Typed Name* | *Signature* |

RUBY'S DINER, INC., a California corporation, et al.

17

Case #8:18-BK-13311-SC

**NEF SERVICE LIST**

- Aaron Davis on behalf of Creditor US Foods Inc. aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Alan J Friedman on behalf of Interested Party Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com
- Alan J Friedman on behalf of Creditor Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com
- Alan J Friedman on behalf of Interested Party Steven L Craig afriedman@shulmanbastian.com lgauthier@shulmanbastian.com
- Alan J Friedman on behalf of Attorney Alan Friedman afriedman@shulmanbastian.com lgauthier@shulmanbastian.com
- Alastair M Gesmundo on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
- Ashleigh A Danker on behalf of Interested Party Peter Mastan adanker731@gmail.com
- Ashleigh A Danker on behalf of Interested Party Courtesy NEF adanker731@gmail.com
- Aviram Edward Muhtar on behalf of Defendant Douglas Cavanaugh aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com
- Aviram Edward Muhtar on behalf of Interested Party Courtesy NEF aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com
- Aviram Edward Muhtar on behalf of Defendant Ralph Kosmides aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com
- Aviram Edward Muhtar on behalf of Defendant Beachcomber Management Crystal Cove LLC aviram.muhtar@lewisbrisbois.com, Nancy.Jasso@lewisbrisbois.com
- Carol Chow on behalf of Interested Party Ralph Kosmides carol.chow@ffslaw.com easter.santamaria@ffslaw.com
- Carol Chow on behalf of Interested Party Douglas Cavanaugh carol.chow@ffslaw.com easter.santamaria@ffslaw.com
- Caroline Djang on behalf of Interested Party Courtesy NEF cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com
- Christopher Celentino on behalf of Interested Party Peter Mastan chris.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Dale Beatty on behalf of Interested Party Courtesy NEF cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com
- Christopher Dale Beatty on behalf of Plaintiff Richard A. Marshack cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com
- Christopher Dale Beatty on behalf of Trustee Richard A Marshack (TR) cbeatty@millerbarondess.com aransom@millerbarondess.com,docket@millerbarondess.com,jvogel@millerbarondess.com
- Christopher K.S. Wong on behalf of Interested Party Courtesy NEF christopher.wong@arentfox.com yvonne.li@arentfox.com
- Claire K Wu on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP claire.wu@pillsburylaw.com irene.hooper@pillsburylaw.com;docket@pillsburylaw.com
- Corey R Weber on behalf of Interested Party Courtesy NEF cweber@bg.law ecf@bg.law
- Corey R Weber on behalf of Creditor City of Huntington Beach cweber@bg.law ecf@bg.law
- Craig G Margulies on behalf of Interested Party Casbure Management LLC Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Craig G Margulies on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- D Edward Hays on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

RUBY'S DINER, INC., a California corporation, et al.                    Case #8:18-BK-13311-SC

18

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- D Edward Hays on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC
  ehays@marshackhays.com,ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- D Edward Hays on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- David M Goodrich on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
  kadele@wgllp.com;lbracken@wgllp.com;wgellp@ecf.courtdrive.com;gestrada@wgllp.com
- David M Goodrich on behalf of Interested Party Interested Party dgoodrich@go2.law
  kadele@wgllp.com;lbracken@wgllp.com;wgellp@ecf.courtdrive.com;gestrada@wgllp.com
- David M. Guess on behalf of Interested Party Opus Bank dguess@buchalter.com david-guess-9268@ecf.pacerpro.com
- David M. Guess on behalf of Creditor Opus Bank dguess@buchalter.com david-guess-9268@ecf.pacerpro.com
- David P Crochetiere on behalf of Interested Party Courtesy NEF dcrochetiere@bautelaw.com
  hwells@bautelaw.com
- David P Crochetiere on behalf of Interested Party Douglas Cavanaugh hwells@bautelaw.com
- David P Crochetiere on behalf of Interested Party Ralph Kosmides dcrochetiere@bautelaw.com
  hwells@bautelaw.com
- David S Kupetz on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com
  mylene.ruiz@lockelord.com
- Dustin P Branch on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com,
  carolod@ballardspahr.com;hubenb@ballardspahr.com
- Eric J Fromme on behalf of Interested Party Ruby's Franchise Systems Inc., a California Corporation
  efromme@tocounsel.com, stena@tocounsel.com
- Ernie Zachary Park on behalf of Creditor The Irvine Company ernie.park@bewleylaw.com
- Garrick A Hollander on behalf of Creditor Committee Winthrop Golubow Hollander LLP
  ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP
  ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor Winthrop Golubow Hollander LLP ghollander@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- George B Blackmar on behalf of Attorney George B Blackmar gblackmar@bpslaw.net
- Jeffrey P Nolan on behalf of Debtor Ruby's Diner Inc., a California corporation jnolan@pszjlaw.com
- Jeffrey W Broker on behalf of Interested Party Jeffrey W. Broker jbroker@brokerlaw.biz Jessica
- G McKinlay on behalf of Creditor Opus Bank mckinlay.jessica@dorsey.com
- John S Clifford on behalf of Defendant Beachcomber at Crystal Cove LLC JCLIFFORD@SMITH-LC.COM
- John S Clifford on behalf of Defendant Lighthouse Cafe LLC JCLIFFORD@SMITH-LC.COM
- John S Clifford on behalf of Defendant Shake Shack Crystal Cove LLC JCLIFFORD@SMITH-LC.COM
- Kristine A Thagard on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com
  kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Laila Masud on behalf of Special Counsel Fitzgerald & Mule LLP lmasud@marshackhays.com
  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Laila Masud on behalf of Financial Advisor Glassratner Advisory & Capital Group LLC
  lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Laila Masud on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Laila Masud on behalf of Attorney Marshack Hays LLP lmasud@marshackhays.com
  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

- Laura E Dolan on behalf of Creditor San Diego County Treasurer-Tax Collector laura.blome@sdcounty.ca.gov odette.ortega@sdcounty.ca.gov;kristen.howard@sdcounty.ca.gov
- Lawrence Treglia, Jr on behalf of Defendant Ralph Kosmides ltreglia@murtaughlaw.com lhull@murtaughlaw.com
- Lawrence Treglia, Jr on behalf of Defendant Douglas Cavanaugh ltreglia@murtaughlaw.com lhull@murtaughlaw.com
- Leo A Bautista on behalf of Defendant Beachcomber Management Crystal Cove LLC leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com
- Leo A Bautista on behalf of Defendant Douglas Cavanaugh leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com
- Leo A Bautista on behalf of Interested Party Douglas Cavanaugh leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com
- Leo A Bautista on behalf of Defendant Ralph Kosmides leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com
- Leo A Bautista on behalf of Interested Party Ralph Kosmides leo.bautista@lewisbrisbois.com Sondra.Sweeney@lewisbrisbois.com
- Lillian Jordan on behalf of Interested Party Courtesy NEF ENOTICES@DONLINRECANO.COM RMAPA@DONLINRECANO.COM
- Lillian Jordan on behalf of Other Professional Donlin Recano & Company Inc. ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Malcolm D Minnick on behalf of Interested Party Courtesy NEF dminnick@pillsburylaw.com m.minnick@comcast.net
- Malcolm D Minnick on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP dminnick@pillsburylaw.com m.minnick@comcast.net
- Maria L Garcia on behalf of Defendant Beachcomber Management Crystal Cove LLC Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- Maria L Garcia on behalf of Defendant Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com
- Maria L Garcia on behalf of Interested Party Douglas Cavanaugh Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com
- Maria L Garcia on behalf of Defendant Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com
- Maria L Garcia on behalf of Interested Party Ralph Kosmides Maria.L.Garcia@lewisbrisbois.com Nancy.jasso@lewisbrisbois.com
- Matthew S Walker on behalf of Creditor Pillsbury Winthrop Shaw Pittman LLP matthewswalker1@gmail.com renee.evans@pillsburylaw.com
- Matthew S Walker on behalf of Interested Party Courtesy NEF matthewswalker1@gmail.com renee.evans@pillsburylaw.com
- Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov
- Richard A Marshack (TR) pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Richard H Golubow on behalf of Creditor Committee Winthrop Couchot Golubow Hollander LLP rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Rika Kido on behalf of Creditor Steven L Craig rkido@shulmanbastian.com avernon@shulmanbastian.com
- Robert S Marticello on behalf of Creditor Family Tree Produce Inc. Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Robert S Marticello on behalf of Interested Party Courtesy NEF Rmarticello@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Robert S Marticello on behalf of Creditor SUNRISE PRODUCE INC. Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

RUBY'S DINER, INC., a California corporation, et al.    Case #8:18-BK-13311-SC

20

- Robert S Marticello on behalf of Interested Party Lowey Enterprises d/b/a Sunrise Produce a California corporation Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- SAMUEL A. SCHWARTZ on behalf of Interested Party Courtesy NEF saschwartz@nvfirm.com ECF@nvfirm.com
- SAMUEL A. SCHWARTZ on behalf of Interested Party Casbure Management LLC saschwartz@nvfirm.com, ECF@nvfirm.com
- Samy Henein on behalf of Creditor Marvi Land samyhenein@aol.com az@suppalaw.com
- Sharon Z. Weiss on behalf of Creditor US Foods Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Stephen C Biggs on behalf of Defendant Shake Shack Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com
- Stephen C Biggs on behalf of Defendant Lighthouse Cafe LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com
- Stephen C Biggs on behalf of Defendant Beachcomber at Crystal Cove LLC sbiggs@smith-lc.com, kdavenport@smith-lc.com
- Steven C Smith on behalf of Defendant Lighthouse Cafe LLC ssmith@smith-lc.com, kcanaan@smith-lc.com
- Steven C Smith on behalf of Defendant Shake Shack Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com
- Steven C Smith on behalf of Defendant Beachcomber at Crystal Cove LLC ssmith@smith-lc.com, kcanaan@smith-lc.com
- Steven T Gubner on behalf of Interested Party Courtesy NEF sgubner@bg.law ecf@bg.law
- Thomas J Polis on behalf of Creditor Grit Development Agent for Plaza Mercado, LLC tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Tinho Mang on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Tinho Mang on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Todd C. Ringstad on behalf of Interested Party Interested Party becky@ringstadlaw.com arlene@ringstadlaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Valerie Smith on behalf of Interested Party Courtesy NEF claims@recoverycorp.com
- William N Lobel on behalf of Debtor Ruby's Quality Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Huntington Beach Ltd., a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's SoCal Diners LLC, a Delaware limited liability company wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Palm Springs Ltd., a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Laguna Hills Ltd. a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Creditor Opus Bank wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Attorney Pachulski Stang Ziehl & Jones LLP wlobel@tocounsel.com stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Oceanside Ltd. a California limited partnership wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- William N Lobel on behalf of Debtor Ruby's Diner Inc., a California corporation wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

RUBY'S DINER, INC., a California corporation, et al.                                                    Case #8:18-BK-13311-SC

21

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Ruby's Oceanside, Ltd.**

**Summary of Professional Fees and Expenses**

**Fee Application Period: November 1, 2021 through October 17, 2022**

**Category of Work**

| | | |
|---|---|---|
| 001 - Accounting Services | 7.80 | $2,088.00 |
| 009 - Fee/Employment Application | 1.90 | $286.50 |
| 014 - Tax Issues | 0.40 | $156.00 |
| 015 - Tax Return Preparation | 2.70 | $887.50 |
| Total Professional Fees | 12.80 | $3,418.00 |

**Expenses**

| | |
|---|---|
| 405 - Client Postage/Delivery | $50.18 |
| Total Expenses | $50.18 |

| | |
|---|---|
| **Total Professional Fees and Expenses** | **$3,468.18** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/17/2022
**Invoice Number:** 079193
**Billing Through:** 10/17/2022

**IN RE: Ruby's Oceanside, Ltd.**

## Professional Fees by Employee

**Fee Application Period: November 1, 2021 - October 17, 2022**

| Employee | Rate | Hours | Amount |
|---|---|---|---|
| Brooke M Borba | $145.00 | 1.20 | $174.00 |
| Denise Weiss | $95.00 | 1.50 | $142.50 |
| Kailey R Wright | $360.00 | 0.40 | $144.00 |
| Kermith B Boffill | $390.00 | 1.20 | $468.00 |
| Michael E McCarthy | $290.00 | 7.80 | $2,262.00 |
| Silva Chamichyan | $325.00 | 0.70 | $227.50 |
| Totals | | 12.80 | $3,418.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**     10/17/2022
**Invoice Number:** 079193
**Billing Through:** 10/17/2022

**IN RE: Ruby's Oceanside, Ltd.**

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **001 - Accounting Services** | | | | | |
| 01/21/2022 | Michael E McCarthy | Review prior year returns for preparation of 2021 tax return. | $290.00 | 0.60 | $174.00 |
| 07/07/2022 | Michael E McCarthy | Prepare 2021 tax trial balance. | $290.00 | 1.30 | $377.00 |
| 07/14/2022 | Michael E McCarthy | Review documents provided by Trustee for the 2021 return. | $290.00 | 0.80 | $232.00 |
| 08/09/2022 | Brooke M Borba | Assembly and UPS mailing of 2021 Tax Return, signature page, prompt determination letter, T-letter and pre-paid mailing envelope to GT office. | $145.00 | 0.30 | $43.50 |
| 08/11/2022 | Michael E McCarthy | Schedule 2022 activity for tax return | $290.00 | 0.70 | $203.00 |
| 08/11/2022 | Michael E McCarthy | Revision to scheduling of 2021 activity due to new information provided by Trustee. | $290.00 | 2.40 | $696.00 |
| 08/12/2022 | Michael E McCarthy | Merge Ruby's Oceanside activity into tax trial balance. | $290.00 | 0.80 | $232.00 |
| 08/17/2022 | Brooke M Borba | Assembly and certified mailing of 2021 tax return to FTB. | $145.00 | 0.30 | $43.50 |
| 08/26/2022 | Brooke M Borba | Assembly and UPS mailing of 2021 tax return, signature page, prompt determination letters, and T-letters to trustee with pre-paid certified mailing envelope back to GT office. | $145.00 | 0.30 | $43.50 |
| 09/06/2022 | Brooke M Borba | Assembly and certified mailing of 2022 tax return to FTB. | $145.00 | 0.30 | $43.50 |
| | | **001 - Accounting Services Total:** | | **7.80** | **$2,088.00** |
| **009 - Fee/Employment Application** | | | | | |
| 10/04/2022 | Denise Weiss | Finalize fee application; prepare for filing and service. | $95.00 | 0.50 | $47.50 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C, Page 24

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/17/2022
**Invoice Number:** 079193
**Billing Through:** 10/17/2022

**IN RE: Ruby's Oceanside, Ltd.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/04/2022 | Denise Weiss | Commence preparation of final fee application | $95.00 | 1.00 | $95.00 |
| 10/04/2022 | Kailey R Wright | Prepare final fee app | $360.00 | 0.40 | $144.00 |
| | | **009 - Fee/Employment Application Total:** | | **1.90** | **$286.50** |
| **014 - Tax Issues** | | | | | |
| 07/14/2022 | Kermith B Boffill | Review issues related to CDTFA and EDD | $390.00 | 0.40 | $156.00 |
| | | **014 - Tax Issues Total:** | | **0.40** | **$156.00** |
| **015 - Tax Return Preparation** | | | | | |
| 08/05/2022 | Michael E McCarthy | Prepare 2021 tax return and associated instruction and prompt determination letter. | $290.00 | 0.80 | $232.00 |
| 08/05/2022 | Silva Chamichyan | Reviewing 2021 state tax returns | $325.00 | 0.30 | $97.50 |
| 08/08/2022 | Kermith B Boffill | Review of 2021 return | $390.00 | 0.40 | $156.00 |
| 08/11/2022 | Michael E McCarthy | Prepare 2022 tax return and associated instruction and prompt determination letters. | $290.00 | 0.40 | $116.00 |
| 08/12/2022 | Silva Chamichyan | Reviewing 2022 final year state tax return | $325.00 | 0.40 | $130.00 |
| 08/25/2022 | Kermith B Boffill | Review 2022 return | $390.00 | 0.40 | $156.00 |
| | | **015 - Tax Return Preparation Total:** | | **2.70** | **$887.50** |
| | | **Total Professional Fees:** | | **12.80** | **$3,418.00** |

**Expenses:**

Exhibit C, Page 25

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/17/2022
**Invoice Number:** 079193
**Billing Through:** 10/17/2022

**IN RE: Ruby's Oceanside, Ltd.**

| Date | Employee | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| **405 - Client Postage/Delivery** | | | | | |
| 08/09/2022 | Brooke M Borba | UPS mailing of 2021 Tax Return, signature page, prompt determination letter and pre-paid mailing envelope to GT office. | 1 | $11.41 | $11.41 |
| 08/17/2022 | Brooke M Borba | Certified mailing of 2021 tax return to FTB. | 1 | $11.17 | $11.17 |
| 08/26/2022 | Brooke M Borba | UPS mailing of 2022 tax returns, signature pages, T-letters and prompt determination letters with pre-paid mailing envelope back to GT office. | 1 | $5.50 | $5.50 |
| 09/06/2022 | Brooke M Borba | Certified mailing of 2022 tax return FTB. | 1 | $10.93 | $10.93 |
| 09/06/2022 | Brooke M Borba | Certified mailing of 2021 FTB check to FTB. | 1 | $11.17 | $11.17 |
| | | **405 - Client Postage/Delivery Total:** | | | **$50.18** |
| | | **Total Expenses:** | | | **$50.18** |

| | |
|---|---|
| **Total Professional Fees:** | **$3,418.00** |
| **Total Expenses:** | **$50.18** |
| **Total Amount Due This Invoice:** | **$3,468.18** |

# GROBSTEIN TEEPLE LLP
## PROFESSIONAL BIOGRAPHIES

**KERMITH BOFFILL, CPA,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm.  Mr. Boffill has worked in private and public accounting on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**KAILEY WRIGHT, CIRA,** University of California, Santa Barbara (B.A. - Economics, emphasis in Accounting) is a Principal in the firm. Ms. Wright specializes in providing accounting services related to bankruptcy, forensic accounting and litigation support for her clients. She is currently the President of the Los Angeles Bankruptcy Forum. She is an active member of the Orange County Bankruptcy Forum and International Women's  Insolvency & Restructuring Confederation.

**SILVA CHAMICHYAN,** University of California, Northridge (B.S. - Accounting) is a Senior Accountant in the firm. Ms. Chamichyan has experience in corporation tax returns and private equity.  Ms. Chamichyan is currently a CPA Candidate with the California Board of Accountancy.

**MICHAEL E. McCARTHY, CPA, CFE**, California State University, Fullerton (Master of Business Administration, Generalist, 1995) and Michigan State University (Bachelor of Arts, Hotel, Restaurant and Institutional Management, 1978) is a Senior Manager with the Firm.  He has extensive experience in tax preparation, audit and attestation, litigation support, fraud investigation, and has provided expert witness testimony in Bankruptcy Court, California Superior Court and before various commissions and boards.  He is a member of the American Institute of Certified Public Accountants, the California Society of Certified Public Accountants, the American Bankruptcy Institute, and the Association of Certified Fraud Examiners.

**BROOKE BORBA**, University of California, Santa Cruz, (B.A.  - English Language and Literature) is a Tax Administrator with the firm. Ms. Borba is also a licensed notary in California.

**DENISE WEISS** is an Assistant Trustee Administrator with the firm.