| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Chp.7 Trustee,RICHARD A. MARSHACK | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>Debtor.<br><br>Affects:<br>RUBY'S OCEANSIDE, LTD., ONLY<br><br><br><br>Debtor(s). | CASE NO.: Lead Case No. 8:18-bk-13311-SC<br>CHAPTER: 7 |
|---|---|

**APPLICATION FOR PAYMENT OF:**

☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**

☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**

DATE: 11/15/2021
TIME: 11:00 am
COURTROOM: 5C
PLACE: Zoom.Gov, unless Judge has ordered otherwise
Please see Judge Clarkson's publicly posted hearing calendar which may be view online

1. Name of Applicant (*specify*):  Marshack Hays LLP

2. Type of services rendered:  General Counsel
   a. ☒ Attorney for (*specify*):  Chapter 7 Trustee, Richard A. Marshack
   b. ☐ Accountant for (*specify*): _____
   c. ☐ Other professional (*specify*): _____

3. Date of filing of petition under chapter 11  of the Bankruptcy Code: 09/05/2018

4. Date of entry of Order Approving Applicant's Employment: 06/25/2020

5. Date of filing of last Fee and/or Expense Application: 06/23/2021

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6.   Total fees allowed or paid to Applicant to date (including retainers and prior
     approved fee applications): $ 110,316.00

     a.   Retainer received: $ 0.00

     b.   Retainer remaining as of the date of this Application: $ 0.00

     c.   Total amount requested in all prior applications: $ 110,316.00

     d.   Total amount actually paid pursuant to prior approved applications: $ 110,316.00

     e.   Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

     f.   Total amount allowed but reserved pending final fee application: $ 0.00

7.   **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. See attached summary. | $ | X | | = | $ |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

     g.  ☒ Continued on attached page

8.   The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as
     follows: See attached summary page for any rate changes.          ☒ See attached page

9.   Bonus requested (final fee applications only): $ 0.00
     (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10.  **TOTAL FEES REQUESTED THIS APPLICATION**: $ 19,081.00

11.  Total expenses paid to Applicant to date (including retainers and prior
     approved expense applications): $ 163.77

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 2                          **F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a.  Copying | $ 107.80 |
| b.  Postage | $ 55.97 |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g.  ☐    Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 163.77

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

   See attached Memorandum of Points & Authorities,Declaration of Laila Masud & exhibits in support of Application.

15. Total number of attached pages of supporting documentation:  __55__

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| __10/24/2022__ | __Laila Masud__ | __/s/ Laila Masud__ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                            Page 3                            **F 2016-1.2.APP.PAYMENT.FEES**

RUBY'S OCEANSIDE, LTD. ONLY – LEAD CASE NO.: 8:18-bk-13311-SC 7. Summary of
Requested Fees: (attach detailed supporting documentation to this Application)

| Timekeeper | Rate/Period | Total Hours | Total Fees |
|---|---|---|---|
| D. Edward Hays | 12/01/2020 to 03/31/2022 | | |
| | $650 | 2.6 | 1,690.00 |
| | NC | 5.7 | 0.00 |
| | 07/01/2022 to 10/24/2022 | | |
| | $680 | 3.1 | 2,108.00 |
| Laila Masud | 06/01/2021 to 03/31/2022 | | |
| | $390 | 5.5 | 2,145.00 |
| | 04/01/2022 to 10/24/2022 | | |
| | $420 | 14.1 | 5,922.00 |
| Pamela Kraus | 07/01/2022 to 10/24/2022 | | |
| | $280 | 4.6 | 1,288.00 |
| Cynthia Bastida | 06/01/2021 to 08/31/2022 | | |
| | $260 | 22.8 | 5,928.00 |
| **Totals:** | | **58.4** | **19,081.00** |

¶D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:18-bk-13311-SC |
| RUBY'S DINER, INC., a California corporation, et al., | Chapter 7 |
| Debtor. | (Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC) |
| Affects: | |
| ☐ ALL DEBTORS | THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE; DECLARATION OF LAILA MASUD IN SUPPORT |
| ☐ RUBY'S DINER, INC., ONLY | |
| ☐ RUBY'S SOCAL, DINERS, LLC, ONLY | |
| ☐ RUBY'S QUALITY DINERS, LLC, ONLY | |
| ☐ RUBY'S HUNTINGTON BEACH, LTD. ONLY | |
| ☐ RUBY'S LAGUNA HILLS, LTD. ONLY | Date:   November 15, 2022 |
| ☒ RUBY'S OCEANSIDE, LTD, ONLY | Time:  11:00 a.m. |
| ☐ RUBY'S PALM SPRINGS, LTD. ONLY | Ctrm:  5C |
| | Location: ZoomGov[1] |

---

[1] Due to the COVID-19 outbreak, Judge Clarkson has altered his prior telephonic hearing procedures.  Except as may be otherwise ordered by the Court, all hearings before Judge Clarkson will be conducted remotely using ZoomGov. Unless otherwise specifically ordered or instructed, Judge Clarkson will no longer utilize CourtCall. ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

1

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED

PARTIES:

Marshack Hays LLP ("Firm"), counsel for the Chapter 7 Trustee ("Trustee") for the

Bankruptcy Estate of the Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California

corporation, et al. jointly administered on September 5, 2018 as lead case no. 8:18-bk-1331-SC

("Lead Debtor" or "RDI"), with the following associated bankruptcy cases: (a) 8:18-bk-13197-SC –

Ruby's SoCal Diners, LLC, a Delaware limited liability company; (b) 8:18-bk-13198-SC - Ruby

Quality Diners, LLC., a Delaware limited liability company; (c) 8:18-bk-13199-SC – Ruby's

Huntington Beach, Ltd., a California limited partnership ("RHB"); (d) 8:18-bk-13200-SC – Ruby's

Laguna Hills, Ltd., a California limited partnership; (e) 8:18-bk-13201-SC – Ruby's Oceanside Ltd.,

a California limited partnership ("RO"); and (f) 8:18-bk-13202-SC – Ruby's Palm Springs, Ltd., a

California limited partnership ("RPS") (collectively with Lead Debtor, referred to herein as

"Debtors"), seeks by this Third and Final Application for Allowance of Fees and Costs

("Application") allowance of $19,081 in fees and $163.77 in costs, for a total of $19,244.77. This

Application encompasses services rendered and expenses paid or incurred during the approximate

seventeen-month, period June 1, 2021, through October 24, 2022 ("Reporting Period").

## 1.      Summary of Professional Services

A bankruptcy court may authorize compensation of a retained professional if the requested

fees are reasonable and if the services rendered were beneficial to the estate. Upon his appointment

in April 2020, the Trustee was faced with a labyrinth – 7 jointly-administered but *separate*

bankruptcy cases. To complicate matters, certain debtors were restaurants who operations had been

completely halted due to governmental pandemic restrictions. Notwithstanding these challenges, the

Firm successfully represented the Trustee in safely reopening restaurant operations businesses when

permitted by state and local authorities, helped keep people employed during this unprecedented

time, and conducted tremendously successful auctions of assets of this and related bankruptcy

estates. The $4.3 million received for the sale of RHB and OS assets approximated pre-pandemic

1  levels.[2] During the Third Reporting Period, as to RO, the Firm on behalf of the Trustee assisted

2  Trustee in the following major milestones:

3      (1) Settlement with US Foods;

4      (2) Approval of the Omnibus Motion as to three secured creditors; and

5      (3) Approval of an Administrative Claims Bar Date.

6      The Firm submits that the $19,244.77 in requested fees and costs were reasonably calculated

7  at the time they were incurred to benefit the Estate and that such services did in fact benefit

8  creditors.

9  **2.     Local Bankruptcy Rule 2016-1 Requirements**

10      Pursuant to Local Bankruptcy Rule 2016-1, there follows a brief narrative history and report

11  concerning the status of the case. Should any additional information be requested by the Office of

12  the United States Trustee, the Court, or any party in interest, the Firm will provide a supplemental

13  declaration prior to the hearing on this Application.

14      **A.      Status of Administration of the Estate**

15      Administration is now complete and no assets remain to be liquidated. The upcoming

16  hearings are as follows: (1) On November 15, 2022, Trustee will seek to make payment to chapter 7

17  administrative professionals in the amount of $140,503.57. After payment of chapter 7

18  administrative expenses $27,004.84 will remain to pay creditors. Trustee will pay these amounts

19  through a motion for dismissal which will include a request for Trustee to pay administrative clams.

20  (2) Trustee and his general counsel will be filing fee applications to be heard on November 15, 2022.

21  / / /

22  / / /

23

24

---

25  [2] Competitive bidding amongst four separate bidders occurred with bids for the assets of both the
RHB and RO estates and bids for assets of just one estate. The highest bid received for just the assets

26  of RO's was $950,000. The highest bid received for just the assets of RHB was $3,200,000. These
separate bids were determined by the Trustee to not be higher or better than the combined bid

27  received from Buyer for the assets of both estates for $4,300,000. The allocation of the $4,300,000
sales price between the Debtors' estates shall be by agreement between the parties, but each estate

28  shall receive at least as much as the highest individual bid received. On January 22, 2021, as Dk. No.
998, the court entered an order granting the sale motion indicating a sale close date of February 26,
2021.

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4895-6688-6202v.1-1015-139

**B.     Factual and Procedural Background Information**

**a.  Bankruptcy Filings**

On August 29, 2018, RO and RHB filed voluntary petitions seeking relief under Chapter 11 of Title 11 of the United States Code. On September 5, 2018, RDI filed a voluntary petition for bankruptcy under Chapter 11 of Title 11 of the United States Code. On the same date, as Dk. No. 2, Debtors' counsel filed an *ex parte* application for joint administration and designation of RDI as lead Debtor ("Joint Administration"). On the same date, as Dk. No. 6, an order granting the motion for Joint Administration was entered.

**b.  Conversion to Chapter 7 and Appointment of a Trustee**

On April 3, 2020, as Dk. No. 560, the court entered an order to show cause whether Debtors' cases should not be dismissed or converted or why a Trustee should not be appointed ("OSC"). The basis of the OSC was as follows: the Court had been informed on multiple occasions that all of the issues necessary to formulate/confirm a plan after 19 months after the filing of the bankruptcies were resolved only to find out that they had not been resolved.

On April 10, 2020, as Dk. No. 571, Lead Debtor filed a motion to convert case from Chapter 11 to 7 ("Motion to Convert"). Similar motions were filed all Debtors' bankruptcy cases.

On April 15, 2020, as Dk. No. 577, the Court entered an order granting Lead Debtor's Motion to Convert. Similar orders were entered in all Debtors' bankruptcy cases.

On April 16, 2020, as Dk. No. 578, a notice of appointment and acceptance of trustee was filed by Richard A. Marshack. Similar notices were entered in all Debtors' bankruptcy cases.

**C.     Funds on Hand in the Estate**

Pursuant to LBR 2016-1(a)(1)(A)(iii), "applicant must disclose the amount of money on hand in the estate and the estimated amount of other accrued expenses of administration."

At this time, the RO Estate has $167,508.41 in funds[3].

The Firm's fees for this Reporting Period are $19,081 with expenses in the amount of

---

[3] At this time, the RHB Estate has approximately $1,050,704.76. A fee application relating to RHB was filed separately in the RDI lead case on October 11, 2022, as Dk. No. 1274.

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS

4895-6688-6202v.1-1015-139

$163.77.

Other Chapter 7 administrative expenses that the Firm is aware of at this time include (1) Trustee's fees in the amount of $85,061.04; Trustee's expenses in the amount of $167.67; (2) Grobstein Teeple in the combined amount of $3,468.18; (3) SD County TTC in the amount of $20,922.36; (4) UST Claim 12 in the amount of $9,749.66; and (5) FTB Claim 10 in the amount of $1,889.89. For a total amount of Chapter 7 administrative distributions in the amount of $140,503.57

Other Chapter 11 professional expenses that the Firm is aware of at this time include the amounts owed to (1) Phillip Knott on account of wages in the amount of $4,000;[4] (2) SD County TCC taxes for 2019 in the amount of $6,592.97; (3) Donlin Recano ("Donlin") in the amount of $131,266.84; and (4) Pachulski Stang Ziehl & Jones LLP ("Pachulski") in the amount of $4,663,968.08.[5]

## D.    Employment of the Firm

Pursuant to LBR 2016-1(a)(1)(B), the Application must include "the date of entry of the order approving the employment of the individual or firm for whom payment of fees or expenses is sought, and the date of the last fee application for the professional."

On June 25, 2020, the Court entered as Dk. No. 709 an Order approving the Trustee's application to employ Marshack Hays LLP as general counsel for the Estate. A true and correct copy of the Order Authorizing Employment of Counsel is attached as **Exhibit 1** to the Declaration of Laila Masud ("Masud Declaration") in support of this Application.

## E.    Previous Fees and Expenses

Pursuant to LBR 2016-1(a)(1)(C), the Application must include "a listing of the amount of fees and expenses previously requested, those approved by the court, and how much has been received."

On January 27, 2021, as Dk. No. 1003, the Firm filed its first interim fee application ("First Interim Application") requesting fees in the amount of $87,370, and $4,010.66 in costs for a total of

---

[4] To be paid 80%.
[5] Balance of funds on hand after payment of Chapter 7 administrative expenses will be paid pro rata to Donlin and Pachulski,

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4895-6688-6202v.1-1015-139

$91, 380.66, for the reporting period of April 15, 2020, through December 31, 2020 ("First Reporting Period").

On February 19, 2021, as Dk. No. 1033, the court entered an order granting the First Interim Application, in the amount of $87,370 relating to fees, and $4,010.66 relating to costs, and to be paid by Trustee upon receipt of the sale proceeds.

On June 23, 2021, as Dk. No. 1096, the Firm filed its second interim fee application ("Second Interim Application") requesting fees in the amount $22,946, and $179.85 relating to costs, for a total of 23, 125.85, for the reporting period of January 1, 2021, through May 31, 2021 ("Second Reporting Period").

On July 19, 2021, as Dk. No. 1120, the court entered an order granting the Second Interim Application, in the amount of $22,946 relating to fees, and $179.85 relating to costs, and was authorized to immediately pay all allowed fees and expenses from funds on hand in the Estates.

## 3.      The Firm's Efforts

### i.      Application to Employ the Firm

On May 18, 2020, as Dk. No. 602, the Firm filed an application on behalf of the Trustee to employ the Firm. On June 25, 2020, as Dk. No. 709, the Court entered an order granting the employment of the Firm.

### ii.      Second Interim Application for Compensation by Marshack Hays LLP

On June 23, 2021, as Dk. No. 1096, the Firm filed its second interim fee application ("Second Interim Application") requesting fees in the amount $22,946, and $179.85 relating to costs, for a total of 23, 125.85, for the reporting period of January 1, 2021, through May 31, 2021 ("Second Reporting Period").

On July 19, 2021, as Dk. No. 1120, the court entered an order granting the Second Interim Application, in the amount of $22,946 relating to fees, and $179.85 relating to costs, and was authorized to immediately pay all allowed fees and expenses from funds on hand in the Estates.

/ / /

/ / /

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4895-6688-6202v.1-1015-139

### iii.    Motion to Approve Compromise Under Rule 9019 Omnibus 9019 Motion with Trustee re: (1) Pacific Premier Bank, FKA Opus Bank; (2) Pillsbury Winthrop Shaw Pittman LLP; and (3) C&C Partnership

On April 28, 2021, as Dk. No. 1063, the Firm on behalf of the Trustee filed an omnibus 9019 motion between Pacific Premier Bank ("Bank"); Pillsbury Winthrop Shaw Pittman ("Firm") and C&C Partnership ("Omnibus Motion"). A hearing was set for May 19, 2021. On May 12, 2021, as Dk. No. 1072, a declaration in support of the Omnibus Motion was filed relating to the fully execute settlement agreements between Trustee and the Bank and Trustee and the Firm. On May 18, 2021, as Dk. No. 1073, a further declaration in support of the Omnibus Motion was filed relating to a continuance to allow time to obtain a fully executed settlement agreement with C&C Partnership. The hearing was continued to June 16, 2021, and an Order granting the compromises between the Bank and the Firm was entered, as Dk. No. 1074. On May 21, 2021, as Dk. No. 1076, a further declaration was filed relating to the fully executed settlement agreement with C&C Partnership. On June 21, 2021, as Dk. No. 1093, an Order was entered granting the C&C Partnership compromise.

### iv.    Motion to Approve Compromise with Trustee and US Foods

On May 11, 2022, as Dk. No. 1213, counsel for Trustee filed a 9019 motion with US Foods ("USF 9019 Motion"). Briefly, USF sold and delivered goods including perishable food to RHB and RO as part of their restaurant operations. Neither RHB nor RO paid USF in full. As such, USF likely had administrative claims against RHB and RO for goods delivered during the 20 days prior to bankruptcy and post-petition during the Chapter 11 phase of this case while the debtors remained in possession.  USF also asserted an administrative claim against RDI.  After extensive settlement discussions, and to avoid the risks associated with litigation, the Trustee and USF reached a settlement which resolved their various disputes. In exchange for certain releases, USF accepted a $50,000 cash payment in full satisfaction of its administrative expense claims against RHB and RO to be paid by Trustee from those estates in a manner determined by Trustee in his business judgment ("Settlement Amount"). Furthermore, USF agreed to reduce its alleged approximate $710,000 administrative expense claim against RDI to a $188,000 Chapter 11 administrative expense claim to

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4895-6688-6202v.1-1015-139

be paid pro rata with other allowed Chapter 11 administrative claims if and when Trustee makes such distributions. The agreement was fair and equitable and in the best interests of the RDI, RHB, and RO estates.[6]

### v.    Trustee's Motion to Set a Bar Date for Filing Administrative Claims

On July 12, 2022, as Dk. No. 81 in the RO case, counsel for Trustee filed a motion to set a bar date for filing administrative expense claims, including claims under 11 U.S.C. Section 503(b) and to approve the form, manner and sufficiency of the notice thereof ("Bar Date Motion").[7] Trustee's sale of the RO lease was sufficient to pay all anticipated Chapter 7 administrative claims and to make a distribution on account of allowed Chapter 11 administrative claims. To further efforts to make those interim distributions, Trustee needed to determine all administrative claims that may exist. To that end, the Bar Date Motion sought an order (1) setting an administrative claims bar date of September 30, 2022 ("Bar Date") which bar date will apply to all claimants seeking allowance of an administrative expense claim, excluding (a) retained professionals who are currently providing services to the Chapter 7 Trustee; or (b) chapter 11 administrative professionals with entered orders already approving their compensation on a final basis; and (2) approving a notice of administrative claims Bar Date to be served on all creditors.  On August 19, 2022, as Dk. No. 86 in the RO case, counsel for Trustee filed a declaration ("Declaration") that no party requested a hearing on the Bar Date Motion.[8] On August 19, 2022, as Dk. No. 87, in the RO case, the Court entered an Order granting the Bar Date Motion.

Accordingly, on August 19, 2022, as Dk. No. 85, counsel for Trustee filed a notice of setting bar date for filing administrative expense claims, including claims under 11 U.S.C. § 503(b).

/ / /

---

[6] On June 7, 2022, as Dk. No. 1218, counsel for Trustee filed a declaration that no party requested a hearing on the USF 9019 Motion. On June 8, 2022, as Dk. No. 1219, the Court entered an order granting the USF 9019 Motion.
[7] Similar Bar Date Motions were also filed in RDI and RO.
[8] Similar Declarations were filed in RDI and RHB.

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4895-6688-6202v.1-1015-139

### vi.        Trustee's Status Report on Remaining Assets and Funds on Hand

On September 30, 2022, as Dk. No. 1259, Trustee filed a status report re: remaining assets, funds on hand, and upcoming hearings.[9]

## F.        Description of Services Rendered

Pursuant to LBR 2016-1(a)(1)(D), the Application must include "a brief narrative statement of the services rendered and the time expended during the period covered by the application."

The Firm has represented the Trustee on behalf of the estate from approximately April 2020 through the present. Descriptions of the types of services rendered by the Firm are set forth (i) above in Section 2D; and (ii) below pursuant to the categories recommended by the Office of the United States Trustee. The blended hourly rate for all services performed by the Firm is $327.

### i.        Asset Analysis and Recovery

During the Reporting Period, the Firm spent .30 hours performing services in connection with Asset Analysis and Recovery. The Firm's fees charged for these services are $117, which represents 1% of the total fees sought by this Application. The blended hourly rate for these services is $390 per hour. Services performed in this category are detailed in Exhibit "2" attached to the Masud Declaration.

### ii.        Litigation

During the Reporting Period, the Firm spent 10 hours performing services in connection with Litigation. The Firm's fees charged for these services are $1,873, which represents 10% of the total fees sought by this Application. The blended hourly rate for these services is $187 per hour. Services performed in this category are detailed in Exhibit "2" attached to the Masud Declaration.

### iii.        Asset Disposition

During the Reporting Period, the Firm spent 2.70 hours performing services in connection with Asset Disposition. The Firm's fees charged for these services are $1,221, which represents 6% of the total fees sought by this Application. The blended hourly rate for these services is $452 per

---

[9] At the time of the filing, the Funds on hand for each case were as follows: RHB - $1,050,704.76. Funds on hand for RDI - $4,231,718.39. Funds on hand for RO - $167,095.91.

hour. Services performed in this category are detailed in Exhibit "2" attached to the Masud Declaration.

### v. Case Administration

During the Reporting Period, the Firm spent 7.30 hours performing services in connection with Case Administration. The Firm's fees charged for these services are $2,733, which represents 14% of the total fees sought by this Application. The blended hourly rate for these services is $374 per hour. Services performed in this category are detailed in Exhibit "2" attached to the Masud Declaration.

### vi. Claims Administration and Objections

During the Reporting Period, the Firm spent 22.90 hours performing services in connection with Claims Administration and Objections. The Firm's fees charged for these services are $8,536 which represents 45% of the total fees sought by this Application. The blended hourly rate for these services is $373 per hour. Services performed in this category are detailed in Exhibit "2" attached to the Masud Declaration.

### vii. Employment/Fee Applications

During the Reporting Period, the Firm spent approximately 15.20 hours performing services in connection with Employment and Fee Applications. The Firm's fees charged for these services are $4,601, which represents 24% of the total fees sought by this Application. The blended hourly rate for these services is approximately $303 per hour. Services performed in this category are detailed in Exhibit "2" attached to the Masud Declaration.

### G. Descriptive and Detailed Statement of Services Performed

Pursuant to LBR 2016-1(a)(1)(E), "the application must contain a detailed listing of all time spent by the professional on matters for which compensation is sought" including date service was rendered, detailed description of service, amount of time spent, and identification of person who rendered service.

Attached to the Masud Declaration as Exhibit 2 is a copy of all of the Firm's billing records in connection with this case, as kept in the ordinary course of business during the Reporting Period.

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4895-6688-6202v.1-1015-139

Attached to the Masud Declaration as Exhibit 3 is a summary schedule of the fees requested as recommended in the U.S. Trustee Guidelines.

The persons who rendered services in connection with the Firm's representation of the Estate are identified in the billing detail by their initials. Those persons are:

|       | Timekeeper        |
|-------|-------------------|
| DEH   | D. Edward Hays    |
| LM    | Laila Masud       |
| PK    | Pamela Kraus      |
| CB    | Cynthia Bastida   |

There have been intra-office conferences billed by attorneys. The Firm believes that, at times, intra-office conferencing is a necessary part of its ability to efficiently and effectively represent a debtor by assembling a "team" of lawyers to work on the case. As a part of this team approach to representing a debtor, the supervising partner analyzes the needs of the client and assigns to the associates or paralegal tasks based upon the level of expertise and experience needed to complete the task. A key to the team concept is communication among the members of the team. While it may not be necessary for all team members to be aware of all of the intricacies of the case, the supervising partner must be informed of all aspects of the case. Moreover, from time to time, it is essential for the partner supervising the case to provide to junior members of the team advice on matters which arise in the course of the representation of a debtor.

The Firm has made every effort to exclude from its billed services clerical and "overhead" tasks. To the extent that the Court finds that any of the billing entries set forth in Exhibit 2 are for tasks constituting clerical or overhead tasks, the Firm consents to the striking of such entries and the proportionate reduction of its requested fees.

## H.    Descriptive and Detailed Statement of Costs Incurred

Pursuant to LBR 2016-1(a)(1)(F), "an application that seeks reimbursement of actual and necessary expenses must include a summary listing of all expenses by category (i.e., long distance telephone, photocopy costs, facsimile charges, travel, messenger and computer research). As to each unusual or costly expense item, the application must state: (i) The date the expense was incurred; (ii) A description of the expense; (iii) The amount of the expense; and (iv) An explanation of the

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4895-6688-6202v.1-1015-139

expense."

Attached to the Masud Declaration as Exhibit 4 is a schedule of costs and expenses incurred or paid by the Firm during the relevant time period but not yet reimbursed. Attached to the Masud Declaration as Exhibit 5 is a summary schedule of costs as recommended by the United States Trustee's Office. The costs and expenses are reasonable under the circumstances of this case.

During the Reporting Period, the Firm incurred unreimbursed expenses of $163.77 on behalf of the estate for which the Firm seeks reimbursement. These expenses were actual expenses incurred in connection with the services rendered on behalf of the estate. Expenses of this type are billed to and paid by the Firm's clients who pay monthly without contingency as to payment, and as such are properly reimbursed by the estate. The Firm has not included such expenses in its overhead and such expenses are not encompassed by its billing rates.

### i.    Document Reproduction

The Firm incurred $107.80 in document reproduction expenses, *i.e.* for copying and scanning, during the Reporting Period. All document reproductions are made after the attorney or paralegal enters the case number into a computer system that tracks and calculates the number of copies or scans by page. The Firm charges all clients $0.20 per page for copies and $0.10 per page for document scanning.

### ii.    Postage

The Firm incurred $55.97 during the Reporting Period in postage charges for mailing. The Firm charges postage to clients when multiple envelopes are being mailed at a single time. The paralegal or legal assistant enters the client code and precise postage into a cost recovery system in the mail room. The Firm then records these charges on the client account.

### I.    Hourly Rates

Pursuant to LBR 2016-1(a)(1)(G), "unless employment has been approved on a fixed fee, percentage fee, or contingent fee basis, the application must contain a listing of the hourly rates charged by each person whose services form a basis for the fees requested in the application. The application must contain a summary indicating for each attorney by name: (i) The hourly rate and the

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4895-6688-6202v.1-1015-139

periods each rate was in effect; (ii) The total hours in the application for which compensation is sought; and (iii) The total fee requested in the application."

| Timekeeper | Rate/Period | Total Hours | Total Fees |
|---|---|---|---|
| D. Edward Hays | 12/01/2020 to 03/31/2022 $650 | 2.6 | 1,690.00 |
| | NC | 5.7 | 0.00 |
| | 07/01/2022 to 10/24/2022 $680 | 3.1 | 2,108.00 |
| Laila Masud | 06/01/2021 to 03/31/2022 $390 | 5.5 | 2,145.00 |
| | 04/01/2022 to 10/24/2022 $420 | 14.1 | 5,922.00 |
| Pamela Kraus | 07/01/2022 to 10/24/2022 $280 | 4.6 | 1,288.00 |
| Cynthia Bastida | 06/01/2021 to 08/31/2022 $260 | 22.8 | 5,928.00 |
| **Totals:** | | **58.4** | **19,081.00** |

## J.    Professional Education and Experience

Pursuant to LBR 2016-1(a)(1)(H), the Application must include "a description of the professional education and experience of each of the individuals rendering services, including identification of the professional school attended, year of graduation, year admitted to practice, publications or other achievements, and explanation of any specialized background or expertise in bankruptcy-related matters."

A brief biographical description of the attorneys who rendered services for which compensation is sought by this Application is attached to the Masud Declaration as Exhibit 6.

## K.    Change in Professional Rates

Pursuant to LBR 2016-1(a)(1)(I), "if the hourly rate has changed during the period covered by the application, the application must specify the rate that applies to the particular hours for which compensation is sought." During the Reporting Period, the Firm's professional rates for this case are noted in the chart above.

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4895-6688-6202v.1-1015-139

### L.    Client Declaration

Pursuant to LBR 2016-1(a)(1)(J), the Application must include "a separately filed declaration from the client indicating that the client has reviewed the fee application and has no objection to it."

The Declaration of Chapter 7 Trustee Richard A. Marshack indicating that he has reviewed the Application and has no objection to it will be filed within two weeks of this Application. *See* Masud Declaration ¶17.

### M.    Statement of Compliance

Pursuant to LBR 2016-1(a)(1)(J), the Application must include "a statement that the applicant has reviewed the requirements of this rule and that the application complies with this rule."

The Masud Declaration includes at ¶19 a statement that Ms. Masud as an associate of the Firm has reviewed the requirements of this rule and that the application complies with this rule.

## 4.    Legal Argument

### A.    The Court Has Authority to and Should Approve the Application in its Entirety

The Bankruptcy Code provides that the Court can authorize payment of reasonable and necessary compensation and reimbursement of expenses.

> (a)(1)  After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, an examiner, a professional person employed under section 327 or 1103 –
> (A)  reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and
> (B)  reimbursement for actual, necessary expenses.

11 U.S.C. §330.

In the Ninth Circuit, the test for calculating a reasonable attorney's fee under 11 U.S.C. §330 is the lodestar method.  "The primary method used to determine a reasonable attorney fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate."  Id. at 1471. *In re Yermakov*, 718 F.2d 1465, 1471 (9th Cir. 1983). This lodestar or basic fee, if warranted, can then be adjusted upward or downward. *In re Powerine Oil* Co., 71 B.R. 767 (9th Cir. BAP 1986).

1

**i.      Amount of Current Request for Compensation and**

2

**Reimbursement**

3       As set forth above and in the attached exhibits, during the Reporting Period the Firm incurred

4  fees in the amount of $19,081 and $163.77 in costs, for a total of $19,244.77. This Application

5  encompasses services rendered and expenses paid or incurred during the Reporting Period. The Firm

6  requests that the Court enter an order ***allowing*** all such fees and costs.

7       Based upon the above points and authorities and the declaration and exhibits submitted in

8  support of this Application, the Firm believes that its requested fees and costs are reasonable given

9  the benefit conferred on the estate. The Firm has assisted the Trustee in making a meaningful

10  recovery for the estate and in administering assets for the benefit of creditors.

11  **5.    Conclusion**

12       The Firm respectfully requests that this Court enter an Order:

13           1.   Approving and allowing the Firm's third and final fees during this Third Reporting

14               Period in the amount of $19,081;

15           2.   Approving and allowing the Firm's third and final reimbursement of the Firm's

16               interim costs during this Third Reporting Period in the amount of $163.77.

17           3.   Authorizing Trustee to pay the Firm the fees approved/allowed during this Third

18               Reporting Period;

19           4.   Authorizing Trustee to pay the Firm the costs approved/allowed during this Third

20               Reporting Period; and

21           5.   For any other and further relief that the Court deems proper.

22  DATED: October 24, 2022                    MARSHACK HAYS LLP

23                                      By: */s/ Laila Masud*_____
                                          D. EDWARD HAYS
24                                          LAILA MASUD
                                          General Counsel for Richard A. Marshack,
25                                          Chapter 7 Trustee for the Jointly Administered
                                          Bankruptcy Estate of Ruby's Diner, Inc.

26

27

28

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4895-6688-6202v.1-1015-139

# Declaration of Laila Masud

I, LAILA MASUD, declare:

1.     I am an individual over the age of eighteen and am competent to make this declaration.

2.     I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify to these facts.

3.     I am an attorney licensed to practice in the State of California and have been admitted to practice before this Court.

4.     I am an associate in the law firm of Marshack Hays LLP (the "Firm"), which maintains offices at 870 Roosevelt, Irvine, California, 92620.

5.     I make this Declaration in support of the Firm's Third and Final Application for Allowance of Fees and Costs.

6.     The Firm has represented the Trustee Richard A. Marshack from approximately April 15, 2020, to the Present.

7.     A true and correct copy of the Order authorizing the Trustee to employ the Firm is attached as Exhibit 1.

8.     The Application encompassed services rendered and expenses paid or incurred during the period June 1, 2021, through October 24, 2022 ("Third Reporting Period").

9.     I have reviewed the Court's PACER docket and electronic case files for this case to refresh my memory as to the specific filing and entry dates of the documents referenced in this Application. The information referenced in this Application from the pleadings filed in this case is true and accurate.

10.     I am the designated professional responsible for overseeing the billing in this matter and for assuring compliance with the Guidelines for the United States Trustee related to billing.

11.     With the exception of the general sharing of compensation between members and employees of the Firm, no agreement or understanding exists between the Firm and any other

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4895-6688-6202v.1-1015-139

individual or entity for the sharing of compensation to be received for services rendered or the reimbursement of costs incurred in or in connection with this case.

12.     A true and correct copy of attorney time records for services rendered by professionals in this firm on behalf of the Estate in the above-entitled matter during the period of June 1, 2021, to October 24, 2022 is attached as Exhibit 2.

13.     Certain summary schedules as recommended by the U.S. Trustee Guidelines are attached as Exhibit 3.

14.     A true and correct copy of this firm's billing records reflecting costs incurred by the Firm as attorneys for the Estate in the above-entitled matter during the Reporting Period is attached as Exhibit 4.

15.     A summary schedule of costs as recommended by the U.S. Trustee Guidelines is attached as Exhibit 5.

16.     A brief biographical description of the attorneys who rendered services for which compensation is sought by the Application is attached as Exhibit 6.

17.     The Declaration of Richard A. Marshack indicating that he has reviewed the Application will be filed within two weeks of the filing of this Application.

18.     I believe that the Application covering the Second Reporting Period complies with the United States Trustee Guide for Applications for Professional Fee Compensation.

19.     I have reviewed the requirements of Rule 2016-1 of the Local Bankruptcy Rules. I have reviewed this Application, the attached billing records, and the attached records of costs, in detail, and I believe that this Application complies with the provisions of Rule 2016-1 of the Local Bankruptcy Rules.

/ / /

/ / /

/ / /

/ / /

/ / /

---

17

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS

1    20.    The Firm requests that the Court enter an order allowing all of the Firm's incurred

2  fees and costs through October 24, 2022 ($19,081 in fees and $163.77 in costs, a total of

3  $19,244.77). In addition to any remaining fees and costs accrued in connection with the First

4  Reporting Period.

5    I declare under penalty of perjury that the foregoing is true and correct.  Executed on October

6  24, 2022.

7                                          */s/ Laila Masud*
                                          LAILA MASUD
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS
4895-6688-6202v.1-1015-139

**EXHIBIT "1"**

D. Edward Hays, SBN 162507
ehays@marshackhays.com
Laila Masud, SBN 311731
lmasud@marshackhays.com
Marshack Hays LLP
870 Roosevelt
Irvine, California 92620
Tel: 949-333-7777
Fax: 949-333-7778

Attorneys for Richard A. Marshack
as Chapter 7 Trustee,

**FILED & ENTERED**

**JUN 25 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:18-bk-13311-CB |
| RUBY'S DINER, INC., a California corporation, et al., | Chapter 7 |
| Debtor. | (Jointly Administered with Case Nos.: 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB) |
| Affects: | |
| ☒    ALL DEBTORS | ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY MARSHACK HAYS LLP AS GENERAL COUNSEL |
| ☐    RUBY'S DINER, INC., ONLY | |
| ☐    RUBY'S SOCAL, DINERS, LLC, ONLY | |
| ☐    RUBY'S QUALITY DINERS, LLC, ONLY | |
| ☐    RUBY'S HUNTINGTON BEACH, LTD. ONLY | |
| ☐    RUBY'S LAGUNA HILLS, LTD. ONLY | |
| ☐    RUBY'S OCEANSIDE, LTD, ONLY | |
| ☐    RUBY'S PALM SPRINGS, LTD. ONLY | |

        The Court having read and considered the Chapter 7 Trustee's Application to Employ Marshack

Hays LLP as General Counsel filed May 18, 2019 as Docket #602 ("Application"), noting the lack of

opposition and with good cause shown,

1

**EXHIBIT "1"**
**PAGE 19**

IT IS ORDERED:

1.)     The Application is approved and effective as of April 15, 2020.

2.)     Employment is authorized pursuant to 11 U.S.C. §327 and compensation is subject to

further application, determination and approval of this Court pursuant to 11 U.S.C. §330

or §331.

###

Date: June 25, 2020

Catherine Bauer
United States Bankruptcy Judge

2

**EXHIBIT "2"**



**MARSHACK HAYS** LLP
— ATTORNEYS AT LAW —
LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

October 24, 2022

Richard Marshack, Trustee
870 Roosevelt Avenue
Irvine, CA  92620

| | |
|---|---|
| Invoice # | 14078 |
| Client # | 1015 |
| Matter # | 139 |

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: October 24, 2022

**Re:  Ruby's Oceanside**

| | |
|---|---|
| Current Fees | $ 19,081.00 |
| Current Disbursements | $ 163.77 |
| **TOTAL CURRENT CHARGES** | **$ 19,244.77** |

**EXHIBIT "2"**

**PAGE 21**

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-139

October 24, 2022
Invoice # 14078

## FEES

### 1 Asset Analysis and Recovery

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/09/21 | LM | Review written correspondence from Kevin Kravitz and Pam Kraus re: reconciliation of accounts specifically updated spreadsheet and invoices and turnover of $8k; | .20 | 390.00 | 78.00 |
| 7/23/21 | LM | Telephone conference with Pam Kraus re: potential under payment on Oceanside and reconciliation of accounting with US Foods; | .10 | 390.00 | 39.00 |
| | | **Sub-Total Fees:** | **.30** | | **$ 117.00** |

### 10 Litigation

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/02/20 | DEH | Written correspondences with Cynthia Bastida and Laila Masud re: second motion to operate (No Charge); | .20 | 650.00 | N/C |
| 12/04/20 | DEH | Written correspondence with Annette Jarvis re: Ruby's; | .10 | 650.00 | 65.00 |
| 12/11/20 | DEH | Written correspondence with Emily Anderson re: Ruby's; | .10 | 650.00 | 65.00 |
| 12/14/20 | DEH | Draft written correspondence to Laila Masud re: status of order response to Premier Pacific Bank (No Charge); | .10 | 650.00 | N/C |
| 12/17/20 | DEH | Written correspondence with Laila Masud re: 13th cash collateral stipulation (No Charge); | .10 | 650.00 | N/C |
| 12/17/20 | DEH | Written correspondence with Annette Jarvis re: Ruby's - General Intangible; | .20 | 650.00 | 130.00 |
| 12/21/20 | DEH | Written correspondence with Laila Masud re: finalization of second cash management procedures motion for client review (No Charge); | .20 | 650.00 | N/C |
| 12/21/20 | DEH | Telephone conference with Laila Masud re: Review and revise pre-bill for first and final interim application for fees and costs (No Charge); | .10 | 650.00 | N/C |
| 1/08/21 | DEH | Written correspondence with Randy Michelson re: Ruby's - Transcript from Sale Hearing; | .10 | 650.00 | 65.00 |
| 1/14/21 | DEH | Written correspondence with Matthew S. Walker re: Sale Order - Ruby's; | .10 | 650.00 | 65.00 |

**EXHIBIT "2"**

**PAGE 22**

MARSHACK HAYS LLP

Richard Marshack, Trustee                                                                                        October 24, 2022
Client-Matter# 1015-139                                                                                          Invoice # 14078

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/14/21 | DEH | Written correspondence with Randy Michelson re: Ruby's - Sale Order; | .10 | 650.00 | 65.00 |
| 1/14/21 | DEH | Written correspondence with David Guess re: Sale Order - Ruby's; | .10 | 650.00 | 65.00 |
| 1/21/21 | DEH | Written correspondence with Laila Masud re: status of stipulation re: deposit usage pending sale closure (No Charge); | .20 | 650.00 | N/C |
| 1/26/21 | DEH | Conference with Laila Masud re: Revise and finalize first interim application for payment of fees and costs (No Charge); | .20 | 650.00 | N/C |
| 1/28/21 | DEH | Review written correspondence from Annette Jarvis and Laila Masud (No Charge); | .20 | 650.00 | N/C |
| 1/29/21 | DEH | Review written correspondence from Anette Jarvis and Laila Masud re: bank sign off on Feburary budget (No Charge); | .20 | 650.00 | N/C |
| 1/29/21 | DEH | Multiple written correspondences (x4) with Matt Walker, Annette Jarvis, Laila Masud and Cynthia Bastida re: 14th cash collateral stipulation and deposit stipulation; (No Charge) | .20 | 650.00 | N/C |
| 2/23/21 | DEH | Telephone conference with Mike Issa and Sam Schwartz and Tad Belshe and Richard A. Marshack and Pam Kraus re: issues relating to URLs, sale of Huntington Beach and sale of Oceanside and sale of revenue stream to Casbere (Actual 2.3 hours) (No Charge); | .50 | 650.00 | N/C |
| 2/26/21 | DEH | Telephone conference with Laila Masud re: Review written correspondence from Oceanside re: outstanding invoices and credits (.10); Written correspondence with Laila Masud re: same (.10); (No Charge); | .20 | 650.00 | N/C |
| 3/03/21 | DEH | Telephone conference with Laila Masud re: timing for draft complaint against Pacific Premier Bank and scope of claims, conversations with counsel for bank, financial advisors and Trustee re: same (No Charge); | .10 | 650.00 | N/C |
| 3/22/21 | DEH | Written correspondence with Wen Tan and Mike Issa (No Charge); | .10 | 650.00 | N/C |
| 3/26/21 | DEH | Telephone conference with Richard A. Marshack re: 4 issues with opus bank; Security interest in lease, administration claim re: adequate protection, valuation of actual collateral, amount of dividend on unsecured claim and also issues re: payment of other administration fees; Further discussion re: filing adversary to value security interest and discussion re: right to pay fees; Review and execute letter agreement with RAV to close estate; (No Charge) | .50 | 650.00 | N/C |
| 3/30/21 | DEH | Written correspondence with Laila Masud and Pam Kraus re: confirmation of lack of rent owed to City (No Charge); | .20 | 650.00 | N/C |
| 4/27/21 | DEH | Draft written correspondence to Laila Masud re: follow-up (No Charge); | .10 | 650.00 | N/C |

3

EXHIBIT "2"
PAGE 23

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-139

October 24, 2022
Invoice # 14078

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 5/06/21 | DEH | Telephone conference with Laila Masud re: revisions to C&C agreement and contact person to review same to be provided by Trustee (No Charge); | .40 | 650.00 | N/C |
| 5/06/21 | DEH | Telephone conference with Laila Masud re: CDTFA administration claim re: liquor license and motion for administrative claims bar date (No Charge); | .20 | 650.00 | N/C |
| 5/11/21 | DEH | Written correspondence with Laila Masud re: notice of final agreements reached with secured creditors and filing with court including service on parties in interest (No Charge); | .20 | 650.00 | N/C |
| 5/12/21 | DEH | Written correspondences (x9) with Laila Masud, Cynthia Bastida and Richard A. Marshack re: execution of settlement agreements and filing with court (No Charge); | .40 | 650.00 | N/C |
| 5/17/21 | DEH | Written correspondence with Laila Masud re: review and analyze proposed revisions by Ron Clear (No Charge); | .10 | 650.00 | N/C |
| 5/17/21 | DEH | Written correspondences with Pam Kraus, Laila Masud and Josh Teeple re: FFE and liquor license and quarterly returns (No Charge); | .30 | 650.00 | N/C |
| 5/17/21 | DEH | Telephone conference with Laila Masud re: C&C agreement and proposed revisions re: majority language proposed and subordination (No Charge); | .20 | 650.00 | N/C |
| 5/18/21 | DEH | Draft written correspondence to Laila Masud and Cynthia Bastida re: court directives in same re: filing of supplement and notice (No Charge); | .20 | 650.00 | N/C |
| 5/20/21 | DEH | Revisions to order approving compromises with Bank and Pillsbury made to Laila Masud (No Charge); | .30 | 650.00 | N/C |
| 6/15/21 | CB | Review e-mail from Laila Masud re: tentative on C&C agreement and draft order re: same (.10); E-mail to Laila Masud re: same (.10); | .20 | 260.00 | 52.00 |
| 6/17/21 | CB | E-mail to Laila Masud re: status of draft order granting C&C agreement (.10); Review case file in preparation for draft order re: same (.10); Prepare order re: same (.20); E-mail to Laila Masud re: approve of same (.10); Review e-mail from Laila Masud re: approval of same (.10); | .60 | 260.00 | 156.00 |
| 6/18/21 | CB | Revise and finalize order granting 9019 motion re: C&C (.10); Identify exhibit in support of same (.10); E-mail to D. Edward Hays and Laila Masud re: same (.10); | .30 | 260.00 | 78.00 |
| 6/22/21 | LM | Draft written correspondence from Pam Kraus re: C&C settlement amount from estate; | .10 | 390.00 | 39.00 |

4

EXHIBIT "2"
PAGE 24

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-139

October 24, 2022
Invoice # 14078

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/07/21 | DEH | Telephone conference with Richard A. Marshack and Pam Kraus re: motion for joint administration, relief requested re: joint liability of estates for payment of administrative expenses without ordering substantive consolidation, and seeking clarification from court re: apparent conflicting provisions; | .20 | 650.00 | 130.00 |
| 12/01/21 | CB | Revise draft letter re: liquor license (.10); E-mail to D. Edward Hays and Randy Michelson re: same (.10); | .20 | 260.00 | 52.00 |
| 12/01/21 | CB | Review case file in preparation for draft settlement agreement with US Food (.10); Prepare draft settlement re: same (.10); | .20 | 260.00 | 52.00 |
| 2/07/22 | CB | Review and respond to e-mail from Laila Masud re: cash disbursement motion (.10); Review and respond to further e-mail from Laila Masud re: language to be added to disbursement motion (.10); | .20 | 260.00 | 52.00 |
| 10/21/22 | DEH | Review and revise motion to authorize payment of administrative expenses and to dismiss case (.60); Written correspondence with Richard A. Marshack and Laila Masud re: same (.20); | .80 | 680.00 | 544.00 |
| 10/21/22 | CB | Revise and finalize motion for dismissal with conditions and declaration of Richard A. Marshack in support; Prepare judge's copy re: same; | .60 | 260.00 | 156.00 |
| 10/21/22 | LM | Draft written correspondence to Pam Kraus and D. Edward Hays re: finalization of dismissal motion; | .10 | 420.00 | 42.00 |
| | | **Sub-Total Fees:** | **10.00** | | **$ 1,873.00** |

2 Asset Disposition

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/28/21 | LM | Review written correspondence from Pam Kraus re: checks for C&C per 9019 agreement; | .10 | 390.00 | 39.00 |
| 7/06/21 | LM | Written correspondence with Pam Kraus and Bankruptcy Trustee Administrator re: C&C checks ready for Ruby's Huntington Beach and Oceanside and address confirmation; | .10 | 390.00 | 39.00 |
| 7/13/21 | CB | Telephone discussion with Laila Masud re: revised 9019 motion and settlement agreement (.10); Review e-mail from Laila Masud re: same (.10); | .20 | 260.00 | 52.00 |
| 10/05/21 | DEH | Written correspondence with Randy Michelson re: payment of amounts owed to transfer liquor licenses; | .10 | 650.00 | 65.00 |

EXHIBIT "2"
PAGE 25

### MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-139

October 24, 2022
Invoice # 14078

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/05/21 | LM | Review written correspondence from Pam Kraus re: status of CDTFA payment of liquor license (.10); Review and analyze prior correspondences re: status of same and strategy re: payment and administrative claims bar date motion (.20); Draft written correspondence to D. Edward Hays re: recap of same and course of action (.20); | .50 | 390.00 | 195.00 |
| 10/19/21 | DEH | Draft written correspondence to ABC re: transfer of liquor license and payment of taxes (.20); Written correspondence with Randy Michelson re: same (.10); | .30 | 650.00 | 195.00 |
| 2/03/22 | LM | Written correspondence with D. Edward Hays and Pam Kraus re: payment of taxes as administrative expense under 503 and recent Ninth Circuit authority in Cloobeck re: notice requirement; | .30 | 390.00 | 117.00 |
| 2/03/22 | LM | Telephone conference with Pam Kraus re: sales taxes from quarter 1 of 2020 and payment of same as opposed to taxes arising from sales of assets; | .10 | 390.00 | 39.00 |
| 2/07/22 | LM | Written correspondence with Cynthia Bastida re: cash disbursement motion (.20); Telephone conference with D. Edward Hays re: same (.10); Written correspondence with Cynthia Bastida re: same (.10); | .40 | 390.00 | 156.00 |
| 2/09/22 | LM | Review written correspondence from D. Edward Hays and Randy Michelson re: status of liquor license release and payment of cdtfa taxes; | .10 | 390.00 | 39.00 |
| 2/28/22 | LM | Review written correspondence from D. Edward Hays re: payment of CDTFA taxes; | .10 | 390.00 | 39.00 |
| 5/16/22 | LM | Review written correspondence from Richard A. Marshack, D. Edward Hays and Randy Michelson re: liquor license transfers; | .10 | 420.00 | 42.00 |
| 7/12/22 | DEH | Written correspondence with Randy Michelson re: need for cancellation of caterer's add-on to liquor license (.10); Written correspondence with Richard A. Marshack re: same (.10); | .20 | 680.00 | 136.00 |
| 7/13/22 | DEH | Written correspondence with Randy Michelson and Richard A. Marshack re: cancellation of caterer's add-on license; | .10 | 680.00 | 68.00 |
| | | **Sub-Total Fees:** | **2.70** | | **$ 1,221.00** |

4 Case Administration

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/07/22 | DEH | Review and revise motion to pay administrative tax claims (.20); Telephone conference with Laila Masud re: same (.10); | .30 | 650.00 | 195.00 |

EXHIBIT "2"
PAGE 26

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-139

October 24, 2022
Invoice # 14078

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/29/22 | DEH | Telephone conference with Richard A. Marshack, Laila Masud, and Pam Kraus re: finalizing administration and remaining tasks; | .20 | 650.00 | 130.00 |
| 4/20/22 | LM | Draft, revise and supplement 2022 U.S. Trustee annual report; | .20 | 420.00 | 84.00 |
| 7/07/22 | PK | Review 1019 report and create mail matrix for Chapter 11 debts (.70); Combine with original mail service database (.70); | 1.40 | 280.00 | 392.00 |
| 8/18/22 | LM | Telephone conference with Richard A. Marshack re: potential claims of noticing agent, potential distribution to unsecured creditors and expediting case closure; | .20 | 420.00 | 84.00 |
| 8/19/22 | CB | Prepare draft template of letter to administrative creditors listed on 1019 report; | .20 | 260.00 | 52.00 |
| 8/24/22 | CB | Telephone discussion with Mike Gregoire re: service of notice of claims bar date; and e-mail re: same; | .10 | 260.00 | 26.00 |
| 8/25/22 | CB | Prepare judge's copy re: notice of setting administrative claim bar date; and e-mail to attorney service re: service of same; | .20 | 260.00 | 52.00 |
| 9/12/22 | LM | Telephone conference with Pam Kraus re: motion to dismiss case; | .40 | 420.00 | 168.00 |
| 10/17/22 | PK | Draft Trustee's motion to dismiss case and distribute funds; | 2.20 | 280.00 | 616.00 |
| 10/18/22 | PK | Complete first draft of Trustee's motion to dismiss case and pay administrative claims; | .70 | 280.00 | 196.00 |
| 10/21/22 | DEH | Review and revise motion for dismissal with conditions and declaration of Richard A. Marshack in support (.60); | .60 | 680.00 | 408.00 |
| 10/21/22 | DEH | Review and revise third and final application for fees and costs of Marshack Hays (.30); | .30 | 680.00 | 204.00 |
| 10/21/22 | LM | Review and revise notice of motion to dismiss with conditions (.20); Written correspondence with Cynthia Bastida and Pam Kraus re: same (.10); | .30 | 420.00 | 126.00 |
| | | **Sub-Total Fees:** | **7.30** | | **$ 2,733.00** |

5 Claims Administration and Objections

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/28/21 | LM | Telephone conference with Cynthia Bastida re: administrative claims bar date motion; | .10 | 390.00 | 39.00 |
| 7/20/21 | CB | Telephone conversation with Kathleen Frederick re: service of motion to set administrative claims bar date; | .10 | 260.00 | 26.00 |

7

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-139

October 24, 2022
Invoice # 14078

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/20/21 | CB | E-mail to Pam Kraus re: funds on hand in preparation for motion for interim distribution; | .10 | 260.00 | 26.00 |
| 7/20/21 | LM | Telephone conference with Pam Kraus re: issuance of interim payments to adminsirative professionals; | .10 | 390.00 | 39.00 |
| 10/07/21 | DEH | Telephone conference with Richard A. Marshack and Pam Kraus re: whether sufficient funds remain available after settlements of compromised secured claims and Chapter 7 administration claims to make interim distributions to Chapter 11 administration claims (.20); Review settlements and draft written correspondence to Richard Pachulski re: same (.20); | .40 | 650.00 | 260.00 |
| 10/07/21 | DEH | Written correspondence with Laila Masud and Pam Kraus re: liquor license tax payments due under sale order; | .10 | 650.00 | 65.00 |
| 10/07/21 | LM | Review and analyze written correspondences (x5) from administrative creditors, Richard A. Marshack, and Pam Kraus re: claims against estates; | .20 | 390.00 | 78.00 |
| 1/03/22 | DEH | Telephone conference with Laila Masud re: payment of sales tax; | .10 | 650.00 | 65.00 |
| 3/29/22 | LM | Telephone conference with Richard A. Marshack, Pam Kraus, Mike Issa and Wen Tan re: distribution and 1019 report required and priority claims potential wage ones (.10); Telephone conference with Richard A. Marshack and Pam Kraus re: outstanding matters in order to proceed with case closure (.10); Telephone conference with Richard A. Marshack, Wen Tan, Mika Issa and Pam Kraus re: same (.20); | .40 | 390.00 | 156.00 |
| 5/13/22 | LM | Telephone conference with Wen Tan and Richard A. Marshack re: analysis of distributions to be paid in case based on current amounts in bank and known variables re: adminsirative claims and forecasting of unknown; | .10 | 420.00 | 42.00 |
| 6/21/22 | CB | Review case file in preparation for draft notice of motion and motion to set administrative Chapter 11 claims bar date (.10); Prepare draft motion re: same (.50); Prepare draft exhibit 1 notice of setting administrative Chapter 11 claims bar date (.30); Prepare draft exhibit 2 administrative proof of claim (.30); E-mail to Laila Masud re: same (.10); | 1.30 | 260.00 | 338.00 |
| 6/21/22 | CB | E-mail to Kathleen Frederick re: service list for motion to set claims bar date; | .10 | 260.00 | 26.00 |
| 7/06/22 | CB | Review and respond to e-mail from Laila Masud re: separate administrative bar date motions; | .10 | 260.00 | 26.00 |
| 7/07/22 | DEH | Telephone conference with Laila Masud re: motion to establish administrative claims bar date, Trustee's supporting declaration, and timing for filing; | .10 | 680.00 | 68.00 |

8

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-139

October 24, 2022
Invoice # 14078

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/07/22 | CB | Telephone discussion with Laila Masud re: status of claims bar motion; | .10 | 260.00 | 26.00 |
| 7/08/22 | PK | Prepare proofs of service - to include all creditors, parties, and 1019 parties for the Trustee's motion to set administrative claim bar date; | .30 | 280.00 | 84.00 |
| 7/11/22 | DEH | Written correspondence with Randy Michelson and review draft notice of request for cancellation of debtor's liquor license (.30); Written correspondence with Pam Kraus re: payment of fees owed to ABC (.10); | .40 | 680.00 | 272.00 |
| 7/11/22 | CB | Review and respond to e-mail from Trustee's administrator re: service list for motion setting administrative claims bar date; | .10 | 260.00 | 26.00 |
| 7/11/22 | CB | Instructions and multiple e-mails with staff re: service of motion setting administrative claims bar date; | .10 | 260.00 | 26.00 |
| 7/11/22 | CB | Review and respond to e-mail from Laila Masud re: approval of motion to set administrative claims bar date; | .10 | 260.00 | 26.00 |
| 7/11/22 | CB | Telephone conversation with Trustee and Trustee's administrator re: execution of declaration in support of motion to set administrative claims bar date; | .10 | 260.00 | 26.00 |
| 7/11/22 | CB | Revise and finalize motion to set administrative claims date(.50); Identify and mark exhibits in support of same (.20); Revise and finalize notice of motion re: same (.50); Prepare judge's copies re: same (.20); E-mail to D. Edward Hays and Laila Masud re; same (.10); E-mail to Mike Gregoire re: same (.10); | 1.60 | 260.00 | 416.00 |
| 7/11/22 | CB | Multiple conversations and e-mails with Laila Masud re: motion to set administrative claims bar date; | .20 | 260.00 | 52.00 |
| 7/11/22 | LM | Telephone conference with Cynthia Bastida re: revisions to exhibit 1 to motion for administration claim (.20); Written correspondence with Cynthia Bastida re: same (.10); | .30 | 420.00 | 126.00 |
| 7/11/22 | LM | Telephone conference with Cynthia Bastida re: revisions to administration bar date motion (.10); Written correspondence with Cynthia Bastida re: same (.10); | .10 | 420.00 | 42.00 |
| 7/12/22 | CB | E-mail to staff re: preparation of service of motion to set administrative claims bar date in individual case; | .10 | 260.00 | 26.00 |
| 7/12/22 | CB | Revise and finalize motion to set administrative claims bar date (.50); Revise and finalize notice of motion re: same (.20); Revise and finalize notice of filing re: same (.20); E-mail to D. Edward Hays and Laila Masud re: same (.10); | 1.00 | 260.00 | 260.00 |
| 7/12/22 | LM | Telephone conference with Pam Kraus re: re-filing of motion for administration claim in case (.10); Written correspondence with Cynthia Bastida re: same (.10); Telephone conference with Cynthia Bastida re: same (.10); | .30 | 420.00 | 126.00 |

EXHIBIT "2"
PAGE 29

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-139

October 24, 2022
Invoice # 14078

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 7/13/22 | CB | Prepare judge's copies of notice of filing motion to set administrative claims bar date (.10); Prepare motion re: same (.10); Prepare notice of motion re: same (.10); | .30 | 260.00 | 78.00 |
| 7/22/22 | DEH | Review proof of administrative claim filed by County of San Diego (.10); Written correspondence with Richard A. Marshack, Laila Masud, and Pam Kraus re: same (.20); | .30 | 680.00 | 204.00 |
| 7/22/22 | LM | Written correspondence with D. Edward Hays and Pam Kraus re: proof of claim filed by San Diego County Tax Assessor and issues with same as it is for taxes post sale; | .20 | 420.00 | 84.00 |
| 7/29/22 | LM | Review and analyze filed proofs of claim and compare with settlements to determine remaining general unsecured claims; | 1.10 | 420.00 | 462.00 |
| 8/18/22 | CB | Prepare draft declaration that no party requested a hearing on motion to set bar date for administrative expense claims; Identify and mark exhibits in support of same; Prepare draft order re: same; | .80 | 260.00 | 208.00 |
| 8/19/22 | DEH | Telephone conferences with Richard A. Marshack and Laila Masud re: Chapter 11 vendor administrative claims, bar date, and projected distributions; | .30 | 680.00 | 204.00 |
| 8/19/22 | CB | Prepare and finalize declaration that no party requested a hearing on motion to set a bar date for filing administrative expense claims; Prepare and finalize order granting same; | .80 | 260.00 | 208.00 |
| 8/19/22 | LM | Telephone conference with Cynthia Bastida re: orders on Chapter 11 administration bar date and correspondences to accompany same(.50); Draft written correspondence to Cynthia Bastida re: content of correspondence (.20); | .70 | 420.00 | 294.00 |
| 8/19/22 | LM | Written correspondences (x4) with Pam Kraus re: payment of US Foods and city claim (.30); Telephone conference with Richard A. Marshack re: same (.10); | .40 | 420.00 | 168.00 |
| 8/19/22 | LM | Review written correspondence(x3) from Richard A. Marshack and Ira Kharasch re: potential administration carve out or withdrawal of claim in its entirety for unsecured creditors; | .20 | 420.00 | 84.00 |
| 8/22/22 | LM | Review and revise correspondence to potential administration claimants on 1019 list; | .20 | 420.00 | 84.00 |
| 8/23/22 | CB | Telephone discussion re: notice of administrative claims bar date; and service of same; | .30 | 260.00 | 78.00 |
| 8/23/22 | CB | Telephone discussion with Laila Masud re: service of administrative claims bar date and letter to potential administrative creditors; | .10 | 260.00 | 26.00 |
| 8/23/22 | CB | Prepare finalized version of notice of setting bar date for filing administrative claims; E-mail to Laila Masud re: approval of same; | .10 | 260.00 | 26.00 |

10

EXHIBIT "2"
PAGE 30

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-139

October 24, 2022
Invoice # 14078

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/23/22 | LM | Telephone conference with Cynthia Bastida re: mailer status for 1019 creditors and others re: administration bar date; | .10 | 420.00 | 42.00 |
| 8/24/22 | CB | Prepare and finalize 56 letters re: potential administrative creditors listed on 1019 report; Prepare and finalize exhibits in support of same; E-mail to Mike Gregoire re: service re: same; | 1.40 | 260.00 | 364.00 |
| 8/24/22 | LM | Written correspondences (x4) with Pam Kraus re: additional creditors to receive service of administration bar date (.20); Conferences (x2) with Cynthia Bastida re: same and correspondence to 1019 creditors (.20); | .40 | 420.00 | 168.00 |
| 9/12/22 | LM | Telephone conference with Richard A. Marshack and Pam Kraus re: claims analysis; | .60 | 420.00 | 252.00 |
| 10/03/22 | CB | Review and respond to Trustee's administrator re: San Diego tax all claims spreadsheet; | .10 | 260.00 | 26.00 |
| 10/03/22 | LM | Telephone conference with Pam Kraus re: administration claims and motion for interim distribution and San Diego tax claim; | .10 | 420.00 | 42.00 |
| 10/03/22 | LM | Written correspondences with Pam Kraus and Cynthia Bastida re: stipulation re: San Diego county tax collector; | .20 | 420.00 | 84.00 |
| 10/04/22 | LM | Telephone conference with Pam Kraus re: San Diego county tax collector stipulation re: administration claim and issues with same and potential further changes; | .40 | 420.00 | 168.00 |
| 10/17/22 | LM | Telephone conference with Pam Kraus re: motion for dismissal and potential further agreement with Pachulski re: waiver of admin claim to provide for distribution to unsecured creditors; | .20 | 420.00 | 84.00 |
| 10/17/22 | LM | Telephone conference with Pam Kraus re: payment to unsecured creditors at 50 cents on the dollar given knocked out claims and strategy for same; | .20 | 420.00 | 84.00 |
| 10/18/22 | LM | Telephone conference with Pam Kraus re: dismissal motion and further agreement not reached with Chapter 11 administrative creditor; | .20 | 420.00 | 84.00 |
| 10/20/22 | LM | Review and revise motion for dismissal with review of claims and prior settlements for proposed distributions and draft declaration of Richard A. Marshack in support of same (4.10); Telephone conferences (x4) with Pam Kraus re: same and stipulation re: city of san diego tax collector claim (.40); Draft written correspondence to Pam Kraus and Cynthia Bastida re: finalization of same (.10); | 4.60 | 420.00 | 1,932.00 |
| 10/21/22 | LM | Review and revise stipulation with San Diego County Tax Collector (.30); Telephone conference with Pam Kraus re: same (.20); | .50 | 420.00 | 210.00 |
| | | **Sub-Total Fees:** | **22.90** | | **$ 8,536.00** |

11

MARSHACK HAYS LLP

Richard Marshack, Trustee                                                  October 24, 2022
Client-Matter# 1015-139                                                    Invoice # 14078

7 Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/15/21 | CB | E-mail to accounting re: invoices in preparation for fee application; | .10 | 260.00 | 26.00 |
| 6/16/21 | CB | Review e-mail from accounting re: potential fee applications; | .10 | 260.00 | 26.00 |
| 6/18/21 | CB | Telephone conversation with Laila Masud re: status of fee application; | .10 | 260.00 | 26.00 |
| 6/21/21 | CB | E-mail to Pam Kraus re: funds on hand (.10); Telephone conversation with Pam Kraus re: same (.10); E-mail to Richard A. Marshack re: same (.10); Telephone conversation with Laila Masud re: same (.10); | .40 | 260.00 | 104.00 |
| 6/21/21 | CB | E-mail to Dale Olansky re: firm's fees and costs (.10); Review e-mail from Dale Olansky re: same (.10); | .20 | 260.00 | 52.00 |
| 6/21/21 | CB | Review e-mail from Pam Kraus re: funds on hand; | .10 | 260.00 | 26.00 |
| 6/21/21 | CB | Telephone discussion with Denise at Grobstein Teeple re: fees and costs (.10); E-mail to Pam Kraus re: same (.10); Review e-mail from Pam Kraus re: same (.10); | .30 | 260.00 | 78.00 |
| 6/21/21 | CB | E-mail to accounting re: charts for interim fee application; | .10 | 260.00 | 26.00 |
| 6/22/21 | CB | Review e-mail from accounting re: final fee application chart (.10); E-mail to accounting re: same (.10); Review chart re: same (.10); | .30 | 260.00 | 78.00 |
| 6/22/21 | CB | E-mail to Trustee's administrator re: fees and expenses (.10); Review e-mail from Trustee's administrator re: same (.10); | .20 | 260.00 | 52.00 |
| 6/22/21 | CB | E-mail to Laila Masud re: status of FitzGerald & Mule interim fee application; | .10 | 260.00 | 26.00 |
| 6/22/21 | CB | Review e-mail from Laila Masud re: FitzGerald & Mule application invoices (.10); E-mail to Laila Masud re: same (.10); | .20 | 260.00 | 52.00 |
| 6/22/21 | CB | E-mail to Dale Olansky re: invoices to be included in fee application (.10); Telephone conversation with Dale Mule re: same (.10); E-mail to Trustee's administration re: same (.10); | .30 | 260.00 | 78.00 |
| 6/22/21 | CB | Revise first interim fee application of FitzGerald & Mule per Trustee's administrator's request to clarify payment (.20); E-mail draft interim fee application to David Mule re: same (.10); | .30 | 260.00 | 78.00 |
| 6/22/21 | CB | E-mail to Kathleen Frederick re: service of interim fee application; | .10 | 260.00 | 26.00 |
| 6/22/21 | LM | Review and analyze invoice for second interim application for fees; | .20 | 390.00 | 78.00 |
| 6/22/21 | LM | Review and revise first interim application for fees and costs of Fitzgerald Mule (.20); Written correspondence with Cynthia Bastida re: same (.10); | .30 | 390.00 | 117.00 |

12

EXHIBIT "2"
PAGE 32

### MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-139

October 24, 2022
Invoice # 14078

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/23/21 | CB | Review e-mail Kathleen Frederick re: clarification of service list (.10); E-mail to Kathleen Frederick re: same (.10); | .20 | 260.00 | 52.00 |
| 6/23/21 | CB | Review case file in preparation for second interim fee application (.20); Prepare draft fee application re: same (.50); Prepare payment summary cover sheet (.20); Identify exhibits in support of same (.30); E-mail to Laila Masud re: same (.10); | 1.30 | 260.00 | 338.00 |
| 6/23/21 | CB | Review e-mail from Lynn Rutherford re: approval and execution of first interim fee application of FitzGerald & Mule (.10); E-mail to Lynn Rutherford re: same (.10); | .20 | 260.00 | 52.00 |
| 6/23/21 | CB | Prepare draft notice of hearing on interim fee applications (.20); E-mail to Laila Masud re: approval of same (.10); Review e-mail from Laila Masud re: approval of same (.10); | .40 | 260.00 | 104.00 |
| 6/23/21 | CB | Review text message from Laila Masud re: further revisions to second interim fee application (.10); E-mail to Laila Masud re: confirmation of same (.10); | .20 | 260.00 | 52.00 |
| 6/23/21 | CB | Revise and finalize first interim fee application of FitzGerald & Mule (.10); Identify and mark exhibits in support of same (.10); E-mail to Laila Masud re: same (.10); Prepare judge's copy re: same (.10); E-mail to staff re: instructions of same (.10); E-mail to Mr. Mule re: same (.10); | .60 | 260.00 | 156.00 |
| 6/23/21 | CB | Revise and finalize second interim fee application (.50); Identify and mark exhibits in support of same (.10); E-mail to Laila Masud re: same (.10); Prepare judge's copy re: same (.10); E-mail to staff re: instructions of same (.10); | .90 | 260.00 | 234.00 |
| 6/23/21 | LM | Review and revise notice of hearing on second set of fee application for adminsitrative professionals (.10); Written correspondence with Cynthia Bastida re: same (.10); | .20 | 390.00 | 78.00 |
| 6/23/21 | LM | Review and revise second interim application for fees and costs (.20); Written correspondence with Cynthia Bastida re: revisions to same (.20); | .40 | 390.00 | 156.00 |
| 6/23/21 | LM | Written correspondence with Cynthia Bastida and D. Edward Hays re: finalization of fee applications for filing and supporting declarations in support of same; | .20 | 390.00 | 78.00 |
| 7/12/21 | CB | Prepare Trustee's declaration in support of second and final fee application for Marshack Hays (.10); E-mail to Laila Masud re: same (.10); Telephone conversation with Laila Masud re: approval of same (.10); E-mail to Richard A. Marshack re: same (.10); | .40 | 260.00 | 104.00 |
| 7/12/21 | CB | Prepare Trustee's declaration in support of special counsel FitzGerald & Mule's first interim fee application (.10); E-mail to Richard A. Marshack re: same (.10); | .20 | 260.00 | 52.00 |

EXHIBIT "2"
PAGE 33

## MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-139

October 24, 2022
Invoice # 14078

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/13/21 | CB | E-mail to Trustee re: status of executed declarations in support of fee applications (.10); Telephone conversation with Richard A. Marshack re: same (.10); Review e-mail from Trustee re: executed declarations re: same (.10); | .30 | 260.00 | 78.00 |
| 7/13/21 | CB | Revise and finalize Trustee's declarations in support of first and second interim fee application re: Marshack Hays and FitzGerald & Mule (.20); E-mail to D. Edward Hays and Laila Masud re: same (.10); Prepare judge's copy (.10); E-mail attorney service re: same (.10); | .50 | 260.00 | 130.00 |
| 7/13/21 | CB | Review tentative re: approval of fee applications (.10); E-mail to D. Edward Hays and Laila Masud re: same (.10); | .20 | 260.00 | 52.00 |
| 7/18/21 | CB | Review e-mail from Laila Masud re: split of fees granting to special counsel FitzGerald & Mule (.10); Revise order (.10); | .20 | 260.00 | 52.00 |
| 7/19/21 | CB | Revise and finalize order re: interim fee applications (.10); E-mail to Laila Masud re: same (.10); Telephone conversation with Pam Kraus re: form of order (.10); | .30 | 260.00 | 78.00 |
| 7/19/21 | LM | Written correspondence with Cynthia Bastida re: revisions to Fitzgerald Mule fee order re: amounts from each estate; | .20 | 390.00 | 78.00 |
| 7/20/21 | CB | Review case file (.10); E-mail to D. Edward Hays and Laila Masud re: entered order granting interim fee applications (.10); | .20 | 260.00 | 52.00 |
| 7/20/21 | CB | Review e-mail from Pam Kraus re: fund on hand in the estate; | .10 | 260.00 | 26.00 |
| 10/29/21 | LM | Review and revise invoice for Marshack Hays third interim application for fees and costs; | 1.00 | 390.00 | 390.00 |
| 11/01/21 | DEH | Telephone conference with Laila Masud re: interim fee applications; | .10 | 650.00 | 65.00 |
| 11/01/21 | LM | Telephone conference with Cynthia Bastida re: fee application; | .10 | 390.00 | 39.00 |
| 11/22/21 | CB | E-mail to Laila Masud re: fee application from Grobstein Teeple; | .10 | 260.00 | 26.00 |
| 11/22/21 | CB | Review e-mail from Denise Weiss re: fees and expenses for Grobstein Teeple fee application; | .10 | 260.00 | 26.00 |
| 9/29/22 | LM | Telephone conference with Cynthia Bastida re: fee application and motion for dismissal; | .10 | 420.00 | 42.00 |
| 10/03/22 | LM | Review and revise invoice for Oceanside final application (.20); Draft written correspondence to accounting dept re: same (.10); | .30 | 420.00 | 126.00 |
| 10/21/22 | CB | Prepare draft third and final fee application for allowance of fees and costs; Revise and finalize final fee application re: same; Prepare judge's copy re: same; | 1.50 | 260.00 | 390.00 |
| 10/21/22 | LM | Telephone conference with Cynthia Bastida re: third and final application for fees and costs; | .20 | 420.00 | 84.00 |

14

**EXHIBIT "2"**
**PAGE 34**

### MARSHACK HAYS LLP

Richard Marshack, Trustee                                                    October 24, 2022
Client-Matter# 1015-139                                                      Invoice # 14078

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/21/22 | LM | Review and revise third and final application for fees and cost of Marshack Hays (.90); Review and revise notice re: same (.10); Written correspondence with Cynthia Bastida re: same (.10); | 1.10 | 420.00 | 462.00 |
| | | **Sub-Total Fees:** | **15.20** | | **$ 4,601.00** |

**TOTAL FEES**                                                    **$ 19,081.00**

**EXHIBIT "2"**
**PAGE 35**

**EXHIBIT "3"**

## MARSHACK HAYS LLP

Richard Marshack, Trustee                                      October 24, 2022
Client-Matter# 1015-139                                       Invoice # 14078

**FEE RECAP BY TASK CODE**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| 1 | Asset Analysis and Recovery | .30 | 117.00 |
| 10 | Litigation | 10.00 | 1,873.00 |
| 2 | Asset Disposition | 2.70 | 1,221.00 |
| 4 | Case Administration | 7.30 | 2,733.00 |
| 5 | Claims Administration and Objections | 22.90 | 8,536.00 |
| 7 | Fee/Employment Applications | 15.20 | 4,601.00 |
| | Sub-Total of Fees: | 58.40 | $ 19,081.00 |

16

**EXHIBIT "3"**

**PAGE 36**

MARSHACK HAYS LLP

Richard Marshack, Trustee                                              October 24, 2022
Client-Matter# 1015-139                                              Invoice # 14078

**FEE RECAP BY ATTORNEY**

| Name | Atty | Staff Level | N/C Hours | Billed Hours | Rate | Billed Amount |
|------|------|-------------|-----------|--------------|------|---------------|
| Cynthia Bastida | CB | Paralegal | .00 | 22.80 | 260.00 | 5,928.00 |
| Pamela Kraus | PK | Paralegal | .00 | 4.60 | 280.00 | 1,288.00 |
| Laila Masud | LM | Associate | .00 | 19.60 | 411.58 | 8,067.00 |
| D. Edward Hays | DEH | Partner | 5.70 | 5.70 | 666.32 | 3,798.00 |
| **Total** | | | **5.70** | **52.70** | | **$ 19,081.00** |

17

**EXHIBIT "3"**

**PAGE 37**

## MARSHACK HAYS LLP

Richard Marshack, Trustee                                          October 24, 2022
Client-Matter# 1015-139                                           Invoice # 14078

**FEE RECAP BY MONTH**

**D. Edward Hays**

| | | |
|---|---:|---:|
| 12/2020 | .40 | 260.00 |
| 01/2021 | .40 | 260.00 |
| 10/2021 | 1.10 | 715.00 |
| 11/2021 | .10 | 65.00 |
| 01/2022 | .10 | 65.00 |
| 02/2022 | .30 | 195.00 |
| 03/2022 | .20 | 130.00 |
| 07/2022 | 1.10 | 748.00 |
| 08/2022 | .30 | 204.00 |
| 10/2022 | 1.70 | 1,156.00 |
| **Subtotal for D. Edward Hays** | **5.70** | **$ 3,798.00** |

**Laila Masud**

| | | |
|---|---:|---:|
| 06/2021 | 1.60 | 624.00 |
| 07/2021 | .70 | 273.00 |
| 10/2021 | 1.70 | 663.00 |
| 11/2021 | .10 | 39.00 |
| 02/2022 | 1.00 | 390.00 |
| 03/2022 | .40 | 156.00 |
| 04/2022 | .20 | 84.00 |
| 05/2022 | .20 | 84.00 |
| 07/2022 | 2.00 | 840.00 |
| 08/2022 | 2.20 | 924.00 |
| 09/2022 | 1.10 | 462.00 |
| 10/2022 | 8.40 | 3,528.00 |
| **Subtotal for Laila Masud** | **19.60** | **$ 8,067.00** |

**Pamela Kraus**

| | | |
|---|---:|---:|
| 07/2022 | 1.70 | 476.00 |
| 10/2022 | 2.90 | 812.00 |
| **Subtotal for Pamela Kraus** | **4.60** | **$ 1,288.00** |

**Cynthia Bastida**

| | | |
|---|---:|---:|
| 06/2021 | 7.80 | 2,028.00 |
| 07/2021 | 2.80 | 728.00 |
| 11/2021 | .20 | 52.00 |
| 12/2021 | .40 | 104.00 |
| 02/2022 | .20 | 52.00 |
| 06/2022 | 1.40 | 364.00 |
| 07/2022 | 3.80 | 988.00 |
| 08/2022 | 4.00 | 1,040.00 |
| 10/2022 | 2.20 | 572.00 |
| **Subtotal for Cynthia Bastida** | **22.80** | **$ 5,928.00** |

18

**EXHIBIT "3"**
**PAGE 38**

**EXHIBIT "4"**

MARSHACK HAYS LLP

Richard Marshack, Trustee
Client-Matter# 1015-139

October 24, 2022
Invoice # 14078

**DISBURSEMENTS**

E101 Copying

| Date | Description | Amount |
|------|-------------|-------:|
| 7/12/22 | Document Copies re: motion to (1) set a bar date for filing administrative expense claims and (2) approve the form, manner, and sufficiency of the notice thereof; memorandum of points and authorities; declaration of Richard A. Marshack in support | 2.60 |
| 7/12/22 | Document Copies re: notice of motion to (1) set a bar date for filing administrative expense claims and (2) approve the form, manner, and sufficiency of the notice thereof | 2.20 |
| 7/12/22 | Document Copies re: notice filling of (1) notice of motion to (1) set a bar date for filing administrative expense claims and (2) approve the form, manner, and sufficiency of the notice thereof and (2) motion to (1) set a bar date for filing administrative expense claims and (2) approve the form, manner, and sufficiency of the notice thereof | 41.20 |
| 7/12/22 | Document Copies re: notice of motion and motion to (1) set a bar date for filing administrative expense claims and (2) approve the form, manner, and sufficiency of the notice thereof | 61.80 |
| | **Sub-Total of Disbursements** | **$ 107.80** |

E108 Postage

| Date | Description | Amount |
|------|-------------|-------:|
| 7/12/22 | Postage re: notice of motion and motion to (1) set a bar date for filing administrative expense claims and (2) approve the form, manner, and sufficiency of the notice thereof; notice filling of (1) notice of motion to (1) set a bar date for filing administrative expense claims and (2) approve the form, manner, and sufficiency of the notice thereof and (2) motion to (1) set a bar date for filing administrative expense claims and (2) approve the form, manner, and sufficiency of the notice thereof | 54.59 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to WSK Construction - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof | .57 |
| 8/01/22 | Postage re: resent mail 08-01-22 - sent to WSK Construction - notice of motion and motion to (1) set a bar date to file expense and (2) approve the form, manner, and sufficiency of the notice thereof and notice of filing | .81 |
| | **Sub-Total of Disbursements** | **$ 55.97** |

**CURRENT DISBURSEMENTS**                         **$ 163.77**

**EXHIBIT "4"**
**PAGE 39**

**EXHIBIT "5"**

MARSHACK HAYS LLP

Richard Marshack, Trustee                                                    October 24, 2022
Client-Matter# 1015-139                                                      Invoice # 14078

**DISBURSEMENT RECAP BY TASK CODE**

| Task | Description | Amount |
|------|-------------|--------|
| E101 | Copying | 107.80 |
| E108 | Postage | 55.97 |
|      | Sub-Total of Disbursements | $ 163.77 |

**TOTAL CURRENT CHARGES**                                     **$ 19,244.77**

**EXHIBIT "5"**
**PAGE 40**

**EXHIBIT "6"**

## PARTNERS

## RICHARD A. MARSHACK

Richard A. Marshack is a founding member of the firm of Marshack Hays LLP. He was born in Las Vegas, Nevada, June 21, 1958. He graduated from University of California at Irvine in 1979 with a Bachelor of Arts degree and California Western School of Law (J.D. Magna Cum Laude, 1982). Recipient, American Jurisprudence Award: Agency and Partnership. Staff Writer, 1980-1981 and Lead Articles Editor, 1981-1982 California Western Law Review. He was admitted to the California Bar in 1982 and the U. S. District Court, Central and Southern Districts of California and U. S. Court of Appeals, Ninth Circuit, 1984.

Mr. Marshack was Law Clerk to the Honorable Folger Johnson, Chief Judge, United States Bankruptcy Court, District of Oregon, 1982-1984, and an Adjunct Professor: Bankruptcy Law, Western States University College of Law, Bankruptcy Law, 1993; Bankruptcy Law, University of California, Irvine, 1985-1992.

Mr. Marshack has authored several articles, including: "The Toxic Claim: Using Bankruptcy Law to Limit Environmental Liabilities," California Bankruptcy Journal, Volume 19, Number 3, 1991; "Recent Developments Under Section 546 of the Bankruptcy Code," Tactics for Unsecured Creditors of Bankrupt Debtors," California Lawyer 21, August, 1984; "Adequate Protection for the Unsecured Creditor Under the Bankruptcy Code", Commercial Law Journal 621, December 1983; "Recent Developments for Reclaiming Goods Under the Bankruptcy Code and the Uniform Commercial Code, "Uniform Commercial Code Law Journal 187, July, 1983; "Reclamation of Goods Under the Bankruptcy Code," Oregon Debtor-Creditor News Letter, I, July 1983; "*Sindell vs. Abbot Laboratories*: Is Market Share Liability the Best Remedy to the DES Controversy" California Western Law Review 143, 1981.

Memberships: Orange County Bankruptcy Forum, Director and President 1995-96; Orange County Bar Association (Commercial Law & Bankruptcy Section), Chairman, 1989; California State Bar Association; Commercial Law League of America; Los Angeles Bankruptcy Forum.

*Panel Bankruptcy Trustee for U.*S. *Bankruptcy Court, Central District of California,* 1985 - *Present.*

## D. EDWARD HAYS

D. Edward Hays, is a founding member of the firm of Marshack Hays LLP. He was born in Los Angeles, California. He graduated with honors from California State University at Fullerton in 1989 with a Bachelor of Arts degree in Business. He graduated from the University of Southern California Law Center in 1992 where he was a member of the Hale Moot Court Honors program. Mr. Hays was admitted to practice in 1992. Ed is certified as a bankruptcy law specialist by the State Bar of California.

Ed focuses his practice on bankruptcy and litigation matters. In 2000 and 2017, he was the Chair of the Commercial Law & Bankruptcy Section of the Orange County Bar Association. He also

serves or has served as a Director or member of the following organizations: the Inland Empire Bankruptcy Forum; the Orange County Bankruptcy Forum; the William P. Gray Legion Lex American Inns of Court, the Federal Bar Association, and the Executive Council for the College of Business at Cal State Fullerton. In 1998 and 1999, Mr. Hays also served as a Judge Pro Tem for the Superior Court of the State of California, County of Los Angeles.

Ed has been selected on numerous occasions to present continuing education lectures at nationwide conferences including the National Conference of Bankruptcy Judges, the National Association of Bankruptcy Trustees, and the National Association of Consumer Bankruptcy Attorneys. He has also spoken on various legal topics for statewide and local bankruptcy associations including the California Bankruptcy Forum, the Orange County Bankruptcy Forum, the Commercial Law and Bankruptcy Section of the Orange County Bar Association, the Inland Empire Bankruptcy Forum.

In 2004, Ed won the State Bar 5k race and, in 2005 and 2006, was the runner-up. He also actively participates in endurance events completing full-distance Ironman Triathlons in 2000 and 2003; eight half-Ironman races between 1999 and 2016; a 50-mile ultra-run in 2009; multiple 50k running races, and multiple marathons across the world including Boston, New York, Los Angeles, Rome, St. George, and the Madison Valley in Montana.

Ed's published cases include: *In re Brace*, 9 Cal.5th 903 (Cal. Supreme Court 2020); *In re Brace*, 979 F.3d 1228 (9th Cir. 2020); *Jue v. Liu (In re Liu)*, 611 B.R. 864 (9th Cir. BAP 2020); *In re Nolan*, 618 B.R. 860 (Bankr. C.D.Cal. 2020); *In re Roger*, 393 F.Supp.3d 940 (Distr. Cal. 2019); *Naylor v. Farrell (In re Farrell)*, 610 B.R. 317 (Bankr. C.D.Cal. 2019); *Slaieh v. Simons*, 548 B.R. 28 (Distr. Cal. 2018); *Brace v. Speier*, 908 F.3d 531 (9th Cir. 2018); *Cal. Corr. Peace Officers Ass'n Ben. Trust Fund v. Corbett (In re Corbett)*, 2017 U.S.Distr. Lexis 108925 (E.D.Cal. 2017), *Brace v. Speier (In re Brace)*, 566 B.R. 13 (9th Cir. BAP 2017); *In re DRI Cos.*, 552 B.R. 195 (Bankr. C.D.Cal. 2016); *Stahl v. Whelan Elec., Inc. (In re Modtech Holdings)*, 503 B.R. 737 (Bankr. C.D.Cal. 2013); *In re Cusimano*, 2013 WL 9736597 (Bankr. C.D.Cal. 2013); *In re Cass*, 476 B.R. 602 (Bankr. C.D. Cal. 2012); *In re Four Star Financial Services, Inc.*, 444 B.R. 428 (Bankr. C.D. Cal. 2011) *rev'd* 469 B.R. 30 (C.D. Cal. 2012); *In re Rinard*, 451 B.R. 12 (Bankr. C.D. Cal. 2011); *In re Dick Cepek*, 339 B.R. 730 (9th Cir. BAP 2006); *In re Dudley*, 249 F.3d 1170 (9th Cir. 2001); *In re Kim*, 257 B.R. 680 (9th Cir. BAP 2000); *In re Kuraishi*, 237 B.R. 172 (Bankr. C.D. Cal. 1999); *Blonder v. Cumberland Engineering*, (1999) 71 Cal.App.4th 1057, 84 Cal.Rptr.2d 216; *In re Metz*, 225 B.R. 173 (9th Cir. BAP 1998); *In re National Environmental Waste Corporation*, 191 B.R. 832 (Bankr. C.D. Cal. 1996) *aff'd* 129 F.3d 1052 (9th Cir. 1997); *In re Turner*, 186 B.R. 108 (9th Cir. BAP 1995); and *In re Continental Capital & Credit*, 158 B.R. 828 (Bankr. C.D. Cal. 1993).

Ed and his wife, Sarah Cate Hays, have also co-authored the following law review articles published in the California Bankruptcy Journal:
- *The Client Without a Remedy and the Windfall Estate – The Case for Debtor Ownership of Malpractice Claims Against Bankruptcy Counsel* (32 Cal. Bank. J. 65 (2012));
- *The Same Love – Marriage Equality in Bankruptcy Post-DOMA and the Evolving Rights of Registered Domestic Partners* (33 Cal. Bank. J. 49 (2014)); and
- *Good Help is Hard to Fund: The Problem of Earned Upon Receipt Retainers and Pre-Funded Litigation in Bankruptcy* (33 Cal. Bankr. J. 421 (2016)).

**CHAD V. HAES**

Chad V. Haes focuses his practice areas include bankruptcy litigation, business and civil litigation, lender liability, and creditors' rights. Mr. Haes' litigation experience includes representing institutional lenders in actions related to lien priority and wrongful foreclosure, prosecuting and enforcing mechanic's liens, seeking unlawful detainer judgments on behalf of secured lenders and representing creditors, debtors and trustees in the bankruptcy context.

Mr. Haes is a California native who earned his Bachelor of Arts degree from Azusa Pacific University in 2004 and his law degree from Southwestern Law School in 2008. Prior to joining Marshack Hays, Mr. Haes served a two-year term as the judicial law clerk to the Honorable Meredith A. Jury of the United States Bankruptcy Court for the Central District of California, Riverside Division. Mr. Haes also externed for Honorable Samuel L. Bufford of the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

While in law school, Mr. Haes was a member of the Moot Court Honors Program and the recipient of the John J. Schumacher full-tuition scholarship, the Equal Justice America fellowship, the Wiley W. Manuel Award for Pro Bono Legal Services and the CALI Excellence Award for Constitutional Law. Mr. Haes was also selected as a finalist oralist and finalist writer in the Southwestern First-Year Intramural Moot Court Competition and a finalist oralist in the Rendigs National Products Liability Moot Court Competition.

**DAVID A. WOOD**

David A. Wood focuses his practice areas include bankruptcy litigation, business and civil litigation, lender liability, and creditors' rights.

Mr. Wood earned his Bachelor of Arts degree from Biola University in 2003, where he graduated magna cum laude. Thereafter, Mr. Wood was a senior associate at Alfred Gobar Associates, a firm specializing in developing econometric modeling systems to evaluate land development opportunities, and the existence of economic blight. He earned his law degree from Chapman University School of Law in 2010, where he graduated in the top 6% of his class. Prior to joining Marshack Hays, Mr. Wood served a two-and-a-half year term as the judicial law clerk to the Honorable Erithe A. Smith of the United States Bankruptcy Court for the Central District of California, Santa Ana Division. Mr. Wood also externed for Honorable Theodor C. Albert of the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

While in law school, Mr. Wood was a symposium editor for the Chapman Law Review and the recipient of the CALI Excellence Award for Immigration Law and Select Topics in American Law.

**<u>ATTORNEYS</u>**

**KRISTINE A. THAGARD** focuses her practice on contract, construction, loan enforcement (including lender's right to insurance proceeds and guarantees), purchase and sale transactions, partnership dispute, toxic cleanup and environmental contamination, broker malfeasance, fiduciary duty (broker/agent, partnership and trust), and insurance (negotiation, bad faith, and

declaratory relief). She has significant litigation experience in multi-party complex construction defect actions, all aspects of general/commercial liability defense (construction, product and premise liability), subrogation, and real estate (broker/agent, contract, title, contract and fraud).

Ms. Thagard was born in Lynwood, California and graduated cum laude from Menlo College where she served on the Board of Trustees for 9 years. She received her J.D. from the University of Southern California in 1980. While in law school she served as a judicial extern to the Honorable Robert Kingsly, Second Appellate District Court of Appeal. She is admitted to practice in both California (1980) and Nevada (2001) as well as the Federal Courts of both states. She also holds a California Real Estate Broker's License.

**MATTHEW W. GRIMSHAW** focuses his practice on insolvency law and litigation. He represents parties in all aspects of bankruptcy matters and out-of-court restructurings. He also has significant experience litigating and advising clients on issues resulting from the debtor-creditor relationship, including the enforcement of notes and guarantees, writs of attachment, receiverships, wrongful foreclosures, mortgage elimination scams, and injunctions.

Mr. Grimshaw was born in Mesa, Arizona. He graduated from Brigham Young University with a Bachelor of Arts degree in Economics. He graduated with honors from Willamette University College of Law, where he served as the editor-in-chief of the school's Journal of International Law and Dispute Resolution. Mr. Grimshaw was admitted to practice law in California in 2000.

Mr. Grimshaw served a two-year term as a judicial law clerk to the Honorable John E. Ryan. During his first year, Mr. Grimshaw served as Judge Ryan's trial law clerk. During his second year, when Judge Ryan was the chief judge of the Bankruptcy Appellate Panel of the Ninth Circuit Court of Appeals, Mr. Grimshaw served as his appellate law clerk.

Mr. Grimshaw has been asked on many occasions to present lectures on various subjects, including bankruptcy, creditors' rights, and legal ethics. He has published numerous articles on bankruptcy-related topics. In 2006, he was also appointed by Ninth Circuit Court of Appeals to serve on the committee that evaluated candidates and made recommendations as to who should fill existing vacancies on the United States Bankruptcy Court for the Central District of California.

Mr. Grimshaw is a long-time member of the Board of Directors for the Orange County Bankruptcy Forum. He also served as Chair of the Commercial Law and Bankruptcy Section of the Orange County Bar Association.

Mr. Grimshaw enjoys spending time with his family, reading, and traveling. Mr. Grimshaw is conversant in Spanish. He is an Eagle Scout and continues to be actively involved with the Boy Scouts of America.

**JUDITH E. MARSHACK** is an Associate with Marshack Hays LLP. She was born in Inglewood, CA. Ms. Marshack graduated from the California State University, Long Beach in 1982 and from Western State University, College of Law in 1992, and was admitted to practice law in 1992.

**LAILA MASUD** focuses her practice in bankruptcy and business litigation, including lender liability and creditors' rights.

Ms. Masud graduated cum laude from the University of California, Irvine in 2012. She earned her law degree from Pepperdine University School of Law in 2016. She was admitted to practice law in California in 2016. Prior to joining Marshack Hays, Ms. Masud served as a judicial law clerk to the Honorable Thomas B. Donovan at the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

During law school, as an extern for the Honorable Vincent P. Zurzolo at the United States Bankruptcy Court for the Central District of California, Los Angeles Division, she served on the Rules Committee where she conducted research and wrote on various issues of bankruptcy law, including local court forms, rules and procedures. She also served as a student leader and was nominated for The Parris Institute for Professional Formation Award for Excellence in Leadership and Excellence in Peacemaking. In 2020, Ms. Masud served as the youngest President of the OCBA's Commercial Law and Bankruptcy Section. Ms. Masud is also a member of the International Women's Insolvency & Restructuring Confederation and in August 2020 Ms. Masud was profiled in the Orange County Business Journal for Woman in Law. Ms. Masud is conversant in Spanish, Urdu and Hindi.

**TINHO MANG** is an attorney at Marshack Hays. He recently earned his Juris Doctorate from the University of Southern California, Gould School of Law, and prior to that, graduated *magna cum laude* from the University of California, Los Angeles. While at law school, Mr. Mang served as the Executive Senior Editor of the Southern California Review of Law and Social Justice. He also served two full-time summers and one part-time fall semester as an extern in the United States Bankruptcy Court for the Central District of California for the Honorable Scott C. Clarkson. During his externship in bankruptcy court, Mr. Mang developed a deep appreciation for the intricacies of bankruptcy practice, participating substantially in a wide variety of bankruptcy matters ranging from Chapter 11 confirmations, adversarial proceedings for lien avoidance, and a trial seeking to avoid a preferential or fraudulent transfer.

Mr. Mang was sworn in as a member of the California State Bar on November 27, 2018.

**BRADFORD N. BARNHARDT** is an associate attorney at Marshack Hays. Before joining the firm, he completed a two-year judicial law clerkship for the Honorable Sandra R. Klein at the U.S. Bankruptcy Court in Los Angeles. Brad graduated with honors and in the top 10% of his class from Emory University School of Law and served as a Notes & Comments Editor for the Emory Bankruptcy Developments Journal. He received a Bachelor of Arts, summa cum laude, in English and mathematics from the University of Missouri and was elected to Phi Beta Kappa during his junior year.

Mr. Barnhardt was sworn in as a member of the California State Bar on December 23, 2019.

**SARAH R. HASSELBERGER** is an associate attorney at Marshack Hays. Before joining the firm as an attorney, she served as a judicial law clerk for the Honorable Scott H. Yun at the United States Bankruptcy Court for the Central District of California.

**EXHIBIT "6"**

**PAGE 45**

Sarah received a full tuition merit scholarship and earned her law degree with an emphasis in business law from Chapman University Dale E. Fowler School of Law, where she graduated cum laude and in the top 7% of her class. She was admitted to practice law in California in 2021.

During law school, Sarah worked as a law clerk for Marshack Hays and served as a judicial extern for the Honorable Scott H. Yun and the Honorable Theodor C. Albert in the United States Bankruptcy Court for the Central District of California. She excelled academically and received CALI Excellence for the Future Awards for receiving the highest grade in Bankruptcy Practice & Procedure, Evidence, Secured Transactions, Legal and Equitable Remedies, and Torts. She assisted professors in Evidence and Torts as an academic fellow.

Sarah received her Bachelor of Science, cum laude, in Arts Administration from Wagner College in Staten Island, New York.

## PARALEGALS AND TRUSTEE ADMINISTRATORS

**PAMELA KRAUS**, Trustee Case Administrator and Paralegal 1990 to Present; Education: Coastline Community College, Costa Mesa (A.A. 2004); Legal Assistant Training Program, Coastline Community College, American Bar Association Certification (Completion 2004). Member: Orange County Paralegal Association; Orange County Bankruptcy Forum; National Association of Bankruptcy Trustees.

**CHANEL MENDOZA**, Experience: Ms. Mendoza is a seasoned litigation and bankruptcy Legal Assistant/Paralegal. She has more than twenty years of law related experience comprising of workers' compensation, personal injury, business litigation, employment law, and bankruptcy, all while working under the direct supervision of active members of the California State Bar. Ms. Mendoza has also worked fourteen of those years under the direction and supervision of Marshack Hays LLP's founding partner, D. Edward Hays. Ms. Mendoza has federal and state court experience, including extensive trial and appellate knowledge. Ms. Mendoza is a former Board Member of NALS and is a current member of the National Notary Association and Orange County Legal Secretaries Association, Inc.

**LAYLA BUCHANAN**, Experience: Ms. Buchanan is a Senior Paralegal with Marshack Hays LLP and has over twenty years of law related experience. Ms. Buchanan has worked extensively in civil, bankruptcy and family law, working under the direct supervision of active members of the California State Bar. Ms. Buchanan obtained her Paralegal Certificate from Coastline Community College's ABA accredited program. Member: Orange County Legal Secretaries Association, Orange County Paralegal Association, and a current member of the National Notary Association. Ms. Buchanan has extensive knowledge in all aspects of state and federal court litigation and bankruptcy practices.

**CYNTHIA BASTIDA**, Experience: Ms. Bastida has over twenty years of experience working as a Legal Assistant/Paralegal. She has her Paralegal Certificate (completion in 1991) and earned a Bachelor of Arts in Psychology from California State University Fullerton in 2004. She has a wide range of experience from civil litigation, bankruptcy, product liability, lemon law, real estate and

corporate law as well as eminent domain. Her skills include: Legal research, trial preparation along with drafting numerous fee applications, petitions, proofs of claim, notices, motions and discovery. Cynthia is a member of Orange County Legal Secretary Association (OCLSA).

**KATHLEEN FREDERICK**, Experience: Mrs. Frederick is a Junior Paralegal with Marshack Hays LLP. Mrs. Frederick graduated from the University of California, Los Angeles in 2008 with a bachelor's degree in English. She obtained her Paralegal Certificate from Coastline Community College's ABA accredited program in May of 2018. She has been working with the firm for more than five years and has over ten years legal experience. Mrs. Frederick is a member of the Orange County Paralegal Association and the National Association of Legal Assistants.

EXHIBIT "6"
PAGE 47

Billing Rates:

| Partners | Rates | Associates | Rate | Paralegals | Rates |
|---|---|---|---|---|---|
| Richard A. Marshack | $680 | Judith E. Marshack | $410 | Pamela Kraus | $280 |
| D. Edward Hays | $680 | Laila Masud | $420 | Chanel Mendoza | $260 |
| Chad V. Haes | $490 | Tinho Mang | $390 | Layla Buchanan | $260 |
| David A. Wood | $490 | Bradford N. Barnhardt | $320 | Cynthia Bastida | $260 |
| Of Counsel | | Sarah R. Hasselberger | $310 | Kathleen Frederick | $200 |
| Kristine A. Thagard | $550 | | | | |
| Matthew W. Grimshaw | $550 | | | | |

**EXHIBIT "6"**

**PAGE 48**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **THIRD AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE; DECLARATION OF D. EDWARD HAYS IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 24, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **October 24, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S OCEANSIDE, LTD., A CALIFORNIA
CORPORATION
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S DINER, INC., A CALIFORNIA CORPORATION
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 24, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 24, 2022 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Kyra E Andrassy kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Leo A Bautista leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com
- **ATTORNEY FOR PLAINTIFF TRUSTEE RICHARD A MARSHACK (TR):** Christopher Dale Beatty cbeatty@millerbarondess.com, aransom@millerbarondess.com, docket@millerbarondess.com, jvogel@millerbarondess.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Stephen C Biggs sbiggs@smith-lc.com, kdavenport@smith-lc.com
- **ATTORNEY GEORGE B BLACKMAR**: George B Blackmar gblackmar@bpslaw.net
- **ATTORNEY FOR CREDITOR STAR-WEST PARKWAY MALL, LP:** Dustin P Branch branchd@ballardspahr.com, carolod@ballardspahr.com; hubenb@ballardspahr.com
- **INTERESTED PARTY COURTESY NEF:** Jeffrey W Broker jbroker@brokerlaw.biz
- **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Carol Chow carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** John S Clifford jclifford@smith-lc.com
- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** David P Crochetiere dcrochetiere@bautelaw.com, hwells@bautelaw.com
- **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Ashleigh A Danker adanker731@gmail.com
- **ATTORNEY FOR CREDITOR US FOODS, INC:** Aaron Davis aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **INTERESTED PARTY COURTESY NEF:** Caroline Djang cdjang@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
- **ATTORNEY FOR CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR:** Laura E Dolan laura.blome@sdcounty.ca.gov, odette.ortega@sdcounty.ca.gov; kristen.howard@sdcounty.ca.gov
- **ATTORNEY ALAN FRIEDMAN and ATTOREY FOR CREDITOR STEVEN L CRAIG:** Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **ATTORNEY FOR INTERESTED PARTY RUBY'S FANCHISE SYSTEMS, INC., A CALIFORNIA CORPORATION:** Eric J Fromme efromme@tocounsel.com, stena@tocounsel.com
- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Maria L Garcia Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **INTERESTED PARTY COURTESY NEF:** David M Goodrich dgoodrich@go2.law, kadele@wgllp.com; lbracken@wgllp.com; wggllp@ecf.courtdrive.com; gestrada@wgllp.com
- **INTERESTED PARTY COURTESY NEF:** Steven T Gubner sgubner@bg.law, ecf@bg.law
- **ATTORNEY FOR CREDITOR OPUS BANK:** David M. Guess dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
- **ATTORNEY FOR U.S. TRUSTEE UNITED STATES TRUSTEE (SA):** Michael J Hauser michael.hauser@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR MARVI LAND:** Samy Henein samyhenein@aol.com, az@suppalaw.com
- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Lillian Jordan nefrecipients@donlinrecano.com, rmapa@donlinrecano.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CREDITOR STEVEN L CRAIG:** Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **INTERESTED PARTY COURTESY NEF:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **ATTORNEY FOR PACHULSKI STANG ZIELH & JONES LLP, CREDITOR OPUS BANK, DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; DEBTOR RUBY'S HUNTINGTON BEACH, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR'S RUBY'S LAGUNA HILLS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S OCEANSIDE LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S PALM SPRINGS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S QUALITY DINERS, LLC, A DELAWARE LIMITED LIABILITLY COMPANY; DEBTOR RUBY'S SOCAL DINERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY:** William N Lobel wlobel@tocounsel.com, stena@tocounsel.com; sschuster@tocounsel.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CREDITOR FAMILY TREE PRODUCE, INC.; CREDITOR SUNRISE PRODUCE, INC.; AND INTERESTED PARTY LOWEY ENTERPRISES dba SUNRISE PRODUCE, A CALIFORNIA CORPORATION:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR OPUS BANK:** Jessica G McKinlay mckinlay.jessica@dorsey.com
- **ATTORNEY FOR INTERESTED PARTY PILLSBURY WINTHROP SHAW PITTMAN LLP:** Malcolm D Minnick dminnick@pillsburylaw.com, m.minnick@comcast.net
- **INTERESTED PARTY COURTESY NEF:** Aviram Edward Muhtar amuhtar@andradefirm.com
- **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION:** Jeffrey P Nolan jnolan@pszjlaw.com
- **ATTORNEY FOR CREDITOR THE IRVINE COMPANY:** Ernie Zachary Park ernie.park@bewleylaw.com
- **ATTORNEY FOR CREDITOR GRIT DEVELOPMENT, AGENT FOR PLAZA MERCADO, LLC:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Todd C Ringstad becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Samuel A Schwartz saschwartz@nvfirm.com, ECF@nvfirm.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Steven C Smith ssmith@smith-lc.com, kcanaan@smith-lc.com
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Matthew S Walker matthewswalker1@gmail.com, renee.evans@pillsburylaw.com,
- **ATTORNEY FOR CREDITOR CITY OF HUNTINGTON BEACH:** Corey R Weber cweber@bg.law, ecf@bg.law
- **ATTORNEY FOR CREDITOR US FOODS, INC.:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Christopher K.S. Wong christopher.wong@afslaw.com, yvonne.li@arentfox.com
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Claire K Wu claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com; docket@pillsburylaw.com

4868-1291-7307, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**