D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>Debtor.<br>Affects:<br><br>☐    ALL DEBTORS<br><br>☐    RUBY'S DINER, INC., ONLY<br><br>☐    RUBY'S SOCAL, DINERS, LLC, ONLY<br><br>☐    RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐    RUBY'S HUNTINGTON BEACH, LTD. ONLY<br><br>☐    RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☒    RUBY'S OCEANSIDE, LTD, ONLY<br><br>☐    RUBY'S PALM SPRINGS, LTD. ONLY | Case No. 8:18-bk-13311-SC<br><br>Chapter 7<br><br>(Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC)<br><br>NOTICE RE: HEARING ON FINAL FEE APPLICATIONS<br><br>Hearing<br>Date:  November 15, 2022<br>Time: 11:00 a.m.<br>Ctrm: 5C<br>Location: CourtCall or Zoom.Gov[1] |

/ / /

---

[1] Notwithstanding the opening of the Courthouse to in-person proceedings, in light of the overwhelming support by the Bar for continued virtual appearances, Judge Clarkson will continue utilizing ZoomGov in a hybrid format, holding the majority of hearings by video, with an option for in-person hearings. Please see the calendaring instructions which may be located in the Self-Calendaring section of Judge Clarkson's page for more details and effective dates.

1
NOTICE RE: HEARING ON FINAL FEE APPLICATIONS
4879-3456-4667v1-1015-139

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNTIED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on November 15, 2022, at 11:00 a.m., in Courtroom 5C of the United States Bankruptcy Court for the Central District of California, Santa Ana Division, located at 411 W. Fourth Street, Santa Ana, California, before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, the following professionals will seek an order allowing payment of fees and costs for professional services as follows:

| Professional | Fees Requested | Expenses Requested |
| --- | --- | --- |
| Marshack Hays LLP<br>General Counsel for Trustee<br>Third and Final Application<br>June 1, 2021 through October 24, 2022 | $19,081.00 | $163.77 |
| Grobstein Teeple, LLP<br>Accountant for Trustee<br>Second and Final Application<br>November 1, 2021 through October 4, 2022 | $3,418.00 | $50.82 |
| Richard A. Marshack<br>Chapter 7 Trustee<br>Final Report<br>October 1, 2022 through October 24, 2022 | $85,061.04 | $167.67 |

The applications for compensation ("Applications") by the above professionals will be filed with the Clerk of the above-entitled Court and may be reviewed Monday through Friday from 9:00 a.m. to 4:00 p.m. Copies of the Applications may also be obtained by written request to the appropriate professional:

| | | |
| --- | --- | --- |
| Marshack Hays LLP<br>D. Edward Hays<br>Laila Masud<br>949-333-7777<br>ehays@marshackhays.com<br>lmasud@marshackhays.com | Grobstein Teeple, LLP<br>Howard Grobstein, CPA<br>818-532-1020<br>hgrobstein@gtllp.com<br>documents@gtllp.com | Richard A. Marshack<br>949-333-7777<br>rmarshack@marshackhays.com |

**PLEASE TAKE FURTHER NOTICE** that any opposition or other responsive pleading to any of the Applications must be in the form as required by Rules 9013-1(f) and (o) of the Local Bankruptcy Rules ("LBR") and filed with the Clerk of the above-entitled Court no later than fourteen days (14) prior to the hearing with a copy served on the professional(s) at the address(es) indicated above. A copy must also be served on the Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, California 92701. Failure to timely respond may be deemed as acceptance of the relief requested. See LBR 2016-1(a)(3) and 9013-1(f).

DATED: October 24, 2022         MARSHACK HAYS LLP

                                By:   /s/ Laila Masud
                                    D. EDWARD HAYS
                                    LAILA MASUD
                                    Attorneys for the Chapter 7 Trustee
                                    RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE RE: HEARING ON FINAL FEE APPLICATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 24, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **October 24, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
~~RUBY'S OCEANSIDE, LTD., A CALIFORNIA CORPORATION~~
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S DINER, INC., A CALIFORNIA CORPORATION
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 24, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 24, 2022 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Kyra E Andrassy kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Leo A Bautista leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com
   - **ATTORNEY FOR PLAINTIFF TRUSTEE RICHARD A MARSHACK (TR):** Christopher Dale Beatty cbeatty@millerbarondess.com, aransom@millerbarondess.com, docket@millerbarondess.com, jvogel@millerbarondess.com
   - **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Stephen C Biggs sbiggs@smith-lc.com, kdavenport@smith-lc.com
   - **ATTORNEY GEORGE B BLACKMAR**: George B Blackmar gblackmar@bpslaw.net
   - **ATTORNEY FOR CREDITOR STAR-WEST PARKWAY MALL, LP:** Dustin P Branch branchd@ballardspahr.com, carolod@ballardspahr.com; hubenb@ballardspahr.com
   - **INTERESTED PARTY COURTESY NEF:** Jeffrey W Broker jbroker@brokerlaw.biz
   - **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Carol Chow carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
   - **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** John S Clifford jclifford@smith-lc.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** David P Crochetiere dcrochetiere@bautelaw.com, hwells@bautelaw.com
   - **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Ashleigh A Danker adanker731@gmail.com
   - **ATTORNEY FOR CREDITOR US FOODS, INC:** Aaron Davis aaron.davis@bryancave.com, kat.flaherty@bryancave.com
   - **INTERESTED PARTY COURTESY NEF:** Caroline Djang cdjang@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
   - **ATTORNEY FOR CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR:** Laura E Dolan laura.blome@sdcounty.ca.gov, odette.ortega@sdcounty.ca.gov; kristen.howard@sdcounty.ca.gov
   - **ATTORNEY ALAN FRIEDMAN and ATTOREY FOR CREDITOR STEVEN L CRAIG:** Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
   - **ATTORNEY FOR INTERESTED PARTY RUBY'S FANCHISE SYSTEMS, INC., A CALIFORNIA CORPORATION:** Eric J Fromme efromme@tocounsel.com, stena@tocounsel.com
   - **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Maria L Garcia Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **INTERESTED PARTY COURTESY NEF:** David M Goodrich dgoodrich@go2.law, kadele@wgllp.com; lbracken@wgllp.com; wggllp@ecf.courtdrive.com; gestrada@wgllp.com
   - **INTERESTED PARTY COURTESY NEF:** Steven T Gubner sgubner@bg.law, ecf@bg.law
   - **ATTORNEY FOR CREDITOR OPUS BANK:** David M. Guess dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
   - **ATTORNEY FOR U.S. TRUSTEE UNITED STATES TRUSTEE (SA):** Michael J Hauser michael.hauser@usdoj.gov
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR MARVI LAND:** Samy Henein samyhenein@aol.com, az@suppalaw.com
   - **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Lillian Jordan nefrecipients@donlinrecano.com, rmapa@donlinrecano.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CREDITOR STEVEN L CRAIG:** Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **INTERESTED PARTY COURTESY NEF:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **ATTORNEY FOR PACHULSKI STANG ZIELH & JONES LLP, CREDITOR OPUS BANK, DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; DEBTOR RUBY'S HUNTINGTON BEACH, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR'S RUBY'S LAGUNA HILLS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S OCEANSIDE LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S PALM SPRINGS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S QUALITY DINERS, LLC, A DELAWARE LIMITED LIABILITLY COMPANY; DEBTOR RUBY'S SOCAL DINERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY:** William N Lobel wlobel@tocounsel.com, stena@tocounsel.com; sschuster@tocounsel.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CREDITOR FAMILY TREE PRODUCE, INC.; CREDITOR SUNRISE PRODUCE, INC.; AND INTERESTED PARTY LOWEY ENTERPRISES dba SUNRISE PRODUCE, A CALIFORNIA CORPORATION:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR OPUS BANK:** Jessica G McKinlay mckinlay.jessica@dorsey.com
- **ATTORNEY FOR INTERESTED PARTY PILLSBURY WINTHROP SHAW PITTMAN LLP:** Malcolm D Minnick dminnick@pillsburylaw.com, m.minnick@comcast.net
- **INTERESTED PARTY COURTESY NEF:** Aviram Edward Muhtar amuhtar@andradefirm.com
- **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION:** Jeffrey P Nolan jnolan@pszjlaw.com
- **ATTORNEY FOR CREDITOR THE IRVINE COMPANY:** Ernie Zachary Park ernie.park@bewleylaw.com
- **ATTORNEY FOR CREDITOR GRIT DEVELOPMENT, AGENT FOR PLAZA MERCADO, LLC:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Todd C Ringstad becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Samuel A Schwartz saschwartz@nvfirm.com, ECF@nvfirm.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Steven C Smith ssmith@smith-lc.com, kcanaan@smith-lc.com
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Matthew S Walker matthewswalker1@gmail.com, renee.evans@pillsburylaw.com,
- **ATTORNEY FOR CREDITOR CITY OF HUNTINGTON BEACH:** Corey R Weber cweber@bg.law, ecf@bg.law
- **ATTORNEY FOR CREDITOR US FOODS, INC.:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Christopher K.S. Wong christopher.wong@afslaw.com, yvonne.li@arentfox.com
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Claire K Wu claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com; docket@pillsburylaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: CONTINUED:

**ROS - 20 LARGEST CREDITOR/CH11(1019)**
AIRE RITE AIR CONDITIONING
OFFICER DIRECTOR MANAGER AGENT / DAVE LANGSTON
15122 BOLSA CHICA STREET
HUNTINGTON BEACH, CA 92649-1025

**ROS - 20 LARGEST CREDITOR/CH11(1019)**
ASAP DRAIN GUYS & PLUMBING
OFFICER DIRECTOR MEMBER AGENT
999 RANCHEROS DRIVE
SUITE B
SAN MARCOS, CA 92069-3099

**ROS - 20 LARGEST CREDITOR**
CALIFORNIA RESTAURANT MUTUAL
OFFICER DIRECTOR MEMBER AGENT
PO BOX 45783
SAN FRANCISCO, CA 94145-0783

**ROS - 20 LARGEST CREDITOR/CH11(1019)**
CUSTOM BUSINESS SOLUTIONS INC
OFFICER DIRECTOR MEMBER AGENT
12 MORGAN
IRVINE, CA 92618-2003

**ROS - 20 LARGEST CREDITOR/CH11(1019)**
EDISON FIRE PROTECTION
OFFICER DIRECTOR MANAGER AGENT
3621 EAGLE ROCK BLVD
LOS ANGELES, CA 90065-3622

**ROS - 20 LARGEST CREDITOR**
FAMILY TREE PRODUCE
OFFICER DIRECTOR MANAGER AGENT
5510 E. LA PALMA AVENUE
ANAHEIM, CA 92807-2108

**ROS - 20 LARGEST CREDITOR**
FIRST INSURANCE FUNDING CORP
OFFICER DIRECTOR MANAGER AGENT
PO BOX 7000
CAROL STREAM, IL 60197-7000

**ROS - 20 LARGEST CREDITOR/CH11(1019)**
G&G BOOKKEEPING INC
OFFICER DIRECTOR MANAGER AGENT
19602 COUNTRY LAKE DRIVE
MAGNOLIA, TX 77355-1817

**ROS - 20 LARGEST CREDITOR**
GARDA CL WEST INC
OFFICER DIRECTOR MANAGER AGENT
LOCKBOX 233209
3209 MOMENTUM PLACE
CHICAGO, IL 60689-0001

**ROS - 20 LARGEST CREDITOR**
JANI-KING OF CALIFORNIA INC
OFFICER DIRECTOR MANAGER AGENT
FILE 749318
LOS ANGELES, CA 90074-9318

**ROS - 20 LARGEST CREDITOR**
MICHAEL ROBERT WILSON
DBA WILSON CONSTRUCTION
14302 YORBA STREET
TUSTIN, CA 92780-2351

**ROS - 20 LARGEST CREDITOR/CH11(1019)**
MIGUEL CANTU SOLANO
DBA MCPAINTING HANDYMAN
2356 CATALINA AVENUE
VISTA, CA 92084-4808

**ROS - 20 LARGEST CREDITOR**
NUC02, LLC
OFFICER DIRECTOR MANAGER AGENT
PO BOX 417902
BOSTON, MA 02241-7902

**ROS - 20 LARGEST CREDITOR**
OPTIMAL BIOFUELS INC
OFFICER DIRETOR MANAGER AGENT
PO BOX 10986
NEWPORT BEACH, CA 92658-5014

**ROS - 20 LARGEST CREDITOR/CH11(1019)**
PRUDENTIAL OVERALL SUPPLY INC
OFFICER DIRECTOR MANAGER AGENT
1661 ALTON PARKWAY
IRVINE, CA 92606-4801

**ROS - 20 LARGEST CREDITOR/CH11(1019)**
PURITAN BAKERY
OFFICER DIRECTOR MANAGER AGENT
1624 E. CARSON STREET
CARSON, CA 90745-2504

**ROS - 20 LARGEST CREDITOR/CH11(1019)**
RESCUE ROOTER
OFFICER DIRECTOR MANAGER AGENT
9895 OLSON DRIVE
SUITE A
SAN DIEGO, CA 92121-2841

**ROS - 20 LARGEST CREDITOR**
SAN DIEGO COUNTY TREASURER TAX COLLECTOR
1600 PACIFIC COAST HIGHWAY
ROOM 162
SAN DIEGO, CA 92101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-3.1.PROOF.SERVICE

**ROS - 20 LARGEST CREDITOR/CH11(1019)**
SOUTH CITY MECHANICAL INC
OFFICER DIRECTOR MANAGER AGENT
8822 TROY STREET
SPRING VALLEY, CA 91977-2637

**ROS - 20 LARGEST CREDITOR**
US FOODS - LA MIRADA
OFFICER DIRECTOR MANAGER AGENT
540 NORTHEAST LANDON ROAD
BELFAIR, WA 98528-9765

**RTD 12/29/20 UTF SECURED CREDITOR**
C & C PARTNERSHIP
~~RONALD CLEAR, PARTNER~~
~~56 TESLA~~
~~IRVINE, CA 92618-4603~~

**RTD 09/22/20 UTF SECURED CREDITOR**
CREDIT MANAGEMENT ASSOCIATION DBA CREDIT MANAGERS ASSOCIATION
~~JULIET CHURCHILL, CALIFORNIA REGISTERED AGENT~~
~~111 N MARYLAND AVE, SUITE 200~~
~~GLENDALE, CA 91206~~

**RTD 06/05/20 SEE NEW ADDR SECURED CREDITOR**
CREDIT MANAGEMENT ASSOCIATION DBA CREDIT MANAGERS ASSOCIATION
~~KIMBERLY A. LAMBERTY, NEVADA REGISTERED AGENT~~
~~3110 W CHEYENNE AVE, SUITE 100~~
~~N LAS VEGAS, NV 89032~~

**NEW ADDR USPS 06/05/20 SECURED CREDITOR**
CREDIT MANAGEMENT ASSOCIATION
PO BOX 750114
LAS VEGAS NV 89136-0114

**SECURED CREDITOR**
CREDIT MANAGERS ASSOCIATION
KIMBERLY LAMBERTY, PRESIDENT
303 NORTH GLEN OAK BLVD, SUITE 200
BURBANK, CA 91502

**INTERESTED PARTY / EXECUTIVE VP OF OPERATIONS**
TAD BELSHE
TRN MANAGEMENT
25316 STAYSAIL DRIVE
DANA POINT, CA 92629

**INTERESTED PARTY / SPECIAL NOTICE**
CALIFORNIA ATTORNEY GENERAL
XAVIER BACERRA
1300 I STREET
SUITE 1740
SACRAMENTO, CA 95814-2954

**INTERESTED PARTY / SPECIAL NOTICE**
CALIFORNIA DEPARTMENT OF JUSTICE
XAVIER BECERRA, ATTORNEY GENERAL
300 S. SPRING STREET
SUITE 1700
LOS ANGELES, CA 90013-1256

**INTERESTED PARTY / SPECIAL NOTICE / POC ADDRESS**
CALIFORNIA DEPATERMENT OF TAX AND FEE ADMINISTRATION
COLLECTIONS SUPPORT BUREAU, MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0055

**INTERESTED PARTY / SPECIAL NOTICE / POC ADDRESS**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92 E
PO BOX 826880
SACRAMENTO, CA 94280-0001

**INTERESTED PARTY / SPECIAL NOTICE / POC ADDRESS**
FRANCHISE TAX BOARD BANKRUPTCY
SECTION MS: A-340
PO BOX 2952
SACRAMENTO, CA 95812-2952

**INTERESTED PARTY / SPECIAL NOTICE**
FRANCHISE TAX BOARD CHIEF COUNSEL
C/O GENERAL COUNSEL SECTION
PO BOX 1720, MS: A-260
RANCHO CORDOVA CA 95741-1720

**INTERESTED PARTY / SPECIAL NOTICE / POC ADDRESS**
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

**INTERESTED PARTY / SPECIAL NOTICE**
INTERNAL REVENUE SVC
INSOLVENCY STOP 5022
300 N LOS ANGELES ST, RM 406
LOS ANGELES, CA 90012

**INTERESTED PARTY / SPECIAL NOTICE**
INTERNAL REVENUE SVC
OFFICE OF CHIEF COUNSEL
10TH STREET AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530

**INTERESTED PARTY / SPECIAL NOTICE**
INTERNAL REVENUE SVC
GI CARTER LOUIS OR OTHER AGENT
PO BOX 145595
STOP 8420G
CINCINNATI, OH 45250-5585

**RTD 09/11/20 UTF**
**INTERESTED PARTY / SPECIAL NOTICE**
INTERNAL REVENUE SVC
~~PO BOX 21126~~
~~PHILADELPHIA, PA 19114~~

**RTD 07/17/20 UTF**
**INTERESTED PARTY / SPECIAL NOTICE**
INTERNAL REVENUE SVC
~~PO BOX 21126~~
~~DPN 781~~
~~PHILADELPHIA, PA 19114~~

**INTERESTED PARTY / SPECIAL NOTICE**
INTERNAL REVENUE SVC
BEN FRANKLIN STATION
PO BOX 683
WASHINGTON, DC 20044

**INTERESTED PARTY / SPECIAL NOTICE**
INTERNAL REVENUE SVC AGENT
2970 MARKET ST
MAIL STOP 5-Q30133
PHILADELPHIA, PA 19104-5016

**INTERESTED PARTY / SPECIAL NOTICE**
UNITED STATES ATTORNEY'S OFFICE
300 NORTH LOS ANGELES ST
FEDERAL BUILDING, ROOM 7516
LOS ANGELES, CA 90012

**INTERESTED PARTY / SPECIAL NOTICE**
UNITED STATES DEPT. OF JUSTICE
BEN FRANKLIN STATION
PO BOX 683
WASHINGTON DC 20044

**INTERESTED PARTY / SPECIAL NOTICE**
US SECURITIES & EXCHANGE COMMISSION
ATTN: BANKRUPTCY COUNSEL
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CA 90071

**RTD 08/25/22 UTF**
**CREDITOR / RFSN**
OPUS BANK
DAVID M. GUESS
~~GREENBERG TRAURIG LLP~~
~~18565 JAMBOREE ROAD, SUITE 500~~
~~IRVINE, CA 92612~~

**CREDITOR / RFSN**
OPUS BANK
ANNETTE W. JARVIS
GREENBERG TRAURIG LLP
222 SOUTH MAIN STREET, 5TH FLOOR
SALT LAKE CITY, UT 84101

**CREDITOR / RFSN**
PLAZA BONITA LLC
& MISSION VALLEY SHOPPINGTOWN LLC
C/O GEORGE B. BLACKMAR, ESQ., BLACKMAR PRINCIPE & SCHMELTER APC
600 B STREET SUITE 2250
SAN DIEGO, CA 92101

**CREDITOR / RFSN / POC ADDRESS**
SAN DIEGO COUNTY TREASURER-TAX COLLECTOR
ATTN: BK DESK
1600 PACIFIC HIGHWAY ROOM 162
SAN DIEGO, CA 92101-2477

4853-4386-2587, v. 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**