1
D. EDWARD HAYS, #162507
ehays@marshackhays.com
2 LAILA MASUD, #311731
lmasud@marshackhays.com
3 MARSHACK HAYS LLP
870 Roosevelt
4 Irvine, California 92620
Telephone: (949) 333-7777
5 Facsimile: (949) 333-7778

6 Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK
7

8                    UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

| 11 | In re | Case No. 8:18-bk-13311-SC |
|---|---|---|
| 12 | RUBY'S DINER, INC., a California corporation, et al., | Chapter 7 |
| 13 | | (Jointly Administered with Case Nos.: 8:18-bk-13197-SC; 8:18-bk-13198-SC; |
| 14 | Debtor. | 8:18-bk-13199-SC; 8:18-bk-13200-SC; 8:18-bk-13201-SC; 8:18-bk-13202-SC) |
| 15 | Affects: | |
| 16 | ☐    ALL DEBTORS | CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: |
| 17 | ☒    RUBY'S DINER, INC., ONLY | (1) CONFIRMING LIST OF SECURED NOTEHOLDERS; |
| 18 | ☐    RUBY'S SOCAL, DINERS, LLC, ONLY | (2) AUTHORIZING DISTRIBUTIONS TO SECURED NOTEHOLDER CREDITORS; AND |
| 19 | ☐    RUBY'S QUALITY DINERS, LLC, ONLY | (3) SURCHARGE PURSUANT TO 11 U.S.C. §506(c); |
| 20 | ☐    RUBY'S HUNTINGTON BEACH, LTD. ONLY | MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF |
| 21 | ☐    RUBY'S LAGUNA HILLS, LTD. ONLY | RICHARD A. MARSHACK AND LAILA MASUD IN SUPPORT |
| 22 | ☐    RUBY'S OCEANSIDE, LTD, ONLY | |
| 23 | ☐    RUBY'S PALM SPRINGS, LTD. ONLY | Date:   December 13, 2022 |
| 24 | | Time:   11:00 a.m.<br>Courtroom: 5C |
| 25 | | Location: 411 West Fourth Street, Santa Ana, CA 92701-4593 |
| 26 | | |
| 27 | | |
| 28 | | |

MOTION FOR AUTHORITY TO (1) CONFIRM LIST OF NOTEHOLDERS; (2) SURCHARGE; AND (3) MAKE AN INTERIM
PAYMENT TO SECURED NOTEHOLDER CREDITORS
4822-6749-2338v.4-1015-134

# TABLE OF CONTENTS

1.    Summary of Argument ...................................................................................................1

2.    Relevant Background Facts .............................................................................................2

    A.    The Secured Noteholders ....................................................................................2

    B.    The Bankruptcy, Liquidation of Intellectual Property, and Identification of

         Noteholders ..........................................................................................................3

    C.    Identification of Noteholders ..............................................................................4

3.    Legal Authority ...............................................................................................................6

    A.    The Court Has Authority to Authorize Interim Distributions to Secured

         Noteholder Creditors ...........................................................................................6

    B.    The Trustee is Authorized to Recover Expenses of Maintaining Collateral via

         a Surcharge ...........................................................................................................7

    C.    Trustee's Proposed Payments to the Secured Noteholders Should Be

         Approved by The Court .....................................................................................11

4.    Conclusion ....................................................................................................................12

DECLARATION OF RICHARD A. MARSHACK ...............................................................13

DECLARATION OF LAILA MASUD .................................................................................16

1

## TABLE OF AUTHORITIES

2 **Cases**

3 *Debbie Reynolds Hotel & Casino, Inc. v. Calstar Corp. (In re Debbie Reynolds Hotel & Casino,*

4     *Inc.),*

5     255 F.3d 1061, 1067 (9th Cir. 2001) ................................................................ 7

6 *In re Colusa Reg'l Med. Ctr.,*

7     604 B.R. at 853 ................................................................................................ 8

8 *In re Colusa Reg'l Med. Ctr.,*

9     604 B.R. at 854 ................................................................................................ 8

10 *In re Colusa Reg'l Med. Ctr.,*

11    604 B.R. at 859 ................................................................................................ 8

12 *In re Energy Cooperative, Inc.,*

13    173 B.R. 363, 372 (N.D.Ill. 1994) ................................................................. 11

14 *In re Engman,*

15    395 B.R. 610, 619 (Bankr. W.D. Mich. 2008) ............................................... 11

16 *In re Financial Corp. of America,*

17    114 B.R. 221 (Bankr. 9th Cir. 1990) ............................................................... 9

18 *In re Glasply Marine Indus., Inc.,*

19    971 F.2d 391, 393 (9th Cir. 1992) .................................................................... 7

20 *In re Grant Assocs.,*

21    154 B.R. 836, 837 (S.D.N.Y. 1993) ................................................................ 8

22 *In re Kent Manor Inn, LLC,*

23    2017 Bankr.LEXIS 1401, at *9-10 (Bankr. D. Md. May 22, 2017) ................ 8

24 *In re Tollenaar Holsteins,*

25    538 B.R. 830, 833, 838 (Bankr. E.D. Cal. 2015) ............................................ 8

26 *In re Tollenaar Holsteins,*

27    538 B.R. 830, 835 (Bankr. E.D. Cal. 2015) .................................................... 8

28

MOTION FOR AUTHORITY TO (1) CONFIRM LIST OF SECURED NOTEHOLDERS; (2) SURCHARGE; AND (3) MAKE AN
INTERIM PAYMENT TO SECURED NOTEHOLDER CREDITORS

4822-6749-2338v.2-1015-134

*In re Tollenaar Holsteins,*

   538 B.R. at 834 .................................................................................................................. 8

*Sec. Leasing Partners LP v. ProAlert, LLC (In re ProAlert, LLC),*

   314 B.R. 436, 442 (B.A.P. 9th Cir. 2004) ...................................................................... 7

*U.S.D.A. v. Hopper (In re Colusa Reg'l Med. Ctr.),*

   604 B.R. 839, 853 (B.A.P. 9th Cir. 2019) ...................................................................... 7

*U.S.D.A. v. Hopper (In re Colusa Reg'l Med. Ctr.),*

   604 B.R. 839, 854 (B.A.P. 9th Cir. 2019) ...................................................................... 9

**Statutes**

11 U.S.C. § 326 ....................................................................................................................... 9

11 U.S.C. § 506(b) .................................................................................................................. 4

11 U.S.C. § 704(1) .................................................................................................................. 6

11 U.S.C. § 725 ................................................................................................................. 6, 11

11 U.S.C. §326 ........................................................................................................................ 9

11 U.S.C. §506(c) .................................................................................................................... 1

**Other Authorities**

4 COLLIER ON BANKRUPTCY P. 506.05 (2022) .................................................................. 7, 8

**Rules**

Rule 3009 ................................................................................................................................. 6

Rule 3009 of the Federal Rules of Bankruptcy Procedure ..................................................... 6

**Codes**

11 U.S. Code § 506 (c) ............................................................................................................. 7

MOTION FOR AUTHORITY TO (1) CONFIRM LIST OF SECURED NOTEHOLDERS; (2) SURCHARGE; AND (3) MAKE AN
INTERIM PAYMENT TO SECURED NOTEHOLDER CREDITORS
4822-6749-2338v.2-1015-134

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT
JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED
PARTIES:

Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy
Estate ("Estate") of Ruby's Diner, Inc., a California corporation, et al. jointly administered on
September 5, 2018, as lead case no. 8:18-bk-1331-SC ("RDI"), with the following associated
bankruptcy cases: (a) 8:18-bk-13197-SC – Ruby's SoCal Diners, LLC, a Delaware limited liability
company ("SoCal"); (b) 8:18-bk-13198-SC - Ruby Quality Diners, LLC., a Delaware limited
liability company ("Quality"); (c) 8:18-bk-13199-SC – Ruby's Huntington Beach, Ltd., a California
limited partnership ("RHB"); (d) 8:18-bk-13200-SC – Ruby's Laguna Hills, Ltd., a California
limited partnership ("RLH"); (e) 8:18-bk-13201-SC – Ruby's Oceanside Ltd., a California limited
partnership ("RO"); and (f) 8:18-bk-13202-SC – Ruby's Palm Springs, Ltd., a California limited
partnership ("RPS") (collectively, RDI, SoCal, Quality, RHB, RO, RLH, and RPS are referred to as
"Debtors"), moves this Court for an order allowing Trustee to make distributions to secured
noteholders ("Secured Noteholders"); and (2) for surcharge of reasonable, necessary, and beneficial
fees and expenses of Trustee and his attorneys in preserving the Secured Noteholders' collateral
("Motion"). In support of this Motion, Trustee submits as follows:

## 1.    Summary of Argument

A chapter 7 trustee has duties (a) to make distributions as promptly as practicable, and (b) to
dispose of any property in which an entity other than the estate has an interest, such as a lien. With
regard to a trustee's administration of encumbered assets, secured creditors should bear the
reasonable, necessary, and quantifiable costs and expenses of preserving or disposing of their
collateral. In this case, RDI's intellectual property was overencumbered by liens in favor of Secured
Noteholders (who consist of approximately 90, mostly elderly and unrepresented individuals) who
were owed more than $3 million. Upon conversion of this case to Chapter 7, all of the restaurants
managed by debtor and its affiliates had been closed due to the onset of the pandemic. Rather than
abandoning or permitting the debtor's intellectual property to languish, Trustee reopened the

MOTION FOR AUTHORITY TO (1) CONFIRM LIST OF SECURED NOTEHOLDERS; (2) SURCHARGE; AND (3) MAKE AN
INTERIM PAYMENT TO SECURED NOTEHOLDER CREDITORS
4822-6749-2338v.2-1015-134

restaurants to preserve the goodwill and value of all assets including the intellectual property.

Pursuant to a court-approved sale, Trustee sold the intellectual property for approximately $2

million. By this Motion, Trustee seeks a surcharge of $194,535.66 to reimburse the estate for the

fees and costs necessary to preserve and dispose of the Secured Noteholders' collateral. Trustee also

seeks authority to disburse the proceeds of sale less any surcharge to the Secured Noteholders many

of whom never expected to recover anything on account of their claims.[1]

## 2.    Relevant Background Facts

### A.    The Secured Noteholders[2]

The Secured Noteholders[3] hold Secured Promissory Notes ("Secured Notes") originally

dated as of February 10, 2012. Initially, the Secured Noteholders appointed Credit Management

Association, Inc. ("CMA") to serve as their Collateral Agent and to act as liaison with RDI.

Pursuant to a Security Agreement dated as of February 2012, RDI granted the Collateral

Agent, for the benefit of the Secured Noteholders, a continuing security interest in all of its IP.

The Secured Notes were restated and amended in July 2016. Similarly, the Security

Agreement was amended in July 2016.

On or about November 21, 2013, a UCC-1 financing statement was filed with the California

Secretary of State perfecting the Secured Noteholders' liens. On January 8, 2018, an amended

financing statement was filed. On May 21, 2018, a continuation statement was filed perfecting the

Secured Noteholders' liens through May 21, 2023.[4]

---

[1] The Motion also requests that the Court confirm as final, the list of Secured Noteholders, the amount each is owed, and the percentage that they will receive from the proposed distribution as detailed in **Exhibit 1** to the Declaration of Richard A. Marshack ("Marshack Declaration").

[2] *See*, Dk. No. 1298, Exhibit 3-8 to the Marshack Declaration for all documents noted in this Section.

[3] In approximately February 2012, RDI offered to each holder of its existing outstanding unsecured $10,000 principal amount promissory notes who participated in the Company's Unsecured Note Offering (as defined in the Company's Offering Memorandum dated February 10, 2012 ("Offering Memorandum"), the opportunity to purchase one or more secured promissory notes. The notes were restructured in 2016. It is only the unsecured noteholders who purchased the secured promissory notes who are considered Secured Noteholders entitled to distributions from the IP sales proceeds.

[4] Trustee notes that the automatic stay does not toll or extend the time for secured creditors to file continuation statements to maintain their perfected status. Because the Collateral Agent has resigned and the Secured Noteholders are all now responsible for protecting their rights, it is entirely possible that continuation statements will not be filed by the May 21, 2023, deadline and their rights as secured creditors will lapse.

1  Effective May 11, 2019, CMA resigned as Collateral Agent in connection with terminating

2  its business operations.[5] CMA's resignation left the noteholders with no one acting on their behalf.

3  To date, they have not retained a replacement collateral agent nor have they retained counsel in

4  connection with the bankruptcy case.

5  **B.    The Bankruptcy, Liquidation of Intellectual Property, and**

6  **Identification of Noteholders**

7  On September 5, 2018, RDI[6] filed a voluntary petition seeking relief under Chapter 11 of

8  Title 11 of the United States Code. RDI operated as a debtor-in-possession until conversion to

9  Chapter 7. *See*, Marshack Dec., ¶5.

10  On April 15, 2020, the RDI, and related Debtors' Chapter 11 cases were converted to cases

11  under Chapter 7 of the Bankruptcy Code, and Richard A. Marshack is the duly appointed and acting

12  Chapter 7 Trustee for each Chapter 7 case ("Trustee"). *Id*., ¶6.

13  In his capacity as Trustee for the Chapter 7 bankruptcy estates of RDI and related Debtors,

14  Trustee began liquidating the assets of the Chapter 7 bankruptcy estates. *Id*., ¶7.

15  On July 14, 2021, as Dk. No. 1111, Trustee filed a second sale motion to: (1) approve

16  compromise under FRBP 9019; and (2) approve sale of assets of the estate pursuant to 11 U.S.C.

17  § 363 free and clear of all liens, claims, and interests subject to overbid and for determination of

18  good faith Purchaser ("Second Sale Motion"). *Id*. The Secured Assets, which were the subject of the

19  Second Sale Motion, were the intellectual property ("IP") of RDI. *Id*. A hearing on the Second Sale

20  Motion was held on August 18, 2021, where the ultimate sales price for the intellectual property was

21  $2 million dollars. *Id*. The successful buyer also made a separate $1 million payment to the estate

22  which was unrelated to and did not represent the proceeds of the intellectual property. *Id*. Further,

23

24  Although the lapse of the Secured Noteholders' liens would result in the Estate recovering an additional $2 million of unencumbered funds, Trustee does not believe that this would be an equitable result. As such,

25  Trustee has sought authority to confirm the list of secured noteholders, the amounts owed to each, and make distributions prior to this date.

26  [5] Again, because the Collateral Agent has resigned and the Secured Noteholders are all now responsible for

27  protecting their rights, it is entirely possible that continuation statements will not be filed by the May 21, 2023, deadline and their rights as secured creditors will lapse. *supra*, Footnote 3.

28  [6] *See*, Case No. 8:18-bk-13311-SC

3

the purchaser of the IP is also required to pay the Estate one-half of the net revenues that otherwise

would have become payable under the terms of the Amended and Restated License Agreement

("License Agreement") for the three-year period of January 1, 2022, through December 31, 2024.[7]

On September 20, 2021, as Dk No. 1138, an Order granting the Second Sale Motion was

entered.

Currently, the Trustee is holding $2,092,620.11[8] which funds represent the proceeds of sale

of the Secured Assets. Marshack Decl. at ¶7. Through this Motion, Trustee seeks to disburse to

Secured Noteholders the amount of $1,898,084.45, which represents the proceeds of sale less the

$194,535.66 requested surcharge for preserving the collateral.

## C.    Identification of Noteholders

Prior to conversion, RDI proposed a plan of reorganization which attached a list identifying

each of the Secured Noteholders and the amount owed to each ("Plan List").[9]

Trustee also received a list of the Secured Noteholders from BRiley which had been retained

as Debtor's and then Trustee's financial consultant ("BRiley List").[10] There were several

discrepancies between the Plan List and the BRiley List.

Moreover, many but not all, of the Secured Noteholders filed proofs of secured claims

"POCs." Some Secured Noteholders who filed POCs included their unsecured notes as part of their

secured claim. Several also added interest to their claims which is not payable because the collateral

was worth less than the claims. *See*, 11 U.S.C. § 506(b).[11]

---

[7] Plainly put, there is a future stream of royalty payments due the Estate, such receipts are ongoing and thus future payments may be made to the Secured Noteholders. Indeed, under the Revenue Split, the Estate is relieved of all obligations under the License Agreement including all monetary obligations to defend the intellectual property which costs will be funded by Buyer and deducted from revenues received prior to distributing one-half of the net.

[8] $2,000,000 from the sale of the IP and a subsequent $92,620.11 from the Revenue Split that was a component of the IP sale.

[9] *See*, Dk. No. 1298 where a true and correct copy of the Debtor's Plan List is attached as Exhibit 1 to the Marshack Decl.

[10] *See*, Dk. No. 1298 where a true and correct copy of the BRiley List is attached to the Marshack Decl. as Exhibit 10.

[11] In bankruptcy, interest is generally only payable to fully secured creditors. 11 U.S.C. § 506(b). In this case, the amount of the Secured Notes is approximately $3 million but the value realized from the sale of the IP was only $2 million. As such, post-petition interest is properly excluded from the amount of the secured

MOTION FOR AUTHORITY TO (1) CONFIRM LIST OF SECURED NOTEHOLDERS; (2) SURCHARGE; AND (3) MAKE AN
INTERIM PAYMENT TO SECURED NOTEHOLDER CREDITORS
4822-6749-2338v.2-1015-134

On July 26, 2022, as Dk. No. 1238, Trustee filed a motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder ("Noteholder Motion"). On the same date, notices of the Noteholder Motion were given to all creditors, potential secured noteholders, and any other interested parties. Marshack Dec.,¶9.

On August 17, 2022, as Dk. No. 1242, the Court entered an order granting the Noteholder Motion. *Id*.

On August 18, 2022, as Dk. No. 1243, counsel for Trustee filed and served notice to all interested parties of the entered order on the Noteholder Motion. *Id.* The procedure required the following:

- Any party-in-interest who believes that the Exhibit 1, which is attached to the Motion, List of Secured Noteholders does not accurately identify all such secured creditors and the amounts of their claims shall have 60 days from the date of the service of entry of this order approving the Motion to serve on Trustee's counsel (listed in the upper left corner of the 1st page) the form attached as Exhibit "2" to the Marshack Decl., which is attached to the Motion, together with all supporting evidence;

- If the Trustee receives any response necessitating a hearing, the Trustee shall utilize the Court's self-set calendar and file and serve on all interested parties, at least 21 days prior to the hearing, his reply and proposed resolution.

- Any party that does not agree with Trustee's proposed resolution of any dispute may file a response by no later than 7 days prior to the hearing and shall appear at the hearing and present their evidence and argument to the Court; and

- Once Trustee has a final list of the Secured Noteholders approved by this Court, he will file a separate motion seeking authorization to make interim distributions to such parties.

*See*, Dk. No. 1242.

In response to the above court-approved procedure, Trustee's counsel was contacted by certain noteholders about their claims as identified in the Noteholder Motion. Declaration of Laila Masud, ¶7 ("Masud Dec.") The majority of corrections were ministerial in nature i.e. to correct addresses for payment. *Id*. Moreover, there were two claimants who are now deceased whose beneficiaries contacted the Trustee. *Id*. To that end, these beneficiaries provided the necessary

---

claims. To minimize costs of administration and because all Secured Notes had the same rate of interest, Trustee proposes that, for purposes of distributions, the amount of each secured claim be the amount as stated in Exhibit 1.

MOTION FOR AUTHORITY TO (1) CONFIRM LIST OF SECURED NOTEHOLDERS; (2) SURCHARGE; AND (3) MAKE AN INTERIM PAYMENT TO SECURED NOTEHOLDER CREDITORS

4822-6749-2338v.2-1015-134

1  paperwork to prove the passing of the claimants.[12] Notably, there were no Secured Noteholders who

2  contacted the Estate to correct the *amount* of their claim. *Id.*

3      To that end, the amounts reflected in the chart attached as **Exhibit 1** to the Marshack

4  Declaration are the results of the court-approved procedure. Marshack Dec.,¶11. Which the Trustee

5  now seeks to confirm as the final Secured Noteholder List. *Id.*

6  **3.    Legal Authority**

7  **A.     The Court Has Authority to Authorize Interim Distributions to**

8  **Secured Noteholder Creditors**

9      The Bankruptcy Code imposes a duty upon the Trustee to "collect and reduce to money the

10  property of the estate for which such trustee serves and close the estate as expeditiously as is

11  compatible with the best interests of parties in interest." 11 U.S.C. § 704(1). A trustee also has a duty

12  to dispose of any property in which an entity other than the estate has an interest, such as a lien. 11

13  U.S.C. § 725. A trustee is further charged with paying creditors as expeditiously as possible.  "In

14  Chapter 7 cases, dividends to creditors shall be paid as promptly as practicable in the amounts **and**

15  **at the times as ordered by the court**. Rule 3009 of the Federal Rules of Bankruptcy Procedure.

16  Emphasis added.

17      The Advisory Committee Note ("Note") to Rule 3009 makes clear that the amounts and

18  times of interim distributions are left to the discretion of the Court. The Note states, in relevant part,

19  "Although the rule leaves to the discretion of the court the amount and times of dividend payments,

20  it recognizes the creditors' rights to as prompt payment as practicable." In this case, the proposed

21  distributions are to the various secured creditors who have liens on the sales proceeds. Now that the

22  identification of the noteholders has been completed, there is no reason to delay payments.

23

24

25

26

27

28

---

[12] *Id.* Moreover, Trustee and his counsel are determining whether any further documentation is necessary to ensure the proper party is paid on account of these claims.

## B.    The Trustee is Authorized to Recover Expenses of Maintaining Collateral via a Surcharge

A Chapter 7 Trustee may surcharge the collateral of secured creditors in order to recover a bankruptcy estate's expenses in preserving and disposing of assets to the extent of the benefit conferred on secured creditors. Specifically, 11 U.S. Code § 506 (c) provides:

> The trustee may recover from property securing an allowed secured claim the reasonable, necessary costs and expenses of preserving, or disposing of, such property to the extent of any benefit to the holder of such claim...

*See*, 11 U.S.C. §506(c); *see also In re Glasply Marine Indus., Inc.*, 971 F.2d 391, 393 (9th Cir. 1992) (noting that § 506(c) allows a trustee to recover reasonable expense of preserving property to the extent of any benefit to the holder of a secured claim).

Section 506(c) is an exception to the "general bankruptcy rule" that, absent an express agreement to the contrary, the expenses associated with administering a bankruptcy estate are not chargeable to a secured creditor's collateral or claim, but must be borne out of the unencumbered assets of the estate. 4 COLLIER ON BANKRUPTCY P. 506.05 (2022); *see also U.S.D.A. v. Hopper (In re Colusa Reg'l Med. Ctr.)*, 604 B.R. 839, 853 (B.A.P. 9th Cir. 2019) (noting that § 506(c) codifies an exception to the general rule that bankruptcy administrative expenses may not be charged to or against secured collateral).

Surcharge is not an administrative claim but an assessment against a secured party's collateral. *Debbie Reynolds Hotel & Casino, Inc. v. Calstar Corp. (In re Debbie Reynolds Hotel & Casino, Inc.)*, 255 F.3d 1061, 1067 (9th Cir. 2001). A surcharged amount therefore does not come out of the debtor's estate, but rather comes "directly from the secured party's recovery." *Id.* The rationale for charging a lienholder with the costs and expenses of preserving or disposing of secured collateral is that the general estate and unsecured creditors should not bear the cost of "protecting what is not theirs." *Sec. Leasing Partners LP v. ProAlert, LLC (In re ProAlert, LLC)*, 314 B.R. 436, 442 (B.A.P. 9th Cir. 2004).

Under § 506(c), a trustee may recover administrative expenses from a secured creditor's collateral under § 506(c) if one of two tests is met. *In re Tollenaar Holsteins*, 538 B.R. 830, 833, 838

1  (Bankr. E.D. Cal. 2015). The party seeking surcharge under § 506(c) bears the burden of proof. *In re*

2  *Colusa Reg'l Med. Ctr.*, 604 B.R. at 853. The first test is an "objective test" which requires the

3  surcharge claimant to demonstrate that the expenses relating to the preservation or disposition of

4  collateral were:

5      1)    Reasonable,

6      2)    Necessary, and

7      3)    Provided a quantifiable benefit to the secured creditor.

8  *In re Tollenaar Holsteins*, 538 B.R. at 834; *see also In re Colusa Reg'l Med. Ctr.*, 604 B.R. at 854

9  (same). Recovery under the objective test is limited to the amount of any benefit and must be proven

10  with specificity. *In re Tollenaar Holsteins*, 538 B.R. at 834.

11      The second test is a "subjective test" under which the surcharge claimant may establish the

12  secured creditor "consented to" or "caused" the expenses to be surcharged. *In re Tollenaar*

13  *Holsteins*, 538 B.R. at 834; *see also In re Colusa Reg'l Med. Ctr.*, 604 B.R. at 859 (same).

14  If the trustee satisfies the requirements of § 506(c) regarding a particular expense, then the proceeds

15  from the secured party's collateral should be first used to cover the properly surcharged expense

16  instead of being paid to the secured party. 4 COLLIER ON BANKRUPTCY P. 506.05 (2022).

17      Section 506(c), in other words, creates a "special priority" for the surcharged expense ahead

18  of the secured party's general priority to its collateral. *Id.* A surcharge extends to attorney's fees

19  incurred by Trustee's counsel. *See In re Kent Manor Inn, LLC*, 2017 Bankr.LEXIS 1401, at *9-10

20  (Bankr. D. Md. May 22, 2017) (granting in part a motion to surcharge collateral regarding attorney's

21  fees); *In re Grant Assocs.*, 154 B.R. 836, 837 (S.D.N.Y. 1993) (affirming a bankruptcy court order

22  awarding attorney's fees and expenses for work performed on behalf of the debtor to the benefit of a

23  secured creditor). An estate can be surcharged for fees that a trustee's professionals incurred for

24  services rendered for the benefit of a secured creditors and its collateral. *See In re Tollenaar*

25  *Holsteins*, 538 B.R. 830, 835 (Bankr. E.D. Cal. 2015).

26      Further, the reasonableness and necessity of a trustee's incurred expenses must be balanced

27  against the benefits obtained for the secured creditor and the amount the secured creditor would have

28

MOTION FOR AUTHORITY TO (1) CONFIRM LIST OF SECURED NOTEHOLDERS; (2) SURCHARGE; AND (3) MAKE AN
INTERIM PAYMENT TO SECURED NOTEHOLDER CREDITORS
4822-6749-2338v.2-1015-134

necessarily incurred through foreclosure and disposal of the property. *U.S.D.A. v. Hopper (In re Colusa Reg'l Med. Ctr.)*, 604 B.R. 839, 854 (B.A.P. 9th Cir. 2019). Indeed, an estate may surcharge administrative expenses where they are incurred to ensure that property is preserved and disposed of in a manner that provides the secured creditor with the maximum return on the debt. *See, Stollings Trucking Co. v. IRS (In re Stollings Trucking Co.)*, 607 B.R. 846, 850 (Bankr. S.D.W.V. 2019).

<u>Trustee's Surcharge.</u> As noted in Trustee's First Interim Report,[13] during the course of administering the RDI estate Trustee had the following monetary activity for the RDI case:

Receipts $7,173,351.05

Disbursements $2,941,755.85

Balance on Hand $4,231,595.20

For purposes of calculating the statutory maximum compensation allowable to Trustee under 11 U.S.C. § 326, the distribution total is $7,180,209.99 (the amount on deposit plus total disbursements). *See, In re Financial Corp. of America*, 114 B.R. 221 (Bankr. 9th Cir. 1990). Based upon the foregoing, the maximum compensation allowable by statute is $256,656.30. Pursuant to the order approving the First Interim Report, Trustee's compensation was approved in the amount of $256.656.304. *See*, Dk. No. 1292.

For purposes of calculating the statutory commission allowable to Trustee under 11 U.S.C. § 326 - as it relates to collateral of the Secured Noteholders - Trustee has or will disburse $2,092,620.11 (the amount on deposit plus total disbursements of which there has been zero).[14] Based upon the foregoing, the compensation allowable by statute is $86,128.60.

Because the Court has already approved the First Interim Report which accounts for the first million dollars disbursed by Trustee – which are at a higher percentage according to the scheme set forth in 11 U.S.C. §326 - Trustee instead asks the Secured Noteholders be surcharged the lower percentages applicable to distributions in excess of $1 million. Namely, Trustee requests the surcharge for his time be a modified 326 at 3% of the amount to be distributed, $2,092,620.11,

---

[13] *See*, Dk. No. 1266, p. 7:1-11.
[14] *See*, In re Financial Corp. of America, 114 B.R. 221 (Bankr. 9th Cir. 1990).

which amount equals $62,778.60. As shown above, Trustee has worked tirelessly to preserve and liquidate the collateral of the Secured Noteholders and to do so in the face of the pandemic and the likelihood that the lien will lapse without renewal in a matter of months. These costs and expenses should be paid by the creditors receiving the benefit of the costs, the Secured Noteholders, and it would be inequitable to charge these expenses to the other creditors of the Estate.

Surcharge for Attorneys' Fees.  As reflected in the attached Marshack Hays LLP ("MH") Invoices, the Firm rendered services to secure and maintain the IP, identify the noteholders, and liquidate the IP. *See*, Masud Dec., Ex. 2. The fees of Trustee's counsel were reasonable because they were all incurred in the ordinary course of administering a bankruptcy estate, and the amount of fees and time spent on services were reasonable. *Id*. In fact, the MH Employment Application disclosed the hourly rates by professional, and the Court entered the MH Employment Order after no timely objection to the MH Employment App was filed. *See*, Dk. Nos. 602, 709. Moreover, the Court subsequently approved a majority of these fees and reasonable and necessary as part of the Fee Application process. *See*, Dk. Nos. 1001, 1033, 1155, 1170. In total, the Firm spent $119,470.50 in fees and $12,286.56 in expenses, for a total amount of $131,757.06. A true and correct copy of the Firm's invoices are attached to the Masud Declaration as **Exhibit 2.**

The attorney's fees were necessary, namely, to protect the Secured Noteholder's collateral and ensure that the proper individuals received payment. Marshack Dec., ¶¶8-9. And, the attorney's fees provided a quantifiable benefit for the reasons stated above: thanks to the efforts by Trustee's counsel the IP's value did not precipitously decline and instead Trustee managed to secured a $2 million dollar sale of the IP. *Id*. Under the Ninth Circuit's holding in *Debbie Reynolds, supra*, any amounts surcharged should be ordered paid by Trustee directly to the professionals whose fees were determined to have benefitted the secured creditors. Because the Estate has already paid some of the fees and costs pursuant to prior court orders, Trustee will reimburse the Estate for the fees and costs already paid by the Estate. Marshack Dec., ¶12.

## C.    Trustee's Proposed Payments to the Secured Noteholders Should Be Approved by The Court

Bankruptcy courts should authorize interim distributions if a trustee's proposal is reasonable:

> We agree with the Trustee's position that a 20% distribution is appropriate at this time. As discussed above, the Trustee has performed a diligent, extensive analysis concerning the best interests of the Estate and the respective claims at issue. A 25% distribution, as suggested by the Member-Owners/Banks, would be too ambitious at this juncture, particularly in light of voiced concerns regarding the possibility of future administrative and litigation costs.

*In re Energy Cooperative, Inc.*, 173 B.R. 363, 372 (N.D.Ill. 1994).

Moreover, a Trustee "shall dispose of any property in which an entity other than the estate has an interest, such as a lien." 11 U.S.C. § 725.

> Section 725 may be ignored when the competing lien or interest has already been disposed of through abandonment, exemption, or a "subject to" sale. However, in this instance Trustee is asking for court authority to distribute to lienholders and purported co-owners their share of sales made long ago. There is, then, no question that Section 725 governs this aspect of Trustee's motion.

*In re Engman*, 395 B.R. 610, 619 (Bankr. W.D. Mich. 2008).

As set forth above, Trustee believes that making the proposed distributions to the Secured Noteholders is appropriate. Marshack Dec., ¶7. Typically, Trustee would pay secured creditors as part of a court-approved sale. In this case, however, the identification of the dozens of unrepresented noteholders and the amounts of their claims was uncertain. Through his prior procedures motion, Trustee was able to identify the secured creditors and the amounts of their claims. Marshack Dec., ¶10. Because this process has now been completed, there is no reason to further delay payments. *Id*.

After the requested § 506 (c) surcharge in the amounts of $119,470.50 (MH Fees), $12,286.56 (MH Expenses) and $62,778.60 (Trustee modified 326 commission), Trustee proposes to distribute $1,898,084.45 to the Secured Noteholders. Marshack Dec., ¶7. The amount to be distributed to each are set forth in the spreadsheet attached as **Exhibit 1** to the Marshack Declaration which Trustee requests the Court confirm as final.

/ / /

/ / /

MOTION FOR AUTHORITY TO (1) CONFIRM LIST OF SECURED NOTEHOLDERS; (2) SURCHARGE; AND (3) MAKE AN INTERIM PAYMENT TO SECURED NOTEHOLDER CREDITORS

4822-6749-2338v.2-1015-134

## 4.    Conclusion

Trustee respectfully requests that the Court enter an Order granting the Motion as follows:

A.    Surcharging the proceeds of sale subject to the Secured Noteholders' liens, the following fees and expenses:

    1.    $62,778.60 for fees for services rendered by Trustee;

    2.    $119,470.50 for fees for services rendered by Trustee's counsel, Marshack Hays LLP;

    3.    $12,286.56 for expenses by Trustee's counsel, Marshack Hays LLP; and

B.    Authorizing Trustee to pay the surcharged amounts directly to the applicable professional;

C.    Confirming the list attached as Exhibit 1 to the Marshack Declaration as the final list of noteholders and the amounts owed to each; and

D.    Authorizing Trustee to make distributions to the Secured Noteholders identified in Exhibit 1 from the following funds:  $1,898,084.45 in sales proceeds less all surcharged amounts; and

E.    Awarding such further relief as the Court deems just and proper.


DATED:  November 22, 2022                 MARSHACK HAYS LLP

                                    By:  */s/ Laila Masud*
                                      D. EDWARD HAYS
                                      LAILA MASUD
                                      Attorneys for Chapter 7 Trustee,
                                      RICHARD A. MARSHACK

MOTION FOR AUTHORITY TO (1) CONFIRM LIST OF SECURED NOTEHOLDERS; (2) SURCHARGE; AND (3) MAKE AN
INTERIM PAYMENT TO SECURED NOTEHOLDER CREDITORS

4822-6749-2338v.2-1015-134

# DECLARATION OF RICHARD A. MARSHACK

I, RICHARD A. MARSHACK, declare and state as follows:

1.      I am an individual over the age of 18 and am competent to make this declaration.

2.      I am the Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Ruby's Diner, Inc., a California corporation, *et al.*[15]

3.      I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify to these facts.

4.      I make this declaration in support of my Motion For Order: Authorizing Interim Payment To Secured Noteholder Creditors; And Granting Surcharge Pursuant To 11 U.S.C. §506(C) ("Motion").

5.      On September 5, 2018, RDI[16] filed a voluntary petition seeking relief under Chapter 11 of Title 11 of the United States Code. RDI operated as a debtor-in-possession until conversion to Chapter 7.

6.      On April 15, 2020, the RDI, and related Debtors' Chapter 11 cases were converted to cases under Chapter 7 of the Bankruptcy Code. I am the duly appointed and acting Chapter 7 Trustee for each Chapter 7 case ("Trustee"). In my capacity as Trustee for the Chapter 7 bankruptcy estates of RDI and related Debtors, I began liquidating the assets of the Chapter 7 bankruptcy estates. To that end, on July 14, 2021, as Dk. No. 1111, I caused to be filed a second sale motion to: (1) approve compromise under FRBP 9019; and (2) approve sale of assets of the estate pursuant to 11 U.S.C. § 363 free and clear of all liens, claims, and interests subject to overbid and for determination of good faith Purchaser ("Second Sale Motion").  The assets that were the subject of the Second Sale Motion was the intellectual property ("IP") of RDI. A hearing on the Second Sale Motion was held on

---

[15] Jointly administered on September 5, 2018 as lead case no. 8:18-bk-1331-SC ("RDI"), with the following associated bankruptcy cases: (a) 8:18-bk-13197-SC – Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal"); (b) 8:18-bk-13198-SC - Ruby Quality Diners, LLC., a Delaware limited liability company ("Quality"); (c) 8:18-bk-13199-SC – Ruby's Huntington Beach, Ltd., a California limited partnership ("RHB"); (d) 8:18-bk-13200-SC – Ruby's Laguna Hills, Ltd., a California limited partnership ("RLH"); (e) 8:18-bk-13201-SC – Ruby's Oceanside Ltd., a California limited partnership ("RO"); and (f) 8:18-bk-13202-SC – Ruby's Palm Springs, Ltd., a California limited partnership ("RPS") (collectively, RDI, SoCal, Quality, RHB, RO, RLH, and RPS are referred to as "Debtors").

[16] *See*, Case No. 8:18-bk-13311-SC

13

1  August 18, 2021, where the ultimate sales price for the intellectual property was $2 million dollars.

2  The successful buyer also made a separate $1 million payment to the estate which was unrelated to

3  and did not represent the proceeds of the intellectual property. Further, the purchaser of the IP is also

4  required to pay the Estate one-half of the net revenues that otherwise would have become payable

5  under the terms of the Amended and Restated License Agreement ("License Agreement") for the

6  three-year period of January 1, 2022, through December 31, 2024. On September 20, 2021, as Dk

7  No. 1138, an Order granting the Second Sale Motion was entered.

8         7.       Currently, I am holding $2,092,620.11[17] which funds represent the proceeds of sale of

9  the Secured Assets. Through this Motion, Trustee seeks to disburse to Secured Noteholders the

10  amount of $1,898,084.45, which represents the proceeds of sale less the $194,535.66 requested

11  surcharge for preserving the collateral. I believe the proposed distribution is appropriate.

12         8.       Moreover, and as outlined in my prior motion[18], I am informed and believe that my

13  counsel has spent considerable time and expenses relating to the maintenance and protection of the

14  IP as well as identification of the Secured Noteholders and amounts owed. I believe that through the

15  efforts of my professionals, the Property's value was preserved as issues arose, including issues

16  regarding the renewal of the IP and liquidation at auction. The fees and expenses incurred by my

17  professionals regarding the maintenance and protection of the IP, as well as identification of the

18  Secured Noteholders and amounts owed, were reasonable, necessary, and quantifiably beneficial to

19  the Secured Noteholders.

20         9.       Given that the Secured Noteholders are no longer represented by the Collateral

21  Agent, are generally elderly individuals without the means to seek to liquidate their collateral for

22  their benefit, were without the ability to efficiently maximize the realizable value of the IP subject to

23  their liens, and to ensure ratable distributions to all such noteholders, I believe it is appropriate to

24  seek such a surcharge. Moreover, it would be inequitable for such expenses to be borne by the

25  holders of administrative and other unsecured claims.

26

27  [17] $2,000,000 from the sale of the IP and a subsequent $92,620.11 from the Revenue Split that was a
component of the IP sale.

28  [18] *See*, Dk. No. 1298, and Declarations of Kristine Thagard and Kathleen Frederick in support.

MOTION FOR AUTHORITY TO (1) CONFIRM LIST OF SECURED NOTEHOLDERS; (2) SURCHARGE; AND (3) MAKE AN
INTERIM PAYMENT TO SECURED NOTEHOLDER CREDITORS

4822-6749-2338v.2-1015-134

10.     On July 26, 2022, as Dk. No. 1238, I caused to be filed a motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder ("Noteholder Motion"). On the same date, notices of the Noteholder Motion were given to all creditors, potential secured noteholders, and any other interested parties. On August 17, 2022, as Dk. No. 1242, the Court entered an order granting the Noteholder Motion. On August 18, 2022, as Dk. No. 1243, counsel for Trustee filed and served notice to all interested parties of the entered order on the Noteholder Motion.

11.     As described in the Declaration of Laila Masud filed concurrently with this Motion, certain noteholders contacted my counsel with mostly ministerial corrections. To that end, and as a result of the court approved procedure outlined in the Noteholder Motion, attached as **Exhibit 1** is a true and correct copy of the list of Secured Noteholders, Amount of the Claims, and Proposed Distribution. I seek to confirm Exhibit 1 as the final Secured Noteholder List and make distributions as outlined therein.

12.     Moreover, I request that the Court enter an order surcharging the Secured Noteholder's collateral (1) $62,778.60 for fees for services rendered by me; and (2) $131,757.06 for fees and expenses for services rendered by my counsel, Marshack Hays LLP. Because the Estate has already paid some of the fees and costs pursuant to prior court orders, I will reimburse the Estate for the fees and costs already paid by the Estate.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on November **22**, 2022.

_____
RICHARD A. MARSHACK

---

MOTION FOR AUTHORITY TO (1) CONFIRM LIST OF SECURED NOTEHOLDERS; (2) SURCHARGE; AND (3) MAKE AN INTERIM PAYMENT TO SECURED NOTEHOLDER CREDITORS
4822-6749-2338v.2-1015-134

# DECLARATION OF LAILA MASUD

I, LAILA MASUD, declare and state as follows:

1.      I am an individual over the age of 18 and am competent to make this declaration.

2.      I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify to these facts.

3.      I am an attorney licensed to practice in the State of California and have been admitted to practice before this Court.

4.      I am an associate in the law firm of Marshack Hays LLP ("Firm"), which maintains offices at 870 Roosevelt, Irvine, California, 92620. The Firm has represented the Trustee Richard A. Marshack from approximately April 15, 2020, to the Present in his capacity as Chapter 7 Trustee for the jointly administered estate of Ruby's Diner, Inc., a California corporation, *et al.*[19]

5.      I make this Declaration in support of the Chapter 7 Trustee's Motion For Order: Authorizing Interim Payment To Secured Noteholder Creditors; And Granting Surcharge Pursuant To 11 U.S.C. §506(C) ("Motion").

6.      On July 26, 2022, as Dk. No. 1238, I caused to be filed a motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder ("Noteholder Motion"). On the same date, notices of the Noteholder Motion were given to all creditors, potential secured noteholders, and any other interested parties. On August 17, 2022, as Dk. No. 1242, the Court entered an order granting the Noteholder Motion. On August 18, 2022, as Dk. No. 1243, counsel for Trustee filed and served notice to all interested parties of the entered order on the Noteholder Motion.

---

[19] Jointly administered on September 5, 2018 as lead case no. 8:18-bk-1331-SC ("RDI"), with the following associated bankruptcy cases: (a) 8:18-bk-13197-SC – Ruby's SoCal Diners, LLC, a Delaware limited liability company ("SoCal"); (b) 8:18-bk-13198-SC - Ruby Quality Diners, LLC., a Delaware limited liability company ("Quality"); (c) 8:18-bk-13199-SC – Ruby's Huntington Beach, Ltd., a California limited partnership ("RHB"); (d) 8:18-bk-13200-SC – Ruby's Laguna Hills, Ltd., a California limited partnership ("RLH"); (e) 8:18-bk-13201-SC – Ruby's Oceanside Ltd., a California limited partnership ("RO"); and (f) 8:18-bk-13202-SC – Ruby's Palm Springs, Ltd., a California limited partnership ("RPS") (collectively, RDI, SoCal, Quality, RHB, RO, RLH, and RPS are referred to as "Debtors").

16

7.      In response to the above court-approved procedure outlined in the Noteholder Motion, the Firm was contacted by certain noteholders about their claims. The majority of corrections were ministerial in nature i.e. to correct addresses for payment. Moreover, there were two claimants who are now deceased whose beneficiaries contacted the Firm. To that end, these beneficiaries provided the necessary paperwork to prove the passing of the claimants.[20] Notably, there were no Secured Noteholders who contacted the Estate to correct the *amount* of their claim.

8.      I am the designated professional responsible for overseeing the billing in this matter. A true and correct copy of attorney time records and expenses for services rendered by professionals of the Firm on behalf of the Trustee in the above-entitled matter relating to the Secured Noteholders is attached as **Exhibit 2.**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 22, 2022.

_/s/ Laila Masud_____
LAILA MASUD

---

[20] Trustee and the Firm are determining whether any further documentation is necessary to ensure the proper party is paid on account of these claims.

**EXHIBIT "1"**

| CREDITOR | Plan Discl. # | Plan Discl. $ | Proposed Distribution 63.565778% |
|---|---|---|---|
| Rudy and Eileen Amaya | 1 | $61,404.94 | $ 39,032.53 |
| Wayne and Joanne Aspinall | 2 | $40,961.28 | $ 26,037.36 |
| David R. & Arlene A. Belt | 3 | $20,369.72 | $ 12,948.17 |
| John J and Mary L Blaha | 4 | $20,591.56 | $ 13,089.19 |
| Milton & Cora Blevins | 5 | $21,591.00 | $ 13,724.49 |
| Thomas & Judith Brady | 6 | $41,183.11 | $ 26,178.36 |
| Dorothy J. Brideweser | 7 | $20,443.67 | $ 12,995.18 |
| Cathy Campbell | 8 | $10,000.00 | $ 6,356.58 |
| Mark & Kathleen Chiu | 9 | $61,552.80 | $ 39,126.52 |
| Anne L. Clark | 10 | $20,443.67 | $ 12,995.18 |
| Jack M. & Marsha H. Clark | 11 | $20,591.56 | $ 13,089.19 |
| Merrill and Carol Clisby | 12 | $20,591.56 | $ 13,089.19 |
| Robert P. and Elaine A Converse | 13 | $102,218.33 | $ 64,975.88 |
| Frances (Myron) Cooper | 14 | $10,443.67 | $ 6,638.60 |
| Alice Coury and Thomas Pike | 15 | $123,179.61 | $ 78,300.08 |
| Julia Davidson | 16 | $20,480.64 | $ 13,018.68 |
| Maureen (and Hans) DeBeer | 17 | $20,443.67 | $ 12,995.18 |
| Don and Ann Delaney | 18 | $40,961.28 | $ 26,037.36 |
| Michael and Janice Dingillo | 19 | $10,000.00 | $ 6,356.58 |
| Ralph W. and Celia W. Dudley | 20 | $21,035.22 | $ 13,371.20 |
| Christa G. Dyer | 21 | $61,626.78 | $ 39,173.54 |
| Mary Ellen and Mark H Ellis | 22 | $40,887.33 | $ 25,990.35 |
| Robert Wayne Fairweather | 23 | $10,591.56 | $ 6,732.61 |
| Anne L. & Ed S. Farber | 24 | $20,369.72 | $ 12,948.17 |
| Pamela Farber-Leigh | 25 | $20,591.56 | $ 13,089.19 |
| David and Lois Goren | 26 | $20,591.56 | $ 13,089.19 |
| James L and Celeste Gray | 27 | $10,000.00 | $ 6,356.58 |
| Gary M. & Janet Green | 28 | $61,774.67 | $ 39,267.55 |
| Phillip Griffith | 29 | $102,366.22 | $ 65,069.88 |
| Ryan S. and Sharyl L Griffith | 30 | $20,591.56 | $ 13,089.19 |
| John R. & Jeanne C. Hannah | 31 | $102,957.78 | $ 65,445.91 |
| Richard & Susan Hanson | 32 | $20,591.56 | $ 13,089.19 |
| William & Susan Hardy | 33 | $41,183.11 | $ 26,178.36 |
| Raymond & Maureen Harris | 34 | $20,591.56 | $ 13,089.19 |
| Raymond & Gayle Haskell | 35 | $20,369.72 | $ 12,948.17 |
| Robert Allen & Jayne R. Hess | 36 | $20,443.67 | $ 12,995.18 |
| John & Rita Holliday | 37 | $41,035.22 | $ 26,084.36 |
| Harvey and Joyce Jensen | 38 | $20,443.67 | $ 12,995.18 |
| Howard and Carol Jensen | 39 | $20,369.72 | $ 12,948.17 |
| Vern Johnson | 40 | $41,035.22 | $ 26,084.36 |
| Thomas and Arlene Jones | 41 | $20,591.56 | $ 13,089.19 |
| Wesley & Marcia Kim | 42 | $40,887.33 | $ 25,990.35 |
| Ronald and Linda L. Kirkpatrick | 43 | $40,961.28 | $ 26,037.36 |
| David and Gretchen Landau | 44 | $10,000.00 | $ 6,356.58 |

| | | | |
|---|---|---|---|
| James and Mary Lou Lester | 45 | $20,591.56 | $ 13,089.19 |
| Willard and Jutta Loomis | 46 | $20,517.61 | $ 13,042.18 |
| Hope G. Luedeke, Trustee of the Marita Trust | 47 | $10,591.56 | $ 6,732.61 |
| Darlene H. MacDonald | 48 | $20,591.56 | $ 13,089.19 |
| Kenneth Mailman | 49 | $41,035.22 | $ 26,084.36 |
| John C. & Mary Jane Malmquist | 50 | $41,035.22 | $ 26,084.36 |
| Thomas A and Sheree K May | 51 | $20,443.67 | $ 12,995.18 |
| Alexander B. and Irene M. McDonald | 52 | $40,887.33 | $ 25,990.35 |
| Bette McKinney | 53 | $41,035.22 | $ 26,084.36 |
| Terrence Lee & Rosann McLaughlin | 54 | $20,369.72 | $ 12,948.17 |
| Harold E. and Hannah J. Meany | 55 | $20,591.56 | $ 13,089.19 |
| David J. and Maureen L. Melvold | 56 | $20,443.67 | $ 12,995.18 |
| Kelly Michelle Mercer | 57 | $20,591.56 | $ 13,089.19 |
| Pamela J. Monger | 58 | $20,443.67 | $ 12,995.18 |
| Warren and Sheila Newman | 59 | $10,369.72 | $ 6,591.59 |
| Launa Nuttman and Phillip Griffith | 60 | $71,331.00 | $ 45,342.11 |
| Candace and Michael O'Brien | 61 | $41,035.22 | $ 26,084.36 |
| Myra L O'Connell | 62 | $20,443.67 | $ 12,995.18 |
| Ronald R and Patty J Panico | 63 | $20,591.56 | $ 13,089.19 |
| Jerome and Marian Pearl | 64 | $71,626.78 | $ 45,530.12 |
| Norman D. & Margaret A. Petrucci | 65 | $41,183.11 | $ 26,178.36 |
| William E. and Anne Pierce | 66 | $90,000.00 | $ 57,209.20 |
| William E. Pope, Trustee | 67 | $95,324.04 | $ 60,593.47 |
| Diana Rainforth | 68 | $102,366.22 | $ 65,069.88 |
| Anne K. Relph | 69 | $20,591.56 | $ 13,089.19 |
| Allan E. & Shirley Richardson | 70 | $41,035.22 | $ 26,084.36 |
| Roger and Marilyn Riley | 71 | $20,591.56 | $ 13,089.19 |
| Joel B. Rothman | 72 | $20,443.67 | $ 12,995.18 |
| Walter B. and Norma G. Schulte | 73 | $20,369.72 | $ 12,948.17 |
| Kerwin D. and Carolyn S. Secrist | 74 | $20,591.56 | $ 13,089.19 |
| Jim and Janet Shields | 75 | $41,183.11 | $ 26,178.36 |
| Richard Silva, Trustee | 76 | $10,000.00 | $ 6,356.58 |
| O. A. Simmons, The Simmons Trust | 77 | $41,035.23 | $ 26,084.36 |
| Robert G Stebe | 78 | $20,443.67 | $ 12,995.18 |
| Clifford & Karen Stember | 79 | $41,035.22 | $ 26,084.36 |
| John P and Kathleen H. Teele | 80 | $40,887.33 | $ 25,990.35 |
| Kevin Thomas | 81 | $20,591.56 | $ 13,089.19 |
| Cheryl Thoreen | 82 | $20,591.56 | $ 13,089.19 |
| Gerald and Phyllis Waters | 83 | $20,443.67 | $ 12,995.18 |
| David P. Wells | 84 | $20,591.56 | $ 13,089.19 |
| Janet & Keith Westerfield | 85,86 | $20,591.56 | $ 13,089.19 |
| Susan F. White | 87 | $20,443.67 | $ 12,995.18 |
| John R. Wilson, Jr. | 88 | $20,591.56 | $ 13,089.19 |
| William and Myrna Wright | 89 | $20,591.56 | $ 13,089.19 |
| Arthur and Beth Young | 90 | $20,591.56 | $ 13,089.19 |
| | | $2,986,016.21 | $1,898,084.44 |

**EXHIBIT "1"**

**PAGE 19**

**EXHIBIT "2"**

# MARSHACK HAYS LLP

### ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/02/20 | LM | Telephone conference with Wen Tan re: extent of lien held by noteholders (.20); Correspondence with Wen Tan, D. Edward Hays and Cynthia Bastida re: same (.20); | 0.40 | 370 | 148.00 |
| 06/02/20 | LM | Telephone conference with D. Edward Hays re: security agreement in favor of noteholders against RDI and first position lienholder (.40); Review reply to provide for withdrawal of cash collateral usage pending service on CMA noteholders and IRS (.20); | 0.60 | 370 | 222.00 |
| 06/03/20 | LM | Telephone conference with Chuck Schuletz re: CMA as collateral agent for secured noteholders (.20); Correspondence to D. Edward Hays and Cynthia Bastida re: same (.10); | 0.30 | 370 | 111.00 |
| 06/03/20 | LM | Telephone conference with Chuck Schultz re: CMA bankruptcy and impact on RDI secured noteholders (.10); Review written correspondence re: same (.10); Correspondence to D. Edward Hays re: same with analysis of documents sent by Chuck Schultz (.20); | 0.40 | 370 | 148.00 |
| 06/03/20 | DEH | Written correspondence with Laila Masud re: note holder claims; | 0.20 | 650 | 130.00 |
| 06/04/20 | LM | Telephone conference with Tad Belshe re: information relating to CMA and steering committee for secured noteholders; | 0.20 | 370 | 74.00 |
| 08/12/20 | LM | Correspondence with D. Edward Hays re: Ruby's: Noteholders Security Agreement; | 0.20 | 370 | 74.00 |
| 08/13/20 | LM | Written correspondence with Tinho Mang, re: Ruby's: Noteholders Security Agreement and UCC-1s and extent of lien on D&O claims; | 0.20 | 370 | 74.00 |
| 09/10/20 | CB | Review e-mail from Laila Masud D. Edward Hays re: extent of representation of the noteholders; | 0.10 | 250 | 25.00 |
| 10/30/20 | DEH | Research re: whether tort claims are subject to Noteholders' security agreement (.50); Review and analyze security agreements and financing statements re: same (.30); Written correspondence with Bill Lobel and Mike Issa re: same (.20); | 1.00 | 650 | 650.00 |
| 10/31/20 | DEH | Written correspondence with Richard A. Marshack and Mike Issa re: timing for obtaining judgment or order that noteholders do not hold perfected liens against tort claim recoveries; | 0.30 | 650 | 195.00 |
| 12/09/20 | CB | Review e-mail from Bernadette Anavim re: address update for Ruby's noteholders (.10); E-mail to Bernadette Anavim re: same (.10); E-mail to Kathleen Frederick re: update to service list (.10); | 0.30 | 250 | 75.00 |
| 01/22/21 | LM | Written correspondence with Richard A. Marshack and Claudia M. Coleman re: special litigation counsel for intellectual property advisement; | 0.20 | 370 | 74.00 |
| 01/22/21 | CMC | Teleconference with Richard A. Marshack and Maria Johnson re: filing of employment application of De Novo Legal PC (IP Counsel) and motion for authorization to pay invoice; | 0.60 | 325 | 195.00 |
| 01/25/21 | LM | Telephone discussion with Laila Masud re: special counsel and post petition financing section in first interim fee application (.30); Review case file for discussion re: same (.20); | 0.50 | 250 | 125.00 |

**EXHIBIT "2"**
**PAGE 20**

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION  |  REORGANIZATION  |  BANKRUPTCY

870 ROOSEVELT  |  IRVINE, CA 92620
949.333.7777  |  FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/29/21 | PK | Review case notes and e-mails and draft Trustee's application to employ special intellectual property counsel; | 0.60 | 270 | 162.00 |
| 01/29/21 | LM | Review and revise application to employ special intellectual property counsel (2.10); Draft written correspondence to Claudia M. Coleman re: further inquiries re: connections of proposed counsel and revisions to same (.10); Telephone conference with Richard A. Marshack re: same (.10); | 2.30 | 370 | 851.00 |
| 01/29/21 | CMC | Update employment application of special IP counsel and draft e-mail to Maria Johnson re: same (.10); Draft 2004 examination of Cavanaugh document request questions (2.0); | 2.10 | 325 | 682.50 |
| 02/01/21 | CMC | Teleconference with Richard A. Marshack re: employment application of special IP counsel (.30); Update draft employment application incorporating information provided by IP counsel Maria Johnson (1.0); | 1.30 | 325 | 422.50 |
| 02/02/21 | CMC | Teleconference with Maria Johnson re: application to employ firm as special counsel (.20); Review invoices and incorporate information on billing and firm bio into application (.80); | 1.00 | 325 | 325.00 |
| 02/03/21 | DEH | Review and revise application to employ special IP counsel; | 0.90 | 650 | 585.00 |
| 02/03/21 | DEH | Research re: elements for nunc pro tunc employment and cases subsequent to US Supreme Court case re: nunc pro tunc orders (.40); Written correspondence with Claudia M. Coleman and Richard A. Marshack re: same (.20); | 0.60 | 650 | 390.00 |
| 02/03/21 | CMC | Per D. Edward Hay's request, update application to employ special counsel, include case law re: order to authorize retroactive employment; | 1.60 | 325 | 520.00 |
| 02/08/21 | DEH | Telephone conference with Richard A. Marshack and Pam Kraus re: application to employ IP firm; | 0.30 | 650 | 195.00 |
| 02/08/21 | LM | Telephone conference with D. Edward Hays re: stipulation re: licensing agreement, advancement of certain funds by Casbure and affect on application to employ IP counsel; | 0.20 | 370 | 74.00 |
| 02/08/21 | CMC | Draft follow-up e-mail correspondence with D. Edward Hays re: application to employ special IP counsel; | 0.10 | 325 | 32.50 |
| 02/09/21 | DEH | Telephone conference with Laila Masud re: IP counsel retention (.10); Written correspondence with Laila Masud and Claudia Coleman re: same (.20); | 0.30 | 650 | 195.00 |
| 02/09/21 | LM | Telephone conference with D. Edward Hays re: IP counsel retention (.10); Telephone conference with Richard A. Marshack and Tad Belshe re: same (.40); Review and revise application to employ IP counsel re: same (.50); Draft written correspondence to Tad Belshe, Richard A. Marshack, Maria Johnson re: same for final review and execution (.10); Written correspondences with D. Edward Hays and Claudia M. Coleman re: same (.20); | 1.30 | 370 | 481.00 |
| 02/12/21 | DEH | Telephone conference with Emily Anderson re: stipulation re: advancing costs of IP counsel; | 0.20 | 650 | 130.00 |

**EXHIBIT "2"**

**PAGE 21**

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/16/21 | CMC | Teleconference with Laila Masud re: application to employ special counsel (.10); Review stipulation re: IP licensing agreement between RDI, RDFS and Trustee and incorporate terms of stipulation into application to employ special counsel (1.0); | 1.10 | 325 | 357.50 |
| 02/17/21 | DEH | Written correspondence to Tinho Mang re: Finish drafting motion to assume license agreement; | 0.20 | 650 | 130.00 |
| 02/17/21 | CMC | Update application to employ special counsel per Trustee's comments; | 0.10 | 325 | 32.50 |
| 02/18/21 | LM | Further revisions to IP counsel application re: exhibits (.10); Written correspondence with Sam Schwartz and Emily Anderson re: application to employ IP counsel and declaration of Todd Spector in support (.10); | 0.20 | 370 | 74.00 |
| 02/18/21 | LM | Review and revise proposed revisions to IP counsel application by RDFS counsel with comparison to IP stipulation advancing fees; | 0.30 | 370 | 111.00 |
| 02/18/21 | LM | Telephone conference with Richard A. Marshack re: proposed revisions by RDFS to IP application to employ (.10); Draft written correspondence to Sam Schwartz re: acceptance of proposed revisions (.10); Draft written correspondence to Maria Johnson re: revised declaration and application for review and execution (.10); Draft written correspondence to Richard A. Marshack re: same (.10); | 0.40 | 370 | 148.00 |
| 02/19/21 | CB | Review e-mail from Laila Masud re: application to employ De Novo law firm as special intellectual counsel (.10); E-mail to Kathleen Frederick re: service of same (.10); | 0.20 | 250 | 50.00 |
| 02/19/21 | CB | Review multiple e-mails between counsel and special intellectual counsel De Novo re: application to employ (.20); E-mail to Claudia M. Coleman re: special counsel biography (.10); Review e-mail from Claudia M. Coleman re: same (.10); E-mail to special counsel Maria Johnson re: approval of biography in support of application (.10); Review e-mail from Maria Johnson re: approval of same and executed declaration in support of application to employ (.10); | 0.60 | 250 | 150.00 |
| 02/19/21 | CB | E-mail to Laila Masud re: confirmation that no information is to be redacted on invoices in support of application to employ special intellectual counsel (.10); Review e-mail from Laila Masud re: same (.10); | 0.20 | 250 | 50.00 |
| 02/19/21 | CB | E-mail to Claudia M. Coleman and Laila Masud re: confirmation of exhibit re: marks in support of intellectual property counsel application (.10); Review e-mail from Laila Masud re: same (.10); | 0.20 | 250 | 50.00 |
| 02/19/21 | CB | Revise and finalize application to employ special intellectual counsel De Novo (.50); Identify and mark exhibits in support of same (.40); Prepare draft notice of application re: same (.20); E-mail to Laila Masud re: same (.10); Review e-mail from Laila Masud re: approval of same (.10); Revise and finalize notice re: same (.30); E-mail to Laila Masud re: same (.10); | 1.70 | 250 | 425.00 |
| 02/19/21 | LM | Written correspondences with Cynthia Bastida re: marks as exhibit to IP counsel app; | 0.20 | 370 | 74.00 |

**EXHIBIT "2"**
**PAGE 22**

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/19/21 | LM | Review and revise notice of application to employ IP counsel (.10); Written correspondences with Cynthia Bastida re: approval of revisions to notice of application to employ IP counsel (.10); | 0.20 | 370 | 74.00 |
| 03/08/21 | LM | Written correspondence with Cynthia Bastida re: declaration of non-opposition and order re: application to employ IP counsel; | 0.10 | 370 | 37.00 |
| 03/08/21 | LM | Review and revise order approving application to employ IP counsel (.10); Review and revise declaration of non-opposition re: same (.10); Draft written correspondence to Cynthia Bastida re: approval as revised of same for filing post expiration of opposition deadline (.10); | 0.30 | 370 | 111.00 |
| 03/10/21 | CB | Review text message from Laila Masud re: declaration that no party requested a hearing on motion re: employment of DeNovo Legal as special counsel (.10); Text message to Laila Masud re: same (.10); Revise and finalize declaration re: same (.30); Identity exhibits in support of same (.10); Revise and finalize order granting same (.20); E-mail to Laila Masud re: same (.10); | 0.90 | 250 | 225.00 |
| 03/11/21 | LM | Telephone conference with Pam Kraus re: creditor claims issues re: noteholders and employees and potential solutions; | 0.10 | 370 | 37.00 |
| 03/11/21 | DEH | Review entered order setting hearing on application to employ IP counsel nunc pro tunc and written correspondence with Laila Masud re: same; | 0.20 | 650 | 130.00 |
| 03/11/21 | LM | Written correspondence with D. Edward Hays re: order setting IP counsel application for hearing and supplemental briefing required (.20); Written correspondence with Claudia M. Coleman re: same and information to be obtained from IP counsel and research for supplemental brief requested by the court (.30); | 0.50 | 370 | 185.00 |
| 03/11/21 | TM | Review court order setting hearing sua sponte on special IP counsel employment application and telephone conference with Laila Masud re: same (No Charge); | 0.10 | 320 | 0.00 |
| 03/11/21 | CMC | Review and respond to e-mail from Laila Masud re: Ruby's application to employ special IP counsel (.20); E-mail Maria Johnson, special IP counsel, re: order of court to draft supplemental brief in support of application to employ (.10); Draft shell declaration in support of supplemental brief for Maria Johnson to fill in (.40); | 0.70 | 325 | 227.50 |
| 03/11/21 | LM | Telephone conference with Pam Kraus re: creditor claims issues re: noteholders and employees and potential solutions; | 0.10 | 370 | 37.00 |
| 03/17/21 | CMC | Telephone conference with Maria Johnson re: declaration in support of supplemental brief in support of employment application; | 0.10 | 325 | 32.50 |
| 03/18/21 | DEH | Telephone conference with Richard A. Marshack re: strategy for sale of IP; | 0.20 | 650 | 130.00 |

EXHIBIT "2"
PAGE 23

# MARSHACK HAYS LLP

**ATTORNEYS AT LAW**

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/18/21 | CMC | Draft supplemental brief in response to court order in support of application of employment of IP counsel (1.20); Draft and send e-mail correspondence to Maria Johnson requesting additional information and invoices for services rendered pre- and post-confirmation for supplemental brief (10); | 1.30 | 325 | 422.50 |
| 03/19/21 | LM | Review and revise declaration of Maria Johnson re: IP counsel application to employ per Judge's request (.20); Written correspondence with Claudia M. Coleman re: same and expanding on same (.20); | 0.40 | 370 | 148.00 |
| 03/19/21 | CMC | Draft supplemental brief in response to court order in support of application of employment of IP counsel; | 6.40 | 325 | 2,080.00 |
| 03/22/21 | DEH | Review and revise supplemental brief in support of trustee's application to retain special IP counsel (.70); Review and revise declaration of Maria Johnson re: same (.20); Written correspondence with Laila Masud re: same (.20); | 1.10 | 650 | 715.00 |
| 03/22/21 | LM | Telephone conference with Claudia M. Coleman re: special counsel supplemental brief and conflicts and prepetition claim by IP counsel (.20); Written correspondences with D. Edward Hays re: Same (.20); | 0.40 | 370 | 148.00 |
| 03/22/21 | CMC | Draft supplemental brief in response to court order in support of employment of IP counsel (5.80); Telephone conference with Laila Masud re: pre-petition billing by IP counsel (.20); Telephone conference with Maria Johnson re: invoices and declaration in support of supplemental brief (.20); | 6.20 | 325 | 2,015.00 |
| 03/23/21 | DEH | Telephone conference with Laila Masud and Claudia Coleman re: review of IP counsel retention and declaration of Maria Johnson in support of same (.10); | 0.10 | 650 | 65.00 |
| 03/23/21 | LM | Review, revise and supplement supplemental brief re: IP counsel retention and declaration of Maria Johnson in support of same (1.10); Telephone conference with D. Edward Hays and Claudia M. Coleman re: review of same (.10); Draft written correspondence to D. Edward Hays re: same (.10); (Actual time 1.30) | 0.70 | 370 | 259.00 |
| 03/23/21 | LM | Revise and finalize supplemental brief re: IP counsel (Actual time 1.80); | 0.90 | 370 | 333.00 |
| 03/24/21 | DEH | Review multiple written correspondences from Laila Masud re: proposed revisions and argument re: employment of firm as estate's professional for pre-conversion period; | 0.20 | 650 | 130.00 |
| 03/24/21 | CB | Review e-mail from Layla Buchanan re: declaration of Maria Johnson (.10); E-mail to Layla Buchanan re: same (.10); E-mail to Claudia M. Coleman re: same (.10); Review e-mail from D. Edward Hays re: revisions of same (.10); Review e-mail from Laila Masud re: approval of same (.10); Review e-mail from Claudia M. Coleman to Maria Johnson re: review and approval of same (.10); Review e-mail from Maria Johnson re: revisions to same (.10); Revise declaration re: correct rate (.10); E-mail to Maria Johnson re: same (.10); | 0.90 | 250 | 225.00 |

EXHIBIT "2"
PAGE 24

# MARSHACK HAYS LLP

### ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/24/21 | CB | Review e-mail from Laila Masud re: approval of supplemental brief re: special counsel (.10); E-mail to Laila Masud re: same (.10); E-mail to Richard A. Marshack re: same (.10); Telephone conversation with Richard A. Marshack re: same (.10); Review e-mail from Richard A. Marshack re: executed declaration re: same (.10); | 0.50 | 250 | 125.00 |
| 03/24/21 | CB | E-mail to Laila Masud and Claudia M. Coleman re: approval of finalized declaration of Maria Johnson (.10); Review e-mail from Laila Masud re: further revisions to declaration (.10); Revise declaration re: same (.10); E-mail to Claudia M. Coleman re: status of signature page (.10); Review e-mail from Laila Masud re: same (.10); | 0.50 | 250 | 125.00 |
| 03/24/21 | CB | Revise and finalize declaration of Maria Johnson in support of special counsel application (.40); Identify and mark exhibits in support of same (.10); Revise and finalize supplement brief in support of application to employ special counsel (.50); E-mail to Laila Masud and Claudia M. Coleman re: same (.10); E-mail to Maria Johnson re: filed declaration (.10); | 1.20 | 250 | 300.00 |
| 03/24/21 | LM | Review multiple written correspondences from D. Edward Hays re: proposed revisions and argument re: employment of firm as estate's professional for pre-conversion period (.20); Telephone conference with Claudia M. Coleman re: same and status of execution of declaration of Maria Johnson in support of same (.10); Review and revise supplemental brief to account for argument with additional legal research into same (1.0); Telephone conference with D. Edward Hays re: same (.20); Draft written correspondence to Cynthia Bastida re: filing of same and execution of declaration in support of same (.10); Telephone conference with Claudia M. Coleman re: same (.10); | 1.70 | 370 | 629.00 |
| 03/24/21 | CMC | E-mail correspondence with Maria Johnson re: supplemental brief in support of Ruby's application for employment of special counsel; | 0.10 | 325 | 32.50 |
| 04/02/21 | DEH | Telephone conference with Laila Masud re: strategy for oral argument re: retention of IP counsel; | 0.20 | 650 | 130.00 |
| 04/05/21 | CB | Review tentative ruling re: application to employ special intellectual property counsel (.10); Prepare hearing binder re: same (.50); E-mail to D. Edward Hays re: same (.10); | 0.70 | 260 | 182.00 |
| 04/06/21 | CB | E-mail to D. Edward Hays re: hearing on application to employ special intellectual property counsel; | 0.10 | 260 | 26.00 |
| 04/07/21 | DEH | Review and revise statement of property sold and written correspondence with Pam Kraus re: same; | 0.10 | 650 | 65.00 |
| 04/07/21 | DEH | Prepare for hearing on Trustee's application to employ DeNovo including review and analyze tentative ruling, application, and reply brief (.40); Court appearance re: same (.60); Written correspondence with Claudia M. Coleman re: same, coordinating with counsel, and drafting order (.10); | 1.10 | 650 | 715.00 |

**EXHIBIT "2"**
**PAGE 25**

# MARSHACK HAYS LLP

### ATTORNEYS AT LAW

LITIGATION   |   REORGANIZATION   |   BANKRUPTCY

870 ROOSEVELT  |  IRVINE, CA 92620
949.333.7777  |  FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/08/21 | DEH | Telephone conference with Richard A. Marshack re: strategy for oral argument in light of tentative ruling; | 0.20 | 650 | 130.00 |
| 04/08/21 | DEH | Review and analyze tentative ruling (.20); Conference with Sarah Cate Hays re: strategy for oral argument (.20); | 0.40 | 650 | 260.00 |
| 04/08/21 | DEH | Review pleadings and prepare outline of facts and authorities for oral argument (.30); Court appearance re: hearing on employment application (.50); Written correspondence with Claudia M. Coleman re: preparing order after hearing (.10); | 0.90 | 650 | 585.00 |
| 04/09/21 | DEH | Telephone conference with Richard A. Marshack re: sale of IP and related issues; | 0.40 | 650 | 260.00 |
| 04/09/21 | DEH | Telephone conferences with Maria Johnson re: employment, hearing, fee applications, and procedure for obtaining authorization to undertake services (.40); Written correspondence with Claudia M. Coleman re: same (.10); | 0.50 | 650 | 325.00 |
| 04/12/21 | DEH | Telephone conference with Sam Schwartz re: sale negotiations (.30); Telephone conference with Richard A. Marshack re: same (.20); | 0.50 | 650 | 325.00 |
| 04/13/21 | DEH | Telephone conference with Laila Masud re: IP law firm invoices (.10); Written correspondence with Laila Masud and Review and analyze summary and analysis re: same (.50); | 0.60 | 650 | 390.00 |
| 04/13/21 | CB | Review e-mail from Laila Masud re: preparation of fee application in support of FitzGerald & Mule fees and expenses (.10); Review e-mail from Pam Kraus re: same (.10); E-mail to Laila Masud re: same (.10); | 0.30 | 260 | 78.00 |
| 04/13/21 | LM | Written correspondence with Cynthia Bastida, Pam Kraus and Richard A. Marshack re: Mule Fitzgerald fee application and 45 day notice to all professionals; | 0.20 | 390 | 78.00 |
| 04/14/21 | LM | Written correspondence with Cynthia Bastida re: status of order approving IP counsel employment; | 0.20 | 390 | 78.00 |
| 04/14/21 | LM | Telephone conference with Claudia M. Coleman re: de novo law fee application (.10); Written correspondence with Richard A. Marshack and Claudia M. Coleman re: same (.10); | 0.20 | 390 | 78.00 |
| 04/14/21 | CMC | Discuss with Laila Masud re: protocol for IP counsel to submit invoices for payment (.10); Send e-mail to trustee re: whether the firm will draft IP counsel fee applications or provide template (.10); | 0.20 | 350 | 70.00 |
| 04/16/21 | LM | Telephone conference with Claudia M. Coleman re:status of order approving de novo counsel and fee application of counsel; | 0.10 | 390 | 39.00 |
| 04/16/21 | CMC | Telephone conference with Laila Masud re: Ruby's special counsel fee application; | 0.10 | 350 | 35.00 |
| 04/19/21 | DEH | Written correspondence with Laila Masud re: scope and extent of noteholders' collateral; | 0.20 | 650 | 130.00 |

EXHIBIT "2"

PAGE 26

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/22/21 | LM | Telephone conference with Richard A. Marshack re: Brazilian IP counsel invoices for pre-conversion services and potential payment in connection with sale of IP (.20); Draft written correspondence to Maria Johnson and Sam Scwartz re: same (.10); | 0.30 | 390 | 117.00 |
| 04/26/21 | DEH | Telephone conference with Richard A. Marshack re: sale of IP and loan to estate; | 0.30 | 650 | 195.00 |
| 04/26/21 | CMC | Teleconference with IP Counsel Maria Johnson re: fee application; | 0.10 | 350 | 35.00 |
| 05/04/21 | CB | Prepare draft 45 day notice to professionals (.20); E-mail to Laila Masud re: approval of same (.10); Review e-mail from Laila Masud re: approval of same (.10); | 0.40 | 260 | 104.00 |
| 05/05/21 | CB | Revise and finalize 45 day notice (.40); E-mail to Laila Masud re: same (.10); E-mail to staff re: instructions of same (.10); | 0.60 | 260 | 156.00 |
| 05/06/21 | CB | Prepare amended 45 day notice on hearing (.20); E-mail to Laila Masud re: approval of same (.10); Review e-mail from Laila Masud re: approval of same (.10); Revise and finalize re: same (.10); Review e-mail from Laila Masud re: error in docket title re: same (.10); Telephone call to clerk re: same (.10); | 0.70 | 260 | 182.00 |
| 05/06/21 | CB | E-mail to interested parties re: 45 day notice to professionals; | 0.10 | 260 | 26.00 |
| 05/10/21 | CB | Telephone conversation with staff re: message from Dale Olansky (.10); Review e-mail from Dale Olansky re: same (.10); E-mail to Dale Olansky re: preparation of fee application (.10); | 0.30 | 260 | 78.00 |
| 05/27/21 | DEH | Review and revise order granting DeNovo's employment (.10); Review entered order re: same (.10); | 0.20 | 650 | 130.00 |
| 05/27/21 | CB | Review e-mail from Pam Kraus re: DeNovo special counsel application and order granting same (.10); Review case file re: same (.10); E-mail to Claudia M. Coleman re: same (.10); Review e-mail from Claudia re: same (.10); E-mail to Pam Kraus re: same (.10); | 0.50 | 260 | 130.00 |
| 05/27/21 | CB | Review e-mail from D. Edward Hays re: approval of order granting employment of special counsel DeNovo (.10); Revise and finalize order re: same (.20); E-mail to D. Edward Hays re: same (.10); | 0.40 | 260 | 104.00 |
| 05/27/21 | LM | Written correspondences with Claudia M. Coleman, Cynthia Bastida and Pam Kraus re: IP counsel order approving application (.20); Draft written correspondence to D. Edward Hays re: same (.10); Written correspondence with Cynthia Bastida re: fee application for De Novo Law (.10); Conference with D. Edward Hays re: review of IP application order (.10); | 0.50 | 390 | 195.00 |
| 06/01/21 | DEH | Telephone conference with Richard A. Marshack re: sale terms to Casbure and NetDown obligations; | 0.70 | 650 | 455.00 |
| 06/02/21 | DEH | Conference call with Sam Schwartz and Richard A. Marshack re: sale negotiations; | 0.70 | 650 | 455.00 |
| 06/02/21 | DEH | Telephone conference with Richard A. Marshack re: sale negotiations and strategy; | 0.30 | 650 | 195.00 |

**EXHIBIT "2"**

**PAGE 27**

# MARSHACK HAYS LLP
### ATTORNEYS AT LAW
LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/04/21 | LM | Written correspondences with D. Edward Hays re: secured noteholders collateral, analysis of security agreement and extension of same to proceeds from sale of interest in South Coast plaza; | 0.20 | 390 | 78.00 |
| 06/04/21 | LM | Telephone conference with D. Edward Hays and Pam Kraus re: secured noteholders lien rights, recording of security interest, and continuation statement filing due date (.20); Telephone conference with D. Edward Hays re: exceptions in 362(b)(3), with references to 546 and 547, as it relates to the filing of continuation statement to continue perfection of security interest and extent of lien as to intellectual property where there is recorded statement with US Patent office (1.0); | 1.20 | 390 | 468.00 |
| 06/04/21 | LM | Legal research on FRBP 3002 re: proof of claim mandatory for secured creditors; | 0.20 | 390 | 78.00 |
| 06/04/21 | LM | Draft written correspondence to Richard A. Marshack and Claudia M. Coleman re: fee application for De Novo law group in light of negotiations for sale of IP and inclusion of payment of same by any successful purchaser; | 0.20 | 390 | 78.00 |
| 06/07/21 | DEH | Written correspondences (x3) with Laila Masud and Richard A. Marshack re: de novo fee application necessity in light of payment by third party; | 0.20 | 650 | 130.00 |
| 06/07/21 | LM | Written correspondences (x3) with D. Edward Hays and Richard A. Marshack re: de novo fee application necessity in light of payment by third party; | 0.20 | 390 | 78.00 |
| 06/09/21 | LM | Review written correspondence from Pam Kraus re: revised IP proposal; | 0.10 | 390 | 39.00 |
| 06/10/21 | DEH | Telephone conference with Richard A. Marshack re: sale terms; | 0.20 | 650 | 130.00 |
| 06/15/21 | CB | E-mail to Richard A. Marshack re: status of De Novo Law Group fees; | 0.10 | 260 | 26.00 |
| 06/16/21 | LM | Written correspondences with Richard A. Marshack and Claudia Coleman re: international patents invoices; | 0.20 | 390 | 78.00 |
| 06/24/21 | DEH | Telephone conference with Richard A. Marshack and draft further revisions to purchase and sale agreement; | 2.40 | 650 | 1,560.00 |
| 06/24/21 | DEH | Finalize revisions to PSA (.40); Draft written correspondence to Sam Schwartz re: same (.20); | 0.60 | 650 | 390.00 |
| 06/24/21 | LM | Review written correspondence from Richard A. Marshack re: contract for sale of intellectual property and potential revisions and scope of same; | 0.10 | 390 | 39.00 |
| 06/25/21 | LM | Review written correspondences from Richard A. Marshack and D. Edward Hays re: motion to approve IP agreement; | 0.30 | 390 | 117.00 |
| 06/28/21 | LM | Written correspondences (x4) with D. Edward Hays and Cynthia Bastida re: sale agreement for IP; | 0.20 | 390 | 78.00 |
| 06/28/21 | LM | Telephone conference with Cynthia Bastida re: motion to approve sale of IP and administrative claims bar date motion; | 0.30 | 390 | 117.00 |
| 06/29/21 | LM | Telephone conference with Kathleen Frederick re: service of notice re: sale of IP assets (.30); Written correspondence with D. Edward Hays re: same (.20); | 0.50 | 390 | 195.00 |

**EXHIBIT "2"**
**PAGE 28**

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION   |   REORGANIZATION   |   BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/21 | CB | Review e-mail from Kathleen Frederick re: clarification on service list in support of sale motion (.10); E-mail to Kathleen Frederick re: same (.10); | 0.20 | 260 | 52.00 |
| 07/12/21 | CB | Review e-mails to obtain service instructions on sale motion (.10); E-mail to Kathleen Frederick re: same (.10); E-mail to Mike Gregoire re: same (.10); | 0.30 | 260 | 78.00 |
| 07/12/21 | LM | Review and revise sale/9019 motion and supporting declaration of trustee re: IP, netdown agreement, gift cards etc (1.70); Multiple written correspondences (x8) with D. Edward Hays re: same (.40); Draft written correspondence to D. Edward Hays re: final form for buyer review (.10); Review written correspondence from D. Edward Hays to Sam Schwartz re: review of motion and 363(m) buyer declaration and clarification on purchaser i.e. Casbure or RDFS (.10); Draft written correspondence to Cynthia Bastida re: motion for interim distribution to secured noteholders (.10); Telephone conference with Cynthia Bastida re: motion to pay Craig lien as well and timing of same (.20); Telephone conference with D. Edward Hays re: same (.20); Telephone conference with Cynthia Bastida re: same (.10); | 2.90 | 390 | 1,131.00 |
| 07/12/21 | LM | Telephone conference with Richard A. Marshack, D. Edward Hays, and Pam Kraus re: IP motion sale status, motion for interim distribution to creditors, and payment to Steven Craig on account of debtor-in-possession financing loan (.50); Telephone conference with D. Edward Hays re: same (.20); | 0.70 | 390 | 273.00 |
| 07/12/21 | LM | Telephone conference with D. Edward Hays re: craig lien and payment from IP proceeds and/or estate assets; | 0.20 | 390 | 78.00 |
| 07/12/21 | CB | Telephone discussion with Laila Masud re: motion for distribution to pay Steven Craig re: lien; | 0.10 | 260 | 26.00 |
| 07/13/21 | CB | E-mail to Kathleen Frederick re: status of service list on sale motion (.10); Review e-mail from Kathleen Frederick re: same (.10) Review text messages from D. Edward Hays and Laila Masud re: same (.10); | 0.30 | 260 | 78.00 |
| 07/13/21 | CB | E-mail to staff re: preparation of voluminous service of sale motion (.10); E-mail to Mike Gregoire re: same (.10); | 0.20 | 260 | 52.00 |
| 07/13/21 | CB | Telephone discussion with Laila Masud re: revised 9019 motion and settlement agreement (.10); Review e-mail from Laila Masud re: same (.10); | 0.20 | 260 | 52.00 |
| 07/13/21 | CB | Review 9019 motion to confirm correct version (.20); Review settlement agreement to determine correct version (.20); E-mail to Laila Masud re: same (.10); Review e-mail from Laila Masud re: confirmation of correct versions (.10); E-mail to Richard A. Marshack re: 9019 motion and settlement for review and signature (.10); Telephone conversation with Richard A. Marshack re: same (.10); Further e-mail to Richard A. Marshack re: same (.10); | 0.90 | 260 | 234.00 |
| 07/13/21 | CB | Prepare draft notice of sale (.40); E-mail to Laila Masud re: same (.10); | 0.50 | 260 | 130.00 |

EXHIBIT "2"
PAGE 29



**MARSHACK HAYS** LLP
ATTORNEYS AT LAW
LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/13/21 | CB | Prepare draft notice of sale of estate property (.10); E-mail to Laila Masud re: same (.10); | 0.20 | 260 | 52.00 |
| 07/13/21 | CB | E-mail to Mike Gregoire re: status of sale motion project; | 0.10 | 260 | 26.00 |
| 07/13/21 | CB | Review multiple e-mails between D. Edward Hays and Laila Masud re: status of signatures on revised settlement agreement; | 0.20 | 260 | 52.00 |
| 07/13/21 | LM | Multiple written correspondences (x10) with D. Edward Hays and Cynthia Bastida re: service of motion and notice for IP sales per Federal rule of bankruptcy procedure 6004, 2002, 4001 etc; | 0.50 | 390 | 195.00 |
| 07/13/21 | LM | Review and revise proposed revisions to IP sale motion by buyer (.40); Draft written correspondence to D. Edward Hays re: concerns re: bid increase and adminsitrative contribution language and caps (.20); Telephone conference with Cynthia Bastida and Kathleen Frederick re: service questions on motion and notice for sale of IP including 1700 individuals to be served and earlier limit notice order (.20); Telephone conference with D. Edward Hays re: revisions to agreement (.10); Review and analyze same (.10); Draft written correspondence to D. Edward Hays re: approval of same (.10); Written correspondence with Alan Friedman re: fees and costs motion for debtor-in-possession lender lien payment and motion for distribution on account of same (.10); | 1.20 | 390 | 468.00 |
| 07/13/21 | LM | Multiple written correspondences (x16) with Cynthia Bastida and D. Edward Hays re: revisions to agreement and confirmation with trustee re: acceptance of allocations therein and final execution of revised agreement as well as final form of sale motion of IP (.50); Written correspondences (x8) with Sam Swchartz and D. Edward Hays re: same (.30); Telephone conferences (x3) with Cynthia Bastida re: same (.40); Telephone conference with Richard A. Marshack re: same (.10); Written correspondence with D. Edward Hays re: same (.20); | 1.50 | 390 | 585.00 |
| 07/14/21 | CB | Review e-mail from Mike Gregoire re: confirmation of sale motion service project (.10); E-mail to Mike Gregoire re: same (.10); (No Charge) | 0.20 | 260 | 0.00 |
| 07/14/21 | CB | Review multiple e-mails from Richard A. Marshack re: executed agreement and declaration in support of sale motion (.10); E-mail to Richard A. Marshack re: same (.10); | 0.20 | 260 | 52.00 |
| 07/14/21 | CB | E-mail to Laila Masud re: status of notices of sale of IP (.10); Review e-mail from Laila Masud re: same (.10); | 0.20 | 260 | 52.00 |
| 07/14/21 | CB | E-mail to Mike Gregoire re: status of service of sale motion (.10); Review e-mail from Mike Gregoire re: same (.10); | 0.20 | 260 | 52.00 |

**EXHIBIT "2"
PAGE 30**

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/14/21 | CB | Review e-mail from Laila Masud re: approval of sale motion and supporting documents (.10); Revise and finalize sale motion (.50); Identify and mark exhibits in support of same (.20) Revise and finalize notice of sale motion (.30); Revise and finalize declaration of Todd Spector (.20); Prepare caption sheet re: Todd Spector declaration (.10); Discussion with Laila Masud re: incorrect caption sheet of Todd Spector (.10); Revise and finalize notice of sale of estate property (.20); Prepare judge's copies (.40) E-mail to Randy Michelson re: service copies (.10); E-mail to D. Edward Hays and Laila Masud re: same (.10); E-mail to staff re: judge's copies (.10); E-mail to Mike Gregoire re: same (.10); E-mail to accounting re: payment of sale motion (.10); | 2.60 | 260 | 676.00 |
| 07/14/21 | CB | Review e-mail from Bryan Lindsey and Samuel A. Schwartz re: executed settlement and sale agreement (.10); Review agreement for all executed pages (.10); E-mail to Laila Masud re: missing pages (.10); Review e-mail from Laila Masud re: same (.10); | 0.40 | 260 | 104.00 |
| 07/14/21 | LM | Review and revise notice of sale of IP (.20); Review and revise 6004 notice (.10); Written correspondence with Cynthia Bastida re: filing of same (.20); Written correspondence with Kathleen Frederick re: notice of motion upon RAV (.10); Written correspondence with Cynthia Bastida re: same (.10); Review written correspondence from Bryan Lindsay re: executed IP motion declaration in support of same by buyer and agreement (.10); Written correspondence to Cynthia Bastida re: inclusion of same in motion (.10); | 0.90 | 390 | 351.00 |
| 07/14/21 | LM | Review written correspondence from Cynthia Bastida re: confirmation fo filing of sale motion re: IP; | 0.10 | 390 | 39.00 |
| 07/15/21 | CB | Review e-mail from Mike Gregoire re: sale motion project (.10); E-mail to Mike Gregoire re: same (.10); | 0.20 | 260 | 52.00 |
| 07/15/21 | CB | Review e-mail from Alan J. Friedman re: confirmation of extension of deadline to oppose sale motion to July 23, 2021 (.10); E-mail to calendaring re: same (.10); | 0.20 | 260 | 52.00 |
| 07/15/21 | LM | Written correspondence with Alan Friedman re: call to discuss IP motion prior to filing of an objection to same by debtor-in-possession lender; | 0.20 | 390 | 78.00 |
| 07/15/21 | LM | Written correspondence with Cynthia Bastida re: outstanding motion shells to be drafted and order of same; | 0.20 | 390 | 78.00 |
| 07/16/21 | LM | Review written correspondence from Alan Friedman re: IP valuations to be shared with debtor-in-possession lender's counsel (.10); Review written correspondence from D. Edward Hays re: same (.10); Review written correspondences from D. Edward Hays and Cynthia Bastida re: draft shell motions on interim distribution and adminsirative claims bar date motions (.30); | 0.50 | 390 | 195.00 |

EXHIBIT "2"
PAGE 31

# MARSHACK HAYS LLP

**ATTORNEYS AT LAW**

LITIGATION  |  REORGANIZATION  |  BANKRUPTCY

870 ROOSEVELT  |  IRVINE, CA 92620
949.333.7777  |  FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/16/21 | DEH | Written correspondence from Laila Masud re: IP valuations to be shared with debtor-in-possession lender's counsel (.10); Review written correspondences from Laila Masud and Cynthia Bastida re: draft shell motions on interim distribution and administrative claims bar date motions (.30); | 0.40 | 650 | 260.00 |
| 07/18/21 | LM | Draft, revise and supplement motion for interim distribution to Steve Craig on account of superpriority admin claim and declaration of Richard A. Marshack in support of same (1.30); Draft written correspondence to D. Edward Hays re: final review of same (.10); | 1.40 | 390 | 546.00 |
| 07/19/21 | CB | Review e-mail from Kathleen Frederick re: identification of case and continued deadline to opposition to sale motion (.10); E-mail to Kathleen Frederick re: same (.10); | 0.20 | 260 | 52.00 |
| 07/20/21 | LM | Review written correspondence from Alan Friedman re: potential stipulation to continue hearing on IP (.10); Draft written correspondence to D. Edward Hays re: same (.10); Review and analyze further written correspondence from Alan Friedman re: same (.10); Draft written correspondence to D. Edward Hays re: same (.10); | 0.40 | 390 | 156.00 |
| 07/20/21 | CB | Review case file in preparation for motion to interim distribution to secured noteholder creditors (.10); Prepare draft re: same (.50); E-mail to Laila Masud re: same (.10); Review e-mail from Laila Masud re: motion only as to Ruby's Diner (.10); E-mail to Laila Masud re: same (.10); | 0.90 | 260 | 234.00 |
| 07/20/21 | LM | Review and analyze invoice provided by Alan Friedman re: payoff for attorneys fees for debtor-in-possession lender (.20); Written correspondence with D. Edward Hays re: same (.20); | 0.40 | 390 | 156.00 |
| 07/20/21 | LM | Written correspondence with Cynthia Bastida re: motion for interim distribution to RDI secured noteholders and revisions to motion; | 0.20 | 390 | 78.00 |
| 07/21/21 | CB | Review e-mail from Laila Masud re: distribution payment to be from estate of Ruby's Diner only (.10); Revise motion for interim distribution re: same (.10); E-mail to Laila Masud re: same (.10); | 0.30 | 260 | 78.00 |
| 07/21/21 | CB | E-mail to Laila Masud re: hearing date on motion for interim distribution to secured noteholder creditors (.10); Review e-mail from Laila Masud re: same (.10); Review judge's hearing calendar re: same (.10); E-mail to Laila Masud re: same (.10); | 0.40 | 260 | 104.00 |
| 07/27/21 | DEH | Review and revise stipulation to continue hearing on motion to sell IP; | 0.40 | 650 | 260.00 |
| 07/27/21 | LM | Review and revise stipulation to continue IP sale hearing (.20); Draft written correspondence to D. Edward Hays re: final review of same (.10); Written correspondence with Cynthia Bastida re: same (.10); | 0.40 | 390 | 156.00 |
| 07/27/21 | LM | Telephone conference with Pam Kraus re: sale of south coast plaza for tax return purposes and intellectual property status; | 0.10 | 390 | 39.00 |
| 07/27/21 | LM | Review written correspondence from Sam Schwartz re: lack of consent to extend IP sale beyond August 18 (.10); Written correspondence with D. Edward Hays and Richard A. Marshack re: same (.10); | 0.20 | 390 | 78.00 |

**EXHIBIT "2"**
**PAGE 32**

# MARSHACK HAYS LLP

### ATTORNEYS AT LAW

LITIGATION  |  REORGANIZATION  |  BANKRUPTCY

870 ROOSEVELT  |  IRVINE, CA 92620
949.333.7777  |  FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/30/21 | DEH | Telephone conference with Richard A. Marshack re: potential conforming and non-conforming overbids (.20); Telephone conference with Jeff Broker re: same (.20); Written correspondence with Jeff Broker re: financial documentation (.10); | 0.50 | 650 | 325.00 |
| 08/02/21 | DEH | Written correspondence with Alan Friedman re: extension of time to respond and timing of Steve Craig's proposal; | 0.20 | 650 | 130.00 |
| 08/02/21 | DEH | Telephone conference with Richard A. Marshack and Pam Kraus re: handling of bidders' deposits and bidding issues including non-conforming bids; | 0.50 | 650 | 325.00 |
| 08/02/21 | LM | Review written correspondence from Alan Friedman re: status of sale and invoice review for debtor-in-possession lender payment of counsel fees (.20); Written correspondence with D. Edward Hays re: Steve Craig attorneys fees bill (.30); Review and analyze invoice for debtor-in-possession lender's counsel in connection with debtor-in-possession loan agreement to pay same (.80); Draft written correspondence to D. Edward Hays re: final analysis and breakdown of same (.10); | 1.40 | 390 | 546.00 |
| 08/02/21 | LM | Review and revise order approving stipulation to continue hearing on IP sale (.10); Written correspondence with Cynthia Bastida re: same (.10); | 0.20 | 390 | 78.00 |
| 08/02/21 | LM | Written correspondences (X6) with Pam Kraus re: payment of international IP counsel and invoices for same; | 0.30 | 390 | 117.00 |
| 08/03/21 | LM | Written correspondences with D. Edward Hays and Cynthia Bastida re: order on stipulation to continue IP hearing (.20); Telephone conference with Cynthia Bastida re: same (.10); | 0.30 | 390 | 117.00 |
| 08/04/21 | DEH | Written correspondence with Jeff Broker re: client's offer; | 0.20 | 650 | 130.00 |
| 08/05/21 | DEH | Telephone conference with Richard A. Marshack re: Steve Craig's proposed offer; | 0.20 | 650 | 130.00 |
| 08/05/21 | DEH | Conference call with Richard A. Marshack and Alan Friedman re: negotiations; | 1.10 | 650 | 715.00 |
| 08/05/21 | DEH | Draft proposed term sheet re: potential deal with Steve Craig (.90); Telephone conference with Richard A. Marshack re: revisions to same (.50); | 1.40 | 650 | 910.00 |
| 08/06/21 | DEH | Research re: whether lien of noteholders on proceeds generated by license agreement of IP extends to post-petition revenues; | 0.70 | 650 | 455.00 |
| 08/06/21 | CB | Telephone conversation with D. Edward Hays re: UCC for secured noteholders (.10); Review UCC website re: same (.20); E-mail to D. Edward Hays re; same (.10); | 0.40 | 260 | 104.00 |
| 08/06/21 | DEH | Telephone conference with Richard A. Marshack re: sale negotiations; | 0.50 | 650 | 325.00 |
| 08/10/21 | LM | Telephone conference with Cynthia Bastida re: status of reply in support of IP sale motion; | 0.20 | 390 | 78.00 |
| 08/11/21 | LM | Review written correspondences from D. Edward Hays and Alan Friedman re: scope of IP overbid (.20); Telephone conference with D. Edward Hays re: same (.10); | 0.30 | 390 | 117.00 |

**EXHIBIT "2"**
**PAGE 33**

# MARSHACK HAYS LLP

### ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/15/21 | DEH | Review and revise amendment to agreement with Casbure (1.40); Written correspondence with Sam Schwartz re: same (.20); | 1.60 | 650 | 1,040.00 |
| 08/16/21 | DEH | Written correspondence with Alan Friedman re: Casbure's overbid to Steve Craig's offer; | 0.30 | 650 | 195.00 |
| 08/16/21 | DEH | Written correspondence with Laila Masud and Cynthia Bastida re: status report re: overbids and service of same; | 0.20 | 650 | 130.00 |
| 08/16/21 | CB | Review e-mail from Laila Masud re: status report prior to sale hearing (.10); E-mail to Laila Masud re: same (.10); Review case file (.10); Prepare draft status report re: updated offers on sale motion (.30); E-mail to Laila Masud re: same (.10); | 0.70 | 260 | 182.00 |
| 08/16/21 | CB | Review judge's tentative re: sale motion (.10); E-mail to Laila Masud and D. Edward Hays re: same (.10); | 0.20 | 260 | 52.00 |
| 08/16/21 | LM | Review multiple written correspondences (x6) from D. Edward Hays and Alan Friedman re: overbids for sale of IP and components of cash offer (.40); Draft lengthy written correspondence to Cynthia Bastida re: same and terms of overbids including status report to be filed with court in advance of hearing (.20); Review and analyze tentative ruling re: same (.10); | 0.70 | 390 | 273.00 |
| 08/16/21 | LM | Review written correspondences from Maria Johnson and Pam Kraus re: status of payment of outstanding IP invoices; | 0.10 | 390 | 39.00 |
| 08/16/21 | CB | Review e-mail from Pam Kraus to Maria Johnson re: outstanding invoices; | 0.10 | 260 | 26.00 |
| 08/17/21 | DEH | Telephone conference with Sam Schwartz re: negotiations to terms and form of amendment; | 0.30 | 650 | 195.00 |
| 08/17/21 | CB | Prepare hearing binder for sale motion (.60); Review updated tentative ruling re: same (.10); E-mail to D. Edward Hays re: same (.10); | 0.80 | 260 | 208.00 |
| 08/17/21 | CB | Text message to D. Edward Hays re: status of amendment to sale (.10); Review e-mail from D. Edward Hays re: same (.10); Review redline agreement (.10); E-mail to D. Edward Hays re: same (.10); Review e-mail from D. Edward Hays re: redline changes not approved without further discussion (.10); | 0.50 | 260 | 130.00 |
| 08/17/21 | LM | Written correspondences (x6) with D. Edward Hays and Cynthia Bastida re: status report re: IP sale efforts (.20); Review and revise status report re: overbids on IP for court filing (.20); | 0.40 | 390 | 156.00 |
| 08/17/21 | LM | Review and revise motion for authority to pay Steven Craig (.10); Written correspondence with Cynthia Bastida and D. Edward Hays re: proposed revisions accepted and finalization for filing (.10); | 0.20 | 390 | 78.00 |
| 08/17/21 | LM | Review written correspondence from D. Edward Hays and Cynthia Bastida re: status report filing with amended asset purchase agreement forthcoming and timing of filing; | 0.20 | 390 | 78.00 |

**EXHIBIT "2"**
**PAGE 34**

# MARSHACK HAYS LLP

### ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/18/21 | DEH | Telephone conference with Laila Masud re: IP sale outcome and next steps re: motions for payment of debtor-in-possession superpriority lien and secured noteholders lien; | 0.20 | 650 | 130.00 |
| 08/18/21 | DEH | Draft outline of facts and arguments for hearing including summary of overbid; | 0.50 | 650 | 325.00 |
| 08/18/21 | DEH | Court appearance re: sale hearing; | 0.80 | 650 | 520.00 |
| 08/18/21 | DEH | Finalize amendment to agreement with Casbure (1.20); Finalize status report re: overbids to file with court (.40); Telephone conferences with Sam Schwartz re: same (.40); Telephone conference with Richard A. Marshack re: same (.20); | 2.20 | 650 | 1,430.00 |
| 08/18/21 | CB | Review e-mail from D. Edward Hays re: executed amendment to sale motion for intellectual property (.10); E-mail to D. Edward Hays re: same (.10); Review amendment (.10); Identify and mark exhibit in support of status report (.10); Revise and finalize status report (.40); E-mail to D. Edward Hays re: same (.10); Prepare judge's copy re: same (.10); E-mail to attorney service re: same (.10); | 1.10 | 260 | 286.00 |
| 08/18/21 | LM | Written correspondences (x8) with Cynthia Bastida and D. Edward Hays re: status report filing and redlined amendment to asset purchase agreement; | 0.40 | 390 | 156.00 |
| 08/18/21 | LM | Telephone conference with D. Edward Hays re: IP sale outcome and next steps re: motions for payment of debtor-in-possession superpriority lien and secured noteholders lien; | 0.20 | 390 | 78.00 |
| 08/19/21 | DEH | Review and revise sale order (.40); Written correspondence with Sam Schwartz re: same (.20); | 0.60 | 650 | 390.00 |
| 08/19/21 | DEH | Written correspondence with Maria Johnson re: RDI sale and funds available for payment of administrative claims; | 0.20 | 650 | 130.00 |
| 08/19/21 | LM | Review and revise order granting sale of IP assets with analysis of original motion and first amendment to ensure all material terms are outlined (.80); Written correspondence with D. Edward Hays and Cynthia Bastida re: same (.20); | 1.00 | 390 | 390.00 |
| 08/20/21 | DEH | Telephone conference with Sam Schwartz re negotiations re form of order; | 0.30 | 650 | 195.00 |
| 08/20/21 | LM | Review written correspondence from Sam Schwarz re: proposed revisions to sale of IP order (.10); Review and analyze written correspondence from Richard A. Marshack re: proposed clauses in the order to ensure it is self effectuating (.10); | 0.20 | 390 | 78.00 |
| 08/24/21 | DEH | Telephone conference with Richard A. Marshack re: form of sale order and procedure for distributions to secured creditors; | 0.60 | 650 | 390.00 |
| 08/24/21 | DEH | Revise and finalize sale order (.30); Draft written correspondence to Sam Schwartz re: same (.20); | 0.50 | 650 | 325.00 |
| 08/24/21 | DEH | Written correspondence with Maria Johnson re: fee application procedure and earmarked funds; | 0.10 | 650 | 65.00 |

EXHIBIT "2"

PAGE 35

# MARSHACK HAYS LLP

**ATTORNEYS AT LAW**

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/24/21 | CB | Review e-mail from D. Edward Hays to Samuel Schwartz re: status of order granting sale of intellectual property; | 0.10 | 260 | 26.00 |
| 08/24/21 | LM | Written correspondences with D. Edward Hays and Pam Kraus re: sale order upload and impact on IP counsel; | 0.20 | 390 | 78.00 |
| 08/24/21 | DEH | Telephone conference with Richard A. Marshack re: claims procedure for secured creditors; | 0.20 | 650 | 130.00 |
| 08/25/21 | DEH | Written correspondence with Cynthia Bastida and Laila Masud re: call with Joe Rothman re: secured claim and sale; | 0.10 | 650 | 65.00 |
| 08/25/21 | LM | Review written correspondences (x6) from D. Edward Hays, Sam Schawrtz and Alan Friedman re: language in IP sale order to ensure super-priority claim of Steven Craig is paid; | 0.30 | 390 | 117.00 |
| 08/26/21 | LM | Written correspondences (x4) with Cynthia Bastida and D. Edward Hays re: further revisions to IP sale order; | 0.20 | 390 | 78.00 |
| 08/31/21 | DEH | Revise and finalize sale order (.20); Written correspondence with Alan Friedman and Sam Schwartz re: same (.10); | 0.30 | 650 | 195.00 |
| 09/01/21 | DEH | Written correspondence with Rika Kido re: executed order; | 0.10 | 650 | 65.00 |
| 09/01/21 | DEH | Written correspondence with Sam Schwartz re: revised sale order executed by counsel for Steve Craig; | 0.20 | 650 | 130.00 |
| 09/01/21 | DEH | Written correspondence with Sam Schwartz and Pam Kraus re: wire instructions for funding sale and closing; | 0.20 | 650 | 130.00 |
| 09/02/21 | DEH | Written correspondence with Sam Schwartz re sale closing issues; | 0.30 | 650 | 195.00 |
| 09/02/21 | DEH | Written correspondence with Pam Kraus re: future payments, payment instructions, and invoices for IP legal fees as offsets to purchase price; | 0.20 | 650 | 130.00 |
| 09/02/21 | DEH | Written correspondence with Sam Schwartz re: sale closing issues; | 0.30 | 650 | 195.00 |
| 09/03/21 | DEH | Telephone conference with Laila Masud re: Steve Craig claim; | 0.20 | 650 | 130.00 |
| 09/03/21 | LM | Review written correspondence from Rika Kido re: Steven Craig payment and professional statements as opposed to formal fee applications per debtor-in-possession financing agreement (.20); Written correspondence with D. Edward Hays re: same (.20); | 0.40 | 390 | 156.00 |
| 09/07/21 | DEH | Written correspondence with Sam Schwartz re: closing; | 0.20 | 650 | 130.00 |
| 09/07/21 | DEH | Written correspondence with Laila Masud re: strategy for motion to pay Steve Craig's super priority admin claim and Alan Friedman's request to attach billings to motion; | 0.20 | 650 | 130.00 |
| 09/07/21 | LM | Written correspondence with D. Edward Hays re: declaration and invoices in support of motion to pay debtor-in-possession lender's attorneys fees; | 0.20 | 390 | 78.00 |
| 09/07/21 | LM | Draft written correspondence to Rika Kido and Alan Friedman re: declaration of fees and invoices of Shulman firm re: steven craig debtor-in-possession loan repayment; | 0.10 | 390 | 39.00 |
| 09/08/21 | DEH | Revise and supplement motion to pay superpriority claim of Steve Craig (.50); Written correspondence with Laila Masud re: same (.10); | 0.50 | 650 | 325.00 |
| 09/08/21 | DEH | Review and revise declaration of Alan Friedman; | 0.20 | 650 | 130.00 |

**EXHIBIT "2"**
**PAGE 36**

# MARSHACK HAYS LLP
### ATTORNEYS AT LAW
LITIGATION  |  REORGANIZATION  |  BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/08/21 | LM | Written correspondences (x6) with D. Edward Hays re: revisions to motion to pay debtor-in-possession loan (.30); Telephone conference with Cynthia Bastida re: same (.20); | 0.50 | 390 | 195.00 |
| 09/08/21 | LM | Draft, revise and supplement motion to pay debtor-in-possession loan in full and attorneys fees and costs of debtor-in-possession lender with supporting declaration of Alan Friedman and Richard A. Marshack (.70); Draft written correspondence to D. Edward Hays re: finalization of same (.10); Review written correspondence from Lori Guathier re: updated invoices and costs for debtor-in-possession repayment of attorneys fees and costs (.10); Written correspondence with Cynthia Bastida re: same (.20); Written correspondence with Alan Friedman and D. Edward Hays re: updated debtor-in-possession loan interest through and past hearing date (.20); Review written correspondence from Alan Friedman and Brian Brown re: final amounts on debtor-in-possession loan and per diem with revisions to motion and declaration of Richard A. Marshack re: same (.30); | 1.60 | 390 | 624.00 |
| 09/08/21 | LM | Review and revise notice of motion to pay debtor-in-possession lender in full (.10); Written correspondences (x4) with Cynthia Bastida re: same (.20); | 0.30 | 390 | 117.00 |
| 09/14/21 | DEH | Written correspondence with Sam Schwartz re: offsets and closing (.20); Telephone conference with Sam Schwartz re: same (.20); | 0.40 | 650 | 260.00 |
| 09/15/21 | LM | Telephone conference with Harold Meanie re: motion to pay steven craig and potential distributions to creditors from sale of intellectual property (.20); Draft written correspondence to D. Edward Hays re: same (.10); | 0.30 | 390 | 117.00 |
| 09/21/21 | LM | Review written correspondence from Todd Spector and Maria Johnson re: Casbure to continue renewal of all IP given assignment; | 0.10 | 390 | 39.00 |
| 09/21/21 | DEH | Written correspondence with Laila Masud and Pam Kraus re: interim fee applications and instructions for Maria from DeNovo; | 0.20 | 650 | 130.00 |
| 09/21/21 | LM | Written correspondence with Pam Kraus and D. Edward Hays re: fee application for de novo law group to be compensated from IP sales proceeds; | 0.20 | 390 | 78.00 |
| 09/27/21 | LM | Review written correspondence from Sam Schwartz re: Canada IP counsel payments on invoice for post conversion services (.20); Review and analyze invoices (.10); Review and analyze docket re: authorization for payment (.10); Draft written correspondence to Pam Kraus re: same (.10); | 0.50 | 390 | 195.00 |
| 09/29/21 | DEH | Review and revise order granting motion to approve payment to Steve Craig; | 0.20 | 650 | 130.00 |
| 09/29/21 | LM | Review written correspondence from Cynthia Bastida re: Steven Craig order on superpriority distribution (.10); Review and revise order re: same (.10); Written correspondence with D. Edward Hays re: final review of same (.10); | 0.30 | 390 | 117.00 |

EXHIBIT "2"
PAGE 37

# MARSHACK HAYS LLP
### ATTORNEYS AT LAW
LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/29/21 | LM | Review written correspondence from D. Edward Hays re: order on Craig superpriority payment motion (.10); Review and revise order further (.10); Draft written correspondence to Cynthia Bastida re: upload of order (.10); | 0.30 | 390 | 117.00 |
| 09/29/21 | CB | Review e-mail from Chanel Mendoza re: invoices for Maria Johnson (.10); E-mail to Pam Kraus re: same (.10); Discussion with Laila Masud re: same (.10); | 0.30 | 260 | 78.00 |
| 09/29/21 | LM | Written correspondence with Pam Kraus re: fee application for Candian IP firm (.20); Conference with Cynthia Bastida re: same and application for De Novo (.10); Written correspondences (x4) with Maria Johnson and Samuel Schwartz re: 45 day notice to professionals and fee application (.20); | 0.50 | 390 | 195.00 |
| 10/02/21 | LM | Review written correspondence from Pam Kraus re: interest calculation to zero out super priority adminsitrative claim; | 0.10 | 390 | 39.00 |
| 10/08/21 | LM | Draft lengthy written correspondence Maria Johnson re: fee application and commencement of billing buyers of IP with review of prior orders and declarations re: clarification of current fees owed for RDI application (.40); Review written correspondence from Todd Spector re: confirming fees to be paid by buyer commencement date (.10); | 0.50 | 390 | 195.00 |
| 10/19/21 | DEH | Telephone conference with Richard A. Marshack and Kristine A. Thagard re: identifying and locating secured creditors and calculating percentages for purposes of distributing proceeds from sale of IP; | 0.20 | 650 | 130.00 |
| 10/19/21 | KAT | Telephone conference with Richard A. Marshack and Ed Hays re: noteholders and distribution (.20); Telephone conference Laila Masud re: noteholders (.20); Telephone conference with Kathleen Frederick re: prior lists and creation (.20); Review schedule D and existing list (.80); | 1.40 | 550 | 770.00 |
| 10/19/21 | LM | Telephone conference with Kristine Thagard re: secured noteholders list re: IP; | 0.10 | 390 | 39.00 |
| 10/20/21 | KAT | Review updated matrix re: noteholders and analysis of total (.50); | 0.50 | 550 | 275.00 |
| 10/25/21 | KAT | Telephone conference Richard A. Marshack re: noteholders and payment (multiple) (.30); Telephone conference with Richard A. Marshack and Charles Klaus re: noteholder agreements with CMA and payment of noteholders (.40); E-mail correspondence to Charles Klaus requesting documents (.10); Telephone conference with Richard A. Marshack and Michael Issa re: noteholder agreements and payment (.30); E-mail correspondence to Michael Issa requesting documents (.10); E-mail correspondence from Mike Issa re: recollection of the deal and response (.10); E-mail correspondence from Wen Tan re: notes and agreements and commence review (.60); | 1.90 | 550 | 1,045.00 |

EXHIBIT "2"
PAGE 38

# MARSHACK HAYS LLP
### ATTORNEYS AT LAW
LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/27/21 | KAT | Review Security Agreement, First Amended Security Agreement and other documents re: secured note holders (1.20); E-mail correspondence to Wen Tan re: Collateral and Intercreditor agreement (.10); E-mail correspondence to Kathy Frederick re: comparison of documents for secured creditor lists (.10); | 1.40 | 550 | 770.00 |
| 10/28/21 | KAT | Telephone conference with Richard Marshack re: information needed on secure note holders (.10); E-mail correspondence to Charles Klaus re: secured note holder agreements, including collateral agreement and intercreditor agreement (.20); Review updated spreadsheet from Kathleen Frederick re: discrepancies in various creditor lists (.30); | 0.60 | 550 | 330.00 |
| 11/01/21 | KAT | E-mail correspondence with Len Shulman re: documents concerning secured note holders (multiple) (.30); E-mail correspondence from Chuck Klaus re: committee (.10); Review and analyze collateral agent and Intercreditor agreement (.70); Review and analyze credit agreement (.60); | 1.70 | 550 | 935.00 |
| 11/01/21 | LM | Telephone conference with Cynthia Bastida re: fee application for De Novo Legal; | 0.20 | 390 | 78.00 |
| 11/02/21 | KAT | Review original Security Agreement and First Amendment (.80); Review Amended and Restated Secured Promissory Note (.70); Review additional documents from Len Shulman (.50); Prepare notes on relevant provisions of documents from distribution analysis (.70); | 2.80 | 550 | 1,540.00 |
| 11/02/21 | DEH | Telephone conference with Laila Masud re: international invoices; | 0.10 | 650 | 65.00 |
| 11/02/21 | CB | Telephone discussion with Laila Masud re: fee applications with Maria De Novo; | 0.20 | 260 | 52.00 |
| 11/02/21 | CB | Review and respond to e-mail from Laila Masud re: additional international counsel to costs; | 0.10 | 260 | 26.00 |
| 11/02/21 | LM | Telephone conference with D. Edward Hays re: international invoices (.10); Telephone conference with Cynthia Bastida re: payment of international IP counsel invoices as costs for general IP counsel (.20); Written correspondence with Pam Kraus and Raisa at De Novo Law re: same (.30); Draft written correspondence to Cynthia Bastida re: same (.10); | 0.70 | 390 | 273.00 |
| 11/02/21 | TM | Telephone conference with Laila Masud re: payment issues for foreign counsel (No Charge); | 0.40 | 350 | 0.00 |
| 11/04/21 | LM | Written correspondences (x4) with Ashley at Froese law re: international invoice payment and timing of same; | 0.20 | 390 | 78.00 |
| 11/10/21 | CB | Review case file in preparation for special counsel, De Novo fee application (.10); Review invoices from De Novo and international counsel (.10); Begin draft fee application re: same (.50); | 0.70 | 260 | 182.00 |
| 11/11/21 | KAT | Analysis of issues with secured not holder lists (.30); Telephone conference with Kathleen Frederick re: various lists and calculation of percentages (.20); review secured creditor chart and numbers (.30); | 0.80 | 550 | 440.00 |

**EXHIBIT "2"**
**PAGE 39**

# MARSHACK HAYS LLP

### ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/16/21 | CB | Review and organize invoice from international counsel Montaury to include in first and final fee application for Maria Johnson (.40); Review and organize invoices from De Novo PC re: same (.30); Review invoice from AA Thornton (.10); Review invoices from Angara (.20); Review invoices from Froese Law (.20); | 1.20 | 260 | 312.00 |
| 11/17/21 | CB | Review case file in preparation for first and final fee application of DeNovo PC (.20); Prepare application re: same (.90); Identify exhibits in support of same (.30); E-mail to Laila Masud re: same (.10); | 1.50 | 260 | 390.00 |
| 11/19/21 | CB | E-mail to Laila Masud re: first and final fee application re: special counsel De Novo; | 0.10 | 260 | 26.00 |
| 11/19/21 | LM | Review and revise first application for compensation of De Novo Law (.50); Draft written correspondence to D. Edward Hays re: final review of same (.10); Written correspondence with Cynthia Bastida re: same (.20); | 0.80 | 390 | 312.00 |
| 11/22/21 | CB | E-mail to Maria Johnson re: status of finalize first and final fee application (.10); E-mail to D. Edward Hays re: same (.10); | 0.20 | 260 | 52.00 |
| 11/22/21 | CB | Telephone conversation with Raisa at Denovo PC re: firm's first and final fee application; | 0.10 | 260 | 26.00 |
| 11/22/21 | CB | Prepare draft notice of fee hearing (.20); E-mail to Laila Masud re: same (.10); | 0.20 | 260 | 52.00 |
| 11/22/21 | CB | Telephone conversation with Maria Johnson re: status of first and final fee application (.10); Telephone discussion with Laila Masud re: same (.10); E-mail to Maria Johnson re: draft of same (.10); | 0.30 | 260 | 78.00 |
| 11/22/21 | LM | Telephone conference with Cynthia Bastida re: draft fee application for review by De Novo law; | 0.10 | 390 | 39.00 |
| 11/23/21 | KAT | Analysis of needed motion and e-mail correspondence to Cynthia Bastida re: same (.40); | 0.40 | 550 | 220.00 |
| 11/23/21 | CB | E-mail to Laila Masud re: confirmation of October 31, 2021 date end for final fee application of DeNovo PC (.10); E-mail to Maria Johnson re: same (.10); Review and respond to e-mail from Laila Masud re: September 2, 2021 billing goes to Todd from DeNovo PC (.10); E-mail to Maria Johnson re: same (.10); | 0.40 | 260 | 104.00 |
| 11/23/21 | LM | Written correspondence with Cynthia Bastida re: time period for first interim fee application for De Novo law group; | 0.20 | 390 | 78.00 |
| 11/23/21 | LM | Telephone conference with Cynthia Bastida re: filing deadline for fee application for Marshack Hays and De Novo Law Group; | 0.10 | 390 | 39.00 |
| 11/24/21 | CB | Review and respond to e-mail from Kristine A. Thagard re: motion to authorize distribution to secured note holders; | 0.10 | 260 | 26.00 |
| 11/24/21 | CB | E-mail to Maria Johnson re: status of executed declaration in support of final application (.10); Review multiple e-mails and invoices from Maria Johnson re: bills to be included in final fee application (.20); | 0.30 | 260 | 78.00 |

EXHIBIT "2"
PAGE 40

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/24/21 | CB | Review and respond to e-mail from Maria Johnson re: further invoices to be included in final fee application (.10); Review invoices to confirm calculations are correct (.20); E-mail to Maria Johnson re: same (.10); E-mail to Maria Johnson re: revised final fee application (.10); | 0.50 | 2650 | 1,325.00 |
| 11/24/21 | LM | Telephone conference with Cynthia Bastida re: outstanding invoice for payments for De Novo (.20); Telephone conference with Cynthia Bastida re: revision to include August 2021 invoice in De Novo application and revision to reporting period (.10); | 0.30 | 390 | 117.00 |
| 12/06/21 | KAT | Review outline for distribution motion, prior sale and draft list of issues for motion (1.80); E-mail correspondence to Richard A. Marshack re: motion (.20); | 2.00 | 550 | 1,100.00 |
| 12/13/21 | DEH | Written correspondence with Laila Masud and Pam Kraus re: court tentative rulings and continuance of hearing on fee application filed by DeNovo Legal; | 0.20 | 650 | 130.00 |
| 12/13/21 | LM | Written correspondence with Pam Kraus and D. Edward Hays re: application for fees and costs of Marshack Hays approved and continuance of De Novo fees; | 0.20 | 390 | 78.00 |
| 12/14/21 | LM | Telephone conference with John Hanna re: update on potential distribution prior to end of year to secured investors; | 0.10 | 390 | 39.00 |
| 12/21/21 | CB | E-mail to Laila Masud re: notice of continued hearing on De Novo's fee application and supplement brief (.10); Review and respond to e-mail from Laila Masud re: same (.10); | 0.20 | 260 | 52.00 |
| 12/29/21 | CB | Review and respond to e-mail from Maria Johnson re: payment of invoices (.10); Review tentative for 12-15-21 hearing (.10); E-mail to Maria Johnson re: same (.10); | 0.30 | 260 | 78.00 |
| 12/29/21 | CB | Review case file in preparation for draft notice of continue De Novo fee hearing (.10); Prepare draft notice re: same (.10); E-mail to D. Edward Hays re: same (.10); E-mail to Kathleen Frederick re: same (.10); Review and respond to e-mail from D. Edward Hays re: approval of same (.10); Revise and finalize notice of continued De Novo fee hearing (.40); E-mail to D. Edward Hays re: same (.10); Prepare judge's copy re: same (.10); E-mail to staff re: service of same (.10); | 1.20 | 260 | 312.00 |
| 12/29/21 | CB | Review case file in preparation for draft supplement briefing for De Novo first and final fee application (.10); Review tentative ruling (.10); Prepare supplemental briefing shell (.30); E-mail to D. Edward Hays re: same (.10); | 0.60 | 260 | 156.00 |
| 12/29/21 | BNB | Written correspondence with D. Edward Hays and Cynthia Bastida re: supplement to De Novo Legal PC's fee application; | 0.10 | 320 | 32.00 |
| 12/30/21 | DEH | Telephone conference with Brad N. Barnhardt re: issues identified in tentative ruling to be addresses in supplemental briefing; | 0.20 | 650 | 130.00 |

EXHIBIT "2"
PAGE 41

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/30/21 | DEH | Telephone conference with Brad N. Barnhardt re: research results and further research (.20); Written correspondence with Cynthia Bastida re: transcript from initial hearing on DeNovo's employment (.10); | 0.30 | 650 | 195.00 |
| 12/30/21 | CB | Revise and respond to e-mail from D. Edward Hays re: transcript for April 7, 2021 hearing on De Novo employment (.10); Prepare order form re: same (.20); E-mail to D. Edward Hays re: same (.10); Review and respond to e-mail from Holly Martens re: same (.10); | 0.50 | 260 | 130.00 |
| 12/30/21 | BNB | Review record re: De Novo Legal PC employment and fee applications (1.30); Telephone conference with D. Edward Hays re: supplement to De Novo fee application (.20); Research re: approval of De Novo's pre-conversion fees (3.50); Telephone conferences with D. Edward Hays re: research (.40); | 5.40 | 320 | 1,728.00 |
| 12/30/21 | BNB | Draft supplement to De Novo Legal PC's fee application; | 2.50 | 320 | 800.00 |
| 12/31/21 | BNB | Draft supplement to De Novo Legal PC's fee application; | 1.00 | 320 | 320.00 |
| 01/02/22 | BNB | Draft supplement to De Novo Legal PC's fee application; | 0.80 | 320 | 256.00 |
| 01/03/22 | CM | Telephone conference with D. Edward Hays re: obtaining Richard A. Marshack's original signature; (No Charge) | 0.10 | 260 | 0.00 |
| 01/03/22 | LM | Telephone conference with Brad N. Barnhardt re: supplemental brief in support of fee application for De Novo; | 0.20 | 390 | 78.00 |
| 01/03/22 | BNB | Written correspondence with D. Edward Hays re: supplement to De Novo Legal PC's fee application (.40); Draft supplement to fee application (1.0); Telephone conferences with Maria Johnson and Laila Masud re: supplement to fee application (.30); | 1.70 | 320 | 544.00 |
| 01/03/22 | BNB | Prepare breakdown of De Novo Legal PC's requested compensation by category; | 1.50 | 320 | 480.00 |
| 01/04/22 | LM | Telephone conference with Brad N. Barnhardt re: De Novo supplement and potential substitution categorization by country/project as well as potential entries needing to be re-categorized; | 0.20 | 390 | 78.00 |
| 01/04/22 | LM | Telephone conference with Brad N. Barnhardt re: De Novo supplement and further categorization and chart sent by De Novo re: projects done (.20); Review and analyze written correspondence from Maria Johnson re: same (.10); | 0.30 | 390 | 117.00 |
| 01/04/22 | BNB | Written correspondence and telephone conference with Laila Masud re: breakdown of De Novo Legal PC's requested compensation (.50); Written correspondence with Maria Johnson of De Novo Legal PC re: breakdown of compensation (.10); Prepare breakdown of De Novo Legal PC's requested compensation (3.10); | 3.70 | 320 | 1,184.00 |
| 01/05/22 | DEH | Review and revise supplemental brief re: DeNovo; | 0.80 | 650 | 520.00 |
| 01/05/22 | CB | Review e-mail from Brad N. Barnhardt re: De Novo Fee Application (.10); E-mail to Brad N. Barnhardt re: status of Maria Johnson signing declaration (.10); Review and respond to e-mail from Brad N. Barnhardt re: same (.10); | 0.30 | 260 | 78.00 |

EXHIBIT "2"
PAGE 42

# MARSHACK HAYS LLP

### ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/05/22 | CB | E-mail to Kathleen Frederick re: service of supplement to DeNovo fee application (.10); Review and respond to e-mail from Kathleen Frederick re: same (.10); | 0.20 | 260 | 52.00 |
| 01/05/22 | CB | Review and respond to e-mail from Holly Steinhauer re: transcript (.10); E-mail to accounting re: same (.10); (No Charge) | 0.20 | 260 | 0.00 |
| 01/05/22 | CB | Telephone discussion with Maria Johnson re: status of supplement (.20); Review and respond to e-mail from D. Edward Hays re: supplement ready to be finalized (.10); Revise supplement (.10); E-mail to Maria Johnson re: same (.10); Review e-mail from Maria Johnson re: executed declaration (.10); | 0.60 | 260 | 156.00 |
| 01/05/22 | CB | Review e-mail from Brad N. Barnhardt re: color coding De Novo invoices and costs (.10); Review chart re: same (.20); Revise invoices re: same (.50); E-mail to Brad N. Barnhardt re: confirmation of same (.10); Review and respond to e-mail from Brad N. Barnhardt re: approval of same (.10); | 1.00 | 260 | 260.00 |
| 01/05/22 | CB | Revise and finalize supplement (.50); Identify and mark exhibits in support of same (.20); Prepare judge's copy re: same (.10); E-mail to D. Edward Hays re: same (.10); E-mail to Maria Johnson re: same (.10); | 1.00 | 260 | 260.00 |
| 01/05/22 | LM | Written correspondences (x8) with Brad N. Barnhardt, D. Edward Hays and Cynthia Bastida re: De Novo supplement and execution of declaration of Maria Johnson in support thereof; (No Charge) | 0.30 | 390 | 0.00 |
| 01/05/22 | BNB | Written correspondence with D. Edward Hays, Laila Masud, and Cynthia Bastida re: revising and filing supplemental brief in support of De Novo Legal PC's fee application; | 0.40 | 320 | 128.00 |
| 01/10/22 | DEH | Written correspondence with Ashlee Froese re: continued hearing on fee application; | 0.20 | 650 | 130.00 |
| 01/18/22 | DEH | Review and analyze tentative ruling granting fee application and written correspondence with Richard A. Marshack, Laila Masud, and Maria Johnson re: same; | 0.20 | 650 | 130.00 |
| 01/18/22 | CB | Telephone conversation with Laila Masud re: tentative ruling granting De Novo legal fees and costs; | 0.10 | 260 | 26.00 |
| 01/18/22 | LM | Telephone conference with Cynthia Bastida re: fee order on De Novo application and chart of international counsel to be reimbursed by primary PI counsel (.10); Written correspondence with D. Edward Hays and Brad N. Barnhardt re: same (.10); | 0.20 | 390 | 78.00 |
| 01/18/22 | BNB | Written correspondence with D. Edward Hays and Laila Masud re: Court's tentative ruling for January 19, 2022, hearing on De Novo Legal's fee application; | 0.10 | 320 | 32.00 |
| 01/19/22 | CB | Prepare draft order granting De Novo fees and costs (.20); E-mail to Laila Masud re: approval of same (.10); Review and respond to e-mail from Laila Masud re: approval of same (.10); Revise and finalize order re: same (.20); E-mail to Laila Masud re: same (.10); | 0.70 | 260 | 182.00 |

EXHIBIT "2"
PAGE 43

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/19/22 | LM | Review and revise order granting application for compensation of De Novo Law Group (.10); Written correspondence with Cynthia Bastida re: upload of same and revisions with instructions to De Novo re: payment of international costs (.10); | 0.20 | 390 | 78.00 |
| 01/20/22 | CB | Review and respond to e-mail from Pam Kraus re: entered order on application for payment of final fees and expenses; | 0.10 | 260 | 26.00 |
| 01/21/22 | CB | E-mail to Maria Johnson re: entered order granting fees and costs (.10); Review case file to confirm distribution of expenses to international counsel (.10); | 0.20 | 260 | 52.00 |
| 01/22/22 | KAT | Review information on secured note holders (.50); Draft motion for distribution to secured note holders (.90); | 1.40 | 550 | 770.00 |
| 01/25/22 | CB | Review and respond to e-mail from Maria Johnson re: status of payment (.10); E-mail to Trustee's administrator re: same (.10); Review and respond to e-mail from Trustee's administrator re: same (.10); E-mail to Maria Johnson re: same (.10); Review further e-mail from Maria Johnson re: breakdown of fees, costs and costs owed to international counsel (.10); Review costs and fees re: same (.10); E-mail to Maria Johnson re: same (.10); E-mail to Laila Masud re: same (.10); | 0.80 | 260 | 208.00 |
| 01/25/22 | LM | Review written correspondences (x8) from Cynthia Bastida and Maria Johnson re: payment of fees and expenses and instruction on payment to international counsel; | 0.20 | 390 | 78.00 |
| 02/17/22 | CB | Review and respond to e-mail from Maria Johnson re: status of remaining funds on application (.10); Review final fee application re: same (.30); E-mail to Laila Masud re: status of same (.10); | 0.50 | 260 | 130.00 |
| 02/23/22 | LM | Revise and finalize notice of rate change for Marshack Hays; | 0.10 | 390 | 39.00 |
| 02/24/22 | CB | Review and respond to e-mail from Laila Masud re: discrepancy of De Novo fees; | 0.10 | 260 | 26.00 |
| 02/24/22 | LM | Written correspondence with Cynthia Bastida re: invoice issue with De Novo Law Group and payment; | 0.20 | 390 | 78.00 |
| 02/28/22 | CB | E-mail to D. Edward Hays and Laila Masud re: status of remaining fees claimed by Maria De Novo; | 0.10 | 260 | 26.00 |
| 03/01/22 | CB | E-mail to D. Edward Hays and Laila Masud re: status of remaining amount owed to Maria DeNovo; | 0.10 | 260 | 26.00 |
| 03/01/22 | DEH | Written correspondence with Laila Masud and Cynthia Bastida re: DeNovo's request for additional costs after final fee application and order; | 0.20 | 650 | 130.00 |
| 03/01/22 | LM | Written correspondences (x6) with D. Edward Hays and Cynthia Bastida re: De Novo request for $4k; | 0.30 | 390 | 117.00 |
| 03/02/22 | LM | Draft written correspondence to Maria Johnson at De Novo Law Group re: further notice to professionals and potential reconsideration under 60(b) (.10); Telephone conference with Richard A. Marshack re: same (.10); Telephone conference with Cynthia Bastida re: shell of same to be provided (.10); | 0.30 | 390 | 117.00 |

EXHIBIT "2"
PAGE 44

# MARSHACK HAYS LLP

### ATTORNEYS AT LAW

LITIGATION  |  REORGANIZATION  |  BANKRUPTCY

870 ROOSEVELT  |  IRVINE, CA 92620
949.333.7777  |  FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/02/22 | LM | Written correspondence with Maria Johnson re: issue with requesting further funds on account of missing invoice (.10); Telephone conference with Maria Johnson re: same (.10); Telephone conference with Cynthia Bastida re: same (.20); Telephone conference with Richard A. Marshack re: same (.10); | 0.50 | 390 | 195.00 |
| 03/02/22 | CB | Review and respond to e-mail from Holly Martens outstanding invoice (.10); E-mail to accounting re: same (.10); | 0.20 | 260 | 52.00 |
| 03/02/22 | CB | Revise and finalize voluntary dismissal (.30); Prepare judge's copy re: same (.10); E-mail to Laila Masud re: same (.10); | 0.50 | 260 | 130.00 |
| 03/02/22 | CB | Review and respond to e-mail from Laila Masud re: disputed amount to DeNovo (.10); E-mail to Maria Johnson re: same (.10); Telephone discussion with Laila Masud re: same (.10); | 0.30 | 260 | 78.00 |
| 03/04/22 | CB | Review case file to obtain motion for reconsideration (.30); Prepare shell re: same (.20); E-mail to Maria Johnson re: same (.10); | 0.60 | 260 | 156.00 |
| 03/08/22 | CB | Review e-mail from Maria Johnson re: motion for reconsideration; | 0.10 | 260 | 26.00 |
| 03/17/22 | CB | Review e-mail from Maria Johnson re: motion for reconsideration (.10); Telephone conversation with Laila Masud re: same (.10); E-mail to Megan Soltysinski re: same (.10); | 0.30 | 260 | 78.00 |
| 03/18/22 | CB | Review and respond to e-mail from Maria Johnson re: upcoming telephone conference at 1:30 p.m. on procedures for motion for reconsideration (.10); Telephone conversation with Megan re: same (.30); | 0.40 | 260 | 104.00 |
| 03/18/22 | LM | Review written correspondence from Maria Johnson re: motion for reconsideration (.10); Telephone conference with Cynthia Bastida re: same and aftermath of call (.10); | 0.20 | 390 | 78.00 |
| 03/22/22 | CB | Review court's website to obtain information on ECF registration (.20); E-mail to Megan at DeNovo law firm in preparation for motion for reconsideration filing (.10); Review and respond to e-mail from Maria Johnson re: same (.10); E-mail to Laila Masud re: same (.10); | 0.50 | 260 | 130.00 |
| 03/29/22 | KAT | Telephone conference with Richard A. Marshack, Pam Kraus, Laila Masud and Mike Issa re: secured note holders (.20); E-mail correspondence to Mike Issa re: information for motion (.10); E-mail correspondence with Kathleen Frederick re: information for motion (.20); E-mail correspondence to Richard A. Marshack, Pam Kraus and Laila Masud re: secured noteholders and percentages (.10); E-mail correspondence to Mike Issa re: costs (.10); E-mail Chris Beatty re: insider settlement (.10); Research authority for charging costs (.60); Revise and supplement motion for distribution to secured creditors (2.50); Review declaration of Kathleen Frederick and outline additional information (.40); | 4.30 | 550 | 2,365.00 |
| 03/29/22 | KF | Draft declaration re: list of secured noteholders and method for gathering and maintaining information; | 0.80 | 200 | 160.00 |

EXHIBIT "2"
PAGE 45

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION   |   REORGANIZATION   |   BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/29/22 | LM | Telephone conference with Cynthia Bastida re: status of various anticipated filings in coming weeks including directors and officers settlement agreement/9019, motion for distribution to secured noteholders and US Foods settlement; | 0.20 | 390 | 78.00 |
| 03/29/22 | DEH | Telephone conference with Richard A. Marshack, Laila Masud, and Pam Kraus re: motion to surcharge IP secured creditors, finalizing settlement with US Foods, and other case issues; | 0.50 | 650 | 325.00 |
| 03/29/22 | LM | Telephone conference with Garrick Hollander and Richard A. Marshack re: payment to secured noteholders and anticipated distribution to Chapter 11 admins; | 0.10 | 390 | 39.00 |
| 03/29/22 | LM | Telephone conference with D. Edward Hays, Pam Kraus and Richard A. Marshack re: strategy moving forward on expediting payment to secure noteholders and surcharge for adminsitrative costs associated with benefit provided; | 0.50 | 390 | 195.00 |
| 03/29/22 | LM | Written correspondence with Kristine A. Thagard and Pam Kraus re: revenue split checks from Intellectual property sale; | 0.20 | 390 | 78.00 |
| 03/31/22 | KAT | E-mail correspondence with Richard A. Marshack, Bill Pope and Dick Silva re: secured note amount (multiple); E-mail correspondence to Kathleen Frederick re: secured note lists (.10); | 0.30 | 550 | 165.00 |
| 04/01/22 | KAT | E-mail correspondence from William Pope re: notes (.10); E-mail correspondence to Kathleen Frederick re: spreadsheet and notes (.10); | 0.20 | 550 | 110.00 |
| 04/18/22 | KAT | Telephone conference with Richard A. Marshack re: motion to approve distribution and sources of information for secured noteholders (.50); | 0.50 | 550 | 275.00 |
| 04/21/22 | KAT | Review sources and information of secured note holders and e-mail correspondence with Kathleen Frederick re: review of claims files (.60); | 0.60 | 550 | 330.00 |
| 04/26/22 | KAT | Review Pope claim to additional secured note and e-mail correspondence with Kathleen Frederick re: same (.50); | 0.50 | 550 | 275.00 |
| 04/27/22 | KAT | Telephone conference Kathleen Frederick re: confirmation of list (.20); | 0.20 | 550 | 110.00 |
| 05/09/22 | KAT | E-mail correspondence with Richard A. Marshack, Pam Kraus and Richard Pachulski re: claims of noteholders (multiple) (.20); | 0.20 | 550 | 110.00 |
| 05/11/22 | KAT | Telephone conference Richard A. Marshack and D. Edward Hays (part) re: secured note holders, including review of documents (UCC, lists, CMA information etc.) (.70); Telephone conference Richard A. Marshack and Mike Issa re: secured note holders (.20); Review schedules for secured interests and E-mail correspondence to Kathleen Frederick re: same (.30); | 1.20 | 550 | 660.00 |
| 05/17/22 | KAT | Telephone conference with Richard A. Marshack and Wen Tan (part) re: disclosure statement lists (.20); Review exhibit G to third amended disclosure statement to list prepared by Kathleen Frederick and notes re: differences (1.10); | 1.30 | 550 | 715.00 |
| 05/18/22 | KAT | Review proofs of claim for inconsistencies on lists (.50); | 0.50 | 550 | 275.00 |
| 05/23/22 | KAT | Telephone conference with Richard A. Marshack re: discrepancies in lists and motion (.20); | 0.20 | 550 | 110.00 |

EXHIBIT "2"
PAGE 46

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/24/22 | KAT | Analysis of spreadsheet and cross checking (.80); Commence drafting motion for approval of distribution procedures (1.70 | 2.50 | 550 | 1,375.00 |
| 05/25/22 | KAT | Review bankruptcy docket (schedules and plan disclosure) for RDI secured debt information and e-mail correspondence to Richard A. Marshack and Pam Kraus re: same (1.70); | 1.70 | 550 | 935.00 |
| 05/26/22 | KAT | Draft and revise motion for distribution procedure (.90); | 0.90 | 550 | 495.00 |
| 05/30/22 | KAT | Review note history and documents and prepare summary for motion and also prepare argument and example on effect of interest payment (2.30); E-mail correspondence with Pam Kraus re: IRS and cash on hand (multiple 6+) (.30); | 2.60 | 550 | 1,430.00 |
| 06/01/22 | KAT | Revise and supplement motion to approve procedure to confirm list (1.50); | 1.50 | 550 | 825.00 |
| 06/02/22 | KAT | Revise motion to approve list of Secured Noteholders and Conference with Richard A. Marshack re: same (.80); | 0.80 | 550 | 440.00 |
| 06/07/22 | KAT | Telephone conference with Richard A. Marshack re: motion (.20); Review revisions and e-mail correspondence to Richard A. Marshack and D. Edward Hays re: motion (.30); | 0.50 | 550 | 275.00 |
| 06/07/22 | DEH | Telephone conference with Richard A. Marshack re: motion to pay IP secured creditors; | 0.20 | 680 | 136.00 |
| 06/07/22 | LM | Written correspondence with D. Edward Hays and Pam Kraus re: receipt of revenue split check from IP and basis for same; | 0.20 | 420 | 84.00 |
| 06/15/22 | KAT | Telephone conference Laila Masud re: secured noteholder motion (.20); Review and revise chart and e-mail correspondence to Kathleen Frederick and Laila Masud re: information to add (.30); | 0.50 | 550 | 275.00 |
| 06/15/22 | LM | Telephone conference with Kristine A. Thagard re: status of noteholder distribution motion (.20); Review written correspondence from Kristine A. Thagard re: same (.10); | 0.30 | 420 | 126.00 |
| 06/15/22 | LM | Conference with Richard A. Marshack re: status of settlement re: directors and officers and payment to secured noteholders; | 0.30 | 420 | 126.00 |
| 06/20/22 | DEH | Revise and supplement motion re: secured noteholders; | 0.70 | 680 | 476.00 |
| 06/22/22 | KAT | E-mail correspondence with Richard A. Marshack re: spreadsheet of secured noteholders (.20); | 0.20 | 550 | 110.00 |
| 06/23/22 | DEH | Written correspondence with Richard A. Marshack, Laila Masud, and Pam Kraus re: case issues and motion re: secured note holders; | 0.20 | 680 | 136.00 |
| 06/25/22 | PK | Review and analysis of current and past timekeeper entries to locate and separate time related to the sale of the IP, negotiations with Steve Craig and Sam Schwartz, and treatment of secured noteholders; | 3.60 | 280 | 1,008.00 |
| 06/25/22 | KAT | Review proofs of claims filed by secured creditors (part) (1.80); | 1.80 | 550 | 990.00 |
| 06/26/22 | PK | Continue review and analysis of current and past timekeeper entries to locate and separate time related to the sale of the IP, negotiations with Steve Craig and Sam Schwartz, and treatment of secured noteholders, special IP counsel employment, fee applications and invoices; | 1.70 | 280 | 476.00 |
| 06/26/22 | KAT | Continue review of secured creditor proof of claims (1.70); | 1.70 | 550 | 935.00 |

**EXHIBIT "2"**

**PAGE 47**

# MARSHACK HAYS LLP

**ATTORNEYS AT LAW**

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/27/22 | DEH | Telephone conference with Richard A. Marshack re: motion to resolve secured creditor issues; | 0.40 | 680 | 272.00 |
| 06/29/22 | DEH | Telephone conference with Richard A. Marshack and Kristine A. Thagard re: secured creditor motion; | 0.20 | 680 | 136.00 |
| 06/29/22 | KAT | Telephone conference with Richard A. Marshack and D. Edward Hays re: motion and spreadsheet (.20). | 0.20 | 550 | 110.00 |
| 07/02/22 | KAT | Analysis of discrepancies between proofs of claim, plan list and Briley list and categorize (1.3); Further review of claims of secured and unsecured and missing notes (.80); Review motion and update discrepancies and e-mail correspondence to D. Edward Hays and Laila Masud re: same (.70); | 2.80 | 550 | 1,540.00 |
| 07/05/22 | DEH | Telephone conference with Richard A. Marshack and Kristine A. Thagard re: final revisions to motion; | 0.30 | 680 | 204.00 |
| 07/05/22 | KAT | Telephone conference Richard A. Marshack and D. Edward Hays (part)re: secured creditor motion and lists (.30); Review and revise motion, including adding additional discrepancies (.80); Draft Exhibit 2 (.60); | 1.70 | 550 | 935.00 |
| 07/06/22 | KAT | Supplement motion with additional discrepancies and revise portions, including draft and revise creditor statement and master chart (1.80). | 1.80 | 550 | 990.00 |
| 07/07/22 | DEH | Review and revise updated motion for order establishing procedures re: identification and amounts owed to secured creditors (.50); Written correspondence with Richard A. Marshack and Kristine A. Thagard re: same (.20); | 0.70 | 680 | 476.00 |
| 07/07/22 | KAT | Review revisions and e-mail correspondence with D. Edward Hays and Pam Kraus re: additional items and updating numbers (.40); | 0.40 | 550 | 220.00 |
| 07/11/22 | KAT | Draft declaration of Richard A. Marshack in support of motion to approved procedure for approval of list of secured noteholders (2.20); E-mail correspondence with Laila Masud re: CMA and numbers for motion (multiple) (.30); Review and revised declaration of Kathleen Frederick in support of motion and E-mail correspondence with Kathleen Frederick (.30); Draft declaration of Kristine A. Thagard in support of motion (.80); | 3.60 | 550 | 1,980.00 |
| 07/11/22 | LM | Written correspondence with Kristine A. Thagard re: estimated administration claims for motion to pay secured noteholders; | 0.20 | 420 | 84.00 |
| 07/11/22 | KAT | Draft declaration of Richard A. Marshack in support of motion to approved procedure for approval of list of secured noteholders (2.20); E-mail correspondence with Laila Masud re: CMA and numbers for motion (multiple) (.30); Review and revised declaration of Kathleen Frederick in support of motion and E-mail correspondence with Kathleen Frederick (.30); Draft declaration of Kristine A. Thagard in support of motion (.80); | 3.60 | 550 | 1,980.00 |
| 07/11/22 | LM | Written correspondence with Kristine A. Thagard re: estimated administration claims for motion to pay secured noteholders; | 0.20 | 420 | 84.00 |
| 07/11/22 | CB | Review and respond to e-mail from Kristine A. Thagard re: interim distribution motion; | 0.10 | 260 | 26.00 |

**EXHIBIT "2"**
**PAGE 48**

# MARSHACK HAYS LLP

### ATTORNEYS AT LAW

LITIGATION  |  REORGANIZATION  |  BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/12/22 | KAT | Telephone conference with Kathleen Frederick re: spreadsheet for motion (.30); E-mail correspondence to Cynthia Bastida re: motion and declarations (.10); Telephone conference Kathleen Frederick re: letters to creditors with issues and review the creditor statement (.20); Telephone conference with Kathleen Frederick re: secured vs. unsecured proofs of claim and chart (.20); Review chart from Kathleen Frederick for motion, revise and telephone conference re: same (.90); | 1.60 | 550 | 880.00 |
| 07/12/22 | CB | Review and respond to e-mail from Kristine A. Thagard re: status of motion to approve procedure for confirmation of list; | 0.10 | 260 | 26.00 |
| 07/12/22 | CB | Review and respond to e-mail from Kathleen Frederick re: revisions to chart of secured noteholders to be included in motion; | 0.10 | 260 | 26.00 |
| 07/12/22 | CB | Review motion to approve procedure for confirmation list (.10); Review judge's self-calendaring dates (.10); E-mail to Kristine A.Thagard re: same (.10); | 0.30 | 260 | 78.00 |
| 07/13/22 | KAT | E-mail correspondence with Richard Marshack re: hearing on motion (.20); Telephone conference with Richard Marshack and D. Edward Hays (part) re: hearing on motion and procedures (.20); E-mail correspondence to Cynthia Bastida re: hearing and notice (.10); | 0.50 | 550 | 275.00 |
| 07/13/22 | DEH | Telephone conference with Richard A. Marshack and Kristine A. Thagard re: hearing on motion re: list of secured creditors; | 0.20 | 680 | 136.00 |
| 07/13/22 | CB | Review and respond to e-mail from Kristine A. Thagard re: change of hearing date to August 16, 2022 on motion to approve procedures; | 0.10 | 260 | 26.00 |
| 07/14/22 | KAT | Telephone conference with Cynthia Bastida re: motion, exhibits and revisions of Kathleen Frederick (.20); | 0.20 | 550 | 110.00 |
| 07/18/22 | CB | E-mail to Kristine A. Thagard re: status of motion to approve procedures; | 0.10 | 260 | 26.00 |
| 07/21/22 | CB | Revise motion to approve procedures for secured noteholder list (.50); Review multiple documents to determine exhibits in support of motion (1.50); | 2.00 | 260 | 520.00 |
| 07/22/22 | KAT | E-mail correspondence with Cynthia Bastida and Laila Masud re: exhibits and review documents for reply (.40); | 0.40 | 550 | 220.00 |
| 07/22/22 | CB | E-mail to Kristine A. Thagard re: status of motion to approve procedure to determine secured noteholder list (.10); Further review of files to determine exhibits to motion (1.80); E-mail to Kristine A. Thagard re: approval of same (.10); | 2.00 | 260 | 520.00 |
| 07/22/22 | LM | Telephone conference with Cynthia Bastida re: exhibit re: secured noteholder exemplar (.10); Review written correspondence from Kristine A. Thagard and Cynthia Bastida re: same (.10); | 0.20 | 420 | 84.00 |

EXHIBIT "2"
PAGE 49

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/25/22 | KAT | Telephone conference with Cynthia Bastida re: motion (.10) Review final exhibits to motion and e-mail correspondence to Cynthia Bastida re: revisions to BReily list (.50); Telephone conference with Cynthia Bastida re: exhibits and revisions to Exhibits 1, 2 and 9 (.50); Review motion and exhibits (.40); Review and revise Notice and incorporate key exhibits (.50); E-mail correspondence with Cynthia Bastida re: revisions (.10); Additional Telephone conference with Cynthia Bastida,  review and revisions to Notice and Motion (.70); | 2.80 | 550 | 1,540.00 |
| 07/25/22 | CB | Prepare draft notice of motion to approve procedure for confirmation of list; | 0.30 | 260 | 78.00 |
| 07/25/22 | CB | Further revisions to motion to approve procedure for confirmation of list; | 1.10 | 260 | 286.00 |
| 07/25/22 | CB | Further revisions to exhibits to motion to confirm procedure for secured creditor list; | 0.50 | 260 | 130.00 |
| 07/25/22 | CB | E-mail to Trustee re: approval of motion to confirm procedure of secured creditor list; | 0.10 | 260 | 26.00 |
| 07/25/22 | CB | Telephone conversation with Kristine A. Thagard re: service list for motion to confirm secured noteholders amount (.30); Review and respond to multiple mails confirming service list (.10); E-mail to Mike Gregoire re: same (.10); | 0.50 | 260 | 130.00 |
| 07/25/22 | CB | Review and respond to e-mail from Kristine A. Thagard re: revisions to exhibit 10 to motion to confirm secured noteholders; Revise exhibit 10 re: same and e-mail to Kristine A. Thagard re: same; | 0.30 | 260 | 78.00 |
| 07/26/22 | CB | Review and respond to e-mail from client re: motion to approve procedure for confirmation of list; | 0.10 | 260 | 26.00 |
| 07/26/22 | CB | Review and respond to e-mail from Mike Gregoire re: status of service project on motion of confirmation of secured creditor service list and multiple conversation re: same; | 0.20 | 260 | 52.00 |
| 07/26/22 | CB | Multiple e-mails to Mike Gregoire re: detailed instructions of service of motion confirming secured creditor list; | 0.30 | 260 | 78.00 |
| 07/26/22 | CB | Revise and finalize motion to approve procedure for confirmation list; Revise and finalize notice re: same; | 2.10 | 260 | 546.00 |
| 07/27/22 | CB | Review and respond to e-mail from Mike Gregorie re: service project; | 0.10 | 260 | 26.00 |
| 08/01/22 | CB | Review and respond to e-mail from Trustee's administrator re: secured creditor address update; | 0.20 | 260 | 52.00 |
| 08/01/22 | CB | Review and respond to e-mail from Pam Kraus re: secured creditor address update; | 0.10 | 260 | 26.00 |
| 08/12/22 | KAT | Draft and revise letter to secured noteholders with discrepancies in amounts owned and e-mail correspondence with Kathleen Frederick re: same (.60); | 0.60 | 550 | 330.00 |
| 08/15/22 | KAT | Review and analyze tentative ruling on motion to approve procedures and e-mail correspondence with Cynthia Bastida re: order (.30); | 0.30 | 550 | 165.00 |

EXHIBIT "2"
PAGE 50

# MARSHACK HAYS LLP

### ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/16/22 | KAT | Review and revise proposed order (.20); Telephone conference Richard A. Marshack re: order and revision by the court (.20); E-mail correspondence with Cynthia Bastida re: revised order (.10); | 0.50 | 550 | 275.00 |
| 08/16/22 | CB | Review and respond to assignment from Kristine A. Thagard re: order granting motion to set procedures based on tentative ruling; Review tentative ruling on motion to set procedures; and draft order granting motion re: same; | 0.60 | 260 | 156.00 |
| 08/16/22 | CB | E-mail to Kathleen Frederick re: service of entered order granting motion to approve procedure for confirmation of list; | 0.10 | 260 | 26.00 |
| 08/16/22 | CB | E-mail to Mike Gregoire re: service project for order granting motion to approval procedure for confirmation of list; | 0.10 | 260 | 26.00 |
| 08/16/22 | CB | Revise and finalize order granting motion to approve procedure; | 0.20 | 260 | 52.00 |
| 08/17/22 | DEH | Review entered order granting motion to set procedures re: secured noteholders (.10); Written correspondence with Richard A. Marshack, Laila Masud, and Pam Kraus re: service of notice of entry of order and bar date re: same (.10); | 0.20 | 680 | 136.00 |
| 08/17/22 | KAT | E-mail correspondence with D. Edward Hays, Cynthia Bastida and Kathleen Frederick re: entry of order, notice, service and letters (multiple 6+) (.20); Telephone conference with Cynthia Bastida re: procedures re: service of notice and order (.20); Review and approve notice of entry of order (.10); E-mail correspondence with Kathleen Frederick re: letters and matrix (.10); | 0.60 | 550 | 330.00 |
| 08/17/22 | CB | Review and respond to e-mail from Kristine A. Thagard re: notice of hearing and service to all creditors; | 0.10 | 260 | 26.00 |
| 08/17/22 | CB | Prepare draft notice of entered order granting motion to approve procedure for confirmation of list; and e-mail to Kristine A. Thagard re: approval of same; | 0.30 | 260 | 78.00 |
| 08/18/22 | CB | E-mail to Mike Gregoire re: instructions of service of 1,500 mailer of notice of entered order to confirm list; | 0.10 | 260 | 26.00 |
| 08/18/22 | CB | Telephone conversation and e-mail to Mike Gregoire re: project on notice of entered order to confirm list; | 0.10 | 260 | 26.00 |
| 08/18/22 | KAT | E-mail correspondence with Kathy Frederick re: letter to disputed amount note holders and changes to be made based on order (.20); | 0.20 | 550 | 110.00 |
| 08/18/22 | CB | Telephone conversation re: application to employ agent and order re: same; Review case file to obtain same; E-mail to Trustee re: same; | 0.20 | 260 | 52.00 |
| 08/18/22 | CB | E-mail to Mike Gregoire re: project for service of notice of entered order on Trustee's motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder; | 0.10 | 260 | 26.00 |
| 08/19/22 | KAT | Telephone conference with Kathy Frederick re: Secure note holders (.10); | 0.10 | 550 | 55.00 |
| 08/19/22 | KF | Draft and finalize letters to secured noteholders with discrepancies in their listed interests; | 1.50 | 200 | 300.00 |

EXHIBIT "2"
PAGE 51

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/19/22 | CB | Revise and finalize notice of entered order granting motion to approve procedure for confirmation of list; Identify exhibit in support of same; prepare judge's copy re: same; and discussion with Mike Gregoire re: service of same; | 0.90 | 260 | 234.00 |
| 08/22/22 | KAT | Telephone conference with R. Hannah re: letter (.20); Create chart and add notes from R. Hannah conversation and D. Edward Hays prior conversations (.30); E-mail correspondence to Laila Masud, Cynthia Bastida and Kathleen Frederick re: tracking calls (.20); | 0.70 | 550 | 385.00 |
| 08/30/22 | LM | Review written correspondence from Bob Stebe re: confirmation of secured amount (.10); Draft written correspondence to Kristine A. Thagard and D. Edward Hays re: response to same and Cynthia Bastida, Pam Kraus re: confirmation of address for service purposes (.10); | 0.20 | 420 | 84.00 |
| 09/15/22 | KAT | Reviewed secured creditor statement from Cathy Campbell and prepare notes to chart (.20); | 0.20 | 550 | 110.00 |
| 09/16/22 | KAT | Telephone conference with Richard A. Marshack re: secured creditor motion and procedure (.20); Prepare summary of procedure and e-mail correspondence to Richard A. Marshack re: same (.30); | 0.50 | 550 | 275.00 |
| 09/23/22 | LM | Review written correspondence from Richard A. Marshack re: audit rights re: IP revenue stream (.10); Review and analyze amendment to IP agreement for same (.20); Draft written correspondence to Richard A. Marshack et al re: same (.10); | 0.40 | 420 | 168.00 |
| 10/10/22 | KAT | Telephone conference with Richard A. Marshack and Pam Kraus re: distribution procedure (.20); Review responses (.20); Telephone conference with Laila Massud re: responses to secured creditor statements and motion (.20); | 0.60 | 550 | 330.00 |
| 10/10/22 | LM | Telephone conference with Kristine Thagard re: secured note holder correspondences; | 0.40 | 420 | 168.00 |
| 10/17/22 | SRH | Telephone conference with Laila Masud re: draft letters to alleged secured noteholders identifying that they did not provide the required documentation to be treated as a secured noteholder (.10); Draft letters to alleged secured noteholders, Jean Glass and Madyson Hopkins, identifying that they did not provide the required documentation to be treated as a secured noteholder (1.10); Draft written correspondence to Laila Masud re: drafted letters to alleged secured noteholders (.10); Review multiple written correspondences (x7) from Laila Masud, Kristine A. Thagard, and Cynthia Bastida re: revisions to letter to Jean Glass and mailing letters (.20); | 1.50 | 310 | 465.00 |
| 10/17/22 | LM | Telephone conference with Sarah Hasselberger re: assertions of secured noteholder status by certain claimants and correspondences to go to same (.10); Search for initial correspondence and draft written correspondence to Sarah Hasselberger re: same (.10); (No Charge) | 0.20 | 420 | 0.00 |

EXHIBIT "2"
PAGE 52

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/17/22 | CB | Revise and finalize certified letter to Jean Glass re: secured noteholder statement; | 0.20 | 260 | 52.00 |
| 10/18/22 | SRH | Review written correspondences from Cynthia Bastida and Kristine A. Thagard re: revisions to letter to alleged secured noteholder Hopkins; | 0.10 | 310 | 31.00 |
| 10/18/22 | CB | Revise and finalize certified letter to Madyson Hopkins re; secured noteholder statement; | 0.20 | 260 | 52.00 |
| 10/21/22 | SRH | Review written correspondences from receptionist, Cynthia Bastida, and Pam Kraus re: call from Jean Glass stating that she thought she was a secured noteholder but she realized that she is unsecured; | 0.10 | 310 | 31.00 |
| 10/21/22 | LM | Written correspondences (x5) with Pam Kraus, Cynthia Bastida, and operator re: call from Jean Glass rE: secured noteholder letter and affirmation that claim is unsecured; | 0.20 | 420 | 84.00 |
| 10/25/22 | LM | Conference with Cynthia Bastida re: secured noteholders distribution motion; | 0.10 | 420 | 42.00 |
| 10/26/22 | KAT | Review and analyze of letter from Deborah Simmons regarding Deborah Simmons claim and OA Simmons claims, review master charts and telephone call (message) to Deborah Simmons (.30); | 0.30 | 550 | 165.00 |
| 10/28/22 | LM | Conference with Kristine Thagard re: secured noteholders motion; | 0.10 | 420 | 42.00 |
| 10/31/22 | LB | Telephone conference with Kristine Thagard re: distribution motion and prior shell supplementation (.10); Review written correspondence from Kristine Thagard re: same (.10); Draft written correspondence to Cynthia Bastida re: same (.20); Telephone conference with Richard A. Marshack re: same and requested elaboration on same (.30); | 0.40 | 420 | 168.00 |
| 11/01/22 | KAT | Telephone conference with Debbie Simmons confirming plan list and information need for payment due to deaths (.20); E-mail correspondence Laila Masud re: Debbie Simmons (.10): E-mail correspondence with Laila Masud re: motion to pay secured note holders (multiple) (.20); | 0.50 | 550 | 275.00 |
| 11/01/22 | LM | Written correspondence with Kristine Thagard re: Debbie Simmons secured noteholder claim and impact of other assets and pending motions on proposed distribution to secured noteholders; | 0.20 | 420 | 84.00 |
| 11/04/22 | LM | Written correspondence with Pam Kraus and Cynthia Bastida re: hearing on motion for interim distribution to secured noteholders (.20); Review and analyze Local Bankruptcy Rule 9013-1(o)(1) and (o)(2) re: same and expedited procedure with correspondence to Pam Kraus re: option to utilize said procedure (.10); | 0.30 | 420 | 126.00 |
| 11/04/22 | CB | Review judge's calendar for hearing date on motion for interim distribution to secured noteholders; E-mail to Laila Masud re: same; | 0.10 | 260 | 26.00 |
| 11/07/22 | KAT | Telephone conference with Pam Kraus regarding secured noteholder w/title changes (.20); E-mail correspondence to Pam Kraus with POC information for secured noteholders (.10); | 0.30 | 550 | 165.00 |
| 11/14/22 | LM | Telephone conference with Cynthia Bastida re: necessity or not for setting hearing on motion for payment to secured noteholders; | 0.10 | 420 | 42.00 |

**EXHIBIT "2"**

**PAGE 53**

# MARSHACK HAYS LLP

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/15/22 | DEH | Telephone conference with Laila Masud re: motion for surcharge and issues re: scope and extent of trustee's compensation; | 0.50 | 680 | 340.00 |
| 11/15/22 | LM | Review and analyze 206 page invoice re: surcharge fees to noteholders (2.10); Draft written correspondence to accounting department re: same (.10); Telephone conference with D. Edward Hays re: same (.50); | 2.70 | 420 | 1,134.00 |
| 11/15/22 | LM | Telephone conference with D. Edward Hays re: motion for surcharge and issues re: scope and extent of trustee's compensation; | 0.50 | 420 | 210.00 |
| 11/17/22 | LM | Draft, revise and supplement motion to distribute funds to secured noteholders and surcharge; | 1.20 | 420 | 504.00 |
| 11/18/22 | LM | Telephone conference with Cynthia Bastida and Pam Kraus re: noteholder spreadsheet; | 0.40 | 420 | 168.00 |
| 11/21/22 | DEH | Review, revise and finalization motion for interim distribution to secured noteholders and surcharge (1.0); | 1.00 | 680 | 680.00 |
| 11/21/22 | LM | Telephone conference with Cynthia Bastida re: service of notices on secured noteholders; | 0.10 | 420 | 42.00 |
| 11/21/22 | LM | Telephone conference with accounting re: invoice for secured creditors distribution motion; | 0.10 | 420 | 42.00 |
| 11/21/22 | LM | Draft, revise and supplement motion to make interim distribution to secured noteholders and surcharge for professional fees liquidating and preserving same (3.0); Review and revise notice of motion for same (.30); | 3.30 | 420 | 1,386.00 |
| 11/21/22 | CB | Revise and finalize distribution motion to secured noteholders and related documents; | 2.00 | 260 | 520.00 |

| | | | Fee Total: | 279.10 | 119,470.50 |
|--|--|--|------------|--------|------------|

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 02/19/21 | Postage re: notices of application to employ De Novo | 157.97 |
| 03/10/21 | Postage re: declaration that no party requested a hearing re employment of Denovo legal as special counsel. US Trustee copy included | 11.35 |
| 03/25/21 | Postage re: declaration of Maria Johnson as special counsel, supplemental brief ISO application to employ De Novo Legal as special | 2.00 |
| 05/13/21 | Document Copies re: Judge copy - Declaration of D. Edward Hays in support of Omnibus 9019 motion | 3.80 |
| 07/15/21 | Document Copies re: Judge's copies - Declaration, notice of sale of estate property, notice of sale, sale motion | 27.20 |
| 07/16/21 | Envelopes for notice of motion to approve 9019 compromise and approve sale of assets, sale and 9019 motion - asset sale and settlement agreement, declaration of Todd Spector in support of 363(m) finding, notice of sale and 9019 motion - asset sale and settlement agreement on 07/14/21 - Digicopy, Inc., | 4,039.60 |

EXHIBIT "2"
PAGE 54



**MARSHACK HAYS LLP**

ATTORNEYS AT LAW

LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/30/21 | | Electronic copying re: returned mail sent to Chandler J Kiem - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Murray Glass - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to California Restaurant Mutual - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Daniel Gomez - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Malcom and Julie Read NT - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Roberto Mejia  - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Carlos Antonio - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Amber Ingram - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Jasmine Gergas - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Nick Taylor - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Mohrs International Inc - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Terminex Processing Center - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Tierney Publishing Inc - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Wassertrom Company Inc - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Fishbowl Inc - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Felipe Quiroz - notice of motion to approve compromise and approve sale of assets of the estate | | | 0.20 |
| 07/30/21 | | Electronic copying re: returned mail sent to Warren and Shiela Newman - motion to approve compromise and approve sale of assets of the estate, declaration of Todd Spector, notice of motion | | | 0.20 |

**EXHIBIT "2"**

**PAGE 55**



| Date Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/30/21 | Electronic copying re: returned mail sent to John R Wilson Jr - motion to approve compromise and approve sale of assets of the estate, declaration of Todd Spector, notice of motion | | | 0.20 |
| 08/06/21 | Electronic copying re: returned mail sent to Bryce Charity - notice of motion to approve compromise | | | 0.20 |
| 08/06/21 | Electronic copying re: returned mail sent to Matt Mendez - notice of motion to approve compromise | | | 0.20 |
| 08/06/21 | Electronic copying re: returned mail sent to UL LLC - notice of motion to approve compromise | | | 0.20 |
| 08/06/21 | Electronic copying re: returned mail sent to Bank of Hawaii - notice of motion to approve compromise | | | 0.20 |
| 08/06/21 | Electronic copying re: returned mail sent to Kathryn Elizabeth Frank - notice of motion to approve compromise | | | 0.20 |
| 08/06/21 | Electronic copying re: returned mail resent to Autumn Keith - notice of motion to approve compromise | | | 0.20 |
| 12/29/21 | Postage re: notice of continued hearing on De Novo Legal PC's first and final administrative professional fee application | | | 20.67 |
| 12/31/21 | Deliver notice of continued hearing on De Novo Legal PC's first and final administrative professionals to Honorable Scott C. Clarkson on 12/30/21 - Nationwide Legal, Inc. | | | 7.50 |
| 01/05/22 | Document Copies re: De Novo supplement to first and final fee application re special counsel, Judge copy included | | | 15.70 |
| 01/05/22 | Postage re: De Novo supplement to first and final fee application re special counsel, | | | 2.36 |
| 07/26/22 | Document Copies re: notice of Trustee's motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | | | 1,555.40 |
| 07/26/22 | Document Copies  re: Trustee's motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | | | 1,015.20 |
| 07/26/22 | Postage re: notice of Trustee's motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | | | 805.98 |
| 07/26/22 | Postage re: Trustee's motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | | | 293.28 |
| 08/19/22 | Document Copies re: notice of entered order on motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | | | 1,441.20 |
| 08/19/22 | Document Copies re: letter to secured noteholders to confirm amounts owed | | | 5.60 |

EXHIBIT "2"
PAGE 56



**MARSHACK HAYS** LLP

ATTORNEYS AT LAW

LITIGATION  |  REORGANIZATION  |  BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/19/22 | | Postage re: notice of entered order on motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | | | 904.59 |
| 08/19/22 | | Postage  re: letter to secured noteholders to confirm amounts owed | | | 10.26 |
| 08/21/22 | | Outside copy service of envelopes for Notice of Entered Order Re Secured Noteholders, Notice of entered order granting Motion to approve procedure for confirmation of list - Digicopy, Inc. | | | 1,958.29 |
| 08/29/22 | | Electronic copying re: secured creditor statement by Jean Glass | | | 0.30 |
| 08/30/22 | | Electronic copying re: return mail sent to Cesar Eduardo Perez Castilla - notice of motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | | | 0.20 |
| 08/30/22 | | Electronic copying re: return mail - notice of entered order on trustee's motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder; sent to Gary Parrish dba Vision Window Cleaning, California Newspapers Partnership, William and Jeannette M Simek, Dylan Durham, Jose Arredondo, Opus Bank, California Dept of Industrial Relations | | | 1.40 |
| 09/02/22 | | Electronic copying re: return mail sent to Adriana Luz Sanchez - notice of motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | | | 0.20 |
| 09/02/22 | | Postage re: Resent Mail 09-02-22 Ruby's 18-13311 - Sent to Alan Alonzo - Notice of entered order on motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | | | 0.57 |
| 09/02/22 | | Postage re: Resent Mail 09-02-22 Ruby's 18-13311 - Sent to Raechelle Apodaca - Notice of motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | | | 0.57 |
| 09/02/22 | | Postage re: Resent Mail 09-02-22 Ruby's 18-13311 - Sent to Interior Resources Inc - Notice of entered order on motion for approval of procedures to confirm the identification of and amounts owed to each secured noteholder | | | 0.57 |

|  | **Disbursements Total:** | **12,286.56** |
|--|--------------------------|---------------|

|  | **Total Fees and Disbursements:** | **131,757.06** |
|--|-----------------------------------|----------------|

**EXHIBIT "2"**
**PAGE 57**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) CONFIRMING LIST OF SECURED NOTEHOLDERS; (2) AUTHORIZING DISTRIBUTIONS TO SECURED NOTEHOLDER CREDITORS; AND (3) SURCHARGE PURSUANT TO 11 U.S.C. §506(c); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF RICHARD A. MARSHACK AND LAILA MASUD IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 22, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **November 22, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
RUBY'S DINER, INC., A CALIFORNIA CORPORATION
~~4100 MACARTHUR BLVD. STE 310~~
~~NEWPORT BEACH, CA 92660-2050~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 22, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 22, 2022 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Kyra E Andrassy kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Leo A Bautista leo.bautista@lewisbrisbois.com, Sondra.Sweeney@lewisbrisbois.com
- **ATTORNEY FOR PLAINTIFF TRUSTEE RICHARD A MARSHACK (TR):** Christopher Dale Beatty cbeatty@millerbarondess.com, aransom@millerbarondess.com, docket@millerbarondess.com, jvogel@millerbarondess.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Stephen C Biggs sbiggs@smith-lc.com, kdavenport@smith-lc.com
- **ATTORNEY GEORGE B BLACKMAR**: George B Blackmar gblackmar@bpslaw.net
- **ATTORNEY FOR CREDITOR STAR-WEST PARKWAY MALL, LP:** Dustin P Branch branchd@ballardspahr.com, carolod@ballardspahr.com; hubenb@ballardspahr.com
- **INTERESTED PARTY COURTESY NEF:** Jeffrey W Broker jbroker@brokerlaw.biz
- **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Carol Chow carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** John S Clifford jclifford@smith-lc.com
- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** David P Crochetiere dcrochetiere@bautelaw.com, hwells@bautelaw.com
- **ATTORNEY FOR INTERESTED PARTY PETER MASTAN:** Ashleigh A Danker adanker731@gmail.com
- **ATTORNEY FOR CREDITOR US FOODS, INC:** Aaron Davis aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **INTERESTED PARTY COURTESY NEF:** Caroline Djang cdjang@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
- **ATTORNEY FOR CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR:** Laura E Dolan laura.blome@sdcounty.ca.gov, odette.ortega@sdcounty.ca.gov; kristen.howard@sdcounty.ca.gov
- **ATTORNEY ALAN FRIEDMAN and ATTOREY FOR CREDITOR STEVEN L CRAIG:** Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **ATTORNEY FOR INTERESTED PARTY RUBY'S FANCHISE SYSTEMS, INC., A CALIFORNIA CORPORATION:** Eric J Fromme efromme@tocounsel.com, stena@tocounsel.com
- **ATTORNEY FOR INTERESTED PARTY DOUGLAS CAVANAUGH and INTERESTED PARTY RALPH KOSMIDES:** Maria L Garcia Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Alastair M Gesmundo agesmundo@wghlawyers.com, jmartinez@wghlawyers.com
- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **INTERESTED PARTY COURTESY NEF:** David M Goodrich dgoodrich@go2.law, kadele@wgllp.com; lbracken@wgllp.com; wggllp@ecf.courtdrive.com; gestrada@wgllp.com
- **INTERESTED PARTY COURTESY NEF:** Steven T Gubner sgubner@bg.law, ecf@bg.law
- **ATTORNEY FOR CREDITOR OPUS BANK:** David M. Guess dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
- **ATTORNEY FOR U.S. TRUSTEE UNITED STATES TRUSTEE (SA):** Michael J Hauser michael.hauser@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR MARVI LAND:** Samy Henein samyhenein@aol.com, az@suppalaw.com
- **ATTORNEY FOR CREDITOR COMMITTEE WINTHROP COUCHOT GOLUBOW HOLLANDER LLP:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **ATTORNEY FOR OTHER PROFESSIONAL DONLIN RECANO & COMPANY, INC.:** Lillian Jordan nefrecipients@donlinrecano.com, rmapa@donlinrecano.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CREDITOR STEVEN L CRAIG:** Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **INTERESTED PARTY COURTESY NEF:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **ATTORNEY FOR PACHULSKI STANG ZIELH & JONES LLP, CREDITOR OPUS BANK, DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION; DEBTOR RUBY'S HUNTINGTON BEACH, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR'S RUBY'S LAGUNA HILLS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S OCEANSIDE LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S PALM SPRINGS, LTD., A CALIFORNIA LIMITED PARTNERSHIP; DEBTOR RUBY'S QUALITY DINERS, LLC, A DELAWARE LIMITED LIABILITLY COMPANY; DEBTOR RUBY'S SOCAL DINERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY:** William N Lobel wlobel@tocounsel.com, stena@tocounsel.com; sschuster@tocounsel.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CREDITOR FAMILY TREE PRODUCE, INC.; CREDITOR SUNRISE PRODUCE, INC.; AND INTERESTED PARTY LOWEY ENTERPRISES dba SUNRISE PRODUCE, A CALIFORNIA CORPORATION:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR OPUS BANK:** Jessica G McKinlay mckinlay.jessica@dorsey.com
- **ATTORNEY FOR INTERESTED PARTY PILLSBURY WINTHROP SHAW PITTMAN LLP:** Malcolm D Minnick dminnick@pillsburylaw.com, m.minnick@comcast.net
- **INTERESTED PARTY COURTESY NEF:** Aviram Edward Muhtar amuhtar@andradefirm.com
- **ATTORNEY FOR DEBTOR RUBY'S DINER, INC., A CALIFORNIA CORPORATION:** Jeffrey P Nolan jnolan@pszjlaw.com
- **ATTORNEY FOR CREDITOR THE IRVINE COMPANY:** Ernie Zachary Park ernie.park@bewleylaw.com
- **ATTORNEY FOR CREDITOR GRIT DEVELOPMENT, AGENT FOR PLAZA MERCADO, LLC:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Todd C Ringstad becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY CASBURE MANAGEMENT, LLC:** Samuel A Schwartz saschwartz@nvfirm.com, ECF@nvfirm.com
- **ATTORNEY FOR DEFENDANT BEACHCOMBER AT CRYSTAL COVE LLC and DEFENDANT SHAKE SHACK CRYSTAL COVE LLC:** Steven C Smith ssmith@smith-lc.com, kcanaan@smith-lc.com
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Matthew S Walker matthewswalker1@gmail.com, renee.evans@pillsburylaw.com,
- **ATTORNEY FOR CREDITOR CITY OF HUNTINGTON BEACH:** Corey R Weber cweber@bg.law, ecf@bg.law
- **ATTORNEY FOR CREDITOR US FOODS, INC.:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Christopher K.S. Wong christopher.wong@afslaw.com, yvonne.li@arentfox.com
- **ATTORNEY FOR CREDITOR PILLSBURY WINTHROP SHAW PITTMAN LLP:** Claire K Wu claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com; docket@pillsburylaw.com

4881-9499-0399, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**