D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**DEC 13 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S DINER, INC., a California corporation, et al.,<br><br>　　　　　Debtor.<br><br>Affects:<br><br>☐　ALL DEBTORS<br>☒　RUBY'S DINER, INC., ONLY<br>☐　RUBY'S SOCAL, DINERS, LLC, ONLY<br>☐　RUBY'S QUALITY DINERS, LLC, ONLY<br>☐　RUBY'S HUNTINGTON BEACH, LTD. ONLY<br>☐　RUBY'S LAGUNA HILLS, LTD. ONLY<br>☐　RUBY'S OCEANSIDE, LTD, ONLY<br>☐　RUBY'S PALM SPRINGS, LTD. ONLY | Case No. 8:18-bk-13311-SC<br><br>Chapter 7<br><br>(Jointly Administered with Case Nos.:<br>8:18-bk-13197-SC; 8:18-bk-13198-SC;<br>8:18-bk-13199-SC; 8:18-bk-13200-SC;<br>8:18-bk-13201-SC; 8:18-bk-13202-SC)<br><br>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:<br><br>(1) CONFIRMING LIST OF SECURED NOTEHOLDERS;<br>(2) AUTHORIZING DISTRIBUTIONS TO SECURED NOTEHOLDER CREDITORS; AND<br>(3) SURCHARGE PURSUANT TO 11 U.S.C. §506(c).<br><br>Date:　December 13, 2022<br>Time:　11:00 a.m.<br>Courtroom: 5C – Via Zoom Only<br>Location: 411 West Fourth Street,<br>　　　　　Santa Ana, CA 92701-4593 |

/ / /

1

4875-8579-7699v.1-1015-134

On December 13, 2022, at 11:00 a.m., in Courtroom 5C, before the Honorable Scott C. Clarkson, a hearing was held on *Chapter 7 Trustee's Motion For Order: (1) Confirming List Of Secured Noteholders; (2) Authorizing Distributions To Secured Noteholder Creditors; And (3) Surcharge Pursuant To 11 U.S.C. §506(c)* ("Motion")[1], filed by Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of Ruby's Diner, Inc., a California corporation, *et al.*, on November 22, 2022, as Dk. No, 1317.

The Court having read and considered the Motion, and Declarations of Richard A. Marshack, and Laila Masud in support, and for the reasons set forth in the Motion, and tentative ruling, which granted the Motion and waived appearances, the Court enters its Order as follows:

IT IS ORDERED:

1. Trustee is authorized to surcharge the proceeds of the sale subject to the Secured Noteholders' liens, to the following professionals for the following fees and expenses:

    A. $62,778.60 for fees for services rendered by Trustee;

    B. $119,470.50 for fees for services rendered by Trustee's counsel, Marshack Hays LLP;

    C. $12,286.56 for expenses by Trustee's counsel, Marshack Hays LLP; and

Trustee is authorized to immediately pay the surcharged amounts directly to the applicable Professional. That said, and as noted in the Motion[2], because the Estate has already paid some of the fees and costs pursuant to prior court orders, Trustee will reimburse the Estate for the fees and costs already paid by the Estate;

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] All capitalized terms not defined herein shall have the same definition as in the Motion.
[2] Motion, 10:23-25.

2. The list attached as Exhibit 1 to the Marshack Declaration, which is attached to the Motion, is confirmed as the final list of noteholders and the amounts owed to each; and

3. The Trustee is authorized to immediately make distributions to the Secured Noteholders identified in Exhibit 1 from the following funds: $1,898,084.45 in sales proceeds less all surcharged amounts.

###

Date: December 13, 2022

Scott C. Clarkson
United States Bankruptcy Judge

3

4875-8579-7699v.1-1015-134